**the law office of** **DONELON, P.C.** www.donelonpc.com

KANSAS CITY        ST. LOUIS

**brendan j. donelon**
brendan@donelonpc.com

February 24, 2022

<u>Federal Express and Email</u>

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420
vacofoiaservice@va.gov

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

Re:   Request for Documents & Depositions under *Touhy* Regulations
      *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
      D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

This is a follow-up request to the letter our office sent to you dated January 4, 2022 in the above referenced matter. On behalf of our client Relator Thomas Schroeder in the above captioned case, our office is hereby making an additional *Touhy* request (38 C.F.R. § 14.800 *et seq.*) for the production of documents solely in the possession of the United States Veterans Administration ("VA").

In additional to the claims of illegal kickbacks brought by Relator against Medtronic, Inc. under Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b(b), set forth in the January 4 letter, Relator has also asserted claims for medically unnecessary treatment and off/label use of devices against Medtronic under the False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA"). In particular, in the Third Amended Complaint, Relator alleges that Medtronic, through its representatives, promoted the unnecessary use of the following peripheral vascular medical devices for patients at the Robert J. Dole Veterans Administration Center ("Dole VA"): atherectomies, stents, balloons, and angioplasty. In turn, these medically unnecessary procedures were performed at Dole

the law office of **DONELON, P.C.** www.donelonpc.com

page 2
February 24, 2022

VA by the Wichita Radiology Group—which in turn submitted claims for payment to the VA for this treatment.

On behalf of the Relator in this matter, we are making the following additional document/data request for the period of time from January 30, 2011 through August 2018:

8.  Documents (or data queried and downloaded from any data storage system—preferably in Excel or .csv format) reflecting any of the following information pertaining to any procedure performed by Wichita Radiology Group at the Dole VA catherization/cardiac laboratories/radiology suites: (a) patient identification number, (b) date of procedure, (c) description of procedure performed, (d) identity of and quantity of any medical devices used in procedure, (e) physician(s) performing procedure, and (f) identity of any other person present during procedure.

It is our understanding that the location for storing data on procedures and devices used during any operative or invasive procedure is within the patient record in VISTA/CPRS—the VHA electronic medical record. In the case of the cath lab, the vendor cath lab monitoring system (*e.g.* GE MacLab) that comes with the imaging system is designed to capture and record these data points during the procedure and send a report to VISTA/CPRS. The VA has also created its own database known as CART that provides additional data capture in a standardized format with the VHA electronic system and integrates with the cath lab monitoring system and VISTA/CPRS. There are then various modules within CART for cardiovascular, peripheral artery disease and electrophysiology.

If this data exists, it will support Relator's claim of medically unnecessary and excessive devices were used in these procedures. It will also support claims that devices were used off label in medically unnecessary procedures. There is no other source to obtain these documents. Only the VA would have them.

The parties in the above-referenced case have recently entered into a Protective Order governing confidential records which can be utilized by third parties such as the VA. A copy is attached for your convenience. However, we believe the data requested would not identify any patient (other than by an ID number).

Relator would refer the VA to his prior discussion of the *Touhy* factors set forth in his January 4 letter.

Again, it is Relator's sincere hope that the VA will fully consider the request made herein. We realize it will take time to assess this request and decide. Our client looks forward to hearing from you.

Sincerely,

*[signature]*

BRENDAN J. DONELON

BJD/bd
cc: John Fleenor – Asst. U.S. Attorney District of Kansas
    via email: Jon.Fleenor@usdoj.gov

Encl: Protective Order entered 2/22/2022

# Dan Craig

| | |
|---|---|
| **From:** | Brendan Donelon |
| **Sent:** | Thursday, February 24, 2022 11:00 AM |
| **To:** | vacofoiaservice@va.gov |
| **Cc:** | Carrie Brous; Cristina Olson; Dan Craig; Jon.Fleenor@usdoj.gov |
| **Subject:** | U.S. ex rel. Schroeder v. Medtronic, Inc., et al. - Touhy Request |
| **Attachments:** | Touhy request VA 02-24-22.pdf; Protective Order.pdf |

Attn: Mr. Christopher Connor
Chief FOIA & Privacy Officer

Please see attached supplemental *Touhy* request in the above captioned matter.

Brendan J. Donelon
816-221-7100
Fax: 816-709-1044
www.donelonpc.com

the law office of



DONELON, P.C.
4600 madison
suite 810
kansas city mo 64112

KANSAS CITY     ST. LOUIS

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.



FedEx® Tracking

Track Another Shipment     Help

776132665072  

ADD NICKNAME

# Delivered
## Tuesday, March 1, 2022 at 10:58 am

**DELIVERED**

Signed for by: P.PASTERELLA



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| DONELON, P.C. | Dennis McGuire |
| Brendan Donelon | VA Chief Counsel |
| 4600 Madison | 441 Wolf Lodges Pkwy. |
| Ste. 810 | Suite 403 |
| Kansas City, MO US 64112 | AKRON, OH US 44311 |
| 816-221-7100 | 800-488-8244 |

**MANAGE DELIVERY**