the law office of **DONELON, P.C.**   www.donelonpc.com

KANSAS CITY    ST. LOUIS

brendan j. donelon
brendan@donelonpc.com

April 26, 2022

Via Federal Express

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

> Re:   **Request for Documents & Depositions under *Touhy* Regulations**
> *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
> D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

As required by the *Touhy* regulations, on January 4, 2022, our office sent a request for documents and request to depose identified employees of the U.S. Veterans Administration regarding the above captioned matter—a claim under the False Claims Act/Anti-Kickback Statute. Our records indicate that Mr. McGuire received this letter on January 10, 2022, and Mr. Connor received it on January 13, 2022.

To date we have not heard any response from your offices regarding this request. Please provide us some feedback on when we can expect to hear from you.

                                              Sincerely,

                                              BRENDAN J. DONELON

BJD/bd
cc:  John Fleenor – Asst. U.S. Attorney District of Kansas
      via email: Jon.Fleenor@usdoj.gov



May 04, 2022

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**776691336129**  AKRON, OH
**776691284507**  WASHINGTON, DC

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank You For Choosing Fedex.

FedEx

1.800.GoFedEx 1.800.463.3339



May 04, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776691336129

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature release on file | **Delivery Location:** | 441 WOLF LEDGES PKWY 403 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | AKRON, OH, 44311 |
| | | **Delivery date:** | Apr 29, 2022 11:50 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776691336129 | **Ship Date:** | Apr 26, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Dennis McGuire, Office of General Counsel
441 Wolf Ledges Parkway
Suite 403
AKRON, OH, US, 44311

**Shipper:**
Brendan Donelon, DONELON, P.C.
4600 Madison
Ste. 810
Kansas City, MO, US, 64112

Thank you for choosing FedEx



May 04, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776691284507

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | K. ROLLICKS | Delivery Location: | 1501 ECKINGTON PLACE NORTHEAST |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday | | WASHINGTON, DC, 20002 |
| | | Delivery date: | Apr 27, 2022 09:11 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 776691284507 | Ship Date: | Apr 26, 2022 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Christopher Connor, Dept. of Veterans Affairs-OIG
810 Vermont Ave., NW
WASHINGTON, DC, US, 20420

**Shipper:**
Brendan Donelon, DONELON, P.C.
4600 Madison
Ste. 810
Kansas City, MO, US, 64112



Thank you for choosing FedEx