# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS SCHROEDER, | ) |
|     Plaintiff, | ) |
| | ) Case No. 2:22-cv-2209 |
| | ) |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, a Federal Agency, | ) **COMPLAINT PURSUANT TO THE ADMINISTRATIVE PROCEDURES ACT, 5 U.S.C. § 551,** *et seq.* |
|     Defendant. | ) |

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the Plaintiff and hereby designates the place of trial to be Kansas City, Kansas.

Respectfully submitted,



/s/ Brendan J. Donelon
Brendan J. Donelon, KS #17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:   (816) 221-7100
Fax:   (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig, D.Kan. #78146
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:   (314) 297-8385
Fax:   (816) 709-1044
dan@donelonpc.com

Attorneys for Plaintiff

Carrie Mulholland Brous KS #18157
**Brous Law LLC**
3965 West 83rd Street, Ste. #115
Prairie Village, KS  66208
(913) 209-8596
cbrous@brouslaw.com