# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| THOMAS SCHROEDER<br><br>*Plaintiff(s)*<br>v.<br>THE UNITED STATES DEPARTMENT<br>OF VETERANS AFFAIRS, a Federal Agency<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-2209 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States Department of Veterans Affairs
Office of General Counsel- Midwest District
c/o Dennis McGuire, Esq.
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brendan J. Donelon
Donelon, P.C.
4600 Madison Ave., Suite 810
Kansas City, MO 64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/7/2022

/s/ Kylee Shrum, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:22-CV-2209

Plaintiff/Petitioner:
**THOMAS SCHROEDER**
vs.
Defendant/Respondent:
**THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

Received by HPS Process Service & Investigations to be served on **The United States Department of Veterans Affairs, c/o Office of General Counsel-Midwest District, Dennis McGuire, Esq., 441 Wolf Ledges Parkway, Suite 403, Akron, OH 44311.** I, __BENJAMIN PURSER__, do hereby affirm that on the __13th__ day of __JUNE__, 20__22__ at __11:10 A__.m., executed service by delivering a true copy of the Summons in a Civil Action; Complaint; and Exhibits A-C in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving __ERICA SKELLY__
as __ATTORNEY__ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

DESCRIPTION: 41 / WF / 5'6" / 140 / LIGHT BROWN HAIR / NO GLASSES

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

BENJAMIN PURSER
PROCESS SERVER # __NA (OHIO)__
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2022010072

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dept of Veterans Affairs, c/o Dennis McGuire, Esq.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: