# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| THOMAS SCHROEDER <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNITED STATES DEPARTMENT <br> OF VETERANS AFFAIRS, a Federal Agency <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:22-cv-2209 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States Department of Veterans Affairs
c/o: The United States Attorney's Office- District of Kansas
1200 Epic Center
301 N. Main
Wichita, KS 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brendan J. Donelon
Donelon, P.C.
4600 Madison Ave., Suite 810
Kansas City, MO 64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____07/12/2022_____          _____/s/ Jeffrey S. Hokanson, Deputy Clerk_____

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Kansas

Case Number: 2:22-CV-2209

Plaintiff/Petitioner:
**THOMAS SCHROEDER**

vs.

Defendant/Respondent:
**THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

Received by HPS Process Service & Investigations to be served on **The United States Department of Veterans Affairs, c/o The United States Attorney's Office-District of Kansas, 301 North Main Street, Suite 1200, Wichita, KS 67202.**

I, GRACE HAZELL, do hereby affirm that on the **14th day of July, 2022** at **4:45 pm, I:**

Served the within named establishment by delivering a true copy of **Summons in a Civil Action; Complaint; and Exhibits A-C** to **Holly Gallegos, Legal Assistant** at the address of **301 North Main Street, Suite 1200, Wichita, KS 67202.**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

**GRACE HAZELL**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2022012103
Service Fee: $76.85

Civil Action No. 2:22-cv-2209

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dept of Veterans Affairs, c/o U.S. Attorney's Office- Kansas

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: