**ADMINISTRATIVE RECORD OF**
**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

**D. KAN. CIVIL ACTION NO.  2:22-CV-02209**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS SCHROEDER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 22-cv-2209-DDC-KGG ) |
| THE UNITED STATES DEPARTMENT, Of VETERANS AFFAIRS, a Federal Agency, | ) ) ) ) |
| Defendant. | ) ) |

### DECLARATION OF KEITH H. HALL

I, Keith H. Hall, declare as follows:

I am a Privacy/FOIA Officer at the Robert J. Dole VA Medical Center. I have been responsible, with others, for assembling the Administrative Record for the decision, which is challenged in the above-referenced civil action.

I declare that the documents attached and indexed are true and correct copies of official records of the VA. The records were made at or near the time of the occurrence of the matters set forth in these records, or from information transmitted by, a person with knowledge of those matters. The records are kept in the course of the regularly conducted activity of this office.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26 day of October, 2022

Keith H. Hall
Privacy/FOIA Officer
Robert J. Dole VA Medical Center

SWORN TO before me this 26th day of October, 2022

NOTARY PUBLIC

[Notary Seal: Joshua Aaron Johnson, Notary Public, State of Kansas, My Appointment Expires 3-23-2026]

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS SCHROEDER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES DEPARTMENT, )<br>Of VETERANS AFFAIRS, a Federal )<br>Agency, )<br>)<br>Defendant. ) | Case No. 22-cv-2209-DDC-KGG |

**INDEX OF ADMINISTRATIVE RECORD**

| **DOCUMENT** | **BATES NUMBERS** |
|---|---|
| Plaintiff's January 4, 2022, *Touhy* Request | US-000499 to US-000514;<br>US-000540 to US-000555 |
| Plaintiff's February 24, 2022, *Touhy* Request | US-000515 to US-000519;<br>US-000556 to US-000574 |
| Plaintiff's April 26, 2022, *Touhy* Request | US-000537 to US-000539;<br>US-000575 to US-000577 |
| Plaintiff's July 1, 2022, *Touhy* Request | US-000520 to US-000524 |
| Plaintiff's October 18, 2022, *Touhy* Request | US-000659 to US-000664 |
| U.S. Dept. of Veterans Affairs, Office of General Counsel, Midwest District, June 15, 2022, response to January 9, 2022, February 24, 2022, and April 26, 2022, *Touhy* Requests | US-000491 to US-000497 |
| U.S. Dept. of Veterans Affairs, Office of Inspector General, August 15, 2022, Response to *Touhy* Requests | US-000578 to US-000579 |

1

| | |
|---|---|
| U.S. Dept. of Veterans Affairs, Office of General Counsel, Midwest District, September 20, 2022, response to January 2, 2022, February 24, 2022, and June 23, 2022 (via email), and July 1, 2022, supplemental revised *Touhy* Requests | US-000528 to US-000536 |
| U.S. Dept. of Veterans Affairs, Office of General Counsel, Midwest District, October 24, 2022, response to January 9, 2022, February 24, 2022, and April 26, 2022, *Touhy* Requests | US-000665 to US-000666 |
| Documents Produced to Plaintiff by VA on September 20, 2022 | US-000001 to US-000360 |
| U.S. Dept. of Veterans Affairs, Office of Chief Counsel, Midwest District, Time and Cost Estimate | US-000536 |
| Email communication between U.S. Dept. of Veterans Affairs, Office of General Counsel and Plaintiff | US-000361 to US-000490; US-000525 to US-000527; US-000667 to US-000691 |
| Email communication between U.S. Dept. of Veterans Affairs, Office of Inspector General and Plaintiff | US-000580 to US-000658 |

2