**ADMINISTRATIVE RECORD OF
UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

**D. KAN. CIVIL ACTION NO.  2:22-CV-02209**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS SCHROEDER,                          )
                                           )
                    Plaintiffs,            )
                                           )
v.                                         )    Case No. 22-cv-2209-DDC-KGG
                                           )
THE UNITED STATES DEPARTMENT,              )
Of VETERANS AFFAIRS, a Federal             )
Agency,                                    )
                                           )
                    Defendant.             )

## DECLARATION OF KEITH H. HALL

I, Keith H. Hall, declare as follows:

I am a Privacy/FOIA Officer at the Robert J. Dole VA Medical Center.  I have been responsible, with others, for assembling the Administrative Record for the decision, which is challenged in the above-referenced civil action.

I declare that the documents attached and indexed are true and correct copies of official records of the VA.  The records were made at or near the time of the occurrence of the matters set forth in these records, or from information transmitted by, a person with knowledge of those matters.  The records are kept in the course of the regularly conducted activity of this office.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26 day of October, 2022

Keith H. Hall
Privacy/FOIA Officer
Robert J. Dole VA Medical Center

SWORN TO before me this 26th day of October, 2022

NOTARY PUBLIC

JOSHUA AARON JOHNSON
NOTARY
MY APPOINTMENT
EXPIRES 3-23-2026
PUBLIC
STATE OF KANSAS

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS SCHROEDER,                        )
                                         )
                   Plaintiffs,           )
                                         )
v.                                       )        Case No. 22-cv-2209-DDC-KGG
                                         )
THE UNITED STATES DEPARTMENT,            )
Of VETERANS AFFAIRS, a Federal           )
Agency,                                  )
                                         )
                   Defendant.            )

## INDEX OF ADMINISTRATIVE RECORD

| **DOCUMENT** | **BATES NUMBERS** |
|---|---|
| Plaintiff's January 4, 2022, *Touhy* Request | US-000499 to US-000514; US-000540 to US-000555 |
| Plaintiff's February 24, 2022, *Touhy* Request | US-000515 to US-000519; US-000556 to US-000574 |
| Plaintiff's April 26, 2022, *Touhy* Request | US-000537 to US-000539; US-000575 to US-000577 |
| Plaintiff's July 1, 2022, *Touhy* Request | US-000520 to US-000524 |
| Plaintiff's October 18, 2022, *Touhy* Request | US-000659 to US-000664 |
| U.S. Dept. of Veterans Affairs, Office of General Counsel, Midwest District, June 15, 2022, response to January 9, 2022, February 24, 2022, and April 26, 2022, *Touhy* Requests | US-000491 to US-000497 |
| U.S. Dept. of Veterans Affairs, Office of Inspector General, August 15, 2022, Response to *Touhy* Requests | US-000578 to US-000579 |

| | |
|---|---|
| U.S. Dept. of Veterans Affairs, Office of General Counsel, Midwest District, September 20, 2022, response to January 2, 2022, February 24, 2022, and June 23, 2022 (via email), and July 1, 2022, supplemental revised *Touhy* Requests | US-000528 to US-000536 |
| U.S. Dept. of Veterans Affairs, Office of General Counsel, Midwest District, October 24, 2022, response to January 9, 2022, February 24, 2022, and April 26, 2022, *Touhy* Requests | US-000665 to US-000666 |
| Documents Produced to Plaintiff by VA on September 20, 2022 | US-000001 to US-000360 |
| U.S. Dept. of Veterans Affairs, Office of Chief Counsel, Midwest District, Time and Cost Estimate | US-000536 |
| Email communication between U.S. Dept. of Veterans Affairs, Office of General Counsel and Plaintiff | US-000361 to US-000490; US-000525 to US-000527; US-000667 to US-000691 |
| Email communication between U.S. Dept. of Veterans Affairs, Office of Inspector General and Plaintiff | US-000580 to US-000658 |



**Department of Veterans Affairs**
**Office of Inspector General**
**Criminal Investigations Division**
Kansas City Resident Agency
800 East 101st Terrace, Suite 100
Kansas City, Missouri 64131

## MEMORANDUM FOR RECORD

**Appr:** GMB

Gregory M. Billingsley 495460 *Digitally signed by Gregory M. Billingsley 495460 Date: 2019.02.15 10:16:01 -06'00'*

**File:** 2017-1920-IC-0066

**By:** SA Nathen Howard, 2/14/2019

During a VA OIG investigation, it was discovered that Robert J. Dole VAMC employees may have received improper gratuities, in the forms of paid lunches, dinners, etc., from sales representatives from Medtronic, PLC, a contract vendor. Based upon records received from Medtronic, the following employees were listed as receiving paid meals by Medtronic Sales Reps:



1.  ████ RN **(Attachment 1)**
2.  ████ RN **(Attachment 2)**
3.  ████ RN **(Attachment 3)**
4.  ████ RN **(Attachment 4)**
5.  ████ RN **(Attachment 5)**
6.  ████ RN **(Attachment 6)**
7.  ████ Clinical Pharmacist Specialist **(Attachment 6)**
8.  ████ Nurse Educator **(Attachment 6)**
9.  ████ Advanced MSA **(Attachment 6)**
10. ████ APRN **(Attachment 6)**
11. ████ Prosthetics Representative Supervisor **(Attachment 6)**
12. ████ Chief MAS **(Attachment 6)**

Additional names of "VA Employees" were listed but could not be identified definitively as current employees. Those names are as follows:



1.  ████ **(Attachment 6)**
2.  ████ **(Attachment 6)**
3.  ████ **(Attachment 6)**
4.  ████ **(Attachment 6)**
5.  ████ (Possibly ████ RN) **(Attachment 7)**
6.  ████ (Possibly ████ RN) **(Attachment 8)**
7.  ████ (Possibly ████ RN) **(Attachment 9)**

The following employees were interviewed during the investigation.   Below is a

FOR OFFICIAL USE ONLY
(Public Availability to be Determined Under 5 USC 552 and 552a)

**File Number:**   **2017-1920-IC-0066**
**Case Name:**   **Medtronic, PLC**

summary of the interviews.

On 7/24/2018, ████ ████ RN, was interviewed **(Attachment 10)** subsequent to issuing Garrity Rights **(Attachment 11)** to which he acknowledged by signing and dating. ████ stated that on occasion (every other week) a Medtronic Sales Rep would buy meals for the Cath Lab. This included lunches being purchased from fast food, such as Chik-Fil-A or pizza. However, occasionally it would be from "Scotch and Sirloin". ████ also stated he had been "out for drinks" with the Medtronic Rep, but denied the Medtronic Rep paying for it. According to ████ he never went to dinner outside of work hours with the Medtronic Rep where the rep paid for it. This contradicts the expense report received by Medtronic **(Attachment 3)**, which shows numerous off-site meals.

On 7/24/2018, ████ ████ RN, was interviewed **(Attachment 12)** subsequent to issuing Garrity Rights **(Attachment 13)** to which she acknowledged by signing and dating. ████ stated that the Medtronic Rep had provided "snacks from time to time" as long as she has been at the VA. When asked about meals or lunches, ████ again stated "snacks". These statements directly contradict the expense report **(Attachment 1)** received by Medtronic detailing expenses for ████

On 7/24/2018, ████████ RN, was interviewed **(Attachment 14)** subsequent to issuing Garrity Rights **(Attachment 15)** to which she acknowledged by signing and dating. ████ stated she was aware of an "end of year lunch" that had a $10 limit that was paid for by the Medtronic Rep. ████ stated she did not work a lot of Mondays and it was her understanding that was when the lunches were provided. However, if lunches were provided on Wednesdays when she worked it was the Medtronic Rep paying for it. The rep would ask if what they wanted to eat, he was ordering from Chipotle, Firehouse, etc. According to ████ she only received two paid lunches from the Medtronic rep and she was unsure how many lunches were received by other employees. ████ stated she is "pretty sure there is documentation in the VA system saying you cannot accept gifts or food from a vendor." ████ stated she did not go out for dinners with the Medtronic rep, but she did go to a Christmas dinner with "Monique", a Rep from an unknown company. There were multiple employees that went and it was hosted at "ABI". She described the dinner as hosted for the VA employees by the company.

On 7/24/2018, ████████ RN, was interviewed **(Attachment 16)** subsequent to issuing Garrity Rights **(Attachment 17)** to which she acknowledged by signing and dating. ████ stated the Medtronic Rep routinely pays for/brings lunch for the employees of the Cath Lab. She described that every time there are "leg cases" the rep would lunch; asking everybody what they wanted and sometimes it would be pizza or sandwiches. When asked if she knew any policies or regulations about reps buying dinners, lunches, etc., she stated "I guess not". She went on to say she "had so many dinners and had reps buy food for me all the time at Galichia". ████ also recalled a

FOR OFFICIAL USE ONLY
(Public Availability to be Determined Under 5 USC 552 and 552a)

**File Number:**   **2017-1920-IC-0066**
**Case Name:**   **Medtronic, PLC**

dinner she attended, hosted by Monique Lloyd.  This dinner was during Christmas and it was labeled as a Christmas dinner with no educational benefit.  ███████ did not pay for her meal, but is unsure if Monique or "Abid" paid for it.

## ATTACHMENTS (All Photocopies):



1. Copy, Expense Report – ██████ █████ RN
2. Copy, Expense Report – ██████ █████ RN
3. Copy, Expense Report – ████ █ ███ RN
4. Copy, Expense Report – █████ █ ████ RN
5. Copy, Expense Report – ██████ ███ RN
6. Copy, Expense Report – Multiple Employees
7. Copy, Expense Report – ████
8. Copy, Expense Report - ████
9. Copy, Expense Report - ████
10. Copy, Interview Transcript of ███ ██ RN
11. Copy, Garrity Rights Form – ████ ██ RN
12. Copy, Copy, Interview Transcript of ██████ █████ RN
13. Copy, Garrity Rights Form ███ ███ RN
14. Copy, Interview Transcript of ██████████ RN
15. Copy, Garrity Rights Form – █████████ RN
16. Copy, Interview Transcript of ████████ RN
17. Copy, Garrity Rights Form – █████ RN

**FOR OFFICIAL USE ONLY**
**(Public Availability to be Determined Under 5 USC 552 and 552a)**

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Dec 18 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | O'NATURALS | | $6.57 |
| Wichita | Kansas | Jan 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | | $12.06 |
| Wichita | Kansas | Apr 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $9.23 |
| Wichita | Kansas | May 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | J RAES WICHITA | | $7.29 |
| Wichita | Kansas | Aug 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $14.18 |
| Wichita | Kansas | Aug 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $3.59 |
| Wichita | Kansas | Aug 27 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $5.04 |
| Wichita | Kansas | Sep 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SQ *ESPRESSO TO GO GO | | $5.90 |
| Wichita | Kansas | Jan 12 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $14.27 |

US-000004

9/20/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Apr 1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DQ GRILL & CHILL | | $6.41 |
| Wichita | Kansas | Apr 15 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $17.99 |
| Wichita | Kansas | Apr 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHIPOTLE 1302 | | $9.94 |
| Wichita | Kansas | May 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $5.71 |
| Wichita | Kansas | Jun 17 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $20.92 |
| Wichita | Kansas | Jul 6 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $10.28 |
| Wichita | Kansas | Aug 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BITE ME BBQ | | $12.93 |
| Wichita | Kansas | Aug 11 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | COLLEGE HILL DAIRY QUEEN | | $4.03 |
| Wichita | Kansas | Sep 4 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | | $7.80 |
| Wichita | Kansas | Sep 23 2015 12:00AM | Business Meals (Empl & | KNOLLAS PIZZA EAST | | $7.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Non Empl Attendees) | | | |
| Wichita | Kansas | Feb 9 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $16.41 |
| Wichita | Kansas | Feb 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $12.55 |
| Wichita | Kansas | Feb 16 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | TANYAS SOUP KITCHEN | | $11.33 |
| Wichita | Kansas | Feb 9 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | TANYAS SOUP KITCHEN | | $12.79 |
| Wichita | Kansas | Mar 1 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DEMPSEY'S BURGER PUB | | $13.04 |
| Wichita | Kansas | Mar 8 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $15.44 |
| Wichita | Kansas | Mar 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $12.34 |
| Wichita | Kansas | Mar 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $9.43 |
| Wichita | Kansas | Mar 28 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $7.33 |

US-000006

| | | | | | | |
|---|---|---|---|---|---|---|
| Wichita | Kansas | May 18 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHNS 1301 - ECO | | $7.21 |
| Wichita | Kansas | Jul 15 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | | $11.83 |
| Wichita | Kansas | Aug 26 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | | $12.06 |
| Wichita | Kansas | Dec 19 2016 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $20.12 |
| Wichita | Kansas | Feb 6 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | CENTRL & ROCK RD FSU02817 | | $16.48 |
| Wichita | Kansas | Apr 24 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | | $8.90 |
| Wichita | Kansas | May 12 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | JIMMY JOHNS 1301 - ECO | | $6.04 |
| Wichita | Kansas | Jun 14 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $8.53 |
| Wichita | Kansas | Jul 26 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | | $8.41 |
| Wichita | Kansas | Jan 4 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $12.52 |
| Wichita | Kansas | Jan 20 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.03 |

US-000007

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Jan 20 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | $10.02 |
| Wichita | Kansas | Jan 27 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | $9.41 |
| Wichita | Kansas | Jan 27 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | $9.41 |
| Wichita | Kansas | Feb 3 2016 12:00AM | HCP Offsite-Dinner (Attendees) | FOX & HOUND WICHITA #6506 | $18.12 |
| Wichita | Kansas | Feb 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | OLDE CHICAGO WITCHITA 69 | $11.04 |
| Wichita | Kansas | Feb 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | OLDE CHICAGO WITCHITA 69 | $11.03 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE PUMPHOUSE | $17.42 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE PUMPHOUSE | $17.41 |
| Wichita | Kansas | Apr 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.19 |
| Wichita | Kansas | Apr 18 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | ZIGGY'S PIZZA | $18.89 |

9/20/2022

| Wichita | Kansas | Apr 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE ANCHOR | | $16.97 |
| Wichita | Kansas | Jun 14 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $12.85 |
| Wichita | Kansas | Jul 18 2016 12:00AM | HCP Offsite-Dinner (Attendees) | CHESTER'S CHOP HOUSE | | $122.39 |
| Wichita | Kansas | Sep 19 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $13.30 |
| Wichita | Kansas | Sep 19 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $13.29 |
| Wichita | Kansas | Oct 11 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $13.37 |
| Wichita | Kansas | Oct 31 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | ZIGGY'S PIZZA | | $11.38 |
| Wichita | Kansas | Dec 12 2016 12:00AM | HCP Offsite-Lunch (Attendees) | BITE ME BBQ INC | | $6.37 |
| Wichita | Kansas | Dec 12 2016 12:00AM | HCP Offsite-Lunch (Attendees) | BITE ME BBQ INC | | $6.36 |
| Wichita | Kansas | Dec 9 2016 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | | $14.29 |
| Wichita | Kansas | Dec 9 2016 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | | $14.29 |

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Jan 4 2017 12:00AM | HCP Offsite-Lunch (Attendees) | MCALISTER'S DELI 411 | $9.71 |
| Wichita | Kansas | Dec 28 2016 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $9.63 |
| Dallas | Texas | Jan 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER CATERING | $15.48 |
| Wichita | Kansas | Jan 30 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $12.73 |
| Wichita | Kansas | Mar 20 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.98 |
| Wichita | Kansas | Mar 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | BJS RESTAURANT #526 | $14.89 |
| Wichita | Kansas | Mar 27 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.01 |
| Wichita | Kansas | Apr 27 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BURGER PUB | $10.02 |
| Wichita | Kansas | May 17 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $7.96 |
| Wichita | Kansas | May 31 2017 12:00AM | HCP Offsite-Lunch (Attendees) | TWO BROTHERS BBQ & BURGER | $7.96 |
| Wichita | Kansas | May 22 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.20 |
| Wichita | Kansas | Jun 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $10.69 |
| Wichita | Kansas | Jun 22 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BISCUIT CO | $16.00 |

9/20/2022

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Jul 24 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOUSE | $9.79 |
| Wichita | Kansas | Jul 3 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $12.18 |
| Wichita | Kansas | Aug 7 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ZIGGYS PIZZA - WICHITA | $6.93 |
| Wichita | Kansas | Aug 1 2017 12:00AM | HCP Offsite-Dinner (Attendees) | NEWPORT GRILL | $97.50 |
| Wichita | Kansas | Aug 21 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $12.30 |
| Wichita | Kansas | Jun 5 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PANERA BREAD #2719 | $10.21 |
| Wichita | Kansas | Feb 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | $13.14 |
| Wichita | Kansas | Feb 19 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | $13.08 |
| Wichita | Kansas | Mar 5 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | $6.46 |
| Wichita | Kansas | Apr 9 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BITE ME BBQ | $16.60 |
| Wichita | Kansas | May 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | FOOD AT*TWO BROTHERS B | $12.26 |

9/20/2022

| Wichita | Kansas | Jun 3 2014 12:00AM | HCP Offsite-Dinner (Attendees) | CHESTERS CHOPHOUSE AND WI | | $79.14 |
| Wichita | Kansas | Jul 23 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | | $6.85 |
| Wichita | Kansas | Aug 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | | $5.97 |
| Wichita | Kansas | Oct 6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $19.55 |
| Wichita | Kansas | Oct 28 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $17.12 |
| Wichita | Kansas | Nov 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | TWO BROTHERS BBQ MIDTOWN | | $6.31 |
| Wichita | Kansas | Dec 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JIMMY JOHN'S # 1301 - | | $7.88 |
| Wichita | Kansas | Jan 20 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $8.35 |
| Wichita | Kansas | Feb 3 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $25.84 |
| Wichita | Kansas | Feb 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | TWO BROTHERS BBQ MIDTOWN | | $12.44 |

US-000012

9/20/2022

| Wichita | Kansas | Apr 1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHN'S # 1301 - | | $13.19 |
|---------|--------|--------------------|---------|------|---|--------|
| Wichita | Kansas | May 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | COLLEGE HILL DAIRY QUEEN | | $6.87 |
| Wichita | Kansas | Jun 3 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BJ'S RESTAURANTS 526 | | $14.40 |
| Wichita | Kansas | Jul 15 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $11.77 |
| Wichita | Kansas | Aug 19 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $9.97 |
| Wichita | Kansas | Aug 19 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $9.96 |
| Wichita | Kansas | Aug 31 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE DONUT WHOLE | | $2.89 |
| Wichita | Kansas | Oct 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.19 |
| Wichita | Kansas | Oct 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.19 |
| Wichita | Kansas | Oct 13 2015 12:00AM | Business Meals (Empl & | KNOLLAS PIZZA EAST | | $12.46 |

9/20/2022

| | | | Non Empl Attendees) | | | |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Oct 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | ■ | $13.68 |

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Jan 20 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.02 |
| Wichita | Kansas | Jan 27 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $9.41 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE PUMPHOUSE | | $17.41 |
| Wichita | Kansas | Jul  6 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $14.69 |
| Wichita | Kansas | Nov 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DOMINOS PIZZA 6388 | | $9.68 |
| Wichita | Kansas | Dec 12 2016 12:00AM | HCP Offsite-Lunch (Attendees) | BITE ME BBQ INC | | $6.36 |
| Wichita | Kansas | Dec  9 2016 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | | $14.29 |
| Dallas | Texas | Jan 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER CATERING | | $15.49 |
| Wichita | Kansas | Jan 30 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $12.73 |
| Wichita | Kansas | Mar 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | BJS RESTAURANT #526 | | $14.89 |
| Wichita | Kansas | Mar 27 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.00 |
| Wichita | Kansas | May 31 2017 12:00AM | HCP Offsite-Lunch (Attendees) | TWO BROTHERS BBQ & BURGER | | $7.95 |
| Wichita | Kansas | Jun 22 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BISCUIT CO | | $16.00 |
| Wichita | Kansas | Jul  3 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | | $12.17 |
| Wichita | Kansas | Aug  7 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ZIGGYS PIZZA - WICHITA | | $6.92 |
| Wichita | Kansas | Jan 23 2013 12:00AM | HCP Offsite-Lunch (Attendees) | CAFE MAURICE | | $14.23 |
| Wichita | Kansas | Jun  5 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PANERA BREAD #2719 | | $10.20 |
| Wichita | Kansas | Jul 10 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PANERA BREAD #2719 | | $16.90 |

US-000015

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Aug 28 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PANERA BREAD #2719 | $6.01 |
| Wichita | Kansas | Aug 27 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PIZZA HUT 224 | $8.85 |
| Wichita | Kansas | Sep  4 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PANERA BREAD #2719 | $5.02 |
| Wichita | Kansas | Sep 25 2013 12:00AM | HCP Offsite-Lunch (Attendees) | O'NATURALS | $8.71 |
| Wichita | Kansas | Sep 18 2013 12:00AM | HCP Offsite-Lunch (Attendees) | JIMMY JOHN'S # 1301 - | $7.90 |
| Wichita | Kansas | Oct  7 2013 12:00AM | HCP Offsite-Lunch (Attendees) | DELANO BARBEQUE CO LLC | $15.95 |
| Wichita | Kansas | Oct 30 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | $18.62 |
| Wichita | Kansas | Nov 20 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | FREEBIRDS WORLD BURRIT | $7.90 |
| Wichita | Kansas | Dec 16 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | MIKES WINE DIVE | $12.02 |
| Wichita | Kansas | Feb 20 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BITE ME BBQ | $14.38 |
| Wichita | Kansas | Dec 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHIPOTLE 0547 | $10.32 |
| Wichita | Kansas | Aug 19 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | $9.96 |
| Wichita | Kansas | Aug 31 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE DONUT WHOLE | $2.88 |

9/20/2022

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Dec 18 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | O'NATURALS | | $6.56 |
| Wichita | Kansas | ▆ 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | | $12.06 |
| Wichita | Kansas | Apr 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $9.23 |
| Wichita | Kansas | May 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | J RAES WICHITA | | $7.29 |
| Wichita | Kansas | Aug 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $14.18 |
| Wichita | Kansas | Aug 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $3.59 |
| Wichita | Kansas | Aug 27 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $5.04 |
| Wichita | Kansas | Sep 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SQ *ESPRESSO TO GO GO | | $5.89 |
| Wichita | Kansas | Apr 1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DQ GRILL & CHILL | | $6.41 |
| Wichita | Kansas | Apr 15 2015 12:00AM | Business Meals (Empl | CHICK-FIL-A #02817 | | $17.99 |

US-000017

| | | | | | |
|---|---|---|---|---|---|
| | | | & Non Empl Attendees) | | |
| Wichita | Kansas | Apr 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHIPOTLE 1302 | $9.94 |
| Wichita | Kansas | May 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | $5.71 |
| Wichita | Kansas | Jun 17 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | $20.92 |
| Wichita | Kansas | Jul  6 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | $10.28 |
| Wichita | Kansas | Aug 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BITE ME BBQ | $12.93 |
| Wichita | Kansas | Aug 11 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | COLLEGE HILL DAIRY QUEEN | $4.03 |
| Wichita | Kansas | Sep  4 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | $7.80 |
| Wichita | Kansas | Sep 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | $7.11 |
| Wichita | Kansas | Feb 9 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $16.41 |

US-000018

| | | | | | |
|---|---|---|---|---|---:|
| Wichita | Kansas | Feb 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | $12.55 |
| Wichita | Kansas | Feb 16 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | TANYAS SOUP KITCHEN | $11.33 |
| Wichita | Kansas | Mar 1 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DEMPSEY'S BURGER PUB | $13.04 |
| Wichita | Kansas | Mar 8 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | $15.44 |
| Wichita | Kansas | Mar 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | $12.34 |
| Wichita | Kansas | Mar 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | $9.43 |
| Wichita | Kansas | Mar 28 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | $7.33 |
| Overland Park | Kansas | Mar 30 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | NEWPORT GRILL | $29.22 |
| Wichita | Kansas | May 18 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHNS 1301 - ECO | $7.21 |
| Wichita | Kansas | Jul 15 2016 12:00AM | Business Meals (Empl | LITTLE SAIGON | $11.82 |

US-000019

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | & Non Empl Attendees) | | ███ | |
| Wichita | Kansas | Aug 26 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | ███ | $12.06 |
| Wichita | Kansas | Dec 19 2016 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | ███ | $20.13 |
| Wichita | Kansas | Feb 6 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | CENTRL & ROCK RD FSU02817 | ███ | $16.49 |
| Wichita | Kansas | Apr 24 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | ███ | $8.90 |
| Wichita | Kansas | May 12 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | JIMMY JOHNS 1301 - ECO | ███ | $6.04 |
| Wichita | Kansas | Jun 14 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | ███ | $8.52 |
| Wichita | Kansas | Jul 26 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | ███ | $8.41 |
| Wichita | Kansas | Jan 7 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | GRANITE CITY FOOD AND BRE | ███ | $17.34 |
| Wichita | Kansas | Jan 20 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | ███ | $10.03 |
| Wichita | Kansas | ███ 27 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | ███ | $9.41 |
| Wichita | Kansas | Feb 3 2016 12:00AM | HCP Offsite-Dinner (Attendees) | FOX & HOUND WICHITA #6506 | ███ | $18.12 |

US-000020

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Feb 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | OLDE CHICAGO WITCHITA 69 | $11.04 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE PUMPHOUSE | $17.42 |
| Wichita | Kansas | Apr 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.19 |
| Wichita | Kansas | Apr 18 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | ZIGGY'S PIZZA | $18.90 |
| Wichita | Kansas | Apr 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE ANCHOR | $16.97 |
| Wichita | Kansas | Jun  1 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHIPOTLE 1302 | $10.12 |
| Wichita | Kansas | Jun 14 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $12.84 |
| Wichita | Kansas | Jul 18 2016 12:00AM | HCP Offsite-Dinner (Attendees) | CHESTER'S CHOP HOUSE | $122.39 |
| Wichita | Kansas | Jul  6 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $14.70 |
| Wichita | Kansas | Oct 11 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | $13.38 |

US-000021

| | | | | | | |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Oct 31 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | ZIGGY'S PIZZA | | $11.39 |
| Wichita | Kansas | Nov 18 2016 12:00AM | HCP Offsite-Dinner (Attendees) | GREYSTONE STEAK AND SEAFO | | $122.27 |
| Wichita | Kansas | Dec 12 2016 12:00AM | HCP Offsite-Lunch (Attendees) | BITE ME BBQ INC | | $6.37 |
| Wichita | Kansas | Dec 9 2016 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | | $14.29 |
| Wichita | Kansas | Jan 4 2017 12:00AM | HCP Offsite-Lunch (Attendees) | MCALISTER'S DELI 411 | | $9.71 |
| Wichita | Kansas | Dec 28 2016 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $9.63 |
| Dallas | Texas | Jan 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER CATERING | | $15.49 |
| Wichita | Kansas | Jan 30 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $12.73 |
| Wichita | Kansas | Mar 20 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.98 |
| Wichita | Kansas | Mar 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | BJS RESTAURANT #526 | | $14.89 |
| Wichita | Kansas | Mar 27 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.01 |
| Wichita | Kansas | Apr 27 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BURGER PUB | | $10.01 |

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | May 17 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $7.97 |
| Wichita | Kansas | May 31 2017 12:00AM | HCP Offsite-Lunch (Attendees) | TWO BROTHERS BBQ & BURGER | $7.96 |
| Wichita | Kansas | May 22 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.20 |
| Wichita | Kansas | Jun 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $10.69 |
| Wichita | Kansas | Jun 22 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BISCUIT CO | $16.00 |
| Wichita | Kansas | Jul 24 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOUSE | $9.79 |
| Wichita | Kansas | Jul 3 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $12.18 |
| Wichita | Kansas | Aug 7 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ZIGGYS PIZZA - WICHITA | $6.93 |
| Wichita | Kansas | Aug 1 2017 12:00AM | HCP Offsite-Dinner (Attendees) | NEWPORT GRILL | $97.50 |
| Wichita | Kansas | Aug 21 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $12.30 |
| Wichita | Kansas | Jan 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | $6.32 |
| Wichita | Kansas | Feb 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | $13.14 |

US-000023

| Wichita | Kansas | Mar 5 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | | $6.46 |
| Wichita | Kansas | Apr 9 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BITE ME BBQ | | $16.60 |
| Wichita | Kansas | May 6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $6.56 |
| Wichita | Kansas | May 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | FOOD AT*TWO BROTHERS B | | $12.27 |
| Wichita | Kansas | Jun 3 2014 12:00AM | HCP Offsite-Dinner (Attendees) | CHESTERS CHOPHOUSE AND WI | | $79.14 |
| Wichita | Kansas | Jul 16 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $24.61 |
| Wichita | Kansas | Aug 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | | $5.96 |
| Wichita | Kansas | Oct 6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $19.55 |
| Wichita | Kansas | Oct 28 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $17.12 |
| Wichita | Kansas | Nov 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | TWO BROTHERS BBQ MIDTOWN | | $6.32 |

9/20/2022

| Wichita | Kansas | Feb 3 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $25.85 |
| Wichita | Kansas | Mar 18 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BJ'S RESTAURANTS 526 | | $14.88 |
| Wichita | Kansas | Apr 1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHN'S # 1301 - | | $13.19 |
| Wichita | Kansas | Jun 11 2015 12:00AM | HCP Offsite-Dinner (Attendees) | BUFFALO WILD WINGS 0058 | | $33.35 |
| Wichita | Kansas | Aug 19 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $9.97 |
| Wichita | Kansas | Oct 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.19 |
| Wichita | Kansas | Oct 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $12.47 |
| Wichita | Kansas | Oct 30 2015 12:00AM | HCP Offsite-Dinner (Attendees) | THE HILL BAR AND GRILL | | $51.17 |

9/20/2022

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Dec 13 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SWEET BASIL | | $10.30 |
| Wichita | Kansas | Jan 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JASON'S DELI     Q25 | | $11.74 |
| Wichita | Kansas | Jan 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | DILLONS #0056 | | $1.15 |
| Wichita | Kansas | Feb  6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | DILLONS #0056 | | $2.03 |
| Wichita | Kansas | Mar 24 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SWEET BASIL | | $12.79 |
| Wichita | Kansas | May  1 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JIMMY JOHNS - 1109 | | $12.92 |
| Wichita | Kansas | Jun 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | IL PRIMO ESPRESSO CAFFE | | $2.01 |
| Wichita | Kansas | Jun 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | IL PRIMO ESPRESSO CAFFE | | $2.44 |
| Wichita | Kansas | Jun 23 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | ON THE BORDER | | $24.33 |
| Wichita | Kansas | Jul  4 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | ON THE BORDER | | $31.85 |
| Wichita | Kansas | Jul 21 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $26.95 |
| Wichita | Kansas | Sep 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | TWO BROTHERS BBQ NORTH | | $10.67 |
| Wichita | Kansas | Oct 16 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $25.51 |
| Wichita | Kansas | Nov 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $25.51 |
| Wichita | Kansas | Nov 25 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PIZZA HUT 236 | | $10.49 |
| Wichita | Kansas | Dec 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $25.51 |
| Wichita | Kansas | Feb 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | J RAES WICHITA | | $6.92 |

US-000026

9/20/2022

| Wichita | Kansas | Aug 8 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | OTB ACQUISITION LLC | | $20.72 |
| Wichita | Kansas | Feb 4 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SWEET BASIL | | $12.29 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | STARBUCKS 2857 | | $5.35 |
| Wichita | Kansas | Dec 19 2016 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $20.13 |
| Wichita | Kansas | Feb 6 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | CENTRL & ROCK RD FSU02817 | | $16.49 |
| Wichita | Kansas | Apr 24 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | | $8.89 |
| Wichita | Kansas | Jul 26 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | | $8.42 |
| Wichita | Kansas | Jul 14 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $14.07 |
| Wichita | Kansas | Dec 28 2016 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $9.63 |
| Dallas | Texas | Jan 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER CATERING | | $15.49 |
| Wichita | Kansas | Jan 30 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $12.73 |
| Wichita | Kansas | Mar 20 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.98 |
| Wichita | Kansas | Mar 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | BJS RESTAURANT #526 | | $14.89 |
| Wichita | Kansas | Mar 27 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.01 |
| Wichita | Kansas | Apr 27 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BURGER PUB | | $10.01 |
| Wichita | Kansas | May 17 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | | $7.96 |
| Wichita | Kansas | May 31 2017 12:00AM | HCP Offsite-Lunch (Attendees) | TWO BROTHERS BBQ & BURGER | | $7.96 |
| Wichita | Kansas | May 22 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.20 |

| Wichita | Kansas | Jun 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $10.69 |
| Wichita | Kansas | Jun 22 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BISCUIT CO | | $16.00 |
| Wichita | Kansas | Jul 24 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOUSE | | $9.79 |
| Wichita | Kansas | Jul 3 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | | $12.18 |
| Wichita | Kansas | Aug 7 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ZIGGYS PIZZA - WICHITA | | $6.92 |
| Wichita | Kansas | Aug 21 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | | $12.30 |
| Wichita | Kansas | Dec 9 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $14.34 |
| Wichita | Kansas | Dec 30 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | MIKES WINE DIVE | | $13.07 |
| Wichita | Kansas | Feb 20 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $5.49 |
| Wichita | Kansas | Mar 4 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $6.32 |
| Wichita | Kansas | Apr 1 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | J RAES WICHITA | | $11.18 |
| Wichita | Kansas | Apr 16 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $10.60 |
| Wichita | Kansas | May 5 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | MIKES WINE DIVE | | $12.10 |
| Wichita | Kansas | May 28 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $3.25 |
| Wichita | Kansas | Aug 5 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | DILLONS #0020 | | $8.49 |
| Wichita | Kansas | Sep 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BRAUMS ICE CREAM # | | $1.98 |
| Wichita | Kansas | Nov 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $5.99 |
| Wichita | Kansas | Dec 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $13.46 |

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Mar 20 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHNS - 1109 | $12.14 |
| Wichita | Kansas | Oct 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | SQ *CHURN & BURN | $4.95 |

US-000029

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Dec 18 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | O'NATURALS | | $6.57 |
| Wichita | Kansas | Jan 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | | $12.06 |
| Wichita | Kansas | Apr 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $9.23 |
| Wichita | Kansas | May 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | J RAES WICHITA | | $7.29 |
| Wichita | Kansas | Aug 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $14.18 |
| Wichita | Kansas | Aug 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $3.59 |
| Wichita | Kansas | Aug 27 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $5.04 |
| Wichita | Kansas | Apr  1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DQ GRILL & CHILL | | $6.41 |
| Wichita | Kansas | Apr 15 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $17.99 |
| Wichita | Kansas | Apr 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHIPOTLE 1302 | | $9.94 |
| Wichita | Kansas | May 27 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $5.71 |
| Wichita | Kansas | Jun 17 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $20.92 |
| Wichita | Kansas | Jul  6 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $10.28 |
| Wichita | Kansas | Aug 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BITE ME BBQ | | $12.93 |
| Wichita | Kansas | Aug 11 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | COLLEGE HILL DAIRY QUEEN | | $4.03 |
| Wichita | Kansas | Sep  4 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | | $7.80 |
| Wichita | Kansas | Sep 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $7.11 |

US-000030

9/20/2022

| Wichita | Kansas | Feb 9 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $16.41 |
| Wichita | Kansas | Feb 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $12.55 |
| Wichita | Kansas | Feb 16 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | TANYAS SOUP KITCHEN | | $11.33 |
| Wichita | Kansas | Mar 1 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DEMPSEY'S BURGER PUB | | $13.04 |
| Wichita | Kansas | Mar 8 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $15.44 |
| Wichita | Kansas | Mar 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $12.34 |
| Wichita | Kansas | Mar 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $9.43 |
| Wichita | Kansas | Mar 28 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $7.33 |
| Wichita | Kansas | Jul 15 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | | $11.83 |
| Wichita | Kansas | Aug 26 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | LITTLE SAIGON | | $12.06 |
| Wichita | Kansas | Dec 19 2016 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $20.12 |
| Wichita | Kansas | Feb 6 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | CENTRL & ROCK RD FSU02817 | | $16.49 |
| Wichita | Kansas | Apr 24 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | | $8.90 |
| Wichita | Kansas | May 12 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | JIMMY JOHNS 1301 - ECO | | $6.04 |
| Wichita | Kansas | Jun 14 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $8.53 |
| Wichita | Kansas | Jul 26 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | B & C BARBEQUE | | $8.41 |
| Wichita | Kansas | Jan 4 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $12.52 |
| Wichita | Kansas | Jan 20 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.03 |

9/20/2022

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Feb 3 2016 12:00AM | HCP Offsite-Dinner (Attendees) | FOX & HOUND WICHITA #6506 | $18.12 |
| Wichita | Kansas | Feb 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | OLDE CHICAGO WITCHITA 69 | $11.04 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE PUMPHOUSE | $17.42 |
| Wichita | Kansas | Apr 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.19 |
| Wichita | Kansas | Apr 18 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | ZIGGY'S PIZZA | $18.89 |
| Wichita | Kansas | Apr 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE ANCHOR | $16.97 |
| Wichita | Kansas | Jun 14 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | $12.84 |
| Wichita | Kansas | Sep 19 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | $13.30 |
| Wichita | Kansas | Oct 11 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | $13.38 |
| Wichita | Kansas | Oct 15 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DEMPSEY'S BURGER PUB | $17.26 |
| Wichita | Kansas | Dec 12 2016 12:00AM | HCP Offsite-Lunch (Attendees) | BITE ME BBQ INC | $6.36 |
| Wichita | Kansas | Dec 9 2016 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | $14.29 |
| Wichita | Kansas | Dec 28 2016 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $9.63 |
| Dallas | Texas | Jan 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER CATERING | $15.49 |
| Wichita | Kansas | Jan 30 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $12.73 |
| Wichita | Kansas | Mar 20 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.98 |
| Wichita | Kansas | Mar 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | BJS RESTAURANT #526 | $14.88 |
| Wichita | Kansas | Mar 27 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.01 |
| Wichita | Kansas | Apr 27 2017 12:00AM | HCP Offsite-Lunch (Attendees) | DEMPSEY'S BURGER PUB | $10.01 |

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | May 17 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $7.96 |
| Wichita | Kansas | May 31 2017 12:00AM | HCP Offsite-Lunch (Attendees) | TWO BROTHERS BBQ & BURGER | $7.96 |
| Wichita | Kansas | May 22 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $13.20 |
| Wichita | Kansas | Jun 28 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SCOTCH & SIRLOIN STEAKHOU | $10.69 |
| Wichita | Kansas | Jul 24 2017 12:00AM | HCP Offsite-Lunch (Attendees) | SCOTCH & SIRLOIN STEAKHOUSE | $9.79 |
| Wichita | Kansas | Jul 3 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $12.18 |
| Wichita | Kansas | Aug 7 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ZIGGYS PIZZA - WICHITA | $6.93 |
| Wichita | Kansas | Aug 1 2017 12:00AM | HCP Offsite-Dinner (Attendees) | NEWPORT GRILL | $97.50 |
| Wichita | Kansas | Aug 21 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CENTRL & ROCK RD FSU02817 | $12.30 |
| Wichita | Kansas | Jan 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | $6.32 |
| Wichita | Kansas | Feb 19 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | $13.08 |
| Wichita | Kansas | Mar 5 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | $6.46 |
| Wichita | Kansas | Mar 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | $12.82 |
| Wichita | Kansas | May 6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | $6.56 |
| Wichita | Kansas | May 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | FOOD AT*TWO BROTHERS B | $12.26 |
| Wichita | Kansas | Jul 23 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | $6.85 |
| Wichita | Kansas | Aug 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | $5.97 |
| Wichita | Kansas | Oct 28 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | $17.13 |
| Wichita | Kansas | Nov 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | TWO BROTHERS BBQ MIDTOWN | $6.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Dec 30 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | TWO BROTHERS BBQ MIDTOWN | ███████ | $9.59 |
| Wichita | Kansas | Jan 20 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | ███████ | $8.36 |
| Wichita | Kansas | Feb  3 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | ███████ | $25.85 |
| Wichita | Kansas | Feb 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | TWO BROTHERS BBQ MIDTOWN | ███████ | $12.44 |
| Wichita | Kansas | Apr  1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHN'S # 1301 - | ███████ | $13.18 |
| Wichita | Kansas | May 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | COLLEGE HILL DAIRY QUEEN | ███████ | $6.88 |
| Wichita | Kansas | Jun  3 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BJ'S RESTAURANTS 526 | ███████ | $14.40 |
| Wichita | Kansas | Jul 15 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | ███████ | $11.77 |
| Wichita | Kansas | Aug 19 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | ███████ | $9.97 |
| Wichita | Kansas | Aug 31 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE DONUT WHOLE | ███████ | $2.88 |
| Wichita | Kansas | Oct  5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | ███████ | $10.19 |
| Wichita | Kansas | Oct 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | ███████ | $12.47 |
| Wichita | Kansas | Oct 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | ███████ | $13.68 |

| Expense Date | Category Name | Amount | Number of Nights/Attendees | Attendee/Recipient field 1 | Attendee/Recipient field 2 | Attendee/Recipient field 3 | Notes |
|---|---|---|---|---|---|---|---|
| 20170907 | Customer Bus Mtg: Lunch | 155.3 | 13 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | Wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | Wichita KS | Physician Assistant/VAMC | CHICK-FIL-A #02817 0 WICHITA       KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | WIchita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | wichita KS | Administrative Personnel/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20170907 | Customer Bus Mtg: Lunch | 0 | 13 | | wichita KS | Administrative Personnel/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20170911 | Customer Bus Mtg: Lunch | 107.61 | 10 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20170911 | Customer Bus Mtg: Lunch | 0 | 10 | | Wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170911 | Customer Bus Mtg: Lunch | 0 | 10 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170911 | Customer Bus Mtg: Lunch | 0 | 10 | | Wichita KS | Physician Assistant/VAMC | CHICK-FIL-A #02817 0 WICHITA       KS |
| 20170911 | Customer Bus Mtg: Lunch | 0 | 10 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170911 | Customer Bus Mtg: Lunch | 0 | 10 | | WIchita KS | Nurse/VA | ZIGGYS PIZZA 0000000 WICHITA KS |

US-000035

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20170911 | Customer Bus Mtg: Lunch | 0 | 10 | | wichita KS | Administrative Personnel/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20170925 | Customer Bus Mtg: Lunch | 149.48 | 9 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20170925 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170925 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20170925 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Physician Assistant/VAMC | CHICK-FIL-A #02817 0 WICHITA       KS |
| 20170925 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20170925 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171101 | Customer Bus Mtg: Lunch | 0 | 9 | | wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20171101 | Customer Bus Mtg: Lunch | 147.01 | 9 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171101 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20171101 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Physician Assistant/VAMC | CHICK-FIL-A #02817 0 WICHITA       KS |
| 20171101 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20171101 | Customer Bus Mtg: Lunch | 0 | 9 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 150.7 | 15 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Physician Assistant/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA - WICHI WICHITA KS |

US-000036

| | | | | | | |
|---|---|---|---|---|---|---|
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Nurse/VA | HURTS DONUT - WICHIT Wichita KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | WIchita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Administrative Personnel/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20171113 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Administrative Personnel/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20171215 | Customer Bus Mtg: Lunch | 51.23 | 12 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Physician Assistant/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Physician Assistant/VAMC | CHICK-FIL-A #02817 0 WICHITA      KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | WIchita KS | Nurse/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20171215 | Customer Bus Mtg: Lunch | 0 | 12 | | wichita KS | Administrative Personnel/VA | CASEYS GEN STORE 326 WICHITA      KS |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Other non-physican HCP/VA | ZIGGYS PIZZA 0000000 WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 160.36 | 15 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Physician Assistant/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Other non-physican HCP/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | HURTS DONUT - WICHIT Wichita KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Physician Assistant/VAMC | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Nurse/VA | CHICK-FIL-A #02817 0 WICHITA      KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | WIchita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180105 | Customer Bus Mtg: Lunch | 0 | 15 | | wichita KS | Administrative Personnel/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180228 | Customer Bus Mtg: Breakfast | 26.33 | 10 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180228 | Customer Bus Mtg: Breakfast | 0 | 10 | | Wichita KS | Physician Assistant/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180228 | Customer Bus Mtg: Breakfast | 0 | 10 | | Wichita KS | Nurse/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20180228 | Customer Bus Mtg: Breakfast | 0 | 10 | | Wichita KS | Nurse/VA | HURTS DONUT - WICHIT Wichita KS |
| 20180228 | Customer Bus Mtg: Breakfast | 0 | 10 | | Wichita KS | Physician Assistant/VAMC | ZIGGYS PIZZA - WICHI WICHITA KS |

US-000038

| Date | Type | Amount | Number | | City | Role | Location |
|---|---|---|---|---|---|---|---|
| 20180228 | Customer Bus Mtg: Breakfast | 0 | 10 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180228 | Customer Bus Mtg: Breakfast | 0 | 10 | | Wichita KS | Nurse/VA | HURTS DONUT - WICHIT Wichita KS |
| 20180307 | Customer Bus Mtg: Breakfast | 36.63 | 13 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Physician Assistant/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Nurse/VA | CASEYS GEN STORE 326 WICHITA      KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Nurse/VA | HURTS DONUT - WICHIT Wichita KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita  KS | Other non-physican HCP/VAMC Wichita | HURTS DONUT - WICHIT Wichita KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Physician Assistant/VAMC | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180307 | Customer Bus Mtg: Breakfast | 0 | 13 | | Wichita KS | Nurse/VA | CHICK-FIL-A #02817 0 WICHITA      KS |
| 20180312 | Customer Bus Mtg: Lunch | 116.33 | 12 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Physician Assistant/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | HURTS DONUT - WICHIT Wichita KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita  KS | Other non-physican HCP/VAMC Wichita | CHICK-FIL-A #02817 0 WICHITA      KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Physician Assistant/VAMC | ZIGGYS PIZZA - WICHI WICHITA KS |

| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | Wichita KS | Nurse/VA | SCOTCH & SIRLOIN STE WICHITA KS |
| 20180312 | Customer Bus Mtg: Lunch | 0 | 12 | | WIchita KS | Nurse/VA | ZIGGYS PIZZA - WICHI WICHITA KS |

US-000040

9/20/2022

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Aug  8 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | OTB ACQUISITION LLC | | $20.71 |
| Wichita | Kansas | Dec 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $25.50 |
| Wichita | Kansas | Dec 13 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SWEET BASIL | | $10.31 |
| Wichita | Kansas | Dec 17 2013 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $13.89 |
| Wichita | Kansas | Feb  4 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SWEET BASIL | | $12.28 |
| Wichita | Kansas | Feb  6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | DILLONS #0056 | | $2.02 |
| Wichita | Kansas | Feb 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | J RAES WICHITA | | $6.93 |
| Wichita | Kansas | Jan 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JASON'S DELI      Q25 | | $11.73 |
| Wichita | Kansas | Jan 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | DILLONS #0056 | | $1.16 |
| Wichita | Kansas | Jul  4 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | ON THE BORDER | | $31.84 |
| Wichita | Kansas | Jul 21 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $26.94 |
| Wichita | Kansas | Jun 12 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | IL PRIMO ESPRESSO CAFFE | | $2.44 |
| Wichita | Kansas | Jun 23 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | ON THE BORDER | | $24.32 |
| Wichita | Kansas | Mar 24 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SWEET BASIL | | $12.79 |
| Wichita | Kansas | May  1 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JIMMY JOHNS - 1109 | | $12.93 |
| Wichita | Kansas | Nov 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $25.50 |
| Wichita | Kansas | Nov 25 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PIZZA HUT 236 | | $10.50 |

US-000041

| Wichita | Kansas | Oct 16 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | █████████ | $25.50 |
| Wichita | Kansas | Sep 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | TWO BROTHERS BBQ NORTH | █████████ | $10.68 |

US-000042

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Jan 29 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JIMMY JOHNS - 1109 | | $14.26 |
| Wichita | Kansas | Apr 30 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CONNIES COOKIES BAKERY | | $3.80 |
| Wichita | Kansas | Jul 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2704 | | $3.64 |
| Wichita | Kansas | Aug 20 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CONNIES COOKIES BAKERY | | $0.91 |
| Wichita | Kansas | Sep 24 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CONNIES COOKIES BAKERY | | $1.82 |
| Wichita | Kansas | Oct 16 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CONNIES COOKIES BAKERY | | $3.18 |
| Wichita | Kansas | Nov 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CONNIES COOKIES BAKERY | | $3.22 |
| Wichita | Kansas | Mar  2 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | PIZZA HUT 272 | | $8.92 |
| Wichita | Kansas | May 12 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CONNIES COOKIES BAKERY | | $2.11 |
| Wichita | Kansas | Jul 15 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CONNIES COOKIES BAKERY | | $2.98 |
| Wichita | Kansas | Aug  3 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHN'S # 1301 | | $6.96 |
| Wichita | Kansas | Oct  8 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | OTB ACQUISITION LLC | | $19.86 |
| Wichita | Kansas | Jan 13 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | ESPRESSO TO GO GO | | $5.10 |
| Wichita | Kansas | May 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | J RAES BAKERY | | $5.38 |
| Wichita | Kansas | Jun 29 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE ARTICHOKE | | $12.08 |
| Wichita | Kansas | Dec 21 2016 12:00AM | HCP Onsite Meals/Snacks (Attendees) | DILLON FOOD STORE 56 | | $6.28 |
| Wichita | Kansas | Mar 14 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | NIFTY NUT HOUSE | | $3.20 |

US-000043

| | | | | | |
|---|---|---|---|---|---|
| Wichita | Kansas | Apr 26 2017 12:00AM | HCP Onsite Meals/Snacks (Attendees) | PANERA BREAD | $6.03 |
| Wichita | Kansas | Apr 7 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHILI'S #225 | $11.54 |
| Wichita | Kansas | Jan 5 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | $10.31 |
| Wichita | Kansas | Feb 2 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | $11.84 |
| Wichita | Kansas | Mar 3 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | $9.86 |
| Wichita | Kansas | Apr 18 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | $10.15 |
| Wichita | Kansas | Jun 29 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | $10.50 |
| Wichita | Kansas | Jul 20 2017 12:00AM | HCP Offsite-Lunch (Attendees) | CAFE MAURICE | $9.45 |
| Wichita | Kansas | Jan 3 2013 12:00AM | HCP Offsite-Lunch (Attendees) | JIMMY JOHNS - 1109 | $13.25 |
| Hutchinson | Kansas | Jan 17 2013 12:00AM | HCP Offsite-Lunch (Attendees) | APPLEBEES #1007 | $12.61 |
| Wichita | Kansas | Feb 1 2013 12:00AM | HCP Offsite-Lunch (Attendees) | CAFE MAURICE | $10.42 |
| Hutchinson | Kansas | Feb 6 2013 12:00AM | HCP Offsite-Lunch (Attendees) | CHILIS 1101  02311017 | $10.82 |
| Wichita | Kansas | Jan 21 2013 12:00AM | HCP Offsite-Lunch (Attendees) | CHILIS 25    02300259 | $18.09 |
| Wichita | Kansas | Mar 2 2013 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER | $19.47 |
| Wichita | Kansas | Mar 6 2013 12:00AM | HCP Offsite-Lunch (Attendees) | PF CHANGS #9963 | $27.99 |
| Wichita | Kansas | Mar 28 2013 12:00AM | HCP Offsite-Lunch (Attendees) | JIMMY JOHNS - 1109 | $12.81 |
| Hutchinson | Kansas | Apr 1 2013 12:00AM | HCP Offsite-Lunch (Attendees) | THE OLIVE GARD00044610 | $9.53 |
| Hutchinson | Kansas | May 9 2013 12:00AM | HCP Offsite-Lunch (Attendees) | APPLEBEES #1007 | $15.49 |
| Wichita | Kansas | Jun 19 2013 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER | $19.47 |

9/20/2022

| Hutchinson | Kansas | Jun 8 2013 12:00AM | HCP Offsite-Lunch (Attendees) | APPLEBEES #1007 | | $5.70 |
| Wichita | Kansas | Apr 14 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $15.46 |
| Wichita | Kansas | Sep 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | OTB ACQUISITION LLC | | $15.11 |

US-000045

9/20/2022

| CityLocation | State | TransactionDate | ExpenseType | Vendor | AttendeeLastName | AmountperAttendee |
|---|---|---|---|---|---|---|
| Wichita | Kansas | Feb 9 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $16.41 |
| Wichita | Kansas | Feb 16 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | TANYAS SOUP KITCHEN | | $11.33 |
| Wichita | Kansas | Mar 1 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DEMPSEY'S BURGER PUB | | $13.04 |
| Wichita | Kansas | Mar 8 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $15.45 |
| Wichita | Kansas | Mar 22 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $12.34 |
| Wichita | Kansas | Mar 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $9.44 |
| Wichita | Kansas | Mar 28 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $7.34 |
| Wichita | Kansas | Jan 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | CHICK-FIL-A #02817 | | $12.06 |
| Wichita | Kansas | Apr 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | THE ANCHOR | | $26.70 |
| Wichita | Kansas | Apr 17 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | KNOLLAS PIZZA EAST | | $9.24 |
| Wichita | Kansas | May 10 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | J RAES WICHITA | | $7.28 |
| Wichita | Kansas | Jun 18 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | | $7.23 |
| Wichita | Kansas | Jul 8 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCHLOTZSKY'S 1030 | | $8.56 |
| Wichita | Kansas | Aug 27 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SQ *ESPRESSO TO GO GO | | $4.10 |
| Wichita | Kansas | Sep 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $11.79 |
| Wichita | Kansas | Oct 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCHLOTZSKY'S 1030 | | $17.32 |
| Wichita | Kansas | Dec 11 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | LITTLE SAIGON | | $8.03 |

| Wichita | Kansas | Jan 12 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $14.27 |
| Wichita | Kansas | Jan 22 2015 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | SCOTCH & SIRLOIN | | $23.27 |
| Wichita | Kansas | Jun 17 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | CHICK-FIL-A #02817 | | $20.92 |
| Wichita | Kansas | Jul 6 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $10.28 |
| Wichita | Kansas | Aug 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BITE ME BBQ | | $12.92 |
| Wichita | Kansas | Jan 4 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $12.52 |
| Wichita | Kansas | Jan 20 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.02 |
| Wichita | Kansas | Jan 27 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $9.41 |
| Wichita | Kansas | Feb 3 2016 12:00AM | HCP Offsite-Dinner (Attendees) | FOX & HOUND WICHITA #6506 | | $18.12 |
| Wichita | Kansas | Feb 17 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | OLDE CHICAGO WITCHITA 69 | | $11.03 |
| Wichita | Kansas | Mar 24 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | THE PUMPHOUSE | | $17.42 |
| Wichita | Kansas | Apr 12 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $13.19 |
| Wichita | Kansas | Jun 14 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | SCOTCH & SIRLOIN STEAKHOU | | $12.84 |
| Wichita | Kansas | Sep 19 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $13.29 |
| Wichita | Kansas | Oct 11 2016 12:00AM | Business Meals (Empl & Non Empl Attendees) | CENTRL & ROCK RD FSU02817 | | $13.38 |
| Wichita | Kansas | Dec 12 2016 12:00AM | HCP Offsite-Lunch (Attendees) | BITE ME BBQ INC | | $6.36 |
| Wichita | Kansas | Dec 9 2016 12:00AM | HCP Offsite-Lunch (Attendees) | CHILI'S #225 | | $14.29 |
| Dallas | Texas | Jan 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE BORDER CATERING | | $15.49 |

9/20/2022

| Denver | Colorado | Mar 14 2017 12:00AM | HCP Offsite-Dinner (Attendees) | SPORTS BAR | | $10.84 |
|---|---|---|---|---|---|---|
| Denver | Colorado | Mar 13 2017 12:00AM | HCP Offsite-Lunch (Attendees) | QUE BUENO MEXICAN GRILL | | $9.24 |
| Enid | Oklahoma | Jan 7 2013 12:00AM | HCP Offsite-Lunch (Attendees) | GOLDEN CHICK | | $13.96 |
| Hays | Kansas | Jan 8 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $9.63 |
| Enid | Oklahoma | Jan 24 2013 12:00AM | HCP Offsite-Lunch (Attendees) | GODFATHERS PIZZA | | $13.41 |
| Hays | Kansas | Feb 5 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $5.84 |
| Hays | Kansas | Feb 18 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $9.58 |
| Enid | Oklahoma | Mar 14 2013 12:00AM | HCP Offsite-Lunch (Attendees) | NAPOLIS ITALIAN RESTAURAN | | $11.74 |
| Hays | Kansas | Apr 15 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $5.45 |
| Enid | Oklahoma | Mar 29 2013 12:00AM | HCP Offsite-Lunch (Attendees) | FREDDY'S FROZEN CUSTARD | | $6.82 |
| Enid | Oklahoma | May 16 2013 12:00AM | HCP Offsite-Lunch (Attendees) | ON THE SIDEWALK BAR AND | | $14.72 |
| Hays | Kansas | May 6 2013 12:00AM | HCP Offsite-Lunch (Attendees) | CASEYS GEN STORE 2295 | | $9.11 |
| Hays | Kansas | Jun 4 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $9.92 |
| Hays | Kansas | Jun 10 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $13.35 |
| Hays | Kansas | Jul 1 2013 12:00AM | HCP Offsite-Lunch (Attendees) | TACO SHOP | | $16.71 |
| Emporia | Kansas | Aug 8 2013 12:00AM | HCP Offsite-Lunch (Attendees) | BRUFFS INC | | $12.03 |
| Wichita | Kansas | Feb 19 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $13.08 |
| Wichita | Kansas | Mar 31 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $12.82 |
| Wichita | Kansas | Apr 9 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BITE ME BBQ | | $16.60 |

US-000048

| Wichita | Kansas | May 6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | PANERA BREAD #2719 | | $6.56 |
|---------|--------|--------------------|-------------------------------------------|---------------------|--|-------|
| Wichita | Kansas | May 13 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | FOOD AT*TWO BROTHERS B | | $12.26 |
| Wichita | Kansas | Jun 3 2014 12:00AM | HCP Offsite-Dinner (Attendees) | CHESTERS CHOPHOUSE AND WI | | $79.14 |
| Wichita | Kansas | Jul 23 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | COLLEGE HILL DAIRY QUEEN | | $6.85 |
| Wichita | Kansas | Oct 6 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $19.54 |
| Wichita | Kansas | Oct 28 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | BJ'S RESTAURANTS 526 | | $17.12 |
| Wichita | Kansas | Dec 15 2014 12:00AM | Business Meals (EV3 and Non-EV3 Attendees) | JIMMY JOHN'S # 1301 - | | $7.89 |
| Wichita | Kansas | Feb 23 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | TWO BROTHERS BBQ MIDTOWN | | $12.44 |
| Wichita | Kansas | Apr 1 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | JIMMY JOHN'S # 1301 - | | $13.19 |
| Wichita | Kansas | May 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | COLLEGE HILL DAIRY QUEEN | | $6.87 |
| Wichita | Kansas | Jun 3 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | BJ'S RESTAURANTS 526 | | $14.40 |
| Wichita | Kansas | Jun 11 2015 12:00AM | HCP Offsite-Dinner (Attendees) | BUFFALO WILD WINGS 0058 | | $33.36 |
| Wichita | Kansas | Jul 15 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $11.77 |
| Wichita | Kansas | Aug 19 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | B & C BARBEQUE | | $9.96 |
| Wichita | Kansas | Oct 5 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | DELANO BARBEQUE CO | | $10.19 |
| Wichita | Kansas | Oct 13 2015 12:00AM | Business Meals (Empl & Non Empl Attendees) | KNOLLAS PIZZA EAST | | $12.47 |
| Wichita | Kansas | Oct 30 2015 12:00AM | HCP Offsite-Dinner (Attendees) | THE HILL BAR AND GRILL | | $51.18 |

1

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL

I                         )
████ ██████              ) Case No. 2017-1920-IC-0066
                          )
Registered Nurse          ) 00:33:15


Tuesday,
July 24, 2018



The above-entitled matter came on for

interview, pursuant to notice, at 2:02 p.m.


BEFORE:

MR. KERRY BAKER
Special Agent
Office of Inspector General
Department of Veterans Affairs

MR. CHRIS TAUAI
Special Agent
Office of Inspector General
Department of Veterans Affairs



This transcript was produced from an audio CD


Heritage Reporting Corporation
(202) 628-4888

US-000050

2

provided by the Department of Veterans Affairs Office

of Inspector General.

US-000051

9/20/2022

3

1           P R O C E E D I N G S

2                               (2:02 p.m.)



US-000052

9/20/2022

4



Heritage Reporting Corporation
(202) 628-4888

US-000053

9/20/2022

5



Heritage Reporting Corporation
(202) 628-4888

US-000054

6



Heritage Reporting Corporation
(202) 628-4888

US-000055

9/20/2022

7



Heritage Reporting Corporation
(202) 628-4888

US-000056

9/20/2022

8



Heritage Reporting Corporation
(202) 628-4888

US-000057

9



Heritage Reporting Corporation
(202) 628-4888

US-000058

10



Heritage Reporting Corporation
(202) 628-4888

US-000059

11



Heritage Reporting Corporation
(202) 628-4888

US-000060

9/20/2022

12



Heritage Reporting Corporation
(202) 628-4888

US-000061

9/20/2022

13



Heritage Reporting Corporation
(202) 628-4888

US-000062

9/20/2022

14



Heritage Reporting Corporation
(202) 628-4888

US-000063

9/20/2022

15



Heritage Reporting Corporation
(202) 628-4888

US-000064

9/20/2022

16



Heritage Reporting Corporation
(202) 628-4888

US-000065

9/20/2022

17



13        SA BAKER:  Okay.  Um, do you know who

14   Doug Winger is?

15              MR. ██████      Yes.

16              SA BAKER:  Okay.  Who, who is Doug

17   Winger?

18              MR. ██████      He is the, uh, rep for

19   EV3.

Heritage Reporting Corporation
(202) 628-4888

US-000066

1          SA BAKER:  Does EV3 have a different

2     name?

3          MR. ███████   Uh, it -- they got bought

4     out by Medtronic, I believe.

5          SA BAKER:  Okay. And is -- is, uh, Mr.

6     Winger here often?

7          MR. ███████   Uh --

8          SA BAKER:  Or was he here often, I

9     guess?

10          MR. ███████   Yeah, yeah.

11          SA BAKER:  It sounds like you guys

12     aren't doing leg procedures anymore, right?

13          MR. ███████   Correct.

14          SA BAKER:  At least not right now?

15          MR. ███████   Correct.

16          SA BAKER:  Okay.  And so while you guys

17     were doing leg procedures, was he here

18     frequently?

19          MR. ███████   Yes.


Heritage Reporting Corporation
(202) 628-4888

1          SA BAKER:  Like every day, most days?

2          MR.       Uh, a couple days a week.

3          SA BAKER:  Okay.  And he would attend

4    the procedures?

5          MR.          Yes.

6          SA BAKER:  And be in the room with you

7    guys?

8          MR.          Yes.

Heritage Reporting Corporation
(202) 628-4888

US-000068                                    9/20/2022

20

1 ████████ ████████

2 ████████████████████

3 ████████████████████

4 ████████

5 ████████ ████████

6          SA BAKER:  Okay.  Um, did you know him

7     outside of work at all?

8                    00:12:33

9          MR. ████████    A little bit.  I mean, you

10    know, we'd go out and grab a drink --

11         SA BAKER:  Uh-huh.

12         MR. ████████    -- every once in a while,

13    but --

14         SA BAKER:  Okay.  Uh, what about other -

15    - other people in the lab?

16         MR. ████████    Uh, did --

17         SA BAKER:  Did they have relationships

18    with him outside of work that you're aware of?

19         MR. ████████    Not that I'm aware of.

Heritage Reporting Corporation
(202) 628-4888

21

1          SA BAKER:  Okay.  Um, what about Ms.

2    Brinkley?

3          MR. █████      Not that I'm -- not that I

4    know of.

5    ███████████████████████████████

6    ████████████████████████████████████

7    ███████████████████████████████

8    ████████████████████████████████████

9    ██████████████████

10   ████████████████████████████

11   ████████████████████████████████

12   █████████████

13   ████████████████████████████████████

14   ██████

15   ████████████████████████████

16   ████████

17   ████████████████████████████████

18   ███████████

19   ████████████████████████████

Heritage Reporting Corporation
(202) 628-4888

US-000070                                          9/20/2022

1          SA BAKER:  He is, okay.  Um, did -- did

2     Doug ever buy meals for the cath lab?

3          MR. ███████   Occasionally.

4          SA BAKER:  Like at what -- describe

5     occasionally.  Several times a week, a couple

6     times a week?

7          MR. ███████   No, just, uh, every other

8     week, maybe.

9          SA BAKER:  Okay.  And what -- describe

10    the meal that he would -- that he would purchase,

11    please.

12         MR. ███████   Uh, it would just depend,

13    uh, I mean sometimes it would be, you know, just

14    food from say Chick-fil-A or --

15         SA BAKER:  Give me the exchange, like

16    he's -- he's being cheap today --

17         MR. ███████   He's --

18         SA BAKER:  -- you get Chick-fil-A.

19         MR. ███████   -- he's usually pizza or

Heritage Reporting Corporation
(202) 628-4888

1    Chick-fil-A were our two main --

2           SA BAKER:  Ever -- ever anything outside

3    of that?  Ever anything that was, like, shit,

4    that's pretty -- pretty extravagant and nice?

5           MR. ███████   Uh, occasionally, we'd do,

6    uh, um, Scotch and Sirloin.

7           SA BAKER:  Okay.  And did anybody from

8    the cath -- did he ever take anybody from the

9    cath lab to Scotch and Sirloin with him?

10          MR. ███████   No.

11          SA BAKER:  What about anywhere else, out

12   to dinner, out to lunch?

13          MR. ███████   No.

14          SA BAKER:  Did he ever take you out to

15   lunch anywhere outside of work?

16          MR. ███████   No.

17          SA BAKER:  Okay.

18          SA TAUAI:  You said you went and had

19   drinks with him?

                 Heritage Reporting Corporation
                      (202) 628-4888

1            MR. ███████    Well, yeah.

2            SA TAUAI:  But did he -- did he -- you

3       guys eat dinner or anything then?

4            MR. ███████    Uh, we had some

5       appetizers.

6            SA TAUAI:  Did he pay for it?

7            MR. ███████    No.

8            SA TAUAI:  Okay.  How about the drinks,

9       did he -- when you were there?

10           MR. ███████    No.

11           SA TAUAI:  Any drinks, okay.

12           MR. ███████    No.

13           SA BAKER:  And where was that?

14           MR. ███████    Where did we go out?

15           SA BAKER:  Yeah, where'd you go?

16           MR. ███████    Um, well, we've been out

17       to Twin Peaks is probably the only place I

18       remember going with him.

19           SA BAKER:  Okay.  More than one

Heritage Reporting Corporation
(202) 628-4888

```
1                          00:15:20

2      occasion?

3              MR. ████████     Not that I recall.

4              SA BAKER:  Would he recall differently?

5              MR. ████████     Would Doug recall

6      differently?

7              SA BAKER:  Yeah.

8              MR. ████████     I, I don't know.

9              SA BAKER:  Okay.  (Clears throat)  What

10     about any of the other, uh -- because it sounds

11     like there were other, uh, Medtronic, I guess

12     sales reps who worked with him, did any of them

13     ever bring food over to you guys?

14             MR. ████████     Carrie would bring us home

15     baked cookies.

16     ████████████████████████████████████████

17   ████████████████████████████████████████████

18   ██████████████████████████████████████

19   ████████████████████████████████████████
```

US-000074

9/20/2022

26



Heritage Reporting Corporation
(202) 628-4888

US-000075

27



Heritage Reporting Corporation
(202) 628-4888

US-000076

28



Heritage Reporting Corporation
(202) 628-4888

9/20/2022

29



Heritage Reporting Corporation
(202) 628-4888

US-000078

30



Heritage Reporting Corporation
(202) 628-4888

US-000079

9/20/2022

31



Heritage Reporting Corporation
(202) 628-4888

US-000080

9/20/2022



US-000081

9/20/2022

33



Heritage Reporting Corporation
(202) 628-4888

US-000082

9/20/2022

34



Heritage Reporting Corporation
(202) 628-4888

US-000083

9/20/2022

35



Heritage Reporting Corporation
(202) 628-4888

36



Heritage Reporting Corporation
(202) 628-4888

US-000085

37



US-000086

9/20/2022

38



Heritage Reporting Corporation
(202) 628-4888

US-000087

9/20/2022

39



Heritage Reporting Corporation
(202) 628-4888

9/20/2022

40



Heritage Reporting Corporation
(202) 628-4888

41



Heritage Reporting Corporation
(202) 628-4888

US-000090

42



Heritage Reporting Corporation
(202) 628-4888

US-000091

9/20/2022

43



Heritage Reporting Corporation
(202) 628-4888

US-000092

44



Heritage Reporting Corporation
(202) 628-4888

US-000093

45



Heritage Reporting Corporation
(202) 628-4888

US-000094

46



Heritage Reporting Corporation
(202) 628-4888

US-000095

9/20/2022

47



US-000096

9/20/2022

48



Heritage Reporting Corporation
(202) 628-4888

US-000097

9/20/2022

49



1

2

3

4

5

6

7

8

9

10

11

12

13      (Whereupon, at 2:35 p.m., the interview

14  was concluded.)

15  //

16  //

17  //

18  //

19  //

Heritage Reporting Corporation
(202) 628-4888

US-000098

9/20/2022

50

1      //

2      //

3      //

4      //

5      //

6      //

7      //

8      //

9      //

Heritage Reporting Corporation
(202) 628-4888

US-000099

9/20/2022

51

Heritage Reporting Corporation
(202) 628-4888

US-000100



# Department of Veterans Affairs
# Office of Inspector General

## ADVISEMENT OF RIGHTS
## (FEDERAL EMPLOYEES - GARRITY)

You are being contacted to solicit your cooperation in an official investigation regarding misconduct or improper performance of official duties. In accordance with the Privacy Act, you are advised that the authority to conduct this investigation is contained in the Inspector General Act of 1978, 5 U.S.C. App. 3.

This is a voluntary interview. Accordingly, you do not have to answer questions. No disciplinary action will be taken against you solely for refusing to answer questions.

The matter under investigation could constitute a violation of law that could result in the criminal prosecution of the responsible individual(s).

This inquiry concerns:

BRIBERY & ILLEGAL KICKBACKS

You have the right to remain silent if your answers may tend to incriminate you. If you do decide to answer questions or make a statement, you may stop answering at any time.

Anything you say may be used as evidence both in an administrative proceeding or any future criminal proceeding involving you.

## ACKNOWLEDGEMENT

I understand the warnings and assurances stated above and I am willing to make a statement and answer questions voluntarily. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_Kerry F. Bl_
Signature of Witness

_KERRY F. BAKER_
Printed Name of Witness

_7/24/18_
Date

X
Signature of Employee

Printed Name of Employee

_7/24/18_
Date

**FOR OFFICIAL USE ONLY**
(Public Availability to be Determined Under 5 USC 552)

VA OIG CI Form D202-3
04/17

US-000101

9/20/2022

1

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL


W                    )
███████ ███████      ) Case No. 2017-1920-IC-0066
                     )
Registered Nurse     ) 00:53:49


Tuesday,
July 24, 2018

Wichita VAMC
5500 East Kellogg Avenue
Wichita, KS 67218


The above-entitled matter came on for

interview, pursuant to notice, at 12:01 p.m.


BEFORE:

MR. KERRY BAKER
Special Agent
Office of Inspector General
Department of Veterans Affairs

MR. CHRIS TAUAI
Special Agent
Office of Inspector General
Department of Veterans Affairs


This transcript was produced from an audio CD

Heritage Reporting Corporation
(202) 628-4888

US-000102

2

provided by the Department of Veterans Affairs Office

of Inspector General.

US-000103

9/20/2022

4



Heritage Reporting Corporation
(202) 628-4888

US-000105

5



Heritage Reporting Corporation
(202) 628-4888

US-000106

6



Heritage Reporting Corporation
(202) 628-4888

US-000107

7



Heritage Reporting Corporation
(202) 628-4888

US-000108

9/20/2022

8



Heritage Reporting Corporation
(202) 628-4888

US-000109

9/20/2022

9



Heritage Reporting Corporation
(202) 628-4888

US-000110

9/20/2022

10



Heritage Reporting Corporation
(202) 628-4888

US-000111

11



Heritage Reporting Corporation
(202) 628-4888

US-000112

9/20/2022

12



Heritage Reporting Corporation
(202) 628-4888

13



Heritage Reporting Corporation
(202) 628-4888

US-000114

9/20/2022

14



US-000115

9/20/2022

15



Heritage Reporting Corporation
(202) 628-4888

US-000116

9/20/2022

16



Heritage Reporting Corporation
(202) 628-4888

US-000117

9/20/2022

17



Heritage Reporting Corporation
(202) 628-4888

US-000118

18



Heritage Reporting Corporation
(202) 628-4888

US-000119

9/20/2022

19



Heritage Reporting Corporation
(202) 628-4888

US-000120

20



Heritage Reporting Corporation
(202) 628-4888

US-000121

9/20/2022

21



Heritage Reporting Corporation
(202) 628-4888

US-000122

9/20/2022

22



Heritage Reporting Corporation
(202) 628-4888

US-000123

23



Heritage Reporting Corporation
(202) 628-4888

US-000124

9/20/2022

24



Heritage Reporting Corporation
(202) 628-4888

US-000125

9/20/2022

25



Heritage Reporting Corporation
(202) 628-4888

US-000126

26



Heritage Reporting Corporation
(202) 628-4888

US-000127

9/20/2022

27



Heritage Reporting Corporation
(202) 628-4888

US-000128

9/20/2022

28



Heritage Reporting Corporation
(202) 628-4888

US-000129

9/20/2022

29



Heritage Reporting Corporation
(202) 628-4888

30



Heritage Reporting Corporation
(202) 628-4888

US-000131

31



US-000132

9/20/2022

32



Heritage Reporting Corporation
(202) 628-4888

US-000133

9/20/2022

33



Heritage Reporting Corporation
(202) 628-4888

US-000134

9/20/2022

34



Heritage Reporting Corporation
(202) 628-4888

US-000135

9/20/2022

35



US-000136

9/20/2022

36



Heritage Reporting Corporation
(202) 628-4888

US-000137

9/20/2022

37



Heritage Reporting Corporation
(202) 628-4888

US-000138

9/20/2022

38



Heritage Reporting Corporation
(202) 628-4888

39



Heritage Reporting Corporation
(202) 628-4888

US-000140

40



Heritage Reporting Corporation
(202) 628-4888

US-000141

41



Heritage Reporting Corporation
(202) 628-4888

US-000142

42



Heritage Reporting Corporation
(202) 628-4888

US-000143

9/20/2022

43



Heritage Reporting Corporation
(202) 628-4888

US-000144

44



Heritage Reporting Corporation
(202) 628-4888

US-000145

45



13      SA BAKER:  Okay.  Um, we had an

14    allegation -- or allegations, actually -- that

15    Winger provided meals and, like, cookies and

16    stuff like that to the cath lab.  Does that sound

17    familiar to you?

18            MS. ████    Yeah.

19            SA BAKER:  And do you know how long that

Heritage Reporting Corporation
(202) 628-4888

46

1    happened?  Was it, like, your entire time that

2    you've been here or --

3             MS. ███████   Snacks from time to time,

4    as long as I've been here.

5             SA BAKER:  What about any kind of meals,

6    lunches, anything like that?

7             MS. ███████   Snacks.

8             SA BAKER:  Are you aware of him

9    providing any kind of, like, sporting event

10   tickets or concert tickets or anything like that?

11            MS. ███████   No, no.

12            SA BAKER:  Not to you?

13            MS. ███████   No, not to me, not to

14   anybody I know.

15            SA BAKER:  Okay.

16            MS. ███████   No.

17            SA BAKER:  Uh, are you hearing -- have

18   you heard anything about anything like that?

19            MS. ███████   Uh-uh, not really, I

Heritage Reporting Corporation
(202) 628-4888

US-000147                                    9/20/2022

47

1    promise I haven't.



US-000148

9/20/2022

48



Heritage Reporting Corporation
(202) 628-4888

US-000149

9/20/2022

49



Heritage Reporting Corporation
(202) 628-4888

US-000150

9/20/2022

50



Heritage Reporting Corporation
(202) 628-4888

US-000151

9/20/2022

51



Heritage Reporting Corporation
(202) 628-4888

US-000152

9/20/2022

52



Heritage Reporting Corporation
(202) 628-4888

US-000153

9/20/2022

53



Heritage Reporting Corporation
(202) 628-4888

US-000154

9/20/2022

54



Heritage Reporting Corporation
(202) 628-4888

US-000155

55



Heritage Reporting Corporation
(202) 628-4888

US-000156

9/20/2022

56



Heritage Reporting Corporation
(202) 628-4888

US-000157

9/20/2022

57



Heritage Reporting Corporation
(202) 628-4888

US-000158

9/20/2022

58



Heritage Reporting Corporation
(202) 628-4888

US-000159

9/20/2022

59



Heritage Reporting Corporation
(202) 628-4888

US-000160

9/20/2022

60



Heritage Reporting Corporation
(202) 628-4888

US-000161

9/20/2022

61



US-000162

9/20/2022

62



Heritage Reporting Corporation
(202) 628-4888

US-000163

9/20/2022

63



Heritage Reporting Corporation
(202) 628-4888

US-000164

64



Heritage Reporting Corporation
(202) 628-4888

US-000165

65



Heritage Reporting Corporation
(202) 628-4888

US-000166

66



Heritage Reporting Corporation
(202) 628-4888

US-000167

67



Heritage Reporting Corporation
(202) 628-4888

US-000168

68



Heritage Reporting Corporation
(202) 628-4888

US-000169

9/20/2022

69



Heritage Reporting Corporation
(202) 628-4888

US-000170

70



Heritage Reporting Corporation
(202) 628-4888

9/20/2022

71



Heritage Reporting Corporation
(202) 628-4888

US-000172

72



Heritage Reporting Corporation
(202) 628-4888

US-000173

73



Heritage Reporting Corporation
(202) 628-4888

US-000174

9/20/2022

74



Heritage Reporting Corporation
(202) 628-4888

US-000175

9/20/2022

75



Heritage Reporting Corporation
(202) 628-4888

US-000176

76



Heritage Reporting Corporation
(202) 628-4888

US-000177

77



Heritage Reporting Corporation
(202) 628-4888

US-000178

9/20/2022

78



Heritage Reporting Corporation
(202) 628-4888

US-000179

9/20/2022

79



Heritage Reporting Corporation
(202) 628-4888

US-000180

9/20/2022

80



Heritage Reporting Corporation
(202) 628-4888

US-000181

9/20/2022

81



Heritage Reporting Corporation
(202) 628-4888

US-000182

82



Heritage Reporting Corporation
(202) 628-4888

US-000183

9/20/2022

83



Heritage Reporting Corporation
(202) 628-4888

US-000184

9/20/2022

84



Heritage Reporting Corporation
(202) 628-4888

US-000185

9/20/2022

85



Heritage Reporting Corporation
(202) 628-4888

US-000186

9/20/2022

86



Heritage Reporting Corporation
(202) 628-4888

US-000187



Heritage Reporting Corporation
(202) 628-4888

US-000188

88



Heritage Reporting Corporation
(202) 628-4888

US-000189

9/20/2022

89



Heritage Reporting Corporation
(202) 628-4888

US-000190

9/20/2022

90



Heritage Reporting Corporation
(202) 628-4888

US-000191

91



Heritage Reporting Corporation
(202) 628-4888

US-000192

9/20/2022

92



Heritage Reporting Corporation
(202) 628-4888

US-000193

9/20/2022

93



Heritage Reporting Corporation
(202) 628-4888

US-000194

94

1  ■

2  ■

3  ■

4  ■

5  ■

6  ■

7  ■

8  ■

9  ■

Heritage Reporting Corporation
(202) 628-4888

US-000195

9/20/2022

95



Heritage Reporting Corporation
(202) 628-4888

US-000196



**Department of Veterans Affairs**
**Office of Inspector General**

### ADVISEMENT OF RIGHTS
### (FEDERAL EMPLOYEES - GARRITY)

You are being contacted to solicit your cooperation in an official investigation regarding misconduct or improper performance of official duties.  In accordance with the Privacy Act, you are advised that the authority to conduct this investigation is contained in the Inspector General Act of 1978, 5 U.S.C. App. 3.

This is a voluntary interview.  Accordingly, you do not have to answer questions. No disciplinary action will be taken against you solely for refusing to answer questions.

The matter under investigation could constitute a violation of law that could result in the criminal prosecution of the responsible individual(s).

This inquiry concerns:
       BRIBERY & ILLEGAL KICKBACKS

You have the right to remain silent if your answers may tend to incriminate you. If you do decide to answer questions or make a statement, you may stop answering at any time.

Anything you say may be used as evidence both in an administrative proceeding or any future criminal proceeding involving you.

### ACKNOWLEDGEMENT

I understand the warnings and assurances stated above and I am willing to make a statement and answer questions voluntarily.  No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

K. 7. BL
_____
Signature of Witness

KERRY F. BAKER
_____
Printed Name of Witness

7/24/18
_____
Date

_____
Signature of Employee

_____
Printed Name of Employee

7/24/18
_____
Date

**FOR OFFICIAL USE ONLY**
**(Public Availability to be Determined Under 5 USC 552)**

VA OIG CI Form D202-3
04/17

US-000197

9/20/2022

1

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL

INTERVIEW OF:                )
                             ) Case No. 2017-1920-IC-0066
███████████████             )
                             ) 00:36:16

Tuesday,
July 24, 2018

The above-entitled matter came on for

interview, pursuant to notice, at 2:46 p.m.

BEFORE:

MR. GREG BILLINGSLEY
Special Agent
Department of Veterans Affairs
Office of Inspector General
Criminal Investigations Division

MR. TIM MUGRAGE
Special Agent
Department of Veterans Affairs
Office of Inspector General
Criminal Investigations Division

This transcript was produced from an audio CD

Heritage Reporting Corporation
(202) 628-4888

2

provided by the Department of Veterans Affairs Office

of Inspector General.

US-000199

9/20/2022

3

1                    P R O C E E D I N G S

2                                      (2:46 p.m.)



Heritage Reporting Corporation
(202) 628-4888

US-000200

9/20/2022

4



Heritage Reporting Corporation
(202) 628-4888

US-000201

5



Heritage Reporting Corporation
(202) 628-4888

US-000202

9/20/2022

6



Heritage Reporting Corporation
(202) 628-4888

US-000203

9/20/2022

7



Heritage Reporting Corporation
(202) 628-4888

US-000204

9/20/2022

8



Heritage Reporting Corporation
(202) 628-4888

US-000205

9/20/2022

9



Heritage Reporting Corporation
(202) 628-4888



Heritage Reporting Corporation
(202) 628-4888

US-000207

9/20/2022

11



Heritage Reporting Corporation
(202) 628-4888

US-000208

9/20/2022

12



Heritage Reporting Corporation
(202) 628-4888

US-000209

9/20/2022

13



Heritage Reporting Corporation
(202) 628-4888

US-000210

9/20/2022

14



Heritage Reporting Corporation
(202) 628-4888

US-000211

9/20/2022



Heritage Reporting Corporation
(202) 628-4888

US-000212

16



Heritage Reporting Corporation
(202) 628-4888

US-000213

9/20/2022

17



Heritage Reporting Corporation
(202) 628-4888

US-000214

18



Heritage Reporting Corporation
(202) 628-4888

US-000215

19



Heritage Reporting Corporation
(202) 628-4888

US-000216

Case 2:22-cv-02209-DDC-KGG   Document 14-1   Filed 10/26/22   Page 221 of 371

20



Heritage Reporting Corporation
(202) 628-4888

US-000217

9/20/2022

21



Heritage Reporting Corporation
(202) 628-4888

US-000218

9/20/2022



Heritage Reporting Corporation
(202) 628-4888

US-000219

9/20/2022

23



Heritage Reporting Corporation
(202) 628-4888

24



Heritage Reporting Corporation
(202) 628-4888

US-000221

9/20/2022

25



Heritage Reporting Corporation
(202) 628-4888

US-000222

1

2

3

4

5          SA MUGRAGE:  Okay.  Have you ever heard

6     or seen her get anything of value or anyone else

7     get anything of value from Doug?

8          MS. ████████     No.

9          SA MUGRAGE:  Any gifts, money, you know?

10         MS. ████████     No.

11         SA MUGRAGE:  Um, or even like lunches or

12    anything like that?

13         MS. ████████     There was an end-of-the-

14    year lunch and we had a $10 limit.

15         SA MUGRAGE:  End-of-year lunch from?

16         MS. ████████     I believe it was from

17    Doug, and it was for the entire --

18         SA MUGRAGE:  It was only one time?

19         MS. ████████     It was, um, it was for

Heritage Reporting Corporation
(202) 628-4888

US-000223                                    9/20/2022

27

1     the entire group.

2              SA MUGRAGE:  Yeah.  But it's our

3     understanding that was kind of a regular thing?

4              MS. ███████  I didn't work a lot of

5     Mondays when I -- and, uh, it's apparently when

6     they did the lunches.

7              SA MUGRAGE:  What about Wednesdays?

8              MS. ███████  Um, if we did have lunch

9     on Wednesdays, Doug wasn't springing for it.

10             SA MUGRAGE:  How do you know that?

11             MS. ███████  Um, he would ask us, you

12    know, I'm going to order from Chipotle  I'm going

13    to order from Firehouse.  Um, it's going to be on

14    us today, but keep it to, you know, this amount

15    or less.

16             SA MUGRAGE:  It's going to be what?

17             MS. ███████  Keep it to the -- like

18    $10.

19             SA MUGRAGE:  Did you say honest?


                    Heritage Reporting Corporation
                         (202) 628-4888

9/20/2022

28

1          MS. ██████████     This amount.

2          SA MUGRAGE:  Did you say it's going to

3     be honest?  Oh, on us.

4          SA BILLINGSLEY:  On us.

5          MS. ██████████     On, on us.

6          SA BILLINGSLEY:  Yeah.

7          SA MUGRAGE:  So, he would say that?

8          MS. ██████████     Yes.

9          SA MUGRAGE:  So, how often did that

10    happen?

11         MS. ██████████     I only got two lunches

12    from him.  I don't know how often the other group

13    got it.

14         SA MUGRAGE:  Okay.

15         MS. ██████████     But, um, it was part of

16    cardiology, so --

17         SA MUGRAGE:  So, sure.  Look, I get it.

18     If you're in a group and everyone's doing it,

19    you're like well, I don't really, you know,

Heritage Reporting Corporation
(202) 628-4888

9/20/2022

```
1    whatever.  Um, I'm sure you're probably aware

2    from trainings and stuff that you're not supposed

3    to take anything like that from vendors, like,

4    lunches and stuff like that.

5              MS. ████████     I do have a question

6    though.  It wasn't uncommon when I was working at

7    St. Francis for vendors to provide lunches as

8    long as there were, um, education --

9              SA MUGRAGE:  Well --

10             MS. ████████     Um, applied to and --

11             SA MUGRAGE:  In private, it's a lot

12   different than government, too.

13                      00:16:04

14             MS. ████████     Oh, okay.

15             SA MUGRAGE:  Because, you know, it's

16   taxpayer dollars.  And, you know, um -- just the

17   -- I don't, you know -- I'm sure you've seen it

18   like in the ethics training and stuff like that.

19    But I guess, just to drill in on that, I mean,
```

Heritage Reporting Corporation
(202) 628-4888

9/20/2022

1    how -- so, was it like Mondays and Wednesdays

2    that this would occur?

3              MS. █████████   Yes.

4              SA MUGRAGE:  And those were the days I'm

5    assuming when they're doing IR stuff?

6              MS. █████████   Uh, yes.

7              SA MUGRAGE:  So, that -- those were the

8    days that Doug was there?

9              MS. █████████   Um, if, if his products

10    were needed, yes.

11              SA MUGRAGE:  Okay.  So on Mondays and

12    Wednesdays -- was it every Monday, every

13    Wednesday that he would buy lunch, or --

14              MS. █████████   Oh no.

15              SA MUGRAGE:  So, other days, he just

16    wouldn't bring it up and you would just kind of

17    do your own lunch or --

18              MS. █████████   Yeah, and normally we

19    would bring our lunch.  And if it -- hey guys,

US-000227

1   you know, it's towards the end of the years, it's

2   Christmas time.  Lunch is on -- on us today.  Um,

3   we would just have lunch in our refrigerator for

4   the next day.

5            SA MUGRAGE:  Yeah.  So, you're kind of

6   speaking generally when you say normally -- but

7   like, so, how many times do you think that

8   occurred?  Do you think it was --

9            MS. ███████   I -- I don't want to

10  speculate.

11           SA MUGRAGE:  Yeah, because we've heard

12  as many as like almost very Monday and Wednesday.

13   Is that --

14           MS. ███████   I didn't have that treat.

15   But, um, I -- I only had two lunches from Doug.

16           SA MUGRAGE:  Okay.

17           MS. ███████   So, I felt -- I'm feeling

18  kind of jipped now.

19           SA MUGRAGE:  So --

Heritage Reporting Corporation
(202) 628-4888

1              SA BILLINGSLEY:  And there --

2              SA MUGRAGE:  But you didn't work a lot

3     of Mondays you said?

4              MS. ███████   I didn't

5              SA MUGRAGE:  Why was that?  Was that

6     your day off or --

7              MS. ███████   No, um, I am undergoing

8     my house right now and just trying to get

9     everything in order.  I, I wanted three-day

10    weekends.

11             SA MUGRAGE:  Oh, okay.  So, you took

12    some leave on Mondays?

13             MS. ███████   I did.  It was only maybe

14    one Monday a month but it was just enough for me

15    to have a three-day weekend to help with my

16    house.

17             SA MUGRAGE:  Gotcha.  Um, so, it was a

18    regular thing, you're saying, but -- somewhat

19    regular for -- for Doug to buy lunches?

Heritage Reporting Corporation
(202) 628-4888

US-000229                                          9/20/2022

1          MS. ████████     I --

2          SA MUGRAGE:  Was it the whole group?

3     Like, how many people are we talking?  Ten people

4     or --

5          MS. ██████     The, the entire Cath Lab.

6          SA MUGRAGE:  So, how many is that on any

7     given day?

8          MS. ██████     Um, eight.

9          SA MUGRAGE:  Okay.  So, he would buy

10    lunches for like eight of you and ask you to keep

11    it under $10?

12         MS. ████████     Correct.

13         SA MUGRAGE:  And you only recall getting

14    this twice?

15         MS. ████████     Yes.

16         SA MUGRAGE:  Okay.  Um, was there ever

17    any discussion later on, like, hey, we're not

18    supposed to be getting these lunches and here's

19    what we need to say or anything like that?

Heritage Reporting Corporation
(202) 628-4888

34

1          MS. ████████     No.  But you remind me of

2    my --

3          SA MUGRAGE:  Yeah, you'll probably

4    notice a lot of these questions I kind of already

5    know the answer to.

6                         00:18:36

7          MS. ████████     Yeah.

8          SA MUGRAGE:  -- we talked to more than

9    one person.

10          MS. ████████     Um, now that you talk

11    about what we learned about on orientation, I

12    probably should have said Doug, thank you, but

13    I'll -- or should I have said that for the entire

14    group?

15          SA MUGRAGE:  Well, no.  I'm saying did

16    it ever come to like somebody's attention about

17    these lunches and maybe there was some discussion

18    in that Cath Lab like hey, from now on say this

19    or if anyone asks, say the doctor bought it or

                    Heritage Reporting Corporation
                         (202) 628-4888

9/20/2022

1    was there something like that that happened?

2            MS. ████████    Not to my recollection.

3            SA MUGRAGE:  Are you sure?

4            MS. ████████    I -- if -- Cara may have

5    said something -- but I, I don't ever remember

6    saying you cannot order lunch if, um, the vendor

7    is providing.

8            SA MUGRAGE:  So, there was never any

9    discussion as far as somebody telling you that if

10    -- that if anyone asks say the doctor bought it

11    or say -- say this or say -- kind of a plan of

12    hey, we don't want to get in trouble, so if

13    anyone asks, there wasn't any kind of plan set?

14            SA BILLINGSLEY:  Like -- like somebody

15    outside of the Cath Lab come and ask or

16    leadership of the hospital?

17            MS. ████████    No.

18            SA BILLINGSLEY:  Okay.

19            SA MUGRAGE:  There was never a plan set?

US-000232

1          MS. ███████   Um, correct.

2          SA MUGRAGE:  Are you sure?

3          MS. ███████   Um, I know there's

4    documentation within the VA system but I, I was

5    never told.

6          SA MUGRAGE:  What do you mean

7    documentation within the VA system?

8          MS. ███████   With -- I'm pretty sure

9    that there is documentation within the VA system

10   saying you cannot, um, accept gifts or food from

11   a vendor.

12         SA MUGRAGE:  Sure.

13         MS. ███████   But --

14         SA MUGRAGE:  And I'm not talking about

15   that.  I'm more saying, Doug's buying lunches for

16   the Cath Lab somewhat periodically, correct?

17         MS. ███████   Uh-huh.

18         SA MUGRAGE:  Or somewhat regularly --

19   somewhat.  Is that correct?

Heritage Reporting Corporation
(202) 628-4888

US-000233                                    9/20/2022

1          MS. ███████     Yes.

2          SA MUGRAGE:  Okay.  Did it ever come to

3     someone's attention, like maybe somebody found

4     out that maybe everyone in the Cath Lab knew you

5     should have been doing it, so maybe Teri or

6     someone came up with the idea of hey, if we're

7     ever asked about this, say X, Y, or Z?

8          MS. ███████     I was, I was never told

9     that.

10          SA MUGRAGE:  You were never a part of

11     any conversation like that?

12          MS. ███████     No.

13          SA MUGRAGE:  Like, here's the plan.  If

14     anyone ever asks --

15          MS. ███████     No.

16          SA MUGRAGE:  -- about these lunches,

17     tell them this?

18          MS. ███████     No.

19          SA MUGRAGE:  You were never a part of

Heritage Reporting Corporation
(202) 628-4888

38

1    anything like that?

2          MS. ███████   I never heard anything

3    like that.

4          SA MUGRAGE:  Okay.  Maybe that was a

5    Monday when you were gone.

6          MS. ███████   I, I just -- I never

7    recall saying hey, if, if lunch is delivered, you

8    say this.  I, I never heard anything like that.

9    I may have been working on stocking or something

10   like that and didn't get the memo.  But I, I

11   never heard anything like that from any of my co-

12   workers or my supervisors.

13         SA MUGRAGE:  Okay.  And, and as far as

14   like Teri goes or anyone else, you're not aware,

15   never heard or -- of them getting anything of

16   value like gifts or --

17         MS. ███████      No.

18                     00:21:28

19   ████████████████████████████████████

                Heritage Reporting Corporation
                      (202) 628-4888

9/20/2022

39



Heritage Reporting Corporation
(202) 628-4888

US-000236

40



Heritage Reporting Corporation
(202) 628-4888

US-000237

9/20/2022

41



Heritage Reporting Corporation
(202) 628-4888

US-000238

42



US-000239

9/20/2022

43



Heritage Reporting Corporation
(202) 628-4888

US-000240

9/20/2022

44



Heritage Reporting Corporation
(202) 628-4888

US-000241

9/20/2022

45



Heritage Reporting Corporation
(202) 628-4888

US-000242

46



Heritage Reporting Corporation
(202) 628-4888

US-000243

9/20/2022

47



Heritage Reporting Corporation
(202) 628-4888

US-000244

9/20/2022

48



16        SA BILLINGSLEY:  Okay.  Okay.  All

17   right.  Yeah.  And then I just want to go over

18   one thing one more time.  I just want to be sure

19   I understand it correctly.  So, you started in

Heritage Reporting Corporation
(202) 628-4888

US-000245

9/20/2022

1    October?

2          MS. ██████████   Yes.

3          SA MUGRAGE:  So, from October to April?

4          MS. ██████████   I -- starting in December

5    I would -- go ahead.  I apologize.  I interrupted

6    you.

7          SA MUGRAGE:  Go ahead.  No.

8          MS. ██████████   Starting in December, I

9    wanted to take off about one Monday a month.

10         SA MUGRAGE:  Okay.  But for the most

11   part from October to April -- so six months --

12   and then I get it -- so, four of those months or

13   so in there you took off an extra Monday ever

14   month, but those six months, there were only two

15   occasions --

16         MS. ██████████   That I, that I partook in

17   --

18         SA MUGRAGE:  That you partook in or that

19   it happened?

Heritage Reporting Corporation
(202) 628-4888

US-000246

1          MS. ██████      That it happened.

2          SA MUGRAGE:  There are only two

3     occasions that you know of where Doug bought the

4     whole Cath Lab lunch?

5          MS. ██████      I, I -- let me rephrase

6     that.  I apologize.  I did only partake in two

7     lunches.  Um, he may have ordered more for the

8     Cath Lab but I either had to eat leftovers that

9     were going to spoil or -- and --

10          SA MUGRAGE:  So, there were some days

11     where maybe you just didn't partake.

12          MS. ██████      Yes.

13          SA MUGRAGE:  But he did.

14          MS. ██████      Yes.

15          SA MUGRAGE:  So, okay.  So -- let's back

16     to it then -- so, from October to April, how

17     frequent was it?  So, he's in there on Mondays

18     and Wednesdays pretty much.  Was it most Mondays

19     and Wednesdays?


                    Heritage Reporting Corporation
                         (202) 628-4888

9/20/2022

1          MS. ███████      What is most?  Um, like

2    if --

3          SA MUGRAGE:  More than half?

4          MS. ███████      I would say at half.  So,

5    like the first, you know, if they're four --

6          SA MUGRAGE:  So, once a week then

7    probably.

8          MS. ███████      Okay.

9          SA MUGRAGE:  Is that what -- no.  I

10    mean, I -- I'm trying to help you here.

11          MS. ███████      Um, I would say once a

12    week.

13          SA MUGRAGE:  At least once a week?

14          MS. ███████      Yes.

15          SA BILLINGSLEY:  Right.  And he's not

16    trying to put words in your mouth though.

17          SA MUGRAGE:  No.

18          SA BILLINGSLEY:  He's just trying to

19    figure out (inaudible).


                    Heritage Reporting Corporation
                          (202) 628-4888

1          SA MUGRAGE:  No, I, I want, I want

2     exactly -- yeah, and, I mean, look, this isn't

3     the type of stuff -- you know, we, we believe it

4     or not deal with a lot of big fish so to speak.

5     I mean, this isn't the most serious issue we've

6     ever dealt with, some lunches.

7          MS. ███████     Okay.

8          SA MUGRAGE:  But, but if I'm going to

9     get this statement from you, I want it to be

10    accurate.

11         MS. ███████     I understand.

12         SA MUGRAGE:  So, approximately half the

13    time that he was there, he would buy the whole

14    lab lunch?

15         MS. ███████     Yes.

16                    00:29:45

17         SA MUGRAGE:  But you only accepted it

18    twice.

19         MS. ███████     Twice.

Heritage Reporting Corporation
(202) 628-4888

US-000249

1            SA MUGRAGE:  And you're sure it was

2     twice?

3            MS. ▇▇▇▇▇     I only, I only had two

4     lunches from Doug.

5            SA MUGRAGE:  Okay.

6     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9     ▇▇

10    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12    ▇▇▇▇▇▇▇▇▇▇▇

13    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14    ▇▇▇▇▇▇▇▇▇▇▇▇

15    ▇▇▇▇▇▇▇▇▇▇

16           SA BILLINGSLEY:  And they were less

17    than$10.  Like, each individual -- was that --

18           SA MUGRAGE:  He would specifically say

19    try to keep it under 10?

Heritage Reporting Corporation
(202) 628-4888

1          MS. ████████     Yes.

2          SA MUGRAGE:  Okay.

3          MS. ████████     I mean, I mean, there's -

4     - nobody needed the --

5          SA MUGRAGE:  And where were the lunches

6     from?  Just curious.

7          MS. ████████     I got a, I got a burrito

8     from Chipotle and I got a sub from Firehouse.

9          SA MUGRAGE:  We have that -- that.

10          MS. ████████     So, um --

11          SA MUGRAGE:  Okay.

12          SA BILLINGSLEY:  Something close by?

13          SA MUGRAGE:  Was it usually places like

14     that that he ordered from, even the times you

15     didn't partake?

16          MS. ████████     Um, one time he went to N

17     & Js, which is a Mediterranean restaurant down

18     the road but that's not really my fare.

19          SA MUGRAGE:  Yeah.  Okay.  And so, just

US-000251

```
1    kind of those -- just places like that a lot?

2            MS. ███████   Yeah.

3            SA MUGRAGE:  Okay.  What was the reason

4    you only did it twice?  Did you, like, feel like

5    you shouldn't be doing it?  Or was it that you

6    just had lunch?

7            MS. ███████   Mine was (1) he -- my

8    food's going to spoil, or (2) I'm going to N &

9    Js.  And it's like yeah, I don't -- I don't like

10   Mediterranean food.

11           SA BILLINGSLEY:  I don't like.

12           MS. ███████   I want --

13           SA MUGRAGE:  Yeah.

14           MS. ███████   I want beef.

15           SA MUGRAGE:  Yeah.

16           SA BILLINGSLEY:  And some of the days

17   you weren't here?  Okay.

18           SA MUGRAGE:  Any other gifts like

19   cookies, cakes?
```

Heritage Reporting Corporation
(202) 628-4888

9/20/2022

56

1          MS. ███████      No.  Other than the stuff

2     that we bring each other on Christmas.

3          SA MUGRAGE:  No, from -- from him --

4          MS. ███████      No.

5          SA MUGRAGE:  Or any other vendors?

6          MS. ███████      No.

7          SA MUGRAGE:  What about outside of work?

8      Were there ever like dinners he hosted in the

9     evenings?

10         MS. ███████      There was a dinner for a

11    Christmas dinner with, uh, Monique.  I, I don't

12    remember what company she works with.  And that

13    was at ABI.  And, uh, that was --

14         SA MUGRAGE:  ABI?

15         MS. ███████      It's a downtown --

16         SA BILLINGSLEY:  What's ABI?

17         MS. ███████      Uh, it's a restaurant.

18         SA MUGRAGE:  Oh.

19         MS. ███████      Um, they hosted a

Heritage Reporting Corporation
(202) 628-4888

9/20/2022

```
 1    Christmas dinner for us.

 2              SA MUGRAGE:  And she's a vendor?

 3         MS. ██████████     Yes.

 4              SA MUGRAGE:  Monique?

 5         MS. ██████████     Yes.

 6              SA MUGRAGE:  Okay.  Um, what about Doug

 7    having anything outside of work?

 8         MS. ██████████       We, we never had any

 9                        00:31:58

10    dinners or anything like that outside of work.

11              SA MUGRAGE:  Okay.

12         MS. ██████████     Uh, at least that I went

13    to that -- that just Monique had a Christmas

14    dinner and --

15              SA MUGRAGE:  Okay.

16         MS. ██████████     Yes, I'm going to go.

17              SA MUGRAGE:  All right.  Was there any

18    prizes or anything given out at that?  Or was it

19    just dinner?
```

Heritage Reporting Corporation
(202) 628-4888

58

1          MS. ███████     No, it was just dinner.

2          SA MUGRAGE:  Dinner and drinks?

3          MS. ███████     I, um, I did not drink.

4     But yes, uh, other co-workers did have alcoholic

5     beverages.

6          SA MUGRAGE:  Okay.  All right.  Is there

7     anything else you can think of?

8          MS. ███████     I -- I don't think so.

9     ████████████████████████████████

10    ████████████████████

11    ██████████████████████████████████

12    ████████

13    ██████████████████████████████████

14    ██████████████████████████████████

15    █████████████████

16    ██████████████████████████████████

17    ██████████████████████████████████

18    ██████

19         SA MUGRAGE:  Okay.  Um, but I just want

Heritage Reporting Corporation
(202) 628-4888

```
1    to cover this one more time.  And then I'm --

2    this is really it.  There is nobody that ever

3    came and said hey, you guys need to stop

4    accepting lunches from Doug.  Nobody ever came

5    down and said that?

6          MS. ████████    Not -- again, not that I

7    heard.

8          SA MUGRAGE:  Not to your knowledge?

9          MS. ████████    Yeah.
```

60



Heritage Reporting Corporation
(202) 628-4888

US-000257

61



Heritage Reporting Corporation
(202) 628-4888

9/20/2022

62



Heritage Reporting Corporation
(202) 628-4888

US-000259

63



Heritage Reporting Corporation
(202) 628-4888

9/20/2022

64



Heritage Reporting Corporation
(202) 628-4888

US-000261

9/20/2022

65



Heritage Reporting Corporation
(202) 628-4888

US-000262

9/20/2022

66



US-000263

9/20/2022

1

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL

```
                              )
██████████████               ) Case No. 2017-1920-IC-0066
                              )
Registered Nurse             ) 00:28:26
```

Tuesday,
July 24, 2018

VAMC
Wichita, Kansas

The above-entitled matter came on for

interview, pursuant to notice, at 2:40 p.m.

BEFORE:

MR. NATHEN HOWARD
Special Agent
Office of Inspector General
Department of Veterans Affairs

MR. SHANE OSTERHAUS
Special Agent
Office of Inspector General
Department of Veterans Affairs

This transcript was produced from an audio CD

provided by the Department of Veterans Affairs Office

Heritage Reporting Corporation
(202) 628-4888

2

of Inspector General.

Heritage Reporting Corporation
(202) 628-4888

US-000265

9/20/2022

3

1                    P R O C E E D I N G S

2                                              (2:40 p.m.)



Heritage Reporting Corporation
(202) 628-4888

4



Heritage Reporting Corporation
(202) 628-4888

US-000267

5



Heritage Reporting Corporation
(202) 628-4888

US-000268

9/20/2022



Heritage Reporting Corporation
(202) 628-4888

US-000269

9/20/2022

7



Heritage Reporting Corporation
(202) 628-4888

8



Heritage Reporting Corporation
(202) 628-4888

US-000271

9/20/2022

9



Heritage Reporting Corporation
(202) 628-4888

US-000272



Heritage Reporting Corporation
(202) 628-4888

US-000273

11



Heritage Reporting Corporation
(202) 628-4888

12



Heritage Reporting Corporation
(202) 628-4888

US-000275

9/20/2022

13



Heritage Reporting Corporation
(202) 628-4888

9/20/2022

14



Heritage Reporting Corporation
(202) 628-4888

US-000277



Heritage Reporting Corporation
(202) 628-4888

US-000278

9/20/2022

16



Heritage Reporting Corporation
(202) 628-4888

US-000279

17



Heritage Reporting Corporation
(202) 628-4888

US-000280

18



Heritage Reporting Corporation
(202) 628-4888

US-000281

9/20/2022

19



Heritage Reporting Corporation
(202) 628-4888

US-000282

20



Heritage Reporting Corporation
(202) 628-4888

US-000283

9/20/2022

21



Heritage Reporting Corporation
(202) 628-4888

US-000284

9/20/2022



Heritage Reporting Corporation
(202) 628-4888

US-000285

9/20/2022

23



Heritage Reporting Corporation
(202) 628-4888

US-000286

9/20/2022

24



Heritage Reporting Corporation
(202) 628-4888

25



Heritage Reporting Corporation
(202) 628-4888

US-000288

26



Heritage Reporting Corporation
(202) 628-4888

US-000289

9/20/2022

27



Heritage Reporting Corporation
(202) 628-4888

US-000290

28



Heritage Reporting Corporation
(202) 628-4888

US-000291

29



Heritage Reporting Corporation
(202) 628-4888

US-000292

30



Heritage Reporting Corporation
(202) 628-4888

US-000293

9/20/2022

31



Heritage Reporting Corporation
(202) 628-4888

US-000294

9/20/2022

32



Heritage Reporting Corporation
(202) 628-4888

US-000295

33



Heritage Reporting Corporation
(202) 628-4888

US-000296

9/20/2022

34



Heritage Reporting Corporation
(202) 628-4888

US-000297

9/20/2022

35



Heritage Reporting Corporation
(202) 628-4888

US-000298

36



Heritage Reporting Corporation
(202) 628-4888

US-000299

9/20/2022

37



US-000300

9/20/2022

38



Heritage Reporting Corporation
(202) 628-4888

US-000301

9/20/2022

39



Heritage Reporting Corporation
(202) 628-4888

US-000302

9/20/2022

40



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
```

17        SA HOWARD:   Right.   Okay.   So, what

18   about lunches?

19        MS. ███████   What about them?

Heritage Reporting Corporation
(202) 628-4888

US-000303

1          SA HOWARD:  Doug Winger ever bring

2     lunches for everybody?

3          MS. ███████     Yeah.

4          SA HOWARD:  Okay.  Did he ever take you

5     guys out to dinner?

6          MS. ███████     No.

7          SA HOWARD:  You never went out to any

8     dinners?

9          MS. ███████     Mnh-mnh.  I went out to a

10    dinner for Monique Lloyd (phonetic).

11         SA HOWARD:  Okay.  Doug --

12         MS. ███████     She's a rep --

13         SA HOWARD:  -- Doug Winger never took

14    you -- every, everybody, the whole Cath Lab out to

15    dinner?

16         MS. ███████     I personally have never --

17    no.  Like, not that -- not to my knowledge.  Now,

18    I've missed some dinners.  Like, there's some --

19         SA HOWARD:  Okay.

Heritage Reporting Corporation
(202) 628-4888

US-000304

9/20/2022

1          MS. ███████     -- education dinners that

2    they say come up.

3          SA HOWARD:  Education dinners?  Yeah.

4          MS. ███████     That --

5          SA OSTERHAUS:  But you haven't gone to

6    any of those dinners?

7          MS. ███████     But I haven't -- I

8    literally have been to one.  And that was Monique

9    Lloyd downtown at A-V-I -- A-V-I-A, that

10   restaurant.

11         SA HOWARD:  Okay.  Who's Monique Lloyd?

12         MS. ███████     She is a rep as well.

13         SA HOWARD:  For what company?

14         MS. ███████     I want to say Habit

15   (phonetic).

16         SA HOWARD:  Okay.

17         MS. ███████     But she's been at our lab

18   since I've started working here, like, maybe

19   twice.

US-000305

43

```
1              SA HOWARD:  Okay.  So, what about the

2     lunches that Doug brings in or has catered?

3              MS. ████████    What about them?

4              SA HOWARD:  Have you ever --

5              SA OSTERHAUS:  How, how often does he --

6              SA HOWARD:  How often --

7              SA OSTERHAUS:  -- does he do it or --

8              SA HOWARD:  How often does he do it --

9     do it?

10             MS. ████████    Um, since I've been here

11                      00:20:13

12    -- well, I --

13             SA OSTERHAUS:  Were there like certain--

14             MS. ████████    -- I guess like --

15             SA OSTERHAUS:  -- days?  Like --

16             MS. ████████    -- yeah.  Like, Mondays,

17    maybe.

18             SA OSTERHAUS:  Okay.

19             SA HOWARD:  How many times a month, do
```

US-000306

9/20/2022

44

1    you think?

2              MS. ████████   Well, if they had cases

3    going on -- if we had two leg cases going on --

4              SA HOWARD:  So, every time there's a leg

5    case, he brings in --

6              MS. ████████   Well, if there's two

7    leg  --

8              SA OSTERHAUS:  Okay.

9              MS. ████████   -- cases.

10             SA OSTERHAUS:  Because he's going to be

11   there --

12             SA HOWARD:  Okay.

13             SA OSTERHAUS:  -- during the procedure?

14             MS. ████████   During the procedures.

15             SA OSTERHAUS:  So then, would he just

16   order --

17             MS. ████████   So --

18             SA OSTERHAUS:  -- would he just order up

19   lunch for everybody?  How does he do it?

                Heritage Reporting Corporation
                      (202) 628-4888

9/20/2022

1          MS. ███████   Usually it's just -- yeah.

2     Like, I think it's just, like, a pizza thing.

3     And he usually asks Rust --

4          SA OSTERHAUS:  Okay.

5          MS. ███████   -- it's -- it appears.

6          SA OSTERHAUS:  Like, what everybody

7     wants for lunch or what he wants for lunch?  Like,

8     hey, when you want for lunch?  Yeah.  Let's just

9     do sandwiches today or --

10         MS. ███████   Yeah.  And I don't know --

11    like, I've been told before, too, that, like, Rust

12    has bought us lunch.  So, like  --

13         SA OSTERHAUS:  Okay.

14         MS. ███████   -- make sure you thank

15    Rust.

16         SA OSTERHAUS:  Yeah.

17         MS. ███████   But you know --

18         SA OSTERHAUS:  Now, when, um, Doug was

19    buying them, was there anybody, uh, at the

46

1    hospital, other employees that told you anything

2    about Doug buying the lunches for you guys?  Like,

3    that, oh, this is totally fine or, yeah, well, he

4    shouldn't be doing this.  But if he -- he's doing

5    it, so we've got to say this if somebody ever

6    asks?  Did he -- did anybody ever talk to you

7    about it?

8           MS. ██████    No.

9           SA OSTERHAUS:  Okay.

10          MS. ██████    I just --

11          SA HOWARD:  Are you aware of the

12    regulations regarding reps --

13          MS. ██████    -- assumed --

14          SA HOWARD:  -- buying lunches and

15    dinners and all that stuff?

16          MS. ██████    I mean, I guess not.  I --

17    the -- I went to so many dinners and had reps buy

18    me food all the time at Galichia.  (Laughs).

19    ██████

Heritage Reporting Corporation
(202) 628-4888

9/20/2022

47



Heritage Reporting Corporation
(202) 628-4888

US-000310

48



Heritage Reporting Corporation
(202) 628-4888

US-000311

49



Heritage Reporting Corporation
(202) 628-4888

US-000312

9/20/2022

50

1 ████████████████████████████

2 ██████████████████████████████

3 ████████████████████████████

4 ██████████████████████████████

5 ██████████████████████████████

6 ███████████████

7          MS. ███████    So, Monday is a Dr. Rust

8 day.

9          SA OSTERHAUS:  Okay.

10         SA HOWARD:  Okay.

11         MS. ███████   So, usually it was -- I

12 mean, it's always Dr. Rust there.

13         SA OSTERHAUS:  And then --

14         MS. ███████   And once again, like I

15 said, some days it's just Dr. Rust bought lunch

16 today --

17         SA OSTERHAUS:  Okay.

18         MS. ███████    -- on that Monday instead

19 of Doug or whatever.  So, tell Dr. Rust thanks for

Heritage Reporting Corporation
(202) 628-4888

9/20/2022

1    lunch.

2              SA OSTERHAUS:  Yeah.

3              MS. ████████  So I don't really know --

4    like I said, I don't know --

5              SA OSTERHAUS:  And then who -- who would

6    tell you that, like, hey, Dr. Rust bought these

7    lunches so you need to thank him?  Was that your

8    supervisor or was that another employee?

9              MS. ████████  No.  Doug.

10             SA OSTERHAUS:  Oh, okay.  I got you.  So

11   Doug --

12             MS. ████████  So, like Doug --

13             SA OSTERHAUS:  -- would say --

14             MS. ████████  -- would say like --

15             SA OSTERHAUS:  -- hey --

16             MS. ████████  -- Dr. Rust bought it

17   because he gave me his credit card or whatever.

18             SA OSTERHAUS:  Okay.

19             MS. ████████  You know what I mean?

Heritage Reporting Corporation
(202) 628-4888

52

1     Like --

2               SA HOWARD:  Got you.

3               SA OSTERHAUS:  Yep.  That makes sense.

4          MS. ▇▇▇▇▇    Yeah.  Because a lot of

5     times on those days, like, no one else is going to

6     be able to go pick up that lunch besides the rep.

7      Like, we're too busy.

8               SA OSTERHAUS:  Yeah.

9          MS. ▇▇▇▇    So --

10    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14    ▇▇▇

15    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

16              ▇▇▇▇▇▇

17    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18    ▇▇▇▇▇▇▇▇▇▇

19    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Heritage Reporting Corporation
(202) 628-4888

53



Heritage Reporting Corporation
(202) 628-4888

US-000316

54



Heritage Reporting Corporation
(202) 628-4888

US-000317

55



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19        SA HOWARD:  Are you aware of anybody in
```

Heritage Reporting Corporation
(202) 628-4888

US-000318

1   the Cath Lab that's receiving any sort of gifts or

2   anything from reps?  Have you heard stories or

3   rumors of anything?

4          MS. █████████   No.

5          SA HOWARD:  Okay.  Nobody's ever given

6   you anything?  Nobody's ever offered?  Other than

7   the rep paying for --

8          MS. █████████   So --

9          SA HOWARD:  -- lunches?

10         MS. █████████   I was going to say, just

11  lunches and dinners.  Like, education dinners if

12  they have something to educate us o --

13         SA HOWARD:  Okay.

14         MS. █████████   -- on, like they'll take

15  it out to dinner.

16         SA HOWARD:  Do they use that education

17  thing as a ploy just take everybody out to dinner?

18         SA OSTERHAUS:  Is that the way it feels?

19   Or does it -- do they actually have like real

Heritage Reporting Corporation
(202) 628-4888

1    information?

2          MS. ███████    I've never been.

3          SA HOWARD:  Okay.

4          SA OSTERHAUS:  Oh, that's right.

5          MS. ███████    But, but like I know they

6    were offering -- and this was a s --

7          SA HOWARD:  Well, the one you went with

8    Monique?

9                        00:26:40

10         MS. ███████    There was no education.

11   That was just a Christmas and I don't think

12   they -- she said it was a, a Christmas dinner.

13         SA HOWARD:  But it was a rep that paid

14   for it?

15         MS. ███████    Yeah.  She paid for it.

16   And wheth -- now, whether Abid paid for it or she

17   paid for it --

18         SA HOWARD:  Okay.

19         MS. ███████    -- I don't know.  She just

Heritage Reporting Corporation
(202) 628-4888

58

1    said, I would like to the -- you guys out to

2    dinner.

3            SA HOWARD:  And that was dinner at

4    Christmas?

5            MS. ███████     I think it was

6    Christmastime.

7            SA HOWARD:  Okay.

8            MS. ███████      I mean, that's like our

9    physicians.  It's the same thing because Dr.

10   Mallick takes us out for Christmas dinner.

11   ████████████████████████████████████

12   ████████████

13   ████████████████████████

14   ███████████████

15   ██████████████████████████████████

16   ██████████████

17   ███████████████████████████████

18   ████████████████████████████████

19   ███████████

US-000321                                    9/20/2022

59



Heritage Reporting Corporation
(202) 628-4888

US-000322

60



Heritage Reporting Corporation
(202) 628-4888

US-000323

9/20/2022

61



Heritage Reporting Corporation
(202) 628-4888

US-000324

62



Heritage Reporting Corporation
(202) 628-4888

US-000325

9/20/2022

63

1

2

3

4

Heritage Reporting Corporation
(202) 628-4888

US-000326

9/20/2022

64



Heritage Reporting Corporation
(202) 628-4888

US-000327



## Department of Veterans Affairs
## Office of Inspector General

### ADVISEMENT OF RIGHTS
### (FEDERAL EMPLOYEES - GARRITY)

You are being contacted to solicit your cooperation in an official investigation regarding misconduct or improper performance of official duties. In accordance with the Privacy Act, you are advised that the authority to conduct this investigation is contained in the Inspector General Act of 1978, 5 U.S.C. App. 3.

This is a voluntary interview. Accordingly, you do not have to answer questions. No disciplinary action will be taken against you solely for refusing to answer questions.

The matter under investigation could constitute a violation of law that could result in the criminal prosecution of the responsible individual(s).

This inquiry concerns:
Kick-Becks ; illegal Gratuities

You have the right to remain silent if your answers may tend to incriminate you. If you do decide to answer questions or make a statement, you may stop answering at any time.

Anything you say may be used as evidence both in an administrative proceeding or any future criminal proceeding involving you.

### ACKNOWLEDGEMENT

I understand the warnings and assurances stated above and I am willing to make a statement and answer questions voluntarily. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

| Shane Osterhaus | |
|---|---|
| Signature of Witness | Signature of Employee |
| SHANE OSTERHAUS / SPECIAL AGENT VA OIG | |
| Printed Name of Witness | Printed Name of Employee |
| 7-24-2018 | 07-24-18 |
| Date | Date |

FOR OFFICIAL USE ONLY
(Public Availability to be Determined Under 5 USC 552)

VA OIG CI Form D202-3
04/17

US-000328

9/20/2022

| Initiative | Permanent Accountable | Target Date | Support |
|---|---|---|---|
| **EXECUTIVE OVERSIGHT** | | | |
| Secure a "detailed" Radiology AO ASAP | ▓ | 4/27/2018 | |
| Map-out a comprehensive "Accountability Matrix" to account for all actions generated from consultant visit. | | Completed | |
| Establish a multidisciplinary review board that monitors "Accountable Completion" of all items identified from consultation. | ▓ | 4/30/2018 | COS & A-team |
| Radiology Chief conduct a departmental SWOT analysis | | 4/30/2018 | |
| | | | |
| **SUPPLIES / LOGISTICAL CONTROLS** | | | |
| Tighten supply control processes in Cath & IR (department, logistics, contracting) | ▓ | 5/21/2018 | ▓ |
| Initiate a monthly supply reconciliation process to include consignment items | ▓ | 5/21/2018 | |
| Conduct "Value Analysis / Efficacy Assessment". Change I.R. supply and device use standards to match targeted industry norms. | ▓ | 5/21/2018 | ▓ |
| | | | |
| **CONTRACTUAL CONTROLS** | | | |
| Designate a Contracting Officer Representative (COR) within Radiology | ▓ Detailed AO | 5/4/2018 | ▓ |
| Develop a tracking tool for issues related to performance & conduct relating to the contract. | ▓ Detailed AO | 5/4/2018 | ▓ |
| Construct a contract compliance audit tool and process to provide "real time" compliance assessment. | ▓ Detailed AO | 5/4/2018 | ▓ |
| Coordinate with Contracting Officer to design a more Accountable/ VA friendly contract (reimbursement tied to CPT codes vs. an hourly rate), and insure termination of current contract occurs at the earliest. | ▓ | 7/20/2018 | ▓ |
| **MEDICAL / CLINICAL CONTROLS** | | | |
| Implement pre-procedural review and assessment team for management as per the TASC II recomendations (Prospective). | ▓ | 6/15/2018 | ▓ |
| Implement a mechanism (retrospective) to review appropriateness of care and procedural use. (example, CT Angio and non-invasive procedures where appropriate) | ▓ | 5/18/2018 | ▓ |
| Create a referral review process (both internal and external referrals) | ▓ | 5/18/2018 | ▓ Detailed AO |
| Develop a robust tracking and documentation procedures for Pre Procedure H&P & Post procedure Notes | ▓ Detailed AO | 5/18/2018 | ▓ /CACs |

US-000329

| Initiative | Permanent Accountable | Target Date | Support |
|---|---|---|---|
| Develop a more robust the post procedure documentation process; to include: Moderate Sedation Documentation, devices used (including brands/serial numbers), and follow-up plan. | ██ | 5/18/2018 | ██ |
| Monitor **Criteria** for procedures | ██/Detailed AO | 5/18/2018 | |
| Insure Vascular surgical back-up is available for all IR procedures | ██ | 5/18/2018 | COS |
| Implement a Peer Review process that insures outside (non-local) peer review occurs | ██ | 5/18/2018 | ██ |
| | | | |
| **ORGANIZATIONAL / QUALITY CONTROLS** | | | |
| Institute a revised Clinical Product Review Committee (CPRC) process that incorporates "best practices" in efficacy (clinical appropriateness and cost) | ██COS | 5/18/2018 | ██ |
| Implement an aggressive departmental QA/QC program for all Radiology images | ██ | 5/18/2018 | ██ |
| Revise IR and Cath Lab QPC required reports to provide more indepth detail | ██ | 5/18/2018 | ██ |
| Initiate a Monthly Quality reporting mechanism that incorporates quality and cost safeguards. This system shall remain in effect for 120 days post contract change. Results reporting will go through appropriate MS, Executive management and Governance bodies. | ██ | 5/18/2018 | ██ |
| | | | |
| **DEPARTMENTAL / ORGANIZATIONAL OPERATIONAL ENHANCEMENTS** | | | |
| Separate the Radiology Department from Specialty Care services and have Department Chair report directly to the COS. | COS | 5/18/2018 | ██ |
| Establish distinct departmental (Cath Lab, IR) fund control points. Map labor and supplies accordingly. | ██ | 5/18/2018 | ██ Detailed AO |
| Design an efficient scheduling system that separates IR from Cath Lab | ██ | 5/18/2018 | ██ / Detailed AO |
| | | | |
| **RSO PROGRAM** | | | |
| Seek outside expertise to implement a robust RSO program. | | 5/9/2018 | ██ |
| Develop a robust RSO program to include IR procedures | ██ | 7/18/2018 | ██ |
| Locate Radiation Dosage Tracking Tool and documentation for all radiation emmiting modalities as well as the implementation of the Fluoroscopy Handbook Guidelines | ██ | 7/18/2018 | ██ |

**CONTRACT VIR PHYSICIANS REVIEW: (review of Data provided, patient charts and Images)  (█████████████)**

1. EVIDENCE BASED MEDICINE NOT FOLLOWED IN MAJORITY OF THE CASES. TOTAL DISREGARD FOR TASC II RECOMMENDATIONS FOR PAD'S
2. ARE THE STANDARD OF CARE BEING MONITORED FOR JUSTIFICATIONS AND BY WHOM
3. IS THERE A VASCULAR TEAM (USUALLY COMPRISED OF VASCULAR & INTERVENTIONAL RADIOLOGIST; VASCULAR SURGEON; INTERNIST/VASCULAR MEDICINE.) FOR REVIEWING CASES AND DECIDING THE BEST APPROACH/MANAGEMENT MAY IT BE ENDOVASCULAR OR OPEN REPAIR OR CONSERVATIVE APPROACH WITH MEDICATIONS AND EXCERSICE
4. WHAT IS THE PROCESS OF THEM GETTING REFERALS.
5. <mark>MAJORITY OF THE CASES HAVE NO CTA'S EVEN IF THERE EGFR IS NORMAL FOR BASELINE WORKUP.</mark>
6. OVER AGGRESSIVE: LESIONS THAT NEED TO BE LEFT ALONE ARE TREATED. IS IT JUST THE ANGIOGRAM THAT IS BEING TREATED OR PREASURE GRADIENT USED FOR TREATING STENOSIS.
7. THE COCKTAIL OF DEVICES USED IN QUITE A FEW CASES. IS IT REALLY WARENTED EVEN THOUGH THE END RESULTS ARE NOT THAT DIFFERENT AND ADD TO COMPLICATIONS.
8. SEEMS LIKE OVER UTILIZATION OF DCB AND ATHERECTOMY DEVICES
9. ARE THEY BEING MONITORED ? (OUTCOME OF THE PROCEDURES)
10. DO THEY HAVE PEER REVIEWS? AND WHO IS REVIEWING.
11. DO THEY HAVE M&M CONFERENCES? AND WHO ALL ARE INVOLVED
12. WHO DOES THE F/U'S OF THE PATIENT.
13. <mark>CONSIDERATION OF CO2 OR IVUS FOR CRD PATIENTS</mark>
14. **DID NOT SEE PRE AND POST PROCEDURE NOTES IN CPRS**
15. **DO THEY SCAN MODERATE SEDATION DOCUMENTS IN CPRS/VISTA**

**SYSTEM AND DEPARTMENT REVIEW: (review of Data provided)** █████████ █

1. WHO MONITORS THE PRODUCTS; CONSIGNMENT, PROSTHETICS(IMPLANTS), LOGISTICS/INVENTORY
2. WHO APPROVES THE PRODUCTS
3. IS THERE A SEPARATE MAPPING FOR VIR AND INTERVENTIONAL CARDIOLOGY
4. WHO IS INCHARGE OF VIR  IN CATH LAB OR ELSEWHERE
5. IS THERE A SEPARATE PROCESS/PACKAGE FOR VIR, FOR SCHEDULING
6. IMAGING AND LABELING IS SUBSTANDARD. FOR RADIOLOGY/VIR IMAGING IT MEANS IF THE STUDY IS SAVED A THIRD PERSON REVIEWING THE STUDY SHOULD BE ABLE TO MAKE OUT WHAT IS GOING ON
7. IS RADIATION DOSE MONITORED IN THE FACILITY
8. IS THERE A F/U OF PATIENTS IF THEY ARE EXPOSED TO MORE THAN THE  DOSE AS PER GUIDELINES. IS THE PATIENT NOTIFIED

9/20/2022

9. IS THERE A RADIATION SAFETY OFFICER
10. IS THERE A RADIATION SAFETY COMMITTEE
11. IS QA/QC OF IMAGING/PROTOCOLS/VIR DONE FOR RADIOLOGY  RADIOLOGY; WHO DOES THEM AND WHO MONITORS IT
12. IS THERE A RADIOLOGY AO
13. ARE THE PHYSICIANS AND STAFF USING FLUORO EQUIPMENT CREDENTIALLED AFTER THEY COMPLETE THE TMS FLUORO TRAINING AND THE HAND ON TRAINING

## CONTRACT RECOMMENDATIONS ███████████

1. Continue on same course
2. Modify Contract
3. Do not continue with next option year & seek new vendor
4. Outsource IR 100%

Choice #1:  No recommendations

Choice#3:  Add specific language to contract regarding 3rd party peer review, RVU distribution, include focalized Quality Assurance Surveillance Plan.

Choice#4:  No recommendations, maintain "Non-IR" section of contract.

Choice #2:  (Recommended)  Modify Contract

Add specific language to contract regarding 3rd party peer review, RVU distribution, include focalized & measurable Quality Assurance Surveillance Plan.

Involve Contracting sooner rather than later.  Anything that needs to pass through the Medical Sharing Office (MSO) is taking on average 2 years to finalize.

Change Contract Officer Representative to someone more directly related to Radiology.

Explore adding a Radiology AO.

Communicate with Contracting Officer (CO) any & all issues or questions related to the contract.

Document any & all issues with regards to performance & conduct relating to the contract to the CO.

SCHEDULING & MAPPING

Separate Cath Lab & IR

9/20/2022

Use separate scheduling clinic / grid for IR consider using "block time" in Cath Lab for IR procedures

Map IR staff, procedures, & supplies to Radiology

## SUPPLY MANAGEMENT █████████

Track IR items used as Diagnostic Imaging supplies not Specialty Care items day of use.

Set up a "quick hit," Systems Redesign team to explore better ways to order & track consignment items.

Do you need all of the items on consignment in bulk purchases.  Is there a process for Just in Time inventory.

Consider creating specific Radiology Fund Control Points (supplies & contracts)

Logistics may have to get re-involved.  Have Radiology enter 2237 with  Logistics approving 2237.  Include approval from senior level of Radiology (Manager / AO) to increase supply monitoring & cost control.

## MISC  ██████████

Strongly consider a radiation dose tracking software to assist local Radian Safety Program .

Consider 1.0 FTEE DRT QA/QC technologist, specifically to review & manage images & to educate staff DRT staff.

REVIEW OF CONTRACT VIR PHYSICIANS

1. EVIDENCE BASED MEDICINE NOT FOLLOWED IN MAJORITY OF THE CASES. TOTAL DISREGARD FOR TASC II RECOMMENDATIONS FOR PAD'S
2. ARE THE STANDARD OF CARE BEING MONITORED FOR JUSTIFICATIONS AND BY WHOM
3. IS THERE A VASCULAR TEAM (USUALLY COMPRISED OF VASCULAR & INTERVENTIONAL RADIOLOGIST; VASCULAR SURGEON; INTERNIST/VASCULAR MEDICINE.) FOR REVIEWING CASES AND DECIDING THE BEST APPROACH/MANAGEMENT MAY IT BE ENDOVASCULAR OR OPEN REPAIR OR CONSERVATIVE APPROACH WITH MEDICATIONS AND EXCERSICE
4. WHAT IS THE PROCESS OF THEM GETTING REFERALS.
5. MAJORITY OF THE CASES HAVE NO CTA'S EVEN IF THEIR EGFR IS NORMAL FOR BASELINE WORKUP.
6. OVER AGGRESSIVE: LESIONS THAT NEED TO BE LEFT ALONE ARE TREATED. IS IT JUST THE ANGIOGRAM THAT IS BEING TREATED OR PREASURE GRADIENT USED FOR TREATING STENOSIS.
7. THE COCKTAIL OF DEVICES USED IN QUITE A FEW CASES. IS IT REALLY WARENTED EVEN THOUGH THE END RESULTS ARE NOT THAT DIFFERENT AND ADD TO COMPLICATIONS.
8. SEEMS LIKE OVER UTILIZATION OF DCB AND ATHERECTOMY DEVICES
9. ARE THEY BEING MONITORED ? (OUTCOME OF THE PROCEDURES)
10. DO THEY HAVE PEER REVIEWS? AND WHO IS REVIEWING.
11. DO THEY HAVE M&M CONFERENCES? AND WHO ALL ARE INVOLVED
12. WHO DOES THE F/U'S OF THE PATIENT.
13. CONSIDERATION OF CO2 OR IVUS FOR CRD PATIENTS

*& Comments, info looked at;*

SYSTEM AND DEPARTMENT REVIEW:

1. WHO MONITORS THE PRODUCTS; CONSIGNMENT, PROSTHETICS(IMPLANTS), LOGISTICS/INVENTORY
2. WHO APPROVES THE PRODUCTS
3. IS THERE A SEPARATE MAPPING FOR VIR AND INTERVENTIONAL CARDIOLOGY
4. WHO IS INCHARGE OF VIR IN CATH LAB OR ELSEWHERE
5. IS THERE A SEPARATE PROCESS/PACKAGE FOR VIR, FOR SCHEDULING
6. IMAGING AND LABELING IS SUBSTANDARD. FOR RADIOLOGY/VIR IMAGING IT MEANS IF THE STUDY IS SAVED A THIRD PERSON REVIEWING THE STUDY SHOULD BE ABLE TO MAKE OUT WHAT IS GOING ON
7. IS RADIATION DOSE MONITORED IN THE FACILITY
8. IS THERE A F/U OF PATIENTS IF THEY ARE EXPOSED TO MORE THAN THE DOSE AS PER GUIDELINES. IS THE PATIENT NOTIFIED
9. IS THERE A RADIATION SAFETY OFFICER
10. IS THERE A RADIATION SAFETY COMMITTEE
11. IS QA/QC OF IMAGING/PROTOCOLS/VIR DONE FOR RADIOLOGY RADIOLOGY; WHO DOES THEM AND WHO MONITORS IT
12. IS THERE A RADIOLOGY AO

9/20/2022

13. ARE THE PHYSICIANS AND STAFF USING FLUORO EQUIPMENT CREDENTIALLED AFTER THEY COMPLETE THE TMS FLUORO TRAINING AND THE HAND ON TRAINING

CONTRACT RECOMMENDATIONS

1. Continue on same course
2. Modify Contract
3. Do not continue with next option year & seek new vendor
4. Outsource IR 100%

Choice #1:  No recommendations

Choice#3:  Add specific language to contract regarding 3rd party peer review, RVU distribution, include focalized Quality Assurance Surveillance Plan.

Choice#4:  No recommendations, maintain "Non-IR" section of contract.

Choice #2:  (Recommended)  Modify Contract

Add specific language to contract regarding 3rd party peer review, RVU distribution, include focalized & measurable Quality Assurance Surveillance Plan.

Involve Contracting sooner rather than later.  Anything that needs to pass through the Medical Sharing Office (MSO) is taking on average 2 years to finalize.

Change Contract Officer Representative to someone more directly related to Radiology.

Explore adding a Radiology AO.

Communicate with Contracting Officer (CO) any & all issues or questions related to the contract.

Document any & all issues with regards to performance & conduct relating to the contract to the CO.

SCHEDULING & MAPPING

Separate Cath Lab & IR

Use separate scheduling clinic / grid for IR consider using "block time" in Cath Lab for IR procedures

Map IR staff, procedures, & supplies to Radiology

US-000335

SUPPLY MANAGEMENT

Track IR items used as Diagnostic Imaging supplies not Specialty Care items day of use.

Set up a "quick hit," Systems Redesign team to explore better ways to order & track consignment items.

Do you need all of the items on consignment in bulk purchases.  Is there a process for Just in Time inventory.

Consider creating specific Radiology Fund Control Points (supplies & contracts)

Logistics may have to get re-involved.  Have Radiology enter 2237 with  Logistics approving 2237.  Include approval from senior level of Radiology (Manager / AO) to increase supply monitoring & cost control.

MISC

Strongly consider a radiation dose tracking software to assist local Radian Safety Program .

Consider 1.0 FTEE DRT QA/QC technologist, specifically to review & manage images & to educate staff DRT staff.

US-000336

| Initiative | Permanent Accountable | Target Date | Support | Current Status |
|---|---|---|---|---|
| Secure a "detailed" Radiology AO ASAP | ■ | 4/27/2018 | | Not completed. ■■■■ was working on this. ■■■ is hesitant because she does not want to limit her grade level. |
| Map-out a comprehensive "Accountability Matrix" to account for all actions generated from consultant visit. | | Completed | | Completed |
| Establish a multidisciplinary review board that monitors "Accountable Completion" of all items identified from consultation. | ■ | 4/30/2018 | COS & A-team | |
| Radiology Chief conduct a departmental SWOT analysis | | Completed | | Completed - Presented to ■■■■ on 8May18 |
| Tighten supply control processes in Cath & IR (department, logistics, contracting) | ■ | 5/21/2018 | ■ | Update 5/16/18: Consignment COR is now ■■■; Consignment protocol established; Clinicians no longer have ordering or invoice certification authority for consignment items. 255 items that will be placed in inventory ASAP; Need to identify space for primaries, Need to eventually separate IR items from Cath inventory. |
| Initiate a monthly supply reconciliation process to include consignment items | ■ | 5/21/2018 | ■ | Update 5/16/18: 255 items identified that will be placed in inventory |
| Conduct "Value Analysis / Efficacy Assessment". Change I.R. supply and device use standards to match targeted industry norms. | ■ | 5/21/2018 | ■ | Updated Accountable Owner on 5/16/18. Update 5/16/18: Meeting with COS/DCOS on 5/17 to discuss CPRC "Beef up." CSCO has started to include info about usage at other VA's in request; also cost analysis. When AD reviews, AD identifies if anything should go to Value Analysis. |
| Designate a Contracting Officer Representative (COR) within Radiology | Detailed AO | 5/4/2018 | ■ | Update 5/16/18: Awaiting detailed AO |
| Develop a tracking tool for issues related to performance & conduct relating to the contract. | Detailed AO | 5/4/2018 | ■ | Update 5/16/18: Awaiting detailed AO |
| Construct a contract compliance audit tool and process to provide "real time" compliance assessment. | Detailed AO | 5/4/2018 | ■ | Update 5/16/18: Awaiting detailed AO |
| Coordinate with Contracting Officer to design a more Accountable/ VA friendly contract (reimbursement tied to CPT codes vs. an hourly rate), and insure termination of current contract occurs at the earliest. | ■ | 7/20/2018 | New POC: ■ | Update 5/16/18: Met with ■■■■ wants discuss the contract with ■■■ as well as her supervisor to clearly line out the expectations and desires for the new contract. |
| Implement pre-procedural review and assessment team for management as per the TASC II recommendations (Prospective). | ■ | 6/15/2018 | ■ | Update 5/16/18: SOP has been created to handle referred patients. All consults will have a preprocedural note stating that the patient has been reviewed and approved for the procedure by the Contract IR provider. |
| Implement a mechanism (retrospective) to review appropriateness of care and procedural use. (example, CT Angio and non-invasive procedures where appropriate) | ■ | 5/18/2018 | ■ | Update 5/16/18: Peer review will be completed by Contract IR Providers. External Peer review requests have been declined. |
| Create a referral review process (both internal and external referrals) | ■ | 5/18/2018 | Detailed AO | Update 5/16/18: SOP created. |

US-000337

| Initiative | Permanent Accountable | Target Date | Support | Current Status |
|---|---|---|---|---|
| Develop a robust tracking and documentation procedures for Pre Procedure H&P & Post procedure Notes | Detailed AO | 5/18/2018 | ███ CACs | **Update 5/16/18:** SOP has been created.  Pre & Post procedure standardized note templates have been created in PowerScribe per the IR Standardized Reporting Guide. This allows the facility to have robust detail for all procedures in one note.  The IR Contract Group has agreed to use them.  IR Group will also using staging criteria for the Patient's disease progression to enable staff to QA review the amount of devices used. **Please ensure that CPC approves the templates** |
| Develop a more robust the post procedure documentation process; to include: Moderate Sedation Documentation, devices used (including brands/serial numbers), and follow-up plan. | ███ | 5/18/2018 | ███ | **Update 5/16/18:** Moderate Sedation and devices used are documented in the PowerScribe templates noted above. The Follow-up plan documentation is being developed with IR nursing staff. |
| Monitor **Criteria** for procedures | Detailed AO | 5/18/2018 | ███ | **Update 5/16/18:** Noted above. |
| Insure Vascular surgical back-up is available for all IR procedures | ███ | 5/18/2018 | COS | **Update 5/16/18:** Back-up has been added to the service agreement. Parties have agreed and signed the service agreement.  Awaiting ████████ signature as the SC Chief. |
| Implement a Peer Review process that insures outside (non-local) peer review occurs | ███ | 5/18/2018 | ███ | **Update 5/16/18:** External peer review has been difficult. Lack of willing participants within the VISN means we would need to seek support outside of our VISN. |
| Institute a revised Clinical Product Review Committee (CPRC) process that incorporates "best practices" in efficacy (clinical appropriateness and cost) | ███ COS | 5/18/2018 | ███ | **Update 5/16/18:** Meeting with COS/DCOS on 5/17 to discuss CPRC "Beef up." CSCO has started to include info about usage at other VA's in request; also cost analysis. When AD reviews, AD identifies if anything should go to Value Analysis. |
| Implement an aggressive departmental QA/QC program for all Radiology images | ███ | 5/18/2018 | ███ | **Update 5/16/18:** SOP Created and reviewed by QM. Internal Peer review software for diagnostic radiology has been installed and the process  will go live by the end of May. |
| Revise IR and Cath Lab QPC required reports to provide more in-depth detail | ███ | 5/18/2018 | ███ | **Update 5/16/18:** Reached out to ████ unsuccessfully. Susan will reach out to get copies of their reports. |
| Initiate a Monthly Quality reporting mechanism that incorporates quality and cost safeguards.  This system shall remain in effect for 120 days post contract change.  Results reporting will go through appropriate MS, Executive management and Governance bodies. | ███ | 5/18/2018 | ███ | **Update 5/16/18:** Reached out to ████ unsuccessfully. ███ will reach out to get copies of their reports. |
| Separate the Radiology Department from Specialty Care services and have Department Chair report directly to the COS. | COS | 5/18/2018 |  | **Update 5/16/18:** Not Complete |
| Establish distinct departmental (Cath Lab, IR) fund control points.  Map labor and supplies accordingly. | ███ | 5/18/2018 | Detailed AO | **Update 5/16/18:** Contacted ████████ . Have not received a response. |
| Design an efficient scheduling system that separates IR from Cath Lab | ████ | 5/18/2018 | Detailed AO | **Update 5/16/18:** The services insist that they are scheduled separately. |
| Seek outside expertise to implement a robust RSO program. | ███ | 5/9/2018 | ███ | 9/20/2022 |

US-000338

| Initiative | Permanent Accountable | Target Date | Support | Current Status |
|---|---|---|---|---|
| Develop a robust RSO program to include IR procedures | ██████ | 7/18/2018 | ██████ | |
| Locate Radiation Dosage Tracking Tool and documentation for all radiation emitting modalities as well as the implementation of the Fluoroscopy Handbook Guidelines | █████ | 7/18/2018 | ██████ | **Update 5/16/18:** NexoDose will be installed on the computer system by the end of May. |

US-000339

| Actions | Accountable Party | Due Date |
|---|---|---|
| A. OIG Contact<br>   a. Contract Termination<br>   b. Data we can provide them<br>   c. What information can we tell the staff | Director ███ | 12Apr18 |
| B. Coverage<br>   a. What other Radiology coverage is in the area?<br>     i. All-inclusive Rad Groups<br>     ii. Interventional Rad Groups<br>    iii. General Rad Groups<br>    iv. Vascular Rad Groups<br>   b. request a list of available resources from the VISN | ███ | 13Apr18 |
| C. Contracting Questions for Paula/Scott<br>   a. How to Terminate for cause<br>   b. Lead time for new contract<br>   c. Clarify what steps need to be taken to prevent Choice consults from awarding to the terminated Rad group. | ██ | |
| D. Medical Staff Leadership meetings<br>   a. ███ – Consultant for Costs (he was out of the country when this began)<br>   b. ██ – Task with Item B.<br>   c. ██ – Not at this time<br>   d. ████ – Cost Reduction Plan | ███ | |
| E. ████<br>   a. Issue Brief needed?<br>   b. Available Coverage | ███ | 12Apr18 |
| F. Improvement Plan<br>   a. Detail AO to Radiology while recruiting<br>   b. Relocate Radiology on the Org Chart<br>   c. Create protocols for purchases | | |

**From:** ▮▮▮▮▮▮
**Sent:** Thursday, April 12, 2018 3:23 PM
**To:** ▮▮▮▮
**Subject:** FW: ▮▮▮▮ sent you a message in Skype for Business

What should I do?

▮▮▮▮
(316) 685-2221 ▮▮▮▮

**From:** ▮▮▮▮▮▮
**Sent:** Thursday, April 12, 2018 10:50 AM
**To:** ▮▮▮▮▮▮
**Subject:** ▮▮▮ sent you a message in Skype for Business

▮▮▮▮ **10:46 AM:**

Good morning ▮▮▮ I discuss briefly with ▮▮▮ and ▮▮▮ regarding the cost concerns with IR. Is there any plans for our external reviewer doc and AO to discuss their findings or concerns with the contract IR radiologists here to get clarification of the procedure cost? Thanks. ▮▮▮

▮▮▮▮ **10:47 AM:**

Yes. I am not sure what it is yet but as soon as I know I will let you know!

▮▮▮▮ **10:47 AM:**

You will probably know before I do.

▮▮▮▮ **10:48 AM:**

They felt a more thorough analysis to figure the cost would be to discuss with local contrast radiologists and get the specifics of their decision making thought process in some of material usage. Thanks.

US-000341

███████████

**From:** ███████████
**Sent:** Saturday, March 10, 2018 12:08 PM
**To:** ███
**Cc:** ████████████████
**Subject:** RE: Interventional Radiology Questions

Great! Thanks so much! I sent an invite for 2 PM on Friday.

Sent with Good (www.good.com)

**From:** ███████
**Sent:** Friday, March 09, 2018 2:17:49 PM
**To:** ████████
**Cc:**
**Subject:** RE: Interventional Radiology Questions

████ ,

If you plan to meet , I would also recommend you send the invite to ███████ our chief tech also. She is very knowledgeable of the workings of this department.

Thanks,

█████

**From:** ███████████
**Sent:** Friday, March 09, 2018 4:04 PM
**To:** █████████████████
**Cc:** ████████
**Subject:** Interventional Radiology Questions

███████ & I are on the Cost Reduction taskforce for our facility.  We a few questions about how interventional radiology works so we can better assess how our costs are applied.  When would be a good time to sit down with you?
(I am out of the office on Tuesday – Thursday next week)

████████████
System Redesign Coordinator
Robert J. Dole Medical Center
5500 E. Kellogg
Wichita, KS 67218

(316) 685-2221 ████████

1

███████████████

**From:** ███████████████
**Sent:** Monday, April 16, 2018 1:28 PM
**To:** Howard, Nathen (OIG)
**Subject:** RE: Interventional Radiology Services
**Attachments:** PHI - Potential IR Patients - Pivots - FY16-18.xlsx; TH-DCB Purchase History - FY15 - FY17.xlsx; Consultant's Review Recommendations.pdf

Nate,
1. Attachment 1 – PHI Potential IR Patients
   a. This is a listing of all of the patients that ████ & I could find that have CPT codes that link to IT procedures with Balloons, Stents and Turbohawk devices.
   b. The columns at the end of the rows were inserted by a QA nurse during a chart review. Because the IR procedure documentation is scanned into the system instead of input into a note, the QA nurse did a 100% review of each patient to get all of the serial numbers and devices
   c. This is the same list that the consultant used to review the patients. I do not believe he did a 100% review of each patient but instead he reviewed the cases where large amounts of devices (what he called the "cocktail" of devices) were used.
2. Attachment 2 – TH-DCB Purchase History
   a. This is a listing of all Turbohawk and Drug Eluting balloons purchased in FY15, 16 & 17.
      i. There is a pivot table on attachment 1 with the numbers of devices that were recorded in patient records.
3. Attachment 3 – Consultant's Review Recommendations
   a. This is a copy of the consultants recommendations. They were not allowed to speak to many of the actual process owners. That means that they wrote some of their findings as questions instead of statements.

Please let me know if you have any questions.

██████████████

(316) 685-2221 x ███████

**From:** Ament, Ricky A.
**Sent:** Monday, April 16, 2018 9:47 AM
**To:** Howard, Nathen (OIG) < ████████████ @va.gov>
**Cc:** ████████████ . < ████████████ @va.gov>
**Subject:** RE: Interventional Radiology Services
**Importance:** High

Nate,
You are correct.

Rick

*Rick Ament, FACHE*
**Director**
**Robert J. Dole, VA Medical Center**
██████████ @va gov
**316-685-2221 ext.** ████████

1

9/20/2022

**From:** Howard, Nathen (OIG)
**Sent:** Monday, April 16, 2018 8:43 AM
**To:** Ament, Ricky A. <████████████va.gov>
**Subject:** RE: Interventional Radiology Services

From the email string, I assume ██████████ was supposed to send it to me?

**From:** Ament, Ricky A.
**Sent:** Sunday, April 15, 2018 2:32 PM
**To:** Howard, Nathen (OIG)
**Subject:** FW: Interventional Radiology Services

Nate,
For your info.
I assume █████ has sent all of our information.  If not, please feel free to bird-dog her.

Rick

*Rick Ament, FACHE*
**Director**
**Robert J. Dole, VA Medical Center**
████████████ **@va.gov**
**316-685-2221 ext.**████

**From:** Ament, Ricky A.
**Sent:** Sunday, April 15, 2018 2:23 PM
**To:** ███████████. (V15) < ████████@va.gov>; ███████████ (V15) < ████████@va.gov>
**Cc:** Ament, Ricky A. <████████va.gov>
**Subject:** FW: Interventional Radiology Services

Drs. ████████ and ████████,

Following is the correspondence I sent which is designed to stop the bleed and get all entities on our side to fix the problem.  The intent is to put a halt on the situation without terminating the contract.  Because the contract is hourly, this effectively achieves the objective.

If the IR providers drag their feet on a solution, **we incur no expense** on either the supplies or the contract until they play ball.  Combined savings, over $5mm per year.  Clinical dilemma, resolved.  When we resume, there will be tight guidelines established outside of this facility / market.

The remainder of our massive, multidisciplinary, improvement plan will continue with an estimated completion to be within 90 days or sooner, depending on the sense of urgency of the IR docs.

Call if you have questions.

Rick

*Rick Ament, FACHE*
**Director**
**Robert J. Dole, VA Medical Center**

2

US-000344

@va.gov
**316-685-2221 ext.** ████

---

**From:** Ament, Ricky A.
**Sent:** Sunday, April 15, 2018 2:12 PM
**To:** ████████ < ████████ @va.gov>; ████████ < ████████ @va.gov>; ████████ < ████████ @va.gov>
**Cc:** VHAWIC Dole Pentad <vhawicdolepentad@va.gov>; ████ . < ████████ @va.gov>; ████ (WIC) < ████████ @va.gov>; ████████ < ████████ @va.gov>; ████ < ████████ @va.gov>; ████ < ████████ @va.gov>; ████████ (WIC) < ████████ @va.gov>
**Subject:** Interventional Radiology Services

Dr. ████ , Dr. ████ , Dr. ████ ,

Effective immediately, I would like to suspend all non-emergent, Interventional Radiology (IR) procedures.  IR procedures will resume once I have been assured **three** things have occurred;
1. Adequate medical controls have been implemented to insure appropriateness of interventional procedures,
   a. This will include (at a minimum) the implementation of a pre-procedural assessment tied to national standards.
   b. This will also include a mechanism for retrospective review of clinical outcomes.
2. The establishment of effective supply chain and charge capture protocols,
3. The determination of the efficacy of the specific devices used for IR procedures at RJDVAMC.

Please communicate to all IR providers and referral sources as appropriate.  If there is a desire to have a consultative/strategic   discussion on this matter, please advise.  I am very willing to have a candid discussion with all parties.

I assume we all wish to resume OP, IR procedures at the earliest.  Feel free to enlist the support of all functional experts necessary to insure this occurs.

Rick Ament

*Rick Ament, FACHE*
**Director**
**Robert J. Dole, VA Medical Center**
████████ @va.gov
**316-685-2221 ext.** ████

US-000345

3

9/20/2022

**From:** ███████████
**Sent:** Monday, April 16, 2018 9:45 AM
**To:** ███████████
**Subject:** RE: Interventional Radiology Services

███████

Can you forward me the action plan file you printed for our meeting with ███████████ I need to add the other actions on it. Thanks!

███████

(316) 685-2221 ████████

---

**From:** ███████████
**Sent:** Sunday, April 15, 2018 2:12 PM
**To:** ███████████
**Subject:** Interventional Radiology Services
**Importance:** High

███████████

Effective immediately, I would like to suspend all non-emergent, Interventional Radiology (IR) procedures.  IR procedures will resume once I have been assured **three** things have occurred;

1. Adequate medical controls have been implemented to insure appropriateness of interventional procedures,
   a. This will include (at a minimum) the implementation of a pre-procedural assessment tied to national standards.
   b. This will also include a mechanism for retrospective review of clinical outcomes.
2. The establishment of effective supply chain and charge capture protocols,
3. The determination of the efficacy of the specific devices used for IR procedures at RJDVAMC.

Please communicate to all IR providers and referral sources as appropriate.  If there is a desire to have a consultative/strategic   discussion on this matter, please advise.  I am very willing to have a candid discussion with all parties.

I assume we all wish to resume OP, IR procedures at the earliest.  Feel free to enlist the support of all functional experts necessary to insure this occurs.

███████

███████████
**Director**
**Robert J. Dole, VA Medical Center**
███████████
316-685-2221 ████████

US-000346

2

US-000347

9/20/2022

**From:**
**Sent:** Thursday, April 12, 2018 3:50 PM
**To:**
**Cc:**
**Subject:** Action Items
**Attachments:** Meeting Action Items - IR - 12Apr18.docx

Sir,
 This is a fast rendition of the action items we spoke about today.  I will transcribe the notes from the consultants this afternoon.

System Redesign Coordinator
Robert J. Dole Medical Center
5500 E. Kellogg
Wichita, KS 67218

(316) 685-2221

1

9/20/2022

████████████

**From:** ████████████
**Sent:** Thursday, April 5, 2018 2:41 PM
**To:** ████████████ (WIC)
**Cc:** ████████████ (WIC)
**Subject:** RE: PHI - IR Patient list - Working Copy
**Attachments:** PHI - Potential IR Patients - Pivots - FY16-18.xlsx

████████

My apologies. There was some information missing that needed to be located before I could get the Pivot tables to work correctly. I included 2 pivot tables. 1 with the number of patients with each item. The other with number of devices used per FY.

████

(316) 685-2221 ████████

---

**From:** ████████ (WIC)
**Sent:** Tuesday, April 03, 2018 2:16 PM
**Cc:** ████████████████████████████████
**Subject:** RE: PHI - IR Patient list - Working Copy

████████ –
Do we want to put in a pivot table to make it easy for the consultants to look at the cases and the practice, and we can count the supply by the device type for comparison to number of items purchased? And by we I of course meant

████

---

**From:** ████████████
**Sent:** Tuesday, April 03, 2018 2:07 PM
**To:** ████████████████
**Cc:** ████████████████████████
**Subject:** RE: PHI - IR Patient list - Working Copy

Hello,
My work is done! I did away with the columns on the original template as ████ requested that each device have it's own column. I think that was a very smart idea, but that resulted in a lot of scrolling for me. I simplified the template by creating a "device type" column so that the essential data can be extracted using a pivot table or even the sort feature. Please note, I left the number of items column at the end because some of these items were used multiple times during the surgery.
Thank you,

████

---

**From:** ████████████ (WIC)
**Sent:** Wednesday, March 28, 2018 2:43 PM
**To:** ████████████████
**Cc:** ████████████████████████
**Subject:** FW: PHI - IR Patient list - Working Copy

1

██████ here is the list as discussed.  ██████, can you sit with her after morning report tomorrow and answer any questions she has please?

**From:** ████████████████
**Sent:** Wednesday, March 28, 2018 8:58 AM
**To:** ████████████████████████████████
**Subject:** PHI - IR Patient list - Working Copy

Here is the Patient List.  My Logic for pulling these specific cases is below.  I am concerned at the low number (229).  If I can find another way to get the CPT codes I will.

The other option is to see which patients have PVD in the diagnosis cube and match them to those that have had the procedure done.  Let me know if you would like me to do that as well.

Logic:
The only location where patient information and CPT codes are tied together is through the Provider productivity cubes.
1. Pulled all Radiology and Cath for FY16, FY17 and FYTD 18.
2. Highlighted All CPT codes (FY13-18) listed in ████████ original email.
3. Removed all procedures that did not contain the CPTs we are looking for. (I retained this list just in case my logic proved unsound)
4. Highlighted all duplicate patients in Yellow for ease of chart reviewing.
5. Added columns for the Information that was requested.

██████████

(316) 685-2221 ████

**From:** █████████████████
**Sent:** Wednesday, March 28, 2018 8:47 AM
**To:** ████████████████████████████████
**Subject:** RE: IR Patient list

Let's say 2:30, ██████ can you be here too?

**From:** ████████████████
**Sent:** Wednesday, March 28, 2018 8:42 AM
**To:** ████████████████████████████████
**Subject:** RE: IR Patient list

Roger. Can she come up to your office at 2pm for instructions?

██████████

(316) 685-2221 ████

**From:** ████████████████
**Sent:** Wednesday, March 28, 2018 8:38 AM
**To:** ████████████████████████████████
**Subject:** RE: IR Patient list

ASAP, the visitors are coming April 9 and we need to be ready.

**From:** ████████████████
**Sent:** Wednesday, March 28, 2018 8:24 AM

2

9/20/2022

**To:** ███████████████████████████████████

**Subject:** IR Patient list

███████████████

 I have what I believe to be the correct patient list.  ██████ mentioned that ██████ had talked with her about the project.  When would you like her to start?

████

██████████████

System Redesign Coordinator
Robert J. Dole Medical Center
5500 E. Kellogg
Wichita, KS 67218

(316) 685-2221 ████████

**Hastings, Susan B.**

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Monday, April 2, 2018 1:47 PM |
| **To:** | ████████ (WIC); ████████████ (STL); ████████ (WIC); ████████ (OKL) |
| **Subject:** | RE: Practice Review Visit |
| **Attachments:** | Schedule View - Wichita - 3-18.xlsx |

████████████

  A week's worth of schedules: Info - It appears that the Interventional Radiology clinic is only used for procedures outside of the Cath Lab (Contrast CTs, etc) so the procedures are done in the Cath Lab clinic.
POC for who does the Scheduling - ████████ and ████████████ are the schedulers.
The clinic grid and utilization report – Attached. The slots are at 0900 so there is a lot of overbooking. They also do not specify what procedure is done at what time.

████████████

(316) 685-2221 ████████

---

**From:** ████████ (WIC)
**Sent:** Friday, March 30, 2018 7:34 PM
**To:** ████████ (STL) ████████████████ (WIC) ████████████████
(OKL)
**Cc:** ████████████████
**Subject:** RE: Practice Review Visit

████

I will send you the IR contract copy with Qtrly COR reports in another email.  There are no other QASP documents required for this contract per the CO.

The inventory lists with Par levels are attached to this email.

The COR for the contract is the Specialty Care AO, ████████████  The CO is ████████████

(Who owns the Fund Control Point these supplies are ordered out of?) Wichita has one medical supply FCP that is shared by Primary Care and Specialty Care.  Behavioral Health even uses it some.  FCP 4802.

Clinical items need to be kept in a Logistics managed inventory or a legal consignment.  (Is this practice in place yet?) Transition in progress.  An inventory of all implant items that were not in inventory or on consignment was just completed today.  We will work on any disposable items next.

(Does Cath Lab use a Pyxis Cabinet for supplies or similar inventory tracking system?) Some on Pyxis; some manual scan.  Implants are on manual scan.  The items on consignment (Balloons/Stents) are not in inventory.

The above questions are the only ones I could fully answer.

Thanks,

████

US-000352

**From:** ███████████ (STL)
**Sent:** Friday, March 30, 2018 9:14 AM
**To:** ███████ (WIC) ███████ >; ███████ (OKL) ███████
**Cc:** ███████████████ (WIC) ███████████
**Subject:** RE: Practice Review Visit

Good Morning ████ per the below email I do have some clarification needs & documents that I would like to request.  If possible could I get the following:

Copy of the current IR physicians contract with the QWASP ████ will provide
Inventory List for IR w/ Par levels if one exists ████ provided
Fund Control Point review (prob from Fiscal)
2 week sample of the IR schedule w/ procedure performed
Clinical grid for the IR schedule
Cuss report for the clinic.

Please see below for specific questions & needs in RED.

Thank You,

██

---

**From:** ███████████ (WIC)
**Sent:** Thursday, March 29, 2018 3:45 PM
**To:** ███████ (OKL) ███████████████ (STL) ███████
**Cc:** ███████████ (WIC) ███████
**Subject:** Practice Review Visit

Thank you guys so much for agreeing to come help us out.  Now that we have the non-disclosure form signed we can give you more specifics.  Below is a summary of issues we have identified that we want your help on.  You can ask specific questions of any of us in this email group (will we be allowed to speak w/ staff or others outside of this group?) - ████ is the SAIL/Systems Redesign person, ████ is Chief of Logistics, and I am Associate Director.  We are happy to provide you any information in advance of the visit that we can to make it easier for you.

We are going to have 100% review of charts utilizing TurboHawk and Medicated Balloons to help with tracking inventory.  One thing already noticed is often using 6 or more balloons per patient.  Since they are the only content experts here, we can't really challenge that, thus we need ███████ to weigh in on the practice aspect.  We will get you access to our CPRS when you are here to review yourself.

- Processes Questions:
    - Our Clinical Product Review Committee (CPRC) is Effective for Patient Safety but not for cost effectiveness. It lacks financial and leadership oversite.
    - Radiology Contract Overview – We need an expert on the IR contract to give us an overview of the contract with specific focus on the items below. I would like to request a copy of the contract to include a QWASP if one exists.  Also who is the Contract Officer Representative & Contracting Officer for the contract. ████ to send contract and answered
        - Terms
        - Out clauses
        - Rates
        - Number of Providers
        - Timeliness
        - Performance Metrics
    - Purchasing
        - No Management oversite or approval of supply purchases

2

- Cath lab nurse orders. AO approves. (Who owns the Fund Control Point these supplies are ordered out of?) ▆▆▆ answered
  - Cath Lab has a large amount of clinical items that are not carried in inventory. The Cath Lab manager orders clinical items in bulk and stores/tracks/reorders herself. This is against policy and is also obviously an internal control failure. Clinical items need to be kept in a Logistics managed inventory or a legal consignment. (Is this practice in place yet?) ▆▆▆ answered While this change would not help much with verification of use during procedures, it would help us to identify irregularities in usage and/or purchasing. It also reduces opportunity for fraud to take place. (Does Cath Lab use a Pixis Cabinet for supplies or similar inventory tracking system?) ▆▆▆ answered
- Cost Mapping
  - Currently mapping Cath & IR in the same BOC. Where should the IR procedures be mapped?
- The Chief of Radiology, ▆▆▆ (not an IR Radiologist) seems to be intimidated by the Contract IR doctors making management of their practice difficult.
- Contract Radiologist are locking out higher RVU generating reads so inhouse docs are not able to get to them. (are there other options besides this IR physician group in the area?)
- Contract IR doc are referring to their outside practice. ▆▆▆ addressed and put a stop to it. Is it working? Where is the stopgap?
- We currently do not have a process for tracking of balloon/Turbohawk usage to patients. (who is scheduling the patients? Can I get a 2 week sample of the schedule, a copy of the clinic grid, & the "Clinical Utilization Report" from vista its sometimes called a CUSS report?)

- Quality Questions
  - Wichita has a Balloons High Usage – highest in the nation
  - Turbohawk Catheters – High Usage
    - There was inconsistencies about whether we are using the Turbohawks at first. We are now told that they are using them on 95% of PVD patients and are running low.
    - IR Docs state "We do more complex cases" Atherectomy is performed on 95% of our PVD patients.

▆▆▆▆▆▆
*Associate Director*
*Robert J. Dole VA Medical Center*
*5500 E. Kellogg*
*Wichita, KS 67218*
*(316) 685-2221* ▆▆▆

*#BeThere – Everyone has a role to play in suicide prevention*

US-000354

9/20/2022

████████████████

**To:**            ████████████████

**Subject:**       Interventional Radiology

████████████

So the suggestion was made at one point that our IR program is preventing lower extremity amputations. That should mean that we have the same amount of referrals whether we do the IR procedures inhouse or Choice.  I do not believe that the outside referrals are happening.  Here is my data.

I pulled this information from the PAVE cube. I filtered by year of the last known lower extremity amputation and filtered for PVD as a cause of amputation. (let me know if that logic is not sound)



1.

████████████████

System Redesign Coordinator
Robert J. Dole Medical Center
5500 E. Kellogg
Wichita, KS 67218

(316) 685-2221 ████████

US-000355

9/20/2022

| Turbohawk Purchases | | | | | |
|---|---|---|---|---|---|
| Part Number | Item Number | Price | FY15 | FY16 | FY17 |
| H1LX | 90900 | 3495 | 0 | 40 | 40 |
| H1-M | 100656 | 3495 | 0 | 0 | 40 |
| H1-S | 100657 | 3495 | 0 | 0 | 25 |
| H1-LS | 90901 | 3495 | 0 | 35 | 0 |
| TH-LX-M | 182110 | 3495 | 40 | 0 | 0 |
| EXL | 54773 | 3495 | 4 | 1 | 10 |
| THS-LS-C | 70520 | 3495 | 10 | 0 | 0 |
| THS-LS-M | 65545 | 3495 | 25 | 0 | 0 |
| THS-LX-C | 72290 | 3495 | 4 | 0 | 0 |
| THS-SS-CL | 70522 | 3495 | 4 | 0 | 0 |
| THS-SX-C | 67258 | 3495 | 10 | 38 | 0 |
| Total Item | | | 97 | 114 | 115 |
| Total Cost | | | 339,015 | 398,430 | 401,925 |

| Drug Coated Balloon Purchases | | | | | |
|---|---|---|---|---|---|
| Part Number | Item Number | Price | FY15 | FY16 | FY17 |
| ADM04004013P | 90121 | 1490 | 3 | 11 | 6 |
| ADM04008013P | 90122 | 1490 | 6 | 14 | 1 |
| ADM04012013P | 90123 | 1640 | 3 | 67 | 2 |
| ADM05004013P | 90124 | 1490 | 6 | 14 | 6 |
| ADM05008013P | 90125 | 1490 | 11 | 9 | 10 |
| ADM05012013P | 90126 | 1640 | 56 | 124 | 89 |
| ADM06004013P | 90127 | 1490 | 6 | 32 | 31 |
| ADM06006013P | 90128 | 1490 | 5 | 9 | 26 |
| ADM06008013P | 90129 | 1490 | 18 | 31 | 29 |
| ADM06012013P | 90130 | 1640 | 40 | 110 | 162 |
| ADM07004013P | 90131 | 1490 | 4 | 52 | 12 |
| ADM07006013P | 90132 | 1490 | 4 | 13 | 37 |
| ADM07008013P | 90133 | 1490 | 4 | 54 | 107 |
| Total Item | | | 166 | 540 | 518 |
| Total Cost | | | 262,190.00 | 849,750.00 | 809,770.00 |

US-000356

9/20/2022

| Used | FY16 | FY17 | Total Purchased FY16-17 | Difference |
|---|---|---|---|---|
| DE Balloons | 229 | 157 | 1058 | 672 |
| Turbohawks | 118 | 83 | 229 | 28 |

9/20/2022

|  | Data | |
| Site Name | Sum of Units Last Year | Sum of Dollars Last Year |
| --- | --- | --- |
| WICHITA, KS 589A7 | 505 | 789,650 |
| BRONX, NY | 137 | 210,130 |
| RICHMOND, VA | 115 | 177,650 |
| DALLAS, TX | 108 | 165,270 |
| GAINESVILLE, FL | 78 | 120,720 |
| MINNEAPOLIS, MN | 75 | 120,450 |
| VA CONNECTICUT HCS, CT | 75 | 114,600 |
| ST. LOUIS, MO | 66 | 103,290 |
| GREATER LOS ANGELES HCS | 50 | 81,630 |
| DENVER, CO | 51 | 79,440 |
| SALEM, VA | 43 | 66,470 |
| BUFFALO, NY | 39 | 59,760 |
| COLUMBIA, SC | 37 | 58,430 |
| PITTSBURGH HCS, PA | 36 | 54,990 |
| PHOENIX, AZ | 32 | 48,880 |
| BOSTON, MA | 31 | 48,140 |
| HINES, IL | 30 | 44,637 |
| MARTINSBURG, WV | 28 | 43,225 |
| TENNESSEE VALLEY HCS (NASHVILLE, TN) | 25 | 39,500 |
| SIERRA NEVADA HCS (RENO, NV) | 25 | 38,600 |
| IOWA CITY VA HEALTH CARE SYSTEM 636A8 | 23 | 35,470 |
| SAN JUAN, PR | 21 | 33,454 |
| NORTHERN CALIFORNIA HCS (SACRAMENTO, CA) | 20 | 31,000 |
| PALO ALTO HCS (PALO ALTO, CA) | 19 | 29,210 |
| KANSAS CITY, MO | 14 | 21,910 |
| SAN FRANCISCO HCS (SAN FRANCISCO, CA) | 12 | 18,330 |
| OKLAHOMA CITY, OK | 10 | 15,800 |
| WASHINGTON, DC | 10 | 15,500 |
| CINCINNATI | 10 | 14,900 |
| MEMPHIS, TN | 9 | 13,860 |
| SAN ANTONIO, TX | 9 | 13,410 |
| SOUTHERN ARIZONA HCS (TUCSON, AZ) | 8 | 12,530 |
| COLUMBIA, MO 589A4 | 7 | 11,180 |
| WHITE RIVER JUNCTION, VT | 6 | 9,240 |
| ASHEVILLE, NC | 4 | 6,110 |
| SALT LAKE CITY, UT | 4 | 6,110 |
| SHREVEPORT, LA | 4 | 6,110 |
| CENTRAL CALIFORNIA HCS (FRESNO, CA) | 4 | 5,960 |
| SAN DIEGO, CA | 3 | 4,620 |
| CHARLESTON, SC | 2 | 3,280 |
| LOMA LINDA, CA | 2 | 3,130 |
| ANN ARBOR, MI | 2 | 3,130 |
| LOUISVILLE, KY | 2 | 2,980 |
| BIRMINGHAM, AL | 2 | 2,980 |
| ATLANTA, GA | 2 | 2,980 |
| LEXINGTON, KY | 1 | 1,490 |
| JESSE BROWN VAMC (CHICAGO, IL) | 1 | 1,490 |
| (blank) | | |
| Grand Total | 1,797 | 2,791,626 |

US-000358

28%

9/20/2022

**From:**    ███████
**To:**
**Cc:**          ███ (WIC): ███████████████ (WIC): ███████████
**Subject:**    Vascular Interventional Radiology Services
**Date:**    Tuesday, April 17, 2018 7:02:48 AM

After yesterday's meeting I did some thinking and then this am searched the CPC minutes. ████████ does have a Medical I and O (MMM) Committee that the minutes role up into CPC. They are pretty detailed Non-Vascular Interventional and Vascular Interventional with providers, procedures and the complications mentioned, but nowhere in the minutes did I see the number of devices used mentioned. The reports do document pre/post-procedural assessments and clinical outcomes.

I sent a more detailed email to ████ with the actual minutes attached if you want to discuss further.

Thanks, ████

████████ RN, BSN, LAC,  Risk Manager
Quality Management
RJ Dole VA Medical Center
5500 East Kellogg
Wichita, KS 67218
316-685-2221 ███████

This document is intended for the exclusive use of the recipient(s) named above. It may contain sensitive information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient(s), any dissemination, distribution, or copying is strictly prohibited. If you think you have received this document in error, please notify the sender immediately and destroy the original.

9/20/2022

| From: | Brendan Donelon |
|---|---|
| To: | Hunter, Kathleen M. (OGC) |
| Cc: | Rudie, Jason (OGC) |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| Date: | Thursday, July 14, 2022 9:07:53 AM |

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, July 14, 2022 7:00 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We sent the request to the facility again for a cost estimate.  We have not received that back yet. Once we have that back, we can chat.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

US-000361

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, July 13, 2022 3:33 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

Did you and Jason want to have a follow up conversation regarding my July 1 letter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 11:24 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We can do anytime on the 23rd, with the exception of 11-12 AM (CST). If you pick a time, I can set up/send a MS Teams conference line.

US-000362

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 10:32 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

I am pretty open all day tomorrow, and then again on June 22-24.  Just let me know what day/time works for you.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>

**Sent:** Thursday, June 16, 2022 10:20 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

Jason and I would be happy to discuss this matter with you.  Please let us know your availability.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 9:50 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Rudy,

Thank you for issuing your response to our *Touhy* request.  Our office would like to set up a phone call to discuss our requests and possible limitations and removal of some requests to see if we can reach some agreement on some documents and deponents.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044

US-000364

brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000365

| | |
|---|---|
| **From:** | Brendan Donelon |
| **To:** | Hunter, Kathleen M. (OGC) |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | [EXTERNAL] RE: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| **Date:** | Thursday, June 23, 2022 10:35:01 AM |

Kathleen and Jason,

Correction on the depositions.  I want to swap out Diane Keene (current employee at Dole VA) in place of Dr. Ammar (who was never a VA employee).

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case.  Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106

US-000366

~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000367