| | |
|---|---|
| **From:** | Brendan Donelon |
| **To:** | Hunter, Kathleen M. (OGC) |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | [EXTERNAL] RE: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| **Date:** | Thursday, June 23, 2022 12:29:23 PM |
| **Attachments:** | Touhy request VA 02-24-22.pdf |

Jason and Kathleen,

I also do not see a response to the request no. 8 that was included in our February 24, 2022 letter (attached).

In the end, we are going to seek a statistically acceptable sampling of medical records for patients treated at the Dole VA cath lab by the interventional radiologists (Wichita Radiology Group, "WRG") who were contracted to perform procedures there from 2011 through its closing in 2018. The records are necessary for our expert to determine whether WRG was performing medically necessary procedures billed to the VA and whether the Covidien (later bought by Medtronic) devices used in the procedure were medically necessary as billed and paid for by the VA.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case.

US-000368

Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon
**To:** Rudie, Jason (OGC); Hunter, Kathleen M. (OGC)
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG - Touhy request
**Date:** Friday, July 1, 2022 11:47:23 AM
**Attachments:** Touhy request VA 07-01-22.pdf

Jason and Kathleen,

Per last week's conversation, please see attached.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

## DONELON, P.C.
4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000370

**From:** Brendan Donelon
**To:** Hunter, Kathleen M. (OGC)
**Cc:** Rudie, Jason (OGC)
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial
**Date:** Thursday, June 16, 2022 1:19:58 PM

Also,

We will be dismissing the action on file without prejudice due to it now being moot since a response to our *Touhy* request was provided.  I will forward you a file stamped copy when filed.

If for some reason we are not able to work anything out on our requests, we can then just re-file another APA action to address the VA's letter holding you provided today.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 10:20 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

Jason and I would be happy to discuss this matter with you.  Please let us know your availability.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs

US-000371

Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 9:50 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Rudy,

Thank you for issuing your response to our *Touhy* request.  Our office would like to set up a phone call to discuss our requests and possible limitations and removal of some requests to see if we can reach some agreement on some documents and deponents.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>

US-000372

**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000373

**From:** Brendan Donelon
**To:** Hunter, Kathleen M. (OGC)
**Cc:** Rudie, Jason (OGC)
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial
**Date:** Thursday, June 16, 2022 1:04:45 PM

How does 10:00 a.m. sound?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 11:24 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We can do anytime on the 23rd, with the exception of 11-12 AM (CST). If you pick a time, I can set up/send a MS Teams conference line.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

US-000374

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 10:32 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

I am pretty open all day tomorrow, and then again on June 22-24.  Just let me know what day/time works for you.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**D O N E L O N, P.C.**
KANSAS CITY          ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 10:20 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

Jason and I would be happy to discuss this matter with you.  Please let us know your availability.

US-000375

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 9:50 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Rudy,

Thank you for issuing your response to our *Touhy* request.  Our office would like to set up a phone call to discuss our requests and possible limitations and removal of some requests to see if we can reach some agreement on some documents and deponents.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

DONELON, P.C.
4600 madison
suite 810
kansas city mo 64112
KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me

know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000377

| From: | Brendan Donelon |
|---|---|
| To: | Hunter, Kathleen M. (OGC) |
| Cc: | Rudie, Jason (OGC) |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| Date: | Thursday, June 23, 2022 10:29:45 AM |

Jason and Kathleen,

It was good speaking with you this morning.  I hope within the next week or so to resubmit a trimmed down version of the *Touhy* document/data request per our conversation.  Also, regarding the depositions requested in the Jan. 4, 2022 letter, we are willing to limit these requests to the following persons:

1. Terry Brinkley (former Dole VA cath lab Manager – resides in Wichita, KS).
2. Stan Hett (former Dole VA cath lab employee – resides in Wichita, KS).
3. Paul Dixon (current VA employee, Contract Specialist – works in Leavenworth, KS).
4. Dr. Chad Ammar, M.D. (former lab manager at Dole VA – located in Wichita, KS).

Please provide a written response to our request for these deponents so we have a record of the VA's position on this *Touhy* request.

We will also await a *Touhy* response from Mr. Connor's office since it appears that office would be addressing any documents/data related to investigations, OIG, *etc.* pertaining to the Dole VA cath lab that were included in our January 4 letter.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**DONELON, P.C.**

KANSAS CITY      ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>

US-000378

**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000379

| | |
|---|---|
| **From:** | Brendan Donelon |
| **To:** | Hunter, Kathleen M. (OGC) |
| **Cc:** | Rudie, Jason (OGC); Allman, Chris (USAKS) |
| **Subject:** | [EXTERNAL] RE: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| **Date:** | Monday, July 11, 2022 4:41:24 PM |

Okay, in those other cases, these offices agreed to accept service.  We will reserve.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Monday, July 11, 2022 4:14 PM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** RE: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

You are required to serve the United States Attorney's Office pursuant to Fed. R. Civ. P. 4(i) (the United States is the Defendant).  Civil Chief for the District of Kansas Chris Allman is happy to explain this further to you if you need it.  He is attached.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

US-000380

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, July 11, 2022 4:09 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** [EXTERNAL] Re: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

I know we conducted a bunch of legal research, and basically served the two offices that were served in all prior similar APA cases.

Brendan Donelon
DONELON, P.C.
sent from i-phone

> On Jul 11, 2022, at 4:08 PM, Brendan Donelon <brendan@donelonpc.com> wrote:
>
> I'm not at the office where I can check, but the other service went to an office in DC. I believe it was chief legal counsel for VA.
>
> Brendan Donelon
> DONELON, P.C.
> sent from i-phone
>
>> On Jul 11, 2022, at 3:53 PM, Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov> wrote:
>>
>> Brendan,
>>
>> Have you served the USAO? From my discussion with the USAO, they have not been served.  Thus, any response by the VA would be due 60 days after the USAO has been served.
>>
>> Kat
>>
>> **Kathleen M. Hunter**
>> Staff Attorney
>> Department of Veterans Affairs

US-000381

Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, July 8, 2022 3:21 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] Re: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

I also wanted to point out that the VA's deadline to respond to Mr. Schroeder's APA lawsuit filed in KS federal court was this past Tuesday, July 5, 2022.  No responsive pleading was filed.

I know you stated your office does not handle the APA litigation, but you may want to give notice to somebody.

Brendan J. Donelon
DONELON, P.C.
4600 Madison, Ste. 810
Kansas City, MO 64112
816-221-7100
Sent from my I-pad.


> On Jul 1, 2022, at 5:34 PM, Brendan Donelon
> <brendan@donelonpc.com> wrote:
>
>  Yes, that is correct.
>
> Brendan Donelon
> DONELON, P.C.
> sent from i-phone

US-000382

On Jul 1, 2022, at 2:55 PM, Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov> wrote:

Brendan,

Can you please confirm one of the employee's name that you would like to depose is "Diane Keene?"

Thanks.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 23, 2022 10:35 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Jason,

US-000383

Correction on the depositions. I want to swap out Diane Keene (current employee at Dole VA) in place of Dr. Ammar (who was never a VA employee).

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com
www.donelonpc.com

<image001.jpg>
NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case.  Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | Schroeder v. Medtronic |
| **Date:** | Tuesday, August 2, 2022 11:50:00 AM |

Brendan,

Medtronic's attorney, Leah Huyser, approached Jason and I today and informed us that she would be serving a *Touhy* request on the VA as well.  During that conversation, she alerted us that she believes you will be serving *Touhy* requests on the below listed VA facilities as they may be relevant to your case.

Can you please confirm if that is true? And if so, can you please estimate when you intend to do this?

1. VA Loma Lida, Loma Lida, California
2. VA San Antonio, San Antonio, TX
3. VA Milwaukee, Milwaukee, WI
4. VA Miami, Miami, FL
5. VA North Las Vegas VA, Las Vegas, NV
6. VA St. Louis, St. Louis, MO
7. VA Oklahoma City, Oklahoma City, OK
8. Dallas VA, Dallas, TX
9. Baltimore VA, Baltimore, MD
10. Des Moines VA, Des Moines, IA
11. Jesse Brown VA Medical Center, Chicago, IL

I make this request as it will take a significant amount of coordination on behalf of the VA and we want to be best suited to timely respond to these requests.

Thanks in advance.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized*

*dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000387

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| **Date:** | Tuesday, August 16, 2022 4:31:00 PM |

Brendan,

Thanks for reaching out.  We still agree that Requests 1, 3, and 4 need to be addressed by OIG.  I sent Mr. Connor your email and expressed this to him. You will need to address that with him as we do not represent OIG.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, August 16, 2022 11:59 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Jason,

See attached letter we received from the DC VA office.  It only addresses Request #1. It was my understanding from our conversation that this office was supposed to also address requests #3 and #4.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

-

US-000388



the law office of

# DONELON, P.C.

KANSAS CITY        ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, July 14, 2022 7:00 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We sent the request to the facility again for a cost estimate.  We have not received that back yet. Once we have that back, we can chat.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, July 13, 2022 3:33 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-

DCC-KGG - Touhy Denial

Kathleen,

Did you and Jason want to have a follow up conversation regarding my July 1 letter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**DONELON, P.C.**
4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 11:24 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We can do anytime on the 23rd, with the exception of 11-12 AM (CST). If you pick a time, I can set up/send a MS Teams conference line.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

US-000390

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 10:32 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

I am pretty open all day tomorrow, and then again on June 22-24.  Just let me know what day/time works for you.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 10:20 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

Jason and I would be happy to discuss this matter with you.  Please let us know your availability.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 9:50 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Rudy,

Thank you for issuing your response to our *Touhy* request.  Our office would like to set up a phone call to discuss our requests and possible limitations and removal of some requests to see if we can reach some agreement on some documents and deponents.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000392

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| **Date:** | Wednesday, August 17, 2022 4:57:00 PM |

Here ya go.

Christopher.Connor@va.gov

Phone: (202) 461-4269

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, August 17, 2022 11:55 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

I have not contact information for him.  The letter does not even give me his mailing address.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com
-



the law office of

**DONELON, P.C.**

KANSAS CITY          ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, August 16, 2022 4:31 PM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

Thanks for reaching out. We still agree that Requests 1, 3, and 4 need to be addressed by OIG. I sent Mr. Connor your email and expressed this to him. You will need to address that with him as we do not represent OIG.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, August 16, 2022 11:59 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>

**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Jason,

See attached letter we received from the DC VA office.  It only addresses Request #1. It was my understanding from our conversation that this office was supposed to also address requests #3 and #4.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com


the law office of
DONELON, P.C.
KANSAS CITY          ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, July 14, 2022 7:00 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We sent the request to the facility again for a cost estimate.  We have not received that back yet. Once we have that back, we can chat.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~

816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, July 13, 2022 3:33 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

Did you and Jason want to have a follow up conversation regarding my July 1 letter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY      ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 11:24 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

We can do anytime on the 23rd, with the exception of 11-12 AM (CST). If you pick a time, I can set

US-000397

up/send a MS Teams conference line.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 10:32 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen,

I am pretty open all day tomorrow, and then again on June 22-24.  Just let me know what day/time works for you.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000398

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 10:20 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Brendan,

Jason and I would be happy to discuss this matter with you.  Please let us know your availability.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, June 16, 2022 9:50 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Kathleen and Rudy,

Thank you for issuing your response to our *Touhy* request.  Our office would like to set up a phone call to discuss our requests and possible limitations and removal of some requests to see if we can reach some agreement on some documents and deponents.

Thanks.

US-000399

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, June 16, 2022 8:05 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Monday, August 22, 2022 4:19:00 PM |

Thanks for the info!

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, August 22, 2022 2:56 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

Regarding our Touhy request no. 1-2, recent documents produced by Medtronic reflect that Dole VA did have one of their physicians on staff conduct a investigation (interviews, emails, reports) regarding the allegations in this case dealing with the treatment of Vets in the cath lab.  From the dates on these documents, this would have occurred in 2018.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication

US-000401

is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000402

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Rudie, Jason (OGC) |
| Subject: | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Tuesday, August 23, 2022 2:56:00 PM |

Thanks again!

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, August 23, 2022 2:16 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

The VA doctor who was investigating this at Dole VA to our understanding was Dr. Sayed Raffi.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me

US-000403

know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000404

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Tuesday, September 6, 2022 4:36:00 PM |

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com
-

US-000405

the law office of

# DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000406

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Wednesday, September 7, 2022 7:19:00 AM |

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in

Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests?
Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com    brendan@donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication
is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it
passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by
improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail
passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me
know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about
your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also
happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we
have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error,
please reply immediately to advise the sender of the error and then destroy this message, any copies of this message
and any printout of this message. If you are not the intended recipient of the message, any unauthorized*

US-000408

*dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000409

**From:**      Hunter, Kathleen M. (OGC)
**To:**        Brendan Donelon; Rudie, Jason (OGC)
**Subject:**   RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG
**Date:**      Tuesday, September 20, 2022 2:39:00 PM

Brendan,

As our letter indicates, we turned over the only documents we had in our possession, that are not subject to our objections.  This in some cases includes emails that were provided to us in a PDF format without the attachments that may be indicated in the document.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:10 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

On some of the emails produced, they discuss and reference attachments.  Should we assume the attachments were withheld due your stated objections?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

-

the law office of

**DONELON, P.C.**

KANSAS CITY        ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests?  Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com      brendan@donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM

**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC)
<Jason.Rudie@va.gov>

**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000414

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Cc:** | Jon.Fleenor@usdoj.gov ; Allman, Chris (USAKS) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Tuesday, September 20, 2022 2:43:00 PM |

Brendan,

Jason and I are mostly available for a meeting later this week on Thursday/Friday. That being said, Jon Fleenor and Chris Allman would like to participate in the discussion such that it could have a possible impact on the APA case and they represent the Agency in that case.  I am cc'ing them to this email so we can all discuss a time to meet.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

It may be helpful to get a meeting on the calendar for one more attempt to work out some production issues.  Let me know what works on your end.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044

brendan@donelonpc.com   www.donelonpc.com

the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM

**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests? Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com     brendan@donelonpc.com

the law office of

# DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC)
<Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-
KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests
that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.
KANSAS CITY    ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication
is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it
passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by
improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail
passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me
know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000419

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Cc:** | Fleenor, Jon (USAKS); Allman, Chris (USAKS) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Tuesday, September 20, 2022 2:44:00 PM |

Resending because I had an error in Jon's email – Jon, see below. Sorry everyone.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Tuesday, September 20, 2022 2:43 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Jon.Fleenor@usdoj.gov_; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Jason and I are mostly available for a meeting later this week on Thursday/Friday. That being said, Jon Fleenor and Chris Allman would like to participate in the discussion such that it could have a possible impact on the APA case and they represent the Agency in that case.  I am cc'ing them to this email so we can all discuss a time to meet.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

US-000420

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

It may be helpful to get a meeting on the calendar for one more attempt to work out some production issues.  Let me know what works on your end.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.   4600 madison
suite 810
kansas city mo 64112
KANSAS CITY    ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of

documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests? Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com      brendan@donelonpc.com



the law office of

DONELON, P.C.

KANSAS CITY      ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

US-000423

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you. The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it

passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000425

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Rudie, Jason (OGC) |
| Subject: | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Tuesday, September 20, 2022 8:44:00 AM |

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106

US-000426

~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests? Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com    brendan@donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail

passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon

US-000428

816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000429

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Fleenor, Jon (USAKS); Allman, Chris (USAKS); Rudie, Jason (OGC) |
| Subject: | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Wednesday, September 21, 2022 4:02:00 PM |

Jon and Chris – I know you have issues with Teams.  Does zoom work on your computers? If so, I am fine with that.  If not, I can do a Webex call.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 3:58 PM
**To:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Sounds like Friday works.  Let me know if you need me to send a Zoom invite for 10:00 am.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**
KANSAS CITY        ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me

US-000430

know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>
**Sent:** Wednesday, September 21, 2022 3:49 PM
**To:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

I am available Friday.

Jon Fleenor
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

913-551-6531 (Direct)
913-551-6730 (Main)
913-551-6541 (Facsimile)
Email:  Jon.Fleenor@usdoj.gov

**CONFIDENTIALITY NOTICE**

This is an electronic transmission from a federal government law office.  In the course of the business of this office, items are transmitted to senders which are intended to be confidential and which may also contain information protected by privileges arising under state, federal or common law.  If you do not recognize the sender of this E-mail or the matter set out in the subject line, or, if on examination, it appears that you have otherwise received information of the nature mentioned to which you are not entitled or authorized to view, please immediately delete this email and advise the sender of the inadvertent disclosure.  No waiver of any confidentiality or privilege is intended by the sender.  Dissemination of inadvertently disclosed confidential or privileged information may be a violation of state and/or federal law.

---

**From:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>
**Sent:** Wednesday, September 21, 2022 3:36 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Friday is my preference after 10:00 a.m. but I am free tomorrow afternoon after 2:30 p.m.

Christopher Allman
Assistant United States Attorney
Chief, Civil Division

US-000431

District of Kansas

500 State Avenue, Suite 360

Kansas City, KS  66101

Email:  Chris.Allman@usdoj.gov

Direct Telephone:  913-551-6684

Main Telephone:  913-551-6730

Cell Telephone:  913-948-2250

Facsimile:  913-551-6541

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Wednesday, September 21, 2022 2:29 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Chris and Jon,

Do you have a preference for on Tomorrow or Friday and time?

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 9:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>

**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Those days work on our end.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



_
the law office of

**DONELON, P.C.**        4600 madison
                        suite 810
                        kansas city mo 64112
KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 2:43 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Jon.Fleenor@usdoj.gov ; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Jason and I are mostly available for a meeting later this week on Thursday/Friday. That being said, Jon Fleenor and Chris Allman would like to participate in the discussion such that it could have a possible impact on the APA case and they represent the Agency in that case.  I am cc'ing them to this email so we can all discuss a time to meet.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error,*

*please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

It may be helpful to get a meeting on the calendar for one more attempt to work out some production issues.  Let me know what works on your end.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to

US-000434

download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000435

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests? Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com     brendan@donelonpc.com



the law office of
DONELON, P.C.
KANSAS CITY          ST. LOUIS
4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

US-000436

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail

passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000438

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Cc:** | Allman, Chris (USAKS); Fleenor, Jon (USAKS) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Wednesday, September 21, 2022 2:28:00 PM |

Chris and Jon,

Do you have a preference for on Tomorrow or Friday and time?

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 9:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Those days work on our end.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**DONELON, P.C.**
KANSAS CITY          ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication

US-000439

is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 2:43 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Jon.Fleenor@usdoj.gov_; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Jason and I are mostly available for a meeting later this week on Thursday/Friday. That being said, Jon Fleenor and Chris Allman would like to participate in the discussion such that it could have a possible impact on the APA case and they represent the Agency in that case.  I am cc'ing them to this email so we can all discuss a time to meet.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

US-000440

It may be helpful to get a meeting on the calendar for one more attempt to work out some production issues.  Let me know what works on your end.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have

been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests?  Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com      brendan@donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800

US-000443

Kansas City, MO  64106

~~816.701.3085 (office)~~

816.572.8699 (cell)

kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000444

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Allman, Chris (USAKS); Fleenor, Jon (USAKS); Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Thursday, September 22, 2022 10:12:00 AM |

No problem – he should have the invite now.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, September 22, 2022 9:28 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Allman, Chris (USAKS)
<Chris.Allman@usdoj.gov>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Rudie, Jason (OGC)
<Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-
DCC-KGG

Would  you mind adding my colleague Dan Craig.  He has been working on the APA
and Touhy aspect of this case with me.  dan@donelonpc.com

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication
is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it
passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by
improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail
passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me
know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000445

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, September 22, 2022 7:08 AM
**To:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Brendan Donelon
<brendan@donelonpc.com>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Rudie, Jason (OGC)
<Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

I sent an invite for 10 AM Friday to everyone using Webex.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Sent:** Thursday, September 22, 2022 6:59 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon
<brendan@donelonpc.com>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Rudie, Jason (OGC)
<Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

WebEx works for us almost always; let's use it.

Christopher Allman
Assistant United States Attorney
Chief, Civil Division
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

Email:  Chris.Allman@usdoj.gov

US-000446

Direct Telephone:  913-551-6684
Main Telephone:  913-551-6730
Cell Telephone:  913-948-2250
Facsimile:  913-551-6541

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Wednesday, September 21, 2022 4:03 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>; Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Jon and Chris – I know you have issues with Teams.  Does zoom work on your computers? If so, I am fine with that.  If not, I can do a Webex call.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 3:58 PM
**To:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Sounds like Friday works.  Let me know if you need me to send a Zoom invite for 10:00 am.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

US-000447



NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>
**Sent:** Wednesday, September 21, 2022 3:49 PM
**To:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

I am available Friday.

Jon Fleenor
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

913-551-6531 (Direct)
913-551-6730 (Main)
913-551-6541 (Facsimile)
Email: Jon.Fleenor@usdoj.gov

**CONFIDENTIALITY NOTICE**

This is an electronic transmission from a federal government law office. In the course of the business of this office, items are transmitted to senders which are intended to be confidential and which may also contain information protected by privileges arising under state, federal or common law. If you do not recognize the sender of this E-mail or the matter set out in the subject line, or, if on examination, it appears that you have otherwise received information of the nature mentioned to which you are not entitled or authorized to view, please immediately delete this email and advise the sender of the inadvertent disclosure. No waiver of any confidentiality or privilege is intended by the sender. Dissemination of inadvertently disclosed confidential or privileged information may be a violation of state and/or federal law.

**From:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>
**Sent:** Wednesday, September 21, 2022 3:36 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>

**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Friday is my preference after 10:00 a.m. but I am free tomorrow afternoon after 2:30 p.m.

Christopher Allman
Assistant United States Attorney
Chief, Civil Division
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

Email:  Chris.Allman@usdoj.gov
Direct Telephone:  913-551-6684
Main Telephone:  913-551-6730
Cell Telephone:  913-948-2250
Facsimile:  913-551-6541

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Wednesday, September 21, 2022 2:29 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Chris and Jon,

Do you have a preference for on Tomorrow or Friday and time?

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized*

*dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 9:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Those days work on our end.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 2:43 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Jon.Fleenor@usdoj.gov ; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Jason and I are mostly available for a meeting later this week on Thursday/Friday. That being said, Jon Fleenor and Chris Allman would like to participate in the discussion such that it could have a possible impact on the APA case and they represent the Agency in that case.  I am cc'ing them to this email so we can all discuss a time to meet.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

It may be helpful to get a meeting on the calendar for one more attempt to work out some production issues.  Let me know what works on your end.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**
4600 madison
suite 810
kansas city mo 64112

KANSAS CITY     ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800

US-000452

Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests?  Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com      brendan@donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY      ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by

US-000453

improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you. The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon

US-000454

816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000455

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Allman, Chris (USAKS); Brendan Donelon; Fleenor, Jon (USAKS); Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Thursday, September 22, 2022 7:07:00 AM |

I sent an invite for 10 AM Friday to everyone using Webex.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Sent:** Thursday, September 22, 2022 6:59 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

WebEx works for us almost always; let's use it.

Christopher Allman
Assistant United States Attorney
Chief, Civil Division
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

Email:  Chris.Allman@usdoj.gov
Direct Telephone:  913-551-6684
Main Telephone:  913-551-6730
Cell Telephone:  913-948-2250
Facsimile:  913-551-6541

US-000456

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Wednesday, September 21, 2022 4:03 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>; Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Jon and Chris – I know you have issues with Teams.  Does zoom work on your computers? If so, I am fine with that.  If not, I can do a Webex call.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 3:58 PM
**To:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Sounds like Friday works.  Let me know if you need me to send a Zoom invite for 10:00 am.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY      ST. LOUIS

US-000457

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>
**Sent:** Wednesday, September 21, 2022 3:49 PM
**To:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

I am available Friday.

Jon Fleenor
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

913-551-6531 (Direct)
913-551-6730 (Main)
913-551-6541 (Facsimile)
Email:  Jon.Fleenor@usdoj.gov

**CONFIDENTIALITY NOTICE**
This is an electronic transmission from a federal government law office.  In the course of the business of this office, items are transmitted to senders which are intended to be confidential and which may also contain information protected by privileges arising under state, federal or common law.  If you do not recognize the sender of this E-mail or the matter set out in the subject line, or, if on examination, it appears that you have otherwise received information of the nature mentioned to which you are not entitled or authorized to view, please immediately delete this email and advise the sender of the inadvertent disclosure.  No waiver of any confidentiality or privilege is intended by the sender.  Dissemination of inadvertently disclosed confidential or privileged information may be a violation of state and/or federal law.

---

**From:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>
**Sent:** Wednesday, September 21, 2022 3:36 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Friday is my preference after 10:00 a.m. but I am free tomorrow afternoon after 2:30 p.m.

US-000458

Christopher Allman
Assistant United States Attorney
Chief, Civil Division
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

Email:  Chris.Allman@usdoj.gov
Direct Telephone:  913-551-6684
Main Telephone:  913-551-6730
Cell Telephone:  913-948-2250
Facsimile:  913-551-6541

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Wednesday, September 21, 2022 2:29 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Fleenor, Jon (USAKS) <JFleenor@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Chris and Jon,

Do you have a preference for on Tomorrow or Friday and time?

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 21, 2022 9:31 AM

US-000459

**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Those days work on our end.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 2:43 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Jon.Fleenor@usdoj.gov_; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Jason and I are mostly available for a meeting later this week on Thursday/Friday. That being said, Jon Fleenor and Chris Allman would like to participate in the discussion such that it could have a possible impact on the APA case and they represent the Agency in that case.  I am cc'ing them to this email so we can all discuss a time to meet.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106

~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 20, 2022 10:31 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

It may be helpful to get a meeting on the calendar for one more attempt to work out some production issues.  Let me know what works on your end.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY       ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 20, 2022 8:44 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

US-000461

Sometime today you will receive a Box.com production from our legal assistant, Michael Dovel. This file will contain two documents: 1) a letter with an attachment; 2) a production file with a set of documents. Please note that the link will expire after a certain amount of days so it is important to download the documents as soon as possible.  Should you have any questions or wish to discuss, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Hunter, Kathleen M. (OGC)
**Sent:** Wednesday, September 7, 2022 7:19 AM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We are very close.  It should not be much longer until we respond, again.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message*

US-000462

*and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 6, 2022 5:41 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks for getting back to me.

My correspondence to them has been covered by one of their document requests, so I have been providing all Touhy correspondence among us to Defendants.  I did not know Medtronic had been asking for these from your office.   Not sure why, as I have been providing them.  On that note, I need to re-check my document requests to them to see if they have to produce the same to me.

Regarding the Dole VA's ability to locate and produce documents/data that are part of our Touhy requests, it is our understanding that some of these requests' data/docs have already been gathered by Dole VA and produced to inspectors from the VA OIG's office.  So, hopefully, several of these are somewhat readily available and in Dole VA's possession.

Do you have any idea when we might hear back on our outstanding requests? Thanks.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com      brendan@donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 6, 2022 4:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>

US-000463

**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

We have repeatedly told Medtronic, as a professional courtesy, that they will not get anything about your request(s) until we respond to you. As such, we are stating the same to you.  The Agency is also happy to pass along your requests to each other, if you all agree. Or, the Agency will do so once we have responded to you and vice versa.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 2, 2022 12:57 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

I am not sure if you are able, but can you forward to me any copies of Touhy requests that Medtronic has made in this matter?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com
-

US-000464

the law office of

# DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Huyser, Leah; Brendan Donelon; Rudie, Jason (OGC); Anna Schuler; Eric Barth; Dixon, Joseph; Mark Cole; rgosch@shb.com; Rob McCully; Yang, Roger |
| Cc: | Carrie Brous; Cristina Olson; Dan Craig |
| Subject: | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Tuesday, September 27, 2022 4:50:00 PM |

Good Afternoon,

I can make November 1-4, or 7, work for depositions.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Tuesday, September 27, 2022 3:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Sounds like November 2-4 for Hett, Dixon, and Keene may be a good plan for everyone.  We'll shoot to get that scheduled.  If Nov. 7 works for Brinkley, we are amenable to that, as well.

Thanks,
Leah

Alethea M. Huyser

(612) 492-7103

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 27, 2022 3:33 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; kathleen.hunter@va.gov; jason.rudie@va.gov; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

<span style="color:red">**CAUTION: EXTERNAL E-MAIL**</span>

---

All,

We have learned that Ms. Brinkley may be living in Louisville, KY now.  So, that said, let's look at doing Hett, Keene, and Dixon in Wichita and revisit Brinkley when I can confirm on our end.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.
4600 madison
suite 810
kansas city mo 64112
KANSAS CITY      ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Tuesday, September 27, 2022 2:52 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; kathleen.hunter@va.gov; jason.rudie@va.gov; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig

US-000467

<dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Those date ranges work for Medtronic/Covidien.  We like to schedule Paul Dixon and Diane Keene for that time period, as well.  We may add some more VA witnesses later, but would love to get all four scheduled in that window.

In terms of time, if you are anticipating 3-4 hours with Brinkley, please make sure the schedule permits a few hours for defendants questioning, as well.  With that said, certainly amenable to being as efficient as possible.

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 27, 2022 2:18 PM
**To:** kathleen.hunter@va.gov; jason.rudie@va.gov; Huyser, Leah <Ahuyser@fredlaw.com>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

**CAUTION: EXTERNAL E-MAIL**

Counsel,

Relator would like to schedule the depositions for former Dole VA employees Teri Brinkley and Stan Hett.  Our office will need to have an agreed upon date(s) in order to serve subpoenas on these two persons.  We anticipate that these deposition will take place in Wichita, Kansas.  We also anticipate each taking no more than 4 hours of questioning on our end.  Most likely 3-4 hours for Brinkley and 1-2 hours for Hett. Therefore, scheduling them both for the same day should be workable.

I have included Kathleen Hunter and Jason Rudie on this email as counsel for the Department of Veterans Affairs who have agreed these witnesses can be deposed under Relator's *Touhy* requests.

In order to permit enough time for these persons to be located and served, I am proposing November 1-4 or 7 for dates.  Please let me know which of these dates work for you.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000469

| **From:** | Hunter, Kathleen M. (OGC) |
|---|---|
| **To:** | Brendan Donelon; Huyser, Leah; Rudie, Jason (OGC); Anna Schuler; Eric Barth; Dixon, Joseph; Mark Cole; rgosch@shb.com; Rob McCully; Yang, Roger |
| **Cc:** | Carrie Brous; Cristina Olson; Dan Craig |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Wednesday, September 28, 2022 9:39:00 AM |

Brendan,

Leah reached out to me separately, but for continuity purposes I will repeat this for everyone – Jason and I will accept service on the behalf of any current VA employee (and ensure they appear) for deposition but you will need to serve any former VA employee as I do not have any control over those individuals.

With regards to Mr. Dixon, I will point out that he is not in Wichita, Kansas, so making him appear there would be difficult. Mr. Dixon is on 100% telework and resides in Kansas City, Kansas.  Would it be possible to do his deposition in Kansas City?

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 28, 2022 9:05 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Huyser, Leah <Ahuyser@fredlaw.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

US-000470

Kathleen,

Is it safe to assume that you will be able to produce current employee Paul Dixon?

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, September 27, 2022 4:50 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Good Afternoon,

I can make November 1-4, or 7, work for depositions.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

US-000471

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Tuesday, September 27, 2022 3:37 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Sounds like November 2-4 for Hett, Dixon, and Keene may be a good plan for everyone.  We'll shoot to get that scheduled.  If Nov. 7 works for Brinkley, we are amenable to that, as well.

Thanks,
Leah


Alethea M. Huyser
(612) 492-7103

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 27, 2022 3:33 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; kathleen.hunter@va.gov; jason.rudie@va.gov; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

**CAUTION: EXTERNAL E-MAIL**

---

All,

We have learned that Ms. Brinkley may be living in Louisville, KY now.  So, that said,

US-000472

let's look at doing Hett, Keene, and Dixon in Wichita and revisit Brinkley when I can confirm on our end.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Tuesday, September 27, 2022 2:52 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; kathleen.hunter@va.gov; jason.rudie@va.gov; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

Those date ranges work for Medtronic/Covidien.  We like to schedule Paul Dixon and Diane Keene for that time period, as well.  We may add some more VA witnesses later, but would love to get all four scheduled in that window.

In terms of time, if you are anticipating 3-4 hours with Brinkley, please make sure the schedule permits a few hours for defendants questioning, as well.  With that said, certainly amenable to being as efficient as possible.

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

US-000473

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, September 27, 2022 2:18 PM
**To:** kathleen.hunter@va.gov; jason.rudie@va.gov; Huyser, Leah <Ahuyser@fredlaw.com>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Dixon, Joseph <JDixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

**CAUTION: EXTERNAL E-MAIL**

Counsel,

Relator would like to schedule the depositions for former Dole VA employees Teri Brinkley and Stan Hett. Our office will need to have an agreed upon date(s) in order to serve subpoenas on these two persons. We anticipate that these deposition will take place in Wichita, Kansas. We also anticipate each taking no more than 4 hours of questioning on our end. Most likely 3-4 hours for Brinkley and 1-2 hours for Hett. Therefore, scheduling them both for the same day should be workable.

I have included Kathleen Hunter and Jason Rudie on this email as counsel for the Department of Veterans Affairs who have agreed these witnesses can be deposed under Relator's *Touhy* requests.

In order to permit enough time for these persons to be located and served, I am proposing November 1-4 or 7 for dates. Please let me know which of these dates work for you.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**  4600 madison
suite 810
kansas city mo 64112
KANSAS CITY    ST. LOUIS

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000475

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Cc:** | Dan Craig |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Thursday, September 29, 2022 3:47:00 PM |

Brendan,

The payment should be made to U.S. Department of Treasury. The payment should be sent to Agent Cashier at Robert J. Dole in Wichita, Kansas (5500 E. Kellogg Wichita, KS 67218).

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 28, 2022 3:30 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

Just checking to see if you found out who we need to make payment to for the document production and where to send the payment.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

US-000476



the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000477

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Cc:** | Dan Craig |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Thursday, September 29, 2022 4:06:00 PM |

Thanks!

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, September 29, 2022 4:05 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Thanks.  I will send out today with cover letter and copy of your Sept. 20, 2022 letter.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

_
the law office of

DONELON, P.C.    4600 madison
                 suite 810
                 kansas city mo 64112
KANSAS CITY    ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000478

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Thursday, September 29, 2022 3:47 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

The payment should be made to U.S. Department of Treasury. The payment should be sent to Agent Cashier at Robert J. Dole in Wichita, Kansas (5500 E. Kellogg Wichita, KS 67218).

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, September 28, 2022 3:30 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen and Jason,

Just checking to see if you found out who we need to make payment to for the document production and where to send the payment.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000480

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC); Allman, Chris (USAKS); Fleenor, Jon (USAKS) |
| **Subject:** | RE: Brinkley and Hett Depositions |
| **Date:** | Thursday, September 29, 2022 3:43:00 PM |

Brendan,

We do not have an objection to you reaching out to them. But, we think the USAO should also weigh in.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
816.701.3085 (office)
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Thursday, September 29, 2022 11:09 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] Brinkley and Hett Depositions

Kathleen,

I have located phone numbers for both Brinkley and Hett.  My practice is to usually call third party witnesses and see if they will voluntarily appear (voluntarily accept service) for a deposition before I send out a process server.  Is it acceptable for me to do this, or do you consider them your clients?  If so, will you attempt calling them first?

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044

brendan@donelonpc.com   www.donelonpc.com

the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Friday, September 30, 2022 12:11:00 PM |

Brendan,

As to question 1:  The records and/or information you are seeking as to 8(a) includes paper records, records in an old system, and records in our new system. This is what is causing the time/money to be exponential. For example, the new system would be the easiest to pull the records from but has only been in use for approximately the last 5 years. The cost/time goes way up for records closer to 2011 which are in paper format. If you can provide a limited time frame for this request – the cost will adjust accordingly.

As to question 2: I cc'd Chris and Jon to my response to you in hopes they would respond to you with their position.  Since they are technically representing the VA at the depositions (though I will be present) I believe it is appropriate to seek their position.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 30, 2022 11:17 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

A couple of questions. 1.  Do you know when you will be able to get back to me on

US-000483

providing the data on number of procedures performed each year in the Dole VA cath lab and/or any costs associated with that?  2.  In our prior emails regarding calling witnesses Hett and Brinkley, did you want me to reach out to Jon Fleenor and Christopher Allman on whether they object to me trying to call them?

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC); Allman, Chris (USAKS); Fleenor, Jon (USAKS) |
| **Subject:** | RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Monday, October 3, 2022 2:17:00 PM |
| **Attachments:** | image002.png |

Brendan,

As to your first question: Do you know what that cost would be?

- I do not know – the facility would have to do another analysis. But, yes, what I am told is that it would be cheaper/easier to pull more recent data.

As to your second question: Do you know how that was broken down?

- The amount quoted in the September letter was $21,387.52 for only 8(a). The data for 8(a) would then have to be used to get to the data you are seeking in 8(b), which would cost additional money. However, we have made it clear that we do not intend to turn over anything in 8(b) absent a court order to do so.

Hope this helps.

Cc'ing Chris and Jon for their situational awareness as this is relevant to the APA case.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 30, 2022 12:34 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Okay, thanks.  Let me think about the data pull.

To understand, it sounds like if we ask you to provide us number of PAD cath lab procedures data from 2015-218, that would be easier and cheaper.  Do you know what that cost would be?

The number you gave in your September 20 letter under no. 8 for $21,387.52 was a reflection of costs for 8(a) and 8(b).  Do you know how that was broken down?



| | | | |
|---|---|---|---|
| System Analysist | 60.76 | 352 | 21387.52 |

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

US-000485



the law office of

**DONELON, P.C.**

KANSAS CITY   ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Friday, September 30, 2022 12:12 PM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

As to question 1:  The records and/or information you are seeking as to 8(a) includes paper records, records in an old system, and records in our new system. This is what is causing the time/money to be exponential. For example, the new system would be the easiest to pull the records from but has only been in use for approximately the last 5 years. The cost/time goes way up for records closer to 2011 which are in paper format. If you can provide a limited time frame for this request – the cost will adjust accordingly.

As to question 2: I cc'd Chris and Jon to my response to you in hopes they would respond to you with their position.  Since they are technically representing the VA at the depositions (though I will be present) I believe it is appropriate to seek their position.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 30, 2022 11:17 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

A couple of questions.  1.  Do you know when you will be able to get back to me on providing the data on number of procedures performed each year in the Dole VA cath lab and/or any costs associated with that?  2.  In our prior emails regarding calling witnesses Hett and Brinkley, did you want me to reach out to Jon Fleenor and Christopher Allman on whether they object to me trying to call them?

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**DONELON, P.C.**

KANSAS CITY   ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000486

US-000487

**From:**   Hunter, Kathleen M. (OGC)
**To:**   Brendan Donelon
**Cc:**   Allman, Chris (USAKS); Fleenor, Jon (USAKS); Rudie, Jason (OGC)
**Subject:**   Medtronic Mtg
**Date:**   Friday, September 23, 2022 10:02:00 AM

Hey all,

I am experiencing some issues getting into the meeting. But, I should be in soonish.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | RE: Schroeder v. Medtronic (Touhy/APA case) |
| **Date:** | Wednesday, July 27, 2022 10:45:00 AM |

Thanks for being amenable.  I have sent you an invite for a Teams meeting at 3 PM (CST), today.

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, July 27, 2022 10:36 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: Schroeder v. Medtronic (Touhy/APA case)

Yes, either time works for me.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000489

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Wednesday, July 27, 2022 10:35 AM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** Schroeder v. Medtronic (Touhy/APA case)

Brendan,

Would you happen to have 15-30 mins sometime today after 2:00 p.m. (CST) or tomorrow after 12:00 p.m. (CST) to discuss the above listed case(s) with Jason and I?

Thanks in advance for your consideration.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000490



U.S. Department of Veterans Affairs
**Office of Chief Counsel, Midwest District**

1201 Walnut Street
Suite 800
Kansas City, MO 64106

June 15, 2022

Brendan J. Donelon
4600 Madison Avenue, Suite 810
Kansas City Missouri 64112

RE:   *Thomas Schroder v The United States Department of Veterans Affairs*
      Civil Action 2:22-cv-2209  (United States District Court for the District of Kansas)

Dear Mr. Brendan Dolan:

This letter responds to the *Touhy* request(s) you sent via US Postal Service mail to the Office of Chief Counsel, Midwest District, January 4, 2022, February 24, 2022 and April 26, 2022, in which you requested the production of a variety of documents as well as requested the depositions of a number of current and former Department of Veterans Affairs Staff.

The circumstances under which VA personnel may provide testimony and produce documents in third-party proceedings are governed by 38 C.F.R. § 14.800-14.810. Part 14 of 38 C.F.R. provides:

> VA personnel shall not, in response to a request or demand for testimony or production of records in legal proceedings, comment or testify or produce records without the prior written approval of the responsible official designated in § 4.807(b). VA personnel may only testify concerning or comment upon official VA information, subjects or activities, or produce records that were specified in writing, submitted to and properly approved by the responsible VA official.

The diversion of resources to meet your *Touhy* request would directly impact the mission and operation of the Department of Veterans Affairs.   Said another way, your request implicates VA's statutory "need to avoid spending the time and money of the United States for private purposes and to conserve the time of VA personnel for conducting their official duties concerning servicing the Nation's Veteran population". 38 CFR 14.804(a)

Your requests for documents are unduly burdensome.  "Whether the demand or request is unduly burdensome or otherwise inappropriate under the applicable court or administrative rules". 38 C.F.R. § 14.804(d).   To respond to your requests would place a tremendous burden on the Department of Veterans, specifically Robert J. Dole VA Medical Center. Indeed, the commitment of Department of Veterans Affairs resources involved in locating and reviewing potentially responsive documents and redacting privileged or otherwise protected information would result in a significant and unacceptable diversion of essential resources from other

US-000491

Department of Veterans Affairs responsibilities.  The burden imposed by your *Touhy* request is exacerbated by the overbreadth of your requests.

In an effort to understand the impact on VA operations to respond to your request, the Department undertook a time-consuming analysis of the staff time we estimate this activity would require.  *See* Attached, exhibit "A" excel spreadsheet.  As you can see from the spreadsheet, the Department of Veterans Affairs estimates that responding to your *Touhy* document request alone would require approximately 9,850 hours of staff time across a number of service lines.   Quantified in financial terms, the Department of Veterans Affairs estimate the cost associated with this staff time at approximately $474,417.15.   The Department of Veterans Affairs is not staffed, nor should it be staffed, to provide what amounts to an overly burdensome discovery request in litigation in which VA is not a party.

The diversion of resources to meet your *Touhy* request would directly impact the mission and operation of the Department of Veterans Affairs. 38 CFR 14.804(l).

The VA should not be required to allocate resources to reviewing its extensive files to respond to these broad requests.

In addition, much of your *Touhy* request relates to Veteran medical records.  As such, in deciding whether to authorize the disclosure of VA records, information or testimony of VA personnel, the VA must consider"[w]hether the testimony or production of records would violate a statutes, executive order, regulation or directive.  (Where the production of a record or testimony as to the content of a record or about information contained in a record would violate confidentiality statute's prohibition against disclosure, disclosure will not be made.   Examples of such statutes are Privacy Act, 5 U.S.C 552a and sections 5701, 5705 and 7332 of title 38, United States Code."  38 CFR 14.804(f).  Requested information in the production of documents implicates all the aforementioned statutes as would testimony of current and former Department employees.

Lastly, it should be noted that your request seeks the production of documents from the VA, a non-party, pursuant a *Touhy* request. If these requests were made pursuant to a subpoena we would note that the Federal Rules of Civil Procedure do not by themselves provide a waiver of sovereign immunity to give the court jurisdiction to order the government to produce documents via a motion to compel. *See Upsher-Smith Laboratories Inc. v. First Third Bank*, No. 16-cv-556 (D. Minn. Oct 18, 2017). Rather, the Administrative Procedure Act waives sovereign immunity in certain limited circumstances and permits a court to review an agency's withholding of information requested by a third party against an arbitrary and capricious standard. *Id.* at 16, citing *Elnashar v. Speedway Super America, LLC*, 484 F .3d 1086 (8th Cir. 2007).

In sum, the VA has determined that it will not authorize the production of documents you seek for the above cited reasons.

I appreciate your cooperation and understanding with this matter.  Please feel free to contact me at 816.572.8699 or kathleen.hunter@va.gov to discuss this further.  Thank you.

Sincerely,

Dennis M.
McGuire 279441

Digitally signed by Dennis M.
McGuire 279441
Date: 2022.06.15 15:26:32 -04'00'

DENNIS M. MCGUIRE
Chief Counsel

cc:

  KATHLEEN M. HUNTER
  Staff Attorney

| Documents Sought | Service Line | Hourly Rate | Hours | Total | |
|---|---|---|---|---|---|
| Put all data together and build cost estimate. Research | Privacy/FOIA | 31.73 | 15 | 475.95 | |
| 1. Documents that address any complaints or investigation into conduct at the Dole VA' s catheterization lab involving Medtronic. Inc. or Covidien. Inc. or their representatives (e.g.. documents from internal incident reports. Facility Administrative Investigative Board(" AIB"). Office of Inspector General-either VA or Veterans Health Administration, office of accountability and whistleblower protection, or U.S. GAO).2 | HR | 60.76 | 8 | 486.08 | Standard request going back to Jan 30. 2011 |
| 2. Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA' s catheterization lab compared to other facilities performing the same procedures. This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial number and description of devices-this data should be available and downloadable via the CPRS and/ or Clinical Assessment Report and Tracking (" CART") systems. | | | | 0 | |
| | QM | 48.26 | 920 | 44399.2 | The data has to be pulled manually for each veteran. |
| | Records Recall | 16.3 | 40 | 652 | Recall records from Iron Mt/NEOSHO |
| | Speciality Care | 40.68 | 960 | 39052.8 | I am going to say approx. 960 hours |
| 3. Documents that reflect any decision to terminate or transfer any employee of the Dole VA catheterization lab based upon any remuneration received, cost of procedures performed at the lab, excessive inventory, or improper ordering or purchasing of medical devices (e.g., disciplinary warnings, investigation board documents, investigation documents, police reports). | HR | 38.16 | 40 | 1526.4 | Initial guesstimate is approximately 40hours. |
| | VA Police | 45.37 | 4 | 181.48 | Simple run report through systems |
| 4. Documents that reflect the decision to close the Dole VA catheterization lab in August 2018. | Privacy/FOIA | 31.73 | 1 | 31.73 | |
| | HR | 60.76 | 1 | 60.76 | |
| 5. Documents that reflect all policies and practices to be followed by the employees of the Dole VA' s catheterization lab regarding the purchasing of medical devices. | QM | 48.26 | 276 | 13319.76 | Estimate that this would take approx. 24 hours per year reviewed, so since Jan 30, 2011, I would estimate 276 hours. |
| | Cath Lab | 40.68 | 20 | 813.6 | Estimate only |
| | Records Mgt. | 31.75 | 1 | 31.75 | |
| | Records Recall | 16.3 | 40 | 652 | Recall Record From Iron Mt/NEOSHO |
| 6. Documents or data reflecting the acquisition of Medtronic/ Covidien medical devices for the Dole VA' s catheterization lab including the names, serial numbers, prices, and dates 0£1 purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage nonexpendable). | QM | 48.26 | 920 | 44399.2 | |
| | Prosthetics | 49.91 | 5040 | 251546.4 | I did some quick research and there were conservatively 21 transactions to Medtronic in the past month. For the month of April 2022, this would result in 42 hours of researching multiplied by 12 months multiplied by over 10 years. This equals 5,040 hours dedicated to the collection of this data. |
| | Logisticts | 35.02 | 4 | 140.08 | NCPS |
| | Logisticts | 35.02 | 16 | 560.32 | AMES/Mers |
| | Logisticts | 54.45 | 500 | 27225 | The data has to be pulled manually |
| | Records Recall | 16.3 | 40 | 652 | Recall records from Iron Mt/NEOSHO |
| 7. Documents that reflect any annual performance audits for the Dole VA catherization lab. | QM | 48.26 | 980 | 47294.8 | This would take 80 hours of work for each year. So, roughly 920 hours if we go back to Jan 30, 2011. |
| | HR | 38.16 | 24 | 915.84 | Approximately |
| | | | Hours | Total | |
| | | | 9850 | 474417.15 | |

**Exhibit A**

6. Documents or data reflecting the acquisition of Medtronic/ Covidien medical devices for the Dole VA' s catheterization lab including the names, serial numbers, prices, and dates 0£1 purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage nonexpendable).

After reviewing the below request, I am not even sure the request is possible. There are so many parts and pieces to this that it would take many personnel hours to accomplish. It may also be difficult due to the length of the request going back to FY11.  I would estimate we could accomplish many facets of this request for recent years FY19-20-current because of data changes and record keeping system changes to APAT. Even this documentation will require a lot of time.  I would estimate this project to take approximately 1.5 hours per record of work, but also to include time for the requests that are made for supporting information could be an additional 2 hours.  If it took an average of 2 hours to research all the criteria for each record, which is not unfeasible in an audit,  the number of hours exponentially grows.  I did some quick research and there were conservatively 21 transactions to Medtronic in the past month. For the month of April 2022, this would result in 42 hours of researching multiplied by 12 months multiplied by over 10 years. This equals 5,040 hours dedicated to the collection of this data.

That is a conservative estimate but it is a staggering number in manhours.
As we go back in years of records, they were not maintained electronically, so it also gets increasingly more difficult to gather this data which takes even longer time. Anything greater than 6 years and 3 months is potentially gone as well, as records are allowed to be destroyed after that timeframe.

I hope that helps you answer your question.  If you need more definitive data, please let me know.

Respectfully,

## Quality Management Justification

2. Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA' s catheterization lab compared to other facilities performing the same procedures. This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial number and description of devices-this data should be available and downloadable via the CPRS and/ or Clinical Assessment Report and Tracking (" CART") systems.

I anticipate this would take 80 hours of work for each year.  So, roughly 920 hours if we go back to Jan 30, 2011.

5. Documents that reflect all policies and practices to be followed by the employees of the Dole VA' s catheterization lab regarding the purchasing of medical devices.

I estimate that this would take approx. 24 hours per year reviewed, so since Jan 30, 2011, I would estimate 276 hours.

6. Documents or data reflecting the acquisition of Medtronic/ Covidien medical devices for the Dole VA' s catheterization lab including the names, serial numbers, prices, and dates 0£1 purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage nonexpendable).

I am unable to provide a good estimate on this, so this is a rough estimate, at best. By the time we go back from Jan 30, 2011 and cross reference the lot numbers that we have used vs. any recalls it would take approx. 80 hours per year reviewed, so a total of 920 hours.

7. Documents that reflect any annual performance audits for the Dole VA catherization lab.

I anticipate this would take 80 hours of work for each year.  So, roughly 920 hours if we go back to Jan 30, 2011.

US-000496

| Logistics Justification |
|---|

| |
|---|
| 6. Documents or data reflecting the acquisition of Medtronic/ Covidien medical devices for the Dole VA' s catheterization lab including the names, serial numbers, prices, and dates 0£1 purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage nonexpendable). |

1. There are two facets to this request.  Logistics handles medical devices/supplies.  **Prosthetics covers the implants which is where most money is involved.**  From talking with Mel Bingham in vague terms, data definitely exists in systems that include names, serial numbers and prices.  Definitely Pacemakers and any implant over $10K. He has data for the past three years.  He likely can't go back further than that.  Ask him and you may get more answers.

2. GIP – Officially, under RCS-10, or whatever they use now,  5700.1 Purchase Order Register is temporary.  (GRS 3, item 8)  The 2017 version of RCS-10 says destroy after 2 years.  Our purchase card records are sent offsite for storage in some mountain.  We won't have any additional data before FY20.

3. GIP – UNOFFICIALLY – I can see every PO in VISTA back to ~2014 or so.  Manual Process.  We would pull every PO by vendor names, review by FCP (since it's a VISN wide system) to restrict to Wichita then look individually at every PO assigned to your vendors. Then we would manually look at each PO for disposable supplies and determine likely location supply was used in the medical center.  Part numbers, descriptions, if contract used and costs.  No Serial Numbers recorded/involved.   **Estimated Time: 400-500 hours** assuming back 8-10 years.  Any medical supplies purchased via Prime Vendor or a SDVOSB will not show up.

4. AEMS/MERS –  Given a time frame, we would dump every field of every piece of equipment purchased for the medical center into Excel.  We would then filter by Manufacturer.  Finally we would need to open equipment and look at historical records (in VISTA) to determine what department/section used said equipment.  Possible PO Review to differentiate who it was purchased from.  **Estimated Time:  8-16 Hours**

  5. Maximo is not used in this VISN so it is not applicable.

A search on NCPS Recall site should provide the recall data.  Timeframe may be challenging.  Uncertain about site details.  **Estimated time: under 4 hours**

US-000497

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | "brendan@donelonpc.com" |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | U.S. ex rel. Schroerfer v. Medtronic, Ille., et nl.; D.Kan. case no.: 2:17-02060-DCC-KGG - Touhy Denial |
| **Date:** | Thursday, June 16, 2022 8:05:00 AM |
| **Attachments:** | Touhy Denial (combined).pdf |

Mr. Donelon,

Please find attached the Agency's denial of your client's *Touhy* request for the above listed case. Should you have any questions, please reach out.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

US-000498

the law office of  **DONELON, P.C.**  www.donelonpc.com

KANSAS CITY                    ST. LOUIS

**brendan j. donelon**
brendan@donelonpc.com

January 4, 2022

<u>Via Certified Mail and Email</u>

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420
vacofoiaservice@va.gov

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

Re:   **Request for Documents & Depositions under *Touhy* Regulations**
*U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

### <u>Introduction</u>

On behalf of our client Relator Thomas Schroeder in the above captioned case, our office is hereby making a *Touhy* request (38 C.F.R. § 14.800 *et seq.*) for the production of documents solely in the possession of the United States Veterans Administration ("VA"). We are also seeking brief depositions of former employees of the Robert J. Dole Veterans Administration Medical Center in Wichita, Kansas ("Dole VA").

Our office appreciates the VA's mission and intends to work through these requests under the best of intentions. To that end, we are certainly open to resolving these requests in the best possible way.

US-000499

the law office of | **DONELON, P.C.** | www.donelonpc.com

page 2
January 4, 2022

## <u>General Background & Status of Case</u>

On January 30, 2017, Thomas Schroeder ("Relator"), brought claims against Defendant Medtronic, Inc. ("Medtronic") and Hutchinson Regional Medical Center ("Hutchinson") (collectively referred to as "Defendants") for treble damages and civil penalties.  These claims arise from Medtronic's alleged payment of illegal remuneration to employees at Hutchinson and Dole VA in exchange for them purchasing medical devices.  Relator also alleges that Medtronic influenced medically unnecessary services and promoted devices for "off-label" use at Dole VA.  In turn, Relator alleges that this conduct induced false claims to be made to, and reimbursed by, the VA, Tricare, Medicare, Medicaid and other federal healthcare providers in violation of the False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA").  Regarding the illegal remuneration claims, Relator relies upon the federal Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b(b), to pursue his claims under the FCA.  In violation of the FCA, Relator has alleged Defendants (i) "presented—or caused to be presented"—claims that were false or fraudulent to federal healthcare providers, § 3729(a)(1)(A); (ii) "made—or caused to be made"—false claims to federal healthcare providers, § 3729(a)(1)(B); and (iii) conspired to commit violations of the FCA, § 3720(a)(1)(B).

The United States declined to intervene in this matter.  On April 13, 2020, the Court unsealed the Relator's Amended Complaint.  On September 11 and 19, 2020, respectively, Defendants Medtronic and Hutchinson filed motions to dismiss the Relator's Second Amended Complaint.  On September 14, 2021, the district court issued an order denying Hutchinson's motion, and granting and denying in part Medtronic's motion.  *U.S. ex rel. Schroeder v. Medtronic, Inc.*, 17-2060-DDC-KGG, 2021 WL 4168140 (D. Kan. Sept. 14, 2021).  In its order, the Court found the allegations involving veterans' treatment at Dole VA disturbing.  The Court expressed this concern when commenting that the alleged "potentially dangerous medical procedures" were "troubling."

The case has now reached the "discovery" phase, where relevant information may be sought and gathered.  The Relator needs the documents and depositions requested herein to litigate his claims involving Medtronic's behavior at Dole VA.  Ultimately, this will assist in pursuing the VA's mission to properly care for our veterans.  Also, as a steward of taxpayer funds, it will ensure unnecessary treatments—or purchases subject to illegal bribes—are remedied.  The VA has a substantial interest in this *qui tam* litigation.  Relator conservatively estimates that over $30 million in Medtronic devices were purchased by the Dole VA resulting from illegal remuneration between January 2011 through August 2018.[1]  With the FCA's treble damages, this could equal $90 million in recovery for the federal government.

---

[1] This period covers six years from Relator's claims under the FCA up through the closing the VA's catherization lab in August 2018.

US-000500



page 3
January 4, 2022

## Documents Sought

The following documents are hereby requested (all requests cover the period of January 30, 2011 through the present unless stated otherwise).

1.      Documents that address any complaints or investigation into conduct at the Dole VA's catheterization lab involving Medtronic, Inc. or Covidien, Inc. or their representatives (*e.g.*, documents from internal incident reports, Facility Administrative Investigative Board ("AIB"), Office of Inspector General—either VA or Veterans Health Administration, office of accountability and whistleblower protection, or U.S. GAO).[2]

If these documents exist, they will support Relator's claim that illegal remuneration was paid in violation of the Anti-Kickback Statute.  There is no other source to obtain these documents.  Only the VA would have them.

2.      Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures.  This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial number and description of devices—this data should be available and downloadable via the CPRS and/or Clinical Assessment Report and Tracking ("CART") systems.

If these documents exist, they will support Relator's claim that Medtronic influenced and promoted medically unnecessary procedures at Dole VA that significantly increased the costs of said procedures at taxpayers' expense and Relator's claim that excessive inventory was sold to the Dole VA due to illegal remuneration. There is no other source to obtain these documents.  Only the VA would have them.

3.      Documents that reflect any decision to terminate or transfer any employee of the Dole VA catheterization lab based upon any remuneration received, cost of procedures performed at the lab, excessive inventory, or improper ordering or purchasing of medical devices (*e.g.*, disciplinary warnings, investigation board documents, investigation documents, police reports).

If these documents reflect any illegal remuneration provided by Medtronic / Covidien representatives, they will support Relator's claim that illegal remuneration was paid in violation of the Anti-Kickback Statute.  If these documents exist, they will support Relator's claims that Medtronic influenced and promoted medically

---

[2] Covidien was purchased by Medtronic in 2015.

US-000501

the law office of **DONELON, P.C.** www.donelonpc.com

page 4
January 4, 2022

unnecessary procedures at Dole VA that significantly increased the costs of said procedures at taxpayers' expense. There is no other source to obtain these documents. Only the VA would have them.

4.    Documents that reflect the decision to close the Dole VA catheterization lab in August 2018.

If these documents reflect any illegal remuneration provided by Medtronic / Covidien representatives, they will support Relator's claim that illegal remuneration was paid in violation of the Anti-Kickback Statute. If these documents exist, they will support Relator's claims that Medtronic influenced and promoted medically unnecessary procedures at Dole VA that significantly increased the costs of said procedures at taxpayers' expense. There is no other source to obtain these documents. Only the VA would have them.

5.    Documents that reflect all policies and practices to be followed by the employees of the Dole VA's catheterization lab regarding the purchasing of medical devices.

These documents will reflect whether the alleged illegal remuneration paid by Medtronic/Covidien sales representatives impacted or influenced how these policies and practices were implemented. There is no other source to obtain these documents. Only the VA would have them.

6.    Documents or data reflecting the acquisition of Medtronic/Covidien medical devices for the Dole VA's catheterization lab including the names, serial numbers, prices, and dates of purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage non-expendable).

These documents will reflect the quantity and cost of these device purchases. They will support Relator's claim that illegal remuneration paid to Dole VA employees caused a grossly excessive purchase of devices for a lab of its size. It will also support Relator's allegation that medical devices sold to the Dole VA were later taken by Medtronic/Covidien sales representatives and used as illegal remuneration to gain device sales at Hutchinson. While Medtronic/Covidien may have some of this information, Relator believes it is necessary to confirm this data from the party actually

US-000502

the law office of **DONELON, P.C.** www.donelonpc.com

page 5
January 4, 2022

receiving these devices to ensure an accurate accounting.  There is no other source to obtain these documents.  Only the VA would have them.

    7.    Documents that reflect any annual performance audits for the Dole VA catherization lab.

    These documents may reflect information regarding the claims at issue in this lawsuit such as excessive inventory, remuneration, and assessment of medical treatment being performed.   There is no other source to obtain these documents.  Only the VA would have them.

### Depositions Sought

    Each of the following former Dole VA employees are fact witnesses only, and Relator will not be seeking expert testimony or personal opinions.

    1.    **Terri Brinkley** (former technologist and lab manager at Dole VA cath lab). Anticipated five hours needed.  We will seek information regarding:

- her job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, or Gregory Davisson to herself and other lab employees;
- reasons surrounding her termination of employment at Dole VA;
- the closing of the catheterization lab at Dole VA;
- purchasing of medical devices from Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- medical procedures she participated in and the usage of Medtronic/Covidien devices in those procedures;
- destruction or disposal of medical devices from the lab's inventory; and
- Dole VA policies and procedures regarding the purchasing of medical devices.

    2.    **Stan Hett** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;

US-000503

the law office of **DONELON, P.C.**   www.donelonpc.com

page 6
January 4, 2022

- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, or Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

3.      **Steve Kovach** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, or Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

4.      **Jimmy Lee** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

5.      **Travis January** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;

US-000504

- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

6.   **Randy Stuckey** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

7.   **Kevin Brown** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

8.   **Jennifer Graham** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- her job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures she participated in and the usage of Medtronic/Covidien devices in those procedures;

US-000505

the law office of **DONELON, P.C.** www.donelonpc.com

page 8
January 4, 2022

- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

9. **Dr. Chad Ammar, M.D.** (Former Lab Director at Dole VA). Anticipated 2-3 hours needed. We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA;
- policies and procedures at the lab regarding device acquisition and usage; and
- destruction or disposal of excessive or expired medical devices.

10. **Diane Keene** (Chief of Logistics at Dole VA) Anticipated 2-3 hours needed. We will seek information regarding:

- her job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA;
- policies and procedures at the lab regarding device acquisition and usage; and
- destruction or disposal of excessive or expired medical devices.

11. **Paul Dixon** (Contracting Specialist for Network Contracting Office 15) Anticipated 2-3 hours needed. We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;

the law office of **DONELON, P.C.** www.donelonpc.com

page 9
January 4, 2022

- the closing of the catheterization lab at Dole VA;
- policies and procedures at the lab regarding device acquisition and usage; and
- destruction or disposal of excessive or expired medical devices.

All of these witnesses are essential in proving our claims regarding illegal remuneration provided by Medtronic/Covidien representatives at the Dole VA cath lab and excessive inventory purchases. Several of these persons are also witnesses to procedures performed at this lab and could have information as to whether they were medically unnecessary and/or involved using devices off-label. It is anticipated that Medtronic/Covidien representatives will deny providing any remuneration. These persons are the only ones who could contest this.

## Applicable *Touhy* Factors Supporting Requests
### (38 C.F.R. § 14.804)

*a. The need to avoid spending the time and money of the United States for private purposes and to conserve the time of VA personnel.*

Relator and counsel concede there will be some expenditure of time on behalf of VA personnel. This is unavoidable in all *Touhy* requests. However, we believe it can be minimal. There should not be any expenditures of money as Relator is prepared to cover any incurred costs for labor, copying, *etc.*, and is willing to cover such costs up front. Also, much of this information should be electronic data and not require manual retrieval. To that end, Relator is willing to cover any associated IT costs.

The depositions sought are former employees, thus would not be an expenditure of the VA's. Any current VA personnel who might assist in the depositions (*e.g.*, making necessary arrangements, retrieving records for review, *etc.*) would be administrative personnel, thus no medical providers would be taken away from their mission to care for our veterans. As indicated above, the depositions are not relatively long compared to the seven hours permitted under Federal Rules. An agreement can certainly be reached on the length of each deposition. These can be conducted on any day, at any time, and at any location (including video conferencing) that is most convenient for the VA and deponent. Finally, there will be no expenditure of taxpayer dollars for the depositions. Relator will pay for the deposition costs as well as any incidental costs (*e.g.*, travel and prep costs, *etc.*).

*b. How the testimony or production of records would assist the VA in performing its statutory duties.*

The mission of the VA is to provide the best medical care and attention to those persons who make the ultimate sacrifice for our country—veterans. The testimony and

US-000507

the law office of **DONELON, P.C.**   www.donelonpc.com

page 10
January 4, 2022

records sought will assist the VA in performing this duty to ensure that veterans do not receive unnecessary or harmful medical care and treatment. The records and testimony sought will also ensure that taxpayers are not being billed for grossly excessive medical devices, unnecessary medical procedures, and purchases of devices from companies paying bribes for such sales.

**c.   *Whether the disclosure of the records or presentation of testimony is necessary to prevent the perpetration of fraud or other injustice in the matter in question*.**

While the Dole VA cath lab was shut down in August 2018, the disclosure of the documents and testimony sought will prevent an injustice in the matter at hand. As previously stated, Relator conservatively estimates that over $30 million in devices were purchased by Dole VA as the result of illegal remuneration paid by Medtronic / Covidien representatives. These same representatives influenced the use of medically unnecessary and off-label devices in veteran patients, causing harm to them as a result. It would be a gross injustice if this behavior occurred with no repercussions for the wrongdoers.

**d.   *Whether the request is unduly burdensome*.**

It will obviously take some time on the VA's behalf to produce the documents sought herein. However, as previously stated, Relator is willing to cover costs for any production whether it be photocopies or electronic data production.

Regarding the depositions, Relator believes that these persons are former VA personnel, so their time for the depositions will not directly burden the VA. The depositions are not going to take much time on the part of the VA.

**e.   *Whether the testimony or production of records is appropriate or necessary under the rules of procedure governing the case*.**

The Federal Rules of Civil Procedure fully support production of the testimony and records sought. Also, Relator anticipates that a protective order will be entered by the court protecting public disclosure of any sensitive or privileged information so designated by the VA.

**f.   *Whether the testimony or production of records would violate a statute, executive order, regulation or directive*.**

As the VA's *Touhy* regulations state, any request that "would violate a confidentiality statute's prohibition against disclosure, disclosure will not be made."

US-000508

the law office of | **DONELON, P.C.** | www.donelnpc.com

page 11
January 4, 2022

The Relator's requests do not violate any of the confidentiality statutes identified in the VA's *Touhy* regulations.

**38 U.S.C. § 5701** states in part:

(b) The Secretary [of VA] shall make disclosure of such files, records, reports, and other papers and documents [of current and former Armed Forces members] … as follows:

\*       \*       \*

(2) When required by process of a United States court to be produced in any suit or proceeding therein pending.

\*       \*       \*

(6) In connection with any proceeding for the collection of an amount owed to the United States by virtue of a person's participation in any benefit program administered by the Secretary when in the judgment of the Secretary such disclosure is deemed necessary and proper.

The Relator has not yet sought the remedy set forth in subsection (2) as he is required to first exhaust the *Touhy* requirements. So, at this time, there is no pending order. Subsection (6) clearly applies to this *qui tam* action. Relator is seeking the collection of at least $30 million ($90 million under FCA) owed to the United States as a result of illegal bribes being paid in exchange for device purchases at Dole VA. The disclosures sought herein are necessary to obtain the amounts owed.

**38 U.S.C. § 5705** states in part:

(c) For purposes of this section, the term "medical quality-assurance program" means—

(2) with respect to any activity carried out on or after October 7, 1980, a Department systematic health-care review activity designated by the Secretary to be carried out by or for the Department for either such purposes\*.

\*("[E]ither such purposes" is defined as "improving the quality of medical care or improving the utilization of health-care resources in Department health-care facilities.")

(d)(2) An activity may not be considered as having been designated as a medical quality-assurance program for the purposes of subsection (c)(2) of this section unless the designation has been specified in such regulations.

Relator does not believe that any of the documents sought herein would be part of an activity specifically designated as a medical quality-assurance program, as that is defined. Even if this exists for any of the documents or testimony sought, Relator

believes that section (b)(1) applies: "… a record or document … shall, upon request, be disclosed as follows:"

> (C) To a criminal or civil law enforcement governmental agency *or instrumentality charged under applicable law with the protection of the public health or safety*, if a qualified representative of such agency or instrumentality makes a written request that such record or document be provided for a purpose authorized by law.

In this civil FCA claim, the Relator is acting on behalf of the United States Government. The information sought—in particular about the medically unnecessary and harmful procedures being performed—goes to the protection of the veterans' health and safety.

**38 U.S.C. § 7332** states in part:

(a)(1) Records of the identity, diagnosis, prognosis, or treatment of any patient … relating to drug abuse, alcoholism or alcohol abuse, infection with the human immunodeficiency virus, or sickle cell anemia … shall … be confidential.

Relator is not seeking any records or testimony regarding these conditions. Data regarding the devices at issue will not contain this information. Regardless, any information that might include a patient's name or identity can be redacted (see § 5705(b)(2)). In addition, Relator anticipates that a protective order will be in place from the court that will permit documents and testimony to be kept "confidential" under that order's terms.

g. *Whether the testimony or production of records, except when in camera and necessary to assert a claim of privilege, would reveal information properly classified pursuant to applicable statutes or Executive Orders.*

Relator does not believe this factor applies.

h. *Whether the testimony would interfere with ongoing law enforcement proceedings, compromise constitutional rights, compromise national security interests, hamper VA or private health care research activities, reveal sensitive patient or beneficiary information, interfere with patient care, disclose trade secrets or similarly confidential commercial or financial information or otherwise be inappropriate under the circumstances.*

There are no constitutional rights or national security interests implicated by the documents or testimony Relator requests. It does not hamper any "research activities."

While Relator does not believe it seeks disclosure of sensitive patient information, as previously stated, redaction and a protective order provide a remedy. These requests will not interfere with patient care as the effort required by the VA would be from administrative personnel, and if anything, this will go to help patient care. The requested deponents are no longer employed at Dole VA, so the time away for deposition will not interfere with patient treatment. Finally, there are no trade secrets covered under these requests.

i. *Whether such release or testimony reasonably could be expected to result in the appearance of VA or the Federal government favoring one litigant over another.*

j. *Whether such release or testimony reasonably could be expected to result in the appearance of VA or the Federal government endorsing or supporting a position advocated by a party to the proceeding.*

The records and testimony sought are objectively what they are. If the Defendants in this case have committed no wrongdoing regarding Relator's allegations, then this information will support their defenses. Relator is not asking for any opinions (expert or lay) or for the VA to take any sides. Relator is just seeking factual information that is in the VA's sole possession. Their disclosure could equally benefit or harm either party in this case.

k. *The need to prevent the public's possible misconstruction of variances between personal opinions of VA personnel and VA or Federal policy.*

The records and testimony Relator requests will not include or require any opinions by VA personnel. There cannot be any variances of opinions since none are sought. In fact, producing the requested documents and testimony will align with the VA and Federal government's policy of watching out and caring for our veterans as well a taxpayers' dollars.

l. *The need to minimize VA's possible involvement in issues unrelated to its mission.*

The Relator's case does not involve issues that are unrelated or only tangentially related to the VA and its mission. Rather, this case directly relates to the VA's mission of caring for our veterans and ensuring taxpayers' monies are being spent to further this cause.

m. *Whether the demand or request is within the authority of the party making it.*

US-000511

Relator has a pending lawsuit against the defendants in federal court. Under the FCA, he is alleging that these defendants committed fraud against the VA. The relator and counsel have the authority to make this request.

**n. *Whether the demand or request is sufficiently specific to be answered.***

Relator and counsel have endeavored to be as specific as possible identifying the documents sought and topics to be covered at the depositions. And as previously stated, if there are any questions as to what specifically has been requested, Relator and counsel are available to discuss and clarify, narrow, or modify requests as necessary.

**o. *Other matters or concerns presented for consideration in making the decision.***

Again, if the VA has any concerns or questions relating to the requests, Relator proposes a discussion of those concerns and questions. It is Relator's sincere hope that any such disputes can be resolved.

## Conclusion

While the United States and the VA are potential benefactors of this *qui tam* litigation, Relator is ultimately fighting for our veterans and our country. This is a noble and honorable pursuit that justifies the effort requested. The witnesses Relator has worked with all came forward due to the waste and harm caused to veterans at Dole VA. As one witness stated regarding medically unnecessary treatment (quoted in the Third Amended Complaint):

> "I got to the point where I was uncomfortable with the way cases were going." "The treatment of veterans . . . seeing an artery that was open, the physician would go in and balloon it and just destroy the artery and then follow it up with a stent." "I couldn't stomach what was going on, so that's why ultimately just left and never went back." Healthcare Professional #1 had to inform the company sales manager that Dole VA would no longer be a potential client. The representative told him, "I'm not going to be involved in something that feels bad and I cannot imagine treating a veteran so poorly."

It is Relator's sincere hope that the VA will fully consider the requests made herein. We realize it will take time to assess this request and decide. Our client looks forward to hearing from you.

US-000512

the law office of | **DONELON, P.C.** | www.donelonpc.com

page 15
January 4, 2022

Sincerely,

BRENDAN J. DONELON

BJD/bd
cc: John Fleenor – Asst. U.S. Attorney District of Kansas
     via email: Jon.Fleenor@usdoj.gov

US-000513

US-000514



$8.50 Q
US POSTAGE
FIRST-CLASS
062S0008255041
64112

B67976.05

**United States Postal Service®**

**DELIVERY CONFIRMATION™**

0311 0240 0000 3952 1476

the office of

**DONELON, P.C.**

KANSAS CITY                    ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

Inspected Mail
DVA/DOJ

JAN 1 3 2022

**X-RAYED**

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs– OIG
810 Vermont Avenue, NW
Washington, DC 20420

the law office of   **DONELON, P.C.**   www.donelonpc.com

KANSAS CITY          ST. LOUIS

**brendan j. donelon**
brendan@donelonpc.com

February 24, 2022

<u>Federal Express and Email</u>

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420
vacofoiaservice@va.gov

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

> **Re:** **Request for Documents & Depositions under *Touhy* Regulations**
> *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
> D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

This is a follow-up request to the letter our office sent to you dated January 4, 2022 in the above referenced matter.  On behalf of our client Relator Thomas Schroeder in the above captioned case, our office is hereby making an additional *Touhy* request (38 C.F.R. § 14.800 *et seq.*) for the production of documents solely in the possession of the United States Veterans Administration ("VA").

In additional to the claims of illegal kickbacks brought by Relator against Medtronic, Inc. under Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b(b), set forth in the January 4 letter, Relator has also asserted claims for medically unnecessary treatment and off/label use of devices against Medtronic under the False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA").  In particular, in the Third Amended Complaint, Relator alleges that Medtronic, through its representatives, promoted the unnecessary use of the following peripheral vascular medical devices for patients at the Robert J. Dole Veterans Administration Center ("Dole VA"):  atherectomies, stents, balloons, and angioplasty.  In turn, these medically unnecessary procedures were performed at Dole

US-000515

the law office of **DONELON, P.C.** www.donelonpc.com

page 2
February 24, 2022

VA by the Wichita Radiology Group—which in turn submitted claims for payment to the VA for this treatment.

On behalf of the Relator in this matter, we are making the following additional document/data request for the period of time from January 30, 2011 through August 2018:

8.      Documents (or data queried and downloaded from any data storage system—preferably in Excel or .csv format) reflecting any of the following information pertaining to any procedure performed by Wichita Radiology Group at the Dole VA catherization/cardiac laboratories/radiology suites: (a) patient identification number, (b) date of procedure, (c) description of procedure performed, (d) identity of and quantity of any medical devices used in procedure, (e) physician(s) performing procedure, and (f) identity of any other person present during procedure.

It is our understanding that the location for storing data on procedures and devices used during any operative or invasive procedure is within the patient record in VISTA/CPRS—the VHA electronic medical record.  In the case of the cath lab, the vendor cath lab monitoring system (*e.g.* GE MacLab) that comes with the imaging system is designed to capture and record these data points during the procedure and send a report to VISTA/CPRS.  The VA has also created its own database known as CART that provides additional data capture in a standardized format with the VHA electronic system and integrates with the cath lab monitoring system and VISTA/CPRS.  There are then various modules within CART for cardiovascular, peripheral artery disease and electrophysiology.

If this data exists, it will support Relator's claim of medically unnecessary and excessive devices were used in these procedures.  It will also support claims that devices were used off label in medically unnecessary procedures.  There is no other source to obtain these documents.  Only the VA would have them.

The parties in the above-referenced case have recently entered into a Protective Order governing confidential records which can be utilized by third parties such as the VA.  A copy is attached for your convenience.  However, we believe the data requested would not identify any patient (other than by an ID number).

Relator would refer the VA to his prior discussion of the *Touhy* factors set forth in his January 4 letter.

Again, it is Relator's sincere hope that the VA will fully consider the request made herein.  We realize it will take time to assess this request and decide.  Our client looks forward to hearing from you.

US-000516

the law office of  **DONELON, P.C.**  www.donelonpc.com

page 3
February 24, 2022

Sincerely,

BRENDAN J. DONELON

BJD/bd
cc:  John Fleenor – Asst. U.S. Attorney District of Kansas
     via email: Jon.Fleenor@usdoj.gov

Encl: Protective Order entered 2/22/2022



FedEx®

FedEx® Tracking

Shipping ∨    Tracking ∨    Design & Print ∨    Locations ∨    Support ∨    Brendan    Help

Track Another Shipment

# Duplicate results found

More than one shipment was found with this tracking number (776132567716). Please select the correct shipment to add to your summary list.

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERY DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 776132567716 | 2/24/2022 | Kansas City, MO | WASHINGTON, DC | ✔ Delivered | 2/25/2022 10:49 am | | FedEx E |
| 776132567716 | 3/01/2022 | | | ✔ Delivered | 3/03/2022 9:17 am | | FedEx E |

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
FedEx Cross Border
ShopRunner

**LANGUAGE**
🌐 United States
English  ›

FedEx® Tracking

Track Another Shipment     Help

776132665072

**ADD NICKNAME**

# Delivered

## Tuesday, March 1, 2022 at 10:58 am

**DELIVERED**

Signed for by: P.PASTERELLA



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

FROM

DONELON, P.C.
Brendan Donelon

4600 Madison
Ste. 810
Kansas City, MO US 64112
816-221-7100

TO

Dennis McGuire
VA Chief Counsel

441 Wolf Lodges Pkwy.
Suite 403
AKRON, OH US 44311
800-488-8244

**MANAGE DELIVERY** ⟩

US-000519



**brendan j. donelon**
brendan@donelonpc.com

July 1, 2022

<u>Via Email Only</u>

Kathleen M. Hunter
Jason Rudie
Department of Veterans Affairs
Jason.rudie@va.gov
kathleen.hunter@va.gov

**Re:**   **Request for Documents & Depositions under *Touhy* Regulations**
*U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Kathleen and Jason:

It was helpful speaking with you via Zoom on June 23, 2022 regarding our January 4 and February 24, 2022 requests to the U.S. V.A. under the *Touhy* regulations. We made seven document/data requests and eleven deposition requests in our January 4 letter and an eighth document/data request in our February 24 letter.  In our phone conversation, we discussed the V.A. not responding to the deposition requests.  I agreed to send you a narrower list of deponents to consider—which I emailed on June 23, 2022. Also, on June 23, I informed you via email that we had not heard back regarding our eighth document/data request.

Per our conversation, regarding the eight document/data requests, I propose the following compromise.

<u>**Documents Sought**</u>

1.     Documents that address any complaints or investigation into conduct at the Dole VA's catheterization lab involving Medtronic, Inc. or Covidien, Inc. or their representatives (*e.g.,* documents from internal incident reports, Facility Administrative

US-000520

the law office of **DONELON, P.C.** www.donelonpc.com

page 2
July 1, 2022

Investigative Board ("AIB"), Office of Inspector General—either VA or Veterans Health Administration, office of accountability and whistleblower protection, or U.S. GAO).[1]

**In our conversation, you informed me that it was your understanding that Mr. Connor's office in Washington, D.C. will be addressing this request.**

2.     Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures.  This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial number and description of devices—this data should be available and downloadable via the CPRS and/or Clinical Assessment Report and Tracking ("CART") systems.

**We will limit this request to documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures conducted in the years 2017-2018.**

3.     Documents that reflect any decision to terminate or transfer any employee of the Dole VA catheterization lab based upon any remuneration received, cost of procedures performed at the lab, excessive inventory, or improper ordering or purchasing of medical devices (*e.g.,* disciplinary warnings, investigation board documents, investigation documents, police reports).

**In our conversation, you informed me that it was your understanding that Mr. Connor's office in Washington, D.C. will be addressing this request.**

4.     Documents that reflect the decision to close the Dole VA catheterization lab in August 2018.

**In our conversation, you informed me that it was your understanding that Mr. Connor's office in Washington, D.C. will be addressing this request.**

5.     Documents that reflect all policies and practices to be followed by the employees of the Dole VA's catheterization lab regarding the purchasing of medical devices.

---

[1] Covidien was purchased by Medtronic in 2015.

US-000521

the law office of **DONELON, P.C.** www.donelonpc.com

page 3
July 1, 2022

>**We will withdraw this request.**

6.      Documents or data reflecting the acquisition of Medtronic/Covidien medical devices for the Dole VA's catheterization lab including the names, serial numbers, prices, and dates of purchase for said devices.  This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab.  (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock.  The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage non-expendable).

>**We will withdraw this request.**

7.      Documents that reflect any annual performance audits for the Dole VA catherization lab.

>**We will withdraw this request.**

8.      Documents (or data queried and downloaded from any data storage system—preferably in Excel or .csv format) reflecting any of the following information pertaining to any procedure performed by Wichita Radiology Group at the Dole VA catherization/cardiac laboratories/radiology suites: (a) patient identification number, (b) date of procedure, (c) description of procedure performed, (d) identity of and quantity of any medical devices used in procedure, (e) physician(s) performing procedure, and (f) identity of any other person present during procedure.

>**Your office has not responded to this request.   In an attempt to preemptively address any objections you might have, we are willing to limit this request to the following:**

>   **a.  Data reflecting the annual number of interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018.**

>   **b.  A statistically acceptable sample of patients' medical records regarding interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018.**

As the VA's *Touhy* regulations state, any request that "would violate a confidentiality statute's prohibition against disclosure, disclosure will not be made."

the law office of **DONELON, P.C.** www.donelonpc.com

page 4
July 1, 2022

The Relator's requests do not violate any of the confidentiality statutes identified in the VA's *Touhy* regulations.

38 U.S.C. § 5701 states in part:

(b) The Secretary [of VA] shall make disclosure of such files, records, reports, and other papers and documents [of current and former Armed Forces members] … as follows:

*       *       *

(2) When required by process of a United States court to be produced in any suit or proceeding therein pending.

*       *       *

(6) In connection with any proceeding for the collection of an amount owed to the United States by virtue of a person's participation in any benefit program administered by the Secretary when in the judgment of the Secretary such disclosure is deemed necessary and proper.

The Relator has not yet sought the remedy set forth in subsection (2) as he is required to first exhaust the *Touhy* requirements.  So, at this time, there is no pending order.  Subsection (6) clearly applies to this *qui tam* action.  Relator is seeking the collection of at least $30 million ($90 million under FCA) owed to the United States as a result of illegal bribes being paid in exchange for device purchases at Dole VA.  The disclosures sought herein are necessary to obtain the amounts owed.

38 U.S.C.  § 7332 states in part:

(a)(1) Records of the identity, diagnosis, prognosis, or treatment of any patient … relating to drug abuse, alcoholism or alcohol abuse, infection with the human immunodeficiency virus, or sickle cell anemia … shall … be confidential.

Relator is not seeking any records or testimony regarding these conditions.  Data regarding the devices at issue in this case will not contain this information.  Regardless, any information that might include a patient's name or identity can be redacted (see § 5705(b)(2)).  In addition, a protective order is in place that will permit documents and testimony to be kept "confidential" under that order's terms.

It is Relator's sincere hope that the VA will fully consider the requests made herein.  Our client looks forward to hearing from you.

the law office of **DONELON, P.C.** www.donelonpc.com

page 5
July 1, 2022

Sincerely,

BRENDAN J. DONELON

BJD/bd

US-000524

| | |
|---|---|
| **From:** | Brendan Donelon |
| **To:** | Hunter, Kathleen M. (OGC) |
| **Cc:** | Rudie, Jason (OGC) |
| **Subject:** | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Tuesday, October 4, 2022 1:03:44 PM |

Okay, thanks.  I will include them moving forward.

Yes, I plan to be present in person, but the reporters should be able to offer remove log in.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, October 4, 2022 1:00 PM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

I did not see Jon or Chris attached to this email chain and they plan to represent the VA's interest in this deposition. I also plan to be present. I have forwarded them the notice, but would ask that they also receive these subpoenas.

Second, are you planning to be in person in Kentucky?

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800

Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, October 4, 2022 11:21 AM
**To:** Alethea Huyser <ahuyser@fredlaw.com>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] FW: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Counsel,

See email below and attached subpoena.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Brendan Donelon
**Sent:** Tuesday, October 4, 2022 11:20 AM
**To:** Teri.brinkley0110@gmail.com

US-000526

**Subject:** U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Dear Ms. Brinkley,

Per our conversation this morning, you have agreed to accept service of a subpoena by email instead of personal service at home or at work. See attached subpoena for your deposition on Nov. 7, 2022 @ 9:00 a.m. The office location for this deposition is on the subpoena. Regarding the witness fee check for your mileage/travel, you agreed for our office to pay you this amount at the deposition.

Also, as I stated, the VA has two attorneys of record on this matter. If you have any questions, they can be directed to their attention:

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov

**Jason Rudie**
jason.rudie@va.gov

---

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000527



**U.S. Department of Veterans Affairs**
**Office of Chief Counsel, Midwest District**

1201 Walnut Street
Suite 800
Kansas City, MO 64106

September 20, 2022

Brendan J. Donelon
4600 Madison Avenue, Suite 810
Kansas City Missouri 64112

RE:   Qui Tam, 17-2060-DDC-KGG, *United States of America, ex rel. Thomas Schroeder v. Medtronic, Inc. and Hutchinson Regional Medical Center* (United States District Court for the District of Kansas)

Civil Action: 2:22-cv-2209 (United States District Court for the District of Kansas) Administrative Procedures Act, *Thomas Schroeder v. The United States Department of Veterans Affairs*, 2:22-cv-2209 (United States District Court for the District of Kansas)

Collectively – Relator's *Touhy* Request

GCL 583000

Dear Mr. Brendan Donelon:

This is the Agency's second letter responding to the *Touhy* request(s) you sent via US Postal Service mail to the Office of Chief Counsel, Midwest District, dated January 4, 2022, February 24, 2022, and Supplemental/Revised *Touhy* requests dated June 23, 2022 (via email) and July 1, 2022, in which you requested the production of a variety of documents as well as requested the depositions of a number of current and former Department of Veterans Affairs Staff.

The circumstances under which VA personnel may provide testimony and produce documents in third-party proceedings are governed by 38 C.F.R. § 14.800-14.810. Part 14 of 38 C.F.R. provides:

> VA personnel shall not, in response to a request or demand for testimony or production of records in legal proceedings, comment or testify or produce records without the prior written approval of the responsible official designated in § 4.807(b). VA personnel may only testify concerning or comment upon official VA information, subjects or activities, or produce records that were specified in writing, submitted to and properly approved by the responsible VA official.

**A. Depositions**:

On June 23, 2022, you sent a revised *Touhy* request, via email, regarding the depositions you were seeking of current and former VA employees. You described the scope of your depositions in your January 4, 2022, *Touhy* request. That email notified the Agency that you were now seeking to depose: 1) Terry Brinkley (former Dole VA cath lab Manager – resides in Wichita, KS); 2) Stan

US-000528

Hett (former Dole VA cath lab employee – resides in Wichita, KS); 3) Paul Dixon; and (current VA employee, Contract Specialist – works in Leavenworth, KS) 4) Dr. Chad Ammar, M.D. (former lab manager at Dole VA – located in Wichita, KS). On that same date you notified the Agency that you would like to switch out Dr. Ammar for Diane Keene, a former VA employee.

As to your deposition requests regarding Ms. Brinkley, Mr. Hett, Mr. Dixon, and Ms. Keene, (collectively "the witnesses") the Agency will grant these requests with the following conditions:

1) During the depositions, the witnesses are only authorized to provide factual information within their personal knowledge related topics outlined in your January 4, 2022 *Touhy* request;
2) The witnesses are not authorized to provide any expert opinion, testimony concerning official information, or speculation concerning matters outside the witness' personal knowledge. *See* 38 C.F.R. § 14.808;
3) The witnesses are not authorized to disclose any information that is protected from public disclosure by statute, including information that is classified or the disclosure of which would violate the Privacy Act and/or HIPAA and/or related privacy statutes; and
4) The witnesses are not authorized to disclose any information that is privileged, including pursuant to the deliberative process privilege, except insofar as the applicable protection has been lawfully waived.

It will be our expectation that any question you or another member of your law firm, or anyone else representing Relator, asks the witnesses during the deposition complies with the above conditions.

**B.  Documents**:

The diversion of resources to meet your *Touhy* request would directly impact the mission and operation of the Department of Veterans Affairs.  Said another way, your request implicates VA's statutory "…need to avoid spending the time and money of the United States for private purposes and to conserve the time of VA personnel for conducting their official duties concerning servicing the Nation's Veteran population." *See* 38 CFR 14.804(a).

Your requests for documents are unduly burdensome.  "In deciding whether to authorize the disclosure of VA records or information…VA personnel responsible for making the decision should consider the following types of factors…[w]hether the demand or request is unduly burdensome or otherwise inappropriate under the applicable court or administrative rules." 38 C.F.R. § 14.804(d).  To respond to your requests would place a tremendous burden on the Department of Veterans, specifically Robert J. Dole VA Medical Center ("RJDVAMC"). Indeed, the commitment of Department of Veterans Affairs resources involved in locating and reviewing potentially responsive documents and redacting privileged or otherwise protected information would result in a significant and unacceptable diversion of essential resources from other

US-000529

Department of Veterans Affairs responsibilities. The burden imposed by your *Touhy* request is exacerbated by the overbreadth of your requests.

In an effort to understand the impact on VA operations to respond to your request, the Department undertook a second time-consuming analysis of the staff time we estimate this activity would require. *See* Attached, "Exhibit A" excel spreadsheet. As you can see from the new spreadsheet, the Department of Veterans Affairs estimates that responding to your *Touhy* document request alone would require approximately 788 hours of staff time across a number of service lines. Quantified in financial terms, the Department of Veterans Affairs estimate the cost associated with this staff time at approximately $43,142.49 (*see* Exhibit A(1)). The Department of Veterans Affairs is not staffed, nor should it be staffed, to provide what amounts to an overly burdensome discovery request in litigation in which VA is *not* a party.

The diversion of resources to meet your *Touhy* request would directly impact the mission and operation of the Department of Veterans Affairs. 38 CFR 14.804(l). The VA should not be required to allocate resources to reviewing its extensive files to respond to these broad requests.

More importantly, to the extent the information you seek is protected by various confidentiality statutes and regulations, (including but not limited to various provisions within the Freedom of Information Act (FOIA), the Privacy Act, and HIPAA), VA must have authority under each of the applicable statutes and the implementing regulations before any information may be released.

In addition, much of your *Touhy* request relates to Veteran medical records. As such, in deciding whether to authorize the disclosure of VA records, information or testimony of VA personnel, the VA must consider "[w]hether the testimony or production of records would violate a statute, executive order, regulation or directive. (Where the production of a record or testimony as to the content of a record or about information contained in a record would violate confidentiality statute's prohibition against disclosure, disclosure will not be made. Examples of such statutes are the Privacy Act, 5 U.S.C 552a, the Freedom of Information Act (FOIA), and sections 5701, 5705 and 7332 of title 38, United States Code." 38 C.F.R. §14.804(f). Requested information in the production of documents implicates all the aforementioned statutes as would testimony of current and former Department employees.

We must consider if we have authority to release the requested information pursuant to the Privacy Act of 1974. The Privacy Act prohibits the disclosure of any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless one of the 12 enumerated exceptions apply. (*See* 5 U.S.C. § 552a (b)). VA has authority under exemption 11, pursuant to the order of a court of competent jurisdiction, to disclose a Veteran's medical record if VA is unable to obtain the Veteran's written consent.

US-000530

Additionally, we must consider if we have authority to release the requested information pursuant to the FOIA. 5 U.S.C. § 552.  The FOIA provides that federal agencies must disclose records requested unless they may be withheld in accordance with one or more of nine statutory exemptions.  5 U.S.C. § 552(b).  Information contained in responsive records may be withheld pursuant to, FOIA Exemptions 3, 5, and 6.

FOIA Exemption 3 protects from disclosure those documents which are prohibited by other federal statutes. 5 U.S.C. § 552(b)(3). Used in combination with Exemption 3, 38 U.S.C. § 5701, is a statutory prohibition related to disclosure of information from Veterans' claims files including the names and current and/or former home addresses of current or past members of the Armed Forces without prior written authorization or a signed court order.  VA regulation 38 C.F.R. § 1.511 provides authority to release information upon receipt of a subpoena issued by a court of competent jurisdiction or a signed court order.  (See 38 C.F.R. § 1.511(b)(1) or (2)).  While a court order sufficiently provides authority to disclose the information under 38 U.S.C. § 5701 and VA's implementing regulations at 38 CFR § 1.500 -1.527 VA must still apply and consider the release of the requested information pursuant to the remaining VA's Touhy regulation factors.  Barring a signed court order or written authorization information from Veteran's claims files will be withheld pursuant to FOIA Exemption 3.

Also, used in combination with Exemption 3, 38 U.S.C. § 5705 and the VA regulations implementing that statute (codified at 38 C.F.R. §§ 17.500-511), provides that records and documents created by the VA as part of a medical quality assurance program are confidential and privileged and may not be disclosed to any person or entity except as provided.  38 U.S.C. § 5705(a).  The statute contains no exception permitting VA to release this information.  Therefore, VA records created as part of the quality assurance process will be withheld pursuant to FOIA Exemption 3.

Furthermore, used in combination with Exemption 3, 38 U.S.C. § 7332 protects from disclosure the identity, diagnosis, prognosis, or treatment of drug abuse, alcoholism or alcohol abuse, infection with the human immunodeficiency virus, or sickle cell anemia.  In order to release records covered by § 7332 either a consent meeting the criteria of 38 C.F.R. § 1.475 is required, 38 U.S.C. § 7332(b)(1), or an order meeting the requirements of 38 U.S.C. § 7332(b)(2)(D) is required.  VA regulations regarding the process required to issue such an order are located at 38 C.F.R. § 1.493. Specifically, 7332 provides that the Secretary may disclose a protected record "[i]f authorized by an appropriate order of a court of competent jurisdiction granted after application showing good cause therefore." (emphasis added) 38 U.S.C.§ 7332(b)(2)(D).  The statute provides that, "[i]n assessing good cause the court shall weigh the public interest and the need for disclosure against the injury to the patient or subject, to the physician-patient relationship, and to the treatment services. Upon the granting of such order, the court, in determining the extent to which any disclosure of all or any part of any record is necessary, shall impose appropriate safeguards against

4

US-000531

unauthorized disclosure." Id.  Barring consent or a court order, 7332 information will be withheld pursuant to FOIA exemption 3.

FOIA Exemption 5 protects interagency or intra-agency memorandums or letters that would not be available by law to a party other than an agency in litigation with the agency.  5 U.S.C. § 552(b)(5).  This exemption permits an agency to withhold material that reflects the thoughts, opinions, and recommendations of agency officials undertaking review of an issue.  To be exempt from disclosure under the deliberative process privilege, the records must be both pre-decisional and deliberative. The deliberative process privilege is designed to protect the decision-making processes of government agencies and protects not only the documents but also the integrity of the deliberative process itself where the exposure of that process would result in harm.

FOIA Exemption 6 covers "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy."  5 U.S.C. § 552(b)(6). Specifically, the names and email addresses of VA current and former employees, will be withheld to maintain the privacy interests of these individuals.  career public servants retain personal privacy interests in the discharge of their public duties.

In light of the aforementioned considerations, the VA has the following objections, related to your July 1, 2022, Supplemental/Revised *Touhy* request:

> **Request 1: Documents that address any complaints or investigation into conduct at the Dole VA's catheterization lab involving Medtronic, Inc. or Covidien, Inc. or their representatives (e.g., documents from internal incident reports, Facility Administrative Investigative Board ("AIB"), Office of Inspector General—either VA or Veterans Health Administration, office of accountability and whistleblower protection, or U.S. GAO).**

The VA objects to this request to the extent it requests documents/medical records that are protected by the Privacy Act, HIPAA, FOIA, and/or related privacy statutes. Without waiving the identified objections, VHA is producing what it has in its possession (some of which was provided to VHA by VA OIG in a redacted format) at the time of this Response that does not require an extensive/time consuming search of its records, and is not protected by privacy laws (*see* Agency Production 1).  Any other documents that require an extensive/time consuming search will not be produced until the Agency receives payment from Relator as to such and pursuant to 38 C.F.R. § 14.810.

> **Request 2: Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures. This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial**

US-000532

> **number and description of devices—this data should be available and downloadable via the CPRS and/or Clinical Assessment Report and Tracking ("CART") systems.**

The VA objects to this request to the extent it requests documents/medical records (i.e. "CPRS", "CART" systems) that are protected by the Privacy Act, HIPAA, FOIA, and/or related privacy statutes. Without waiving the identified objections, VA is producing what it has in its possession at the time of this Response that does not require an extensive/time consuming search of its records, and is not protected by privacy laws (*see* Agency Production 1). Any other documents that require an extensive/time consuming search will not be produced until the Agency receives payment from Relator as to such and pursuant to 38 C.F.R. § 14.810.

> **Request 3: Documents that reflect any decision to terminate or transfer any employee of the Dole VA catheterization lab based upon any remuneration received, cost of procedures performed at the lab, excessive inventory, or improper ordering or purchasing of medical devices (e.g., disciplinary warnings, investigation board documents, investigation documents, police reports).**

The VA objects to this request to the extent it requests documents/medical records that are protected by the Privacy Act, HIPAA, FOIA, and/or related privacy statutes. Without waiving the identified objections, VA is producing what it has in its possession at the time of this Response that does not require an extensive/time consuming search of its records, and is not protected by privacy laws (*see* Agency Production 1). Any other documents that require an extensive/time consuming search will not be produced until the Agency receives payment from Relator as to such and pursuant to 38 C.F.R. § 14.810.

> **Request 4: Documents that reflect the decision to close the Dole VA catheterization lab in August 2018.**

The VA objects to this request to the extent it requests documents/medical records that are protected by the Privacy Act, HIPAA, FOIA, and/or related privacy statutes. Without waiving the identified objections, VA is producing what it has in its possession at the time of this Response that does not require an extensive/time consuming search of its records, and is not protected by privacy laws (*see* Agency Production 1). Any other documents that require an extensive/time consuming search will not be produced until the Agency receives payment from Relator as to such and pursuant to 38 C.F.R. § 14.810.

> **Request 5: Documents that reflect all policies and practices to be followed by the employees of the Dole VA's catheterization lab regarding the purchasing of medical devices.**

You withdrew this request.

6

US-000533

**Request 6: Documents or data reflecting the acquisition of Medtronic/Covidien medical devices for the Dole VA's catheterization lab including the names, serial numbers, prices, and dates of purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage non-expendable).**

You withdrew this request.

**Request 7: Documents that reflect any annual performance audits for the Dole VA catherization lab.**

You withdrew this request.

**Request 8: Documents (or data queried and downloaded from any data storage system—preferably in Excel or .csv format) reflecting any of the following information pertaining to any procedure performed by Wichita Radiology Group at the Dole VA catherization/cardiac laboratories/radiology suites: (a) patient identification number, (b) date of procedure, (c) description of procedure performed, (d) identity of and quantity of any medical devices used in procedure, (e) physician(s) performing procedure, and (f) identity of any other person present during procedure.**

> **Limited to: (a) Data reflecting the annual number of interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018. (b) A statistically acceptable sample of patients' medical records regarding interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018.**

The VA objects to this request as it requests documents/medical records that are protected by the Privacy Act, HIPAA, FOIA, and/or related privacy statutes.

In addition to the aforementioned responses and objections to each request you made, considering your requests overall, I noted that your request seeks the production of documents from the VA, a non-party, pursuant a *Touhy* request. If these requests were made pursuant to a subpoena, we would note that the Federal Rules of Civil Procedure do not by themselves provide a waiver of sovereign immunity to give the court jurisdiction to order the government to produce documents via a motion to compel. *See Upsher-Smith Laboratories Inc. v. First Third Bank*, No. 16-cv-556 (D. Minn. Oct 18, 2017). Rather, the Administrative Procedure Act waives sovereign immunity in certain limited circumstances and permits a court to review an agency's withholding of information requested by

7

US-000534

a third party against an arbitrary and capricious standard. *Id.* at 16, *citing Elnashar v. Speedway Super America, LLC*, 484 F .3d 1086 (8th Cir. 2007).

I appreciate your cooperation and understanding with this matter.  Please feel free to contact me at 816.572.8699 or kathleen.hunter@va.gov to discuss this further.  Thank you.

Sincerely,

KRISTI M.
GLAVICH
210500

Digitally signed by KRISTI
M. GLAVICH 210500
Date: 2022.09.20 09:07:41
-04'00'

KRISTI GLAVICH
Acting Chief Counsel

8

US-000535

| Documents Sought | Service Line | Hourly Rate | Hours | Total |
|---|---|---|---|---|
| Put all data together and build cost estimate.  Research | Privacy/FOIA | 31.73 | 60 | 1903.8 |
| 1. Documents that address any complaints or investigation into conduct at the Dole VA's catheterization lab involving Medtronic, Inc. or Covidien, Inc. or their representatives (e.g., documents from internal incident reports, Facility Administrative Investigative Board(" AIB"), Office of Inspector General-either VA or Veterans Health Administration, office of accountability and whistleblower protection, or U.S. GAO).2 | HR | 60.76 | 10 | 607.6 |
| 2. Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures. This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial number and description of devices-this data should be available and downloadable via the CPRS and/ or Clinical Assessment Report and Tracking (" CART") systems. We will limit this request to documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures conducted in the years 2017-2018. | QM | 48.26 | 160 | 7721.6 |
|  | System Anaylists | 60.76 | 160 | 9721.6 |
| 3. Documents that reflect any decision to terminate or transfer any employee of the Dole VA catheterization lab based upon any remuneration received, cost of procedures performed at the lab, excessive inventory, or improper ordering or purchasing of medical devices (e.g., disciplinary warnings, investigation board documents, investigation documents, police reports). | HR | 38.16 | 40 | 1526.4 |
|  | VA Police | 45.37 | 4 | 181.48 |
| 4. Documents that reflect the decision to close the Dole VA catheterization lab in August 2018. | Privacy/FOIA | 31.73 | 1 | 31.73 |
|  | HR | 60.76 | 1 | 60.76 |
| 8.   Documents (or data queried and downloaded from any data storage system—preferably in Excel or .csv format) reflecting any of the following information pertaining to any procedure performed by Wichita Radiology Group at the Dole VA catherization/cardiac laboratories/radiology suites: (a) patient identification number, (b) date of procedure, (c) description of procedure performed, (d) identity of and quantity of any medical devices used in procedure, (e) physician(s) performing procedure, and (f) identity of any other person present during procedure. Your office has not responded to this request.   In an attempt to preemptively address any objections you might have, we are willing to limit this request to the following: a.  Data reflecting the annual number of interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018. b.  A statistically acceptable sample of patients' medical records regarding interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018. | System Analyist | 60.76 | 352 | 21387.52 |

|  | Hours | Total |
|---|---|---|
|  | 788 | 43142.49 |

US-000536

the law office of **DONELON, P.C.**   www.donelonpc.com

KANSAS CITY          ST. LOUIS

**brendan j. donelon**
brendan@donelonpc.com

April 26, 2022

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

Re:   **Request for Documents & Depositions under *Touhy* Regulations**
      *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
      D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

Our office realized that the last two letters sent to you regarding the above captioned matter (dated February 24, 2022 and April 26, 2022) were sent on older letterhead with an incorrect address at the bottom.  The initial letter dated January 4, 2022 had the correct address on that letterhead.  To confirm, the current address is for our office is: 4600 Madison, Ste. 810, Kansas City, MO 64112.

I apologize for any confusion.

Sincerely,

BRENDAN J. DONELON

BJD/bd
cc:  John Fleenor – Asst. U.S. Attorney District of Kansas
     via email: Jon.Fleenor@usdoj.gov

US-000537

the law office of  **DONELON, P.C.**  www.donelonpc.com

KANSAS CITY                    ST. LOUIS

**brendan j. donelon**
brendan@donelonpc.com

April 26, 2022

<u>Via Federal Express</u>

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

> **Re:**  **Request for Documents & Depositions under *Touhy* Regulations**
> *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
> D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

As required by the *Touhy* regulations, on January 4, 2022, our office sent a request for documents and request to depose identified employees of the U.S. Veterans Administration regarding the above captioned matter—a claim under the False Claims Act/Anti-Kickback Statute. Our records indicate that Mr. McGuire received this letter on January 10, 2022, and Mr. Connor received it on January 13, 2022.

To date we have not heard any response from your offices regarding this request. Please provide us some feedback on when we can expect to hear from you.

420 nichols road    suite 200    kansas city mo 64112    816.221.7100    facsimile.  816.709.1044

US-000538

the law office of **DONELON, P.C.** www.donelonpc.com

page 2
April 26, 2022

Sincerely,

BRENDAN J. DONELON

BJD/bd

cc:  John Fleenor – Asst. U.S. Attorney District of Kansas
     via email: Jon.Fleenor@usdoj.gov

US-000539

the law office of   **DONELON, P.C.**   www.donelonpc.com

KANSAS CITY              ST. LOUIS

**brendan j. donelon**
brendan@donelonpc.com

January 4, 2022

<u>Via Certified Mail and Email</u>

Mr. Christopher Connor
Chief FOIA & Privacy Officer
Department of Veterans Affairs- Office of Inspector General
810 Vermont Avenue, NW
Washington, DC 20420
vacofoiaservice@va.gov

Mr. Dennis McGuire
Chief Counsel
Office of General Counsel- Midwest District
441 Wolf Ledges Parkway, Suite 403
Akron, Ohio 44311

Re:   **Request for Documents & Depositions under *Touhy* Regulations**
      *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*
      D.Kan. case no.: 2:17-02060-DCC-KGG

Dear Mr. Connor & Mr. McGuire:

### Introduction

On behalf of our client Relator Thomas Schroeder in the above captioned case, our office is hereby making a *Touhy* request (38 C.F.R. § 14.800 *et seq.*) for the production of documents solely in the possession of the United States Veterans Administration ("VA"). We are also seeking brief depositions of former employees of the Robert J. Dole Veterans Administration Medical Center in Wichita, Kansas ("Dole VA").

Our office appreciates the VA's mission and intends to work through these requests under the best of intentions. To that end, we are certainly open to resolving these requests in the best possible way.

## General Background & Status of Case

On January 30, 2017, Thomas Schroeder ("Relator"), brought claims against Defendant Medtronic, Inc. ("Medtronic") and Hutchinson Regional Medical Center ("Hutchinson") (collectively referred to as "Defendants") for treble damages and civil penalties. These claims arise from Medtronic's alleged payment of illegal remuneration to employees at Hutchinson and Dole VA in exchange for them purchasing medical devices. Relator also alleges that Medtronic influenced medically unnecessary services and promoted devices for "off-label" use at Dole VA. In turn, Relator alleges that this conduct induced false claims to be made to, and reimbursed by, the VA, Tricare, Medicare, Medicaid and other federal healthcare providers in violation of the False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA"). Regarding the illegal remuneration claims, Relator relies upon the federal Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b(b), to pursue his claims under the FCA. In violation of the FCA, Relator has alleged Defendants (i) "presented—or caused to be presented"—claims that were false or fraudulent to federal healthcare providers, § 3729(a)(1)(A); (ii) "made—or caused to be made"—false claims to federal healthcare providers, § 3729(a)(1)(B); and (iii) conspired to commit violations of the FCA, § 3720(a)(1)(B).

The United States declined to intervene in this matter. On April 13, 2020, the Court unsealed the Relator's Amended Complaint. On September 11 and 19, 2020, respectively, Defendants Medtronic and Hutchinson filed motions to dismiss the Relator's Second Amended Complaint. On September 14, 2021, the district court issued an order denying Hutchinson's motion, and granting and denying in part Medtronic's motion. *U.S. ex rel. Schroeder v. Medtronic, Inc.*, 17-2060-DDC-KGG, 2021 WL 4168140 (D. Kan. Sept. 14, 2021). In its order, the Court found the allegations involving veterans' treatment at Dole VA disturbing. The Court expressed this concern when commenting that the alleged "potentially dangerous medical procedures" were "troubling."

The case has now reached the "discovery" phase, where relevant information may be sought and gathered. The Relator needs the documents and depositions requested herein to litigate his claims involving Medtronic's behavior at Dole VA. Ultimately, this will assist in pursuing the VA's mission to properly care for our veterans. Also, as a steward of taxpayer funds, it will ensure unnecessary treatments— or purchases subject to illegal bribes—are remedied. The VA has a substantial interest in this *qui tam* litigation. Relator conservatively estimates that over $30 million in Medtronic devices were purchased by the Dole VA resulting from illegal remuneration between January 2011 through August 2018.[1] With the FCA's treble damages, this could equal $90 million in recovery for the federal government.

---

[1] This period covers six years from Relator's claims under the FCA up through the closing the VA's catherization lab in August 2018.

US-000541



## Documents Sought

The following documents are hereby requested (all requests cover the period of January 30, 2011 through the present unless stated otherwise).

1.     Documents that address any complaints or investigation into conduct at the Dole VA's catheterization lab involving Medtronic, Inc. or Covidien, Inc. or their representatives (*e.g.*, documents from internal incident reports, Facility Administrative Investigative Board ("AIB"), Office of Inspector General — either VA or Veterans Health Administration, office of accountability and whistleblower protection, or U.S. GAO).[2]

If these documents exist, they will support Relator's claim that illegal remuneration was paid in violation of the Anti-Kickback Statute.  There is no other source to obtain these documents.  Only the VA would have them.

2.     Documents that reflect any audits or studies comparing the costs or clinical outcomes of performing procedures at the Dole VA's catheterization lab compared to other facilities performing the same procedures.  This should include data reflecting the procedure performed, number medical devices utilized in each procedure, serial number and description of devices — this data should be available and downloadable via the CPRS and/or Clinical Assessment Report and Tracking ("CART") systems.

If these documents exist, they will support Relator's claim that Medtronic influenced and promoted medically unnecessary procedures at Dole VA that significantly increased the costs of said procedures at taxpayers' expense and Relator's claim that excessive inventory was sold to the Dole VA due to illegal remuneration. There is no other source to obtain these documents.  Only the VA would have them.

3.     Documents that reflect any decision to terminate or transfer any employee of the Dole VA catheterization lab based upon any remuneration received, cost of procedures performed at the lab, excessive inventory, or improper ordering or purchasing of medical devices (*e.g.*, disciplinary warnings, investigation board documents, investigation documents, police reports).

If these documents reflect any illegal remuneration provided by Medtronic / Covidien representatives, they will support Relator's claim that illegal remuneration was paid in violation of the Anti-Kickback Statute.  If these documents exist, they will support Relator's claims that Medtronic influenced and promoted medically

---

[2] Covidien was purchased by Medtronic in 2015.

US-000542

the law office of **DONELON, P.C.** www.donelonpc.com

page 4
January 4, 2022

unnecessary procedures at Dole VA that significantly increased the costs of said procedures at taxpayers' expense. There is no other source to obtain these documents. Only the VA would have them.

     4.     Documents that reflect the decision to close the Dole VA catheterization lab in August 2018.

     If these documents reflect any illegal remuneration provided by Medtronic / Covidien representatives, they will support Relator's claim that illegal remuneration was paid in violation of the Anti-Kickback Statute. If these documents exist, they will support Relator's claims that Medtronic influenced and promoted medically unnecessary procedures at Dole VA that significantly increased the costs of said procedures at taxpayers' expense. There is no other source to obtain these documents. Only the VA would have them.

     5.     Documents that reflect all policies and practices to be followed by the employees of the Dole VA's catheterization lab regarding the purchasing of medical devices.

     These documents will reflect whether the alleged illegal remuneration paid by Medtronic/Covidien sales representatives impacted or influenced how these policies and practices were implemented. There is no other source to obtain these documents. Only the VA would have them.

     6.     Documents or data reflecting the acquisition of Medtronic/Covidien medical devices for the Dole VA's catheterization lab including the names, serial numbers, prices, and dates of purchase for said devices. This would include data reflecting any recalls regarding Medtronic/Covidien medical devices for the Dole VA's catheterization lab. (Possible source: The Generic Inventory Package (GIP) is the current software being utilized for inventory management of stock. The Automated Engineering Management System/Medical Equipment Reporting System (AEMS/MERS) and Maximo are the software systems used to manage non-expendable).

     These documents will reflect the quantity and cost of these device purchases. They will support Relator's claim that illegal remuneration paid to Dole VA employees caused a grossly excessive purchase of devices for a lab of its size. It will also support Relator's allegation that medical devices sold to the Dole VA were later taken by Medtronic/Covidien sales representatives and used as illegal remuneration to gain device sales at Hutchinson. While Medtronic/Covidien may have some of this information, Relator believes it is necessary to confirm this data from the party actually

US-000543

the law office of **DONELON, P.C.**  www.donelonpc.com

page 5
January 4, 2022

receiving these devices to ensure an accurate accounting.  There is no other source to obtain these documents.  Only the VA would have them.

7.    Documents that reflect any annual performance audits for the Dole VA catherization lab.

These documents may reflect information regarding the claims at issue in this lawsuit such as excessive inventory, remuneration, and assessment of medical treatment being performed.   There is no other source to obtain these documents.  Only the VA would have them.

### Depositions Sought

Each of the following former Dole VA employees are fact witnesses only, and Relator will not be seeking expert testimony or personal opinions.

1.    **Terri Brinkley** (former technologist and lab manager at Dole VA cath lab). Anticipated five hours needed.  We will seek information regarding:

- her job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, or Gregory Davisson to herself and other lab employees;
- reasons surrounding her termination of employment at Dole VA;
- the closing of the catheterization lab at Dole VA;
- purchasing of medical devices from Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- medical procedures she participated in and the usage of Medtronic/Covidien devices in those procedures;
- destruction or disposal of medical devices from the lab's inventory; and
- Dole VA policies and procedures regarding the purchasing of medical devices.

2.    **Stan Hett** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;

US-000544

the law office of **DONELON, P.C.** www.donelonpc.com

page 6
January 4, 2022

- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, or Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

3.     **Steve Kovach** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, or Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

4.     **Jimmy Lee** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

5.     **Travis January** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;

the law office of **DONELON, P.C.** www.donelonpc.com

page 7
January 4, 2022

- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

6.    **Randy Stuckey** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

7.    **Kevin Brown** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

8.    **Jennifer Graham** (former employee of Dole VA cath lab).  Anticipated 2-3 hours needed.  We will seek information regarding:

- her job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures she participated in and the usage of Medtronic/Covidien devices in those procedures;

US-000546

the law office of **DONELON, P.C.** www.donelonpc.com

page 8
January 4, 2022

- the closing of the catheterization lab at Dole VA; and
- destruction or disposal of excessive or expired medical devices.

9.    **Dr. Chad Ammar, M.D.** (Former Lab Director at Dole VA).  Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA;
- policies and procedures at the lab regarding device acquisition and usage; and
- destruction or disposal of excessive or expired medical devices.

10.    **Diane Keene** (Chief of Logistics at Dole VA) Anticipated 2-3 hours needed.  We will seek information regarding:

- her job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;
- the closing of the catheterization lab at Dole VA;
- policies and procedures at the lab regarding device acquisition and usage; and
- destruction or disposal of excessive or expired medical devices.

11.    **Paul Dixon** (Contracting Specialist for Network Contracting Office 15) Anticipated 2-3 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- interactions with Medtronic/Covidien representatives including Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson;
- lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided by Doug Winger, Kerri Montgomery Kirk, and Gregory Davisson to lab employees;
- medical procedures he participated in and the usage of Medtronic/Covidien devices in those procedures;

US-000547