the law office of **DONELON, P.C.** www.donelonpc.com

page 3
October 18, 2022

**Rick Ament** (Director, Dole VA).  Anticipated 3-4 hours needed.  We will seek information regarding:

- his job duties and responsibilities and dates of employment;
- his knowledge regarding any internal investigation regarding the performance of WRG in Dole VA's cath lab;
- his knowledge of any conclusions, outcomes, or recommendations reached stemming from said investigation;
- his knowledge of lunches, tickets, dinners, electronic devices, gifts of any type, *etc.* provided to employees of Dole VA's cath lab and any related investigation;
- his knowledge regarding the change of employment status of any Dole VA cath lab employees after said investigation;
- his knowledge as to whether an Dole VA cath lab employees violated VA policies on medical device acquisitions and remuneration; and
- questions regarding the documentation provided by Dole VA to Relator on September 20, 2022.

This witness essential in proving our claims regarding illegal remuneration provided by Medtronic/Covidien representatives at the Dole VA cath lab and excessive inventory purchases.  This witness is the only person with overall knowledge of the internal investigation related to these claims at Dole VA and has the ability to discuss all his communications provide to Relator to date.

<u>Applicable *Touhy* Factors Supporting Requests</u>
<u>(38 C.F.R. § 14.804)</u>

*a.  The need to avoid spending the time and money of the United States for private purposes and to conserve the time of VA personnel.*

The deposition sought is not relatively long compared to the seven hours permitted under Federal Rules.  An agreement can certainly be reached on the length and topics.  It can be conducted on any day, at any time, and at any location (including video conferencing) that is most convenient for the VA and deponent.  Finally, there will be no expenditure of taxpayer dollars for the depositions.  Relator will pay for the deposition costs as well as any incidental costs (*e.g.*, travel and prep costs, *etc.*).

*b.  How the testimony would assist the VA in performing its statutory duties.*

The mission of the VA is to provide the best medical care and attention to those persons who make the ultimate sacrifice for our country — veterans.  The testimony sought will assist the VA in performing this duty to ensure that veterans do not receive unnecessary or harmful medical care and treatment.  The testimony sought will also

US-000661

the law office of **DONELON, P.C.** www.donelonpc.com

page 4
October 18, 2022

ensure that taxpayers are not being billed for grossly excessive medical devices, unnecessary medical procedures, and purchases of devices from companies paying bribes for such sales.

c.   *Whether the presentation of testimony is necessary to prevent the perpetration of fraud or other injustice in the matter in question.*

While the Dole VA cath lab was shut down in August 2018, the disclosure of the testimony sought will prevent an injustice in the matter at hand.  As previously stated, Relator conservatively estimates that over $30 million in devices were purchased by Dole VA as the result of illegal remuneration paid by Medtronic / Covidien representatives.  These same representatives influenced the use of medically unnecessary and off-label devices in veteran patients, causing harm to them as a result. It would be a gross injustice if this behavior occurred with no repercussions for the wrongdoers.

d.   *Whether the request is unduly burdensome.*

Relator believes the deposition will to take much time on the part of the VA.

e.   *Whether the testimony is appropriate or necessary under the rules of procedure governing the case.*

The Federal Rules of Civil Procedure fully support production of the testimony sought.

f.   *Whether the testimony would violate a statute, executive order, regulation or directive.*

As the VA's *Touhy* regulations state, any request that "would violate a confidentiality statute's prohibition against disclosure, disclosure will not be made." The Relator's request for this deposition does not violate any of the confidentiality statutes identified in the VA's *Touhy* regulations.

g.   *Whether the testimony, except when in camera and necessary to assert a claim of privilege, would reveal information properly classified pursuant to applicable statutes or Executive Orders.*

Relator does not believe this factor applies.

h.   *Whether the testimony would interfere with ongoing law enforcement proceedings, compromise constitutional rights, compromise national security interests, hamper*

US-000662

the law office of **DONELON, P.C.** www.donelonpc.com

page 5
October 18, 2022

*VA or private health care research activities, reveal sensitive patient or beneficiary information, interfere with patient care, disclose trade secrets or similarly confidential commercial or financial information or otherwise be inappropriate under the circumstances.*

There are no constitutional rights or national security interests implicated by the documents or testimony Relator requests. It does not hamper any "research activities." This request will not interfere with patient care as the effort required by the VA would be from administrative personnel, and if anything, this will go to help patient care. Finally, there are no trade secrets covered under these requests.

i. *Whether such testimony reasonably could be expected to result in the appearance of VA or the Federal government favoring one litigant over another.*

j. *Whether such testimony reasonably could be expected to result in the appearance of VA or the Federal government endorsing or supporting a position advocated by a party to the proceeding.*

The testimony sought is objectively what they are. If the Defendants in this case have committed no wrongdoing regarding Relator's allegations, then this information will support their defenses. Relator is not asking for any opinions (expert or lay) or for the VA to take any sides. Relator is just seeking factual information that is in the deponent's sole possession. This testimony could equally benefit or harm either party in this case.

k. *The need to prevent the public's possible misconstruction of variances between personal opinions of VA personnel and VA or Federal policy.*

The testimony Relator requests will not include or require any opinions by VA personnel. There cannot be any variances of opinions since none are sought. In fact, producing the requested testimony will align with the VA and Federal government's policy of watching out and caring for our veterans as well a taxpayers' dollars.

l. *The need to minimize VA's possible involvement in issues unrelated to its mission.*

The Relator's case does not involve issues that are unrelated or only tangentially related to the VA and its mission. Rather, this case directly relates to the VA's mission of caring for our veterans and ensuring taxpayers' monies are being spent to further this cause.

m. *Whether the demand or request is within the authority of the party making it.*

US-000663

the law office of **DONELON, P.C.** www.donelonpc.com

page 6
October 18, 2022

Relator has a pending lawsuit against the defendants in federal court.  Under the FCA, he is alleging that these defendants committed fraud against the VA.  The relator and counsel have the authority to make this request.

**n.  *Whether the demand or request is sufficiently specific to be answered.***

Relator and counsel have endeavored to be as specific as possible identifying the topics to be covered at the depositions.  And as previously stated, if there are any questions as to what specifically has been requested, Relator and counsel are available to discuss and clarify, narrow, or modify requests as necessary.

**o.  *Other matters or concerns presented for consideration in making the decision*.**

Again, if the VA has any concerns or questions relating to the requests, Relator proposes a discussion of those concerns and questions.  It is Relator's sincere hope that any such disputes can be resolved.

<u>**Conclusion**</u>

While the United States and the VA are potential benefactors of this *qui tam* litigation, Relator is ultimately fighting for our veterans and our country.  This is a noble and honorable pursuit that justifies the effort requested.  The witnesses Relator has worked with all came forward due to the waste and harm caused to veterans at Dole VA.

It is Relator's sincere hope that the VA will fully consider the requests made herein.  We realize it will take time to assess this request and decide.  Our client looks forward to hearing from you.

Sincerely,

BRENDAN J. DONELON

BJD/bd
cc:    John Fleenor – Asst. U.S. Attorney District of Kansas
        via email only: Jon.Fleenor@usdoj.gov
        Jason Rudie via email only.



**U.S. Department of Veterans Affairs**
**Office of Chief Counsel, Midwest District**

1201 Walnut Street
Suite 800
Kansas City, MO 64106

October 24, 2022

Brendan J. Donelon
4600 Madison Avenue, Suite 810
Kansas City Missouri 64112

RE:   Qui Tam, 17-2060-DDC-KGG, *United States of America, ex rel. Thomas Schroeder v. Medtronic, Inc. and Hutchinson Regional Medical Center* (United States District Court for the District of Kansas)

Civil Action: 2:22-cv-2209 (United States District Court for the District of Kansas) Administrative Procedures Act, *Thomas Schroeder v. The United States Department of Veterans Affairs*, 2:22-cv-2209 (United States District Court for the District of Kansas)

Collectively – Relator's *Touhy* Request

GCL 583000

Dear Mr. Donelon:

This is the Agency's third letter responding to various *Touhy* requests from your office. Below the Agency specifically responds to the *Touhy* request you sent via mail and electronic mail to the Office of Chief Counsel, Midwest District, dated October 18, 2022, in which you requested the deposition of one current Department of Veterans Affairs employee.

The circumstances under which VA personnel may provide testimony and produce documents in third-party proceedings are governed by 38 C.F.R. § 14.800-14.810. Part 14 of 38 C.F.R. provides:

> VA personnel shall not, in response to a request or demand for testimony or production of records in legal proceedings, comment or testify or produce records without the prior written approval of the responsible official designated in § 4.807(b). VA personnel may only testify concerning or comment upon official VA information, subjects or activities, or produce records that were specified in writing, submitted to and properly approved by the responsible VA official.

Previously you requested, and the Agency granted (*see* Agency's September 20, 2022 Letter), to depose three former employees and one current Agency employee. Now, you seek to depose another current VA employee, Ricky Ament (identified by you as "Rick Ament"). You described the scope of your deposition in your October 18, 2022, *Touhy* request.

US-000665

As to your deposition request regarding Ricky Ament, the Agency will grant this request with the following conditions:

1) During the deposition, the witness is only authorized to provide factual information within their personal knowledge related topics outlined in your October 18, 2022 *Touhy* request;

2) The witness is not authorized to provide any expert opinion, testimony concerning official information, or speculation concerning matters outside the witness's personal knowledge. *See* 38 C.F.R. § 14.808;

3) The witness is not authorized to disclose any information that is protected from public disclosure by statute, including information that is classified or the disclosure of which would violate the Privacy Act and/or HIPAA and/or related privacy statutes; and

4) The witness is not authorized to disclose any information that is privileged, including pursuant to the deliberative process privilege, except insofar as the applicable protection has been lawfully waived.

It will be our expectation that any question you or another member of your law firm, or anyone else representing Relator, asks the witness during the deposition complies with the above conditions.

In your October 18, 2022 *Touhy* request you state that Ricky Ament is the Director of Dole VA. The Agency notes for the record that Ricky Ament is currently the Director of Jesse Brown VA Medical Center in Chicago, Illinois.  The Agency also notes that Ricky Ament is physically located in Chicago, Illinois. It is the expectation of the VA that any deposition of Ricky Ament will be in Chicago, Illinois, as to be the least disruptive to Ricky Ament's job duties and responsibilities with the Agency.

I appreciate your cooperation and understanding with this matter.  Please feel free to contact me at 816.572.8699 or kathleen.hunter@va.gov to discuss this further.  Thank you.

Sincerely,

KRISTI M.
GLAVICH
210500

Digitally signed by
KRISTI M. GLAVICH
210500
Date: 2022.10.24
13:44:31 -04'00'

KRISTI GLAVICH
Acting Chief Counsel

2

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC); Allman, Chris (USAKS); Fleenor, Jon (USAKS) |
| **Subject:** | [EXTERNAL] RE: Touhy Check |
| **Date:** | Saturday, October 8, 2022 10:09:30 AM |

Brendan,

I received notice that we received the check.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, October 7, 2022 2:50 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Subject:** [EXTERNAL] Touhy Check

Can you check to see if the cashier received the check?  We mailed priority mail on Sept. 29.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail

US-000667

passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000668

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Huyser, Leah; Barth, Eric W.; Cole, Mark; Rudie, Jason (OGC); Schuler, Anna; Dixon, Joseph; rgosch@shb.com; Rob McCully; Yang, Roger |
| Cc: | Fleenor, Jon (USAKS); Carrie Brous; Cristina Olson; Dan Craig |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Tuesday, October 25, 2022 4:11:32 PM |

Brendan,

I do not have a date to tell you at this time. We told you we would attempt to meet your deadline of prior to the depositions and are attempting to do so.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, October 25, 2022 3:08 PM
**To:** Huyser, Leah <Ahuyser@fredlaw.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Barth, Eric W. <ebarth@hinklaw.com>; Cole, Mark <mcole@spencerfane.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Schuler, Anna <aschuler@spencerfane.com>; Dixon, Joseph <JDixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Leah,

Our concern is on when documents might be produced from the VA.  We have currently paid to have some documents provided, but have no date when this will be done.  Also, any other documents we requested are subject to a APA case in front of judge Crabtree.  We anticipate that taking quite some time.

US-000669

Kathleen, you might have some input on when that documents we paid for might be produced.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.       4600 madison
                     suite 810
                     kansas city mo 64112
KANSAS CITY     ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Huyser, Leah <Ahuyser@fredlaw.com>
**Sent:** Tuesday, October 25, 2022 1:45 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Barth, Eric W. <ebarth@hinklaw.com>; Cole, Mark <mcole@spencerfane.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Schuler, Anna <aschuler@spencerfane.com>; Dixon, Joseph <JDixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Hi Brendan,

Our concern with Mr. Ament is that we'd like to have the relevant produced documents before his deposition.  I gather that Ms. Hunter would prefer to only put him up once, if that's possible.  Are you amenable to setting this deposition for later in the discovery period?

Thanks,
Leah

Alethea M. Huyser
(612) 492-7103

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Tuesday, October 25, 2022 7:43 AM

US-000670

**To:** Brendan Donelon <brendan@donelonpc.com>; Barth, Eric W. <ebarth@hinklaw.com>; Cole, Mark <mcole@spencerfane.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Huyser, Leah <Ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Dixon, Joseph <JDixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

<span style="background-color:red; color:white">**CAUTION: EXTERNAL E-MAIL**</span>

Brendan,

Mr. Ament is available any of the dates from December 12-15.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
816.701.3085 (office)
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, October 24, 2022 6:15 PM
**To:** Barth, Eric W. <ebarth@hinklaw.com>; Cole, Mark <mcole@spencerfane.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Joseph Dixon III <jdixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Okay, Dec. 12-15 works on our end as well.  So, we will wait to hear back from Mr.

US-000671

Ament and Medtronic's counsel.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com    brendan@donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Barth, Eric W. <ebarth@hinklaw.com>
**Sent:** Monday, October 24, 2022 4:16 PM
**To:** Cole, Mark <mcole@spencerfane.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Joseph Dixon III <jdixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

December 12-15 would also work for WRG.

Thank you,



**Eric W. Barth**  |  Member
Hinkle Law Firm LLC
1617 N Waterfront Pkwy, Suite 400  |  Wichita, KS 67206
p  316.660.6274  |  316.630.8466  |  ebarth@hinklaw.com
hinklaw.com

CONFIDENTIALITY NOTICE:  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify me by reply e-mail, by

forwarding this to ebarth@hinklaw.com or by telephone at 316.660.6274 and destroy the original transmission and its attachments.  Thank you.

---

**From:** Cole, Mark [mailto:mcole@spencerfane.com]
**Sent:** Monday, October 24, 2022 3:58 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Barth, Eric W. <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

November 18 does not work for HRMC. We could do December 12-15. I currently have a pretrial conference on December 16 that will eat up most of the day.

Thanks.

**Mark Cole**
Spencer Fane LLP
913-327-5108

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Monday, October 24, 2022 3:53 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; Cole, Mark <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Brendan,

I can tell you off the bat that I am unavailable all of those dates except November 18. I have reached out to Mr. Ament to see if that date works and will get back to you about his response. I will also add that November 11 is Veterans Day (a federal holiday).

US-000673

If we need additional dates, I will propose December 12-16, 2022. I do not currently have any conflicts that could not be rearranged that week.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085~~ (office)
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, October 24, 2022 3:14 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Counsel,

Regarding the recent Touhy response from the VA on the deposition of Rick Ament, our office has the following dates open:

November 10, 11, 14, 18, 21-22.

Please let me know which dates work for Medtronic, HRMC, WRG and the VA.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044

US-000674

brendan@donelonpc.com    www.donelonpc.com

the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY        ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000675

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Barth, Eric W.; Cole, Mark; Rudie, Jason (OGC); Alethea Huyser; Schuler, Anna; Joseph Dixon III; rgosch@shb.com; Rob McCully; Yang, Roger |
| Cc: | Fleenor, Jon (USAKS); Carrie Brous; Cristina Olson; Dan Craig |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Tuesday, October 25, 2022 7:43:31 AM |

Brendan,

Mr. Ament is available any of the dates from December 12-15.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, October 24, 2022 6:15 PM
**To:** Barth, Eric W. <ebarth@hinklaw.com>; Cole, Mark <mcole@spencerfane.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Joseph Dixon III <jdixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Okay, Dec. 12-15 works on our end as well.  So, we will wait to hear back from Mr. Ament and Medtronic's counsel.

Brendan J. Donelon
p. 816-221-7100  f. 816-709-1044
www.donelonpc.com   brendan@donelonpc.com

US-000676

the law office of

# DONELON, P.C.

KANSAS CITY          ST. LOUIS

4600 madison
suite 810
kansas city mo 64112

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

**From:** Barth, Eric W. <ebarth@hinklaw.com>
**Sent:** Monday, October 24, 2022 4:16 PM
**To:** Cole, Mark <mcole@spencerfane.com>; Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Joseph Dixon III <jdixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

December 12-15 would also work for WRG.

Thank you,



**Eric W. Barth**  |  Member
Hinkle Law Firm LLC
1617 N Waterfront Pkwy, Suite 400  |  Wichita, KS 67206
p  316.660.6274  |  316.630.8466 |  ebarth@hinklaw.com
hinklaw.com

CONFIDENTIALITY NOTICE:  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify me by reply e-mail, by forwarding this to ebarth@hinklaw.com or by telephone at 316.660.6274 and destroy the original transmission and its attachments.  Thank you.

**From:** Cole, Mark [mailto:mcole@spencerfane.com]

**Sent:** Monday, October 24, 2022 3:58 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Barth, Eric W. <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

November 18 does not work for HRMC. We could do December 12-15. I currently have a pretrial conference on December 16 that will eat up most of the day.

Thanks.

**Mark Cole**
Spencer Fane LLP
913-327-5108

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Monday, October 24, 2022 3:53 PM
**To:** Brendan Donelon <brendan@donelonpc.com>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Schuler, Anna <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; Cole, Mark <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Brendan,

I can tell you off the bat that I am unavailable all of those dates except November 18. I have reached out to Mr. Ament to see if that date works and will get back to you about his response. I will also add that November 11 is Veterans Day (a federal holiday).

If we need additional dates, I will propose December 12-16, 2022. I do not currently have any conflicts that could not be rearranged that week.

Kat

**Kathleen M. Hunter**

Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, October 24, 2022 3:14 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Counsel,

Regarding the recent Touhy response from the VA on the deposition of Rick Ament, our office has the following dates open:

November 10, 11, 14, 18, 21-22.

Please let me know which dates work for Medtronic, HRMC, WRG and the VA.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com


the law office of

DONELON, P.C.
KANSAS CITY     ST. LOUIS
4600 madison
suite 810
kansas city mo 64112

US-000679

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000680

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Rudie, Jason (OGC); Alethea Huyser; Anna Schuler; Eric Barth; Joseph Dixon III; Mark Cole; rgosch@shb.com; Rob McCully; Yang, Roger |
| Cc: | Fleenor, Jon (USAKS); Carrie Brous; Cristina Olson; Dan Craig |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Monday, October 24, 2022 3:53:38 PM |

Brendan,

I can tell you off the bat that I am unavailable all of those dates except November 18. I have reached out to Mr. Ament to see if that date works and will get back to you about his response. I will also add that November 11 is Veterans Day (a federal holiday).

If we need additional dates, I will propose December 12-16, 2022. I do not currently have any conflicts that could not be rearranged that week.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, October 24, 2022 3:14 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Alethea Huyser <ahuyser@fredlaw.com>; Anna Schuler <aschuler@spencerfane.com>; Eric Barth <ebarth@hinklaw.com>; Joseph Dixon III <jdixon@fredlaw.com>; Mark Cole <mcole@spencerfane.com>; rgosch@shb.com; Rob McCully <rmccully@shb.com>; Yang, Roger <RYang@fredlaw.com>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Counsel,

Regarding the recent Touhy response from the VA on the deposition of Rick Ament, our office has the following dates open:

November 10, 11, 14, 18, 21-22.

Please let me know which dates work for Medtronic, HRMC, WRG and the VA.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000682

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon; Rudie, Jason (OGC) |
| **Cc:** | Fleenor, Jon (USAKS); Allman, Chris (USAKS) |
| **Subject:** | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| **Date:** | Monday, October 17, 2022 11:36:34 AM |

Brendan,

1. I am not sure why that individual called you or really how she even got involved. I apologize and have addressed it with the facility.
2. The Agency will not be providing further information as to its redactions. The Agency fully responded to your *Touhy* request. The September 20, 2022 letter fully articulates the Agency's position on this matter, its objections, and reasons for its redactions.
3. If you have an additional request – please send me another *Touhy* request so that the Agency can do another *Touhy* analysis.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Monday, October 17, 2022 11:02 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

I wanted to follow up with you on a few things.

- The cashier clerk at Dole VA called me this morning and was not sure what the check I sent to them was for.  See my attached letter that was sent with our

check, and I included your September 20 letter with my letter as well. I told the clerk to give you a call as she had no idea what to do with the funds, *etc.*

- Regarding the redactions on the "Agency Production 1" documents that were provided, can you explain the basis for the redactions in the documents that were produced by Dole VA?

- We would like to add a request for deposition under the *Touhy* regulations for Dole VA Director Rick Ament. We would like to depose him on his role in conducting the internal investigation into Wichita Radiological Group and the investigations' findings and outcomes. I anticipate this deposition taking 3 hours. From the recently produced documents, Mr. Ament is the only person who has knowledge of this entire investigation and its findings and outcomes. This testimony is necessary in our Relator's ability to further prove his claim that WRG performed medically unnecessary procedures at the Dole VA that were billed to, and paid for, by the VA.

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

DONELON, P.C.

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY          ST. LOUIS

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed. If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon |
| Cc: | Rudie, Jason (OGC); Allman, Chris (USAKS); Fleenor, Jon (USAKS) |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Monday, October 3, 2022 2:17:26 PM |
| Attachments: | image002.png |

Brendan,

As to your first question: Do you know what that cost would be?
- I do not know – the facility would have to do another analysis. But, yes, what I am told is that it would be cheaper/easier to pull more recent data.

As to your second question: Do you know how that was broken down?
- The amount quoted in the September letter was $21,387.52 for only 8(a). The data for 8(a) would then have to be used to get to the data you are seeking in 8(b), which would cost additional money. However, we have made it clear that we do not intend to turn over anything in 8(b) absent a court order to do so.

Hope this helps.

Cc'ing Chris and Jon for their situational awareness as this is relevant to the APA case.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 30, 2022 12:34 PM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Okay, thanks.  Let me think about the data pull.

To understand, it sounds like if we ask you to provide us number of PAD cath lab procedures data from 2015-218, that would be easier and cheaper.  Do you know what that cost would be?

The number you gave in your September 20 letter under no. 8 for $21,387.52 was a reflection of costs for 8(a) and 8(b).  Do you know how that was broken down?

8. Documents (or data queried and downloaded from any data storage system—preferably in Excel or .csv format) reflecting any of the following information pertaining to any procedure performed by Wichita Radiology Group at the Dole VA catheterization/cardiac laboratories/radiology suites: (a) patient identification number, (b) date of procedure, (c) description of procedure performed, (d) identity of and quantity of any medical devices used in procedure, (e) physician(s) performing procedure, and (f) identity of any other person involved during procedure.

Your office has not responded to this request. In an attempt to preemptively address any objections you might have, we are willing to limit this request to the following:

a. Data reflecting the annual number of interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018.
b. A statistically acceptable sample of patients' medical records regarding interventional procedures performed in the Dole VA cath lab by interventional radiologists for the years 2011 through 2018.

| System Analysist | | 60.76 | 352 | 21387.52 |
|---|---|---|---|---|

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com

US-000685

the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY    ST. LOUIS

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

---

**From:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Sent:** Friday, September 30, 2022 12:12 PM
**To:** Brendan Donelon <brendan@donelonpc.com>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Brendan,

As to question 1:  The records and/or information you are seeking as to 8(a) includes paper records, records in an old system, and records in our new system. This is what is causing the time/money to be exponential. For example, the new system would be the easiest to pull the records from but has only been in use for approximately the last 5 years. The cost/time goes way up for records closer to 2011 which are in paper format. If you can provide a limited time frame for this request – the cost will adjust accordingly.

As to question 2: I cc'd Chris and Jon to my response to you in hopes they would respond to you with their position.  Since they are technically representing the VA at the depositions (though I will be present) I believe it is appropriate to seek their position.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

---

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Friday, September 30, 2022 11:17 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

A couple of questions.  1.  Do you know when you will be able to get back to me on providing the data on number of procedures performed each year in the Dole VA cath lab and/or any costs associated with that?  2.  In our prior emails regarding calling witnesses Hett and Brinkley, did you want me to reach out to Jon Fleenor and Christopher Allman on whether they object to me trying to call them?

Thanks.

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



the law office of

**DONELON, P.C.**

4600 madison
suite 810
kansas city mo 64112

KANSAS CITY    ST. LOUIS

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000686

US-000687

| From: | Hunter, Kathleen M. (OGC) |
|---|---|
| To: | Brendan Donelon; Rudie, Jason (OGC) |
| Cc: | Fleenor, Jon (USAKS); Allman, Chris (USAKS); Carrie Brous; Cristina Olson; Dan Craig |
| Subject: | [EXTERNAL] RE: U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG |
| Date: | Wednesday, October 5, 2022 2:19:46 PM |

Brendan,

I just spoke to the facility about your timeliness request. I am told they have not received the check at this time. If they receive the check in the next day or two, they believe they will be able to get the records to you by that time. As such, the Agency will make efforts to meet your requested timeframe as indicated, however given the substantial workload, we cannot give you assurances that we will meet those time frames.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Wednesday, October 5, 2022 10:55 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>; Rudie, Jason (OGC) <Jason.Rudie@va.gov>
**Cc:** Fleenor, Jon (USAKS) <Jon.Fleenor@usdoj.gov>; Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

Prior to the Nov. 7 deposition of Teri Brinkley, we hope to receive the Touhy document request nos. 3-4.  Both involve low hour and low dollar amounts for production.  Please let me know if this is doable.  Thanks.

US-000688

Brendan J. Donelon
816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.

US-000689

| | |
|---|---|
| **From:** | Hunter, Kathleen M. (OGC) |
| **To:** | Brendan Donelon |
| **Cc:** | Rudie, Jason (OGC); Carrie Brous; Cristina Olson; Dan Craig; Fleenor, Jon (USAKS); Allman, Chris (USAKS) |
| **Subject:** | [EXTERNAL] VA's Response to Relator's October 18, 2022 Touhy Request |
| **Date:** | Monday, October 24, 2022 1:48:13 PM |
| **Attachments:** | Medtronic - Response to Relator 10.24.22.pdf |

Brendan,

Please find attached, the VA's Response to Relator's October 18, 2022 *Touhy* Request. Once you have a date in mind for the deposition, can you please let me know? I am hopeful we can come to a mutually agreed upon date so that we do not disrupt patient care and/or needs to the facility. As a reminder, Jason and I are willing to accept service on behalf of Mr. Ament as he is a current Agency Employee.

Please reach out if you have any questions.

Kat

**Kathleen M. Hunter**
Staff Attorney
Department of Veterans Affairs
Office of Chief Counsel, Midwest District
1201 Walnut Street, Suite 800
Kansas City, MO  64106
~~816.701.3085 (office)~~
816.572.8699 (cell)
kathleen.hunter@va.gov (email)

*This message may contain information that is confidential and/or protected by law. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

**From:** Brendan Donelon <brendan@donelonpc.com>
**Sent:** Tuesday, October 18, 2022 9:36 AM
**To:** Hunter, Kathleen M. (OGC) <Kathleen.Hunter@va.gov>
**Cc:** Rudie, Jason (OGC) <Jason.Rudie@va.gov>; Carrie Brous <cbrous@brouslaw.com>; Cristina Olson <colson@brouslaw.com>; Dan Craig <dan@donelon.onmicrosoft.com>
**Subject:** [EXTERNAL] U.S. ex rel. Schroeder v. Medtronic, Inc., et al.: case no.: 2:17-cv-02060-DCC-KGG

Kathleen,

Please see attached letter.

Brendan J. Donelon

US-000690

816.221.7100  fax: 816.709.1044
brendan@donelonpc.com   www.donelonpc.com



NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, and (3) persons not participating in our communications may intercept them by improperly accessing your computer or my computer or even some computer unconnected to either of us through which the e-mail passed.  If you do not consent to communicate via e-mail and want future communications to be sent in a different fashion, please let me know immediately. If you incorrectly received this email, please call 816-221-7100.