# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS SCHROEDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| MEDTRONIC, INC., | ) |
| | ) |
| Intervenor/Plaintiff | ) |
| | ) Case No. 2:22-cv-02209-DDC-KGG |
| | ) |
| THE UNITED STATES DEPARTMENT | ) |
| OF VETERANS AFFAIRS, a Federal | ) |
| Agency, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF SCHROEDER'S
NOTICE OF FILING OF PROVISIONALLY SEALED DOCUMENTS**

Plaintiff Schroeder hereby serves notice that he is filing the following exhibits in support of his Opening Brief provisionally under seal:

| Ex. No. | Description |
|---|---|
| B1 | Exhibit F to Hodgson Declaration- text messages |
| B2 | Ex G to Hodgson Declaration- emails |

1

Respectfully submitted,

Carrie Mulholland Brous KS #18157
**Brous Law LLC**
3965 West 83rd Street, Ste. #115
Prairie Village, KS  66208
(913) 209-8596
cbrous@brouslaw.com



Brendan J. Donelon, KS #17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:	(816) 221-7100
Fax:	(816) 709-1044
brendan@donelonpc.com

*/s/ Daniel W. Craig*
Daniel W. Craig, D.Kan. #78146
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:	(314) 297-8385
Fax:	(816) 709-1044
dan@donelonpc.com

Attorneys for Plaintiff

    I hereby certify that on January 11, 2023 the above and foregoing was sent pursuant to this Court's CM/ECF procedures to the attorneys of record in this matter.

*/s/ Daniel W. Craig*