Subject: 2017-06-14 11:30:08 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 16:30:08 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>


Just starting. Fixing both legs from the ankles.


Subject: 2017-06-14 11:30:41 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 16:30:41 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>





Subject: 2017-06-14 11:44:45 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 16:44:45 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>


Is Terri there today?


Subject: 2017-06-14 11:44:58 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 16:44:58 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>


Yes


Subject: 2017-06-14 13:10:39 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:10:39 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>


How's it going ?

Subject: 2017-06-14 13:11:11 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:11:11 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

Good. Hawk both sides. One stent and 7 DCBs. Still working.

Subject: 2017-06-14 13:11:59 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:11:59 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

Make that 8

Subject: 2017-06-14 13:17:09 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:17:09 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

Just used 12 DCBs!!

Subject: 2017-06-14 13:17:43 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:17:43 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

👍- no prob

Subject: 2017-06-14 13:17:57 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:17:57 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

Does that mean I owe u $$

Subject: 2017-06-14 13:18:10 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:18:10 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

Thats what I'm thinking!!! 🤣

Subject: 2017-06-14 13:20:25 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:20:25 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

So are the entrust in the room?

Subject: 2017-06-14 13:20:49 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:20:49 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

I brought some in. The rest are in Terris office.

Subject: 2017-06-14 13:20:56 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:20:56 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

And now 14 balloons! 😳

Subject: 2017-06-14 13:23:50 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:23:50 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

😜- but only one stent so far??

CONFIDENTIAL

Subject: 2017-06-14 13:24:19 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:24:19 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

So far!

Subject: 2017-06-14 13:24:24 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:24:24 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

6x200

Subject: 2017-06-14 13:31:47 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:31:47 +0000
To: Kari Kirk <+13166178123@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

What hawk did u use?

Subject: 2017-06-14 13:31:56 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:31:56 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

15 IPA!

Subject: 2017-06-14 13:32:11 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:32:11 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

Hawk One LX

CONFIDENTIAL

Subject: 2017-06-14 13:32:51 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:32:51 +0000
To: Kari Kirk <+13166178123@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

U are going to want to start going to the VA all the time

Subject: 2017-06-14 13:42:03 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 18:42:03 +0000
To: Kari Kirk <+13166178123@iMessage>; Douglas
   Winger <douglaswinger@hotmail.com>

Case over?

Subject: 2017-06-14 13:42:50 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 18:42:50 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

Nope

Subject: 2017-06-14 14:05:45 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 19:05:45 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

....and 16!

Subject: 2017-06-14 14:06:45 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 19:06:45 +0000
To: Kari Kirk <+13166178123@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

Long case! Is it looking ok??

Subject: 2017-06-14 14:07:53 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 19:07:53 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

It is. Thought we were done a few times! Now he's going back in to cut again!

Subject: 2017-06-14 14:13:03 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 19:13:03 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

....17!

Subject: 2017-06-14 14:13:19 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 19:13:19 +0000
To: Kari Kirk <+13166178123@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>



Subject: 2017-06-14 14:20:33 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 19:20:33 +0000
To: Doug Winger <+13163036985@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

Just deployed an Entrust! He likes the 5F option a lot. Went perfect!

Subject: 2017-06-14 14:45:57 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 19:45:57 +0000
To: Kari Kirk <+13166178123@iMessage>;
   Douglas Winger <douglaswinger@hotmail.com>

Now u done??

Subject: 2017-06-14 14:46:34 -05:00: +13166178123@iMessage -> [+13163036985@iMessage, douglaswinger@hotmail.com]
From: Kari Kirk <+13166178123@iMessage>
Date: Wed, 14 Jun 2017 19:46:34 +0000
To: Doug Winger <+13163036985@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>

Just finished. Running to get them lunch!


Subject: 2017-06-14 14:46:44 -05:00: +13163036985@iMessage -> [+13166178123@iMessage, douglaswinger@hotmail.com]
From: Doug Winger <+13163036985@iMessage>
Date: Wed, 14 Jun 2017 19:46:44 +0000
To: Kari Kirk <+13166178123@iMessage>;
    Douglas Winger <douglaswinger@hotmail.com>



CONFIDENTIAL