# Message

**From**: Brinkley, Teri D. [Teri.Brinkley@va.gov]
**Sent**: 3/20/2018 6:17:27 PM
**To**: Winger, Douglas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ffe5e5a82044abf81b7838a9fc303b2-Winger, Dou]
**Subject**: [EXTERNAL] THIS IS WHAT I SENT RYAN

So the purpose of the Hawk is to debulk (cut out) the plaque that is causing the blockage in the vessel out. The purpose of the drug coated balloons is to keep the vessel wall from growing the plaque back.
Usually when we take our initial pictures of the lower extremities, a lot of the patients have total occlusions, meaning the vessel is completely blocked off. Before Hawks and DCBs we used to balloon the arteries open and then stent the whole vessel. (That is the length of your thigh) Those stents would frequently clot off, requiring the patient to return emergently. We would then have to place them in ICU with a TPA drip to break up the clot and go back in with another balloon and sometimes re-stent the arteries. Now you have the cost of not only the cath lab supplies but the TPA medication from pharmacy (which isn't cheap) and minimum of a two day stay in ICU. We have had a few that when we brought them back to the cath lab we had to continue the TPA for another 24 hours.

So yes, the Hawks are expensive and so are the DCBs but the patients aren't coming back due to the vessels clotting off like they used to. We have a high population of patients that have sever peripheral vascular disease that we have just started getting aggressive with treatment over the last serval years.

This is from an article in Endovascular Today:

There is only one study that evaluated the combination of (directional) atherectomy and a paclitaxel-coated balloon in heavily calcified femoropopliteal lesions.[13] In this single-center registry, 30 patients were included (18 patients with intermittent claudication, 12 patients with critical limb ischemia [CLI]). In each patient, a directional atherectomy system (TurboHawk, Covidien) and distal filter protection (SpiderFX, Covidien) were used before performing balloon angioplasty with a DCB (In.Pact Admiral, Medtronic, Inc.) for at least 180 seconds. In 90% of the cases, the SFA was treated, and the remaining 10% treated the popliteal artery. Mean lesion length was 115 ± 35 mm. Bailout stenting was necessary in two patients for flow-limiting dissection (2/30; 6.7%). Only two cases had a significant amount of debris collected in the filter. All patients were available for follow-up at 1 year. The limb salvage rate in the CLI group was 100%. Overall, a primary patency rate of 90% was seen (documented by duplex ultrasound). Clinically driven target lesion revascularization (TLR) and target vessel revascularization rates were 10%.

Compared to other studies, the restenosis rates at 1 year and the need for bailout stenting was reduced significantly. In most of the studies that have been performed in the past, patients with severe calcification were excluded. The results of combination therapy in this group of difficult-to-treat patients are, therefore, very promising.

I hope this helps justify the costs of our procedures.


TERI BRINKLEY
Cath Lab Manager
Robert J. Dole VA Medical Center
Wichita, KS
(316)685-2221 ext. 53806