**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| THOMAS SCHROEDER,      ) | |
|                            ) | |
|     Plaintiff,         ) | |
|                            ) | Case No.  2:22-cv-2209-DDC-KGG |
|                            ) | |
| THE UNITED STATES DEPARTMENT    ) | |
| OF VETERANS AFFAIRS, a Federal    ) | |
| Agency,                         ) | |
|                            ) | |
|     Defendant.       ) | |

**<u>DECLARATION OF DR. KIM HODGSON, M.D.</u>**

My name is Kim John Hodgson, M.D.  I hereby state that the following testimony is based upon my personal knowledge and is true and correct to the best of my knowledge and belief.

1.  I received my undergraduate degree, a B.S. in Biochemistry, from Cook College, Rutgers University in 1977 and a Doctor of Medicine degree from the University of Pennsylvania School of Medicine in 1981.  I completed my general surgery residency in June 1986 from Albany Medical College and my Vascular Surgery Fellowship from Southern Illinois University in 1987.   I am board certified with the American Board of Surgery with the added qualifications of Peripheral Vascular Surgery.  I am currently the David S. Sumner Professor of Vascular and Endovascular Surgery, Emeritus, at Southern Illinois University.  For a full accounting of my professional career, I refer you to my Curriculum Vitae ("CV") attached hereto as **Exhibit A**.

2.  Throughout my career, I have spent  over 35 years performing peripheral vascular procedures and providing instruction to medical students and residents on the same.  I am a recent past President of the Society for Vascular Surgery, our national vascular surgery society.

I have made over 250 presentations addressing vascular treatment and care at regional, national, and international scientific meetings. I have authored 103 peer reviewed papers presented at scientific meetings addressing vascular treatment and care and have participated on 35 panels addressing the same at professional meetings.

3.      I am aware that Thomas Schroeder has brought a legal claim under the federal False Claims Act and the Anti-kickback Statute on behalf of the United States: *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*: case no.: 2:17-cv-02060-DCC-KGG. I have reviewed the attached Fifth Amended Complaint in this action (attached hereto as **Exhibit B**) and understand the allegations Mr. Schroeder is making of medically unnecessary peripheral vascular procedures and off-label medically unnecessary peripheral vascular procedures being performed in the cath lab at the Robert J. Dole Veterans Administration Medical Center ("Dole VA") in Wichita, Kansas.

4.      Mr. Schroeder has retained and disclosed me as an expert witness in this False Claims Act case. Ultimately, he is requesting me to review medical records of veterans treated in the Dole VA's cath lab and render an opinion as to whether treatment performed was medically necessary. In order to do so, it is necessary for me to review these medical records (or a statistically significant sampling thereof) to render this opinion. As part of this process, it is not necessary for me to know the patient's name, address, or other personal identifying information. Instead, an assigned patient number would suffice. I have been made aware of a Protective Order entered in *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*: case no.: 2:17-cv-02060-DCC-KGG, and I have executed the acknowledgment form for third parties as set forth in this order. Any records produced to me will be treated according to this order while in my possession.

5.      It is my understanding that Mr. Schroeder has requested data and records from the VA regarding these medical procedures under what are commonly referred to as *Touhy* regulations.  It is my understanding that the VA has provided a written refusal to produce these records and data.  As a result, it is my understanding that Mr. Schroeder has brought the above captioned Administrative Procedure Act case seeking an order to compel this production.

6.      To that extent, Mr. Schroeder asked me to render an opinion regarding his request for documents and data from the medical records of veterans who received treatment at Dole VA's cath lab covering the period of January 2011 through April 2018.   In particular, Mr. Schroeder is asking my opinion on whether there is a reasonable probability that the records and data requested will reflect medically unnecessary treatment—and/or off-label usage of devices that were medically unnecessary—in peripheral vascular procedures performed on these patients.

7.      In order to render this opinion, I am considering the following facts based upon testimony and documents provided to me by Mr. Schroder that were obtained in the discovery process in his False Claims Act case:

a.      From 2006 through 2016, Stanley Hett worked as a radiology tech at the Dole VA cath lab.  (Hett depo., pgs. 12-13; attached as **Exhibit C**)  Using an atherectomy device was very common for the patients in the cath lab.  (*Id.* at pg. 59)   He recalls stents and DCBs being used below the knee in procedures.  (*Id.* at pg. 67)  The majority of the procedures involved both legs being treated.  (*Id.* at pgs. 97-98)

b.      From April 2015 through February 2018, sales representative Larry Valdivia was at the Dole VA two to three times per week—pretty much every time they did a peripheral procedure.  Directional atherectomies were used in pretty much all the procedures at Dole VA's

cath lab, sometimes more than one.  (Valdivia depo., pgs. 15, 22-23, 36-37, attached as **Exhibit D**)

c.  Teri Brinkley became the acting Manager of the Dole VA cath lab in 2011 and later the Manager of that lab in 2012.  Ms. Brinkley worked in this position until January 2019.  (Brinkley depo., pgs. 23-24, 213, attached as **Exhibit E**)

d.  Wichita Radiological Group ("WRG") provided services under contract at the Dole VA cath lab from 2011 through 2018.  (Brinkley depo., pgs. 21, 30-31)

e.  At the Dole VA's cath lab, Ms. Brinkley stated that they used on average six to eight drug coated balloons (DCBs) per procedure, with instances where more than eight were used.  (Brinkley depo., pgs. 153-154)

f.  According to a technician's text messages during one procedure at Dole VA, seventeen (17) DCBs, along with stents and directional atherectomies, were used in one patient where both lower limbs were treated from the ankle up along.  (Text message documents, SCH-MDT00127793-127847)  **(Exhibit F)**

g.  After Dole VA started using DCBs in treatment starting in 2016, Ms. Brinkley stated all the physicians would pretreat the vessel with a directional atherectomy prior to using the DCB.  (Brinkley depo., pg. 81-82, 86)

h.  Prior to patients being treated with interventional procedures at Dole VA's cath lab, Ms. Brinkley had no knowledge of any types of tests or examinations these patients received.   Regarding medical records being sent over with the patients, Brinkley stated that they sometimes included an ankle-brachial index test.  (Brinkley depo., pgs. 33-34)

i.  Email written by Teri Brinkley dated March 20, 2018 describing course of treatment for patients at Dole VA's cath lab.  (SCH-MDT00015699, attached as **Exhibit G**)

j.     Documents regarding the Dole VA's internal review and consultant's recommendations regarding medical treatment provided to the patients by WRG in interventional peripheral procedures.  (VA docs. 000343, 356-357, 331-333, attached as **Exhibit H**)  These conclusions included the following statements regarding this treatment:

**CONTRACT VIR PHYSICIANS REVIEW: (review of Data provided, patient charts and Images)  (** ████████████ **)**

1. EVIDENCE BASED MEDICINE NOT FOLLOWED IN MAJORITY OF THE CASES. TOTAL DISREGARD FOR TASC II RECOMMENDATIONS FOR PAD'S
2. ARE THE STANDARD OF CARE BEING MONITORED FOR JUSTIFICATIONS AND BY WHOM
3. IS THERE A VASCULAR TEAM (USUALLY COMPRISED OF VASCULAR & INTERVENTIONAL RADIOLOGIST; VASCULAR SURGEON; INTERNIST/VASCULAR MEDICINE.) FOR REVIEWING CASES AND DECIDING THE BEST APPROACH/MANAGEMENT MAY IT BE ENDOVASCULAR OR OPEN REPAIR OR CONSERVATIVE APPROACH WITH MEDICATIONS AND EXCERSICE
4. WHAT IS THE PROCESS OF THEM GETTING REFERALS.
5. MAJORITY OF THE CASES HAVE NO CTA'S EVEN IF THERE EGFR IS NORMAL FOR BASELINE WORKUP.
6. OVER AGGRESSIVE: LESIONS THAT NEED TO BE LEFT ALONE ARE TREATED. IS IT JUST THE ANGIOGRAM THAT IS BEING TREATED OR PREASURE GRADIENT USED FOR TREATING STENOSIS.
7. THE COCKTAIL OF DEVICES USED IN QUITE A FEW CASES. IS IT REALLY WARENTED EVEN THOUGH THE END RESULTS ARE NOT THAT DIFFERENT AND ADD TO COMPLICATIONS.
8. SEEMS LIKE OVER UTILIZATION OF DCB AND ATHERECTOMY DEVICES
9. ARE THEY BEING MONITORED ? (OUTCOME OF THE PROCEDURES)
10. DO THEY HAVE PEER REVIEWS? AND WHO IS REVIEWING.
11. DO THEY HAVE M&M CONFERENCES? AND WHO ALL ARE INVOLVED
12. WHO DOES THE F/U'S OF THE PATIENT.
13. CONSIDERATION OF CO2 OR IVUS FOR CRD PATIENTS
14. **DID NOT SEE PRE AND POST PROCEDURE NOTES IN CPRS**
15. **DO THEY SCAN MODERATE SEDATION DOCUMENTS IN CPRS/VISTA**

k.     Summary sheet (**Exhibit I**) regarding a handful of interventional PAD procedures performed at Dole VA's cath lab setting forth the number of PAD devices used in each procedure.   The underlying data on this summary sheet was provided to the Relator by the VA (bates Schroeder 01571).

8.     Based on this information, I am of the opinion that there is a reasonable probability that the medical records and data requested by Mr. Schroeder from the VA will reveal medically unnecessary peripheral vascular procedures— and/or off-label usage of devices that were medically unnecessary—on patients at Dole VA's cath lab.  I base this opinion on following:  (a) there are no FDA approved peripheral stents to be used popliteal or lower; (b) directional atherectomies have an FDA indicated use for peripheral vessels with severe calcification only, therefore, using these devices in nearly all procedures is suspect; (c) there are no randomized and controlled studies demonstrating any beneficial use of directional atherectomies compared to properly studied and proven treatments such as stents and balloons; (d) treatment of both limbs in a single peripheral procedure is rare; (e) there are no circumstances that I can image where using 17 DCBs and treating both limbs from the ankle up, along with stents and directional atherectomies, in one procedure is warranted; (f) Dole VA Management testimony and Dole VA internal investigations reflect little to no testing to determine whether patients at Dole VA needed interventional treatment compared to noninvasive treatment (*e.g.,* medication, lifestyle changes, *etc.*); (g) Utilizing a single DCB in <u>all</u> peripheral procedures in one lab would be unique, but utilizing on average six to eight DCBs in <u>all</u> procedures raises suspicion on medical necessity; (h) there are no randomized controlled studies showing that using a directional atherectomy followed up with a DCB provides any beneficial treatment compared to properly studied and proven treatments such as stents and balloons; (i) Dole VA's internal review of treatment of patients at their cath lab concluded that "evidence based medicine was not followed in majority of cases"—raises a high level of concern regarding necessity of treatment provided; and (j) Dole VA's internal review of treatment of patients at their cath lab concluded

that the Trans-Atlantic Inter-Society Consensus II (TASC II) recommendations for treating

peripheral arterial disease were totally disregarded.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct and that I have personal knowledge of the information provided above.

_____          _12-21-22_
Signature – Dr. Kim John Hodgson, M.D.          Date

# *CURRICULUM VITAE*

## Kim John Hodgson, M.D.
**(Updated May 19, 2021)**

**Address:**  2 North Cotton Hill Lane
Springfield, Illinois  62712

**Telephone:**  (217) 529-6563 (Home)
(217) 725-8856 (Mobile)

**Birthdate:**  January 4, 1955

**Undergraduate Education:**  September 1973 - May 1977

Degree:  B.S. in Biochemistry

School:  Cook College, Rutgers University
New Brunswick, New Jersey

Honors:  Dean's List all eight semesters
Graduated Suma Cum Laude; #3 in a class of 657
Final GPA 3.987
American Society of Animal Sciences Scholarship Award - 1975
Garrett Scott Voorhees, Sr., Memorial Award - 1976

Extracurricular Activities:
New Brunswick, N.J. Rescue Squad; 1975-77
(as a Nationally Certified Emergency Medical Technician)
Rutgers University Committee on Human Sexuality; 1974-77
Rutgers University Outdoor Club; 1973-77

## Occupational Experience

Chemistry Tutor for Rutgers University Chemistry Department
20 hrs/wk; 1/76 - 5/77

Chemistry Instructor for Rutgers University Summer Session
full time; 1977

Group Leader and Assistant Coordinator of a HEW Social & Rehabilitative Services
Grant sponsored Human Sexuality Series for counselors of the
New Jersey Division of Youth & Family Services
(six 3-day seminars between 9/76 and 6/77)

Resident Counselor, Rutgers University; 9/76 - 6/77

**Medical Education:**     September 1977 - May 1981

       Degree:          Doctor of Medicine

       School:          University of Pennsylvania School of Medicine
                      34th and Hamilton Walk
                      Philadelphia, Pennsylvania

       Honors:          Inpatient Psychiatry

       High Pass:     Peripheral Vascular Surgery, Internal Medicine Preceptorship,
                      Gynecology, Neurobiology, Radiology, and Outpatient Psychiatry

       Extracurricular Activities:  First Year Student Adjustment Group Leader

       Certification:  National Board of Medical Examiners


**Post-Graduate Medical Education**

       **General Surgery Residency:**  July 1981 - June 1986

                      Institution: Albany Medical College
                                   New Scotland Avenue
                                   Albany, New York

                      Honors:          selected to spend my PGY-4 year abroad as a Registrar at the
                                   University of Wales College of Medicine, Cardiff, Wales

       **Vascular Surgery Fellowship:**  July 1986 - June 1987

                      Director:       David S. Sumner, M.D.

                      Institution: Southern Illinois University
                                   School of Medicine
                                   P.O. Box 19638
                                   Springfield, Illinois  62794-9638

**<u>Licensure</u>**

| | | |
|---|---|---|
| Illinois | #036-072794 | 7/1/86 |
| Illinois DEA | #336-036458 | |
| Federal DEA | #BH0718518 | |

**<u>Certification</u>**

| | | |
|---|---|---|
| American Board of Surgery | certificate #032012 | 2/23/87 |
|   Recertification | | 10/20/95 |
| | | |
| Added Qualifications in Peripheral Vascular Surgery | certificate #100029 | 5/17/88 |
|   Recertification | | 10/20/95 |
|   Recertification | | 5/03/05 |
|   Recertification | | 9/11/15 |
| | | |
| Registered Vascular Technologist | | May 2004 |

**Professional Appointments**

Assistant Resident of Surgery
Albany Medical Center
Albany, New York
July 1, 1981 - June 30, 1985

Chief Resident of Surgery
Albany Medical Center
Albany, New York
July 1, 1985 - June 30, 1986

Peripheral Vascular Surgery Fellow
Section of Peripheral Vascular Surgery
Southern Illinois University School of Medicine
July 1, 1986 - June 30, 1987

Assistant Professor of Surgery
Section of Peripheral Vascular Surgery
Southern Illinois University School of Medicine
July 1, 1987 - June 30, 1993

Associate Professor of Surgery
Section of Peripheral Vascular Surgery
Southern Illinois University School of Medicine
July 1, 1993 - June 30, 1998

Professor of Surgery
Section of Peripheral Vascular Surgery
Southern Illinois University School of Medicine
July 1, 1998 – June 30, 1999

Chief, Section of Peripheral Vascular Surgery
Southern Illinois University School of Medicine
July 1, 1998 – June 30, 1999

Professor of Surgery
Division of Vascular & Endovascular Surgery
Southern Illinois University School of Medicine
July 1, 1999 – September 30, 2019

Chairman, Division of Vascular & Endovascular Surgery
Southern Illinois University School of Medicine
July 1, 1999 – September 30, 2019

Director of Vascular Surgery Fellowship Program
Southern Illinois University School of Medicine
July 1, 1998 – June 30, 2010

David S. Sumner Professor of Vascular and Endovascular Surgery
Southern Illinois University
July 1, 2009 – September 30, 2019

**Professional Appointments (continued)**

Director of Non-Invasive Vascular Laboratory
Memorial Medical Center
Springfield, Illinois
July 1, 1987 – September 30, 2019

Director of Non-Invasive Vascular Laboratory
St. John's Hospital
Springfield, Illinois
July 1, 1987 - June 30, 2010

Director of Non-Invasive Vascular Laboratory
St. John's Hospital
Springfield, Illinois
July 1, 2011 – June 30, 2014

Director of Non-Invasive Vascular Laboratory
Carlinville Area Hospital
Carlinville, Illinois
December 1, 1990 - June 30, 1995

Director of Endovascular Therapy Program
Section of Peripheral Vascular Surgery
Southern Illinois University School of Medicine
January 1, 1991 – June 30, 2010

Associate Program Director
Vascular Surgery Fellowship Program
Southern Illinois University School of Medicine
July 1, 2010 – July 1, 2015

Associate Program Director
Vascular Surgery Residency Program
Southern Illinois University School of Medicine
July 1, 2010 – September 30, 2019

David S. Sumner Professor of Vascular and Endovascular Surgery Emeritus
Southern Illinois University
October 1, 2019 – present

**<u>Hospital Committees</u>**

| | |
|---|---|
| St. John's North Committee | 1987 - 1990 |
| Memorial Medical Center Infection Control Committee | 1987 - 1991 |
| St. John's Hospital Medical Records Committee | 1990 - 1992 |
| Memorial Medical Center Laser Committee | 1990 - 1994 |
| Memorial Medical Center Transfusion Committee | 1990 - 1992 |
| Memorial Medical Center Credentials Committee | 1993 – 2002, 2005 – 2019 |
| Memorial Medical Center Vascular Clinical Operations Committee | 2006 – 2007 2009 - 2010 |
| Memorial Medical Center Cardiovascular Compliance & Risk Management Committee | 2006 - 2007 |
| Memorial Medical Center Operating Room Committee | 2009 – present |
| Memorial Medical Center Clinical Performance Committee | 2009 - 2019 |
| St. John's Hospital Subcommittee on Endovascular Credentialing | 1999 - 2009 |
| St. John's Hospital Citywide Disaster Response Team | 2002 – present |
| St. John's Hospital Cardiovascular Operating Room Committee | 2006 - 2009 |
| St. John's Hospital Department of Vascular Surgery Chairman | 2007 – 2008 2011 - 2019 |
| Memorial Medical Center Department of Vascular Surgery Chairman | 2009 - 2018 |

**University Committees**

| | |
|---|---|
| Department of Surgery Curriculum Committee | 1988 - 1992 |
| SIU Post-Clerkship Exam Sub-committee | 1989 - 1995 |
| SIU Research Policy Advisory Committee | 1989 - 1994 |
| Department of Surgery Computer Advisory Committee | 1989 - 1992 |
| SIU Computer Advisory Committee | 1990 - 1991 |
| Infectious and Environmental Hazards Committee | 1990 - 1994 |
| Medical Service & Research Plan Committee | 1991 - 1998 |
| Department of Surgery Curriculum Committee; Chairman | 1993 - 1994 |
| Department of Surgery Resident Education Committee | 1994 - 2000 |
| SIU Student Progress Committee | 1994 - 1995 |
| SIU Radiological Control Committee | 1995 - 2000 |
| Medical Service & Research Plan Finance Sub-Committee | 1995 - 1998 |
| Graduate Medical Education Committee | 1997 - 2006 |
| Department of Surgery Strategic Planning Task Force for Technology | 1998 - 2000 |
| Department of Surgery Task Force for Residency Education Committee | 1998 - 2000 |
| SIU Surgical Council | 2000 - 2019 |
| Department of Surgery Research Committee | 2001 - 2007 |
| Department of Surgery Committee on Information Systems; Chairman | 2001 |
| Department of Surgery Surgical Ethics Committee | 2001 |
| Springfield Committee for Research Involving Human Subjects | 2001 – 2007 |
| Illinois ACS Planning Committee | 2003 – 2004 |
| SIU HealthCare Finance Committee | 2011 - 2019 |
| Elected Constituent Representative to SIU HealthCare Board | 2012 – 2015 |
| Alternate, Springfield Committee for Research Involving Human Subjects | 2013 – 2019 |
| Conflict of Interest Committee | 2014 – 2019 |
| Promotion and Tenure Committee | 2014 - 2019 |

**Regional Committees**

American Heart Association, Illinois Affiliate
Annual Research Review Committee
March 20, 1991

American Heart Association, Illinois Affiliate
Annual Research Review Committee
March 24, 1993

American Heart Association, Illinois Affiliate
Research Policy & Allocations Committee
July 1, 1993 - June 30, 1994

Illinois Medicare Carrier Advisory Committee
1999 - 2010

**National Scientific Committees**

National Institute of Health
Small Business Innovation Research Special Study Section #8 B-1
November 28 - 29, 1989

National Institute of Health
Small Business Innovation Research Special Study Section #8 B-1
June 27 - 29, 1990

**Professional Society Memberships:  National and International**

| | |
|---|---|
| American College of Surgeons Candidate Group | 1981 - 1990 |
| American Medical Association | 1987 - 2009 |
| International Society for Cardiovascular Surgery | 1990 - 2000 |
| Association for Academic Surgery | 1990 - 2000 |
| Society for Clinical Vascular Surgery | 1990 - present |
| Peripheral Vascular Surgery Society | 1990 - 2007 |
| Fellow, American College of Surgeons | |
| 1990 - 2009 | |
| Association for Surgical Education | 1993 - 1994 |
| International Society for Endovascular Specialists | 1993 - 2007 |
| Society for Vascular Surgery; Distinguished Fellow | 1997 - present |
| Association of Program Directors in Vascular Surgery | |
| 1998 - 2010 | |
| American Association for Vascular Surgery | 2000 - 2008 |
| International Society for Vascular Surgery | 2001 - 2009 |

**Professional Society Memberships:  Regional**

| | |
|---|---|
| Illinois State Medical Society | 1987 - 2009 |
| Sangamon County Medical Society | 1987 - 2009 |
| Midwestern Vascular Surgical Society | 1989 - present |
| Illinois Surgical Society | 1993 - 2003 |
| Harbinger Society of Southern Illinois University | 1987 - present |
| Alpha Omega Alpha – ETA Chapter of Illinois | 2002 – present |

**National & International Professional Society Committees**

### Society for Clinical Vascular Surgery (SCVS)

| | |
|---|---|
| Program Committee | 1996 - 2006 |
| Course Director, 1998 Endovascular Therapy Symposium | 1997 - 1998 |
| Course Director, 1999 Endovascular Therapy Symposium | 1998 - 1999 |
| Course Director, 2000 Endovascular Therapy Symposium | 1999 - 2000 |
| Course Director, 2001 Endovascular Therapy Symposium | 2000 - 2001 |
| Endovascular Update Symposium, Chairman | 2001 - 2002 |
| Executive Committee; Member at Large | 1998 – 2002 |
| Executive Committee; as elected officer | 2001 - 2007 |
| Chairman, Ad Hoc Endovascular Symposium Committee | 1997 - 2000 |
| Ad Hoc Committee for Corporate Development | 1998 - 1999 |
| Reimbursement & Government Relations Committee | 1999 - 2000 |
| Post-Graduate Education Committee, Chairman | 1999 - 2004 |
| President-Elect | 2002 - 2003 |
| Nominating Committee | 2002 - 2007 |
| Student/Resident Award Committee | 2002 - 2003 |
| Chairman, Ad Hoc Consensus Statement Committee | 2002 – 2003 |
| President | 2003 – 2004 |
| President's Advisory Board | 2007 – 2013 |

### Society for Vascular Surgery (SVS)

| | |
|---|---|
| Endovascular Surgery Workshop Program Committee | 1996 - 1999 |
| Co-chairman, Endovascular Surgery Workshop | 1997 - 1999 |
| Committee on Endovascular Issues | 1997 - 2001 |
| Committee on Endovascular Issues, Chairman | 2001 - 2005 |
| FDA Endovascular Advisory Committee | 1998 - 2001 |
| Post-Graduate Course on Endovascular Therapy, Chairman | 1999 - 2005 |
| Technology Assessment & Clinical Trials Committee | 2001 - 2004 |
| Endovascular Program Eval & Endorsement Committee; Chairman | 2001 - 2005 |
| Foundation for Advanced Medical Ed, Endovascular Training Cmte. | 2001- 2003 |
| Carotid Angioplasty Training Advisory Board | 2003 - 2006 |
| Education Council (Chairman 2005-2006) | 2003 – 2006 |
| Education Council (as VESAP Editor-In-Chief) | 2007 - 2016 |
| SVS Board of Directors | 2005 – present |
| SVS Executive Board | 2014 - present |
| International Communications Committee | 2005 – 2006 |
| Program Committee | 2003 – 2006 |
| Vascular Education & Self Assessment Program, Co-Chair | 2006 – 2016 |
| SVS Vascular Chairs Committee | 2010 - 2012 |
| SVS Vascular Chairs Committee, Chair | 2011 - 2012 |
| SVS Treasurer | 2014 – 2017 |
| Finance Committee, Chair | 2014 – 2017 |
| Foundation Board of Directors | 2014 – present |
| Publication Committee | 2015 – 2019 |
| Vice President | 2017 – 2018 |
| President-Elect | 2018 – 2019 |
| President | 2019 - 2020 |
| Immediate Past President | 2020 - 2021 |

**National & International Professional Society Committees (continued)**

**The American Association for Vascular Surgery**
     Program Committee                                               2000 - 2005

**Lifeline Foundation**
     Technology Assessment & Clinical Trials Committee      1997 - 2007
     Endoluminal Graft Registry Steering Committee        1997 - 2007

**Association of Program Directors in Vascular Surgery**
     Issues Committee                                      1997 - 1999
     Chairman, Issues Committee                      1999 - 2003
     Executive Committee                                1999 - 2003
     Education Committee                               2007 – 2008

**International Society of Endovascular Specialists**
     Awards in Endovascular Surgery Committee         1999 – 2001

**Midwestern Vascular Surgery Society**
     Chairman, AdHoc Medicare Carrier Advisory Committee   1999 - 2010
     Government Relations Committee                  2000 - 2010

**American College of Surgeons**
     Board of Governors, Specialty Society Governor      2003 - 2006

**International Society for Vascular Surgery**
     Chairman, Communications Committee            2004 - 2008

**Peripheral Vascular Surgery Society**
     Program Committee                                  2005 - 2006

**Journal Editorial Boards**
     Journal of Endovascular Therapy Editorial Board       1998 - 2004
     Annals of Vascular Surgery Editorial Board           2001 - 2005
     Endovascular Today                               2003 – 2010
     Vascular and Endovascular Surgery Board, Associate Editor  2002 – present

**Journal Reviewer**
     Journal of Vascular Surgery                       1996 – present
        Distinguished Reviewer                     2003
     Annals of Vascular Surgery                       2001 – present
     Perspectives in Vascular Surgery and Endovascular Therapy  2010 - present
     Vascular                                         2003 – present

**National Professional Boards**

### American Board of Vascular Surgery
| | |
|---|---|
| Consultant | 2001 – 2010 |
| At large member (6 year term) | 2004 – 2010 |
| Certification Committee | 2005 - 2008 |

### American Board of Surgery
| | |
|---|---|
| Elected Member of Vascular Surgery Board (six year term) | 2004 - 2010 |

**Prior Industry Scientific Advisory Board Memberships**

1.	Physicians Advisory Board
	Boston Scientific, Inc.

2.	Scientific Advisory Board
	Medtronic-AneuRx

3.	Peripheral Vascular Advisory Board
	Abbott Laboratories

4.	Scientific Advisory Board
	Vascular Architects, Inc.

5.	Peripheral Vascular Thrombosis Advisory Board
	Searle Pharmaceuticals

6.	AneuRx Data Monitoring and Publications Committee
	Medtronic AneuRx

7.	Carotid Angioplasty Training Advisory Board
	Cordis/Johnson & Johnson

8.	Genentech Physician Advisory Council

9.	Abbott Thrombolytic Advisory Board

10.	EKOS Thrombolysis Advisory Board

11.	Lombard Medical Scientific Advisory Board


**Prior National Investigational Trial Committees**

1.	Medtronic ISIS-SE Data Safety Monitoring Board

2.	ADSORB IDE Data Safety Monitoring Board – Chairman

3.	C-TAG IDE Dissection Data Safety Monitoring Board – Chairman

4.	C-TAG IDE Trauma Data Safety Monitoring Board – Chairman

5.	C-TAG IDE Aneurysm Data Safety Monitoring Board – Chairman

6.	FINEST Trial Clinical Events Committee – Chairman

7.	INCEPTION IDE Data Safety Monitoring Board – Chairman

8.	INSPIRATION IDE Data Safety Monitoring Board – Chairman

**University, Regional, and National Awards**

Senior Researcher of the Year 2005-06
Department of Surgery
SIU School of Medicine
April 2006

Sangamon County Medical Society
Medical Miracles
June 2006

Recipient of the David S. Sumner, M.D. Endowed Chair in Endovascular and Vascular Surgery
June 2009

Society for Vascular Surgery Volunteerism Award
June 2011

SIU Department of Surgery Teaching Award
Medical Student Teaching Award
November 2012

SIU Department of Surgery Teaching Award
Medical Student Teaching Award
September 2013

SIU Department of Surgery Teaching Award
Medical Student Teaching Award
September 2014

SIU Department of Surgery Teaching Award
Resident Teaching Award
September 2014

SIU Department of Surgery Teaching Award
Resident Teaching Award
September 2015

SIU Department of Surgery Teaching Award
Resident Teaching Award
September 2016

SIU Department of Surgery Teaching Award
Resident Teaching Award
October 2017

SIU Department of Surgery Teaching Award
Resident Teaching Award
August 2018

SIU Department of Surgery Teaching Award
Resident Teaching Award
August 2018

**<u>Independent Investigator Grants</u>**

Comparison of angiodynography and segmental limb pressures in detecting the failing lower extremity bypass graft.
American Heart Association, Illinois Affiliate
Grant # N-15
July 1, 1988 - June 30, 1990
$30,000.00

**Research Protocols:  Principal Investigator**

Medtronic AVE Thoracic Stent Graft IDE Trial
SCRIHS Protocol #98-118 (closed 12-2006)

A Phase II IDE Evaluation of the Safety and Efficacy of the AneuRx Stent Graft System for
The Treatment of Abdominal Aortic Aneurysms (AAA).
SCRIHS Protocol # 98-119 (closed 12-2008)

A Controlled Phase II IDE Evaluation of the Safety and Efficacy of the AneuRx Aorto-Uni-
Iliac (AUI) Stent Graft System in the Treatment of Abdominal Aortic Aneurysms (AAA)
Compared to Open Surgical Repair.
SCRIHS Protocol # 99-016 (closed 12-2008)

W.L. Gore Excluder AAA Stent Graft Phase II IDE Clinical Trial
SCRIHS Protocol #00-034 (closed 10-2007)

NERI/Medtronic AVE AAA Stent Graft Phase II and III follow-up data collection
SCRIHS Protocol # 00-035 (closed 6-2006)

A Phase III IDE Clinical Study Comparing Use of the Bifurcated EXCLUDER Endovascular
Prosthesis to Open Surgical Repair in the Primary Treatment of Infrarenal Abdominal
Aortic Aneurysms
SCRIHS Protocol # 00-049 (closed 2-2009)

A Controlled Phase II IDE Evaluation of the Safety and Efficacy of the AneuRx Endovascular
Prosthesis System in the Treatment of Abdominal Aortic Aneurysms (AAA) Compared to
Open Surgical Repair.
SCRIHS Protocol # 00-084 (closed 12-2008)

A Phase II IDE Clinical Trial of the Endologix Bifurcated PowerLink System for Repair of
Abdominal Aortic Aneurysms
SCRIHS Protocol # 00-117 (closed 2009)

A Controlled Phase II IDE Evaluation of the Endologix Suprarenal Bifurcated PowerLink
System for the Treatment of Abdominal Aortic Aneurysms
SCRIHS Protocol # 02-016/12-130

Carotid Revascularization, Endarterectomy Versus Stent IDE Trial (CREST)
SCRIHS Protocol # 02-161/12-128

Jobst Vascular Institute, Urokinase Ilio-Femoral Thrombolysis Study
SCRIHS Protocol #03-046 (closed 6-2005)

Abbott Urokinase Safety Study
SCRIHS Protocol #03-053 (closed 12-2007)

Evaluation of the Medtronic AVE Talent Thoracic Stent Graft System for the Treatment of
Thoracic Aortic Aneurysms
SCRIHS Protocol # 03-061

Anaconda AAA Stent Graft for the Treatment of Abdominal Aortic Aneurysms IDE Trial
SCRIHS Protocol # 03-144

**Research Protocols:  Principal Investigator (continued)**

Precise Carotid Stent & Angioguard Protection Device for Treatment of Internal Carotid Stenosis IDE Trial
SCRIHS Protocol # 04-045 (closed 12-2006)

Cordis Carotid Stenting with Embolic Protection Post-Market Surveillance - CASES
SCRIHS Protocol #05-021 (closed 12-2007)

Pivotal Small Aneurysm Study
SCRIHS Protocol # 05-042 (closed 2010)

Gore Excluder Bifurcated Endoprosthesis Low-Permeability Graft for the Treatment of AAA IDE Trial
SCRIHS Protocol # 05-048 (closed 2010)

Gore 31 mm Stent Graft for the Treatment of Abdominal Aortic Aneurysms IDE Trial
SCRIHS Protocol # 05-160 (closed 2010)

Pythagoras Aortic Endograft for Treatment of Abdominal Aortic Aneurysms with Angulated Necks IDE Trial
SCRIHS Protocol # 06-028/12-133

Stenting or Angioplasty with Protection in Patients at High-Risk for Endarterectomy (SAPPHIRE – WorldWide IDETrial)
SCRIHS Protocol #06-111/12-137

The Pivotal Study of the Aptus Endovascular AAA Repair System (STAPLE-2) IDE Trial
SCRHIS Protocol # 07-079/12-122

A Sequential Phase I/II Dose Escalation and Dose Selection Safety Study of Regional Intra-Thrombus Plasmin (Human) Infusion in Acute Lower Extremity Native Artery or Bypass Graft Occlusion (PRIORITY); Talecris IND Trial
SCRHIS Protocol # 07-100 (closed 2009)

Endologix 34 mm Infrarenal Bifurcated Stent Graft for the Treatment of AAAs IDE Study
SCRHIS Protocol # 07-129/12-129

CABANA; a Post-Market Trial of Carotid Angioplasty and Stenting
SCRIHS Protocol # 08-114

THRIVE; a Post-Market IDE Trial of Thoracic Aortic Endografting for Descending Thoracic Aneurysms
SCRIHS Protocol # 08-144/12-272

ATTRACT IND/IDE Trial
SCRIHS Protocol #08-146/12-144

Vascutek ANACONDA Stent Graft System Phase II IDE Study; Terumo Cardiovascular, Ltd.
SCRIHS Protocol #09-034/12-120

Trivascular OVATION AAA Endografting IDE Trial
SCRIHS Protocol #10-014/12-138

**Research Protocols:  Principal Investigator (continued)**

PPD Intra-Thrombus
SCRIHS Protocol #11-029

Maquet Intra-Aortic Balloon Pump Trial
SCRIHS Protocol #11-032 (pending closure)

Trivascular Humanitarian Device Exemption EVAR Trial
SCRIHS Protocol #11-135/12-141

Nycomed TachoSil Versus Surgicel IND Trial
SCRIHS Protocol 11-133/12-136

Medtronic Vascular ENGAGE IDE Trial
SCRIHS Protocol 11-061/12-118

Harvest Critical Limb Ischemia (CLI) Bone Marrow Study
SCRIHS Protocol 11-076/12-198 (pending IRB approval)

ProFibrix Surgical Sealant IND Trial
SCRIHS Protocol 12-275 (pending closure)

Aptus HeliFx (EndoStaple) Registry (ANCHOR) IDE Trial
SCRHIS Protocol 12-189

Grifols Fibrin Sealant IND Trial
SCRIHS Protocol 12-425

Clinical Study Evaluating the Use of the Gore EXCLUDER Bifurcated Endoprosthesis 31 mm
in the Primary Treatment of Infrarenal Abdominal Aortic Aneurysms
SCRIHS Protocol 12-511

RACE:  Ruptured Aorta Centers of Excellence Initiative- Medtronic
SCRIHS Protocol 13-753

Celgene CCT-PDA-002-DFU-001 Placenta Stem Cell IND Trial for CLI
SCRIHS Protocol 13-763

D-Dimer DVT/PE Exclusionary Sample Collection Project
SCRIHS Protocol 14-033

**Presentations at Regional, National, and International Scientific Meetings**

1. **Perspectives on Cerebrovascular Diagnosis**
   Sun Yat-Sen University Symposium on Chinese and American Medicine
   Guangzhou, China
   November 11, 1988

2. **Diagnosis and Management of Diabetic Vascular Disease**
   American Diabetic Association, Illinois Chapter Meeting
   Springfield, Illinois
   May 20, 1989

3. **Transition From Duplex To Color Flow Doppler**
   Quantum Seminar on Fundamentals and Applications of Color Flow Doppler
   Baton Rouge, Louisiana
   June 3, 1989

4. **Carotid Disease Documented with Color Flow Doppler**
   Quantum Seminar on Color Flow Doppler Imaging - State of the Art 1989
   St. Louis, Missouri
   September 23, 1989

5. **Venous Disease Documented with Color Flow Doppler**
   Quantum Seminar on Color Flow Doppler Imaging - State of the Art 1989
   St. Louis, Missouri
   September 23, 1989

6. **The Clinical Role of Color Flow Doppler**
   14th Annual Meeting of the American Society of Neuroimaging
   Orlando, Florida
   February 8, 1991

7. **Carotid Endarterectomy: Operative Risks, Recurrent Stenosis, and Long-Term Stroke Rates in a Modern Series**
   Twentieth World Congress of the International Society for Cardiovascular Surgery
   Amsterdam, Holland
   September 6, 1991

8. **The Vascular Surgeon: Canine or Chameleon**
   Illinois Surgical Society, Fall Scientific Program
   Giant City, Illinois
   October 3, 1992

9. **Obtaining Training in Endovascular Techniques**
   Fourth Annual Winter Meeting of the Peripheral Vascular Surgery Society
   Breckenridge, Colorado
   January 22, 1994

10. **Indications for Endovascular Surgery**
    Israeli Society for Vascular Surgery Symposium
    Tel-Aviv, Israel
    November 24, 1994

**Presentations at Regional, National, and International Scientific Meetings (continued)**

11. **Incorporation of Endovascular Training into a Vascular Fellowship Program: Vascular Surgeons Teaching Vascular Surgeons**
    23rd Annual Meeting of the Society for Clinical Vascular Surgery
    Fort Lauderdale, Florida
    March 24, 1995

12. **Endovascular Therapy in an Academic Peripheral Vascular Surgery Training Program**
    American College of Surgeons, 81st Clinical Congress
    New Orleans, Louisiana
    October 26, 1995

13. **Endovascular Training Within a Vascular Fellowship Program With Teaching by Vascular Surgeons**
    Twenty-second Annual Symposium on Current Critical Problems,
    New Horizons and Techniques in Vascular and Endovascular Surgery
    Albert Einstein College of Medicine and Montefiore Medical Center
    New York, New York
    November 19, 1995

14. **Obtaining Intravascular Access for Endovascular Procedures**
    Society for Clinical Vascular Surgery Endovascular Symposium
    Rancho Mirage, California
    March 20, 1996

15. **Use of Hemostatic Sheaths for Endovascular Procedures**
    Society for Clinical Vascular Surgery Endovascular Symposium
    Rancho Mirage, California
    March 20, 1996

16. **Proper Selection and Use of Angiography Catheters**
    Society for Clinical Vascular Surgery Endovascular Symposium
    Rancho Mirage, California
    March 20, 1996

17. **Intravascular Contrast Agents**
    Society for Clinical Vascular Surgery Endovascular Symposium
    Rancho Mirage, California
    March 20, 1996

18. **The Use of Guiding Catheters for Endovascular Interventions**
    Society for Clinical Vascular Surgery Endovascular Symposium
    Rancho Mirage, California
    March 20, 1996

19. **Creation of an Endovascular Service in a University Setting**
    Third Annual Stanford University Endovascular Interventional Techniques "Hands On Workshop"
    Stanford, California
    April 11, 1996

**Presentations at Regional, National, and International Scientific Meetings (continued)**

20.     **Starting an Endovascular Program in Academics**
        First Annual Society for Vascular Surgery Endovascular Surgery Workshop
        Chicago, Illinois
        June 7, 1996

21.     **Percutaneous Balloon Angioplasty**
        First Annual Society for Vascular Surgery Endovascular Surgery Workshop
        Chicago, Illinois
        June 7, 1996

22.     **Canine or Chameleon:  The Vascular Surgeon's Role in Endovascular Therapy**
        Twentieth Annual Symposium on Vascular Surgery
        American College of Surgeons, Upstate New York Chapter
        Fishkill, New York
        September 20, 1996

23.     **The Role for Balloon Dilatation in the Treatment of Femoro-Popliteal Disease**
        Twentieth Annual Symposium on Vascular Surgery
        American College of Surgeons, Upstate New York Chapter
        Fishkill, New York
        September 20, 1996

24.     **Overview of Noninvasive Technology**
        Society of Vascular Technology Vascular Technology Workshop
        Fishkill, New York
        September 20, 1996

25.     **The Role of the Vascular Surgeon in Endovascular Procedures**
        Twenty-third Annual Meeting New England Society for Vascular Surgery
        Dixville Notch, New Hampshire
        September 26, 1996

26.     **Canine or Chameleon:  The Vascular Surgeon's Role in Endovascular Therapy**
        November Meeting of the Milwaukee Academy of Surgeons
        Milwaukee, Wisconsin
        November 25, 1996

27.     **Gaining Access to the Vascular System for Endovascular Procedures**
        Seventh Annual Winter Meeting of the Peripheral Vascular Surgery Society
        Breckenridge, Colorado
        January 17, 1997

28.     **Catheters and Guidewires for Percutaneous Endovascular Procedures**
        Seventh Annual Winter Meeting of the Peripheral Vascular Surgery Society
        Breckenridge, Colorado
        January 17, 1997

29.     **The Role of Stents in the Treatment of Peripheral Vascular Occlusive Lesions**
        Seventh Annual Winter Meeting of the Peripheral Vascular Surgery Society
        Breckenridge, Colorado
        January 17, 1997

<u>**Presentations at Regional, National, and International Scientific Meetings (continued)**</u>

30.     **Vascular Disease and Diabetes**
        Diabetes Mellitus Update - 1997 Symposium
        Quincy, Illinois
        February 1, 1997

31.     **How to Obtain Catheter and Guidewire Skills**
        Fourth Annual Stanford University Endovascular Techniques Workshop
        Stanford, California
        April 12, 1997

32.     **Endovascular Therapy & Vascular Surgeons:  Overcoming Obstacles to Full Participation**
        Eleventh Annual Eastern Vascular Society Meeting
        Atlantic City, New Jersey
        May 4, 1997

33.     **Beginning an Endovascular Program:  The Springfield Experience**
        Fifty-first Annual Meeting of the Society for Vascular Surgery
        Boston, Massachusetts
        June 2, 1997

34.     **Technique of Balloon Angioplasty**
        Second Annual Society for Vascular Surgery Endovascular Surgery Workshop
        Boston, Massachusetts
        June 4, 1997

35.     **Developing Skills in Endovascular Therapy:  A Graduated Approach**
        Third Annual New York Symposium on Vascular and Endovascular Techniques
        Maimonides Medical Center - SUNY Health Science Center at Brooklyn
        New York, New York
        September 13, 1997

36.     **Incorporating Endovascular Training Into Vascular Fellowship Training Programs**
        Annual Meeting of the Association of Program Directors in Vascular Surgery
        Chicago, Illinois
        October 12, 1997

37.     **Status of Balloon Angioplasty and Intravascular Stenting:  What Is the Surgeon's Role in Their Use?**
        Eighty-third Annual Clinical Congress of the American College of Surgeons
        Chicago, Illinois
        October 16, 1997

38.     **The "Fogarty Device" for Endoluminal Repair of Abdominal Aortic Aneurysms**
        Brooklyn Endovascular Training Symposium for Vascular Surgeons
        SUNY - Health Science Center at Brooklyn
        Brooklyn, New York
        November 9, 1997

39.     **Equipment and Imaging Requirements for Endovascular Therapy**
        Principles and Techniques in Endovascular Surgery:  An Introductory Workshop
        Albert Einstein College of Medicine and Montefiore Medical Center
        New York, New York
        November 19, 1997

**Presentations at Regional, National, and International Scientific Meetings (continued)**

40.     **How Should Vascular Surgeons Obtain Training in Endovascular Techniques**
        Twenty-fourth Annual Symposium on Current Critical Problems,
        New Horizons and Techniques in Vascular and Endovascular Surgery
        Albert Einstein College of Medicine and Montefiore Medical Center
        Bronx, New York
        November 22, 1997

41.     **Angiography in the Operating Room:  Equipment, Catheter Skills, and Safety Issues**
        Techniques in Vascular and Endovascular Surgery Symposium
        Northwestern University Medical School
        Chicago, Illinois
        December 11, 1997

42.     **Diagnostic Angiography:  Basic Guidewire and Catheter Techniques**
        Update on Endovascular Surgery:  Clinical Applications and Hands-On Workshop
        University of Medicine and Dentistry of New Jersey
        Short Hills, New Jersey
        March 14, 1998

43.     **Renal and Visceral Angioplasty and Stenting:  Indications and Techniques**
        Update on Endovascular Surgery: Clinical Applications and Hands-On Workshop
        University of Medicine and Dentistry of New Jersey
        Short Hills, New Jersey
        March 15, 1998

44.     **Overview of Contemporary Endovascular Therapy**
        Society for Clinical Vascular Surgery Endovascular Symposium
        Twenty-sixth Annual Symposium of the Society for Clinical Vascular Surgery
        Coronado, California
        March 25, 1998

45.     **Endoluminal Grafting of Aortic Aneurysms**
        Society for Clinical Vascular Surgery Endovascular Symposium
        Twenty-sixth Annual Symposium of the Society for Clinical Vascular Surgery
        Coronado, California
        March 25, 1998

46.     **How to Obtain Catheter and Guidewire Skills**
        Fifth Annual Stanford University Endovascular Techniques Workshop
        Stanford, California
        April 18, 1998

47.     **The Multidisciplinary Approach to the Treatment of Renal Artery Stenoses**
        Advances in Diagnosis and Treatment of Intraabdominal Vascular Disorders
        Eighth Annual University of Pittsburgh Vascular Conference
        Pittsburgh, Pennsylvania
        April 22, 1998

48.     **Endovascular Training for Vascular Surgeons**
        Eleventh Annual Meeting of the Florida Vascular Society
        Sea Island, Georgia
        May 10, 1998

**Presentations at Regional, National, and International Scientific Meetings (continued)**

49.     **Endoluminal Grafting of Abdominal Aortic Aneurysms**
        Eleventh Annual Meeting of the Florida Vascular Society
        Sea Island, Georgia
        May 10, 1998

50.     **Training and Credentialing in Endovascular Procedures**
        Third Annual Society for Vascular Surgery Endovascular Surgery Workshop
        San Diego, California
        June 11, 1998

51.     **Overview of Endovascular Treatment of Vascular Disease**
        Twenty-Second Annual Meeting of the Midwestern Vascular Surgical Society
        Dearborn, Michigan
        September 25, 1998

52.     **Vascular Surgeons as Interventionalists**
        Sixth Annual Fall Meeting of the Association of Program Directors in Vascular Surgery
        Orlando, Florida
        October 25, 1998

53.     **Analysis of the Various Endovascular Devices for the Treatment of Infrarenal Aortic Aneurysms**
        Fifth Annual PanAmerican Congress on Vascular and Endovascular Surgery
        Rio de Janeiro, Brazil
        November 5, 1998

54.     **Endovascular Treatment of Renal Vascular Disease**
        Fifth Annual PanAmerican Congress on Vascular and Endovascular Surgery
        Rio de Janeiro, Brazil
        November 5, 1998

55.     **Overview of Equipment, Imaging and Endovascular Procedures**
        Twenty-fifth Annual Albert Einstein College of Medicine Symposium on Current Critical Problems, New Horizons and Techniques in Vascular and Endovascular Surgery
        New York, New York
        November 18, 1998

56.     **Indications, Outcomes, and Techniques of Balloon Angioplasty**
        Twenty-fifth Annual Albert Einstein College of Medicine Symposium on Current Critical Problems, New Horizons and Techniques in Vascular and Endovascular Surgery
        New York, New York
        November 18, 1998

57.     **Endovascular Grafting of Aortic and Iliac Aneurysms**
        Society for Clinical Vascular Surgery Symposium on Endovascular Therapy and Endoscopic
        Venous Surgery
        Lake Buena Vista, Florida
        March 24-26, 1999

**Presentations at Regional, National, and International Scientific Meetings (continued)**

58. **How to Acquire Skills for Endovascular Procedures**
Sixth Annual Stanford University Endovascular Surgery Workshop
Stanford University
Redwood City, California
April 16-17, 1999

59. **Techniques and Problem Solving in Endovascular Aneurysm Repair**
Sixth Annual Stanford University Endovascular Surgery Workshop
Stanford University
Redwood City, California
April 16-17, 1999

60. **Endoluminal Grafting of Abdominal Aortic Aneurysms – New Challenges for Vascular Surgeons**
Seventeenth Annual Meeting of the Southern California Vascular Surgical Society
Ojai, California
April 18, 1999

61. **The Role of Practice Standards and Guidelines in the Vascular Center**
Vascular Centers of Excellence: An Interdisciplinary Approach to Quality Patient Care
Society for Vascular Surgery - Society of Cardiovascular and Interventional Radiology
Chicago, Illinois
May 1, 1999

62. **Endoluminal Grafting of Abdominal Aortic Aneurysms**
Fourth Annual Society for Vascular Surgery Endovascular Surgery Workshop
Society of Vascular Surgery Annual Meeting
Washington, D.C.
June 9, 1999

63. **Evolving Technology in the Endovascular Treatment of Abdominal Aortic Aneurysms**
Chicago Endovascular Surgery Society
Chicago, Illinois
September 15, 1999

64. **Stent-Graft Repair of Abdominal Aortic Aneurysms: Results from Recent Trials and New Support Technologies**
Chicagoland Endovascular Club
Chicago, Illinois
September 15, 1999

65. **Principles and Techniques of Thrombolytic Therapy**
First Annual Endovascular Therapy Workshop
Twenty-sixth Annual Meeting of the New England Society For Vascular Surgery
Chatham, Massachusetts
October 1, 1999

66. **Critical Iliac Artery Considerations During Endovascular AAA Repair: Tips on Management**
Twenty-sixth Annual Critical Problems, New Horizons and Techniques in Vascular and Endovascular Surgery
Montefiore Medical Center - Albert Einstein College of Medicine
New York, New York
November 18, 1999

67. **Training of Physicians for Endograft Implantation: The Physician's View**
    Vascular Interventions in the Millennium: A Multidisciplinary Approach II
    Emory University School of Medicine
    Atlanta, Georgia
    December 9, 1999

68. **Vascular Centers and Product Lines: Atherosclerosis Care: The Surgeon's View**
    Vascular Interventions in the Millennium: A Multidisciplinary Approach II
    Emory University School of Medicine
    Atlanta, Georgia
    December 9, 1999

69. **Endovascular Grafting of Abdominal Aortic & Iliac Aneurysms: The Preferred Management at the Turn of the Century**
    28th Annual Society for Clinical Vascular Surgery Symposium on Endovascular Therapy and Endoscopic Vascular Surgery
    Rancho Mirage, California
    March 15, 2000

70. **Endovascular Treatment of Central Venous and Arterial Lesions For the Failing AV Access**
    28th Annual Society for Clinical Vascular Surgery Symposium on Vascular Access for Hemodialysis
    Rancho Mirage, California
    March 16, 2000

71. **Who Should Be Performing Endovascular Interventions?**
    University of Toronto Vascular Surgery Symposium
    Toronto, Ontario
    March 23, 2000

72. **How to Acquire Skills in Endovascular Therapy**
    7th Annual Stanford University Endovascular Surgery Workshop
    Stanford University
    Palo Alto, California
    March 31, 2000

73. **Challenging Endovascular Case Studies**
    7th Annual Stanford University Endovascular Surgery Workshop
    Stanford University
    Palo Alto, California
    March 31, 2000

74. **Critical Clinical Evaluation of Aortic Endografts**
    14th Annual Meeting of the Eastern Vascular Surgery Society
    Baltimore, Maryland
    May 5, 2000

75. **Endovascular Repair of Abdominal Aortic Aneurysms**
    50th Annual Meeting of the Illinois Chapter American College of Surgeons
    Springfield, Illinois
    June 2, 2000

76. **Preparing the Endovascular Operating Room Suite**
    18th Annual UCLA Vascular Symposium
    Santa Monica, California
    October 12, 2000

77. **Angioplasty and Stenting for Renal and Mesenteric Disease**
    18th Annual UCLA Vascular Symposium
    Santa Monica, California
    October 13, 2000

78. **Advantages and Limitations of the Bell Bottom Technique to Deal with Dilated Iliac Arteries in Endovascular AAA Repairs**
    27th Annual Symposium, Vascular and Endovascular Issues, Techniques, Horizons
    Montefiore Medical Center - Albert Einstein College of Medicine
    New York, New York
    November 16, 2000

79. **Management of Endoleaks: How, When and What Happened?**
    Sixth Annual PanAmerican Congress on Vascular and Endovascular Surgery
    Rio de Janeiro, Brazil
    December 8, 2000

80. **Bilateral Hypogastric Artery Interruption and Other Challenges With Iliac Arteries During AAA Endograft Repair**
    Sixth Annual PanAmerican Congress on Vascular and Endovascular Surgery
    Rio de Janeiro, Brazil
    December 9, 2000

81. **Technique and Complications of Endovascular Abdominal Aortic Aneurysm Repair**
    12th National Symposium on Non-Invasive Diagnosis of Vascular Disease
    St. Louis, Missouri
    March 8, 2001

82. **Vascular Laboratory Evaluation of the Endografted Aorta**
    12th National Symposium on Non-Invasive Diagnosis of Vascular Disease
    St. Louis, Missouri
    March 8, 2001

83. **Techniques for Treating Renal Artery and Mesenteric Artery Stenosis**
    The 9th Annual Pennsylvania Hospital Vascular Symposium
    Philadelphia, Pennsylvania
    March 23, 2001

84. **Endoleak Management:  Do We know When to do What and Why?**
    Society for Vascular Surgery Annual Meeting
    Baltimore, Maryland
    June 11, 2001

85. **Preparing the Endovascular Operating Room Suite**
    The 4th Annual UCLA Symposium
    Endovascular Surgery for the Vascular Surgeon
    Santa Monica, California
    September 29, 2001

**Presentations at Regional, National, and International Scientific Meetings (continued)**

86. **Angioplasty and Stenting for Mesenteric and Renal Arteries**
The 4th Annual UCLA Symposium
Endovascular Surgery for the Vascular Surgeon
Santa Monica, California
September 30, 2001

87. **The Current Role for Endovascular Abdominal Aortic Aneurysm Repair Above the Renal Arteries**
American College of Surgeons Annual Clinical Congress
Postgraduate Course – New Approaches to Old Problems:  Abdominal Aortic Aneurysm
New Orleans, Louisiana
October 9, 2001

88. **Endovascular Management of Iliac Limb Occlusion of Bifurcated Aortic Endografts:  Is It Usually Possible?**
28th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center - Albert Einstein College of Medicine
New York, New York
November 15, 2001

89. **Building an Endovascular Surgery Practice**
28th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center - Albert Einstein College of Medicine
New York, New York
November 16, 2001

90. **Endovascular Treatment of Claudication**
28th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center - Albert Einstein College of Medicine
New York, New York
November 16, 2001

91. **Are Radiologists or Cardiologists Necessary for Vascular Surgeons to Perform Endovascular Repair of Aortic Aneurysms?**
10th Annual Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
March 8-9, 2002

92. **Vascular Surgeons Can Do Peripheral Interventions as Well as Cardiologists, but Know When and Why**
10th Annual Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
March 8-9, 2002

93. **National Initiatives for Endovascular Training and Credentialing:  The PEEC Process**
Society for Vascular Surgery Postgraduate Course
Boston, Massachusetts
June 8, 2002

**Presentations at Regional, National, and International Scientific Meetings (continued)**

94. **Advances in Development of Anti-Embolic Devices**
    Society for Vascular Surgery Postgraduate Course
    Boston, Massachusetts
    June 10, 2002

95. **Society for Vascular Surgery Accreditation of Endovascular Training Programs**
    Society for Vascular Surgery Annual Meeting
    Boston, Massachusetts
    June 11, 2002

96. **Preparing the Endovascular Operating Room Suite**
    The 5th Annual UCLA Endovascular Symposium
    Endovascular Surgery for the Vascular Surgeon
    Santa Monica, California
    September 2002

97. **Angioplasty and Stenting of Mesenteric and Renal Arteries**
    The 5th Annual UCLA Endovascular Symposium
    Endovascular Surgery for the Vascular Surgeon
    Santa Monica, California
    September 2002

98. **Treatment of the Visceral Segment of the Aorta Using Endovascular Techniques: Celiac, SMA, and Renal Artery Intervention**
    American College of Surgeons Annual Clinical Congress
    San Francisco, California
    October 7, 2002

99. **Evaluation and Management of Endoleaks after Aortic Endografting**
    7th Annual PanAmerican Congress on Vascular and Endovascular Surgery
    Rio de Janeiro, Brazil
    November 8, 2002

100. **Endoluminal Approaches to Renovascular Hypertension**
     7th Annual PanAmerican Congress on Vascular and Endovascular Surgery
     Rio de Janeiro, Brazil
     November 9, 2002

101. **Carotid Angioplasty and Stenting: Technical Details and How to Stay Out of Trouble**
     7th Annual PanAmerican Congress on Vascular and Endovascular Surgery
     Rio de Janeiro, Brazil
     November 9, 2002

102. **Why are Type II Endoleaks So Difficult to Treat and What Should Be Done About Them?**
     29th Annual Vascular and Endovascular Issues, Techniques, Horizons
     Montefiore Medical Center - Albert Einstein College of Medicine
     New York, New York
     November 21, 2002

**Presentations at Regional, National, and International Scientific Meetings (continued)**

103. **Positioning Yourself To Participate in the Endovascular Revolution**
     29th Annual Vascular and Endovascular Issues, Techniques, Horizons
     Montefiore Medical Center - Albert Einstein College of Medicine
     New York, New York
     November 22, 2002

104. **Assets and Limitations of AneuRx Aortic Endografts**
     William von Liebig Consensus Conference
     29th Annual Vascular and Endovascular Issues, Techniques, Horizons
     Montefiore Medical Center - Albert Einstein College of Medicine
     New York, New York
     November 22, 2002

105. **Role of Open Surgery in the Era of Endovascular Abdominal Aortic Aneurysm Repair**
     Consensus Conference
     Society for Clinical Vascular Surgery Annual Meeting
     Miami, Florida
     March 8, 2003

106. **Inclusion of Endovascular Technology in an Active Vascular Practice**
     Society for Clinical Vascular Surgery Annual Meeting
     Miami, Florida
     March 8, 2003

107. **Pathologies of the Aorta: Which Approach?**
     American College of Cardiology Annual Meeting
     Chicago, Illinois
     April 1, 2003

108. **Results of Balloon Angioplasty and Stenting for Renovascular Hypertension**
     11th Annual Pennsylvania Hospital Vascular Symposium
     Philadelphia, Pennsylvania
     April 24, 2003

109. **The Evolving Role of Endovascular Surgery for Vascular Surgeons**
     Genentech Vascular Surgeons Advisory Panel
     Santa Monica, California
     May 16, 2003

110. **Evolving Approaches for Intravascular Clot Management**
     Society for Vascular Surgery Annual Meeting
     Chicago, Illinois
     June 6-11, 2003

111. **Skill Development for Carotid Artery Stenting: Preparing for the Future**
     Society for Vascular Surgery Annual Meeting
     Cordis Endovascular Symposium
     Chicago, Illinois
     June 6-11, 2003

**Presentations at Regional, National, and International Scientific Meetings (continued)**

112. **Status of Thrombolysis in Combination with Thrombus Extraction Devices**
The 21st Annual UCLA Vascular Symposium
A Comprehensive Review & Update of What's New in Vascular Surgery
Beverly Hills, California
October 3, 2003

113. **Preparing the Endovascular Operating Room Suite**
The 6th Annual UCLA Endovascular Symposium
Endovascular Surgery for the Vascular Surgeon
Beverly Hills, California
October 4, 2003

114. **Angioplasty and Stenting for Mesenteric and Renal Vascular Disease**
The 6th Annual UCLA Endovascular Symposium
Endovascular Surgery for the Vascular Surgeon
Beverly Hills, California
October 4, 2003

115. **Technical Tips for Renal PTA and Stenting**
30th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center - Albert Einstein College of Medicine
New York, New York
November 22, 2003

116. **Rheolytic Treatment of Peripheral Arterial Disease: An Improved Method for Local Thrombolysis**
30th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center - Albert Einstein College of Medicine
New York, New York
November 23, 2003

117. **Advanced Techniques for Mesenteric and Renal Artery Balloon Angioplasty and Stenting**
12th Annual Philadelphia Vascular Symposium
Philadelphia, Pennsylvania
February 27, 2004

118. **Utilization of Pharmacologic Thrombolysis in Combination with Thrombus Extraction Devices**
12th Annual Philadelphia Vascular Symposium
Philadelphia, Pennsylvania
February 27, 2004

119. **My Worst Case (and Why I Almost Quit Being a Vascular Surgeon)**
12th Annual Philadelphia Vascular Symposium
Philadelphia, Pennsylvania
February 28, 2004

120. **Combination Thrombolysis**
The Charing Cross Imperial College Global Vascular and Endovascular Forum
Imperial College
London, England
April 4, 2004

121. **Credentialing and Training for Carotid Stenting**
Society for Vascular Surgery 2004 Vascular Annual Meeting
Anaheim, California
June 2, 2004

122. **New Technology in AV Access Clot Management**
Society for Vascular Surgery 2004 Vascular Annual Meeting
Anaheim, California
June 4, 2004

123. **Debate: Do Endovascular Surgeons Need Specific Additional Carotid Artery Stenting Training?**
Society for Vascular Surgery 2004 Vascular Annual Meeting
Anaheim, California
June 4, 2004

124. **Cases I Learned From: Ten Important Tips**
Midwestern Vascular Surgery Society Annual Meeting
Endovascular Symposium
Omaha, Nebraska
September 9, 2004

125. **Preparing the Endovascular Operating Room Suite**
The 7th Annual UCLA Endovascular Symposium
Endovascular Surgery for the Vascular Surgeon
Beverly Hills, California
October 8, 2004

126. **Advanced Techniques for Mesenteric and Renal Angioplasty and Stenting**
The 7th Annual UCLA Endovascular Symposium
Endovascular Surgery for the Vascular Surgeon
Beverly Hills, California
October 8, 2004

127. **Percutaneous Mechanical Thrombectomy Devices**
The 7th Annual UCLA Endovascular Symposium
Endovascular Surgery for the Vascular Surgeon
Beverly Hills, California
October 10, 2004

128. **An Overview of Carotid Angioplasty Registries and Trials**
International Course on Carotid Angioplasty
Frankfurt, Germany
October 21, 2004

129. **Do We Need To Use Cerebral Protection During Carotid Stenting?**
International Course on Carotid Angioplasty
Frankfurt, Germany
October 22, 2004

**Presentations at Regional, National, and International Scientific Meetings (continued)**

130. **The Future of Carotid Therapy**
International Course on Carotid Angioplasty
Frankfurt, Germany
October 23, 2004

131. **Modern Management of Renal Artery Stenoses in Symptomatic & Asymptomatic Patients**
8th Annual Pan American Congress on Vascular and Endovascular Surgery
Rio de Janeiro, Brazil
November 3, 2004

132. **Most Effective Techniques to Avoid Colonic Ischemia in the Presence of Bilateral Common Iliac Aneurysms Encountered During Endovascular Aortic Aneurysm Repair**
8th Annual Pan American Congress on Vascular and Endovascular Surgery
Rio de Janeiro, Brazil
November 5, 2004

133. **Case Presentations to the Expert Panel**
8th Annual Pan American Congress on Vascular and Endovascular Surgery
Rio de Janeiro, Brazil
November 6, 2004

134. **How to Manage Lost or Malpositioned Endoluminal Devices**
31st Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center
Albert Einstein College of Medicine
New York, New York
November 18, 2004

135. **Technical Tips for Renal PTA and Stenting**
31st Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center
Albert Einstein College of Medicine
New York, New York
November 20, 2004

136. **How to Expand Your Renal and Mesenteric Artery Practice by Performing Balloon Angioplasty and Stenting**
13th Annual Pennsylvania Vascular Symposium
Philadelphia, Pennsylvania
February 25, 2005

137. **Expanding your Peripheral Arterial Disease Practice by Performing Thrombolysis and Using Thrombus Extraction Devices.**
13th Annual Pennsylvania Vascular Symposium
Philadelphia, Pennsylvania
February 25, 2005

138. **Closure Devices:  Are they Worth the Cost and Possible Trouble?**
International Surgical & Radiological Endovascular Symposium
Montego Bay, Jamaica
March 1, 2005

**Presentations at Regional, National, and International Scientific Meetings (continued)**

139. **Treatment for Acute Arterial Occlusion: Current Role of Lysis & Mechanical Clot Removal**
     Surgical & Radiological International Endovascular Symposium
     Montego Bay, Jamaica
     March 2, 2005

140. **Carotid Angioplasty and Stenting: How I Do It**
     Society for Clinical Vascular Surgery Annual Meeting
     Coral Gables, Florida
     March 10, 2005

141. **Endovascular Options for the Treatment of Aortoiliac Occlusive Disease**
     The Charing Cross Imperial College Global Vascular and Endovascular Forum
     London, England
     April 12, 2005

142. **The Tools of Carotid Artery Stenting: Wires, Selective Catheters, Sheaths and the Rapid Exchange System**
     Eastern Vascular Society
     Carotid Stenting Program
     Pittsburgh, Pennsylvania
     May 5, 2005

143. **Credentialing, Administrative Details, and Reimbursement for Carotid Stenting**
     Society for Vascular Surgery Annual Meeting
     Postgraduate Course: Endovascular Symposium
     Chicago, Illinois
     June 15, 2005

144. **Management of Hypertensive Emergencies During Vascular Procedures**
     Annenberg Center for Health Sciences at Eisenhower & Access Media Group Symposium
     Held during SVS Vascular 2005 Meeting
     Chicago, Illinois
     June 16, 2005

145. **Case Complication Session 1**
     Global Endovascular Complications Seminar
     Jackson Hole, Wyoming
     July 21, 2005

146. **Setting Up an Endovascular Suite**
     Australian and New Zealand Society for Vascular Surgery Annual Meeting
     Sydney, Australia
     September 11, 2005

147. **Current Trends in Management of Endoleaks After Endovascular AAA Repair**
     Australian and New Zealand Society for Vascular Surgery Annual Meeting
     Sydney, Australia
     September 12, 2005

148. **Renal Stenting: Current Trends in Management. When, Why and What With?**
     Australian and New Zealand Society for Vascular Surgery Annual Meeting
     Sydney, Australia
     September 13, 2005

149. **Current Role for Thrombolysis in Peripheral Arterial Disease**
     Australian and New Zealand Society for Vascular Surgery Annual Meeting
     Sydney, Australia
     September 13, 2005

150. **Carotid Stenting-How I Manage the Difficult Arch and Anatomy**
     Australian and New Zealand Society for Vascular Surgery Annual Meeting
     Sydney, Australia
     September 14, 2005

151. **Carotid Angioplasty vs. Endarterectomy – In Search of Today's Gold Standard**
     Chesapeake Vascular Surgery Society Meeting
     Baltimore, Maryland
     September 27, 2005

152. **Angioplasty and Stenting for Mesenteric and Renal Artery Disease:  Techniques and Results**
     The 8th Annual UCLA Endovascular Symposium
     Endovascular Surgery for the Vascular Surgeon
     Beverly Hills, California
     October 1, 2005

153. **Overestimation of Carotid Stenosis by Visual Estimation in the Era of Carotid Stenting**
     32nd  Annual Vascular and Endovascular Issues, Techniques, Horizons
     Montefiore Medical Center
     Albert Einstein College of Medicine
     New York, New York
     November 18, 2005

154. **10 Top Technical Tips for Renal Artery Stenting**
     32nd  Annual Vascular and Endovascular Issues, Techniques, Horizons
     Montefiore Medical Center
     Albert Einstein College of Medicine
     New York, New York
     November 19, 2005

155. **New Insights Into Absorbable Metal Stents For Below-The-Knee Lesions**
     Late Breaking Trials/New Technology Session
     International Society for Endovascular Therapy 2006 Annual Meeting
     Miami, Florida
     January 23, 2006

156. **Technical Aspects of Carotid Stenting – A Critique of Various Protection Devices**
     North American Vascular Symposium
     Copper Mountain, Colorado
     February 16, 2006

157. **Tools of Carotid Artery Stenting:  Wires, Catheters, and Sheaths**
     Pennsylvania Hospital Annual Vascular Symposium
     Philadelphia, Pennsylvania
     February 24, 2006

**Presentations at Regional, National, and International Scientific Meetings (continued)**

158.  **My Worst Case**
Pennsylvania Hospital Annual Vascular Symposium
Philadelphia, Pennsylvania
February 25, 2006

159.  **Endoleak Management After Abdominal Aortic Endografting**
The Baylor University Total Endovascular Symposium
Houston, Texas
March 4, 2006

160.  **The Rationale of Silicon-Carbide Coating**
Advances in Angioplasty -  Passive Coatings & Absorbable Stents Luncheon Symposium
34th Annual Society for Clinical Vascular Surgery Annual Meeting
Las Vegas, Nevada
March 9, 2006

161.  **Trends in the Management of Vascular Disease**
Global Endovascular Forum-More Vascular and Endovascular Controversies
Charing Cross Symposium – Imperial College of Medicine
London, England
April 8, 2006

162.  **Rotational Thrombectomy vs. Local Thrombolysis**
Global Endovascular Forum-More Vascular and Endovascular Controversies
Charing Cross Symposium – Imperial College of Medicine
London, England
April 9, 2006

163.  **In Patients Unfit for Open Repair the Focus Should Be on Improving Fitness Rather Than Performing EVAR Early**
Debate – Against
Global Endovascular Forum-More Vascular and Endovascular Controversies
Charing Cross Symposium – Imperial College of Medicine
London, England
April 9, 2006

164.  **Why a Vascular Specialist Must Be Comfortable Using Thrombolytic Therapy**
University of Pittsburgh Vascular Symposium
Pittsburgh, Pennsylvania
September 15, 2006

165.  **New Devices for Mechanical Thrombectomy**
Society for Vascular Surgery Symposium
European Society for Vascular Surgery Meeting
Prague, Czech Republic
September 23, 2006

166.  **Angioplasty and Stenting for Mesenteric and Renal Artery Disease:  Techniques and Results**
The 24th Annual UCLA Vascular Symposium
What's New in Vascular and Endovascular Surgery
Beverly Hills, California
October 4, 2006

**Presentations at Regional, National, and International Scientific Meetings (continued)**

167.    **Challenges of Carotid Stenting:  Tips for Successful Outcomes**
        Pan American Congress
        Rio de Janeiro, Brazil
        November 1, 2006

168.    **New Image Processing Options in the Modern Endovascular Suite**
        Pan American Congress
        Rio de Janeiro, Brazil
        November 3, 2006

169.    **What Have I Learned about Type II Endoleaks:  How Benign They Are and How to Detect Them**
        33rd  Annual Vascular and Endovascular Issues, Techniques, Horizons
        Montefiore Medical Center
        Albert Einstein College of Medicine
        New York, New York
        November 19, 2006

170.    **Major Endovascular Complications/Disasters-How I Got Out of Trouble (or Didn't)-Carotids**
        North American Winter Vascular Symposium
        Snowmass, Colorado
        February 15, 2007

171.    **Angiography:  New Tools, Tips, and Technology**
        35th Annual Society for Clinical Vascular Surgery Meeting
        Imaging in Vascular Disease Postgraduate Course
        Orlando, Florida
        March 23, 2007

172.    **Thoracic Endovascular Aneurysm Repair**
        57th Annual Scientific Meeting
        Illinois Chapter of the American College of Surgeons
        Springfield, Illinois
        May 19, 2007

173.    **Advanced Imaging Options for Endovascular Procedures**
        Australian and New Zealand Vascular Surgery Society Meeting
        Melbourne, Australia
        August 19, 2007

174.    **Mechanical Thrombectomy Devices and Strategies**
        Australian and New Zealand Vascular Surgery Society Meeting
        Melbourne, Australia
        August 19, 2007

175.    **TEVAR Credentialing and Training**
        Australian and New Zealand Vascular Surgery Society Meeting
        Melbourne, Australia
        August 20, 2007

176.  **Current Management of Splenic Artery Aneurysms**
      Australian and New Zealand Vascular Surgery Society Meeting
      Melbourne, Australia
      August 21, 2007

177.  **Absorbable Metal Stents – New Concepts in Stenting**
      Australian and New Zealand Vascular Surgery Society Meeting
      Melbourne, Australia
      August 22, 2007

178.  **Arterial and Endovascular Clot Management**
      Midwestern Vascular Surgery Society Meeting
      Chicago, Illinois
      September 6, 2007

179.  **Recertification and Maintenance of Certification in Vascular Surgery**
      Midwestern Vascular Surgery Society Meeting
      Chicago, Illinois
      September 7, 2007

180.  **Angioplasty and Stenting for Mesenteric and Renal Artery Disease:  Technique and Results**
      The 25th Annual UCLA Vascular Symposium
      What's New in Vascular and Endovascular Surgery
      Beverly Hills, California
      October 3, 2007

181.  **How to Perform Cryotherapy, Atherectomy and the Laser Treatment for Lower Extremity**
      **Occlusive Disease:  How Do We Know They are Worthwhile and Worth the Cost?**
      34th  Annual Vascular and Endovascular Issues, Techniques, Horizons
      Montefiore Medical Center
      Albert Einstein College of Medicine
      New York, New York
      November 16, 2007

182.  **Access for Lower Extremity Intervention**
      Society for Vascular Surgery Symposium
      Endovascular Management – Lower Extremity Ischemia
      Society for Clinical Vascular Surgery Annual Meeting
      Las Vegas, Nevada
      March 4, 2008

183.  **How I Do It:  Newer Methods of Lower Limb Vascular Reconstruction**
      **Atherectomy**
      Society for Vascular Surgery Symposium
      Endovascular Management – Lower Extremity Ischemia
      Society for Clinical Vascular Surgery Annual Meeting
      Las Vegas, Nevada
      March 4, 2008

**Presentations at Regional, National, and International Scientific Meetings (continued)**

184. **Complications of Endovascular Lower Extremity Revascularization**
Society for Vascular Surgery Symposium
Endovascular Management – Lower Extremity Ischemia
Society for Clinical Vascular Surgery Annual Meeting
Las Vegas, Nevada
March 4, 2008

185. **Current Applications of Thrombolysis for Peripheral Vascular Disease**
Society for Vascular Surgery Symposium
Endovascular Management – Lower Extremity Ischemia
Society for Clinical Vascular Surgery Annual Meeting
Las Vegas, Nevada
March 4, 2008

186. **Role of atherectomy, cryoplasty and laser for lower extremity arterial occlusive disease**
16th Annual Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 12, 2008

187. **The Power and Potential of Industry Sponsored Clinical Investigational Trials**
Plastic Surgery Research Council Meeting
Springfield, Illinois
May 29, 2008

188. **Angioplasty and stenting for mesenteric and renal artery disease: Technique and Results**
The 26th Annual UCLA Vascular Symposium
What's New in Vascular and Endovascular Surgery
Beverly Hills, California
September 5, 2008

189. **Teaching Carotid Stenting in a Vascular Surgery Fellowship Program**
Assoc of Program Directors in Vascular Surgery Fall Program Directors/Residents Meeting
Beverly Hills, California
September 5, 2008

190. **No Touch and Other Techniques to Optimize Renal Artery Stenting: Can they Minimize Atheroembolism?**
35th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center
Albert Einstein College of Medicine
New York, New York
November 22, 2008

191. **Assets and Limitations of Percutaneous Closure Systems**
Surgical and Radiological International Endovascular Symposium
St. Martin
March 30, 2009

192. **Maintenance of Certification Part 2 – Learning and Self Assessment**
Society for Vascular Surgery Annual Meeting
Denver, Colorado
June 10, 2009

193. **Indications for Endovascular vs. Open Revascularization: Understanding TASC-2**
Essential Issues in Management of Lower Extremity Ischemia
American College of Surgeons
Chicago, Illinois
October 13, 2009

194. **Indications and Techniques for Renal Artery Balloon Angioplasty and Stenting**
Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 23, 2010

195. **Endovascular Treatment of Arterial Trauma**
Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 23, 2010

196. **My Worst Case – With a Bad Outcome**
Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 24, 2010

197. **Management of Asymptomatic Carotid Stenosis**
Joint Session of Society for Vascular Surgery and European Society for Vascular Surgery
Society for Vascular Surgery Annual Meeting
Boston, Massachusetts
June 12, 2010

198. **Complications** of **Retrievable IVC Filters and How to Prevent Them**
37th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center
Albert Einstein College of Medicine
New York, New York
November 19, 2010

199. **$CO_2$ Angiography Is Safe and Simple: How To Do it Effectively**
37th Annual Vascular and Endovascular Issues, Techniques, Horizons
Montefiore Medical Center
Albert Einstein College of Medicine
New York, New York
November 20, 2010

200. **AngioJet Thrombectomy and Power-Pulse Spray**
Technology Challenge Forum
Charing Cross Imperial College of Medicine Vascular Symposium
London, England
April 10, 2011

201. **The Pythagoras Study – US Study of the Aorfix Endograft in Highly Angle AAA Necks**
Congress of the Interventional Radiological Society of Europe - 2011
Munich, Germany
September 10, 2011

**Presentations at Regional, National, and International Scientific Meetings (continued)**

202. **What Does a 90 Degree Label Mean?**
Charing Cross Imperial College of Medicine Annual Symposium
London, England
April 16, 2012

203. **Rationale for eEVAR and Evidence of Clinical Effectiveness**
Medtronic eXpert eXchange Meeting
Practical Considerations for Establishing eEVAR Programs
San Francisco, California
September 9, 2012

204. **An Introduction and Highlights of the VESAP II Exam**
The 30th Annual UCLA Vascular Symposium
What's New in Vascular and Endovascular Surgery
Beverly Hills, California
September 10, 2012

205. **Rationale for REVAR and Evidence of Clinical Effectiveness**
Medtronic eXpert eXchange Meeting
Practical Considerations for Establishing REVAR Programs
New York City, New York
November 13, 2012

206. **Use of Pressure Wire and Co2 Angiography to Make Renal Artery Stenting Safer and Better**
39th Annual Vascular and Endovascular Issues, Techniques, Horizons
The Cleveland Clinic
New York, New York
November 16, 2012

207. **Options for LE Instent Restenosis:  Is Any One Really Effective?**
2nd Annual Congress of the International Society for Vascular Surgery
Miami, Florida
February 14, 2013

208. **EVAR for AAA Rupture Pathways**
2nd Annual Congress of the International Society for Vascular Surgery
Miami, Florida
February 16, 2013

209. **Should I Get Involved with Clinical Trials in My Practice?:  Understanding the Benefits and Risks**
Society for Clinical Vascular Surgery 41st Annual Symposium
Miami, Florida
March 15, 2013

210. **How to Establish a REVAR Program in Your Institution**
Medtronic Breakfast Symposium
Miami, Florida
March 15, 2013

211.    **Why I Was Reluctant To Treat Aneurysms With Angulated Necks With EVAR**
        Charing Cross Imperial College of Medicine Vascular Symposium
        London, England
        April 7, 2013


212.    **Endovascular Therapy in Lower Extremity Arterial Disease**
        Cherry Blossom Vascular Symposium
        Washington, DC
        April 26, 2013


213.    **Setting Up a STAT VASCULAR Program**
        Breakfast Symposium – Acute Aortic Syndromes and Vascular Trauma
        Society for Vascular Surgery
        San Francisco, California
        May 30, 2013


214.    **The Significance of a 90 Degree Neck Angle Indication for EVAR**
        Lombard Medical National Sales Training Symposium
        Phoenix, Arizona
        June 14, 2013

215.    **Expanding EVAR Safely and On-Label**
        British Society of Endovascular Therapy
        Warwick, England
        June 28, 2013

216.    **Challenging Anatomy for Aortic Endografting**
        40th Annual Vascular and Endovascular Issues, Techniques, Horizons
        The Cleveland Clinic
        New York, New York
        November 21, 2013

217.    **Tips and Tricks for Minimal Touch Techniques to Avoid Atheroembolization During Renal and Visceral PTA and Stenting**
        40th Annual Vascular and Endovascular Issues, Techniques, Horizons
        The Cleveland Clinic
        New York, New York
        November 22, 2013

218.    **Debate – What is the Best Treatment for Most Patients with Asymptomatic High Grade Carotid Stenosis CAS – A Surgeon's Interventionalist View**
        40th Annual Vascular and Endovascular Issues, Techniques, Horizons
        The Cleveland Clinic
        New York, New York
        November 22, 2013

219.    **EVAR in Emergencies:  Treating Ruptured AAA**
        Medtronic Dinner Event
        Pittsburg, Pennsylvania
        December 5, 2013

**Presentations at Regional, National, and International Scientific Meetings (continued)**

220. **The Rationale for Establishing an Acute Aorta Program**
Medtronic REVAR Course
Carlsbad, California
March 23, 2014

221. **Endovascular Repair of Ruptured Abdominal Aortic Aneurysms-When and How to Do It**
Breakfast Symposium – Opportunities to Improve the Outcome of Patients with Acute
Aortic Syndromes
Society for Vascular Surgery
Boston, Massachusetts
June 7, 2014

222. **Endovascular Management of Thoracic Aortic Aneurysm**
Cardiovascular Fellows' Bootcamp
Houston Methodist DeBakey Heart and Vascular Center
Houston, Texas
August 16, 2014

223. **Diagnosis and Management of DVT and PE**
Cardiovascular Fellows' Bootcamp
Houston Methodist DeBakey Heart and Vascular Center
Houston, Texas
August 16, 2014

224. **Catheter Placement and Management**
Cardiovascular Fellows' Bootcamp
Houston Methodist DeBakey Heart and Vascular Center
Houston, Texas
August 17, 2014

225. **Utilization of VESAP 2 Self-Learning Modules Improves Knowledge of Vascular Surgeons**
World Federation of Vascular Societies
Western Cape, South Africa
October 3, 2014

226. **Improving EVAR Outcomes in Challenging AAA Anatomy**
World Federation of Vascular Societies
Western Cape, South Africa
October 4, 2014

227. **What Is Currently The Best Information About The Significance Of TypeType 2 Endoleaks:
How Are They Best Diagnosed And Treated**
41st Annual Vascular and Endovascular Issues, Techniques, Horizons
The Cleveland Clinic
New York, New York
November 18, 2014

**Presentations at Regional, National, and International Scientific Meetings (continued)**

228. **Does A Fixed Protocol For Treating Ruptured AAAs By EVAR Improve Outcomes: Based On A Prospective Multicenter Registry Results**
     41st  Annual Vascular and Endovascular Issues, Techniques, Horizons
     The Cleveland Clinic
     New York, New York
     November 19, 2014

229. **Diagnosis of Endoleaks:  Optimum Imaging & Surveillance Frequency**
     Society for Vascular Surgery – Postgraduate Course
     Chicago, Illinois
     June 17, 2015

230. **Continuing Vascular Education and Its Worldwide Application**
     Society for Vascular Surgery – World Federation of Vascular Societies Meeting
     Chicago, Illinois
     June 20, 2015

231. **Importance Of An Office Based Practice To SVS Members And Vascular Surgeons:  How Can The Conflict Of Interest (COI) Issue Be Dealt With Fairly?**
     42nd Annual Vascular and Endovascular Issues, Techniques, Horizons
     The Cleveland Clinic
     New York, New York
     November 17, 2015

232. **Techniques and approaches to address endoleaks: Should we selectively treat some Type II endoleaks concomitantly with EVAR?**
     24th Annual Pennsylvania Hospital Vascular Symposium
     Philadelphia, Pennsylvania
     April 8, 2016

233. **Debate:  Endovascular techniques should be utilized first for CLI patients with bypass reserved as a secondary strategy (Pro)**
     Society for Vascular Surgery Postgraduate Course
     National Harbor, Maryland
     June 8, 2016

234. **What are predictors of bad outcomes after CAS; After CEA:  They are not the same**
     43rd Annual Vascular and Endovascular Issues, Techniques, Horizons
     The Cleveland Clinic
     New York, New York
     November 18, 2016

235. **A surgeon's view of the BASIL trial**
     25th Annual Pennsylvania Hospital Vascular Symposium
     Philadelphia, Pennsylvania
     April 7, 2017

236. **Where oh where is the clot coming from?**
     **Worst cases don't have to end badly**
     Society for Vascular Surgery, Vascular Annual Meeting
     San Diego, California
     May 31, 2017

**Presentations at Regional, National, and International Scientific Meetings (continued)**

237. **Active Endovascular Treatment of Acute Iliofemoral DVT is Preferred over Conservative Treatment (con)**
SVS/ESVS Debates
European Society for Vascular Surgery Meeting
Lyon, France
September 22, 2017

238. **BASIL and beyond:  Open vs. endovascular revascularization for PAD in 2018**
26th Annual Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 13, 2018

239. **Can we modulate hypertension through the carotid bulb?**
Joint Meeting of 15th Annual Pittsburgh Vascular Symposium/
19th Surgical and Radiological Endovascular Symposium (SRES)
Pittsburgh, Pennsylvania
May 24, 2018

240. **Drug elution:  A game changer or not?**
Joint Meeting of 15th Annual Pittsburgh Vascular Symposium/
19th Surgical and Radiological Endovascular Symposium (SRES)
Pittsburgh, Pennsylvania
May 25, 2018

241. **Debate:  With ectatic common iliac arteries during EVAR, bell bottom techniques are a good treatment in what circumstances:  It is simpler and cheaper**
45th Annual VEITH Symposium on Vascular and Endovascular Issues
The Cleveland Clinic
New York, New York
November 13, 2018

242. **The Mobius HD intra-arterial implant (from Vascular Dynamics) to stimulate baroreceptor activity and lower BP (The CALM 2-Trial):  How does it work and results to date.**
45th Annual VEITH Symposium on Vascular and Endovascular Issues
The Cleveland Clinic
New York, New York
November 14, 2018

243. **Balancing morbidity, durability and cost in treating PAD**
27th Annual Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 26, 2019

244. **Update on the Paclitaxel Mortality Signal**
Society for Vascular Surgery, Vascular Annual Meeting
National Harbor, Maryland
June 13, 2019

245. **Why good outcomes are no longer good enough**
Stanley Crawford Critical Issues Forum
Society for Vascular Surgery, Vascular Annual Meeting
National Harbor, Maryland
June 13, 2019

246. **The FDA Panel on the Paclitaxel Mortality Signal**
Gulf Coast Vascular Society
New Orleans, Louisiana
October 5, 2019

247. **Comparative Effectiveness of Lower Extremity Revascularization**
China Endovascular Conference
Beijing, China
November 1, 2019

248. **Current Evidence Around the Paclitaxel Mortality Signal**
China Endovascular Conference
Beijing, China
November 1, 2019

249. **The SVS Position on the Paclitaxel Mortality Signal**
VEITH Meeting
New York City, New York
November 20, 2019

**Author of Peer Reviewed Papers Presented at Scientific Meetings**

1. Woodcock JP, Hodgson KJ, MacGregor A, Shedden EJ, Owen GM.  Ultrasonic imaging of the thyroid.  Presented at the British Medical Ultrasound Society Meeting, Southampton, England, 1985.

2. Hodgson KJ, Woodcock JP, Owen GM, Shedden EJ, MacGregor A, Lazarus J, Wheeler MH.  Ultrasonic measurement of thyroid blood flow in health and disease.  Presented at the Sixth Joint Meeting of the British Endocrine Societies, March 1987.

3. Spadone DP, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Contralateral internal carotid artery stenosis or occlusion:  Pitfall of correct ipsilateral classification.  Presented at the 13th Annual Meeting of the Midwestern Vascular Surgical Society, Chicago, Illinois, September 29, 1989.

4. Londrey GL, Hodgson KJ, Spadone DP, Ramsey DE, Barkmeier LD, Sumner DS.  Initial experience with color-flow duplex scanning of infrainguinal bypass grafts.  Presented at the Annual Meeting of the Southern Association for Vascular Surgery, Acapulco, Mexico January 26, 1990.

5. Londrey GL, Ramsey DE, Hodgson KJ, Barkmeier LD, Sumner DS.  Infrapopliteal bypass for severe ischemia:  Comparison of autogenous vein, composite, and prosthetic grafts.  Presented at the 14th Annual Meeting of the Midwestern Vascular Surgical Society, Toledo, Ohio, September 14, 1990.

6. Londrey GL, Spadone DP, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS.  Does color flow imaging improve the accuracy of duplex carotid evaluation?  Presented at the 14th Annual Meeting of the Midwestern Vascular Surgical Society, Toledo, Ohio, September 15, 1990.

7. Mattos MA, Londrey GL, Hodgson KJ, Leutz DW, Stauffer ES, Sumner DS.  Color flow duplex scanning for the surveillance and diagnosis of acute deep venous thrombosis.  Presented at the Forty-fifth Annual Meeting of the Society for Vascular Surgery, Boston, Massachusetts, June 5, 1991.

8. Mattos MA, Hodgson KJ, Londrey GL, Barkmeier LD, Ramsey DE, Sumner DS:  Carotid endarterectomy:  Operative risks, recurrent stenosis, and long term stroke rates in a modern series.  Presented at the Twentieth Annual Meeting of the International Society for Cardiovascular Surgery, Amsterdam, Holland, September 6, 1991.

9. Mattos MA, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS.  Identifying total carotid occlusion with color-flow duplex scanning.  Presented at the 5th Annual Meeting of the European Society for Vascular Surgery, Warsaw, Poland, September 26, 1991.

10. Mattos MA, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Internal carotid artery occlusion:  Operative risks and long-term stroke rates after contralateral carotid endarterectomy.  Presented at the Forty-ninth Annual Meeting of the Central Surgical Association, Madison, Wisconsin, March 5, 1992.

11. Leutz DW, Stauffer ES, Sumner DS, Hodgson KJ, Mattos MA.  Deep venous thrombosis in patients undergoing total hip and knee arthroplasty: Incidence and diagnostic accuracy of color flow duplex Doppler scanning.  Presented at the American Orthopaedic Association 1992 Residents' Conference, Ann Arbor, Michigan, March 11, 1992.

12.   Mattos MA, van Bemmelen PS, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS.  Does correction of stenoses identified with color duplex scanning improve infrainguinal graft patency?  Presented at the Forty-sixth Annual Meeting of the Society for Vascular Surgery, Chicago, Illinois, June 8, 1992.

13.   Mattos MA, van Bemmelen PS, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Routine surveillance after carotid endarterectomy:  Does it affect clinical management?  Presented at the Sixteenth Annual Meeting of the Midwestern Vascular Surgical Society, Cleveland, Ohio, September 11, 1992.

14.   Mattos MA, van Bemmelen PS, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  The influence of carotid siphon stenosis on short and long term outcome following carotid endarterectomy:  Fact or fiction?  Presented at the Sixteenth Annual Meeting of the Midwestern Vascular Surgical Society, Cleveland, Ohio, September 12, 1992.

15.   van Bemmelen PS, Mattos MA, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Does air plethysmography correlate with duplex scanning in patients with chronic venous insufficiency?  Presented at the American Venous Forum, New Orleans, October 12, 1992.

16.   Corcoran J, Kerwin A, Barkmeier LD, Hodgson KJ.  Salvage of infected, exposed, infrainguinal bypass grafts.  Presented at the Third Annual Meeting of the Peripheral Vascular Surgery Society, Breckenridge, Colorado, January 23, 1993.

17.   van Bemmelen PS, Mattos MA, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Effect of intermittent compression on arterial blood flow. Presented at the Seventeenth Annual Meeting of the Southern Association for Vascular Surgery, Fort Lauderdale, Florida, January 28 - 31, 1993.

18.   Faught WE, Mattos MA, Sumner DS, Ramsey DE, Hodgson KJ, Barkmeier LD.  Presentation and natural history of internal carotid artery occlusion.  Presented at the Seventeenth Annual Meeting of the Southern Association for Vascular Surgery, Fort Lauderdale, Florida, January 31, 1993.

19.   van Bemmelen PS, Mattos MA, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Does air plethysmography correlate with duplex scanning in patients with chronic venous insufficiency?  Presented at the Fifth Annual Meeting of the American Venous Forum, Lake Buena Vista, Florida, February 25, 1993.

20.   van Bemmelen PS, Mattos MA, Faught WE, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Augmentation of blood flow in limbs with occlusive arterial disease by intermittent calf compression.  Presented at the 47th Annual Meeting of the Society for Vascular Surgery, Washington D.C., June 7 - 9, 1993.

21.   Faught WE, Mattos MA, van Bemmelen PS, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Color-flow duplex scanning of carotid arteries:  New velocity criteria based on ROC analysis for threshold stenoses used in the symptomatic and asymptomatic carotid trials.  Presented at the 17th Annual Meeting of the Midwestern Vascular Surgical Society, Chicago, Illinois, September 10, 1993.

22.   Mattos MA, Hodgson KJ, Faught WE, Mansour A, Barkmeier LD, Ramsey DE, Sumner DS.  Carotid endarterectomy without angiography:  Is color-flow duplex scanning sufficient?  Presented at the 51st Annual Meeting of the Central Surgical Association, Chicago, Illinois, March 5, 1994.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

23.    Mansour MA, Mattos MA, Faught WE, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. The natural history of 50%-79% internal carotid artery stenosis in symptomatic and asymptomatic patients. Presented at the 48th Annual Meeting of the Society for Vascular Surgery/International Society for Cardiovascular Surgery, Seattle, Washington, June 8, 1994.

24.    Mattos MA, Modi JR, Mansour MA, Mortenson D, Karich T, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Evolution of carotid endarterectomy in two community hospitals: Springfield revisited - 17 years and 2300 operations later. Presented at the 18th Annual Meeting of the Midwestern Vascular Surgery Society, Cincinnati, Ohio, September 23, 1994.

25.    Mattos MA, Markwell S, Mansour MA, Hood D, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Benefits of carotid endarterectomy opposite an occluded internal carotid artery: A meta-analysis. Presented at the 18th Annual Meeting of the Midwestern Vascular Surgery Society, Cincinnati, Ohio, September 23, 1994.

26.    Mansour MA, Mattos MA, Hood DB, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Detection of the string sign by color flow duplex scanning. Presented at the 23rd Annual Meeting of the Society for Clinical Vascular Surgery, Ft. Lauderdale, Florida, March 24, 1995.

27.    Hodgson KJ, Mattos MA, Mansour MA, Hood DB, Barkmeier LD, Ramsey DE, Sumner DS. Incorporation of endovascular training into a vascular fellowship program: Vascular surgeons teaching vascular surgeons. Presented at the 23rd Annual Meeting of the Society for Clinical Vascular Surgery, Ft. Lauderdale, Florida, March 24, 1995.

28.    Hood DB, Mattos MA, Mansour A, Ramsey DE, Barkmeier LD, Hodgson, KJ, Sumner DS: Prospective evaluation of new duplex criteria to identify 70% internal carotid artery stenosis. Presented at the Forty-ninth Annual Meeting of the Society for Vascular Surgery, New Orleans, Louisiana, June 12, 1995.

29.    Mattos MA, Sumner DS, Mansour MA, Hood DB, Hodgson KJ, Barkmeier LD, Ramsey DE: Natural history of postoperative transient ischemic attacks following carotid endarterectomy. Presented at the Nineteenth Annual Meeting of the Midwestern Vascular Surgical Society, Chicago, Illinois, September 23, 1995.

30.    Mattos MA, Melendres G, Sumner DS, Hood DB, Hodgson KJ, Barkmeier LD, Ramsey DE: The incidence and distribution of calf vein thrombosis in patients with symptomatic deep venous thrombosis: A color-flow duplex study. Presented at the Eighth Annual Meeting of the American Venous Forum, San Diego, California, February 22, 1996.

31.    Hood DB, Mattos MA, Douglas MG, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS: Determinants of success of color-flow duplex-guided compression repair of femoral pseudoaneurysms. Presented at the Fifty-third Annual Meeting of the Central Surgical Association. Minneapolis, Minnesota, March 8, 1996.

32.    Mattos MA, Hodgson KJ, Douglas MG, Hood DB, Barkmeier LD, Ramsey DE, Sumner DS. Correlation of early angiographic success and hemodynamic changes on long-term success rates after balloon angioplasty of the femoral-popliteal artery. Presented at the 10th Annual Meeting of the European Society of Vascular Surgery, Venice Italy, September 13, 1996.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

33.    Mattos MA, Hodgson KJ, Mansour MA, Hood DB, Douglas MG, Barkmeier LD, Ramsey DE, Sumner DS.  The influence of various endovascular reporting standards on short and long-term success rates:  A femoropopliteal balloon angioplasty study.  Presented at the 20th Annual Meeting of the Midwestern Vascular Surgical Society, St. Louis, Missouri, September 27, 1996.

34.    Barkmeier LD, Mansour MA, Douglas MG, Hood DB, Mattos MA, Hodgson KJ, Ramsey DE, Sumner DS.  Local anesthesia for infrainguinal arterial reconstruction.  Presented at the 25th Annual Meeting of the Society of Clinical Vascular Surgery, Naples, Florida, March 16, 1997.

35.    Hurlbert SN, Mattos MA, Henretta JL, Ramsey DE, Barkmeier LD, Hodgson KJ, Sumner DS. Long-term patency rates, complications, and cost-effectiveness of polytetraflouroethylene (PTFE) grafts for hemodialysis access: A prospective study comparing Gore versus Impra. Twenty-third World Congress, The International Society for Cardiovascular Surgery, London, England, September 23, 1997.

36.    Henretta, JP, Mattos, MA, Hodgson KJ, Hurlbert, SN, Sternbach Y, Ramsey DE, Sumner DS. Treatment of acute external iliac artery dissection and retroperitoneal hemorrhage with the Wallstent (Case Presentation). Presented at the 8th Annual Winter Meeting of the Peripheral Vascular Surgery Society, Breckenridge, Colorado, January 16-18, 1998.

37.    Henretta JP, Hodgson KJ, Mattos MA, Hurlbert SN, Sternbach Y, Ramsey DE, Sumner DS. Endovascular repair of abdominal aortic aneurysms: The SIU experience. Presented at the 48th Annual Meeting of the Illinois Chapter of the American College of Surgeons, Galena, Illinois, June 5-6, 1998.

38.    Zarins CK, White RA, Schwarten DE, Kinney EV, Diethrich EB, Hodgson KJ: Medtronic AneuRx stent graft system versus open surgical repair of AAA: Multicenter clinical trial. Presented at the 52nd Annual Meeting of the Society for Vascular Surgery/International Society for Cardiovascular Surgery, San Diego, California, June 7-10, 1998.

39.    Sternbach Y, Mattos MA, Hodgson KJ, Henretta JL, Hurlbert SN, Ramsey DE, Sumner DS. Clinical impact of endovascular surgery on the practice patterns of vascular surgeons. Presented at the 22nd Annual Meeting of the Midwestern Vascular Surgical Society, Dearborn, Michigan, September 25, 1998.

40.    Henretta JL, Hodgson KJ, Mattos MA, Hurlbert SN, Sternbach Y, Ramsey DE, Sumner DS. Feasibility of endovascular repair of abdominal aortic aneurysms under local anesthesia. Presented at the 22nd Annual Meeting of the Midwestern Vascular Surgical Society, Dearborn, Michigan, September 25, 1998.

41.    Henretta JL, Hurlbert SN, Mattos MA, Hodgson KJ. Endovascular repair of ruptured abdominal aortic aneurysm. Presented at the 9th Annual Meeting of the Peripheral Vascular Surgery Society, Park City, Utah, January 16, 1999.

42.    Henretta JL, Mattos MA, Karch L, Sumner DS, Hodgson KJ: Prospective patient analysis for endovascular repair of abdominal aortic aneurysm.  Presented at the Twenty-third Annual Meeting of the Southern Association for Vascular Surgery, Naples, Florida, January 30, 1999.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

43. Henretta JP, Mattos MA, Karch LA, Ramsey DE, McLafferty RB, Hodgson KJ: Special iliac artery considerations during aneurysm endografting. Presented at theTwenty-seventh Annual Symposium on Vascular Surgery, the Society for Clinical Vascular Surgery, Lake Buena Vista, Florida, March 28, 1999.

44. Karch LA, Henretta JP, Mattos MA, Ramsey DE, McLafferty RB, Hodgson KJ: Algorithm for diagnosis and treatment of endoleaks. Presented at the Twenty-seventh Annual Symposium on Vascular Surgery, the Society for Clinical Vascular Surgery, Lake Buena Vista, Florida, March 28, 1999.

45. White RA, Hodgson KJ,(Co-authors are PI's at each investigation site): AneuRx Phase II Clinical Results: Endovascular Repair vs. Open Surgical Repair. Presented at the Advisory Council Meeting, Washington, D.C., June 23, 1999.

46. Zarins CK, White RA, Hodgson KJ, Schwarten D, Fogarty TJ: Endoleak as a predictor of outcome following endovascular aneurysm repair: AneuRx multicenter clinical trial. Presented at the Western Vascular Society Meeting, September 1999.

47. Karch LA, Mattos MA, Henretta JP, Ramsey DE, McLafferty RB, Hodgson KJ. Clinical failure following percutaneous transluminal angioplasty of the femoropopliteal artery. Presented at the 23rd Annual Meeting of the Midwestern Vascular Surgery Society, Chicago, Illinois, September 24-25, 1999.

48. McLafferty RB, Dunnington GL, Mattos MA, Henretta JP, Ramsey DE, Karch LA, Markwell SJ, Hodgson KJ, Sumner DS. Factors affecting diagnosis of peripheral vascular disease (PVD) prior to vascular surgery referral. Presented at the 23rd Annual Meeting of the Midwestern Vascular Surgery Society, Chicago, Illinois, September 24-25, 1999.

49. Mattos MA, Davies SL, Markwell S, McLafferty RB, Ramsey DE, Hodgson KJ, Sumner DS. Prospective validation of the SVS/ISCVS risk factor assessment score and clinical criteria for the diagnosis of acute deep venous thrombosis. Presented at the 12th Annual Meeting of the American Venous Forum, Phoeniz, Arizona, February 4, 2000.

50. Bohannon WT, Mattos MA, Flemming J, Markwell SJ, Karch LA, McLafferty RB, Ramsey DE, Hodgson KJ, Sumner DS. Etiology, prevalence, and distribution of upper extremity deep venous thrombosis. Presented at the 12th Annual Meeting of the American Venous Forum, Phoenix, Arizona, February 6, 2000.

51. Karch LA, Mattos MA, Bohannon WT, Ramsey DE, McLafferty RB, Hodgson KJ. Internal Iliac Artery Occlusion During Endovascular Repair of Abdominal Aortic Aneurysms. Presented at the 28th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery, Rancho Mirage, California, March 17, 2000.

52. Karch LA., Mattos, MA, Bohannon, WT, Ramsey, DE, McLafferty, RB, Hodgson, K.J: Technical considerations in the angiographic delineation of endoleaks following endovascular abdominal aortic aneurysm repair. Presented at the Society for Clinical Vascular Surgery, 28th Annual Symposium on Vascular Surgery, Rancho Mirage, California, March 15-19, 2000.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

53.     Karch LA, Hodgson, KJ, Mattos, MA, Bohannon, WT, McLafferty, RB, Ramsey, DE: Management of ectatic non-aneurysmal iliac arteries during endoluminal aortic aneurysm repair.  Presented at the 48th Annual Meeting of the NA-ISCVS/54th Annual Meeting of the SVS, Breakfast session – Endovascular AAA repair II, Toronto, Ontario, Canada, June 13, 2000.

54.     Davies SL, Mattos MA, Markwell SJ, McLafferty RB, Ramsey DE, Hodgson KJ:  Prevalence of acute deep venous thrombosis and appropriate indications for the use of color-flow duplex scanning in patients with suspected pulmonary embolism.  Presented at the Society for Vascular Technology 23rd Annual Conference, Orlando, Florida, August 5, 2000.

55.     McLafferty RB, Church MP, Oltman TT. Liesen DP, Mattos MA, Ramsey DE, Hodgson KJ: Trends in non-invasive vascular test utilization.  Presented at the Society for Vascular Technology 23rd Annual Conference, Orlando, Florida, August 3, 2000.

56.     Mattos MA, Hodgson KJ, Dunnington GL.  Impact of an academic surgical-based endovascular training program on the operative vascular surgical experience of general surgery residents and vascular surgery fellows.  Presented at the Association for Program Directors in Vascular Surgery, October 22, 2000.

57.     Crouch DS, McLafferty RB, Henretta J, Karch LA, Mattos MA, Ramsey DE, Hodgson KJ:  A prospective study of discharge disposition after vascular surgery.  Presented at the 24th annual Meeting of the Midwestern Vascular Surgical Society, Scottsdale, Arizona, November 8, 2000.

58.     Lehman J, Mattos MA, McLafferty RB, Karch LA, Hodgson KJ:  Technical success and anatomic patency of percutaneous transluminal angioplasty and stent placement for renal artery disease.  Presented at the Midwest Student Biomedical Research Forum XXXII, Omaha, Nebraska, February 17, 2001.

59.     Bohannon WT, McLafferty RB, Chaney S, Mattos MA, Karch LA, Ramsey DE, Hodgson KJ: Outcome of venous stasis ulceration when complicated by arterial occlusive disease. Presented at the 13th Annual Meeting of the American Venous Forum, Ft. Myers, Florida, February 23, 2001.

60.     Bohannon WT, Hodgson KJ, Parra JR, Mattos MA, Karch LA, Ramsey DE, McLafferty RB: Endovascular management of the iliac limb occlusion of bifurcated aortic endografts. Presented at the Society for Clinical Vascular Surgery 29th Annual Symposium on Vascular Surgery, Boca Raton, Florida, April 6, 2001.

61.     Lehman J, Mattos MA, McLafferty RB, Karch LA, Hodgson KJ:  Technical success and anatomic patency of percutaneous transluminal angioplasty and stent placement for renal artery disease.  Presented at the 2001 National Student Research Forum, Galveston, Texas, April 9, 2001.

62.     Mattos MA, Sumner DS, Bohannon WT, Parra J, McLafferty RB, Karch LA, Ramsey DE, Hodgson KJ: Carotid Endarterectomy in Women: Challenging the Results from ACAS and NASCET. Presented at the 21st Annual Meeting of the American Surgical Association, Colorado Springs, CO, April 26-28, 2001.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

63. McLafferty RB, Mattos MA, Karch LA, Bohannon WT, Parra JR, Ramsey DE, Hodgson KJ: The utility of color-flow duplex scanning for the detection of endoleaks. Presented at the 55th Annual Meeting of the Society for Vascular Surgery/49th Annual Meeting of the AAVS, Breakfast Session, Baltimore, Maryland, June 10-13, 2001.

64. Fillinger MF, Beach M, White RA, Hodgson KJ, Zarins CK, Fogarty TJ: Predictors of poor outcomes following endovascular AAA repair. Presented at the 55th Annual Meeting of the Society for Vascular Surgery/49th Annual Meeting of the AAVS, Breakfast Session, Baltimore, Maryland, June 11, 2001.

65. Zairns CK, Crabtree T, Fillinger MF, Block DA, White RA, Hodgson KJ, Fogarty TJ: Endovascular aneurysm repair in women. Presented at the 55th Annual Meeting of the Society for Vascular Surgery/49th Annual Meeting of the AAVS, Breakfast Session, Baltimore, Maryland, June 11, 2001.

66. Veith FJ, Baum RA, Ohki T, Amor M, Hodgson KJ, et al: Nature and significance of endoleaks and endotension: Current status based on a consensus of opinion leaders. Presented at the Presented at the 55th Annual Meeting of the Society for Vascular Surgery/49th Annual Meeting of the AAVS, Baltimore, Maryland, June 11, 2001.

67. Bohannon WT, Mattos MA, Karch LA, McLafferty RB, Ramsey DE, Hodgson KJ: Management of proximal common iliac artery stenoses using "kissing balloon" percutaneous transluminal angioplasty. Presented at the 25th World Congress, International Society for Cardiovascular Surgery, Cancun, Mexico, September 13, 2001.

68. Mattos MA, McLafferty RB, Karch LA, Bohannon WT, Ramsey DE, Hodgson KJ: A prospective comparison of the diagnosis, prevalence, and distribution of acute deep venous thrombosis in outpatients and inpatients. Presented at the 25th Annual World Congress, International Society for Cardiovascular Surgery, Cancun, Mexico, September 11, 2001.

69. Mattos MA, Jackson A, Markwell S, McLafferty RB, Karch LA, Ramsey DE, Hodgson KJ: Clinical outcome in mild (16-49%) internal carotid artery disease in symptomatic, nonhemispheric, and asymptomatic patients. Presented at the Midwestern Vascular Surgical Society, Chicago, Illinois, September 21-22, 2001.

70. Solis MM, Mattos MA, Hodgson KJ, Karch LA, McLafferty RB: Secondary interventions in the management of endoleak. Presented at the Midwestern Vascular Surgical Society, Chicago, Illinois, September 21-22, 2001.

71. Solis MM, Ayerdi J, Babcock GA, McLafferty RB, Gruneiro LA, Hodgson KJ: Mechanisms of failure in the treatment of Type II endoleak by coil embolization. Presented at the Southern Association for Vascular Surgery, Miami, Florida, January 19, 2002.

72. Fullerton JK, McLafferty RB, Solis MM, Gruneiro LA, Ramsey DE, Hodgson KJ: Are the dialysis outcome quality initiative guidelines feasible for hemodialysis access? Presented at the Peripheral Vascular Surgery Society Meeting, Breckenridge, Colorado, February 1, 2002.

73. Parra JR, Solis MM, Gruneiro LA, Ayerdi J, Bohannon WT, Hodgson KJ: Outcomes of mechanical thrombolysis using the AngioJet rheolytic thrombectomy system. Presented at the Peripheral Vascular Surgery Society Meeting, Breckenridge, Colorado, February 3, 2002.

74.    Fillinger MF, Beach M, White RA, Hodgson KJ, Zairns CK, Allen R, Fogarty TJ:  Morphologic factors associated with endograft failure.  Presented at the International Congress XV Endovascular Interventions, Phoenix, Arizona, February 11, 2002.

75.    Ayerdi J, McLafferty RB, Solis MM, Gruneiro LA, Ramsey DE, Parra JR, Hodgson KJ: Indications and outcomes of patients in the Phase III trial versus commercial AneuRx. Presented at the Society for Clinical Vascular Surgery Meeting, Las Vegas, Nevada, March 15, 2002.

76.    Parra JR, Hodgson KJ, Bohannon WT, Ayerdi J, McLafferty RB, Solis MM, Gruneiro LA, Ramsey DE:  The etiology of proximal seal zone failure in abdominal aortic endografts. Presented at the Society for Clinical Vascular Surgery Meeting, Las Vegas, Nevada, March 15, 2002.

77.    Nehler MR, Mueller RJ, McLafferty RB, Johnson S, Nussbaum J, Mattos MA, Whitehall TA, Ramsey DE, Krupski WC, Hodgson KJ:  Outcome of catheter directed thrombolysis for lower extremity arterial bypass occlusion.  Presented at the Society for Vascular Surgery/American Association for Vascular Surgery Meeting, Boston, Massachusetts, June 10, 2002.

78.    Parra JR, Ayerdi J, Solis MM, McLafferty RB, Gruneiro LA, Ramsey DE, Hodgson KJ. Anesthetic technique and outcomes of aortic endografting.  Presented at the Midwestern Vascular Surgical Society Meeting, Madison, Wisconsin, September 13, 2002.

79.    Danetz JS, McLafferty RB, Ayerdi J, Gruneiro LA, Ramsey DE, Hodgson KJ.  Non-selective and selective venography prior to caval filter placement:  Evidence for more not less. Presented at the 15th Annual American Venous Forum, Cancun, Mexico, February 21, 2003

80.    Gruneiro LA, McLafferty RB, Ayerdi J, Parra JR, Solis MM, Hodgson KJ.  Renal preservation following renal artery angioplasty.  Presented at the Society for Clinical Vascular Surgery Meeting, Miami, Florida, March 8, 2003.

81.    Parra JR, Lee C, Hodgson KJ, Perler BA.  Aneurysm sac abscess:  Endograft infection leading to rupture of an aortic aneurysm.  Presented at the Eastern Vascular Society Meeting, New York, New York, May 3, 2003.

82.    Danetz JS, McLafferty RB, Schmittling ZC, Lee C, Ayerdi J, Ramsey DE, Hodgson KJ.  A prospective evaluation of complications following diagnostic and therapeutic endovascular procedures performed by vascular surgeons.  Presented at the Society for Vascular Surgery Meeting, Anaheim, California, June 4, 2004.

83.    Schmittling ZC, McLafferty RB, Danetz JS, Ramsey DE, Hodgson KJ.  Overestimation of carotid stenosis in the era of carotid stenting.  Presented at the Midwestern Vascular Surgery Society Meeting, Omaha, Nebraska, September 10, 2004.

84.    McLafferty RB, Jackson A, Ramsey DE, Zakaria AM, Hodgson KJ.  Health-related quality of life in patients participating in the AneuRx Phase II Trial.  Presented at the Society for Clinical Vascular Surgery Meeting, Coral Gables, Florida, March 9, 2005.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

85. Chung J, Salter K, Hopley CC, Peyton BD, Whitehill TC, Ramsey DE, Hodgson KJ, Hiatt WR, McLafferty RB, Nehler MR.  Morbidity and Function Following infrainguinal bypass for critical limb ischemia.  Presented at the Western Vascular Society Meeting, Park City, Utah, September 27, 2005.

86. Hussain SM, McLafferty RB, Passman MA, Ramsey DE, Hodgson KJ.  Establishment of a varicose vein center in a tertiary vascular surgery practice:  Urban versus rural differences.  Presented at Peripheral Vascular Surgery Society Meeting, Park City, Utah, January 27, 2006.

87. Sauve KJ, Ayerdi J, Edwards MS, Stafford JM, Craven BL, Geary RL, Plonk GW, Hodgson KJ, McLafferty RB, Hansen KJ.  Removable inferior vena cava filters and vena cava thrombosis.  Presented at the Society for Clinical Vascular Surgery Symposium, Las Vegas, Nevada, March 10, 2006.

88. McLafferty RB, Pryor R, Ramsey DE, Zakaria A, Johnson C, Hodgson KJ.  Results of a comprehensive follow-up program to enhance arteriovenous fistula maturation.  Presented at the Society for Clinical Vascular Surgery Symposium, Las Vegas, Nevada, March 10, 2006.

89. Johnson CM, Gerberi M, McLafferty RB, Ramsey DE, Hodgson KJ.  Preservation of renal allografts during abdominal aortic aneurysm repair.  Presented at the Society for Clinical Vascular Surgery Symposium, Orlando, Florida, March 23, 2007.

90. Crowner JR, McLafferty RB, Moore CJ, Hood D, Ramsey DR, and Hodgson KJ.  Complications from percutaneous access of upper extremity arteries for endovascular procedures.  Presented at the Midwestern Vascular Surgical Society Meeting, Chicago, IL, September 12, 2009.

91. Eidt JF, Mills J, Gahtan V, Hodgson KJ, Jordan WD, Kent KC, Rhodes RS, Ricotta JJ, Sidawy AN, Valentine RJ.  Vascular Surgery Board analysis of the surgical operative experience of trainees and practicing vascular surgeons.  Presented at the Society for Vascular Surgery Meeting, Boston, MA, June 12, 2010.

92. Fillinger MF for the Pythagoras Investigators.  The Pythagoras U.S. clinical trial of the Aorfix endograft for endovascular AAA repair (EVAR) with highly-angulated aortic necks.  Presented at the Society for Vascular Surgery Meeting, Washington, D.C., June 9, 2012.

93. Koch SE, Hood DB, Whitaker TA, Pan J, Ramsey DE and Hodgson KJ.  Increased retrieval rate after implementation of a standardized protocol for follow-up after inferior vena cava filter placement.   Presented at the Society for Clinical Vascular Surgery Meeting, Carlsbad, CA, March 21, 2014.

94. Dua A, Safarik J, Satani R, Pan J, Hood D, Hodgson K, Desai S.  Impact of physician specialty and operator experience upon outcomes following EVAR.  Presented at the Society for Clinical Vascular Surgery Meeting, Miami, Florida, March 30, 2015.

95. Andre J, Nolte N, Pan J, Hood D, Hodgson K, Desai S.  Impact of physician specialty upon outcomes following TEVAR.   Presented at the Society for Clinical Vascular Surgery meeting, Miami, Florida, March 30, 2015.

96. Caldwell K, Koch S, Khan I, Pan J, Hood D, Hodgson K, Desai S.  Impact of surgical specialty and operator experience upon outcomes following carotid endarterectomy.  Presented at the Society for Clinical Vascular Surgery meeting, Miami, Florida, March 31, 2015.

**Author of Peer Reviewed Papers Presented at Scientific Meetings (continued)**

97. McGillicuddy EA, Fillinger MF, Robinson WP, Hodgson KJ, Jordan WD, Beck AW, Malas MB, Belkin M.  High angulation and short neck length do not impact AAA sac expansion after repair using the Lombard Aorfix device.   Presented at the Society for Vascular Surgery meeting, Chicago, Illinois, June 20, 2015.

98. Desai SS, Koch SE, Lee CJ, Pan J, Hood DB, Hodgson KJ.  Delay in transfer adversely impacts mortality and cost of care in patients with ruptured AAA.   Presented at Midwestern Vascular Surgery Society meeting, Chicago, Illinois, September 11, 2015.

99. Desai SS, Roberts T, Wilkerson J, Pan J, Hood DB, Hodgson KJ.  Carotid artery stenting outcomes are significantly worse compared to endarterectomy at one year.   Presented at Society for Clinical Vascular Surgery Society meeting, Las Vegas, Nevada, March 14, 2016.

100. Desai SS, Koch SE, Pan J, Hood DB, Hodgson KJ.  Long-term improvement in outcomes following carotid endarterectomy is associated with statin use.  Presented at Society for Clinical Vascular Surgery Society meeting, Las Vegas, Nevada, March 16, 2016.

101. Malas M, Hicks C, Jordan WD, Hodgson KJ, Mills JL, Makaroun M, Fillinger M.  Long-term outcomes of the Pythagoras U.S. clinical trial of the Aorfix endograft for EVAR in patients with highly angulated aortic necks.   Presented at Society for Vascular Surgery meeting, National Harbor, Maryland, June 11, 2016.

102. Caldwell K, Hasanadka R, Hood D, Whitaker T, Bohannon T, Henretta J, Chaer R, Ouriel K, Hodgson K.  Implementation of Ruptured Aorta Centers of Excellence (RACE) algorithm decreases hospital length of stay.  Presented at Midwestern Vascular Surgery Society meeting, Chicago, Illinois, September 8, 2017.

103. Holscher C, Wang P, Deery S, Abularrage C, Hodgson K, Makary M, Hicks C.  Use of atherectomy During Index Revascularization for Peripheral Arterial Disease Among Medicare Beneficiaries.  Presented at SVS-ONLINE June 25, 2020.

**Poster Presentations**

1.  Hurlbert SN, Mattos MA, Barkmeier LD, Hodgson KJ, Ramsey DE, Henretta JP, Sumner DS: Natural history of polytetraflouroethylene (PTFE) hemodialysis grafts after the first thrombotic event. Presented at the Twenty-sixth Annual Symposium of the Society for Clinical Vascular Surgery. Coronado, California, March 25-29, 1998.

2.  Henretta JP, Hodgson KJ, Mattos MA, Barkmeier LD, Ramsey DE, Hurlbert SN, Sternbach Y, Sumner DS: Prospective patient analysis for endovascular repair of abdominal aortic aneurysm. Presented at the Twenty-sixth Annual Symposium of the Society for Clinical Vascular Surgery. Coronado, California, March 25-29, 1998.

3.  Henretta JP, Hodgson KJ, Mattos MA, Ramsey DE, Hurlbert SN, Sternbach Y&, Sumner DS: Endovascular repair of abdominal aortic aneurysms under local anesthesia: A feasible approach. 46th Scientific Meeting, North American Chapter, International Society for Cardiovascular Surgery and the 52nd Annual Meeting, Society for Vascular Surgery. San Diego, California, June 7-10, 1998.

4.  McLafferty RB, Dunnington GL, Mattos MA, Henretta JP, Ramsey DE, Karch LA, Hodgson KJ, Sumner DS: Factors affecting the diagnosis of peripheral vascular disease prior to vascular surgery referral. 53rd Annual Meeting, Society for Vascular Surgery, 47th Scientific Meeting, North American Chapter, International Society for Cardiovascular Surgery, Washington, DC, June 6-9, 1999.

5.  Karch LA, Mattos MA, Bohannon WT, Ramsey DE, McLafferty RB, Hodgson KJ. Technical Considerations in the Angiographic Delineation of Endoleaks Following Endovascular Abdominal Aortic Aneurysm Repair. Presented at the 28th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery, Rancho Mirage, California, March 15-19, 2000.

6.  Reifsnyder T, Mattos MA, Karch LA, Hodgson KJ. The Utility of Color-flow Duplex Ultrasound in the Detection of Endoleaks. Presented at the 28th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery, Rancho Mirage, California, March 15-19, 2000.

7.  McLafferty, R.B., Church, M.P., Oltman, T.T., Liesen, D.P., Mattos, M.A., Ramsey, D.E., Hodgson, K.J.: Trends in non-invasive vascular test utilization. Society of Vascular Technology 23rd Annual Conference, August 2-6, 2000, Orlando, Florida.

8.  Gruneiro LA, McLafferty RB, Ayerdi J, Parra JR, Solis MM, Ramsey DE, Hodgson KJ. Renal preservation following renal artery angioplasty. Midwestern Vascular Surgical Society 26th Annual Meeting, Madison, Wisconsin, September 12-14, 2002.

9.  Ayerdi J, McLafferty RB, Danetz JS, Hodgson KJ, Zairns C, White R and AneuRx Investigators. Health related quality of life in patients undergoing endovascular repair of abdominal aortic aneurysms during the AneuRx phase II clinical trial. Midwestern Vascular Surgical Society 26th Annual Meeting, Madison, Wisconsin, September 12-14, 2002.

10. Hussain SM, McLafferty RB, Ramsey DS, Zakaria A, Schmittling Z, Hodgson KJ. <u>Poster</u>: Does the establishment of a "varicose vein center" really matter? American Venous Forum 17th Annual Meeting, San Diego, California, February 9 – 13. 2005.

11. Hussain SM, McLafferty RB, Ramsey DS, Zakaria A, Schmittling Z, Hodgson KJ. Does the establishment of a "varicose vein center" really matter? Illinois Chapter American College of Surgeons, 55th Annual Meeting. Moline, Illinois, May 20, 2005.

**Poster Presentations (continued)**

12.     McLafferty RB, Rana NR, Johnson CM, Hodgson KJ.  Coil embolization of splenic artery aneurysms:  Results and Review.  Society for Clinical Vascular Surgery Annual Meeting.  Las Vegas, Nevada, March 7, 2008.

13.     Hasanadka R, McLafferty RB, Moore CJ, Hood DB, Ramsey DE, Hodgson KJ.   Predictors of wound complications following major amputation for critical limb ischemia.  Midwestern Vascular Surgical Society Meeting.  Indianapolis, Indiana, September 9, 2010.

14.     Koch SE, Hodgson KJ, Moore CJ, Hood DH, Ramsey DE.  Increased retrieval rate after implementation of a standardized protocol for follow-up after inferior vena cava filter placement.  American Venous Forum.  Phoenix, Arizona, February 28, 2013.

15.     Andre J, Bly S, Pan J, Hood D, Hodgson K, Desai S.  Duplex criteria for the diagnosis of fat embolism syndrome.  Society for Clinical Vascular Surgery.  Miami, Florida, April 1, 2015.

16.     Naddaf A, Nolte N, Khan I, Pan J, Hood D, Hodgson K, Desai S.  Epidemiology and predictors of outcome of postphlebitic syndrome.   Society for Clinical Vascular Surgery.  Miami, Florida, April 1, 2015.

17.     Stuewe E, Koch S, Dua A, Pan J, Hood D, Hodgson K, Desai S.  Outcomes of dialysis access for pregnant women with ESRD.  Society for Vascular Surgery.  Chicago, Illinois, June 18, 2015.

18.     Naddaf A, Pan J, Hood D, Hodgson K, Desai S.  15-year impact of consensus statements and reimbursement on vena cava filter utilization.  Society for Vascular Surgery.  Chicago, Illinois, June 19, 2015.

19.     Zhang T, Dua A, Pan J, Hood D, Hodgson K, Desai S.  Racial disparities in the management of ruptured abdominal aortic aneurysms.  Society for Vascular Surgery.  Chicago, Illinois, June 19, 2015.

20.     Dua A, Hood DB, Hodgson KJ, Desai SD.  Factors that predict failure to meet PQRS quality measures for carotid endarterectomy.  Society for Vascular Surgery.  National Harbor, MD, June 9, 2016.

21.     Mitchelson A, Whitaker T, Hood DB, Hodgson KH, Nolte RN.  Effect of Total Knee Arthroplasty on Calf Muscle Pump Function.  Society for Vascular Surgery.  San Diego, California, June 1, 2017.

22.     Naddaf A, Hasanadka R, Williams S, Hood D, Hodgson K.  Predictors of Groin Access Major Complications:  A 10 Year Retrospective Review.   Society for Clinical Vascular Surgery.  Boca Raton, Florida, March 18, 2019.

23.     Nanavati R, Hood DB, Hodgson K, Hasanadka R.  Effect of Discharge Disposition on Readmission After Major Lower Extremity Amputation.   Midwestern Vascular Surgical Society.  Chicago, Illinois, September 12, 2019.

**Panel Participation at Professional Meetings**

1.  **Training, Credentialing, and Certification:  Toward a Modus Vivendi**
    Ninth Annual Congress of the International Society for Endovascular Surgery
    Scottsdale, AZ
    February 13, 1996

2.  **Techniques and Technologies of Endovascular Surgery**
    Stanford University Endovascular Interventional Techniques "Hands On" Workshop
    Stanford, California
    April 18, 1998

3.  **Minimally Invasive Vascular Surgery**
    Twenty-Second Annual Meeting of the Midwestern Vascular Surgical Society
    Dearborn, Michigan
    September 25, 1998

4.  **Techniques and Problem Solving in Endovascular Aneurysm Repair**
    Stanford Endovascular Surgery "Hands On" Workshop
    Stanford University
    Palo Alto, California
    April 16-17, 1999

5.  **Techniques and Problem Solving in Endovascular Aneurysm Repair**
    Sixth Annual Stanford Endovascular Surgery "Hands On" Workshop
    Stanford University
    Palo Alto, California
    April 17, 1999

6.  **Endoluminal Grafting of Abdominal Aortic Aneurysms**
    Seventeenth Annual Meeting of the Southern California Vascular Surgical Society
    Ojai, California
    April 18, 1999

7.  **Advanced Decision Making In Endovascular Surgery: "Getting In And Out Of Trouble"**
    Society for Vascular Surgery Postgraduate Course; Moderator and Panel Participant
    Fourth Annual Endovascular Surgery Workshop
    Washington, DC
    June 6, 1999

8.  **Who Should be Performing Endovascular Interventions?**
    Toronto Vascular Surgery Symposium: A Multidisciplinary Event
    Toronto, Ontario
    March 23, 2000

9.  **Challenging Problems In Vascular Surgery**
    Toronto Vascular Surgery Symposium: A Multidisciplinary Event
    Toronto, Ontario
    March 23, 2000

10. **Endovascular Problem Solving**
    Seventh Annual Stanford Endovascular Surgery "Hands on" Workshop
    Stanford University
    Palo Alto, California
    March 31, 2000

**Panel Participation at Professional Meetings (continued)**

11. **Aortic Endografting Consensus Panel**
    27th Annual Symposium, Vascular and Endovascular Issues, Techniques, Horizons
    Montefiore Medical Center
    Albert Einstein College of Medicine
    New York, New York
    November 16, 2000

12. **Advanced Problem Solving In Endovascular Surgery: "Getting In And Out Of Trouble"**
    Society for Vascular Surgery Postgraduate Course
    Fifth Annual Endovascular Surgery Workshop
    Toronto, Canada
    June 10, 2000

13. **Consensus Conference on AAA Endografting**
    28th Annual Vascular and Endovascular Issues, Techniques, Horizons
    Montefiore Medical Center
    Albert Einstein College of Medicine
    New York, New York
    November 18, 2001

14. **SVS:  Where We Have Been and Where We are Going**
    Cordis Endovascular Annual Meeting
    Mt. Tremblant, Canada
    January 13, 2003

15. **Advanced Problem Solving in Endovascular Procedures**
    Endovascular Problem Solving Panel
    6th Annual UCLA Endovascular Symposium
    Beverly Hills, California
    October 4, 2003

16. **Panel Case Review Focused on Difficult Cases**
    Midwestern Vascular Surgery Society
    Endovascular Symposium
    Omaha, Nebraska
    September 9, 2004

17. **Step by Step**
    International Course on Carotid Angioplasty
    Frankfurt, Germany
    October 21, 2004

18. **Results of Carotid Artery Stenting and Surgery**
    International Course on Carotid Angioplasty
    Frankfurt, Germany
    October 21, 2004

19. **Embolic Protection for Carotid Stenting**
    International Course on Carotid Angioplasty
    Frankfurt, Germany
    October 22, 2004

**Panel Participation at Professional Meetings (continued)**

20. **New Concepts and Devices**
    International Course on Carotid Angioplasty
    Frankfurt, Germany
    October 23, 2004

21. **Management of Complications**
    International Course on Carotid Angioplasty
    Frankfurt, Germany
    October 23, 2004

22. **SRES Case Records and Controversies: Disease of Mesenteric and Renal Arteries**
    Surgical & Radiological Endovascular Society International Symposium
    Montego Bay, Jamaica
    February 28, 2005

23. **What To Do About Non-Vascular Specialists Invading Your Turf: How Aggressive Should We Be and What Strategies Are Likely to Work**
    Eastern Vascular Society
    Pittsburgh, Pennsylvania
    May 6, 2005

24. **Monitoring of the Patient Before and After Carotid Stenting**
    5th International Course on Carotid Angioplasty and other Cerebrovascular Interventions
    Frankfurt, Germany
    October 27, 2005

25. **Carotid Stenting is Beautiful, but Who is Going to Pay For it ?- the US Story**
    5th International Course on Carotid Angioplasty and other Cerebrovascular Interventions
    Frankfurt, Germany
    October 29, 2005

26. **Challenging Cases**
    Special Interest Group Breakfast Session
    34th Annual Society for Clinical Vascular Surgery meeting
    Las Vegas, Nevada
    March 9, 2006

27. **Panel Discussion/Q & A**
    24th Annual UCLA Vascular Symposium
    What's New in Vascular and Endovascular Surgery
    Beverly Hills, California
    October 4, 2006

28. **Interactive Endovascular Case Presentations**
    24th Annual UCLA Vascular Symposium
    Beverly Hills, California
    October 4, 2006

29. **Interactive Endovascular Case Presentations**
    25th Annual UCLA Vascular Symposium
    Beverly Hills, California
    October 3, 2007

**Panel Participation at Professional Meetings (continued)**

30. **Panel Discussion of Complicated Cases**
    26th Annual UCLA Vascular Symposium
    Beverly Hills, California
    September 5, 2008

31. **Panel Discussion VESAP II Review Session (moderator)**
    Society for Vascular Surgery Review Course
    Chicago, Illinois
    September 7, 2012

32. **Panel Discussion Lower Extremity Arterial Disease Session**
    2nd Annual Congress of the International Society for Vascular Surgery
    Miami, Florida
    February 14, 2013

33. **Panel Discussion:  Challenging Lower Extremity Cases**
    Cherry Blossom Vascular Symposium
    Washington, DC
    April 26, 2013

34. **Vascular Perspectives**
    VAST[3] Meeting
    Saratoga Springs, New York
    July 31, 2015

35. **Vascular Roundtable**
    VAST[3] Meeting
    Saratoga Springs, New York
    August 5, 2016

**Invited Discussant at Professional Meetings**

1. **Invited Discussant of Paper #9:**
   High Incidence of Restenosis/Reocclusion of Intravascular Stents in the Percutaneous
   Treatment for Long Segment Superficial Femoral Artery Atherosclerotic Disease
   Fiftieth Annual Meeting of the Society for Vascular Surgery
   Chicago, Illinois
   June 11, 1996

2. **The Vascular Surgeon as Interventionalist**
   Sixth Annual Fall Meeting of the Association of Program Directors in Vascular Surgery
   Orlando, Florida
   October 25, 1998

3. **Invited Discussant of Paper #11:**
   Histopathological Analysis of Human Arterial Stent Grafts in Patients with Arterial
   Aneurysms: Does Healing Occur?
   28th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery
   Rancho Mirage, California
   March 17, 2000

4. **Invited Discussant of Paper #11:**
   Internal Iliac Artery Revascularization as an Adjunct to Endovascular Repair of Aorto-iliac
   aneurysms
   29th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery
   Boca Raton, Florida
   April 6, 2001

5. **Endoleak Management:  Do We Know When to do What and Why?**
   Society for Vascular Surgery Postgraduate Course
   Endovascular Surgery Symposium
   Baltimore, Maryland
   June 9, 2001

6. **Technical Tips for Angioplasty-Stenting**
   Society for Vascular Surgery annual meeting Breakfast Session
   Baltimore, Maryland
   June 12, 2001

7. **Endovascular Treatment of Claudication**
   28th Annual Vascular and Endovascular Issues, Techniques, Horizons
   Montefiore Medical Center
   Albert Einstein College of Medicine
   New York, New York
   November 16, 2001

8. **Endovascular Repair Should be Limited to High Risk Patients**
   Aortic Debates
   Cleveland Clinic
   Cleveland, Ohio
   September 5, 2003

**Invited Discussant at Professional Meetings (continued)**

9.      **Should Arteriograms be Performed for Asymptomatic Carotid Stenosis?**
        Debate
        Midwestern Vascular Surgical Society Annual Meeting
        Chicago, Illinois
        September 19, 2003

10.     **The End That's Really the Beginning:  Maintaining Vigor in Yourself and Your Specialty**
        Gore Vascular Surgery Fellows Symposium
        Rancho Mirage, California
        March 10, 2004

11.     **Discussion:  The data of literature are they reliable assistance for medical decision?**
        Surgical and Radiological Endovascular Society International Symposium
        St. Martin
        March 31, 2009

**Moderator at Professional Meetings**

1. **Moderator of Clinical Case Forum II**
   Twenty-fifth Annual Meeting of the Society for Clinical Vascular Surgery
   Naples, Florida
   March 16, 1997

2. **Endovascular Complications and How to Resolve Them**
   Moderator of Panel Discussion
   Endovascular Therapy Symposium
   Twenty-sixth Annual Symposium of the Society for Clinical Vascular Surgery
   Coronado, California
   March 25, 1998

3. **Moderator of Clinical Case Forum I**
   Twenty-sixth Annual Meeting of the Society for Clinical Vascular Surgery
   Coronado, California
   March 28, 1998

4. **Moderator of Panel Discussion:  Training and Credentialing in Endovascular Procedures**
   Third Annual Society for Vascular Surgery Endovascular Surgery Workshop
   San Diego, California
   June 11, 1998

5. **Advanced Decision Making In Endovascular Surgery: "Getting In And Out Of Trouble"**
   Society for Vascular Surgery Postgraduate Course
   Fourth Annual Endovascular Surgery Workshop
   Washington, DC
   June 6, 1999

6. **Advances in Endovascular Treatment of Vascular Disease**
   28th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery
   Symposium on Endovascular Therapy and Endoscopic Vascular Surgery
   Rancho Mirage, California
   March 15, 2000

7. **Session VII; Governance and Leadership**
   Vascular Centers of Excellence 2000 Conference
   Chicago, Illinois
   April 29, 2000

8. **Advanced Problem Solving In Endovascular Surgery: "Getting In And Out Of Trouble"**
   Society for Vascular Surgery Postgraduate Course
   Fifth Annual Endovascular Surgery Workshop
   Toronto, Canada
   June 10, 2000

9. **Moderator and Chairman: Endovascular Update Symposium**
   29th Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery
   Boca Raton, Florida
   April 6, 2001

**Moderator at Professional Meetings (continued)**

10.     **A Potpourri of Diagnostic Angiography Challenges**
        Society for Vascular Surgery Endovascular Surgery Symposium
        Baltimore, Maryland
        June 9, 2001

11.     **A Potpourri of Angioplasty and Stenting Dilemmas**
        Society for Vascular Surgery Endovascular Surgery Symposium
        Baltimore, Maryland
        June 9, 2001

12.     **Advanced Problem Solving in Endovascular AAA Repair**
        Society for Vascular Surgery Endovascular Surgery Symposium
        Baltimore, Maryland
        June 9, 2001

13.     **A Potpourri of Aortic Endografting Dilemmas**
        Society for Vascular Surgery Endovascular Surgery Symposium
        Baltimore, Maryland
        June 9, 2001

14.     **Topics of Interest to Interventional Radiologists and Vascular Surgeons**
        28th Annual Symposium, Vascular and Endovascular Issues, Techniques, Horizons
        Montefiore Medical Center
        Albert Einstein College of Medicine
        New York, New York
        November 15, 2001

15.     **AAA/Endovascular Repair**
        Society for Clinical Vascular Surgery 30th Annual Symposium on Vascular Surgery
        Las Vegas, Nevada
        March 15, 2002

16.     **Endovascular Problem Solving Symposium**
        Society for Clinical Vascular Surgery 30th Annual Symposium on Vascular Surgery
        Las Vegas, Nevada
        March 15, 2002

17.     **The Modern Vascular Laboratory:  Updates on Diagnostic and Diagnostic and Therapeutic Techniques**
        Society for Clinical Vascular Surgery 30th Annual Symposium on Vascular Surgery
        Las Vegas, Nevada
        March 17, 2002

18.     **Adjunctive Aortic Endografting Techniques**
        Society for Vascular Surgery Postgraduate Course
        Endovascular Surgery Symposium
        June 8, 2002

19.     **Go with the Flow:  Thrombolytic Therapy for PVD, Past, Present, and Future**
        Abbott Laboratories Thrombolytic Therapy for PVD
        Society for Vascular Surgery Annual meeting
        Boston, Massachusetts
        June 8, 2002

**Moderator at Professional Meetings (continued)**

20.    **Future Trends in Treatment Options for Peripheral Arterial Disease for Vascular Surgeons**
Boston Scientific Breakfast Symposium
Society for Vascular Surgery Annual meeting
Boston, Massachusetts
June 10, 2002

21.    **From Concept to Commercialization:  Understanding the Pathway for Technological Advances**
Society for Vascular Surgery Endovascular Issues Session
Boston, Massachusetts
June 11, 2002

22.    **Advanced Endovascular Therapies, Treatment and Technology**
J&J Symposium
Society for Vascular Surgery Annual meeting
Boston, Massachusetts
June 11, 2002

23.    **Mesenteric/Renal and Other**
SCVS 31st Annual Symposium on Vascular Surgery
Miami, Florida
March 5-9, 2003

24.    **Discussion of Therapeutic Options for Vascular Disease**
Genentech Vascular Surgeons Advisory Panel
Santa Monica, California
May 16, 2003

25.    **Perspectives on Venous and AV Access**
Genentech Vascular Surgeons Advisory Panel
Santa Monica, California
May 17, 2003

26.    **Preparing for the Next Frontier:  Carotid Artery Stenting with Embolic Protection**
Society for Vascular Surgery 2003 Meeting
Cordis Endovascular Symposium
Chicago, Illinois
June 6-11, 2003

27.    **Moderator – Complicated Endovascular Cases**
Society for Vascular Surgery 2003 Postgraduate Endovascular Symposium
Chicago, Illinois
June 7, 2003

28.    **Carotid and Aortic Arch Disease**
12th Annual Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
February 28, 2004

**Moderator at Professional Meetings (continued)**

29. **Endovascular Therapy of Infrainguinal Disease – Co-Moderator**
    Society for Clinical Vascular Surgery 32nd Annual Symposium on Vascular Surgery
    Rancho Mirage, California
    March 11, 2004

30. **International Symposium Session – Co-Moderator**
    Society for Clinical Vascular Surgery 32nd Annual Symposium on Vascular Surgery
    Rancho Mirage, California
    March 11, 2004

31. **Complex Endovascular Problems and Solutions**
    Society for Vascular Surgery Annual meeting
    Anaheim, California
    June 2, 2004

32. **Gore Aortic Summit**
    Chicago, Illinois
    August 2, 2004

33. **Basics, New Developments, New Techniques**
    Surgical & Radiological Endovascular Society International Symposium
    Montego Bay, Jamaica
    March 1, 2005

34. **Complex Endovascular Problems and Solutions**
    Society for Vascular Surgery 2005 Meeting
    Postgraduate Course:  Endovascular Symposium
    Chicago, Illinois
    June 15, 2005

35. **Moderator – Plenary Session**
    Society for Vascular Surgery 2005 Meeting
    Chicago, Illinois
    June 15, 2005

36. **Vascular Fellows are Adequately Trained in Complex Open Procedures**
    Society for Vascular Surgery 2005 Meeting
    Chicago, Illinois
    June 17, 2005

37. **PVSS Endovascular Therapy Session**
    Society for Vascular Surgery 2005 Meeting
    Chicago, Illinois
    June 18, 2005

38. **Gore Aortic Summit**
    Phoenix, Arizona
    January 12-14, 2006

39. **Carotid Disease**
    University of Pittsburgh Vascular Symposium
    Pittsburgh, Pennsylvania
    September 15, 2006

**Moderator at Professional Meetings (continued)**

40. **Aorta and Visceral Branches II**
Pan American Congress
Rio de Janeiro, Brazil
November 1, 2006

41. **Major Endovascular Complications/Disasters-How I Got Out of Trouble (or Didn't)**
North American Winter Vascular Symposium
Snowmass, Colorado
February 15, 2007

42. **Thoracic Aortic Therapies**
Australian and New Zealand Vascular Surgery Society Meeting
Melbourne, Australia
August 21, 2007

43. **Prevention and Management of Complications**
34th Annual Vascular and Endovascular Issues, Techniques, Horizons
The Cleveland Clinic Foundation
New York, New York
November 15, 2007

44. **Innovative Therapeutic Session**
Surgical and Radiological Endovascular Society International Symposium
St. Martin
March 30, 2009

45. **New Developments in TEVAR and EVAR**
36th Annual Symposium on Vascular and Endovascular Issues
The Cleveland Clinic Foundation
New York, New York
November 19, 2009

46. **Progress in Vascular Imaging – Miscellaneous Topics**
36th Annual Symposium on Vascular and Endovascular Issues
The Cleveland Clinic Foundation
New York, New York
November 20, 2009

47. **Updates in Visceral Arterial Disease**
Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 23, 2010

48. **Updates on Peripheral Arterial Lesions**
Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 23, 2010

49. **My Worst Case With a Bad Outcome**
Pennsylvania Hospital Vascular Symposium
Philadelphia, Pennsylvania
April 24, 2010

**Moderator at Professional Meetings (continued)**

50. **Challenging Cases:  Peripheral and Other**
    Society for Clinical Vascular Surgery
    Orlando, Florida
    March 17, 2011

51. **Thoracic Aortic Therapies**
    Society for Clinical Vascular Surgery
    Orlando, Florida
    March 19, 2011

52. **Lower Extremity Hot Topics**
    38th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic Foundation
    New York City, New York
    November 17, 2011

53. **New Developments in the Treatment of Critical Limb Ischemia**
    38th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic Foundation
    New York City, New York
    November 18, 2011

54. **Challenging Case Breakfast Special Interest Group:  Peripheral and Other**
    40th Annual Society for Clinical Vascular Surgery meeting
    Las Vegas, Nevada
    March 15, 2012

55. **Clinical Debates with the European Society for Vascular Surgery and Society for Vascular Surgery Vascular Chairs Committee**
    Co-Moderator
    Society for Vascular Surgery
    Washington, D.C.
    June 8, 2012

56. **REVAR Tool Kit Panel Discussion**
    Practical Considerations for Establishing REVAR Programs
    Medtronic
    New York, New York
    November 13, 2012

57. **More About Health Care Refore, FDA, Ethics, Costs, Standards and Guidelines**
    39th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic Foundation
    New York, New York
    November 17, 2012

58. **Multi-Disciplinary Pathways:  The Importance and How to Develop**
    2nd Annual Congress of the International Society of Vascular Surgeons
    Miami, Florida
    February 16, 2013

**Moderator at Professional Meetings (continued)**

59. **New Developments In TEVAR and the Management Of TBAD Patients**
    41st Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic Foundation
    New York, New York
    November 18, 2014

60. **New Techniques, Concepts and Updates**
    42nd Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 17, 2015

61. **Reimbursement Issues**
    42nd Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 18, 2015

62. **New Developments with Juxta and Pararenal Aortic Aneurysms and Thoracoabdominal Aneurysms (TAAAs)**
    43rd Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 15, 2016

63. **Renal and Visceral Artery Issues and New Developments**
    43rd Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 15, 2016

64. **More Hot Carotid Related Topics; Flawed Guidelines; Impact of Medical Therapy, CAS and CEA; Stroke Prediction**
    43rd Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 18, 2016

65. **New Developments in the Treatment of Juxtarenal and Pararenal AAA's and TAAA's**
    44th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 14, 2017

66. **New Developments and Devices for Lower Extremity Stents, Balloons, Atherectomy and Stent Grafts; Technical Advances to Improve Their Use**
    44th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 16, 2017

**Moderator at Professional Meetings (continued)**

67. **New Devices for Embolectomy Clot Removal and Embolization and Their Complications**
    44th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 16, 2017

68. **Peripheral Vascular Disease**
    Joint Meeting of 15th Annual Pittsburgh Vascular Symposium/
    19th Surgical and Radiological Endovascular Symposium (SRES)
    Pittsburgh, Pennsylvania
    May 25, 2018

69. **Vascular surgery's governing bodies, boards, residency review committees, training, the need for independence and branding of the specialty**
    45th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 13, 2018

70. **Tributes to vascular greats; issues related to a vascular practice – problems to be faced and how to deal with them and succeed: artificial intelligence and history**
    45th Annual VEITH Symposium on Vascular and Endovascular Issues
    The Cleveland Clinic
    New York, New York
    November 13, 2018

71. **Stanley Crawford Critical Issues Forum**
    Society for Vascular Surgery, Vascular Annual Meeting
    National Harbor, Maryland
    June 13, 2019

72. **Gulf Coast Vascular Society Fall Meeting Moderator**
    New Orleans, Louisiana
    October 5, 2019

73. **SVS Session at China Endovascular Course**
    Beijing, China
    November 1, 2019

74. **VEITH 2019 Session #5 Moderator**
    New York City, New York
    November 19, 2019

75. **VEITH 2019 Session #32 Moderator**
    New York City, New York
    November 19, 2019

**Visiting Professor**

1.      **Endoleak Management After Endoluminal Aortic Aneurysm Repair**
        Guest Professorship Program
        University of Medicine and Dentistry of New Jersey
        New Jersey Medical School
        Newark, New Jersey
        October 27, 1999

2.      **Challenges and Controversies in Aortic Endografting**
        Surgical Grand Rounds Visiting Professor
        State University of New York at Rochester
        Rochester, New York
        December 1, 1999

3.      **Secondary Procedures After Aortic Endografting**
        Atlanta Vascular Surgical Society
        Atlanta, Georgia
        March 12, 2001

4.      **From Concept to Commercialization:  Understanding the Pathway to Technological Advance**
        Baylor College of Medicine Grand Rounds
        Houston, Texas
        February 25-26, 2003

5.      **Evolving Therapies for Peripheral Vascular Disease**
        Baylor College of Medicine Grand Rounds
        Houston, Texas
        February 25-26, 2003

6.      **From Concept to Commercialization:  Understanding the Pathway to Regulatory Approval**
        Dartmouth University
        Manchester, New Hampshire
        April 19-20, 2005

7.      **Two Decades of (R)Evolution Later; It's Not Your Father's Vascular Surgery**
        George Washington University
        Washington, D.C.
        December 14, 2005

8.      **From Concept to Commercialization – Understanding the Pathway of Technological Advance**
        Boston Medical College
        Surgical Grand Rounds
        Boston, Massachusetts
        April 28, 2008

9.      **EVAR, TEVAR:  It Won't be Over Until BEVAR has a FEVAR**
        Boston Medical College
        Surgical Grand Rounds
        Boston, Massachusetts
        April 29, 2008

**Visiting Professor (continued)**

10.    **Carotid Artery Stenting – Has CREST Changed the Game?**
       Pittsburgh University Hospital
       Vascular Surgery Grand Rounds
       Pittsburgh, Pennsylvania
       March 17, 2010

11.    **Lessons Learned Over Two Decades of EVARlution**
       Mayo Clinic
       Rochester, Minnesota
       October 15, 2012

12.    **From Concept to Commercialization: Understanding the Pathway of Technological Advance**
       Loyola University Medical Center
       Chicago, Illinois
       March 20, 2015

13.    **Medical Management of Vascular Disease: Just Take a Statin and Call Me in the Morning**
       Sarasota Memorial Hospital
       Sarasota, Florida
       March 3, 2017

**Local and Community Presentations**

1.      **Principles of the In-Situ Saphenous Bypass**
        Memorial Medical Center Operating Room Nurses Grand Rounds
        Springfield, Illinois
        January 22, 1987

2.      **Non-Invasive and Invasive Evaluation of Carotid Artery Disease**
        SIU/MMC Symposium on Cerebrovascular Disease
        Springfield, Illinois
        July 28, 1988

3.      **Leg Ulcers and Vascular Disease**
        SIU Symposium on Management of the Difficult Wound
        Springfield, Illinois
        November 9, 1989

4.      **Diagnosis and Treatment of Renovascular Hypertension**
        SIU Surgery Resident Conference
        Springfield, Illinois
        January 5, 1990

5.      **The Non-Invasive Vascular Laboratory**
        Carlinville Area Hospital Grand Rounds
        Carlinville, Illinois
        April 25, 1990

6.      **Peripheral Vascular Disease - Diagnosis and Treatment**
        Carlinville Area Hospital Royalty Club
        Carlinville, Illinois
        April 25, 1990

7.      **Peripheral Vascular Disease in the Cardiac Patient**
        Coronary Club, Illinois Chapter of the American Heart Association
        Springfield, Illinois
        October 30, 1990

8.      **Laser Applications in Peripheral Vascular Surgery**
        Carlinville Area Hospital Medical Staff Meeting
        Carlinville, Illinois
        January 23, 1991

9.      **Stroke:  Risk Factors and Vascular Lab Diagnosis**
        Memorial Medical Center Gold Club
        Springfield, Illinois
        August 18, 1991

10.     **Advances in the Treatment of Peripheral Vascular Disease**
        Memorial Medical Center Gold Club
        Springfield, Illinois
        August 18, 1991

**Local & Community Presentations (continued)**

11.    **Advances in Endovascular Surgery**
20th Anniversary of Department of Surgery, Scientific Program
Springfield, Illinois
October 11, 1991

12.    **Non-Invasive Vascular Assessment**
SIU Surgery Resident Conference
Springfield, Illinois
May 3, 1992

13.    **Noninvasive Vascular Treatment of Vascular Disease**
"Talk to the Physician", WTAX "Talk Radio"
Springfield, Illinois
December 8, 1993

14.    **Arterial Thrombolysis**
Southern Illinois University Surgical Clinical Conference
Springfield, Illinois
August 13, 1994

15.    **Fundamentals of Endovascular Therapy**
Southern Illinois University Surgery Resident Conference
Springfield, Illinois
March 10, 1998

16.    **Endoluminal Grafting of Abdominal Aortic Aneurysms**
Southern Illinois University Department of Surgery Surgical Grand Rounds
Springfield, Illinois
May 2, 1998

17.    **Comprehensive Endovascular Therapy Techniques**
Southern Illinois University Basics of Endovascular Therapy Course
Springfield, Illinois
May 18-20, 1998

18.    **Endoluminal Grafting of Abdominal Aortic Aneurysms**
Endovascular Therapy Principles and Techniques In-Service
Memorial Medical Center
Springfield, Illinois
May 21, 1998

19.    **New Advances in the Treatment of Aortic Aneurysms**
Decatur Family Practice Residency Conference
Decatur Family Practice Center
Decatur, Illinois
May 10, 1999

20.    **Advances in Minimally Invasive Treatment of Aortic Aneurysms**
Abraham Lincoln Memorial Hospital Staff Conference
Abraham Lincoln Memorial Hospital
Lincoln, Illinois
August 16, 1999

**Local & Community Presentations (continued)**

21.    **Endoluminal Grafting of Abdominal Aortic Aneurysms**
       Department of Medicine Grand Rounds
       Southern Illinois University School of Medicine
       Springfield, Illinois
       September 7, 1999

22.    **Endoluminal Grafting of Abdominal Aortic Aneurysms**
       Department of Surgery Grand Rounds
       Southern Illinois University School of Medicine
       Springfield, Illinois
       November 4, 1999

23.    **Overview of Endovascular Surgery**
       SIU Surgery Resident Conference
       Springfield, Illinois
       January 25, 2000

24.    **Aortic Aneurysms: New Techniques To Defuse The Ticking Bomb Inside You**
       Memorial Medical Center Gold Club
       Springfield, Illinois
       August 28, 2000

25.    **New Approaches to Abdominal Aortic Aneurysms**
       SIU Internal Medicine Grand Rounds
       Springfield, Illinois
       October 2, 2000

26.    **Endoluminal Grafting of Abdominal Aortic Aneurysms**
       17th Annual Springfield Clinic CME Symposium: 2000 Update in Vascular Surgery
       Springfield, Illinois
       October 28, 2000

27.    **Understanding the Pathway for Technological Advances**
       Department of Surgery Grand Rounds
       Southern Illinois University School of Medicine
       Springfield, Illinois
       April 4, 2002

28.    **Overview of Endovascular Surgery**
       Department of Surgery
       Resident Core Curriculum
       Southern Illinois University School of Medicine
       Springfield, Illinois
       May 28, 2002

29.    **Evolving Therapies for Vascular Disease**
       Department of Surgery Grand Rounds
       Southern Illinois University School of Medicine
       Springfield, Illinois
       December 12, 2002

**Local & Community Presentations (continued)**

30.     **Renovascular Hypertension**
        Department of Surgery
        Urology Grand Rounds
        Southern Illinois University School of Medicine
        Springfield, Illinois
        January 24, 2003

31.     **Research Ethics**
        Department of Surgery Resident Core Curriculum
        Southern Illinois University School of Medicine
        Springfield, Illinois
        February 4, 2003

32.     **Aortic Aneurysms-New Techniques to Defuse the Ticking Time Bomb Inside You**
        AVA National Screening Program/Educational Seminar
        Southern Illinois University School of Medicine
        Springfield, Illinois
        May 29, 2003

33.     **Combination Thrombolysis to Treat Aorto-Iliac Thrombosis**
        Genentech Scientific Social
        Chicago, Illinois
        June 8, 2003

34.     **The Adjunctive Use of Mechanical Thrombectomy Devices to Treat Thrombosed**
        **Infrainguinal  Bypass Grafts**
        Genentech Scientific Social
        Chicago, Illinois
        June 8, 2003

35.     **New Alternatives to Prevent Crippling Strokes**
        AVA National Screening Program/Educational Seminar
        Southern Illinois University School of Medicine
        Springfield, Illinois
        June 24, 2004

36.     **Is Carotid Endarterectomy Still the Gold Standard?:  A Vascular Surgeon's Prospective**
        Carotid Stenting Perspectives On A New Therapy for Carotid Artery Revascularization
        Prairie Cardiovascular Carotid Stent Dinner Talk
        Springfield, Illinois
        December 9, 2004

37.     **Two Decades of (R)Evolution Later;  It's Not Your Father's Vascular Surgery**
        Department of Surgery Grand Rounds
        Southern Illinois University School of Medicine
        Springfield, Illinois
        December 16, 2004

**Local & Community Presentations (continued)**

38. **Cerebrovascular Disease**
    Department of Surgery
    Resident Core Curriculum
    Southern Illinois University School of Medicine
    Springfield, Illinois
    March 28, 2005

39. **New Alternatives to Prevent Crippling Strokes**
    AVA National Screening Program/Educational Seminar
    Southern Illinois University School of Medicine
    Springfield, Illinois
    May 26, 2005

40. **New Ways to Treat CVD**
    The Primary Care Physician/Surgeon Partnership:
    Evaluation, Management, Referral and Follow-Up of Common Surgical Problems
    Southern Illinois University School of Medicine
    Springfield, Illinois
    September 8, 2005

41. **Research Ethics**
    Department of Surgery
    Resident Core Curriculum
    Southern Illinois University School of Medicine
    Springfield, Illinois
    March 27, 2006

42. **New Alternatives to Prevent Crippling Strokes**
    AVA National Screening Program/Educational Seminar
    Southern Illinois University School of Medicine
    Springfield, Illinois
    June 8, 2006

43. **Vascular Physiology**
    Department of Surgery
    Resident Core Curriculum
    Southern Illinois University School of Medicine
    Springfield, Illinois
    June 12, 2006

44. **Crumbling Pipes:  Stroke Prevention and Treatment**
    The Heart is Just the Start-Understanding Why PAD in Your Plumbing Can Matter Even
    More
    Memorial Medical Center Heart and Vascular Institute
    Springfield, Illinois
    February 28, 2007

45. **Treatment of Carotid Disease**
    Care and Management of the Stroke Patient:  A Multidisciplinary Team Approach
    Southern Illinois University School of Medicine
    Springfield, Illinois
    April 4, 2007

**Local & Community Presentations (continued)**

46. **Vascular Trauma**
    Department of Surgery
    Resident Core Curriculum
    Southern Illinois University School of Medicine
    Springfield, Illinois
    April 30, 2007

47. **Contemporary Prevention and Treatment of Stroke**
    Stroke 101 – Prevention – Treatment - Recovery
    Lunch with a Doctor, St. John's Hospital
    Springfield, Illinois
    June 7, 2007

48. **New Therapies to Treat Abdominal Aortic Aneurysms**
    The Heart is Just the Start
    Memorial Medical Center Heart and Vascular Institute
    Springfield, Illinois
    March 24, 2008

49. **New Techniques to Prevent Crippling Strokes**
    Memorial Medical Center Prostate Cancer Support Group
    Springfield, Illinois
    April 9, 2008

50. **Interventions to Prevent and Treat Strokes**
    Lunch with the Stroke Team
    St. John's Hospital
    May 28, 2008

51. **Embolization Techniques**
    Basic Science Lecture
    Division of Vascular Surgery
    Southern Illinois University School of Medicine
    Springfield, Illinois
    January 23, 2009

52. **Vascular Issues in the Traumatized Lower Extremity**
    Southern Illinois University School of Medicine
    Department of Surgery Grand Rounds
    Springfield, Illinois
    October 29, 2009

53. **Treatment Alternatives to Reduce Your Risk of Stroke**
    Department of Surgery
    Lunch with the Doctor
    Springfield, Illinois
    April 27, 2010

**Local & Community Presentations (continued)**

54.   **Carotid Endarterectomy vs. Carotid Artery Stenting**
      Basic Science Lecture
      Division of Vascular Surgery
      Southern Illinois University School of Medicine
      Springfield, Illinois
      July 16, 2010

55.   **The Case for Surgical Management of Carotid Bifurcation Stenosis**
      Internal Medicine Grand Rounds
      Southern Illinois University School of Medicine
      Springfield, Illinois
      August 31, 2010

56.   **Therapeutic Alternatives to Reduce Your Risk of Stroke**
      The Heart is Just the Start – Stroke Seminar
      Memorial Medical Center Heart and Vascular Institute
      Springfield, Illinois
      October 12, 2010

57.   **Contemporary Management of Renovascular Disease**
      Department of Surgery Core Curriculum
      Southern Illinois University School of Medicine
      Springfield, Illinois
      April 14, 2011

58.   **Carotid Artery Disease:  Best Treatment Options**
      Heart Care Midwest Symposium
      Navigating the Vascular Expressway
      Peoria, Illinois
      October 15, 2011

59.   **Thrombolysis**
      Basic Science Lecture
      Division of Vascular Surgery
      Southern Illinois University School of Medicine
      Springfield, Illinois
      September 21, 2012

60.   **The Diagnosis and Management of Aortic Aneurysms**
      The Heart is Just the Start
      Memorial Medical Center Heart and Vascular Institute
      Springfield, Illinois
      October 8, 2012

61.   **Drama in the Desert – A Different Way of Looking at the World**
      Alpha Omega Alpha Annual Dinner
      Springfield, Illinois
      May 17, 2013

**Local & Community Presentations (continued)**

62.     **Extending the Use of Endovascular Aneurysm Repair to Ruptured Abdominal Aortic Aneurysms**
        Illinois Chapter of the American College of Surgeons Meeting
        Springfield, Illinois
        June 7, 2013

63.     **Aortic Aneurysms:  What You Need to Know**
        SIU Department of Surgery
        Lunch with the Doctor
        Springfield, Illinois
        June 18, 2013

64.     **Understanding the Pathway of Technological Advance**
        Basic Science Lecture
        Division of Vascular Surgery
        Southern Illinois University School of Medicine
        Springfield, Illinois
        July 19, 2013

65.     **NIVL, AAA and Venous**
        Surgery Clerkship Core Curriculum Conference
        Southern Illinois University School of Medicine
        Springfield, Illinois
        August 27, 2013

66.     **Aortic Endografting and the Vascular Lab**
        St. John's Hospital Vascular Lab Symposium
        Springfield, Illinois
        October 19, 2013

67.     **Improving the Outcomes of Patients with Ruptured Abdominal Aortic Aneurysms**
        Basic Science Lecture
        Division of Vascular Surgery
        Southern Illinois University School of Medicine
        Springfield, Illinois
        December 19, 2014

68.     **Catheters and Guidewires**
        Operative Skills Conference
        Division of Vascular Surgery
        Southern Illinois University School of Medicine
        Springfield, Illinois
        May 29, 2015

69.     **Diagnosis and Management of Endoleaks**
        Basic Science Lecture
        Division of Vascular Surgery
        Southern Illinois University School of Medicine
        Springfield, Illinois
        December 18, 2015

**Local & Community Presentations (continued)**

70.  **Endovascular Repair of Ruptured Abdominal Aortic Aneurysms**
     Illinois Chapter of the American College of Surgeons
     Springfield, Illinois
     May 19, 2016

71.  **Embolization Devices and Techniques**
     Operative Skills Conference
     Division of Vascular Surgery
     Southern Illinois University School of Medicine
     Springfield, Illinois
     July 29, 2016

72.  **Medical Management of Vascular Disease:  What You Need to Know**
     Sarasota Memorial Hospital
     Sarasota, Florida
     March 3, 2017

73.  **Abdominal Aortic Aneurysms**
     Memorial Medical Center Nursing Conference
     Springfield, Illinois
     October 9, 2017

74.  **Medical Management**
     Grand Rounds
     Division of Vascular Surgery
     Southern Illinois University School of Medicine
     October 20, 2017

75.  **The Evolution of Engineering of Aortic Endografts**
     Operative Skills Conference
     Division of Vascular Surgery
     Southern Illinois University School of Medicine
     Springfield, Illinois
     March 30, 2018

76.  **Global Vascular Guidelines**
     Operative Skills Conference
     Division of Vascular Surgery
     Southern Illinois University School of Medicine
     November 30, 3018

77.  **Drug Elution Treatment for Peripheral Vascular Disease**
     Grand Rounds
     Division of Vascular Surgery
     Southern Illinois University School of Medicine
     December 21, 2018

78.  **Current Treatment of Carotid Stenosis**
     Grand Rounds
     Neurology/Neurosurgery
     Southern Illinois University School of Medicine
     March 6, 2019

**Industry Presentations**

1.　**The Impact of Endoluminal Grafting on the Treatment of Peripheral Vascular Disease**
　　Meadox Medicals Endovascular Training Workshop
　　Boston, Massachusetts
　　June 2, 1997

2.　**Imaging Requirements and Techniques for Endovascular Therapy**
　　Meadox Medicals Physician Advisory Board Meeting
　　Phoenix, Arizona
　　February 7, 1998

**Instructional Activities**

1.  Johnson & Johnson Palmaz Stent Proctor
    1992 – 1998

2.  Intraluminal stenting and intravascular ultrasound instruction
    Stanford University Endovascular Interventional Techniques "Hands On" Workshop
    Stanford, California
    April 11, 1996

3.  Balloon angioplasty instruction--Section Coordinator
    First Annual SVS/NA-ISCVS Endovascular Surgery Workshop
    Chicago, Illinois
    June 7, 1996

4.  Intraluminal stenting instruction
    First Annual SVS/NA-ISCVS Endovascular Surgery Workshop
    Chicago, Illinois
    June 8, 1996

5.  Intraluminal stenting and intravascular ultrasound instruction
    Stanford University Endovascular Interventional Techniques "Hands On" Workshop
    Stanford, California
    April 12, 1997

6.  Balloon angioplasty instruction--Section Coordinator
    Second Annual SVS/NA-ISCVS Endovascular Surgery Workshop
    Boston, Massachusetts
    June 7, 1997

7.  Intraluminal stenting instruction
    Second Annual SVS/NA-ISCVS Endovascular Surgery Workshop
    Boston, Massachusetts
    June 8, 1997

8.  Comprehensive endovascular therapy techniques instruction
    Southern Illinois University Basics of Endovascular Therapy Course
    Springfield, Illinois
    November 3-5, 1997

9.  Angiography techniques instruction
    Principles and Techniques in Endovascular Surgery:  An Introductory Workshop
    Albert Einstein College and Montefiore Medical Center
    New York, New York
    November 19, 1997

10. Comprehensive endovascular therapy techniques instruction
    Southern Illinois University Basics of Endovascular Therapy Course
    Springfield, Illinois
    January 20-22, 1998

**Instructional Activities (continued)**

11.  Percutaneous transluminal angioplasty instruction
     Principles and Techniques of Endovascular Interventions:  A Hands-on Training Course
     Arizona Heart Institute and Foundation
     Phoenix, Arizona
     February 8, 1998

12.  AneuRx Endoluminal Aortic Aneurysm Repair Proctoring
     William Moore, Jr., M.D.
     Lexington Hospital
     Columbia, South Carolina
     February 26, 1998

13.  Endoluminal Aortic Aneurysm Repair with the Meadox Vanguard Device
     Update on Endovascular Surgery: Clinical Applications and Hands-On Workshop
     University of Medicine and Dentistry of New Jersey
     Short Hills, New Jersey
     March 15, 1998

14.  AneuRx Endoluminal Aortic Aneurysm Repair Proctoring
     William Moore, Jr., M.D.
     Lexington Hospital
     Columbia, South Carolina
     March 23, 1998

15.  Endoluminal Aortic Aneurysm Repair with the Meadox Vanguard Device
     Twenty-sixth Annual Symposium of the Society for Clinical Vascular Surgery
     Coronado, California
     March 26, 1998

16.  Abdominal Aortic Aneurysm Repair with the Baxter Aortic Endograft
     Stanford University Endovascular Interventional Techniques "Hands On" Workshop
     Stanford, California
     April 17, 1998

17.  Comprehensive Endovascular Therapy Techniques Instruction
     Southern Illinois University Basics of Endovascular Therapy Course
     Springfield, Illinois
     May 18-20, 1998

18.  Comprehensive Endovascular Therapy Techniques Instruction
     Southern Illinois University Basics of Endovascular Therapy Course
     Springfield, Illinois
     August 24-26, 1998

19.  Comprehensive Endovascular Therapy Techniques Instruction
     Southern Illinois University Basics of Endovascular Therapy Course
     Springfield, Illinois
     October 12-14, 1998

20.  Comprehensive Endovascular Therapy Techniques Instruction
     Southern Illinois University Basics of Endovascular Therapy Course
     Springfield, Illinois
     December 1-3, 1998

**Instructional Activities (continued)**

21.  Progress in Angioscopy
     Harvard Endovascular Therapy Symposium
     Boston, Massachusetts
     December 6-8, 1998

22.  Endovascular Grafting of Aortic and Iliac Aneurysms
     Society for Clinical Vascular Surgery Symposium on Endovascular Therapy
     Lake Buena Vista, Florida
     March 24-26, 1999

23.  Endoluminal Abdominal Aortic Aneurysm Repair Using the AneuRx Device Instruction
     Sixth Annual Stanford Endovascular Surgery "Hands On" Workshop
     Stanford University
     Palo Alto, California
     April 16-17, 1999

24.  Thrombolytic Therapy: Drugs, Catheters, Rheolytic Thrombectomy Device
     First Annual Endovascular Therapy Workshop
     New England Society for Vascular Surgery
     Chatham, Massachusetts
     October 1, 1999

25.  AneuRx Training Symposium
     Southern Illinois University School of Medicine
     Springfield, Illinois
     November 8-9, 1999

26.  AneuRx Training Symposium
     Southern Illinois University School of Medicine
     Springfield, Illinois
     November 15-16, 1999

27.  AneuRx Endoluminal Aortic Aneurysm Repair Proctoring
     Yaron Sternbach, M.D.
     State University of New York
     Rochester, NY
     December 2, 1999

28.  AneuRx Endoluminal Aortic Aneurysm Repair Proctoring
     Bruce Brener, M.D.
     University of Medicine and Dentistry of New Jersey
     Beth Israel, NJ
     December 3, 1999

29.  AneuRx Training Symposium
     Southern Illinois University School of Medicine
     Springfield, Illinois
     December 6-7, 1999

**Instructional Activities (continued)**

30. AneuRx Endoluminal Aortic Aneurysm Repair Proctoring
Bruce Brener, M.D.
University of Medicine and Dentistry of New Jersey
Beth Israel, NJ
December 27, 1999

31. AneuRx Endoluminal Aortic Aneurysm Repair Proctoring
Dr. Bovie
Royal Oaks, MI
December 27, 1999

32. Endovascular Grafting of Aortic Aneurysms with the AneuRx Device
Endovascular Therapy Workshop
Winter Meeting of the Peripheral Vascular Surgery Society
Snowmass, Colorado
January 14-16, 2000

33. Techniques for Balloon Angioplasty and Stenting
Society for Clinical Vascular Surgery Symposium on Endovascular Therapy and
Endoscopic Venous Surgery
Rancho Mirage, California
March 16, 2000

34. Endovascular Grafting of Aortic and Iliac Aneurysms
Society for Clinical Vascular Surgery Symposium on Endovascular Therapy and
Endoscopic Venous Surgery
Rancho Mirage, California
March 17, 2000

35. Endovascular Aortic Aneurysm Repair with the AneuRx Device
Seventh Annual Stanford Endovascular Surgery "Hands-on" Workshop
Stanford University
Palo Alto, California
March 31, 2000

36. AneuRx Training Symposium
Southern Illinois University School of Medicine
Springfield, Illinois
May 16-17, 2000

37. AneuRx Training Symposium
Southern Illinois University School of Medicine
Springfield, Illinois
June 6-7, 2000

38. AneuRx Training Symposium
Southern Illinois University School of Medicine
Springfield, Illinois
July 11-12, 2000

**Instructional Activities (continued)**

39.   Balloon Angioplasty Instruction
      18th Annual UCLA Symposium
      Santa Monica, California
      October 12, 2000

40.   Aortic Endograft Instruction
      18th Annual UCLA Symposium
      Santa Monica, California
      October 13, 2000

41.   Embolization, Coils, Catheters, and Embolization Techniques
      SVS/AAVS 2001 Endovascular Surgery Symposium
      Baltimore, Maryland
      June 11, 2001

42.   Angioplasty and Stenting Instruction
      4th Annual UCLA Symposium
      Endovascular Surgery for the Vascular Surgeon
      Santa Monica, California
      September 29, 2001

43.   Instruction on Use of Aortic Endografts
      4th Annual UCLA Symposium
      Endovascular Surgery for the Vascular Surgeon
      Santa Monica, California
      September 30, 2001

44.   Basics of Renal and Iliac Artery Stenting
      FAME Animal Lab
      Atlanta, Georgia
      June 27-28, 2002

45.   Balloon Angioplasty Instruction
      5th Annual UCLA Symposium
      Endovascular Surgery for the Vascular Surgeon
      Santa Monica, California
      September 28, 2002

46.   Aortic Endograft Instruction
      5th Annual UCLA Symposium
      Endovascular Surgery for the Vascular Surgeon
      Santa Monica, California
      September 28, 2002

47.   Hands-On Instruction Advanced Endovascular Techniques
      6th Annual UCLA Symposium
      Endovascular Surgery for the Vascular Surgeon
      Beverly Hills, California
      October 4, 2003

**Instructional Activities (continued)**

48.   Hands-On Instruction Advanced Endovascular Techniques
      7th Annual UCLA Symposium
      Endovascular Surgery for the Vascular Surgeon
      Beverly Hills, California
      October 8, 2004

49.   Facilitator Simulator Session
      23rd  Annual UCLA Symposium
      A Comprehensive Review and Update of What's New in Vascular & Endovascular Surgery
      Beverly Hills, California
      October 1, 2005

50.   Techniques and Pitfalls in Renal Artery Stenting
      Renal and Mesenteric Revascularization Postgraduate Course
      American College of Surgeons
      San Francisco, California
      October 18, 2005

51.   Thoracic Endovascular Workshop
      Society for Vascular Surgery
      Chicago, Illinois
      December 7, 2005

52.   Introduction to CAS Simulator Session
      North American Vascular Symposium
      Copper Mountain, Colorado
      February 18, 2006

53.   Carotid Stenting:  Challenging Cases and Technical Tips
      34th Annual Society for Clinical Vascular Surgery Symposium
      Postgraduate Course
      Las Vegas, Nevada
      March 8, 2006

**Course and Symposia Director**

1.      Johnson & Johnson Palmaz Stent Course
        Seventh Annual Winter Meeting of the Peripheral Vascular Surgical Society
        Breckenridge, Colorado
        January 17, 1997

2.      Second Annual SVS/NA-ISCVS Endovascular Surgery Workshop
        Co-Chairman with Samuel S. Ahn, M.D.
        Boston, Massachusetts
        June 1-4, 1997

3.      Basics of Endovascular Surgery:  Principles and Techniques
        Southern Illinois University
        Springfield, Illinois
        November 3-5, 1997

4.      Basics of Endovascular Surgery:  Principles and Techniques
        Southern Illinois University
        Springfield, Illinois
        January 20-22, 1998

5.      Endovascular Therapy Issues and Techniques Symposium
        Twenty-sixth Annual Meeting of the Society for Clinical Vascular Surgery
        Coronado, California
        March 11, 1998

6.      Basics of Endovascular Surgery: Principles and Techniques
        Southern Illinois University
        Springfield, Illinois
        May 18-20, 1998

7.      Third Annual SVS/NA-ISCVS Endovascular Surgery Workshop
        Co-Chairman with Samuel S. Ahn, M.D.
        San Diego, California
        June 10-12, 1998

8.      Basics of Endovascular Surgery: Principles and Techniques
        Southern Illinois University
        Springfield, Illinois
        August 24-26, 1998

9.      Basics of Endovascular Surgery: Principles and Techniques
        Southern Illinois University
        Springfield, Illinois
        October 12-14, 1998

10.     Basics of Endovascular Surgery: Principles and Techniques
        Southern Illinois University
        Springfield, Illinois
        December 1-3, 1998

**Course and Symposia Director (continued)**

11.    Symposium on Endovascular Therapy and Endoscopic Venous Surgery
       Twenty-seventh Annual Society for Clinical Vascular Surgery Symposium
       Kissimmee, Florida
       March 24-25, 1999

12.    Advanced Decision Making in Endovascular Surgery—Getting In and Out of Trouble
       NA-ISCVS Forty-seventh Annual Scientific Meeting Postgraduate Course
       Washington, DC
       June 6, 1999

13.    Endovascular Therapy and Endoscopic Venous Surgery Workshop
       Twenty-eighth Annual Society for Clinical Vascular Surgery Symposium
       Rancho Mirage, California
       March 15-19, 2000

14.    Vascular Centers 2000: Best Practices in Interdisciplinary Collaboration (Program Co-Chair)
       Rosemont, Illinois
       April 28-29, 2000

15.    Advanced Decision Making in Endovascular Surgery—Getting In and Out of Trouble
       NA-ISCVS Forty-eighth Annual Scientific Meeting Postgraduate Course
       Toronto, Canada
       June 10, 2000

16.    Symposium Director
       SCVS Endovascular Update 2001
       Boca Raton, Florida
       April 4-8, 2001

17.    Symposium Director
       SVS/AAVS 2001 Endovascular Surgery Symposium
       Baltimore, Maryland
       June 10-13, 2001

18.    Symposium Director
       SCVS 2002 Endovascular Problem Solving Symposium
       Las Vegas, Nevada
       March 15, 2002

19.    Symposium Director
       SVS/AAVS 2002 Endovascular Therapy Symposium
       Boston, Massachusetts
       June 9, 2002

20.    Symposium Director
       SVS/AAVS 2003 Endovascular Therapy Symposium
       Chicago, Illinois
       June 7, 2003

21.    Course Director
       SVS Cerebral Angiography Course
       Cincinnati, Ohio
       December 2-3, 2003

**Course and Symposia Director (continued)**

22. Course Director
    SVS Diagnostic Cerebral Angiography: Imaging Techniques & Interpretation
    Chicago, Illinois
    December 2-3, 2004

23. Course Director
    Essential Issues in Management of Lower Extremity Ischemia
    American College of Surgeons
    Chicago, Illinois
    October 13, 2009

24. Symposium Organizer and Co-Chair
    Acute Aortic Syndromes and Vascular Trauma – Breakfast Symposium
    Society for Vascular Surgery
    San Francisco, California
    May 30, 2013

# **Bibliography**

**Journal Articles**

1.    Woodcock JP, Owen GM, Shedden EJ, Hodgson KJ, MacGregor A, Srivastava A.  Duplex scanning of the thyroid.  Ultrasound in Med & Biology 1985, 11:659-63.

2.    Hodgson KJ, Webster DJT.  Abdominal aortic aneurysm causing duodenal and ureteric obstruction.  J Vasc Surg 1986, 3:364-68.

3.    Hodgson KJ, Hughes LE.  A simple technique for improving the cosmesis of melanoma excision and skin grafting.  Surg, Gynecol & Obstetrics 1986, 163:491-92.

4.    Hodgson KJ, Shah DM, Leather RP, Corson JD, Karmody AM.  The retroperitoneal approach to the Warren shunt.  Am J Surg 1988, 155:606-10.

5.    Hodgson KJ, Sumner DS.  Buttock claudication from isolated bilateral internal iliac arterial stenoses.  J. Vasc. Surg, 1988, 7:446-8.

6.    Hodgson KJ, Sumner DS.  Non-invasive assessment of lower extremity arterial disease.  Ann Vasc Surg 1988, 2:174-84.

7.    Hodgson KJ, Woodcock JP, Owen GM, Shedden EJ, Wheeler MH.  Duplex scan derived superior thyroid artery blood flow in euthyroid and hyperthyroid patients.  World J Surg 1988, 12:470-75.

8.    Spadone DP, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Contralateral internal carotid artery stenosis or occlusion:  Pitfall of correct ipsilateral classification.  J Vasc Surg 1990, 11:642-49.

9.    Londrey GL, Hodgson KJ, Spadone DP, Ramsey DE, Barkmeier LD, Sumner DS.  Initial experience with color-flow duplex scanning of infrainguinal bypass grafts.  J Vasc Surg 1990, 12:284-90.

10.   Londrey GL, Ramsey DE, Hodgson KJ, Barkmeier LD, Sumner DS.  Infrapopliteal bypass for severe ischemia:  Comparison of autogenous vein, composite, and prosthetic grafts.  J Vasc Surg 1991, 13:631-36.

11.   Londrey GL, Spadone DP, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS.  Does color flow imaging improve the accuracy of duplex carotid evaluation?  J Vasc Surg 1991, 13:659-63.

12.   Mattos MA, Londrey GL, Leutz DW, Hodgson KJ, Ramsey DE, Barkmeier LD, Stauffer ES, Spadone DE, Sumner DS.  Color-flow duplex scanning for the surveillance and diagnosis of acute deep venous thrombosis.  J Vasc Surg 1992, 15:366-76.

13.   Mattos MA, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS.  Identifying total carotid occlusion with colour flow duplex scanning.  Eur J Vasc Surg 1992, 6:204-210.

14.   Mattos MA, Hodgson KJ, Londrey GL, Barkmeier LD, Ramsey DE, Garfield M, Sumner DS.  Carotid endarterectomy:  Operative risks, recurrent stenosis, and long-term stroke rates in a modern series.  J Cardiovasc Surg 1992, 33:387-400.

**Journal Articles (continued)**

15. Mattos MA, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS. Internal carotid artery occlusion: Operative risks and long-term stroke rates after contralateral carotid endarterectomy. Surgery 1992, 112:670-680.

16. Mattos MA, van Bemmelen PS, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS. Does correction of stenoses identified with color duplex scanning improve infrainguinal graft patency. J Vasc Surg 1993, 17:54-66.

17. Mattos MA, van Bemmelen PS, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS. Routine surveillance after carotid endarterectomy: Does it affect clinical management? J Vasc Surg 1993, 17:819-831.

18. Mattos MA, van Bemmelen PS, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. The influence of carotid siphon stenosis on short and long term outcome following carotid endarterectomy: Fact or fiction? J Vasc Surg 1993, 17:902-911.

19. Faught WE, van Bemmelen PS, Mattos MA, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Presentation and natural history of internal carotid artery occlusion. J Vasc Surg 1993, 18:512-24.

20. Collins JL, Mattos MA, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS. Traumatic posterior-tibial artery pseudoaneurysm: Diagnosis with color-flow duplex scanning and treatment without arteriography. J Vasc Technol 1993, 17:263-266.

21. van Bemmelen PS, Mattos MA, Hodgson KJ, Barkmeier LD, Ramsey DE, Faught WE, Sumner DS. Does air plethysmography correlate with duplex scanning in patients with chronic venous insufficiency? J Vasc Surg 1993, 18:796-807.

22. Hodgson KJ, Mattos MA, Sumner DS. Canine or chameleon: The vascular surgeon's role in percutaneous endovascular surgery. Vascular Forum 1993, 1:237-247.

23. Raymond DL, Mattos MA, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. A case of radial artery pseudoaneurysm: Diagnosis and treatment with color-flow duplex scanning-guided compression. J Vasc Technol 1994, 18:41-43.

24. Mattos MA, Hodgson KJ, Faught WE, Mansour MA, Barkmeier LD, Ramsey DE, Sumner DS. Carotid endarterectomy without angiography: Is color-flow duplex scanning sufficient? Surgery 1994, 116:776-83.

25. van Bemmelen PS, Mattos MA, Faught WE, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS. Augmentation of blood flow in limbs with occlusive arterial disease by intermittent calf compression. J Vasc Surg 1994, 19:1052-58.

26. Faught WE, Mattos MA, van Bemmelen PS, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Color-flow duplex scanning of carotid arteries: New velocity criteria based on ROC analysis for threshold stenoses used in the symptomatic and asymptomatic carotid trials. J Vasc Surg 1994, 19:818-28.

27. Mansour MA, Mattos MA, Faught WE, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. The natural history of moderate (50-79%) internal carotid artery stenosis in symptomatic, nonhemispheric, and asymptomatic patients. J Vasc Surg 1995, 21:346-57.

**Journal Articles (continued)**

28.  Mattos MA, Modi JR, Mansour MA, Mortenson D, Karich T, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Evolution of carotid endarterectomy in two community hospitals: Springfield revisited - 17 years and 2243 operations later. J Vasc Surg 1995, 21:719-28.

29.  Mansour, MA, Mattos MA, Hood DB, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Detection of the String Sign by Color Flow Duplex Scanning. Am J Surg 1995, 170:154-158.

30.  Hodgson KJ, Mattos MA, Mansour MA, Hood DB, Barkmeier LD, Ramsey DE, Sumner DS. Incorporation of Endovascular Training into a Vascular Fellowship Program. Am J Surg 1995, 170:168-173.

31.  Hood DB, Mattos MA, Mansour MA, Hodgson KJ, Barkmeier LD, Ramsey DE,. Sumner DS. Prospective evaluation of new duplex criteria to identify 70% internal carotid artery stenosis. J Vasc Surg 1996, 23:254-262.

32.  Mattos MA, Melendres G, Sumner DS, Hood DB, Barkmeier LD, Hodgson KJ, Ramsey DE. Prevalence and distribution of calf vein thrombosis in patients with symptomatic deep venous thrombosis:  A color-flow duplex study.  J Vasc Surg 1996, 24: 738-44.

33.  Hood DB, Mattos MA, Douglas M, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS. Determinants of success of color-flow duplex guided compression repair of femoral pseudoaneurysms.  Surgery 1996, 120:585-90.

34.  Barkmeier LD, Hood DB, Sumner DS, Mansour MA, Hodgson KJ, Mattos MA, Ramsey DE. Local anesthesia for infrainguinal arterial reconstruction.  Am J Surg 1997, 174:202-204.

35.  Hodgson KJ, Mattos MA, Sumner DS.  Access to the vascular system for endovascular procedures:  Techniques and indications for percutaneous and open arteriotomy approaches.  Seminars in Vascular Surgery 10:206-221, 1997.

36.  Hurlbert SN, Mattos MA, Henretta JL, Ramsey DE, Barkmeier LD, Hodgson KJ, Sumner DS. Long-term patency rates, complications, and cost-effectiveness of PTFE grafts for hemodialysis access: A prospective study that compares Impra versus Gore-tex grafts. Cardiovasc Surg, 6:652-656, 1998.

37.  Henretta JP, Hodgson KJ, Mattos MA, Karch LA, Hurlbert SN, Sternbach Y, Ramsey DE, Sumner DS: Feasibility of endovascular repair of abdominal aortic aneurysms with local anesthesia with intravenous sedation.  J Vasc Surg, 29:783-798, 1999.

38.  Henretta JP, Karch LA, Hodgson KJ, Mattos MA, Ramsey DE, McLafferty RB, Sumner DS: Special iliac artery considerations during aneurysm endografting.  Am J Surg, 178:212-218, 1999.

39.  Karch LA, Henretta JP, Hodgson KJ, Mattos MA, Ramsey DE, McLafferty RB, Sumner DS: Algorithm for the diagnosis and treatment of endoleaks.  Am J Surg, 178:225-231, 1999.

40.  Zarins CK, White RA, Schwarten D, Kinney E, Diethrich EB, Hodgson KJ: AneuRx stent graft versus open surgical repair of abdominal aortic aneurysms: multicenter prospective clinical trial. J Vasc Surg, 29(2):292-305; discussion 306-8, 1999.

41.  White RA, Hodgson KJ, Ahn SS, Hobson RW:  Endovascular interventions training and credentialing for vascular surgeons.  J Vasc Surg, 29:177-86, 1999.

**Journal Articles (continued)**

42.    Zarins CK, White RA, Hodgson KJ, Schwarten D, Fogarty TJ: Endoleak as a predictor of outcome following endovascular aneurysm repair: AneuRx multicenter clinical trial. J Vasc Surg, 32:90-107, 2000.

43.    McLafferty RJ, Dunnington GG, Sumner DS, Karch L, Henretta JP, Mattos MA, Ramsey DE, Hodgson KJ:  Factors affecting the diagnosis of peripheral vascular disease prior to vascular surgery referral. J Vasc Surg, 31:870-879, 2000.

44.    Karch L, Mattos MA, Henretta JP, McLafferty RJ, Ramsey DE, Hodgson KJ:  Clinical failure following percutaneous transluminal angioplasty of the femoropopliteal artery. J Vasc Surg, 31:880-888, 2000.

45.    Mattos, MA, Hodgson, KJ, Ramsey, DE, Sumner, DS:  Clinical outcome of patients developing transient ischemic attacks following carotid endarterectomy.  Vascular Surgery;34(5):471-4, 2000

46.    Karch, LA, Hodgson, KJ, Mattos, MA,  Bohannon, WT, Ramsey, DE, McLafferty, RB: Adverse consequences of internal iliac artery occlusion during endovascular repair of abdominal aortic aneurysms.  J Vasc Surg;32:676-683, 2000

47.    Zarins CK, White RA, Moll F, Crabtree T, Bloch D, Hodgson KJ, Fillinger M, Fogarty TJ: The AneuRx Stent Graft: Four Year Results and Worldwide Experience 2000. J Vasc Surg;33:S135-45, 2001.

48.    Karch LA, Hodgson KJ, Mattos MA, Bohannon WT, Ramsey DE, McLafferty RB. Management of ectatic, nonaneurysmal iliac arteries during endoluminal aortic aneurysm repair. J Vasc Surg 2001; 33:S33-38.

49.    Crouch DS, McLafferty RB, Henretta JP, Mattos MA, Hodgson KJ, Ramsey DE, Karch LA, Sumner DS. A prospective study of discharge disposition after vascular surgery. J Vasc Surg 2001;34:62-68

50.    Davies SL, Mattos MA, Markwell SJ, McLafferty RB, Ramsey DE, Hodgson KJ.  Prevalence of acute deep venous thrombosis and the appropriate indications for the use of color-flow duplex scanning in patients with suspected pulmonary embolism.  J Vasc Tech 2001;25(2):69-76.

51.    McLafferty RB, Church MP, Oltman TT, Liesen DP, Mattos MA, Ramsey DE, Hodgson KJ. Trends in non-invasive vascular test utilization.  J Vasc Tech 2001;25(3):133-139.

52.    Mattos MA, Sumner DS, Bohannon WT, Parra JR, McLafferty RB, Karch LA, Ramsey DE, Hodgson KJ.  Carotid endarterectomy in women:  challenging the results from ACAS and NASCET.  Ann Surg 2001 Oct;234(4):438-45.

53.    Bohannon WT, Hodgson KJ, Parra JR, Mattos MA, Karch LA, Ramsey DE, Solis MM, McLafferty RB.  Endovascular management of iliac limb occlusion of bifurcated aortic endografts.  J Vasc Surg 2002;35:584-8.

54.    Veith FJ, Baum RA, Ohki T, Amor M, Hodgson KJ.  Nature and significance of endoleaks and endotension:  Summary of opinions expressed at an international conference.  J Vasc Surg 2002;35:1029-35.

**Journal Articles (continued)**

55.   McLafferty RB, McCrary BS, Mattos MA, Karch LA, Ramsey DE, Solis MM, Hodgson KJ. The use of color-flow duplex scan for the detection of endoleaks. J Vasc Surg 2002;36:100-4.

56.   Solis MM, Ayerdi J, Babcock GA, Parra JR, McLafferty RB, Gruneiro LA, Ramsey DE, Hodgson KJ.  Mechanism of failure in the treatment of type II endoleak with percutaneous coil embolization.  J Vasc Surg 2002;36:485-91.

57.   Bohannon WT, McLafferty RB, Cheney S, Mattos MA, Gruneiro LA, Ramsey DE, Hodgson KJ.  Outcome of venous stasis ulceration when complicated by arterial occlusive disease. Eur J Vasc and Endovasc Surg 2002 ;24:249-254.

58.   Fullerton JA, McLafferty RB, Solis MM, Gruneiro LA, Ramsey DE, Hodgson KJ.  Are the dialysis quality outcome initiative (DOQI) guidelines feasible for dialysis access.  Ann Vasc Surg 2002;16:613-17.

59.   Parra JR, Ayerdi J, McLafferty RB, Gruneiro LA, Ramsey DE, Solis MM, Hodgson KJ. Conformational changes associated with proximal seal zone failure in abdominal aortic endografts.  J Vasc Surg 2003;37:106-11.

60.   Nehler MR, Mueller RJ, McLafferty RB, Johnson SP, Nussbaum JD, Mattos MA, Whitehill TA, Esler AL, Hodgson KJ, Krupski WC.  Outcome of catheter-directed thrombolysis for lower extremity arterial bypass occlusion.  J Vasc Surg 2003;37:72-8.

61.   Ayerdi J, McLafferty RB, Markwell SJ, Solis MM, Parra JR, Gruneiro LA, Ramsey DE, Hodgson KJ.  Indications and outcomes of AneuRx Phase III trial versus use of commercial AneuRx stent graft.  J Vasc Surg 2003;37:739-743.

62.   Teruya TH, Ayerdi J, Solis MM, Abou-Zamzam AM, Ballard JL, McLafferty RB, Hodgson KJ. Treatment of Type III Endoleak with an Aortouniiliac Stent Graft.  Ann Vasc Surg 2003;17:123-28.

63.   Ayerdi J, McLafferty RB, Solis MM, Teruya TH, Danetz JS, Parra JR, Gruneiro LA, Ramsey DE, Hodgson KJ.  Retrograde Endovascular Hypogastric Artery Preservation (REHAP) and Aortouniiliac (AUI) Endografting in the Management of Complex Aortoiliac Aneurysms. Ann Vasc Surg 2003;17:329-334.

64.   Danetz JS, McLafferty RB, Ayerdi J, Gruneiro LA, Ramsey DE, Hodgson KJ.  Selective Venography versus nonselective Venography before vena cava filter placement:  Evidence for more not less.  J Vasc Surg 2003;38:928-34.

65.   Hodgson KJ.  Essentials of endovascular surgery training:  How to get started in carotid stenting.  Seminars in Vascular Surgery 2003;16:262-69.

66.   Ayerdi J, Hodgson KJ.  Balloon angioplasty and stenting for renovascular occlusive disease.  Pers Vasc Surg Endovasc Ther 16:25-42, 2004.

67.   Parra JR, Lee C, Hodgson KJ, Perler B.  Endograft infection leading to rupture of aortic aneurysm.  J Vasc Surg 2004;39:676-8.

68.   Danetz JS, McLafferty RB, Ayerdi J, Rolando LA, Schmittling ZC, Ramsey DE, Hodgson KJ. Pancreatitis caused by rheolytic thrombolysis:  An unexpected complication.  J Vasc Interv Radiol 2004;15:857-60.

**Journal Articles (continued)**

69.  Hodgson KJ.  Canine or chameleon (revisited):  A never ending challenge in a perpetually changing world.  J Vasc Surg 2004;40:1050-56.

70.  Schmittling ZC, McLafferty RB, Bohannon WT, Ramsey DE, Hodgson KJ.  Characterization and probability of upper extremity deep venous thrombosis.  Annals of Vasc Surg 2004;18(5):552-557.

71.  Schmittling ZC, McLafferty RB, Danetz JS, Ramsey DE, Hodgson KJ.   The AneuRx modular endograft device for the treatment of abdominal aortic aneurysms: Overview of 7 years of clinical use.  J Cardiovasc Surg 2004;45:301-306.

72.  Danetz JS, McLafferty RB, Schmittling ZC, Lee CH, Ayerdi J, Markwell SJ, Ramsey DE, Hodgson KJ.  Predictors of complications after a prospective evaluation of diagnostic and therapeutic endovascular procedures.  J Vasc Surg 2004;40:1142-8.

73.  Hodgson KJ.  Canine or chameleon (revisited):  a never-ending challenge in a perpetually changing world.  Vascular 2005 Mar-Apr; 13(2):69-76.

74.  Schmittling ZC, McLafferty RB, Ramsey DE, Hodgson KJ. Closure of a surgically created arteriovenous fistula with a covered stent-graft in a patient with venous ambulatory hypertension.  Vasc Endovasc Surg 39:363-366, 2005.

75.  Hussain SM, McLafferty RB, Schmittling ZC, Zakaria AM, Ramsey DE, Larson JL, Hodgson KJ.  Superior vena cava perforation and cardiac tamponade after filter placement in the superior vena cava.  Vasc Endovasc Surg 39:  367-370, 2005.

76.  Parra JR, Crabtree T, McLafferty RB, Ayerdi J, Gruneiro LA,  Ramsey DE, Hodgson KJ. Anesthesia technique and outcomes of endovascular aneurysm repair.  Ann Vasc Surg 2005;19:123-9.

77.  Schmittling ZC, McLafferty RB, Danetz JS, Hussain SM, Ramsey DE, Hodgson KJ.  The inaccuracy of simple visual interpretation for measurement of carotid stenosis by arteriography.  J Vasc Surg 2005; 42:62-6.

78.  Hodgson KJ, Matsumura JS, Ascher E, Dake MD, Sacks, Krol K, Bersin R.  Clinical competence statement on thoracic endovascular aortic repair (TEVAR)-Multispecialty consensus recommendations, A report of the SVS/SIR/SCAI/SVMB Writing Committee to develop a clinical competence standard for TEVAR.  JVIR 2006; 17:  617-21.

79.  Hodgson KJ, Matsumura JS, Ascher E, Dake MD, Sacks, Krol K, Bersin R.  Clinical competence statement on thoracic endovascular aortic repair (TEVAR)-Multispecialty consensus recommendations, A report of the SVS/SIR/SCAI/SVMB Writing Committee to develop a clinical competence standard for TEVAR.  J Vasc Surg 2006; 43:858-62.

80.  Hussain SM, McLafferty RB, Passman MA, Datillo JB, Ramsey DE, Guzman RJ, Naslund TC, Hodgson, KJ.  Establishment of a varicose vein center in a tertiary vascular surgery practice:  Urban versus rural differences.  Ann Vasc Surg 2006;20:447-450.

81.  Johnson CM, Hodgson KJ.  Advanced Endovascular Training for Vascular Residents:  What More Do We Need?  Semin Vasc Surg 2006 19:194-199.

**Journal Articles (continued)**

82.  McLafferty RB, Pryor RW, Johnson CJ, Ramsey DE, Hodgson KJ.  Outcome of a comprehensive follow-up program to enhance maturation of autogenous arteriovenous hemodialysis access.  J Vasc Surg 2007;45:981-5.

83.  Johnson CM, Hodgson KJ.  The role of embolic protection devices in renal artery stenting.  Pers in Vasc Surg and Endo Therapy 2007; 19: 266-271.

84.  Calligaro KD, Toursarkissian B, Clagett GP, Towne J, Hodgson K, Moneta G, Sidawy AN, Cronenwett JL, Clinical Practice Council, Society for Vascular Surgery.  Guidelines for hospital privileges in vascular and endovascular surgery:  recommendations of the Society for Vascular Surgery.  J Vasc Surg 2008;47:1-5.

85.  Fairman RM, Criado F, Farber M, Kwolek C, Mehta M, Lee A, Tuchek JM, VALOR Investigators.  Pivotal results of the Medtronic Vascular Talent Thoracic Stent Graft System: the VALOR trial.  J Vasc Surg 2008;48:546-54.

86.  Eidt JF, Mills J, Rhodes RS, Biester T, Gahtan V, Jordan WD, Hodgson KJ, Kent KC, Ricotta JJ, Sidawy AN, Valentine J.  Comparison of surgical operative experience of trainees and practicing vascular surgeons:  a report from the Vascular Surgery Board of the American Board of Surgery.  J Vasc Surg 2011;53:1130-9.

87.  Tan T, Bohannon T, Mattos MA, Hodgson KJ, Farber A.  Percutaneous mechanical thrombectomy and pharmacologic thrombolysis for renal artery embolism:  Case report and review of endovascular treatment.  Int J Angiol 2011;20:111-116.

88.  Hasanadka, McLafferty RB, Moore CJ, Hood DH, Ramsey DE, Hodgson KJ.  Predictors of wound complications following major amputations for chronic limb ischemia.  J Vasc Surg 2011; 54:1374-82.

89.  Hodgson KJ.  EVAR for ruptured aneurysms: Are the data complete?  Semin Vasc Surg 2012 25:217-226.

90.  Lal BK, Beach KW, Roubin GS, Lutsep HL, Moore WS, Malas MB, et al for the CREST Investigators.  Restenosis after carotid artery stenting and endarterectomy:  A secondary analysis of CREST, a randomized controlled trial.  Lancet Neurol 2012;11:  755-63.

91.  Rana NR, Hodgson KJ, Ramsey D, Johnson CM.  Management approach to an extracranial internal carotid artery aneurysm.  J Vasc Surg 2013 Feb;57(2):526.

92.  Desai SS, Naddaf A, Pan J, Hood D, Hodgson KJ.  Impact of consensus statements and reimbursement on vena cava filter utilization.  J Vasc Surg 2016;64:425-9.

93.  Dua A, Romanelli M, Upchurch GR, Pan J, Hood D, Hodgson KJ, Desai SS.  Predictors of poor outcomes after carotid intervention.  J Vasc Surg 2016;64:663-70.

94.  Dua A, Andre J, Nolte N, Pan J, Hood D, Hodgson, KJ, Desai SS.  The impact of physician specialization on clinical and hospital outcomes in patients undergoing EVAR and TEVAR.  Ann Vasc Surg 2016;35:138-46.

**Journal Articles (continued)**

95.     Malas MB, Hicks CW, Jordan WD Jr, Hodgson KJ, Mills JL Sr, Makaroun MS, Belkin M, Fillinger FM, PYTHAGORAS Investigators.  Five-year outcomes of the PYTHAGORAS U.S. clinical trial of the Aorfix endograft for endovascular aneurysm repair in patients with highly angulated aortic necks.  J Vasc Surg 2017;65:1598-1607.

96.     McGillicuddy EA, Fillinger M, Robinson WP 3rd, Hodgson K, Jordan WD, Beck AQ, Malas M, Belkin M.  Lombard Aorfix high angulation device, sac behavior following implantation. J Vasc Surg 2017;66:71-78.

97.     Predictors of Groin Access Pseudoaneurysm Complication: A 10-Year Institutional Experience.  Naddaf A, Williams S, Hasanadka R, Hood DB, Hodgson KJ.  Vasc Endovascular Surg. 2020 Jan;54(1):42-46.

98.     Repair of an Anastomotic Pseudoaneurysm with a Novel Hybrid Technique.  Naddaf A, Hasanadka R, Hood D, Hodgson K.  Ann Vasc Surg. 2019 Oct 15. pii: S0890-5096(19)30756-3. doi: 10.1016/j.avsg.2019.07.019. [Epub ahead of print]

99.     The Society for Vascular Surgery Executive Board response to the Diversity, Equity and Inclusion Taskforce Report. Dalman RL, Murphy SA, AbuRahma AF, Caligaro KD, Dalsing MC, Eagleton MJ, Hodgson KJ, McDevitt DT, Reed AB, Schanzer A,Shutze WP, Slaw KM.  J Vasc Surg 2021; 73:757-61.

100.    Telemedicine platforms and their use in the coronavirus disease-19 era to deliver comprehensive vascular care.  Lin JC, Humphries MD, Shutze WP, Aalami OO, Fischer UM, Hodgson KJ.  J Vasc Surg 2021, 73:392-8.

101.    Use of Atherectomy During Index Peripheral Vascular Interventions.  Hicks CW, Holscher CM, Wang P, Dun C, Abularrage CJ, Black 3rd J, Hodgson KJ, Makary MA. JACC Cardiovasc Interv 2021; 14:678-88.

**Book Chapters**

1.  Hodgson KJ & Sumner DS.  Doppler ultrasound in the diagnosis of venous thrombosis.  *In* Salmasi A-M and Nicolaides AN (eds):  Cardiovascular Applications of Doppler Ultrasound.  Churchill Livingstone, London, 1989, pp 333-353.

2.  Sumner DS, Londrey GL, Spadone DP, Hodgson KJ, Leutz DW, Stauffer ES.  Study of deep-vein thrombosis in high-risk patients using color-flow Doppler.  *In* Bergen JJ and Yao JST (eds):  Venous Disorders.  W.B. Saunders Co., Philadelphia, 1991, pp 63-76.

3.  Sumner DS, Mattos MA, Londrey GL, Hodgson KJ, Barkmeier LD, Ramsey DE.  Clinical Application of color Doppler in venous problems.  *In* Yao JST and Pearce WH (eds): Technologies in Vascular Surgery.  W.B. Saunders Co., Philadelphia, 1992, pp 185-200.

4.  Sumner DS, Mattos MA, Hodgson KJ.  Surveillance program for vascular reconstructive procedures.  *In* Yao JST and Pearce WH (eds): Long-Term Results in Vascular Surgery. Appleton & Lange, Norwalk, 1993, pp 33-59.

5.  Sumner DS, Mattos MA, Hodgson KJ.  When is correction of vein graft stenosis detected by duplex necessary to maintain patency and when is it not? *In* Veith FJ (ed): Current Critical Problems in Vascular Surgery, (Volume 6), St. Louis, Quality Medical Publishing, Inc, 1994, pp. 78-82.

6.  Hodgson KJ, Mattos MA.  Starting An Endovascular Therapy Program.  *In* Ahn SS (ed): ISCVS/SVS Handbook on Endovascular Procedures.  R.G. Landes Company, Austin, 1996, pp 7-15.

7.  Hodgson KJ, Douglas MG, Mattos MA.  Percutaneous transluminal angioplasty. *In* Ahn SS (ed):  ISCVS/SVS Handbook on Endovascular Procedures.  R.G. Landes Company, Austin, 1996, pp 46-61.

8.  Hodgson KJ, Mattos MA.  Needle Punctures.  SCVS Handbook of Basics of Endovascular Management of Peripheral Vascular Disease.  1996, pp 6-11.

9.  Hodgson KJ, Mattos MA.  Hemostatic Sheaths. SCVS Handbook of Basics of Endovascular Management of Peripheral Vascular Disease.  1996, pp 19-21.

10.  Hodgson KJ, Mattos MA.  Angiography Catheters. SCVS Handbook of Basics of Endovascular Management of Peripheral Vascular Disease.  1996, pp 22-25.

11.  Hodgson KJ, Mattos MA.  Contrast Agents. SCVS Handbook of Basics of Endovascular Management of Peripheral Vascular Disease.  1996, pp 11-14.

12.  Hodgson KJ, Mattos MA.  Guiding Catheters. SCVS Handbook of Basics of Endovascular Management of Peripheral Vascular Disease.  1996, pp 16-19.

13.  Hodgson KJ, Mattos MA.  Starting An Endovascular Therapy Program.  *In* Ahn SS (ed): ISCVS/SVS Handbook on Endovascular Procedures.  R.G. Landes Company, Austin, 1997, pp 7-15.

14.  Hodgson KJ, Douglas MG, Mattos MA.  Percutaneous transluminal angioplasty. *In* Ahn SS (ed):  ISCVS/SVS Handbook on Endovascular Procedures.  R.G. Landes Company, Austin, 1997, pp 46-61.

**Book Chapters (continued)**

15.     Hodgson KJ, Mattos MA, Sumner DS.  Angiography in the Operating Room:  Equipment, Catheter Skills and Safety Issues.  *In*: Yao JST, Pearce WH (eds):  <u>Techniques in Vascular and Endovascular Surgery</u>.  Stamford, CT:  Appleton & Lange; 1997:pp 25-45.

16.     Henretta JP, Hodgson KJ. Postintervention Surveillance of Endovascular Procedures. *In*: White RA, Fogarty TJ (eds): <u>Peripheral Endovascular Interventions</u>, Second Edition. New York, NY: Springer-Verlag; 1999: pp 103-118.

17.     Hood DB, Hodgson KJ. Percutaneous Transluminal Angioplasty and Stenting for Iliac Artery Occlusive Disease. *In*: Pearce WH, Matsumura JS, Yao ST (eds): <u>The Surgical Clinics of North America: Endovascular and Minimally Invasive Vascular Surgery.</u> June 1999; Vol 79:3, pp. 575-596.

18.     Mattos, MA, Hodgson, KJ, Hurlbert, SN, Henretta, JP, Sternbach, Y, Douglas, MG, Mansour, AM, Hood, DB, Sumner, DS:  Vascular Stents.  *In*: Wells, SG (ed):  <u>Current Problems in Surgery.</u> St. Louis, MO, Mosby-Year Book, Inc. 1999;Vol 36 (12), pp. 909-1056.

19.     Hodgson KJ. Fundamental Techniques in Endovascular Surgery. *In*: Rutherford RB (ed): <u>Vascular Surgery</u>, Fifth Edition. Orlando, FL: W.B. Saunders Company; 2000, pp. 499-526.

20.     Hodgson KJ. Principles of Arteriography. *In*: Rutherford RB (ed): <u>Vascular Surgery</u>, Fifth Edition. Orlando, FL: W.B. Saunders Company; 2000, pp. 286-302.

21.     McLafferty RB, Hodgson KJ. Peripheral Arterial Disease. Eds: Rakel RE, Bope ET. In: <u>Conn's Current Therapy</u>, 53rd Edition. W.B. Saunders Company; 2001, pp. 354-359.

22.     Hood DB, Hodgson KJ. Percutaneous Arterial Dilation for Atherosclerotic Aortoiliac Occlusive Disease. *In*: Ernst C, Stanley J (eds): <u>Current Therapy in Vascular Surgery</u>, Fourth Edition. Mosby, Inc; 2001, pp. 384-390.

23.     Hodgson KJ, Mansour AM. Preparing the Endovascular Operating Suite. *In*: Ahn SS, Moore WS (ed): <u>Endovascular Surgery</u>, 3rd Edition. W.B. Saunders; 2001, pp. 3-13.

24.     Hodgson KJ, Hood DB. Endovascular Evaluation and Treatment of Renal Artery Disease. *In*: Ahn SS, Moore WS (ed): <u>Endovascular Surgery</u>, 3rd Edition. W. B. Saunders; 2001, pp. 341-354.

25.     Rohrer M, Hodgson KJ:  Basic endovascular considerations and surgical techniques. In Greenfield L., Lillemoe K., Mulholland MW, Oldham KT, Zelenock, J. (eds.):  Surgery: <u>Scientific Principles and Practice</u>, 3rd Edition.  Philadelphia, PA, Lippincott Williams & Wilkins; 2001, pp. 1658-1669.

26.     Ayerdi J, Solis MM, Hodgson KJ.  Balloon angioplasty of peripheral arteries and veins. Eds:  Ascher, Hollier, Strandness et al., <u>Haimovici Vascular Surgery</u>, 5th edition.

27.     Hodgson KJ, Solis MM.  Endoleak and endotension: The Springfield experience. Eds: Veith FJ, Baum RA.  <u>Endoleaks and endotension current consensus on their nature and significance</u>.  Marcel Dekker, Inc.; 2003; pp. 143-166.

28.     Hodgson KJ.  Combination thrombolysis. Ed:  Greenhalgh RM.  <u>Vascular and Endovascular Challenges</u>.  BIBA Publishing; 2004, pp. 46-53.

**Book Chapters (continued)**

29.   Solis MM, Harvey RL, Hodgson KJ.  Abdominal Aortic Aneurysm:  Endovascular Repair.  Ed. Cameron JL. Current Surgical Therapy 8th edition.  Elsevier Mosby; 2004, pp. 709-713.

30.   Schmittling ZC, Hodgson KJ.  Thrombolysis and mechanical thrombectomy for arterial disease.  Surgical Clinics of North America.  Elsevier; Vol. 84;2004, pp. 1237-66.

31.   Mansour MA, Hodgson KJ.  Preoperative Imaging for Endovascular Grafts:  CT Angiography. Eds. Mansour MA, Labropoulos N.   Vascular Diagnosis.  Elsevier; 2005, pp. 397-405.

32.   Hussain SM, Hodgson KJ.  Endovascular Therapy for TASC Type A Aortoiliac Lesions.  Ed. Greenhalgh RM.  Towards Vascular and Endovascular Consensus.  BIBA Publishing; 2005, pp. 352-360.

33.   Ayerdi J, Hodgson KJ.  Principles of Arteriography.  Ed. Rutherford RB  Vascular Surgery, 6th Edition.  Elsevier Saunders; 2005, pp. 271-299.

34.   Ayerdi J, Hodgson KJ.  Fundamental Techniques in Endovascular Surgery.  Ed. Rutherford RB Vascular Surgery, 6th Edition.  Elsevier Saunders; 2005, pp. 747-784.

35.   Hood DB, Hodgson KJ.  Endovascular Treatment of Renovascular Disease.  Ed. Moore WS Vascular and Endovascular Surgery A Comprehensive Review, 7th edition.  Elsevier Saunders; 2006, pp. 334-342.

36.   Ash JL, Hussain SM, Hodgson KJ.  Endoleak Management in the Abdominal Aorta.  Ed. Lumsden A, Lin P, Chen C, Parodi J.  Advanced Endovascular Therapy of Aortic Disease Blackwell Publishing; 2007, pp.199-208.

37.   Hodgson KJ, Hood DB.  Endovascular Diagnostic.  Ed Rutherford RB Vascular Surgery, 7th Edition.  Elsevier Saunders; 2010, pp. 1262-76.

38.   Hodgson KJ, Moore CJ.  Preparing the Endovascular Operating Room Suite.  Ed.  Moore W, Ahn S.  Endovascular Surgery, 4th Edition.   Elsevier Saunders; 2011 pp. 5-20.

39.   Hodgson KJ, Hood DB.  Endovascular Treatment of Renovascular Disease.  Ed.  Moore W, Ahn S.  Endovascular Surgery, 4th Edition.   Elsevier Saunders; 2011 pp. 359-366.

40.   Hodgson KJ, Hood DB.  Fundamentals of Angiography.  Ed. Ascher  E.  Haimovici's Vascular Surgery, 6th Edition.  Wiley-Blackwell; 2012 pp. 44-55.

41.   Hodgson KJ, Hood DB.  Balloon Angioplasty of Peripheral Arteries and Veins.  Ed. Ascher E.  Haimovici's Vascular Surgery, 6th Edition.  Wiley-Blackwell;  2012 pp. 268-279.

42.   Hood DB, Hodgson KJ.  Endovascular Treatment of Renovascular Disease.  Ed.  Moore WS.  Vascular and Endovascular Surgery:  A Comprehensive Review, 8th Edition.   Elsevier Saunders; 2013 pp. 467-475.

43.   Pan J, Hodgson KJ.  Pre-Hospital Considerations for REVAR.  Ed. Starnes BW, Mehta M, Veith FJ.  Ruptured Abdominal Aortic Aneurysm.  Springer; 2017 pp. 115-130.

**Instructional Videos or DVD's**

1.     Associate Editor
       Basics of Renal Iliac Artery Stenting
       Foundation for Advanced Medical Education
       March 2002

2.     Treatment of the Visceral Segment of the Aorta Using Endovascular Techniques:  Celiac
       SMA and Renal Artery Intervention
       Shown during American College of Surgeons Clinical Congress
       October 2002


**Electronic Teaching and Testing Publications**

1.     Editor-in-Chief
       Society for Vascular Surgery Vascular Education and Self-Assessment Program (VESAP)

2.     Co-Editor-In-Chief
       Society for Vascular Surgery Vascular Education and Self-Assessment Program (VESAP-2)

**Co-Authored Books**

1.     Ahn SS, Eton D, Hodgson KJ.  <u>Current Concepts in Endovascular Surgery</u>.  R.G. Landes
       Company, Austin, 1994.

**Abstracts**

1.    Mattos MA, Londrey GL, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Carotid endarterectomy:  Operative risks, recurrent stenosis, and long-term stroke rates in a modern series.  J Cardiovasc Surg 1991, 32:114 (Abs 24.1).

2.    Mattos MA, Londrey GL, Hodgson KJ, Leutz DW, Stauffer ES, Sumner DS:  Color flow duplex scanning for the surveillance and diagnosis of acute deep venous thrombosis. J Vasc Surg, 1991, 13:911 (Abs).

3.    Leutz DW, Stauffer ES, Sumner DS, Hodgson KJ, Mattos MA.  Deep venous thrombosis in patients undergoing total hip and knee arthroplasty:  Incidence and diagnostic accuracy of color flow duplex Doppler scanning.  Orthopaedic Transactions 1992, 16:329 (Abs).

4.    Mattos MA, van Bemmelen PS, Hodgson KJ, Ramsey DE, Barkmeier LD, Sumner DS:  Does correction of stenoses identified with color duplex scanning improve infrainguinal graft patency?  J Vasc Surg, 1992, 15:1059 (Abs).

5.    Mattos MA, van Bemmelen PS, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Routine surveillance after carotid endarterectomy:  Does it affect clinical management? J Vasc Surg 1992, 16:469 (Abs).

6.    Mattos MA, van Bemmelen PS, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  The influence of carotid siphon stenosis on short and long-term outcome after carotid endarterectomy:  Fact or fiction?  J Vasc Surg 1992, 16:475-76 (Abs).

7.    Faught WE, Mattos MA, Sumner DS, Ramsey DE, Hodgson KJ, Barkmeier LD:  Presentation and  natural history of internal carotid artery occlusion.  J Vasc Surg, 1993, 17:244 (Abs).

8.    van Bemmelen PS, Mattos MA, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Does air plethysmography correlate with duplex scanning in patients with chronic venous insufficiency?  J Vasc Surg 1993, 17:432-433 (Abs).

9.    Faught WE, Mattos MA, van Bemmelen PS, Hodgson KJ, Barkmeier LD, Ramsey DE, Sumner DS.  Color-flow duplex scanning of carotid arteries:  New velocity criteria based on ROC analysis for threshold stenoses used in the symptomatic and asymptomatic carotid trials.  J Vasc Surg 1993, 18:527-28 (Abs).

10.   van Bemmelen PS, Mattos MA, Hodgson KJ, et al:  Does air plethysmography correlate with duplex scanning in patients with chronic venous insufficiency?  Phlebology Digest 1994, 6:21-22 (Abs).

11.   Mattos MA, van Bemmelen PS, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Routine surveillance after carotid endarterectomy:  Does it affect clinical management? JAMA 1994, 271:264D.

12.   Mattos MA, van Bemmelen PS, Barkmeier LD, Hodgson KJ, Ramsey DE, Sumner DS.  Routine surveillance after carotid endarterectomy:  Does it affect clinical management? (J Vasc Surg 1993, 17:819-31) (Abstracted) *In* Porter, J et al (ed):  <u>1995 Year Book of Vascular Surgery</u>.  Mosby-Year Book, Inc., Chicago, Illinois.

**Abstracts (continued)**

13.  Hurlbert SN, Mattos MA, Henretta JL, Ramsey DE, Barkmeier LD, Hodgson KJ, Sumner DS: Long-term patency rates, complications, and cost-effectiveness of polytetrafluroethylene (PTFE) grafts for hemodialysis access: A prospective study comparing Gore versus Impra; Cardiovasc Surg 5 (Supplement 1): 43, Abs 8-7, 1997.

14.  Karch L.A., Mattos M.A., Henretta J.P., McLafferty R.B., Ramsey D.E., Sumner D.S., Hodgson K.J.: Accuracy of color-flow duplex for the detection of restenosis following carotid endarterectomy. Cardiovasc Surg 1999;(Sept):35.

15.  Karch LA, Mattos MA, Henretta JP, et al: Clinical failure after percutaneous transluminal angioplasty of the superficial femoral and popliteal arteries. JVIR 2001;12(1):124-125.

16.  Karch LA, Hodgson KJ, Mattos MA, Bohannon WT, Ramsey DE, McLafferty RB. Adverse consequences of internal iliac artery occlusion during endovascular repair of abdominal aortic aneurysms. JVIR 2001;12(5):670-671.

17.  Bohannon WT, McLafferty RB, Cheney ST, Hodgson KJ, et al. Venous stasis ulceration in patients with arterial occlusive disease. Phlebology Digest 2003;16(3):18-19.

18.  Caldwell K, Koch S, Khan I, Pan J, Hood D, Hodgson K, Desai S. Impact of surgical specialty and operator experience on outcomes following carotid endarterectomy. J Vasc Surg 2015;61:577-78.

**Letters to the Editor**

1.  Am J Surg 1996, 172:221-222.

2.  J Vasc Surg 1999, 29:177-86

**Invited Commentary**

1.     Hodgson KJ.  Endovascular stenting.  Am J Surg 1997, 173: 30-31.

2.     Hodgson KJ.  Endovascular surgery in Europe.  Perspectives in Vascular Surgery 2002, 15(1):23-24.

3.     Hodgson KJ.   Canine or Chameleon (Revisited):  A Never-Ending Challenge in a Perpetually Changing World.  Vascular 2005, 13 (2) 69-76.

4.     Hodgson KJ.  Credentialing Guidelines for Carotid Artery Stenting.  Pers in Vasc Surg and Endovasc Ther 17:T6-T7, 2005.

5.     Hodgson KJ.  Commentary on Carotid Stent Trials-  Past, Present, and Future Let's Do it Our Way.  Pers in Vasc Surg and Endovasc Ther 18 (4):304-05, 2006.

6.     Hodgson KJ.  Commentary on Duplex-Assisted Internal Carotid Artery Balloon Angioplasty and Stent Placement.  Pers in Vasc and Endovac Ther 19 (1): 48-49, 2007.

7.     Hodgson KJ.  Point/Counterpoint Maintenance of Certification:  The Pros and Cons of the Vascular Surgery MOC.    Seriously? Board Certification has to Mean Something.   Vascular Specialist, June 2015, pgs. 16-17.


**Book Reviews**

1.     Review of Peripheral Endovascular Interventions, White RA, Fogarty TJ, published in Health Sciences Review Journal 1996;4:4.

2.     Review of Endovascular Skills:  Guidewires, Catheters, Arteriography, Balloon Angioplasty, Stents, Schneider PA, published in Health Sciences Review Journal 1998, in press.

3.     Review of Endovascular Grafting:  Advanced Treatment for Vascular Disease, Marin ML, Hollier LH, published Journal of Vascular Surgery, October 2001.

**Community Publication Articles**

1.      Hodgson KJ.  Prevention Best "Treatment" for Strokes.  Memorial Medical Center Gold Club Outlook, Summer, 1991.

2.      Hodgson KJ.  Treatment for Peripheral Vascular Disease.  Memorial Medical Center Gold Club Outlook, Fall, 1991.

3.      Hodgson KJ.  Are Vascular Blockages Slowing You Down?  Memorial Medical Center Gold Club Outlook, Spring 1994.

4.      Hodgson KJ.  SIU Vascular Surgery's Broad-Based Expertise Provides Comprehensive Care for Patients with Vascular Disease.  Department of Surgery Circulator, Autumn, 1994.

5.      Hodgson KJ.  Diabetes and Atherosclerosis (Hardening of the Arteries).  SIU School of Medicine Diabetes Research and Treatment Center Diabetes Dialogue, Volume 3, Issue 4, Fall 1995.

6.      Hodgson KJ.  New Advances in the Treatment of Abdominal Aortic Aneurysms.  Outlook, Memorial Medical Center Gold Club Newsletter, Fall 1997.

7.      Hodgson KJ. SIU's Vascular Surgeons Lead the Pack in New Surgery Technique. SIU School of Medicine Focal Point, December 2000.

8.      Hodgson KJ. Endoluminal Grafting of Abdominal Aortic Aneurysms. Springfield Clinic Medical Bulletin, Volume 28, Number 1, December 2001.

9.      Hodgson KJ.  Evolving Technologies Offer More Options for Patients with Vascular Disease.  The Cutting Edge, SIU School of Medicine Department of Surgery, Vol. 3, No. 1, January 2003.

10.     Hodgson KJ.  (contributing author) Carotid Artery Stenting.  Krames Publications.  2004.


**Television Programs**

1.      **Abdominal Aortic Aneurysms**
        Hometown Housecall – Show 601
        January 2009

<u>Exhibit B</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* THOMAS SCHROEDER | ) | |
| | ) | |
| Relator, | ) | |
| | ) | |
| | ) | Case No. 2:17-02060-DCC-KGG |
| | ) | |
| MEDTRONIC, INC.; COVIDIEN, L.P.; | ) | |
| HUTCHINSON REGIONAL MEDICAL | ) | |
| CENTER, and WICHITA | ) | |
| RADIOLOGICAL GROUP, P.A. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>FIFTH AMENDED COMPLAINT</u>**

The United States of America ("USA"), *ex rel.* Thomas Schroeder ("Relator"), brings this

Fifth Amended Complaint against Defendants Medtronic, Inc.; Covidien, L.P.; Hutchinson

Regional Medical Center, and Wichita Radiological Group, P.A. (collectively referred to as

"Defendants") for primary and successor liability for treble damages and civil penalties arising

from (i) Medtronic, Inc.'s and Covidien L.P.'s payment of remuneration to healthcare providers

in Kansas including Defendant Hutchinson Regional Medical Center and the Robert J. Dole

Veterans Administration Medical Center and (2) Medtronic, Inc.; and Covidien L.P.; and

Wichita Radiological Group, P.A. providing medically unnecessary treatment including the

usage of medical devices off-label; all of which induced false claims to be made to, and

reimbursed by, the United States Department of Veterans Affairs, Tricare, Medicare, Medicaid

and/or other government healthcare plans in violation of the False Claims Act, 31 U.S.C. § 3729,

*et seq.* (the "False Claims Act" or "FCA").  Relator alleges and states as follows:

Table of Contents

Preliminary Statement ................................................................................................3

Parties ........................................................................................................................3

Jurisdiction, Venue & Statutory Requirements ....................................................5

Applicable Statutes & Authorities .........................................................................6

    Statutes & Authorities Related to Kickbacks and Fraud ...........................6
    The Government Healthcare Plans ...........................................................8

Factual Background ..................................................................................................12

A.    Defendant's Kickback Scheme ...........................................................................13

          *Medtronic/Covidien's Kickback Scheme at Dole VA*....................................18
          *Medtronic/Covidien and Hutchinson's Kickback Scheme*...........................28

B.    Medtronic/Covidien's and WRG's Medically Unnecessary Services &
        Supplies and Off-label Use at Dole VA..........................................................33

          *Excessive & Medically Unnecessary Atherectomy Devices* ........................39
          *Treating with Excessive Stents*....................................................................44
          *Excessive Use of Drug Coated Balloons* ......................................................46
          *WRG's Unnecessary Interventional Procedures & Self-Dealing*................49
          *Other Waste of Devices & Patient Results* ...................................................50

C.    Medtronic/Covidien and WRG — Off-label Use of Devices ....................................52

          *Off-label Promotion of Peripheral Drug Coated Balloons* .........................53
          *Off-label Promotion of Peripheral Stents* ...................................................57

Count I. ......................................................................................................................60

Count II ......................................................................................................................62

Count III......................................................................................................................64

## PRELIMINARY STATEMENT

1.      This is a civil action brought by Relator on behalf of the United States to recover treble damages, civil penalties and restitution owed to the Government as a result of Defendants' kickback schemes, seeking reimbursement for medically unnecessary treatment, and seeking reimbursement for performing, promoting, marketing, and inducing use of medical devices "off-label."  To increase the sales of its medical devices and create a near monopoly of its product at hospitals, Defendants Medtronic, Inc. and Covidien, L.P. bribed hospital staff to purchase its devices over those of competitors and to purchase grossly excessive inventory.  One such hospital, Defendant Hutchinson Regional Medical Center, readily solicited and accepted such bribes from Medtronic, Inc. and Covidien, L.P.  Defendants Medtronic, Inc. and Covidien, L.P. also enticed, trained, and encouraged its devices to be used "off label" and in medically unnecessary procedures whereby Wichita Radiological Group, P.A. performed these procedures. As a result of this conduct, Defendants knowingly submitted, caused to be submitted, and/or conspired to be submitted false claims to the United States Department of Veterans Administration, Tricare, Medicare, Medicaid and other Government-funded healthcare plans (collectively referred to as "Government Healthcare Plans").

## PARTIES

2.      Relator Thomas Schroeder ("Schroeder") is an individual residing in Missouri. Since 2006, Relator has been in a sales role (previously Midwest Sales Manager and now Regional Sales Manager which includes all of the Midwest, Western U.S., upper Northeast U.S., and Florida) for a company that sells atherectomy devices, drug-coated balloons and stent devices.

3.      Medtronic, Plc is a holding corporation under the laws of Ireland with its principal

place of business at 20 On Hatch, Lower Hatch Street, Dublin 2, Ireland and its Operational

Headquarters located at 710 Medtronic Parkway, Minneapolis, Minnesota 55432.  Defendants

Medtronic, Inc. and Covidien, L.P. are wholly owned subsidiaries of Medtronic, Plc.

4.      Defendant Medtronic, Inc. (hereafter "Medtronic") is a medical device and

technology company registered as a Minnesota corporation in good standing in the state of

Kansas.  Its registered agent is the Corporation Service Company, 2900 S.W. Wanamaker Dr.,

Topeka, KS 66614. Medtronic is a global medical device manufacturer with its principal place of

business at 710 Medtronic Parkway, LC300, Minneapolis, Minnesota.

5.      On or about January 26, 2015, Medtronic, Plc. completed a transaction with

Covidien, Plc. to purchase Covidien for $50 billion.  In turn, a newly formed Covidien L.P.

(hereafter "Covidien") became a wholly owned subsidiary of Medtronic, Plc.[1]  Defendant

Covidien L.P. is a limited partnership organized and existing under the laws of Delaware with its

principal place of business at 15 Hampshire Street, Mansfield, Massachusetts 02048.  Covidien,

L.P. is registered and in good standing to do business in the state of Kansas with a registered

agent of Corporation Service Company 2900 S.W. Wanamaker Dr., Topeka, KS 66614.

6.      Upon information and belief, over a period of time, Medtronic employees began

selling Covidien, Plc. medical devices under either Covidien's name or under Medtronic's name

and Medtronic began making, using, selling and or importing Covidien, Plc. products.

Medtronic has successor liability for the fraudulent schemes addressed herein committed by

Covidien, Plc. and its employees and agents as well as primary liability for its own actions.

---

[1] In 2010, Covidien had acquired a fellow medical device manufacturer ev3, Inc. for $2.3 billion.
And in 2007, ev3 had acquired a fellow device manufacture FoxHollow Technologies, Inc. for
$780 million.

7.      Defendant Hutchinson Regional Medical Center ("Hutchinson") is a not-for-profit hospital organized and existing under the laws of the State of Kansas. Its principal place of business is 1701 East 23rd Avenue, Hutchinson, Kansas 67502.  Hutchinson provides a broad range of healthcare services, including cardiac and other peripheral vascular procedures, diagnostic measures and interventions.

8.      Defendant Wichita Radiological Group, P.A. ("WRG") is incorporated as a professional association under Kansas law with its principal place of business located at 551 N. Hillside, Suite 320, Wichita, Kansas 67214.  Dr. Kamran Ali, M.D. is its president.  On its website, WRG states: "The radiologists of Wichita Radiological Group offer expertise in diagnostic radiology, neuroradiology, nuclear radiology, pediatric radiology, vascular & interventional radiology, and women's imaging. Radiologists provide services at Wesley Medical Center, a 650-bed level 1 trauma center, and Robert J. Dole VA Medical Center, a teaching hospital providing a full range of patient care services. In addition, WRG owns and operates four imaging centers, including the area's only comprehensive women's imaging services with a special emphasis on breast cancer."

### JURISDICTION, VENUE & STATUTORY REQUIREMENTS

9.      This action arises under the False Claims Act, 31 U.S.C. § 3729, *et seq*. Jurisdiction in this Court is proper pursuant to 31 U.S.C. §§ 3732(a) and 3730(b) and 28 U.S.C. § 1331.

10.      Venue is proper in this Court pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. § 1391 because the acts proscribed by 31 U.S.C. §§ 3729, *et seq.* complained of herein took place in part in this district and Defendants transacted and continue to transact business in this district.

11.      Pursuant to 31 U.S.C. § 3730(b)(2), the Relator has and will continue to serve the

Fifth Amended Complaint and all future filings with this Court to the Attorney General of the

United States and the United States Attorney for the District of Kansas.

## APPLICABLE STATUTES & AUTHORITIES

### Statutes & Authorities Related to Kickbacks and Fraud

12.     The federal anti-kickback statute, 42 U.S.C. § 1320a-7b(b) (the "AKS"), arose out

of Congressional concern that remuneration given to those who can influence healthcare

decisions would result in the provision of goods and services that are medically unnecessary, of

poor quality or even harmful to a vulnerable patient population. To protect patient and

Government Healthcare Plans from these harms, Congress enacted a prohibition against the

payment of kickbacks in any form. First enacted in 1972, Congress strengthened the statute in

1977 and 1987 to ensure that kickbacks masquerading as legitimate transactions did not evade its

reach. *See* Social Security Amendments of 1972, Publ. L. No. 92-603, §§ 242(b) and (c); 42

U.S.C. § 1320a-7b, Medicare-Medicaid Anti-fraud and Abuse Amendments, Publ. L. No. 95-

142; Medicare and Medicaid Patient Program Protection Act of 1987, Pub. L. No. 100-93.

13.     The AKS makes it illegal for individuals or entities to "offer[] or pay[] any

remuneration (including any kickback, bribe, or rebate) . . . to any person to induce such person

… to purchase, … order, … or recommend purchasing … or ordering any good … or item for

which payment may be made in whole or in part under a Federal Healthcare program." 42 U.S.C.

§ 1320a-7b(b)(2). Payments by a medical device company like Medtronic to healthcare providers

to induce them to recommend or purchase the company's surgical devices violate this statute to

the extent that the devices are reimbursed by a Government Healthcare Plan. Violation of the

AKS is a felony punishable by fines and imprisonment and can also result in exclusion from

participation in Government Healthcare Plans. 42 U.S.C. § 1320a-7b(b)(2) and 42 U.S.C. §

1320a-7(b)(7).

14.     As early as 1994, the Government pointed out the special position of trust that providers hold with patients and made it clear that the AKS prohibits offers of financial incentives to providers to use specific surgical devices on patients. Specifically, Health and Human Services-Office of the Inspector General issued "Special Fraud Alerts" explaining that:

> Traditionally, physicians and pharmacists have been trusted to provide treatments and recommend products in the best interest of the patient. In an era of aggressive drug marketing, however, patients may now be using prescription drug items, unaware that their physician or pharmacist is being compensated for promoting the selection of a specific product.

1. ed. Reg. at 65, 376 (Dec. 19, 1994).

15.     Falsely certifying compliance with the AKS in connection with a claim submitted to a federally funded insurance program is actionable under the FCA. As codified in the Patient Protection and Affordable Care Act of 2010 ("PPACA"), Pub. L. No. 111-148, 6402(f), 124 Stat. 119, codified at 42 U.S.C. § 1320a-7b(g), "a claim that includes items or services resulting from a violation of this section constitutes a false or fraudulent claim for purposes of [the False Claims Act]."

16.     The False Claims Act, 31 U.S.C. § 3729 *et seq*. ("FCA") reflects Congress's objective to "enhance the Government's ability to recover losses as a result of fraud against the Government." S. Rep. No. 99-345, at 1 (1986). As relevant here, the FCA establishes treble damages liability to the United States for an individual or entity that:

> (i)     knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval," 31 U.S.C. § 3729(a)(1) (2000) and, as amended, 31 U.S.C. § 3729(a)(1)(a);

> (ii)     knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim, *id.* § 3729(a)(1)(B); or

> (iii)     conspires to defraud the Government by getting a false or

fraudulent claim allowed or paid" *id.* § 3729(a)(3)(1986), and, as amended, 31 U.S.C. § 33729(a)(1)(C).

17.     "Knowing," within the meaning of the FCA, is defined to include reckless disregard and deliberate indifference. *Id.*

<u>The Government Healthcare Plans</u>

18.     Our country's retired members of the uniformed services are covered by the United States Department of Veterans Affairs ("U.S. VA") which provide healthcare benefits for, among other things, surgical procedures performed at public and private hospitals, including Veterans Administration hospitals such as the Robert J. Dole Veterans Administration Medical Center in Wichita, Kansas.

19.     In 1967, the Department of Defense created the Civilian Health and Medical Program of the Uniformed Services ("CHAMPUS"), which is a federally funded medical program created by Congress. 10 U.S.C. § 1071. CHAMPUS beneficiaries include active military personnel, retired personnel, and dependents of both active and retired personnel. *Id.*

20.     In 1995, the Department of Defense established Tricare, a managed healthcare program, which operates as a supplement to CHAMPUS. *See* 32 C.F.R. §§ 199.4, 199.17(a). Since the establishment of Tricare in 1995, both programs are Tricare/CHAMPUS, or just "Tricare."[2]  The purpose of the Tricare program is to improve healthcare services to beneficiaries by creating "managed care support contracts that include special arrangements with civilian sector health care providers."[3] 32 C.F.R. § 199.17(a)(1).

---

[2] There are four varieties of Tricare: Tricare Prime, Tricare Extra, Tricare Standard, and Tricare for Life.
[3] Anyone who has reached 20 years of service, even if they were never activated on a [federal] order for more than 180 days outside of training, will now be considered a veteran.  If you are medically retired, you can get TRICARE benefits as a retired service member. You must be on the: Temporary Disabled Retirement List, or, Permanent Disability Retirement List.

21.     The federal Tricare program provides health benefits to eligible dependents of active duty, retired members of the uniformed services and their eligible dependents, eligible spouses and dependents of deceased members, as well as to Tricare eligible beneficiaries, in certain circumstances, who are also Medicare eligible.  Tricare is administered by the Tricare Management Activity ("TMA").  TMA is Department of Defense ("DOD") Field Activity of the Under Secretary of Defense for Personnel and Readiness ("USD (P&R)") to operate under the authority, direction and control of the Assistant Secretary of Defense for Health Affairs ("ASD (HA)").  DOD is an agency and instrumentality of the United States, and its TMA/Tricare activities, operations, and contracts are paid for with federal funds.  *See* 10 U.S.C. §§ 1071, *et seq*.

22.     The Tricare program is administered through the TMA/DOD that uses contractors to process claims for payment from providers of medical services and devices.

23.     Tricare providers have an obligation to provide services and supplies at only the appropriate level and "only when and to the extent medically necessary." 32 C.F.R. §199.6(a)(5). Tricare's governing regulations require that services provided be "furnished at the appropriate level and only when and to the extent medically necessary," and such care must "meet[] professionally recognized standards of health care [and be] supported by adequate medical documentation…to evidence the medical necessity and quality of services furnished, as well as the appropriateness of the level of care." *Id.*

24.     Tricare covers "durable medical equipment" that is "medically appropriate equipment to improve, restore, or maintain the function of a . . .  diseased, or injured body part or can otherwise minimize or prevent the deterioration of the beneficiary's function or condition; or maximize the beneficiary's function consistent with the beneficiary's physiological or medical

needs" (*i.e.,* medical devices such as the PAD devices discussed herein) or "provides the medically appropriate level of performance and quality for the medical condition present" and does not cover any medical devices used "off label" under FDA standards.  32 C.F.R. §§ 199.4(b)(2)(vi); 199.4(d)(3)(ii); 199.2; Tricare Policy Manual, Chap. 8, § 5.1.

25.     Medicare is a federal program that provides federally subsidized health insurance for persons who are 65 or older or are disabled. *See* 42 U.S.C. §§ 1395, *et seq.* ("Medicare Program"). Part B of the Medicare Program provides supplemental benefits to participants to cover, among other things, physician services, procedures, prescription drugs and devices. *See generally id.* §§ 1395j-1395w-4.

26.     Medicare is administered by CMS, which is part of the Department of Health and Human Services. CMS contracts with private contractors referred to as Medicare Administrative Contractors to act as agents in reviewing and paying claims submitted by healthcare providers. 42 U.S.C. § 1395h; 42 C.F.R. §§ 421.3, 421.100. These contractors review claims to determine whether they are appropriate for reimbursement under Medicare Part A (inpatient hospital and related services) and Medicare Part B (outpatient hospital and physician services).

27.     Medicare is not permitted to pay for any expense that is not "reasonable and necessary for the diagnosis and treatment of illness or injury." 42 U.S.C. § 1395(a)(1)(a). Regulations, national coverage determinations, and local coverage determinations specify services that are covered as medically reasonable and necessary.

28.     Certain services and devices are excluded from coverage because they are not reasonable and necessary. Experimental or investigational medical devices are excluded. 42 C.F.R. § 411.15(o). Medicare considers a medical device investigational if it has not completed the applicable clearance (510(k)) or approval (PMA) process that a manufacturer, in accordance

with FDA's requirements, must complete before it is allowed to fully market its product.

Medicare makes an exception for devices classified by the FDA as Category B investigational

and furnished in commerce consistent with FDA protocols for clinical trials. 42 C.F.R. §

411.15(o). An investigational device exemption must be granted by the FDA to be eligible for

coverage as an investigational Category B medical device. 42 C.F.R. § 405.201(a)(2).

29.     Medicare payment is not made for medical and hospital services that are related to

the use of a device that is not covered because CMS determines the device is not "reasonable"

and "necessary" or because it is excluded from coverage for other reasons. 42 C.F.R. § 405.207.

These excluded services include all services furnished in preparation for the use of a noncovered

device, services furnished contemporaneously with and necessary to the use of a noncovered

device, and services furnished as necessary after-care that are incident to recovery from the use

of the device or from receiving related noncovered services. *Id.*

30.     Medicare's manuals expressly exclude from coverage a medical device that

requires, but has not obtained, premarket approval from the FDA because the device is

investigational and not established to be reasonable and necessary. Medicare's longstanding

policy, which is binding on its fiscal intermediaries, excludes coverage for devices and related

services that have not been authorized for marketing by the FDA, in accordance with the FDA's

requirements.

31.     Medicare enters into provider agreements with providers and suppliers to

establish their eligibility to participate in the program. During all relevant times herein,[4] to be

eligible for payment under the Medicare program, providers and suppliers must certify:

---

[4] Any reference herein to "relevant times" or "all relevant times" refers to the permissible period of time under Relator's FCA claims which would be six years from the initiation of this action. 31 U.S.C. § 3731(b)(1).

> I agree to abide by the Social Security Act and all applicable Medicare laws, regulations and program instructions that apply to this supplier. The Medicare laws, regulations and program instructions are available through the Medicare contractor. I understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws, regulations, and program instructions (including, but not limited to, the Federal anti-kickback statute and the Stark law), and on the supplier's compliance with all applicable conditions of participation in Medicare.

*See, e.g.,* CMS Form-855S (04/06) at 26.

32.     The federal Medicaid Program was created in 1965 under Title XIX of the Social Security Act, 42 U.S.C. § 1396 *et seq.* Funding for Medicaid is shared between the federal government and those states participating in the Medicaid program. Federal funds are distributed to the states, which in turn provide certain medical services to certain low-income individuals.

33.     Federal Medicaid regulations require each state to designate a single state agency responsible for administering the Medicaid program. The agency must create and implement a "plan for medical assistance" that is consistent with Title XIX and with the regulations of the Secretary of Health and Human Services ("the Secretary"). After the Secretary approves the plan submitted by the state, the state is entitled each quarter to be reimbursed for a percentage of its expenditures made in providing specific types of "medical assistance" under the plan. *See* 42 U.S.C. § 1396b(a)(1). This reimbursement is called "federal financial participation" ("FFP").

34.     The federal programs described above are referred to collectively herein as the "Government Healthcare Plans."

### FACTUAL BACKGROUND

35.     The allegations contained herein are based upon the personal knowledge of Relator obtained through Relator's firsthand observations or interactions and communication

with other firsthand witnesses.

A.     Defendants' Kickback Scheme

36.     Medtronic/Covidien (due to the consolidation of Defendant Covidien's products under the Medtronic purchase, Relator will refer to both Medtronic and Covidien Defendants as "Medtronic/Covidien") employs a Class III Device Sales Representative and Clinical Specialist named Doug Winger ("Winger") as well as Winger's supervisor throughout all relevant times Greg Davisson ("Davisson"). Winger and Davisson train other Medtronic/Covidien Sales Representatives on sales techniques.  Winger and Davisson both began working in approximately 2007 as sales representatives FoxHollow, ev3 and Covidien selling directional atherectomy medical devices via the acquisitions referenced in ¶ 5 during the relevant time period in this Fifth Amended Complaint. Upon information and belief, Winger and Davisson continuously ran the schemes detailed herein on behalf of each of their  successive employers and then Medtronic/Covidien.

37.     The Medtronic/Covidien peripheral vascular devices used in the schemes detailed herein are for the treatment of peripheral artery disease ("PAD"), predominantly in the legs. These include Medtronic/Covidien's: (1) directional atherectomy devices (examples include, but are not limited to, TurboHawk, HawkOne, SilverHawk) which are  catheters that shave plaque out of arteries; (2) drug-coated balloons ("DCB") (examples include but are not limited to, IN.PACT and IN.PACT AV) used to re-open blocked or narrowed arteries or veins due to PAD or ESKD; (3) self-expanding nitinol stent systems ("Nitinol Stent Systems"), which include self-expanding stents that are vascular and biliary stents made of nickel titanium alloy (nitinol) cut into an open lattice design that exerts constant outward force used to keep iliac (pelvic), superficial femoral and proximal popliteal arteries open; (4) percutaneous transluminal

angioplasty ("PTA") balloon catheters (including but not limited to all guidewire capable options 014/018/035, high pressure balloons e.g., Fortrex, rapid & over-the-wire, and balloons of all compliance variations); (5) re-entry catheters; (6) chronic total occlusion ("CTO") catheters; (7) balloon-expandable Stents; (8) infusion therapy; (9) snares and guidewires; (10) support and guide catheters, (11) embolic protection, and (12) unmounted stents (including but not limited to Intrasent).   In essence, this includes any PAD devices sold by Medtronic/Covidien employees Doug Winger, Greg Davisson, or Keri Montgomery Kirk to either Dole VA or Hutchinson for the relevant time period.  Hereafter these devices are referred to collectively as Medtronic/Covidien's "PAD devices."

38.     These PAD devices are used on arteries in patients' legs in peripheral endovascular procedures which are routinely performed in cardiac catheterization labs, interventional radiology suites, and operating rooms. These are typically patients having surgical procedures for PAD which occurs when plaque builds up in the arteries and circulation is compromised. The devices assist in "opening up" arteries, removing plaque and, consequently, improving circulation. The stent products remain in the patients while the directional atherectomy catheters and balloons are used and removed for disposal.

39.     The Medtronic/Covidien cardiovascular devices used in the schemes detailed herein are for the treatment of coronary disease.  These include Medtronic/Covidien's coronary catheters, coronary guidewires, and coronary stents.  In essence, this includes any coronary devices sold by Medtronic/Covidien employees Doug Winger, Greg Davisson, or Keri Montgomery Kirk to either Dole VA or Hutchinson for the relevant time period in this complaint.  Hereafter these devices are referred to collectively as Medtronic/Covidien's "coronary devices."

40.     These PAD devices are highly lucrative for Medtronic/Covidien and highly reimbursable by Government Healthcare Plans. As an example, as reported in its SEC filings, Medtronic/Covidien's Cardiac and Vascular Group accounted for $8.8 billion out of a total of $17 billion in sales in 2014, and $11.5 billion out of a total $30.5 billion in sales in 2019.

41.     The federal anti-kickback statute, 42 U.S.C. § 1320a-7b(b) (the "AKS"), expressly prohibits any individual or entity from offering, paying, soliciting or receiving any "remuneration," which "include[s] any kickback [or] bribe" to "any person to induce such person" to purchase or recommend a drug, service or supply (included medical devices) that is covered by a Government Healthcare Plan.

42.     Although Defendants knew they were bound by the AKS, they have chosen to disregard these laws and prohibitions, instead choosing to put sales growth and profits before their duty to comply with federal law. Moreover, Defendant Hutchinson falsely certified compliance with the AKS and the Stark Law[5] in connection with all claims submitted to the Government Health Programs within the relevant time asserted herein, and as such made, caused to be made, or conspired to be made fraudulent claims actionable under the FCA.  As codified in the Patient Protection and Affordable Care Act of 2010 ("PPACA"), Pub. L. No. 111-148, 6402(f), 124 Stat. 119, codified at 42 U.S.C. § 1320a-7b(g), "a claim that includes items or services resulting from a violation of this section constitutes a false or fraudulent claim for purposes of [the FCA]." Defendant Hutchinson, as described in ¶ 31, certified to their compliance with the AKS when submitting claims for reimbursement regarding Government Healthcare Plans.

43.     Defendant Medtronic/Covidien's kickback scheme is set forth in more detail

---

[5] Limitation on Certain Physician Referrals.  42 U.S.C. § 1395nn(a).

below.  In summary, in at least as early as 2007 and continuing to when the Dole VA catheterization lab was shut down in 2018, starting with FoxHollow's SilverHawk atherectomy device, and continuing to present day with Medtronic's PAD and coronary devices referenced above, Medtronic/Covidien (through Winger and Davisson, or at their direction) have been providing remuneration to the Radiology Technologist and Lab Manager Teri Brinkley and her staff at the Robert J. Dole Veterans Administration Medical Center, 5500 East Kellogg Ave., Wichita, Kansas (hereafter "Dole VA") and the Director of Supply Chain Mark Wilson and other employees at Defendant Hutchinson Hospital.

44.     These kickback schemes have been, and continue to be, integral to Medtronic/Covidien's overall marketing strategy to sell PAD and coronary devices at the Dole VA, Defendant Hutchinson as well as other locations across the country.

45.     Since approximately 2007 and continuing to the present, Medtronic/Covidien and its predecessors failed to have (and/or enforce) policies and practices in place to prevent payment of remuneration by its Sales Representatives, Field Sales Trainers and managers.

46.     As an example, and confirming Medtronic/Covidien's practices of implementing kickbacks as part of its sales tactics, in the summer of 2019, Medtronic/Covidien terminated PAD device sales representative Dave Johnson for violation of the AKS and the Stark Law regarding his sales activity.

47.     Further demonstrating Medtronic/Covidien's pattern and practice in selling medical devices, in 2008, Medtronic/Covidien settled an AKS / FCA claim with the Department of Justice for $75 million related to paying kickbacks to doctors performing spinal surgeries using their devices.  In 2011, Medtronic/Covidien paid another $23.5 million to settle AKS / FCA claims regarding paying kickbacks to doctors who utilized its pacemaker devices.

48.     In December 2018, Medtronic/Covidien agreed to pay nearly $20 million to resolve claims against two of its acquisitions (Covidien and ev3) regarding the payment of kickbacks and off-label promotion in violation of the AKS and the FCA.

49.     In March 2019, Medtronic/Covidien's group settled an AKS / FCA claim with the Department of Justice for $17 million for allegedly paying illegal kickbacks in the form of free or discounted marketing services to induce the purchase of medical devices that were being billed to Medicare. "Today's settlement serves as an important reminder to those in the health care community that unlawful kickbacks come in many forms and are not limited to monetary payments to providers," said Assistant Attorney General Jody Hunt for the Department of Justice's Civil Division. "Providing free or discounted services to health care providers to induce the use of certain items or services can lead to excessive and unnecessary treatments and drive up health care costs for everyone."[6]

50.     More recently, it was reported in April 2020 that Medtronic/Covidien agreed to resolve an AKS / FCA claim for $9.9 million, in the U.S. District Court for the E.D. of California, for allegedly paying unlawful kickbacks in forms of vacations, gift cards, consulting jobs, cash, sports tickets, and entertainment to physicians using their cardiac devices.

51.     After becoming aware of the allegations set forth in the Relator's initial Complaint, instead of investigating and holding Winger and Davisson (and other employees involved) accountable for their activities, Medtronic/Covidien actually decided to increase their role within the company by entrusting them to train other Medtronic/Covidien Sales Representatives on Medtronic/Covidien's marketing strategy including the payment of

---

[6] "Covidien to Pay More Than $17 Million to Settle Catheter Kickback Case," Policy & Medicine, Mar. 13, 2019, Thomas Sullivan.

remuneration and "off-label" and medically unnecessary promotion of its PAD devices.

*Medtronic/Covidien's Kickback Scheme at Dole VA*

52.     At all relevant times herein, Defendant Medtronic/Covidien claimed, caused a claim to be made, or conspired to have a fraudulent claim be made to the U.S. VA for reimbursement regarding PAD and coronary devices provided to Dole VA based on Medtronic/Covidien offering and/or paying remuneration to Dole VA employees in exchange for Dole VA purchasing, or recommending for purchase, Medtronic/Covidien's PAD and coronary devices.

53.     As a provider of medical services to active and retired military members, all devices used in PAD procedures at Dole VA are paid for by the U.S. VA.

54.     Dole VA was one of the nation's smallest vascular surgery providers.  Yet, despite its relatively small number of patients and even smaller number of vascular procedures performed each week, Dole VA was Winger's largest customer for vascular devices, often exceeding $2-3 million dollars in annual revenue for Medtronic/Covidien at all relevant times herein. Throughout Winger's, Kirk's, and Davisson's course of business at Dole VA including all relevant times herein, the remuneration paid to Dole VA employees led to claims being submitted to, and paid by, the U.S. VA for well over $10 million dollars of Medtronic/Covidien PAD and coronary devices.

55.     Teri Brinkley worked as the Radiology Technologist and Lab Manager of the cath lab at the Dole VA at all relevant times asserted herein. At all relevant times herein, Brinkley was responsible for ordering, or recommending for ordering, medical devices for the Dole VA cath lab that were paid for by the U.S. VA, including the Medtronic/Covidien PAD and coronary devices sold by Winger and Davisson.

56.     Winger's and Davisson's kickback scheme at Dole VA worked as follows. Throughout all relevant times herein, Winger and Davisson - or Medtronic/Covidien's Clinical Specialist Kerri Montgomery Kirk working with Winger or Davisson - were giving remuneration to Teri Brinkley and other Dole VA cath lab employees. The remuneration took the form of weekly/daily lunches for Brinkley and other cath lab employees, ipads, iphones, NASCAR as well as other entertainment event tickets to Brinkley and her staff, weekend parties, as well as frequent nights at bars and restaurants. All of this was done to induce Brinkley to purchase, or recommend purchases, of millions of dollars of Defendant Medtronic/Covidien's PAD and coronary devices by the U.S. VA.[7]

57.     As an example, Brinkley would routinely and jokingly tell her staff that the "physician" was paying for weekly lunches when in fact it was well known that Medtronic/Covidien was paying.

58.     Winger's, Davisson's, and Kirk's expense reports, as well as their personal credit/debit card transactions, will set forth some of the amounts paid by Medtronic/Covidien for the remuneration to Brinkley and the cath lab staff at the Dole VA.

59.     Medtronic/Covidien's remuneration alleged herein served its purpose at Dole VA. At all relevant times alleged herein, Defendant Medtronic/Covidien was the near exclusive provider of PAD and coronary medical devices to Dole VA's cath lab, thereby eliminating the purchase of similar and lower cost devices from other manufacturers. Terri Brinkley would exclude access to the cath lab and its physicians for device salespersons other than Winger and

---

[7] As an example, and a conservative estimate, in one form of kickback, Winger paid remuneration in the form of free lunches at Dole VA at least twice a week. Assuming a conservative $150 per lunch for the cath lab staff over 13 years, this would amount to over $200,000.

Davisson.  Brinkley would also exclusively purchase or recommend for purchase all Medtronic/Covidien devices outright, while all other vendors had to provide their devices on consignment.

60.     Due to Defendant Medtronic/Covidien's kickback scheme, and in exchange for said remuneration it paid to Dole VA, Dole VA over-purchased a tremendous amount of unnecessary Medtronic/Covidien PAD devices in relation to the size of Dole VA's cath lab and number of procedures performed.

61.     Regarding PAD devices, throughout all relevant times herein, Dole VA operated just one cath lab with one procedure room and one physician providing services.[8]  These services were typically performed two to three days per week and procedures usually stopped at 3:00 p.m. There are other large well-known healthcare providers, with numerous physicians with multiple specialties performing numerous PAD procedures on a daily basis at their respective facilities.

62.     As a result of the Relator's initial complaint in this matter, the VA's Office of Inspector General ("OIG") conducted an investigation into allegations of excessive purchase and usage of Medtronic/Covidien PAD devices at Dole VA.  In one given year that was examined, Dole VA purchased **505** DCBs and directional atherectomy[9] devices from Medtronic/Covidien. The OIG compared this figure to 46 other VA cath labs around the country.  The next closet VA cath lab for the same period of time purchased only **137** DCBs and directional atherectomy devices.   The average number of same devices among these other VA cath labs was **28**.  For these devices, Dole VA paid $789,650.00, while the next closed VA cath lab purchased only

---

[8] For a period of time, Dole VA had two rooms where such procedures could occur.  However, they only utilized one room at any given time.
[9] This investigation did not include Dole VA purchases of HawkOne or SilverHawk directional atherectomies sold by Medtronic/Covidien.

$210,130.00, and the average amount of device purchases at all locations was $43,521.00.

63.     One example of a Dole VA excessive order from Medtronic/Covidien resulting from this kickback scheme was on January 9, 2017. At the request of Dole VA's cath lab, the U.S. VA requested vendors to submit solicitations for the purchase of 320 DCBs totaling approximately $500,000. The point of contact for this purchase was Paul Dixon, Contracting Specialist for Network Contracting Office ("NCO") 15 out of Leavenworth, Kansas.

64.     On January 11, 2017, Relator sent Terri Brinkley and Diane Keene (Chief of Logistics at Dole VA who originally initiated the above referenced proposal) an email with comparative clinical trial data between Relator's company's DCBs and Medtronic/Covidien's DCBs. The data showed equivalent clinical outcomes for the DCBs, and Relator's company was offering the DCBs at a significant cost savings ($106,000) over Medtronic/Covidien's proposal.

65.     In addition to beating Medtronic/Covidien's price, Relator also sent Dixon and Keene an email offering to incorporate a service-disabled veteran owned small businesses as distributors of the DCBs, and one of the physicians performing work in the Dole VA cath lab, Dr. Chad Ammar, reached out to Keene and Brinkley during this time and informed them via e-mail that Relator's company's DCB was his preferred device.

66.     Meanwhile, throughout this January 2017 timeframe, Dixon stated to Relator in several phone conversations that he (Dixon) was receiving significant pressure with "calls and daily emails" from both Brinkley and Keene to get the DCB order placed immediately as Dole VA was lacking product in stock, and patient care could be negatively impacted.  Hearing this from Dixon surprised Relator.  Relator informed Dixon that he had just witnessed more than 130 DCB units already in Dole VA's inventory less than 5 weeks earlier. Dixon was surprised to hear this and informed Relator that he did not feel comfortable placing an additional order for twice

the amount of DCBs already in inventory.

67.     On January 19, 2017, Dixon informed Relator that the DCBs were not going to be purchased as originally requested, but instead would be ordered on a consignment contract from Medtronic/Covidien (*i.e.,* a certain number of DCBs would be stocked free of charge, and Dole VA would only pay for devices when used). Yet, throughout this process, Brinkley would deny to Relator and other competitive vendors that it had any consignment contract with Medtronic/Covidien.

68.     On January 19, 2017, Relator reached out to Keene at Dole VA to confirm the Medtronic/Covidien consignment order and also inquire about his company also being able to submit consignment terms since there were physicians at Dole VA who preferred DCBs from Relator's company. Keene never responded to Relator.

69.     Contradicting all information from Dole VA and Dixon, on January 23, 2017, at least 120 Medtronic/Covidien DCBs arrived at Dole VA as evidenced by the following photograph of its DCBs on a cart at Dole VA.  Later, a second cart of an additional 120 Medtronic/Covidien DCBs was delivered (not photographed).



70.     These ~240 DCBs were not provided by Medtronic/Covidien to Dole VA on consignment.  Companies in this industry would at most provide approximately 20-30 DCBs on consignment to a customer of similar size and procedural volume as Dole VA – not the initial 120 and subsequent 120 DCBs provided to Dole VA by Medtronic/Covidien.

71.     While Dixon claimed that the Dole VA had a current and active consignment contract with Medtronic/Covidien for DCBs, in reality, Dole VA actually purchased this large order of DCBs from Medtronic/Covidien.  These types of bulk, non-consignment, orders continued between Medtronic/Covidien and Dole VA at all relevant times herein through mid-2018 when the cath lab was shut down.

72.     Grossly excessive unused Medtronic/Covidien inventory at Dole VA is tremendously wasteful due to product expiration dates.  This product cannot sit indefinitely and must be disposed of when it expires.  To demonstrate, in November 2016, the Dole VA cath lab had approximately 130 Medtronic/Covidien DCBs, as evidenced by the following photographs of its cath lab storage cabinet.  As shown in the close-up picture below, many of the units that were stocked at that time were set to begin expiring within two months from January 2017 (*e.g.,*

23

completely wasted inventory):







73.     In November 2016, Dole VA had purchased so many Medtronic/Covidien DCBs that its cath lab did not have enough space in its storage room, and spillover inventory had to be stored in the operating room:



74.    As previously stated, Dole VA purchased approximately 240 Medtronic/Covidien DCBs in January 2017 even though they had approximately 130 DCBs in stock.  Dole VA performed relatively few procedures each week that called for a DCB.  The 370 DCBs in Dole VA's inventory (again just during this limited period of time in late 2016 and early 2017) dwarf the device usage at other VA cath labs (*see* ¶ 62, *supra*).

75.    As another example of the benefits reaped upon Medtronic/Covidien from its kickback scheme, Dole VA purchased over $1 million in Medtronic/Covidien's HawkOne directional atherectomy devices (roughly 300 devices) in calendar year 2016. Yet, during that year, Dole VA had only one physician with consistent privileges through early summer who could perform the procedures, and he did only a handful of procedures each week. Starting late-summer 2016, there was a new physician who did not have privileges to do these types of procedures until October or November 2016 when he began doing infrequent procedures up through its 2018 closing.

76.    Also, in 2016, Dole VA purchased nearly $1 million in Defendant Medtronic/Covidien's DCBs.  In comparison to the figures in ¶ 62, this is again evidence of gross over purchasing of Medtronic/Covidien's product that was done as a result of Medtronic/Covidien's kickback scheme.

77.    Defendant Medtronic/Covidien's kickback scheme whereby Dole VA over-purchased excessive amounts of its devices led to Dole VA throwing away vast amounts of these devices due to expiration.  As an example, in 2017 or early 2018, Brinkley and the Dole VA cath lab employees removed from shelves and placed in numerous large trash bags over $700,000 of Medtronic/Covidien's PAD devices.

78.    To further demonstrate, in late 2017 or early 2018, to boost Winger's and

Davisson's quarterly sales revenue, Brinkley replaced over 200 Medtronic/Covidien Protégé stents with an entirely new purchase from Medtronic/Covidien of its newer version (the only difference between the two was the latter having a different deployment system). There is no basis to make this new purchase of product (most likely exceeding $350,000) to simply upgrade the deployment system. The standard industry practice would be Medtronic/Covidien simply swapping out the older units at no cost, or for Dole VA to reorder newer units as the existing ones are implanted.[10] Within the industry, the action to upgrade a stent inventory, especially of this magnitude and budgetary impact, for the purposes of implementing a more ergonomic handle would have to be made at the direction of the operating physician – which was never made here. Instead, a massive new order of unnecessary product from Winger was made by Brinkley at Dole VA.

79.     In the summer of 2018, Dole VA completely terminated all peripheral endovascular procedures in its catheterization lab ("cath lab") / radiology suite. Relator believes this was a result of his 2017 initial Complaint and related investigation regarding this kickback scheme. Cardiac procedures continued until late 2018 when they were also shut down.

80.     In the summer of 2018, Dole VA banned Winger from entering its facility and banned him from conducting any future business at Dole VA. Relator believes this was a result of his 2017 initial Complaint and related investigation regarding this kickback scheme.

81.     In approximately late 2018, Dole VA terminated Brinkley's employment as well as the cath lab staff. The longstanding contract between Dole VA and the physician group who exclusively provided services at the cath lab was also terminated at this time. Relator was informed that these terminations occurred due to an investigation regarding this kickback

---

[10] The stent itself was the same regardless, therefore patient care would not be compromised.

scheme.

### *Medtronic/Covidien and Hutchinson's Kickback Scheme*

82.     At all relevant times herein, Defendants Medtronic/Covidien and Hutchinson claimed, caused a claim to be made, or conspired to have a fraudulent claim be made, for reimbursement from Government Healthcare Plans for Medtronic/Covidien's PAD devices. These were purchased by Hutchinson based on Medtronic/Covidien offering, paying (and/or Hutchinson soliciting and receiving) remuneration.  This included kickbacks and marketing/promotional services to Hutchinson in exchange for Hutchinson purchasing Medtronic/Covidien's PAD and coronary devices covered by Government Healthcare Plans.

83.     Defendant Hutchinson services a rural part of Kansas where there is a high Medicare and Medicaid patient population. In addition, Defendant Hutchinson draws Medicare patients from a broad geographical area because it is the known facility in the region for patients with the most advanced peripheral vascular disease (*e.g.,* critical limb ischemia), almost all of whom are 65 and older and covered by Medicare and, to some extent, Medicaid.   As an example, between 2012 and 2017, just one physician at Hutchinson, Dr. Michael Hagley, performed 760 PAD procedures involving devices at issue herein that were submitted to CMS for payment.

84.     At all relevant times herein, Mark Wilson was the Director of Supply Chain for Defendant Hutchinson Hospital.  Wilson affected the entire supply chain at the hospital. His duties required him to negotiate and purchase hospital supplies, pharmaceuticals and devices including PAD and coronary devices.

85.     As part of his duties, Wilson had purchasing responsibility over Medtronic/Covidien Cardiac Rhythm Management ("CRM") devices (*i.e.,* pacemakers) and

other medical devices for Defendant Hutchinson's cath lab and operating room including the Medtronic/Covidien PAD and coronary devices described above.

86.     The Hutchinson cath lab has an implant budget of over $20 million annually to purchase products like PAD and coronary devices, CRM pacemakers, defibrillators and diagnostic catheters; all of which are submitted for reimbursement to the Government Healthcare Plans.

87.     Wilson started in this position in approximately 2010 and continued his employment through his termination in August 2019.

88.     Following Medtronic/Covidien's playbook, Winger's and Davisson's kickback scheme at Hutchinson worked similar to the one at Dole VA. Winger and Davisson were giving remuneration such as meals, food, alcohol, gratuities, event sponsorships, NASCAR and other sporting event tickets, golf outings and travel expenses to Hutchinson personnel including Wilson, Cath Lab Director/Cath Lab Supply Chain Manager Cindy Henning King (who has been at Hutchinson for more than 15 years) and other Hutchinson cath lab employees. All of this was done to induce Hutchinson to directly purchase millions of dollars of Defendant Medtronic/Covidien's PAD and coronary devices.

89.     In addition, Defendant's remuneration also included "marketing services" for physicians performing PAD procedures at Hutchinson.  As an example, Winger, Davisson, Kirk and other Medtronic employees would host events for referring physicians whereby they would promote physicians at Hutchinson such as Dr. Michael Hagley and encourage said referring physicians to send patients to Dr. Hagley at Hutchinson.  This included numerous luncheons and speaking events.  Winger, Davisson, and Kirk would also assist Hutchinson physicians such as Dr. Hagley in the advertising and promotion of their practices.  This would include Winger

assisting referring physicians in obtaining appointments for their patients with Dr. Hagley.

90.     Winger's, Davisson's and Kirk's expense reports, as well as personal credit/debit card transactions, will set forth some of these amounts paid by Medtronic/Covidien.

91.     Also, part of Medtronic/Covidien's kickback scheme included Winger providing free PAD devices at Wilson's request, in exchange for Wilson making purchases from Medtronic/Covidien.  This practice occurred throughout all relevant times herein. Medtronic/Covidien's scheme was not only paying illegal remuneration in exchange for purchases under the AKS, but also had the effect of creating an illegal "rebate" under the AKS as well.

92.     Wilson would also solicit the same free product from Relator and Relator's sales representatives throughout all relevant times herein.  In this process, Wilson would inform them that Winger/Medtronic/Covidien was providing this free product to win the bids, and if they wanted to compete, they needed to do the same.

93.     As an example, in approximately late 2016, Relator and one of Relator's sales representatives had a meeting with Wilson. In that meeting, Wilson stated that if Relator's company wanted to compete like Medtronic/Covidien, it would have to give him free devices, such as the 10 "free" DCBs, atherectomy devices and "Outback" re-entry catheters that Medtronic/Covidien had given in the past. Relator explained to Wilson that his company does not do business that way, so he could not match that offer and implied that it was not appropriate business procedure. Wilson immediately threw his hands up and stated (to paraphrase), "whoa easy there, listen, nothing we do is in writing. Doug [Winger] just has creative ways of getting the devices he needs from other folks in his company. Nothing is in writing; he just knows how to maneuver the units around."

94.     Ten free units of the "Outback" re-entry catheters[11] alone would net the price paid by Defendant Hutchinson to Defendant Medtronic/Covidien down by approximately $25,000. In turn, Defendant Hutchinson would bill Government Healthcare Plans for these "free" devices from Winger, allowing Hutchinson to capitalize again on the kickback.

95.     As another example, during the week of August 5, 2019, Relator's sales representative for Defendant Hutchinson received a call from Wilson in which he requested a proposal for a bulk buy of DCBs/stents in 25/50 unit increments. Later, Wilson said that he had requested bulk buy proposals from Relator's company and Medtronic/Covidien, and that Relator's company proposal was significantly more expensive than Medtronic/Covidien's. Wilson went on to say that "in order to get close to what Medtronic/Covidien is offering," Relator's company would have to provide "10 free balloons" (approximately $15,000 in value) if Hutchinson purchased Relator's Company's 25-unit proposal and "25 free balloons" (approximately $37,500 in value) in exchange for a purchase of Relator's company's 50-unit proposal.  Because Relator's sales representative was driving at the time of this conversation, and because he knew the illegal nature of what Wilson was requesting, Relator's representative requested that Wilson put this ask in an email. Wilson refused. Relator's sales representative then informed Wilson that Relator's company could not provide free inventory to win a bid.  Relator later learned that Hutchinson had accepted Medtronic/Covidien's proposal, which, as admitted by Wilson, included "free" inventory as part of the purchase.

96.     In addition to Relator and Medtronic/Covidien, Wilson requested bribes from other device providers as well.  Wilson made a similar phone call to a Phillips sales

---

[11] Medtronic did not sell Outback devices.  These are produced by another manufacturer. Winger was obtaining these devices from some other source of inventory.  Relator believes these came from the Dole VA.

representative in the PAD device market stating his proposal was significantly less than Medtronic/Covidien, and if he wanted to compete better at Hutchinson he would need to provide free devices.  Wilson also repeatedly made similar solicitations regarding PAD devices for free material from a Cardiovascular System Inc.'s ("CSI") sales representative from 2012 through 2016.

97.     Defendant Hutchinson financially benefits from accepting bribes in the forms of free medical devices from Medtronic/Covidien because it is later paid for these free devices. These free devices, when utilized by Hutchinson, are submitted to the Government Healthcare Plans for reimbursement at said devices reimbursable rate (*i.e.,* to reimburse Hutchinson for the cost of the device and related procedure even though the device cost Hutchinson nothing).  The costs saved at Hutchinson by accepting these bribes is significant and generates a much larger margin on its procedures.  Average retail costs in this industry for directional atherectomy devices are $2,800 - $3,200; for DCBs are $1,000 - $2,000; and drug eluding stents $1,000 - $2,000.[12]

98.     Since 2012, Defendant Hutchinson billed just Medicare alone for tens of millions of dollars for reimbursement for the Medtronic/Covidien devices used and sold as part of the Medtronic/Covidien kickback scheme with Hutchinson and Wilson. As an example, from 2012-2017, for just one physician using Medtronic/Covidien PAD devices, CMS reimbursed $1 million to the physician and in excess of $7.5 million to Hutchinson.

---

[12] *High Reintervention and Amputation Rates After Outpatient Atherectomy for Claudication.* Vasc Endovascular Surg. 2018 Aug; 52(6):427-433.

99.     Upon information and belief, and like Brinkley at Dole VA, Wilson was relieved of his duties in 2019 as a result of the allegations set forth in Relator's 2017 initial Complaint and related investigation.

100.    As a result of the allegations set forth in Relator's 2017 initial Complaint and related investigations, Winger was banned from entering Hutchinson and conducting any future business with Hutchinson.

B.      Medtronic/Covidien's and WRG's Unnecessary Services & Supplies
and Off-label Use at Dole VA

101.    At all relevant times herein, Defendants Medtronic/Covidien and WRG claimed, caused a claim to be made, or conspired to have a fraudulent claim be made, to the U.S. VA for reimbursement for unnecessary medical treatment and devices.  This included, but is not limited to, Winger and/or Kirk being present during procedures—and performing their duties described in more detail in ¶ 107—whereby they marketed, instructed, or encouraged the overuse of Medtronic/Covidien atherectomy devices, DCBs, and stents in PAD procedures at Dole VA.

102.    Covering periods beginning prior to January 30, 2011 and through the present, WRG entered into several contracts with the U.S. V.A. to perform interventional (*e.g.,* the performance of the PAD procedures discussed herein in its cath lab) and non-interventional radiology services at Dole VA.  WRG had the exclusive contract to provide such services.  The following physicians were employed by WRG and performed the interventional services at Dole VA:

Dr. Shaun Gonda –from July 1, 2010 through 09/01/15
Dr. Bret Winblad –from July 3, 2014 – April 30, 2016
Dr. Kermit Rust –from July 1, 2016 through August 2018

WRG is vicariously liable for the actions and conduct of these physicians alleged herein at all

relevant times for their conduct at Dole VA.

103.    At all relevant times herein, WRG would perform PAD interventional procedures usually two (occasionally three) days per week at Dole VA and average between two to four procedures per week.

104.    Under the compensation agreement between the U.S. VA and WRG, WRG's physicians were paid on an hourly basis for time spent performing the various PAD interventional procedures.

105.    As the number of PAD devices used per procedure increases, the time required for WRG physicians to perform said procedures also increases.  In turn, WRG would earn more income by the utilization of excessive medically unnecessary PAD devices under its agreement with the U.S. VA.  Also, Medtronic/Covidien would earn more revenue promoting said procedures because more devices were being utilized than necessary.

106.    As a Medtronic/Covidien Class III Device Sales Representative, Winger and Davisson along with Medtronic/Covidien Clinical Specialist Kirk, played an active role at Dole VA working with physicians from WRG as representatives of Medtronic/Covidien.  In the industry, class III device sales representatives and clinical specialists play an integral role in the complex and invasive PAD procedures.  They can, and often do, serve another highly technical role during patient surgeries and pre-operative planning sessions that may be less well understood or appreciated.[13]  Medtronic/Covidien representatives such as Winger, Davisson and Kirk are not simply salespersons only or mere bystanders in PAD procedures.  Winger and Kirk

---

[13] Ideally, industry representatives are present during numerous varied surgeries.  The representative's experience of observing physician's approaches, and subsequent outcomes when treating similar disease or patient types plays a role in guiding a proper, safe, and effective outcome for the physician and their patient.  It can also aid the surgeon in avoiding common or avoidable missteps during these challenging operations.

provide advice and direction to physicians and other operating room staff, and these medical

professionals rely on this advice and believe (unless the providers are associated with the

kickbacks described in this Complaint) that it is accurate and compliant with the law.  With their

training from Medtronic/Covidien, Winger's, Davisson's and Kirk's roles at Dole VA include:

- advising physicians when evaluating a specific patient type prior to surgery to help identify the best device, size, tool, or application to be used.

- consulting with physicians before and during a surgery to ensure all necessary tools and equipment are available at the time of operation and ready for use.

- advising and directing physicians on the number of Medtronic/Covidien devices to use on a particular patient

- advising and directing physicians on which type of Medtronic/Covidien devices to use on a particular patient

- opening packaging for multiple single-use Medtronic/Covidien devices (which would be discarded if not used because the packaging has been opened) and preparing those devices and having them ready for the physicians on the operating table next to the patient (or directing Brinkley to do that for Medtronic/Covidien devices)

- providing intra-operative assistance and advice during challenges or unexpected situations which can, and often do, arise during the procedure.

- consulting with physicians on device selection, sizing, and approach during the operation when the original pre-operative plan must be adjusted or abandoned altogether.

- assisting staff during the procedure in preparing devices for use (*e.g.,* opening packages, recording catalogue/lot/expiration numbers).

- answering a physician's or staff questions intra-operatively regarding proper device indication or contraindication.

- properly reporting device malfunctions or surgery complications related to device performance to proper authorities in a timely manner.

It is through this role—via training provided by Medtronic/Covidien—that Winger, Davisson

and Kirk marketed, instructed or encouraged the overuse and "off label" use of

Medtronic/Covidien PAD devices that directly influenced WRG's actions at Dole VA.

107.     Defendant Medtronic/Covidien's policy and practice was to evaluate and reward its sales representatives such as Winger and Davisson to promote and market unnecessary medical treatment and excessive use of its PAD devices.  As an example, as early as October 2011, Defendant's policy evaluated and awarded Davisson (Winger's supervisor) for identifying "all of these . . . key physicians that needed to be groomed for maximum output . . ."  Its policy also rewarded its employees for influencing physicians to purchase and use a maximum amount of product.  Furthermore, throughout Davisson's, Winger's and Kirk's performance reviews from 2011 through 2018, Defendant set standards and rewarded its salesforce for convincing physicians to use its atherectomy devices in all PAD medical procedures (see ¶¶ 112-123, *infra*, describing this as being medically unnecessary).  Defendant applied a term for this policy in employee performance reviews.  Physician who were "groomed" to use its atherectomy devices in all PAD procedures were called a "Hawker" (this is a reference to its atherectomy devices having this word in their name: SilverHawk, TurboHawk, HawkOne).  As an example, in Davisson's October 2011 review, Defendant's policy measured his ability to "Develop Hawkers."  In the same review he was acknowledged for "developing" six "Hawkers" in the Kansas region.  And that he did a better job in "shoring up some Hawkers that were falling off ([Dr.] Hagley)."  He was acknowledged by Defendant for "aggressively" executing on "targeting" the physicians and "converting" them over to use SilverHawks in all procedures.  Defendant's policy is also reflected in performance reviews whereby these employees' role in advising physicians on device usage.  As an example, in Kirk's October 2014 evaluation, she readily admits that she is to "provide advice" to physicians for device usage.   Once a "Hawker" was sufficiently "groomed" for "maximum output", using directional atherectomy in 100% of PAD procedures Medtronic then hired part time contract sales personnel to help further increase

unnecessary usage through referral market manipulation. Throughout all relevant times, Davisson and Winger, based on marketing strategies developed by Medtronic, hired untrained, non-medical, contract (hourly paid) sales employees for the purpose of providing free marketing and referral services to increase the volume of unnecessary procedures. The duties and activities of these hourly sales personnel included buying lunch or breakfast for non-interventional physicians treating patients likely to have PAD within proximity to a "Hawker."  During these meetings, contract employees would convince referring physicians to redirect their patients from other non-"Hawkers" in the region to a physician where they could ensure more Hawk usage.

108.    As noted above in ¶ 106-107 and as outlined below by witnesses described in ¶¶ 113-158, Winger and Kirk instructed WRG physicians on what and how many Medtronic/Covidien devices to use.

109.    Providers of healthcare—such as the WRG physicians—to former military personnel have an obligation to provide services and supplies at only the appropriate level and "only when and to the extent medically necessary." 32 C.F.R. §199.6(a)(5).  Services provided must be "furnished at the appropriate level and only when and to the extent medically necessary," and such care must "meet[] professionally recognized standards of health care [and be] supported by adequate medical documentation…to evidence the medical necessity and quality of services furnished, as well as the appropriateness of the level of care." 32 C.F.R. 199.6(a)(5).

110.    Medtronic/Covidien's and WRG's conduct as alleged herein regarding medically unnecessary services and supplies and devices utilized off-label permitted these Defendants to utilize a portion of the grossly excessive inventory sold to Dole VA and increase its overall profits at tax-payers' expense.  Sadly, Medtronic/Covidien's and WRG's conduct extended the

length of these procedures causing harm to the veteran patients.  These prolonged procedures extended exposure to damaging radiation, significantly increased volumes of contrast dyes which directly harm the kidneys, caused multiple unnecessary traumas to the same arteries (*e.g.,* using four DCBs on one artery when one would suffice), increased the necessity for implanting additional stents to repair subsequent arterial dissections, and unnecessarily increased future amputation rates and mortality.

111.    To demonstrate the grossly excessive use of Medtronic/Covidien PAD devices in patients at Dole VA, Relator provides the following example.  In addition to the work performed at Dole VA, WRG and its physicians operate outpatient labs outside the construct of its contract with the U.S. V.A. (*e.g.,* Cypress Interventional) whereby it also purchased Medtronic/Covidien PAD devices.  There, the WRG physicians are typically compensated under set reimbursable amounts from federal healthcare programs (*e.g.,* Medicare) for PAD procedures performed.  The lower the cost of PAD devices (*i.e.,* fewer) used in these procedures,the higher the margin of revenue on the set rates for reimbursement.  On the other hand, at Dole VA, the use of medically unnecessary devices did not decrease WRG's profit margin as they were paid for by the VA and WRG was compensated for hours worked.  Conversely, excessive use of PAD devices increased WRG's profits due to more time being expended in PAD procedures.   Dole VA and WRG's outside labs would perform roughly the same number of similar PAD procedures per week.  For WRG physicians working at Dole VA, Dole VA was ordering on average $25,412/week of Medtronic/Covidien PAD devices.  Yet, at WRG's Cypress lab, WRG was ordering only on average $4,329/week of Medtronic/Covidien PAD devices.  **Six times more** PAD devices were being used at Dole VA compared to WRG's Cypress lab for roughly the same number of procedures.

### *Excessive & Medically Unnecessary Atherectomy Devices*

112.    It is well established within the medical community that a *single* atherectomy

device such as Medtronic/Covidien's is typically used in only 17% of procedures when treating

PAD.[14]  Medtronic/Covidien atherectomy devices (*e.g.* HawkOne, TurboHawk, SilverHawk) are

to be used only in cases of severe calcification—not in every PAD procedure as marketed and

promoted by Medtronic/Covidien.  *E.g.,* for HawkOne: "Indications for Use: The HawkOne™

peripheral directional atherectomy system is intended for use in atherectomy of the peripheral

vasculature. The HawkOne catheter is indicated for use in conjunction with the SpiderFX™

embolic protection device in the treatment of *severely calcified lesions*. The HawkOne catheter is

NOT intended for use in the coronary, carotid, iliac or renal vasculature."  (emphasis added)

113.    Following Medtronic/Covidien's training and marketing to WRG physicians,

WRG physicians provided medically unnecessary treatment by using numerous

Medtronic/Covidien directional/cutting atherectomy devices in all PAD procedures and when not

clinically warranted or indicated (*e.g.,* in multiple vessel beds per patient limb, and on multiple

limbs per patient during the same PAD interventional treatment).  For example, in the 2012 -

2013 timeframe, during one procedure witnessed by Healthcare Professional #1, Dr. Gonda from

WRG used three Covidien atherectomy devices in one PAD procedure.[15]  This was done while

Winger was present in the room and with Winger performing all the roles described in ¶¶ 106.

Use of these medically unnecessary and excessive devices increased WRG's time performed in

this procedure, and in turn, increased its compensation from the U.S. V.A.

---

[14] *Wall Street Journal*. Among vascular surgeons surveyed in their registry, the average rate of
atherectomy is about 17%, September 10, 2019.
[15] When Plaintiff refers to devices being "Medtronic" that includes devices it acquired.  *See*, ¶¶
4-5 *infra.*

114.    In another example, Healthcare Professional #2 was present in numerous PAD procedures at Dole VA where Dr. Gonda utilized multiple Medtronic/Covidien atherectomy devices.  This occurred during the 2011 - 2015 timeframe.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶ 107.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

115.    In another example, Healthcare Professional #4 was present, almost weekly, when numerous PAD procedures were performed at Dole VA where Dr. Gonda, Dr. Rust or Dr. Winblad from WRG utilized multiple Medtronic/Covidien directional atherectomy devices.  This occurred during the 2014 - 2018 timeframe.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶¶ 106.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

116.    The partial data available to Relator to date confirms excessive use of directional atherectomy devices promoted by Medtronic/Covidien and used by WRG physicians at Dole VA.  Dole VA would order on average seven atherectomy devices per week for WRG to use in PAD procedures.  Dole VA's cath lab operated two (sometimes three) days per week with one physician.  Other VA cath labs across the country ordered and used significantly fewer devices such as directional atherectomy (see table in ¶ 62).  As another example, on October 29-30, 2015, **27** atherectomy devices (@ $216,565)  were ordered by Dole VA from Medtronic/Covidien for WRG physician Dr. Winblad's use.  Less than two weeks later on November 19-20, 2015, **17** additional atherectomy devices (@ $59,415) were ordered.  Four weeks later, on December 23-24, 2015, **30** atherectomy devices (@ $104,850) were ordered.  Two weeks later on January 6,

2016, **60** atherectomy devices (@ $209,700) were ordered.  This reflects **134** atherectomy devices purchased over a ten week period for Dr. Winblad's use (or, 13 atherectomies per week, on average of at least three atherectomy devices per procedure).   As another example, for all PAD procedures performed during or near the week of September 18, 2016, Dr. Rust from WRG used an estimated 8 atherectomy devices (equaling at least 2-4 per procedure).   Again, as an example, on June 29, 2017, for Dr. Rust's use, Dole VA ordered 115 atherectomy devices.  The next order was six and one-half weeks later on August 14, 2017 for similar devices.  Roughly 18 atherectomy devices per week were used (again, well over three atherectomy devices per procedure).

117.     As a comparative scenario, in the 2017 timeframe, a Wichita vascular surgeon (who was not a member of WRG) was performing a peripheral intervention procedure at the Dole VA Cath Lab.  Standard procedure during these cases would be for the operating physician to conclude diagnostic images, reassess and confirm the disease state and treatment choice, and then instruct the nursing and technologist team as to the specific devices to open and prep for use.  This sequence is critical for ensuring expensive product is not wasted in the event a different device is required.  In this particular circumstance, as the vascular surgeon turned around, he noticed that Brinkley had already opened a $3,500 HawkOne device that was prepped and ready on the table.  This is not a device that this particular surgeon would use for the procedure.  He admonished Brinkley for opening (and wasting) a device that was unnecessary for the patient and not requested by the physician.  Brinkley never asked him which device he wanted to use or waited for him to request a specific device. This was a rare occasion when this vascular surgeon did a peripheral intervention at the Dole VA cath lab because of WRG's exclusive contract.  This contract effectively prevented surgeons from outside of WRG from

performing procedures at Dole VA as it required any surgeon and cardiologist who wished to conduct peripheral interventions to have procedural oversight and supervision by a WRG radiologist.  This example shows the frequency of the Medtronic/Covidien practices described in this section because this vascular surgeon rarely did procedures at Dole VA and yet the effects of Medtronic/Covidien's fraud were evident on this rare occasion.

118.    Medtronic/Covidien promoted and marketed the unnecessary use of atherectomy devices by sending physicians such as Drs. Gonda, Winblad, and Rust to educational seminars, programs, or other training. There, instruction was provided to physicians to use their directional atherectomy devices as a standard of care for all PAD procedures while Medtronic/Covidien made false or misleading representations regarding its own medical studies promoting the patency of such treatment. Medtronic/Covidien also provided instruction to physicians on how to maximize their reimbursements by performing this medically unnecessary treatment. Medtronic/Covidien also awarded their sales representatives such as Davisson, Winger and Kirk by having the train physicians such as the ones at Dole VA to utilize an atherectomy and DCB in every interventional procedure.

119.    The use of multiple Medtronic/Covidien atherectomy devices in single PAD procedures occurred numerous times throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedural notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of Drs. Gonda, Rust or Winblad as well as Winger and/or Kirk in each procedure.  Utilizing more than two directional/cutting atherectomy devices per PAD procedure far exceeds the accepted standards of medical practice in treating PAD and is an unreasonable and unnecessary medical procedure.

120.    As the Society for Vascular Surgery (SVS) President Dr. Kim Hodgson, MD, recently discussed: "'The impact of the explosive growth of atherectomy on patients and healthcare finances is problematic and growing exponentially,' Hodgson lamented.  He turned to

42

further findings from Hicks showing that of the roughly $267 million reimbursed by Medicare for first-time femoropopliteal peripheral vascular interventions in 2019, 90% was for atherectomy, 'leaving only $26 million to pay for all of the other therapies that actually have evidence showing that they work.'"[16]  "Hodgson also fingered vascular surgery's industry partners [*e.g.,* Medtronic/Covidien]."   He said they should be "the canary in the coal mine for inappropriateness. You are uniquely positioned to spot abuse early—before patients are harmed. You know every one of the outliers in vascular care."[17]  Furthermore, Dr. Hodgson stated, "We can play whack a mole every time the bad actors surface until the cows come home, but that leaves a trail of harmed patients and wasted resources . . ."[18]

121.    Indeed, using a single atherectomy device in PAD procedures alone has been shown in studies to increase amputation rates and additional interventional treatments which would not have otherwise been required.[19]  Not surprisingly, during the VA OIG's investigation, it uncovered amputation rates for veteran patients treated for PAD at Dole VA to be occurring at a higher rate compared to national figures.

122.    There are no academic or clinical studies supporting the use of multiple Medtronic/Covidien directional atherectomy devices in a single patient in a single PAD procedure.  Furthermore, the primary treatment or "frontline" use of Medtronic/Covidien directional/cutting atherectomy devices for *all* PAD morphologies, as marketed and promoted by Medtronic/Covidien, to supplant all other FDA approved and properly studied PAD treatment

---

[16] https://vascularspecialistonline.com/cleaning-up-vascular-surgery-hodgson-lays-out-path-to-tackle-inappropriateness-in-care/.

[17] *Id.*

[18] *Id.*

[19] *See* Journal of the American Heart Association, "Adverse Events After Atherectomy: Analyzing Long-Term Outcomes of Endovascular Lower Extremity Revascularization Techniques," Vol. 8, No. 12.

devices is excessive and unnecessary on its face for even a single device in a patient.

123.     Despite all studies to the contrary, Medtronic/Covidien's marketing materials—and in turn Winger's training of the Medtronic/Covidien sales force pursuant to his Field Trainer position—state that atherectomy devices should be used in treating *every* PAD procedure.[20]  In the face of a well-established, evidence-based standard in peripheral medicine, Medtronic/Covidien explicitly promotes—and WRG utilized—the use of atherectomy devices as a "frontline" treatment to supersede, and even replace properly studied and proven therapies which cost less and are clinically proven as effective.

### *Treating with Excessive Stents*

124.     WRG and Medtronic/Covidien had a practice of using numerous stents in a single patient's leg, often stenting from areas at or below the knee ("off label") when the clinical application was unwarranted and higher risk, often stenting from areas just above the ankle up to and behind the knee and stenting upward on the leg.  Doing so is an unreasonable and unnecessary medical procedure with extreme risk for veterans' short and long term health.  Routinely treating a single leg with multiple overlapping stents (including ones in the calf as well as below and behind the knee) significantly increases the likelihood for recurrent disease requiring additional and expensive invasive procedures, commonly within the following 6-12 months.[21]  In addition to requiring more frequent and progressively more expensive future procedures, it is also well established in medical literature that this unnecessary procedure can

---

[20] This includes their marketing material making statements such as, atherectomy is a "frontline" treatment, or marketing message of "nothing left behind" and/or "no stent left behind"—an unsubstantiated competitive claim that atherectomy is superior to stenting.

[21] *See* National Institute of Health, https://pubmed.ncbi.nlm.nih.gov/15653033/, "*Prevalence and Clinical Impact of Stent Fractures after Femoropopliteal Stenting,*"  Am Coll Cardiol, 2005 Jan 18; 45(2):312-5.

often result in stent fracturing and can result in significant harm to the patient.

125.    As an example, Healthcare Professional #2 witnessed numerous occasions between 2011 – 2015 where Winger and/or Kirk performed these procedures with Dr. Gonda at Dole VA Treating a single leg with 3-5 stents, when not clinically warranted, in a single PAD procedure occurred numerous times throughout the 2011-2015 timeframe.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶ 106.  As another example, during the week of April 4, 2016, for Dr. Winblad's use in PAD procedures, Dole VA purchased 11 Medtronic/Covidien stents.  This represents three or more stents being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

126.    As another example, between the 2012 - 2013 timeframe, Healthcare Professional #1 witnessed numerous procedures where multiple, clinically unnecessary stents were placed in a leg—one where five stents were placed in one leg where Winger and/or Kirk performed this procedure with Dr. Gonda at Dole VA.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶ 106.  An example, during the week of March 11, 2013, for Dr. Gonda's use in PAD procedures, Dole VA purchased 24 Medtronic/Covidien stents.  This would lead to five or more stents being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

127.    Another example, between the 2014 - 2018 timeframe, Healthcare Professional #4 witnessed numerous procedures where multiple stents were placed in a leg (up to 4-5), when clinically unwarranted, where Winger and/or Kirk performed this procedure with Dr. Gonda, Dr. Rust or Dr. Winblad at Dole VA.  This was done while Winger and/or Kirk were present in the

room performing all the roles described in ¶ 106.   As an example, during the week of May 28, 2017, for Dr. Rust's use in PAD procedures, Dole VA purchased 16 Medtronic/Covidien stents. This would lead to four or more stents being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

128.    Utilizing excessive and unnecessary stents in a single PAD procedure occurred routinely throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of Drs. Gonda, Rust or Winblad from WRG as well as Winger and/or Kirk in each procedure.

### Excessive Use of Drug Coated Balloons

129.    WRG and Medtronic/Covidien had a practice of using numerous DCBs per arterial location in a PAD procedure when one of the proper length DCBs was readily and immediately accessible on the Dole VA inventory supply shelves and would serve the same purpose, or they simply used excessive DCBs unnecessary for the treatment.  Doing so is an unreasonable and unnecessary medical procedure.  As an example, a certain length of artery may need to be treated with a DCB.  A physician can use one "longer" balloon to treat this entire area. Due to Medtronic/Covidien's training and marketing as described in ¶ 106, Winger and/or Kirk along with WRG physicians provided medically unnecessary treatment by using numerous (2-4) shorter Medtronic/Covidien DCBs to cover the same area.[22]

130.    Healthcare Professional #2 witnessed numerous occasions between 2015 – 2018

---

[22] Not only does this practice quadruple the use of Medtronic/Covidien devices, but it also quadruples the trauma to the artery as well as often requiring the unintended implantation of

when numerous shorter DCBs were used when a longer balloon would suffice whereby Winger and/or Kirk were present with Dr. Gonda at Dole VA.  Also, Healthcare Professional #4 witnessed numerous occasions when this occurred between 2015 – 2018 where Winger and/or Kirk were present with Dr. Gonda, Dr. Rust or Dr. Winblad at Dole VA.  As an example, on or about the week of May 14, 2015, for Dr. Gonda's and/or Dr. Winblad's use in PAD procedures, Dole VA purchased 66 Medtronic/Covidien DCBs (@ $96,415). This would lead to more than 10 DCBs being used per procedure.  As another example, during the week of January 16, 2017, for Dr. Rust's use in PAD procedures, Dole VA purchased 120 Medtronic/Covidien DCBs (@ $187,800). This would lead to more than 12 DCBs being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.  Interestingly, on the rare occasions where neither Winger nor Kirk were present, Healthcare Professional #4 witnessed the same doctors using the proper longer length DCB and not using the multiple Medtronic/Covidien DCBs that Winger and/or Kirk would advise or instruct had they been present.

131.    In further support, at WRG's Cypress lab, over roughly a two year timeframe (*e.g.,* 2020-2021), WRG purchased only one Medtronic/Covidien DCB for PAD procedures (as these devices are expensive and not taken into account in the set Medicare reimbursement amount).  However, on just one single day in February 2016 at Dole VA, 353 Medtronic/Covidien DCBs (@ $561,970) were ordered for PAD procedures to be performed by WRG's physicians.  Medtronic/Covidien sales representatives Winger, Davisson, and Kirk sold PAD devices to these same WRG physicians who worked at both WRG's Cypress lab and Dole

---

additional stents to repair subsequent arterial dissections, unnecessarily increasing the risk of vessel rupture, as well as embolizing broken plaque to smaller arteries downstream thereby causing acute vessel occlusion.

VA.  Based upon the grossly excessive purchases of PAD devices that Defendant and WRG physicians requested for Dole VA to purchase, Winger and Davisson returned the favor by selling the same PAD devices at cheaper rates to WRG for its procedures at Cypress.

132.    Utilizing excessive Medtronic/Covidien DCBs in a single PAD procedure—when not clinically warranted—occurred routinely throughout the 2015 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

133.    In relation to Medtronic/Covidien's training and marketing to Dole VA's PAD services provider WRG, WRG also provided medically unnecessary treatment by often utilizing unnecessary quantities of all of Medtronic/Covidien's PAD devices in procedures.  As an example, in November 2016, Brinkley informed Healthcare Professional #3 that Winger or Kirk along with Dr. Winblad, or a WRG resident, treated both legs on one patient and used the following Medtronic/Covidien devices in this procedure: six directional/cutting atherectomy devices (~$21,000), six stents (~$18,000), and twelve drug coated balloons (~$42,000). Utilizing excessive Medtronic/Covidien devices in a single PAD procedure occurred numerous times throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

### *WRG's Performance of Unnecessary Interventional Procedures & Self-Dealing*

134.    WRG performed medically unnecessary PAD interventional procedures on Veterans at Dole VA when noninvasive treatment (*e.g.,* medication, lifestyle adjustment) was the

only medically necessary treatment.  WRG is compensated for performing interventional procedures, and therefore, had no interest in determining whether noninvasive evidence based medical care was appropriate for these veterans.

135.     The VA's OIG determined that WRG physicians provided medically unnecessary invasive treatment on veterans at Dole VA when only noninvasive treatment (*e.g.,* lifestyle change, medication) was warranted.  WRG was found to have (a) failed to practice evidence based medicine on the majority of patient cases, and totally disregarded nationally accepted multidisciplinary guidelines on how to diagnose and treat PAD; (b) failed to provide any justification for the standard of care it provided; (c) failed to properly review cases and decide the best possible approach to treat the PAD veteran patients; (d) failed to perform essential diagnostic testing to determine if interventional treatment was even necessary under established standards; and (e) overutilized DCBs on patients—averaging 6-8 DCBs per procedure—along with overutilization of directional atherectomy.  The OIG also found that, contrary to Dole VA staff and WRG's position that their treatment with excessive devices provided better patient care, the subsequent amputation rates among veterans treated were significant.

136.     WRG submitted claims for hourly compensation to the VA regarding these unnecessary interventional procedures that were medically unnecessary and were paid for such claims by the VA.

137.     WRG also used their contractual relationship at Dole VA to refer veteran patients seen at Dole VA to their outside practice in order to further financially benefit from its relationship with the VA.

### *Other Waste of Devices & Patient Results*

138.     Due to the excessive usage of Medtronic/Covidien PAD medical devices at Dole

VA via the conduct of Winger and Kirk during the relevant time period described herein, Healthcare Professional #1 was informed that the average cost per PAD procedure at Dole VA was 300 to 1,000 times more expensive versus other labs doing similar procedures.

139.    In order to consume the grossly excessive Medtronic/Covidien PAD devices purchased by Dole VA, during the 2014 - 2018 timeframe, Healthcare Professional #4 witnessed numerous records regarding coronary procedures at Dole VA's lab whereby the operation procedure records reflected a Medtronic/Covidien PAD device, including Medtronic/Covidien DCBs, used off label in a coronary procedure.  The procedure and device logs at Dole VA will reflect this occurring in numerous procedures between 2012 - 2018.[23]

140.    During the 2014 - 2018 timeframe, Healthcare Professional #4 witnessed Winger taking Medtronic/Covidien PAD devices from the Dole VA inventory while on his way to conduct business at Hutchinson Hospital, per Winger's admission.  Plaintiff has a good faith basis to believe that Winger was utilizing Medtronic/Covidien PAD inventory taken from Dole VA—paid for by U.S. taxpayers—as illegal remuneration being paid to Wilson at Hutchinson as previously described herein.  Medtronic/Covidien's device sales invoices, including their bill of lading records as well as inventory receiving records at Dole VA reflecting device serials numbers when compared to Hutchinson's records reflecting Medtronic/Covidien devices in inventory or used in procedures subsequently billed to Medicare/Medicaid will reflect this scheme from 2011 through 2018.

141.    A recent publication found about 1% per year of persons with a natural history of

---

[23] In late 2018 the cardiology group who has maintained an exclusive contract to provide all cardiac catheterization procedures at the Dole VA Cath lab, similar to WRG for PAD procedures, also had their contract cancelled by Dole VA and are no longer allowed to provide cardiac interventional services at the Dole VA. Upon information and belief, this was due to the subsequent investigation resulting from Relator's initial complaint filed in January 2017.

PAD, end up requiring an amputation.[24]  Patients who are treated with atherectomy devices femoropopliteal (*i.e.,* above knee) in a hospital setting, 4.8% per year require an amputation.[25] Patients who are treated with atherectomy devices in the tibial-peroneal (*i.e.,* at or below knee) in a hospital setting, 10.4% per year subsequently require an amputation in the following twelve months.[26]  Having more than one PAD atherectomy procedure leads to even higher percentage rates of amputations.[27]  Excessive usage of other Medtronic/Covidien PAD devices at Dole VA via the conduct of Winger and Kirk described herein—and in order to utilize as much of the grossly excessive Medtronic/Covidien inventory at Dole VA—compared to the national study discussed herein, a significantly higher percentage of veterans will have been subjected to major amputations and increased mortality rates.[28]  The patient records, personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect this outcome. Sadly, as the PAD procedures increase, the risks of amputations greatly increase, and in turn, the veterans' life expectancy dramatically decreases.[29]

---

[24] "Outpatient atherectomy outcomes may be worse than the natural history of disease." *Vascular News*; Mukherjee, Dipankar (Aug. 7, 2017).

[25] *Id.*

[26] *Id.*

[27] *Id.*

[28] *See* "Risk of Major Amputation Following Application of Paclitaxel Coated Balloons in the Lower Limb Arteries: A Systematic Review and Meta-Analysis of Randomized Controlled Trials," (2021) Published by Elsevier B.V. on behalf of European Society for Vascular Surgery. This is an open access article under the CC BYNC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/)

[29] "In total, 168/651 patients (178 legs; 26%) underwent a major amputation. Patients were stratified by age: 70–80 years (n=86) and >80 years (n=82). Overall mortality after major amputation was 44%, 66% and 85% after 1, 3, and 5 years respectively.  The 6-month and 1-year mortality in patients aged 80 years or older was, respectively, 59% or 63% after a secondary amputation <3 months versus 34% and 44% after a secondary amputation >3 months. Per year of age, the mortality rate increased by 4% (*P*=0.005). No significant difference in mortality after major amputation was found in the presence of comorbidity or according to Rutherford

142.    At all relevant times herein, Defendant Medtronic/Covidien's marketing and training described in ¶¶ 106-107, including its scheme of offering or paying remuneration, which includes remuneration to Dole VA, played a direct role in Dole VA and WRG utilizing excessive and medically unnecessary PAD devices paid for by the U.S. VA.

C.    Medtronic/Covidien & WRG — Off-label Use of Devices

143.    At all relevant times herein, Defendants Medtronic/Covidien and WRG claimed, caused a claim to be made, or conspired to have a fraudulent claim be made, to the U.S. VA for reimbursement for medical devices being used outside their FDA approved use ("off-label") in medically unnecessary procedures.  This included, but is not limited to, Winger and/or Kirk being present during procedures—and performing their duties described in more detail in ¶ 106—whereby they marketed, instructed, or encouraged the off-label use of Medtronic DCBs, directional/cutting atherectomy, and stents.

144.    Medtronic representatives such as Winger, Kirk and Davisson marketed, trained, encouraged, and/or coerced Dole VA and WRG to utilize medical devices outside their usage as approved by the FDA.  In turn, these claims for reimbursement were made to the U.S. VA regarding the devices themselves as well as the time taken by WRG to implement said devices. These include the following.

***Off-label Promotion of Peripheral Drug Coated Balloons***

145.    Defendant Medtronic used to sell a DCB outside the United States called IN.PACT AMPHIRION DEEP Drug Eluding Balloon.  Outside the United States, this DCB was already CE Marked (European equivalent of FDA approval) for use in the tibial arteries (*i.e.,*

classification."  "Mortality after Major Amputation in Elderly Patients with Critical Limb Ischemia," *Clinical Interventions in Aging*, (Dec. 2017).

"below the knee application) to treat PAD.  On November 13, 2013, Medtronic issued a

worldwide recall of the IN.PACT AMPHIRION DEEP DCB.  This recall was related to an FDA

required PMA Level I study being conducted in the United States where Medtronic was seeking

FDA approval specifically for use in below the knee arteries.  The study and related data

compared using IN.PACT AMPHIRION DEEP against the existing standard of care, and FDA

approved, standard (un-coated) balloon angioplasty.  Approximately midway through the pre-

defined study protocol, Medtronic conducted an interim analysis of the ongoing clinical trial

data.  During this data review, trial investigators found the drug-coated study device was

providing no additional clinical benefit for patients over the standard un-coated balloon

angioplasty cohort.  In addition to a lack of patient benefit, trial investigators also identified an

alarming trend toward significantly higher incidences of major amputation associated with the

study device (IN-PACT AMPHIRION DEEP) cohort.  As a result of these unexpected findings,

Medtronic took the unprecedented step to prematurely stop the study and issue the immediate

global recall of the device over concerns for patient safety.[30]

146.    Defendant Medtronic eventually obtained very limited FDA approval for the use

of the formerly know IN.PACT AMPHIRION DEEP DCB that it now calls the IN.PACT

Admiral Paclitaxel-Coated PTA ("IN.PACT ADMIRAL").  On its website, Medtronic states the

following regarding indications for this device which now reflect limitations on the types and

sizes of arteries where it may be safely applied:

> The IN.PACT™ Admiral™ Paclitaxel-Coated PTA Balloon catheter is indicated
> for percutaneous transluminal angioplasty, after appropriate vessel preparation,
> of *de novo,* restenotic, or in-stent restenotic lesions with up to 360 mm in
> superficial femoral or popliteal arteries with reference vessel diameters of 4-7

---

[30] See article discussing this study/data: "*Drug-Eluting Balloon Versus Standard Balloon Angioplasty for Infrapopliteal Arterial Revascularization in Critical Limb Ischemia,*" Journal of the American College of Cardiology, Vol. 64, No. 15, 2014 (Oct. 14, 2014).

mm.

And further states:

> The IN.PACT Admiral drug-coated balloon (DCB) is a clinically proven, primary endovascular therapy that treats femoropopliteal disease, reduces interventions, and preserves future treatment options.

147.     The FDA's Summary of Safety and Effectiveness Data (SSED) states that IN.PACT indications for use are limited solely to femoral and popliteal arteries.

148.     Via its 2013 IN.PACT DEEP worldwide recall, Medtronic—and its representatives including Winger and Kirk—had full knowledge that utilizing this device outside its now FDA approved parameters (*i.e.,* the label limits on IN.PACT ADMIRAL) could significantly increase the risk of future major amputations.  They were also aware that utilizing their own gold standard un-coated balloon for angioplasty in applications outside IN.PACT ADMIRAL FDA approved parameters was just as clinically effective for below the knee treatment, albeit without the significant increased risk of major amputation.

149.     Despite this knowledge and clear labeling, Defendant Medtronic through Winger, Kirk and Davisson knowingly promoted, marketed and/or demonstrated as described in ¶¶ 106-107, and Defendant WRG's physicians participated in, the off-label use of IN.PACT ADMIRAL in arteries and sizes of arteries outside its FDA approval.  As an example, between 2016 and 2018, Healthcare Professional #4 attended a pre-procedure meeting with Dr. Kermit Rust from WRG, Terri Brinkley, and Doug Winger.  For this particular patient, Dr. Rust and Winger discussed what procedure will be performed and what Medtronic products will be used.  During the procedure, Dr. Rust sought to treat a *below the knee artery* with a *2-3 mm diameter*.  Winger informed Dr. Rust that he should use a Medtronic IN.PACT ADMIRAL—again, not approved for any arteries smaller than 4 mm let alone a below the knee artery.  Winger instructed Dr. Rust

that he should only partially inflate the IN.PACT ADMIRAL to half atmospheric pressure in this smaller artery which would reduce the balloon diameter in an attempt to minimize the risk of rupturing the artery.[31]  Dr. Rust followed Winger's direction which involved three "off label" uses: utilizing this IN.PACT ADMIRAL below the knee; utilizing it for an artery smaller than its indication and instructing Dr. Rust how to modify the FDA approved instructions for use.  Doing so not only significantly increased this veteran's exposure to future major amputation; increased the acute risk of arterial dissection or vessel rupture unnecessarily from the significantly oversized IN.PACT balloon, as well wasting the $3,500 IN.PACT ADMIRAL as opposed to more effective, less dangerous, and FDA approved $300 standard angioplasty balloon.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

150.    In another example of off-label usage of PAD devices, Healthcare Professional #2 witnessed a PAD procedure at Dole VA during the 2012 - 2015 timeframe.  In this procedure, Winger was assisting Dr. Gonda from WRG.  The procedure called for a $300 standard balloon angioplasty (un-coated) for an iliac artery.  Winger did not have the specific size of balloon with him for that application and which Dr. Gonda thought was appropriate.  Healthcare Professional #2 stated that he had such a balloon in his trunk stock inventory and offered to retrieve it.  Winger informed Dr. Gonda that this was not necessary.  Winger proceeded to de-package a Medtronic balloon expandable *stent device* (which includes a balloon within the stent to expand and deploy the stent).  Winger instructed Dr. Gonda to remove the stent from the balloon and

---

[31] Rupturing the vessel wall is a well-known complication when a balloon is inflated and significantly oversized relative to the target artery.

dispose of it.  Taking these multiple off-label steps resulted in the originally requested size balloon which was then used in the procedure.[32]  During this same timeframe, this representative also witnessed other Medtronic stents being used off-label on a number of occasions in the common iliac, femoral, and popliteal arteries in procedures performed by Dr. Gonda with Winger and/or Kirk present.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

151.    The 4 mm diameter IN.PACT DCBs are rarely used in femoral popliteal (*e.g.,* "above the knee) PAD procedures as very few persons in the population have such small arteries above the knee.  Even the largest performers of PAD procedures would have limited 4 mm diameter balloons in stock for an entire year.  However, when using IN.PACT DCBs off-label below the knee, the 4 mm diameter is the one commonly used as the arteries are much narrower in that area.  Supporting the witnesses' claim that WRG physicians at Dole VA performed these off-label PAD procedures at the direction of Winger, Davisson, and Kirk, excessive orders of these smaller 4 mm IN.PACT DCBs occurred.  As an example, Drs. Gonda/Winblad used IN.PACT off-label below the knee on or around the week of May 11, 2015 as Dole VA's purchase of twelve 4 mm DCBs reflects.  As another example, Dr. Winblad used IN.PACT off-label below the knee on or around the week of February 11, 2016 as Dole VA's purchase of **sixty** 4 mm DCBs reflects.  As another example, Dr. Rust used IN.PACT off-label below the knee on

---

[32] Not only did this represent Medtronic promoting use of devices off label, but it further demonstrates the chokehold Winger had on all devices being used at Dole VA and the extensive profits for Medtronic and costs to taxpayers.  The balloon proposed by Healthcare Professional #2 only cost $300 compared to the estimated $3,000 cost of the ultimately disposed stent used off-label by Winger.

or around the week of August 21, 2017 as Dole VA's purchase of ten 4 mm DCBs reflects.

152.     Throughout all relevant times, Medtronic/Covidien would falsely market through its sales representatives, physician training and seminars—including WRG physicians— that studies and data show that its IN.PACT DCB applied would result in superior outcomes for patients after using a Medtronic/Covidien directional atherectomy device as vessel prep (referred to as DAART), even though the IN.PACT Instructions for Use issued by Medtronic/Covidien stated that one should avoid using directional atherectomy in conjunction with IN.PACT "whenever possible." Yet, Medtronic/Covidien expressly marketed, promoted, and trained physicians such as WRG to always use its directional atherectomy prior to using IN.PACT in all PAD procedures for improved efficacy despite the lack of any safety or efficacy data in the current FDA approved labelling for either device which is required for safe use of any combination therapy.

### *Off-label Promotion of Peripheral Stents*

153.     Defendant Medtronic sells a peripheral nitinol stent called EverFlex.  Medtronic's catalog describes this device as:

> The EverFlex™ stent system is designed for flexibility and durability. It is a second-generation stent indicated for use in the superficial femoral and proximal popliteal arteries (SFA/PPA), common iliac, and/or external iliac arteries. The EverFlex stent is available in sizes ranging from 20 mm to 200 mm lengths (SFA/PPA) or 20-120 mm lengths (iliac).

On its website, it states the FDA's SSED indication for this device:

> The EverFlex Self-Expanding Peripheral Stent System is intended to improve luminal diameter in the treatment of symptomatic *de novo* or restenotic lesions up to 180 mm in length in the native superficial femoral artery and/or proximal popliteal arteries with reference vessel diameters ranging from 4.5 mm – 7.5 mm.

> The EverFlex Self-Expanding Peripheral Stent System is indicated for improving luminal diameter in patients with atherosclerotic disease of the common and/or external iliac arteries up to and including 100 mm in length, with a reference vessel diameter of 4.5 mm - 7.5 mm.

154.    At Dole VA, Defendant Medtronic knowingly marketed, and Defendant WRG's physicians participated in, this device being used "off-label" (*i.e.,* outside the superficial femoral artery and/or proximal popliteal arteries with reference vessel diameters ranging from 4.5 mm - 7.5 mm, and outside the external iliac arteries up to and including 100 mm in length, with a reference vessel diameter of 4.5 mm - 7.5 mm) by promoting its usage in arteries at or below the knee for use in patients in medically unnecessary procedures.[33]

155.    As an example, in the 2012 - 2013 timeframe, during several procedures witnessed by Healthcare Professional #1, Winger along with Dr. Gonda (or a resident from WRG) used multiple Medtronic peripheral stents per PAD procedure at locations at the ankle extending into the calf as well as at or below the knee (*i.e.,* "off label"). Healthcare Professional #1's reactions were: "I got to the point where I was uncomfortable with the way cases were going." "The treatment of veterans . . . seeing an artery that was open, the physician would go in and balloon it and just destroy the artery and then follow it up with a stent." "I couldn't stomach what was going on, so that's why ultimately just left and never went back." Healthcare Professional #1 had to inform the company sales manager that Dole VA would no longer be a potential client. The representative told him, "I'm not going to be involved in something that feels bad and I cannot imagine treating a veteran so poorly."

156.    In another example, between the 2014 - 2018 timeframe, during numerous

---

[33] The fact that there is no clinical benefit for this off label procedure is well documented. One should only stent to repair dissections or other flow limiting issues after angioplasty fails in these specific locations. *See* 54 ENDOVASCULAR TODAY, MAY 2021, VOL. 20, NO. 5 BTK DSEASE. "The State of Stenting in Below-the-Knee Applications Assessing stent options and additional technologies for below-the-knee interventions."

procedures witnessed by Healthcare Professional #4, Winger and/or Kirk along with Drs. Gonda, Rust or Winblad used multiple Medtronic peripheral stents per PAD procedure at locations just above the ankle and extending upwards at or behind the knee (*i.e.,* "off label").

157.    Medtronic peripheral stents being used "off-label" in PAD procedures occurred numerous times throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of WRG's physicians as well as Winger and/or Kirk in each procedure where Winger and Kirk knowingly promoted, marketed and/or demonstrated such off-label use via the methods described in ¶¶ 106-107.

158.    Much of the conduct and actions of Winger described in ¶¶ 113-156 were done while he held the position of Field Sales Trainer training the Medtronic sales force on sales tactics.  Medtronic was fully aware of Winger's conduct when providing him this promotion, and Medtronic desired to have all its PAD salesforce act in the same way.  Accordingly, Winger not only played an active role in the conduct alleged herein, but also spread the fraud as he trained other Medtronic representatives to do the same.

## COUNT I:

**Violation of the False Claims Act: Presenting False Claims for Payment
31 U.S.C. § 3729(a)(1) (2000), and, as amended, 31 U.S.C.(a)(1)(A)**

**(Illegal Kickbacks Against Defendants Medtronic/Covidien and Hutchinson)**

**(Medically Unnecessary Goods and Services Against Defendants Medtronic/Covidien and WRG)**

**(Off-Label Promotion and Usage Against Defendants Medtronic/Covidien and WRG)**

159.    Relator incorporates by reference the above paragraphs as if set forth fully here.

160.    Relator and the United States seek relief against Defendants under Section 3729(a)(1) of the False Claims Act, 31 U.S.C. § 3729(a)(1) (2000), and, as amended, 31 U.S.C.

§3729(a)(1)(A).

161.    As set forth in detail above in paragraphs 52 through 158, as a result of offering and paying remuneration to induce sales of Medtronic/Covidien's devices and to induce medically unnecessary goods and services for reimbursement, and marketing, promoting and instructing the usage of medical devices not authorized by the FDA, in violation of the federal AKS, 42 U.S.C. § 1320a-7b(b), Defendant Medtronic/Covidien presented – or caused to be presented – claims for reimbursement to Government Healthcare Plans and the U.S. VA that were false or fraudulent.

162.    As set forth in detail above in paragraphs 101 through 158, Defendant WRG provided medically unnecessary services, as well as medical devices not authorized by the FDA used in medically unnecessary procedures, and in turn, presented time worked for reimbursement from the U.S. V.A. for such services and procedures.  In doing so, Defendant WRG presented – or caused to be presented – claims for reimbursement to the U.S. VA that were false or fraudulent.

163.    As set forth in detail above in paragraphs 82 through 100, as a result of accepting remuneration to induce sales of Medtronic/Covidien's devices, in violation of the federal AKS, 42 U.S.C. § 1320a-7b(b), Defendant Hutchinson presented – or caused to be presented – claims for reimbursement to Government Healthcare Plans that were false or fraudulent.

164.    Accordingly, Defendants Medtronic/Covidien, Hutchinson and WRG knowingly presented false or fraudulent claims – or caused the presentment of false or fraudulent claims – for payment or approval in violation of 31 U.S.C. § 3729(a)(1) (2000), and, as amended, 31 U.S.C. § 3729(a)(1)(A).

165.    By reason of the false or fraudulent claims that Defendants knowingly presented

(or caused to be presented) to Government Healthcare Plans and the U.S. VA, the United States

has been damaged in a substantial amount to be determined at trial and is entitled to recover

treble damages plus a civil monetary penalty for each false claim.

WHEREFORE, Relators respectfully request that the Court enter judgment against

Defendants Medtronic/Covidien, Hutchinson and WRG and in favor of the United States as

follows:

a.       that the United States be awarded damages in the amount of three times the

damages sustained by the United States because of the false claims alleged within this Fifth

Amended Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

b.       that civil penalties of $21,563 be imposed for each and every false claim that

Defendants presented – or caused to be presented – to the United States and/or its grantees;

c.       that pre- and post-judgment interest be awarded along with reasonable attorneys'

fees, costs, and expenses that Relator necessarily incurred in bringing and pressing this case;

d.       that the Court grant permanent injunctive relief to prevent any recurrence of the

False Claims Act for which redress is sought in this Fifth Amended Complaint;

e.       that Relator be awarded the maximum amount allowed to him pursuant to the

False Claims Act;

f.       that Relator be awarded the maximum amount allowed to him of any portion of a

judgment or settlement fund that goes to any State government; and

g.       that this Court award such other and further relief as it deems proper.

<u>**COUNT II:**</u>

**Violation of the False Claims Act: Use of False Statements**
**31 U.S.C. § 3729(a)(2) (2000), and, as amended, 31 U.S.C. § 3729(a)(1)(B)(Supp. 2009)**

**(Illegal Kickbacks Against Defendants Medtronic/Covidien and Hutchinson)**

**(Medically Unnecessary Goods and Services Against Defendants Medtronic/Covidien and WRG)**

**(Off-Label Promotion and Usage Against Defendants Medtronic/Covidien and WRG)**

166.    Relator incorporates by reference the above paragraphs as if set forth fully here.

167.    Relator and the United States seek relief against Defendants Medtronic/Covidien, Hutchinson and WRG under Section 3729(a)(2) of the False Claims Act, 31 U.S.C. § 3729(a)(2) and, as amended, 31 U.S.C. § 3729(a)(1)(B) (Supp. 2009).

168.     As set forth in detail above in paragraphs 52 through 158, as a result of offering and paying remuneration to induce sales of Medtronic/Covidien's devices and to induce medically unnecessary goods and services for reimbursement, and marketing, promoting and instructing the usage of medical devices not authorized by the FDA, in violation of the federal AKS, 42 U.S.C. § 1320a-7b(b), Defendant Medtronic/Covidien made – or caused to be made – false records or statements that were material to getting false or fraudulent claims paid by Government Healthcare Plans and the U.S. VA.

169.    As set forth in detail above in paragraphs 101 through 158, Defendant WRG provided medically unnecessary services, as well as medical devices not authorized by the FDA used in medically unnecessary procedures, and in turn, presented time worked for reimbursement from the U.S. V.A. for such services and procedures.  In doing so, Defendant WRG made – or caused to be made – claims for reimbursement to the U.S. VA that were false or fraudulent.

170.    As set forth in detail above in paragraphs 82 through 100, as a result of accepting remuneration to induce sales of Medtronic/Covidien's devices in violation of the federal AKS,

42 U.S.C. § 1320a-7b(b), Defendant Hutchinson made – or caused to be made – false records or statements that were material to getting false or fraudulent claims paid by Government Healthcare Plans.

171.    Defendants Medtronic/Covidien and Hutchinson falsely certified, stated, and/or represented that the reimbursements they sought for Medtronic/Covidien devices were in full compliance with applicable federal laws prohibiting fraudulent and false reporting, including but not limited to the federal AKS, 42 U.S.C. § 1320a-7b(b) and, with respect to Defendant Medtronic/Covidien, FDA regulations concerning off-label marketing.  Defendants' false certifications, statements, or representations caused Government Healthcare Plans to pay out sums to Defendants that would not have been paid if those programs had been made aware of the falsity of the Defendants' certifications, statements, or representations.

172.    Accordingly, Defendants Medtronic/Covidien, Hutchinson and WRG knowingly used – or caused the use of – false records or statements material to false or fraudulent claims for payment or approval in violation of 31 U.S.C. § 3729(a)(1)(B).

173.    By reasons of these false records or statements that Defendants Medtronic/Covidien, Hutchinson and WRG used (or caused to be used), the United States has been damaged in a substantial amount to be determined at trial and is entitled to recover treble damages plus a civil monetary penalty for each false record or statement.

WHEREFORE, Relator respectfully requests that the Court enter judgment against Defendants Medtronic/Covidien, Hutchinson and WRG and in favor of the United States as follows:

a.      that the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false claims alleged within this Fifth

Amended Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

b.     that civil penalties of $21,563 be imposed for each and every false claim that Defendants presented – or caused to be presented – to the United States and/or its grantees;

c.     that pre- and post-judgment interest be awarded along with reasonable attorneys' fees, costs, and expenses that Relator necessarily incurred in bringing and pressing this case;

d.     that the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act for which redress is sought in this Fifth Amended Complaint;

e.     that Relator be awarded the maximum amount allowed to him pursuant to the False Claims Act;

f.     that Relator be awarded the maximum amount allowed to him of any portion of a judgment or settlement fund that goes to any State government; and

g.     that this Court award such other and further relief as it deems proper.

## COUNT III

**Violation of the False Claims Act: Conspiring to Violate the False Claims Act
31 U.S.C. § 3729(a)(3) (1986), and, as amended, 31 U.S.C. § 3729(a)(1)(C)**

**(Conspiracy Against all Defendants)**

174.    Relator incorporates by reference the above paragraphs as if set forth fully here.

175.    Relator and the United States seek relief against Defendants Medtronic/Covidien, Hutchinson and WRG under Section 3729(a)(3) of the False Claims Act, 31 U.S.C. § 3729(a)(3)(1986) and, as amended, 31 U.S.C. § 3729(a)(1)(C).

176.    A conspiracy violation of the FCA occurs when a person "conspires to commit a violation of subparagraph (A), (B), (D), (E), (F), or (G)" of the FCA.  31 U.S.C. § 3729(a)(1)(C).

177.    As set forth in detail above in paragraphs 82 through 100, Relator alleges that Defendants Medtronic/Covidien and Hutchinson entered into an agreement and plan to conspire

to violate the FCA through their company policies and practices, which were devised, perpetrated and implemented by Defendants Medtronic/Covidien, Hutchinson and other unnamed co-conspirator providers as developed by the material and witnesses provided by Relator.

178.    As set forth in detail above in paragraphs 52 through 80 and 101 through 158, Relator alleges that Defendants Medtronic/Covidien and WRG, and Teri Brinkley, and other unnamed co-conspirators entered into an agreement and plan to conspire to violate the FCA through Medtronic/Covidien's and WRG's company policies and practices, which were devised, perpetrated and implemented by Defendants Medtronic/Covidien and WRG, Teri Brinkley and other unnamed co-conspirator providers as developed by the material and witnesses provided by Relator.

179.    The fraudulent company practices that Defendants Medtronic/Covidien and Hutchinson conspired to commit included engaging in an illegal kickback scheme whereby Medtronic/Covidien's Sales Representative/Field Sales Trainer Doug Winger would provide remuneration including "free" or "marketing material" or "leverage" devices to Hutchinson's Director of Supply Chain Mark Wilson to net down the cost of Medtronic/Covidien's bulk device proposals to Hutchinson. Hutchinson would benefit again from the kickbacks, as it would bill Government Healthcare Plans for the "free" "marketing material" or "leverage" devices it received free of charge from Medtronic/Covidien as part of the sale.

180.    The fraudulent company practices that Defendants Medtronic/Covidien and WRG conspired to commit involved/included? an illegal scheme whereby Medtronic/Covidien's Sales Representative Winger would promote and market the use of medically unnecessary and excessive PAD devices to Defendant WRG's physicians and PAD devices being used off-label

in medically unnecessary procedures.  Defendant Medtronic/Covidien would benefit by increased revenue paid by the U.S. V.A. from selling said devices, and Defendant WRG would benefit by requesting and then utilizing these excessive devices, which in turn, increased its compensation provided under its agreements with Dole VA.

181.    As set forth throughout the Fifth Amended Complaint, these Co-Defendants and Co-Conspirators agreed verbally and in writing to commit acts in furtherance of these fraudulent business operations and took actions in furtherance of their conspiracy.

182.    The conspiracy of these Co-Defendants and Co-Conspirators caused the submission of false and fraudulent claims to the U.S. V.A. and Government Healthcare Plans seeking reimbursement for products tainted by the fraudulent schemes devised, perpetrated and implemented by Defendants.

183.    Accordingly, Defendants Medtronic/Covidien, Hutchinson and WRG conspired to defraud the United States by getting false or fraudulent claims allowed or paid, in violation of 31 U.S.C. § 3729(a)(3)(1986), and conspired to commit violations of 31 U.S.C. §§ 3729(a)(1)(A) and 3729(a)(1)(B), in violation of 31 U.S.C. § 3729(a)(1)(C) (2009).

184.    By reason of the false or fraudulent claims and Defendants' actions taken in furtherance of their conspiracy to get paid by reasons of their conspiracy to violate 31 U.S.C. §§ 3729(a)(1)(A) and 3729(a)(1)(B), the United States has been damaged in a substantial amount to be determined at trial and is entitled to recover treble damages plus a civil monetary penalty for each false claim.

WHEREFORE, Relator respectfully requests that the Court enter judgment against Defendants Medtronic/Covidien, Hutchinson and WRG and in favor of the United States as follows:

a.      that the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false claims alleged within this Fifth Amended Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

b.      that civil penalties of $21,563 be imposed for each and every false claim that Defendants presented – or caused to be presented – to the United States and/or its grantees;

c.      that pre- and post-judgment interest be awarded along with reasonable attorneys' fees, costs, and expenses that Relators necessarily incurred in bringing and pressing this case;

d.      that the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act for which redress is sought in this Fifth Amended Complaint;

e.      that Relator be awarded the maximum amount allowed to him pursuant to the False Claims Act;

f.      that Relator be awarded the maximum amount allowed to him of any portion of a judgment or settlement fund that goes to any State government; and

g.      that this Court award such other and further relief as it deems proper.

**<ins>Demand for Jury Trial and Designation of Place of Trial</ins>**

Relator, on behalf of the United States, and on behalf of himself, hereby demands a trial by jury on all counts and allegations of wrongful conduct as alleged in this Fifth Amended Complaint in the United States District Court for the District of Kansas at Kansas City, Kansas.

Respectfully submitted,

Carrie Mulholland Brous KS #18157
**Brous Law LLC**
3965 West 83rd Street, Ste. #115
Prairie Village, KS  66208
(913) 209-8596
cbrous@brouslaw.com



*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS #17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:     (816) 221-7100
Fax:     (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig, D.Kan. #78146
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:     (314) 297-8385
Fax:     (816) 709-1044
dan@donelonpc.com

<u>Certificate of Service</u>

I hereby certify that on <u>October 24, 2022</u> the above and foregoing was sent pursuant to this Court's CM/ECF procedures to the attorneys of record in this matter.

*/s/ Brendan J. Donelon*

Exhibit C

**In The Matter Of:**

*United States of America, ex rel. Thomas Schroeder v.*
*Medtronic, Inc., et al*

---

*Stanley R. Hett*
*November 3, 2022*

---

*Court Reporting Service, Inc.*
*324 W. Central, Suite B*
*Andover, KS 67002*

Original File 11.03.22 Stanley Hett.txt
**Min-U-Script® with Word Index**

United States of America, ex rel. Thomas Schroeder v.
Medtronic, Inc., et al

Stanley R. Hett
November 3, 2022

Page 57

1       MR. MCCULLY: Object to form,
2    foundation.
3       MR. BARTH: Join.
4  A  Not really, the -- I know someone would have to
5    refer the patient to the radiologist, but I
6    don't know how that happened.
7  BY MS. BROUS:
8  Q  Okay.  Do you have any professional opinion
9    about number 5, majority of the cases have no
10   CTAs even if their EGFR is normal for baseline
11   workup?
12      MR. BARTH: Object to form,
13   foundation.
14      MR. MCCULLY: Join.
15 A  Majority of the cases have no CT -- I don't know
16   what CTA is.
17 BY MS. BROUS:
18 Q  Okay.  Do you know what --
19 A  EGFR is the kidney function.
20 Q  Okay.  Do you know anything about sort of
21   preoperative reports or baseline workups?
22 A  No.
23      MR. MCCULLY: Object to form.
24 BY MS. BROUS:
25 Q  Do you see number 6, overaggressive:  Lesions

Page 58

1    that needed to be left alone are treated?  Do
2    you have any factual knowledge about that --
3       MR. BARTH: Object to --
4  BY MS. BROUS:
5  Q  -- in the lab?
6       MR. BARTH: -- object to form,
7    foundation.
8  A  Again, it's the physician's call on that.
9  BY MS. BROUS:
10 Q  Was there ever a time -- I mean, you -- you had
11   been in these procedures at other hospitals,
12   correct?
13 A  True.
14 Q  Was there ever a time at Dole VA when you were
15   in them that you thought more product was being
16   used than what -- what you had seen at the other
17   hospitals?
18      MR. BARTH: Object to form.
19 A  We'll have to back up a little bit because
20   before the VA I was at Kansas Heart Hospital and
21   we did not do legs --
22 BY MS. BROUS:
23 Q  Okay.
24 A  -- there, and the technology, I do not believe
25   atherectomies and drug-eluting balloons were

Page 59

1    even on the scene yet there so --
2  Q  Okay.
3  A  -- couldn't really say.
4  Q  Okay.  So you didn't have any alarm bells go off
5    when you were in these procedures?
6  A  No.
7       MR. MCCULLY: Object to form.
8  BY MS. BROUS:
9  Q  Okay.  How many -- did you watch atherectomy
10   being used, atherectomy devices being used on --
11   on patients?
12 A  At the VA?
13 Q  Yes.
14 A  Oh, yes, that's ...
15 Q  Was it common?
16 A  Yes, it was common.
17 Q  Was it almost every leg surgery or ...
18      MR. BARTH: Object to form.
19 A  Every?
20 BY MS. BROUS:
21 Q  I think I've seen a number like 95 percent?
22      (Reporter requests clarification
23       of the witness.)
24 A  Very common, I would say not but -- every case
25   but very common.

Page 60

1  BY MS. BROUS:
2  Q  Okay.  I've seen a number like 95 percent of
3    cases used atherectomy, does that seem right to
4    you?
5       MR. MCCULLY: Object to form.
6       MR. BARTH: Join.
7  A  Seems kind of high but I guess it could be.
8  BY MS. BROUS:
9  Q  Okay.  Was there ever a time where you remember
10   seeing more than one atherectomy device used on
11   a patient?
12 A  Yes.
13 Q  Okay.  How many times?
14 A  Probably less than 50 percent.
15 Q  Okay.  Have you ever seen three atherectomy
16   devices used on a patient?
17 A  Different sizes for the different sizes of the
18   artery, so yes.
19 Q  Okay.  How many times did you see three
20   atherectomy devices being used on a patient?
21 A  That would be -- I was -- I was pushing it with
22   my 50, less than 50 percent --
23 Q  Okay.
24 A  -- on that so ...
25 Q  I gotcha.

United States of America, ex rel. Thomas Schroeder v.
Medtronic, Inc., et al

Stanley R. Hett
November 3, 2022

Page 65

1  A    -- yeah, Gonda and Winblad would, yes.
2  Q    Okay.  Did you have an opportunity to observe
3       the relationship between Mr. Winger and
4       Dr. Winblad and Dr. Gonda?
5  A    I think they got along, I think they were
6       friends --
7  Q    Okay.
8  A    -- besides vendor/physician --
9  Q    Okay.
10 A    -- type thing.
11 Q    Did you -- do you know of any instances where
12      they socialized outside of the VA?
13 A    Not that I'm aware of.
14 Q    Number 14, if you look at that, did not see pre-
15      and post-procedure notes in CR -- CPRS.  Do you
16      see that?
17 A    Yes.
18 Q    Okay.  Do you know what CPRS is?
19 A    That's the VA computer system.
20 Q    Okay.
21 A    I don't know what it stands for, it's just CPRS.
22 Q    Okay.  And would it concern you if there weren't
23      pre- and post-procedure notes in there for
24      the -- the patients?
25          MR. MCCULLY: Object to form.

Page 66

1          MR. BARTH: Join.
2  A    That would probably be more of an RN thing than
3       an RT thing --
4  BY MS. BROUS:
5  Q    Okay.
6  A    -- I would say.
7  Q    So you weren't in charge of doing pre- and
8       post-procedure notes?
9  A    No.
10 Q    Okay.  And you believe it was the RNs?
11 A    Yes.
12 Q    Okay.  Do you know what off-label marketing is?
13          MR. MCCULLY: Object to form.
14 A    It's when you're using a product that's not -- I
15      don't know if it -- I don't know -- a product
16      that's not approved, but I don't know who the
17      approved would be, whether it'd be FDA or --
18 BY MS. BROUS:
19 Q    Okay.
20 A    -- somebody else like that.
21 Q    Yep, yep.  Well, I'll represent to you that
22      you're -- you're right on, it's when --
23      off-label is when you use a device or a product
24      for something that's not -- it's not approved
25      for, it's not on the label --

Page 67

1  A    Uh-huh.
2  Q    -- sanctioned by the FDA.
3  A    Uh-huh.
4  Q    Did you have an understanding when you worked in
5       the cath lab that some of the devices were not
6       to be used below the knee?
7          MR. MCCULLY: Object to form.
8  A    No, I have never --
9  BY MS. BROUS:
10 Q    Okay.
11 A    -- have not heard that.
12 Q    Do you recall Medtronic devices being used below
13      the knee?
14 A    Yes.  I will say yes.
15 Q    How often do you recall that?
16 A    That I could not recall but ...
17 Q    And what devices do you recall being used below
18      the knee?
19 A    Balloons, probably drug -- drug-eluting
20      balloons.  I don't know if we did atherectomy
21      below or not, I don't recall.
22 Q    Okay.  What about stents?
23 A    I believe we did.
24 Q    Did you ever hear Mr. Winger talk about use of
25      any of the devices below the knee?

Page 68

1  A    Once again, I think that's the doctor's call.
2       But I don't remember him saying, well, this
3       would be good or -- I don't recall that at all.
4  Q    From Mr. Winger?
5  A    Correct.
6  Q    Okay.  Do you recall any discussion by anyone
7       about use below the knee, the doctor or anyone
8       in the lab or a sales rep?
9  A    Whether -- whether we should not or --
10 Q    Yeah, or just it's -- it should be done or, you
11      know, any -- any discussion about ...
12 A    Yeah, physician call would be whether we did
13      something or not below the knee.
14 Q    Okay.  And there was really not discussion about
15      it, you just followed what the physician said?
16 A    Correct.
17 Q    Okay, I gotcha.  What do you recall Mr. Winger
18      saying about his products at any time, either
19      during the day, in the procedure room, in the
20      lunchroom, at dinner?
21 A    Well, he -- he's the vendor of the product so
22      he's wanting -- wanting us to use the product.
23      And I believe at the time the atherectomy was
24      the only one in town, his product.
25 Q    What -- what gave you that impression?

United States of America, ex rel. Thomas Schroeder v.
Medtronic, Inc., et al

Stanley R. Hett
November 3, 2022

Page 97

1 Q   Okay.  So where, when you -- when you observed
2     the Heartland cardiologists treating PAD, where
3     were those procedures?
4 A   **Oh, the cardiologists did not do peripheral**
5     **exams, just the heart.**
6 Q   Okay.  Okay.  Did you notice a difference in the
7     way Heartland cardiologists treated patients
8     versus how WRG physicians treated patients?
9          MR. BARTH: Object to form.
10 A  **That's apples to oranges, I think.**
11 **BY MS. BROUS:**
12 Q   Okay.  Why?
13 A  **Cardiac and vascular --**
14 Q   Okay.
15 A  **-- is just totally different --**
16 Q   You can't compare them, okay.
17 A  **-- animals I would say.**
18 Q   Did you know Greg Davisson?
19 A  **I do not recall that name.**
20 Q   Okay.  I'll represent to you that he's
21     Mr. Winger's boss, or was Mr. Winger's boss?
22 A  **Okay.**
23 Q   Did you ever have an occasion to meet him?
24 A  **I might have but I don't remember.**
25 Q   Okay.  Do you have an opinion on how often both

Page 98

1     legs of a veteran should be treated versus just
2     one leg?
3          MR. BARTH: Object to form,
4          foundation.
5          MR. MCCULLY: Join.
6 A   **It's -- if -- if they have disease in both legs,**
7     **we'd fix both legs.  If they just have disease**
8     **in one, we'd fix one.**
9 **BY MS. BROUS:**
10 Q   Can you break it down for me on -- on the
11     procedures, how many involved just one leg and
12     how many involved both?
13          MR. BARTH: Object to form,
14          foundation.
15 A  **Majority of them were both, I would say.**
16 **BY MS. BROUS:**
17 Q   Did you know Kari Kirk?
18 A  **Yes.**
19 Q   Okay.  Who is she?
20 A  **Well, back in my Wesley days she was a coworker.**
21 Q   Okay.
22 A  **And then I believe she became a Medtronic rep**
23     **with Doug, if I am correct on that.**
24 Q   Would Kari --
25 A  **I think she was just -- Kari, yeah, I think she**

Page 99

1     was just -- I don't know when she would have
2     started that because when I left in '16, I know
3     she was with that group, I believe, with
4     Medtronic.
5 Q   Okay.  Did you get the impression she worked
6     with Doug or for Doug, or could you tell?
7 A   **My thinking was that she was -- Doug was kind of**
8     **her mentor is my thinking, but I could be wrong.**
9 Q   Okay.  What makes you say that?
10 A  **She -- she just kind of was in the background.**
11 Q   When Doug was doing what?
12 A  **Occasionally, she would be with Doug at the VA.**
13 Q   Was she part of the lunches or the dinners
14     you've talked about?
15 A  **Not that I know of.**
16 Q   Okay.  Was she in the procedures?
17 A  **Not that I remember.**
18 Q   Would Ms. Kirk or Mr. Winger or Mr. Davisson
19     ever review a patient chart with a -- did you
20     ever see them reviewing a patient chart with a
21     WRG physician?
22 A  **No.**
23 Q   What about with any cath lab staff, patient --
24     reviewing a patient chart?
25 A  **No.**

Page 100

1 Q   Do you know the term full runoff to the foot?
2 A   **That was basically the first thing we'd do to**
3     **the patient to see if they had any disease or**
4     **not.**
5 Q   On every patient?
6 A   **And -- and where it was.  Yes.**
7 Q   Okay.  How did that work?
8 A   **Usually put a catheter in the artery, in either**
9     **the right or left groin, place the tip of the**
10     **catheter about the navel level and inject**
11     **contrast media and follow the contrast media**
12     **with our x-ray machine from, like, the renal**
13     **arteries on down to the foot.**
14 Q   Did that procedure you just explained ever
15     happen after the procedure?
16 A   **We would -- we would have to document that we**
17     **opened the artery or failed to open the artery,**
18     **so it would always -- we would -- we might -- we**
19     **would start out doing both legs, but we would**
20     **just do the one leg that we had worked on to**
21     **save a little bit of contrast media so we**
22     **wouldn't have to use so much contrast, we would**
23     **just do -- do the leg we had fixed.**
24 Q   Every time after a procedure?
25 A   **Yeah, yeah.**

United States of America, ex rel. Thomas Schroeder v.
Medtronic, Inc., et al

Stanley R. Hett
November 3, 2022

Page 9

```
1    uh-huh or huh-uh, that'll make the record more
2    clear --
3 A  Okay.
4 Q  -- okay?  So this is a civil action brought on
5    behalf of Tom Schroeder as a whistleblower, so
6    he's bringing it on behalf of the United States
7    Government, okay, and he has named Medtronic as
8    a defendant, WRG as a defendant, and Hutchinson
9    Hospital as a defendant, and those are the three
10   defendants.  Mr. Schroeder's allegations are
11   that for a period of time there were improper
12   kickbacks given by Medtronic to employees in the
13   cath lab at Dole VA and unnecessary and
14   excessive devices used on patients at the VA.
15   So that's what -- that's sort of the context of
16   why we're here today, okay?
17 A  Okay.
18 Q  And you, Mr. Hett, have the unique experience of
19   being the only person in this room who was here
20   during the time frame that I'm going to be
21   asking you about, so I want to know kind of what
22   you remember, what you saw, and what you heard,
23   okay?
24 A  Okay.
25 Q  And then I'll show you some documents too that
```

Page 10

```
1    might refresh your memory of -- of things that
2    were going on, okay?
3 A  Okay.
4 Q  All right.  So why don't you just kind of
5    briefly tell me after -- where did you graduate
6    from high school?
7 A  Marion High School in Marion, Kansas.
8 Q  Okay.  How far is that from here?
9 A  50 miles.
10 Q  Okay.  And then what did you do, kind of
11   briefly, after high school before you got into
12   medicine?
13 A  Okay.  After I graduated from high school, I had
14   two years at Bethel College in North Newton,
15   Kansas, and then I started the Wesley School of
16   Radiologic Technology, and it was a two-year
17   program back then.  Now they have degrees but
18   back then it was x-ray school.
19 Q  Okay.
20 A  And I graduated from there in '74.
21 Q  Okay.  So you've been schooled in -- in
22   radiology, correct?
23 A  Correct.
24 Q  Okay.  So after you graduated with your degrees,
25   could you just kind of tell me your
```

Page 11

```
1    educational -- or, excuse me, your work
2    background up until the time of when you started
3    at Dole VA?
4 A  I want to -- I want to make sure I'm correct, so
5    I wrote down some stuff here.
6 Q  Thank you.  Did you make some notes thinking
7    about today?
8 A  Yes.
9 Q  Okay.
10 A  Yes, I worked from -- Wesley Medical Center from
11   1974 to 1994.  And for two years I ran away from
12   medicine and moved back to Marion and did other
13   jobs.  And then in 1995 to 2000, I worked at
14   Wesley Medical Center again.  And then from 2000
15   to 2006, I worked at the Kansas Heart Hospital
16   in Wichita.  And from 2006 to 2016, I worked at
17   the VA.
18 Q  At the VA in Wichita?
19 A  Yes.
20 Q  So for ten years you worked at the -- the VA,
21   Dole AV, correct?
22 A  Correct.
23 Q  What did you do -- well, just kind of briefly,
24   what did you do at Wesley and then at Kansas
25   Heart Hospital?
```

Page 12

```
1 A  Wesley Hospital, I started out in the vascular
2    radiology department, and back then two rooms,
3    one room was the vascular radiology and the
4    other room was heart caths were done.  And then
5    several years -- I'd say in the '80s somewhere,
6    heart cath lab went to their own --
7 Q  Uh-huh.
8 A  -- place and I moved -- I went to the heart cath
9    lab in the '80s sometime and worked in the heart
10   cath lab.
11 Q  And what about when you came back to Wesley in
12   '95 to 2000?
13 A  That was in the heart cath lab.
14 Q  Okay.  And then Kansas Heart Hospital 2000 to
15   2006, what did you do?
16 A  Heart cath lab.
17 Q  Okay.  And then that brings us up to Dole in
18   2006, do you remember what month you started at
19   Dole VA?
20 A  I cannot recall.
21 Q  Okay.  It was a long time ago.
22 A  Uh-huh.
23 Q  What did you do when you first started at Dole
24   VA?
25 A  I worked in the heart cath lab; Ruth Smith was
```

Stanley R. Hett
November 3, 2022

United States of America, ex rel. Thomas Schroeder v.
Medtronic, Inc., et al

| Page 13 | Page 15 |
|---|---|

**Page 13**

1 the supervisor then, and she hired me to work
2 for her at the VA hospital.
3 Q   For how long did you work in the heart cath lab
4     at Dole VA?
5 A   All the ten years I was -- it's pretty close to
6     ten, it was more nine.
7 Q   Okay.  Okay.  Do you have any military service,
8     sir?
9 A   No.
10 Q   Okay.  And so you are well versed, I think, in
11      medicine --
12 A   Uh-huh.
13 Q   -- and I am not --
14 A   Uh-huh.
15 Q   -- and the jury won't be either, so when I ask
16      you some questions, if you could kind of
17      simplify your answer as if you're talking to
18      somebody who has no background like you have --
19 A   Okay.
20 Q   -- to simplify it, I would really appreciate it,
21      thank you.  Okay.  So why don't you tell me,
22      like, what were your duties at Dole VA starting
23      with when you first started there, 2006?
24 A   Well, I had good experience, so there was
25      basically no training involved in that.  In the

**Page 14**

1 heart cath lab at the -- I'll back that up and
2 say in the cath lab at the VA, because the VA
3 cath lab did heart caths and vascular
4 procedures, and by vascular procedures, it could
5 be carotid arteries, leg arteries, kidney
6 arteries, et cetera on that, we would rotate.
7 We also had the holding room, and in the holding
8 room we would get the patients ready and be with
9 them after their procedure until they left.
10      And then in the cath lab itself, the duties
11 were for a catheterization of any kind there
12 needed to be three people in the room besides
13 the physician, and there would be a monitor
14 person, a scrub person, and a circulator person.
15 And I could do the monitor or the scrub, but I
16 could not do the circulator because as an x-ray
17 tech I could not give drugs.
18 Q   Okay.  That's very helpful, thank you for
19      clarifying, sir, the two parts of the cath lab.
20 A   Uh-huh.
21 Q   So is there just one holding room for both
22      vascular patients and heart patients?
23 A   Yes.
24 Q   Okay.  And that's where the patients go both
25      before and after procedures?

**Page 15**

1 A   Yes.
2 Q   Okay.  And then how many labs are there or -- or
3     sort of procedure rooms in the cath lab?
4 A   Two.
5 Q   And is one designated just for vascular and the
6     other one for heart, or do they interchange?
7 A   The heart could interchange; the vascular room
8     was more set up for the legs and things like
9     that because technically -- a technicality is
10     the image intensifier is bigger in the one room
11     so you could see more area.  But you could do
12     vascular procedures in either room and heart
13     procedures in either room but preferably
14     vascular procedures in the one room.
15 Q   And what was your job, did you have a title?
16 A   Radiologic technologist.
17 Q   Okay.  And it remained the same the whole tenure
18     at Dole VA?
19 A   Yes.
20 Q   Okay.  And you talked about three people who
21     would be in the room besides the physician, a
22     monitor, a scrub, and a circulator?
23 A   Yes.
24 Q   Okay.  Is that for both heart procedures and leg
25     procedures?

**Page 16**

1 A   Yes.
2 Q   Okay.  Did you ever see any sales reps from
3     device companies in the rooms?
4 A   They would be in the -- we had a control room
5     that was between the labs where the monitor
6     person was, and that's where the vendors would
7     be.
8 Q   Including the device sales reps?
9 A   Correct.
10 Q   Okay.  Were you ever present in a procedure when
11      the sales -- a sales rep was present in the
12      procedure room?
13 A   Yes.
14 Q   About how many times were you present in the
15      procedure room when a sales representative was
16      also there?
17 A   I really could not recall how often that would
18      be.
19 Q   Well, let's probe a little bit on your memory.
20 A   Okay.  Okay.  What I can -- what I can say is
21      that the physician was -- with the device,
22      whatever it was, if he was having a problem with
23      it, he could have the rep come in and help him
24      troubleshoot what was wrong with it, I think,
25      would be a good example.

# In The Matter Of

## UNITES STATES OF AMERICA, EX REL. THOMAS SCHROEDER v. MEDTRONIC, INC. AND HUTCHINSON REGIONAL MEDICAL CENTER

# **Larry Valdivia**

June 20, 2022

CRS Court Reporting Service, Inc.

Riverpark Place   727 N. Waco, Suite 175
Wichita, KS 67203     (316) 267-1201
crsreporter@msn.com

Page 14

1   Q   Doing both sales and then also --
2   A   Sales and clinical support.
3   Q   And do you recall what your job title was?
4   A   Senior clinical.
5   Q   And regarding the types of devices that you
6       would have been working with and selling at
7       Abbott during that time frame, what categories
8       of devices would that include?
9   A   During my clinical position, it was implantable
10      stents, two types, Nitinol and a woven Nitinol
11      stent, and carotid stents, balloon expandable
12      stents, peripheral balloons, closure devices,
13      Perclose and StarClose.
14  Q   Can you say that again, I'm sorry?
15  A   Perclose and StarClose.
16  Q   Okay. Anything else that you can remember?
17  A   At this time, that's it.
18  Q   And I think, did you mention peripheral
19      balloons?
20  A   Yes.
21  Q   Were those balloons drug coated?
22  A   No.
23  Q   They would be what I think a lot of people refer
24      to as kind of a plain angioplastic balloon?
25  A   Correct.

Page 15

1   Q   And regarding the locations that you worked at
2       between April 2015 and February of 2018, what
3       locations would you have provided your services
4       at?
5   A   It was Wichita, it was the City of Wichita, I
6       mean, Salina, Kansas, Hays, Topeka, Mount Carmel
7       in Pittsburg, Kansas, Olathe Medical Center in
8       Kansas City. That's it. Oh, and Garden City.
9   Q   Okay.
10  A   And Hutchinson, Kansas.
11  Q   And as far as in the Wichita area, what
12      locations would you have done sales and/or
13      clinical work at?
14  A   Via Christi Hospital, radiology and cardiology,
15      Via Christi cardiology and radiology; Wesley
16      Woodlawn, cardiology only; Kansas Heart, the
17      operating room. That's it.
18  Q   During that time frame of April 2015 through
19      February of 2018, did you do any work involving
20      the, I'm going to refer to it as the Dole VA but
21      that would be the VA hospital here in Wichita?
22  A   Yes.
23  Q   And the types of devices that you've kind of
24      described that you sold for Abbott during this
25      time frame, what types of procedures were those

Page 16

1       used in?
2   A   Peripheral.
3   Q   Peripheral vascular?
4   A   Yes.
5   Q   I think I mentioned -- I heard you mention
6       something about cardiac or cardio devices, did
7       you sell any of those or not?
8   A   Cardiac device, no.
9   Q   Okay. At least one of the hospitals you
10      mentioned radiology and cardiology --
11  A   Yes, Wesley Medical and Via Christi.
12  Q   When you mention or comment that it was both
13      radiology and coronary, what -- what's that
14      referring to?
15  A   Type of physicians, cardiologists versus
16      radiologists.
17  Q   That is because cardiologists and radiologists
18      both do perform peripheral vascular procedures;
19      is that correct?
20  A   They can.
21  Q   Let me focus in on that February -- I'm sorry,
22      April 2015 to February 2018 time frame regarding
23      your sales activity at Dole VA. How often would
24      you say you would go to Dole VA to either do
25      your sales or clinical work in that time frame?

Page 17

1   A   Possibly maybe, if I recall, maybe two or three
2       times a week.
3   Q   And would you be going there to actually attend
4       peripheral vascular procedures at Dole VA?
5   A   Yes, only peripheral vascular cases.
6   Q   And can you give me a brief description, if you
7       will, about -- well, let me ask it this way: Is
8       there a particular lab at Dole VA where they
9       perform these procedures?
10  A   They have two rooms, a coronary room and a
11      peripheral room, I would go to the peripheral
12      room.
13  Q   Had they -- did they always have two separate
14      rooms?
15  A   This was kind of new to them. The VA opened up
16      in September of 206, they did a lot of
17      reconstruction of the place, they moved levels
18      and they only had one peripheral room, and they
19      created two on the second floor.
20  Q   At one point in time, at least in your
21      experience at Dole VA, did they ever perform
22      peripheral procedures and cardiac procedures
23      using the same lab room?
24  A   Those -- you could, if you wanted to, but like I
25      said, two different physicians, cardiologists

## Page 22

1    Q   Any other physicians you can remember?
2    A   There – before Gonda there was a physician
3        named Sarafi that I used to work with.
4    Q   Would this have been prior to April of 2015?
5    A   Yes.
6    Q   Okay.  I'm -- I'm going to cover that time frame
7        separately, but we'll come back to that.  As far
8        as Dr. Gonda, was he an employee of Dole VA?
9    A   I do not believe so.
10   Q   Do you know whether or not he worked for a
11       practice called Wichita Radiologists Group?
12   A   Yes.
13   Q   Do you know whether or not Wichita Radiologists
14       Group, which from here on out I'm just going to
15       call as WRG to make it easier, did they have a
16       contract with the VA to provide these services
17       at the cath lab, do you know?
18           MS. HUYSER:  Object to form.
19   A   I do not know.
20   BY MR. DONELON:
21   Q   You just know that that was the person that you
22       dealt with there?
23   A   Correct.
24   Q   Okay.  So I'm going to go back to your comment
25       earlier where you believed during this time

## Page 23

1        frame that you were at Dole VA maybe two or
2        three times a week; is that correct?
3    A   Correct.
4    Q   Should I -- is it safe to assume, then, that
5        peripheral procedures were being performed two
6        to three times a week?
7    A   Yes.
8    Q   Did you typically try to be there every day they
9        were doing peripheral procedures?
10   A   I would try to be, yes.
11   Q   And I understand there may be occasions where
12       you couldn't for whatever reason, but was that
13       your general intent?
14   A   Yes, it was a focus of mine.
15   Q   So during this time frame between April of 2015
16       and February of 2018, when you would go there
17       two to three times a week, on average how many
18       procedures would you participate in?
19   A   A week, probably maybe four, three, five max
20       maybe that would probably be there.  But, again,
21       I probably missed cases, but I'd say tops five a
22       week.
23   Q   Regarding the hours of operation at that cath
24       lab, did they stop doing procedures at any time
25       of the day?

## Page 24

1    A   Yes, they tried -- usually tried to get out of
2        there by 3:00 or 4:00.
3    Q   And as far as the days of the week that they did
4        procedures at that lab, were there any
5        particular set days?
6    A   It varied, I think it only varied when Dr. Gonda
7        was scheduled to be at -- at the place.
8        Sometimes he wasn't scheduled to be there.
9    Q   So it's possible that those two to three times
10       that you went each week could have fallen on
11       anything between a Monday and a Friday?
12           MS. HUYSER:  Objection, form.
13   A   Correct.
14   BY MR. DONELON:
15   Q   Regarding other sales reps that you might run
16       into at Dole VA while you were there on those
17       two or three occasions, were there any other
18       sales reps from other companies that you would
19       run into that you can remember?
20   A   Yes.
21   Q   And who were those individuals?
22   A   Couple of CSI reps, Boston, A -- Atrium, the
23       company.
24   Q   HM?
25   A   Atrium.

## Page 25

1    Q   Atrium.
2    A   Bard.
3    Q   Was there any Medtronic rep during that time
4        frame?
5           (Reporter requests clarification
6           of the witness.)
7    A   Doug Winger, Mr. Winger.
8    BY MR. DONELON:
9    Q   Do you remember the names of the reps like from
10       CSI, Boston, Atrium, or Bard?
11   A   One of the -- there's two CSI reps, one -- one
12       of the names -- was named Asa, and the other one
13       was Todd Brown.
14   Q   You remember at Atrium?
15   A   Michael Farha.
16   Q   And what about Bard?
17   A   Bard, there was a name -- guy named Brett from
18       Oklahoma.
19   Q   Okay.  Any other names of reps you can remember?
20   A   Maybe a Becky Benson, she was a clinical from
21       Boston.
22   Q   As far as Medtronic, other than Mr. Winger, was
23       there anybody else that you would run into at
24       Dole VA that worked for Medtronic in the cath
25       lab area?

## Page 34

1    every day. Is that a fair description?
2    A   Yes.
3    Q   Okay. I want to just talk to you a little bit
4    about the procedures that you participated in
5    with Dr. Gonda. You'd mentioned that Mr. Winger
6    would be present there roughly 70 to 80 percent
7    of the time that you were there; is that
8    correct?
9    A   Correct.
10        MS. HUYSER: Objection, form.
11   BY MR. DONELON:
12   Q   In those procedures during that 70 to 80 percent
13   of the time, would Mr. Winger also be in the --
14   the cath lab with you?
15   A   Yes.
16   Q   Other than yourself, Mr. Winger, and obviously
17   the physician, Dr. Gonda, who else would be in
18   the cath lab?
19   A   Circ --
20        MS. HUYSER: Objection, form.
21   A   Circulating nurse and physician and just myself
22   and Medtronic.
23   BY MR. DONELON:
24   Q   And then we mentioned, I think you called it the
25   control room?

## Page 35

1    A   Yes.
2    Q   Who would be present in the control room during
3    the procedure?
4    A   A person --
5        MS. HUYSER: Objection, form.
6    A   -- monitoring the procedure.
7    BY MR. DONELON:
8    Q   I'm sorry?
9    A   The monitoring person that's documenting
10   everything that we're doing.
11   Q   During this time frame with Dr. Gonda between
12   April of 2015 and February of 2018, the
13   procedures that you attended, did you ever
14   participate in any procedures where you saw more
15   than one stent being placed at or below the knee
16   in a patient?
17        MS. HUYSER: Objection, form.
18   A   I seen them above the knee.
19   BY MR. DONELON:
20   Q   And when you state above the knee --
21   A   Kneecap up.
22   Q   Okay. Regarding the number of stents that
23   you've seen placed in a patient above the knee
24   in a procedure in one single leg, what's the
25   most -- the highest number of stents you saw

## Page 36

1    placed in a leg?
2        MR. BARTH: Objection, form.
3        MS. HUYSER: Objection, form.
4    A   It could be three to five stents depending on
5    the --
6        (Reporter requests clarification
7        of the witness.)
8    A   -- availability of the stents.
9    BY MR. DONELON:
10   Q   Did you ever participate in a procedure during
11   that time frame where no stents were placed in a
12   patient?
13        MS. HUYSER: Objection, form,
14   foundation.
15   A   Yes.
16   BY MR. DONELON:
17   Q   How frequently would that occur?
18        MR. BARTH: Objection.
19   A   Very seldom.
20   BY MR. DONELON:
21   Q   Very seldom?
22   A   Yes.
23   Q   Okay. Let me ask you about atherectomy devices.
24   During that time frame, I don't believe Abbott
25   sold an atherectomy device, correct?

## Page 37

1    A   No.
2    Q   The procedures that you participated in, were
3    there -- let me ask you this question: Was an
4    atherectomy device used in all the procedures
5    you attended?
6    A   Pretty much.
7        MS. HUYSER: Objection, form.
8    BY MR. DONELON:
9    Q   Okay.
10   A   Pretty much.
11   Q   And of those procedures, did you ever witness
12   occasions where more than one atherectomy was
13   used on a patient?
14        MS. HUYSER: Objection, form.
15   A   Yes.
16   BY MR. DONELON:
17   Q   And as far as the atherectomy devices, would
18   these be Medtronic's?
19   A   Yes.
20   Q   And I think they've got atherectomy devices that
21   are referred to as HawkOne, TurboHawk, and
22   SilverHawk, is that your understanding?
23   A   Something like that.
24        MS. HUYSER: Objection, foundation.
25   BY MR. DONELON:

1          UNITED STATES DISTRICT COURT

2                 FOR THE

3            DISTRICT OF KANSAS

4      CIVIL ACTION NO. 2:17-CV-2016-DCC-KGG

5

6             THOMAS SCHROEDER,

7                 Relator

8

9                   V.

10

11   MEDTRONIC, INC. AND HUTCHINSON REGIONAL MEDICAL CENTER,

12             Defendants

13

14

15

16

17

18

19

20

21

22

23   DEPONENT:   TERI BRINKLEY

24   DATE:       NOVEMBER 7, 2022

25   REPORTER:   JESSE HARP

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1  degrees?
2      A    Yes.
3      Q    And can you describe to me what those were,
4  and what year you received them in?
5      A    I have an associate's in Health Science, I
6  believe it was 1997, and a certificate in radiology
7  technology in 1997.
8      Q    And where did you get the associate's degree
9  from?
10     A    Newman University.
11     Q    And where's that located at?
12     A    Wichita, Kansas.
13     Q    And I think you also mentioned that you
14  received a licensing; is that correct?
15     A    Certificate of radiology technology.
16     Q    And where did -- I'm sorry.  Where'd you
17  receive that from?
18     A    Same school, Newman University.
19     Q    Before your deposition today, did you do
20  anything to prepare for it, as along the lines of
21  reviewing any kind of documents or e-mails or anything
22  like that?
23     A    No.
24     Q    Did you have any conversations with anybody
25  regarding the fact that you were going to be taking a

Page 19

1  deposition this morning?
2      A    No.
3      Q    Did you speak with any of your former
4  employees that might have worked with you at the Dole
5  VA, regarding your deposition this morning?
6      A    No.
7      Q    Did you have any conversations with anybody at
8  Medtronic regarding your deposition today?
9      A    No.
10     Q    May I ask you some questions about your
11  employment history?  And what I'd like to do is start
12  with your employment at the Dole VA, located in Wichita,
13  Kansas, okay?
14     A    Okay.
15     Q    Do you remember what year it was that you
16  started working there?
17     A    2006.
18     Q    And do you remember what position you started
19  at?
20     A    I was a radiology tech in the cath lab.
21     Q    And that's cath, C-A-T-H?
22     A    Yes.
23     Q    And can you give me a brief description of
24  what your job duties entailed?
25     A    When I first started, it was just a scrub and

Page 20

1  monitor procedures, and at that time, we also worked in
2  the pre and post-op area of the cath lab, taking care of
3  patients before and after a procedure.
4      Q    And can you give me a brief description of
5  what types of procedures occurred in that cath lab?
6      A    We did heart cath, pacemaker insertions, we
7  worked with the interventional radiologist, and did
8  peripheral exams, Portacath insertions, drain tubes, a
9  lot of fistulas, and leg -- leg angios.
10          COURT REPORTER:  What was that?
11          THE WITNESS:  Leg -- leg angios.  Angiography.
12     Q    Regarding the physicians that you worked with
13  in those procedures, you'd mentioned interventional
14  radiologists.  Did you also work with any other type of
15  doctor?
16     A    Cardiologists.
17     Q    Did you ever work with any vascular surgeons?
18     A    I think we did a couple of diagnostic
19  procedures with vascular surgeons, but I don't recall
20  exactly which ones they were.  It wasn't very often.
21     Q    When you started there in 2006, as far as the
22  interventional radiologists, were those individuals
23  employed by the VA, or were they working there on a
24  contract?
25     A    When I started, there's just one, and he was

Page 21

1  employed by the VA.
2      Q    Remember who that physician was?
3      A    I don't exactly know his last name.  We called
4  him Dr. Sarrafi, which was shortened from his last name.
5      Q    And at some point in time, did it transition
6  over from Dr. Sarrafi doing these procedures to
7  physicians that were there under a contract?
8      A    Yes.
9      Q    Do you remember about what year that was?
10     A    I do not.
11     Q    Do you remember what physician or physician's
12  group it was that started working there under contract?
13     A    It was Wichita Radiology Group.
14     Q    And do you remember the name of the physician?
15     A    There was several.  I want to say the first
16  one we really worked with was Dr. Gonda.
17     Q    Prior to working at Dole VA, what position did
18  you have in employment?
19     A    I worked at Wesley Medical Center, in the cath
20  lab.
21     Q    Did you also work there as a radiology tech?
22     A    Yes.
23     Q    And do you remember what time frame you worked
24  there in that position?
25     A    2002 to 2006.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Page 22

1    Q    And before Wesley, what was your employment
2 before that?
3    A    I was at Hutchinson Hospital for about three
4 months.
5    Q    And what did you do there?
6    A    As a radiology tech, in the cath lab.
7    Q    And you worked there for three months; is that
8 right?
9    A    Approximately, yes.
10    Q    And did you end your employment there
11 voluntarily?
12    A    Yes.
13    Q    Was that to take the position at Wesley?
14    A    No.
15    Q    Okay.  What was the reason?
16    A    Because it was too far of a commute.
17    Q    And before Hutchinson, did you work any place
18 prior to that?
19    A    Yes.
20    Q    And where was that at?
21    A    I worked at St. Catherine's Hospital, in
22 Garden City, Kansas.
23    Q    And did you also work there as a radiology
24 tech?
25    A    Yes.

Page 23

1    Q    And do you remember what years the employment
2 you had there?
3    A    I do not.
4    Q    Okay.  And then prior to St. Catherine's, did
5 you work any place as a radiology tech?
6    A    I worked at Wesley Medical Center.
7    Q    And you remember what years it was that you
8 were employed there?
9    A    I do not.  I know it was just one year.
10    Q    But then it sounds like later down the road
11 you went back to work there, is that right?
12    A    Yes.
13    Q    Okay.  And then prior to Wesley, did you work
14 anyplace else as a radiology tech?
15    A    I worked at St. Francis Hospital, Via Christi
16 St. Francis.
17    Q    And any place else you can remember?
18    A    Not that I can remember.
19    Q    So let's go back to Dole VA.  You stated that
20 you started there in 2006 as a radiology tech.  At any
21 point in time did that position ever change?
22    A    Yes.
23    Q    And do you remember what that position change
24 was?
25    A    The first change was I was acting manager of

Page 24

1 the cath lab.
2    Q    And you remember about what year that was?
3    A    I want to say it was approximately 2011.
4    Q    And did that position change at any point in
5 time?
6    A    Yes.
7    Q    And what was the next position?
8    A    Manager of the cath lab.
9    Q    And you remember what year that occurred in?
10    A    Approximately 2012.
11    Q    And other than being the manager of the cath
12 lab there, did you have any other positions at Dole VA
13 while you were employed?
14    A    No.
15    Q    I'm going to have the court reporter hand you
16 what's been marked as Deposition Exhibit number 1.  And
17 as you get these exhibits handed to you, you can go
18 ahead and keep the pile to your left there on the table,
19 because sometimes I might go back, and ask some
20 follow-up questions on some of the ones I've handed to
21 you before, okay?
22    A    Uh-huh.
23    Q    So Deposition Exhibit number 1 is a subpoena
24 that I e-mailed to you.  Does it look familiar to you?
25        (EXHIBIT 1 MARKED FOR IDENTIFICATION)

Page 25

1    A    Yes.
2    Q    And just for the record, I want to make clear
3 that you agreed to accept service of this subpoena to
4 appear at your deposition, via me sending it to you as
5 an attachment to an e-mail; is that correct?
6    A    Yes.
7    Q    Okay.  I'd like for the court reporter to hand
8 you what has been marked as Deposition Exhibit number 2.
9 And I'll represent to you, Ms. Brinkley, that this is a
10 page that we had printed off of your LinkedIn profile.
11 I'm not exactly sure when, but if you wouldn't mind
12 taking a look at Exhibit number 2, and let me know if
13 that's a document, or at least an entry that you've seen
14 some time before today.
15        (EXHIBIT 2 MARKED FOR IDENTIFICATION)
16    A    That is correct.
17    Q    And go back to the position that you had as
18 the acting manager of the cath lab at Dole VA.  Can you
19 give me a brief description what additional job duties
20 you took on in that position, compared to when you were
21 just working as a radiology tech?
22    A    They had me go through training to be a
23 contract officer representative.
24    Q    And can you kind of describe to me what that
25 means?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1    Q   Let me go back to the Wichita Radiology Group
2  physicians.  And just to keep it brief today, I'm going
3  to refer to them as WRG, okay?
4    A   Okay.
5    Q   We asked them to -- they're a party to this
6  case, and we asked them to identify which of these
7  physicians worked in the cath lab at Dole VA, and the
8  time frames that they worked there.  And what I'm going
9  to do, Ms. Brinkley, is I'm going to provide you the
10  names of physician and the time frame that they have
11  provided to us and ask if you believe that that is
12  accurate or inaccurate, okay?
13    A   Okay.
14    Q   So they identified that a Dr. Sean Gonda
15  worked at the Dole VA cath lab from January 2014 -- I
16  apologize.  I believe they identified him as working
17  there from early 2011 up through July of 2015.  Does
18  that sound right or do you think he started there
19  before?
20    A   No, that sounds about right.
21    Q   They then identified a Dr. Bret Winblad who
22  worked there from September of 2015 up through April of
23  2016.  Does that sound about right?
24    A   Yes.
25    Q   The next physician they identified was a

Page 31

1  Dr. Kermit Rust.  He began working there in September of
2  2016 and then worked up there, I believe, through spring
3  of 2018.  Does that sound right to you?
4    A   I don't know if he left then.  I was already
5  gone, so I didn't know that he departed the VA.
6    Q   Okay.  So you're not necessarily sure of his
7  departure date.
8    A   Correct.
9    Q   They also identified a Dr. Christopher
10  Baalmann, and they've got a date of him from being there
11  from July 2017 up through some time in 2018.  Do you --
12  are you familiar with him?
13    A   Yes, I know when he started.  I don't know his
14  departure date.
15    Q   Okay.  So those are four physicians that
16  they've identified from WRG that actually performed
17  interventional radiology procedures in the cath lab.  Is
18  that a statement that you would agree with?
19    A   Yes.
20    Q   Were there any other physicians that you can
21  recall from WRG that provided interventional radiology
22  services at the cath lab?
23    A   Yes.
24    Q   And who would that be?
25    A   Dr. David Break and Dr. -- I think it's John

Page 32

1  Holman (phonetic).
2    Q   And regarding Dr. Brake, do you know about
3  what time frame he performed those types of procedures?
4    MR. BARTH:  Object to form.
5    A   No, I'm not sure.
6    COURT REPORTER:  I'm sorry, who made the
7  objection?
8    MR. BARTH:  I'm sorry.  That -- Eric Barth.
9    COURT REPORTER:  Thank you.
10    MR. BARTH:  Object to form.
11  BY MR. DONELON:
12    Q   And then regarding Dr. Holman, do you know
13  about what time frame it was that he would've performed
14  those procedures?
15    A   No.
16    MR. BARTH:  Same objection.
17    Q   I'm sorry, could you go ahead Ms. Brinkley?
18    A   No I don't.  They were -- weren't there --
19  like, they were just there to cover when the other guys
20  weren't there.
21    Q   Okay.  So if they were doing these procedures
22  it was more sporadically.  Is that a fair statement?
23    A   Yes.
24    Q   Regarding the physicians that were there from
25  WRG, was it your understanding that they were performing

Page 33

1  work for the VA under a contract to do those services?
2    A   Yes.
3    Q   Are you familiar with how the physicians were
4  being paid to perform those procedures?
5    A   No.
6    Q   Did you know that they were being compensated
7  by the hour for the work that they performed?
8    A   No.
9    Q   When you switched from the acting manager
10  position to the actual manager position, did your job
11  duties change in any way?
12    A   No.
13    Q   May I ask you some questions now regarding a
14  patient that might be treated by an interventional
15  radiologist in that cath lab, okay?
16    A   Okay.
17    Q   Prior to that patient coming to the cath lab
18  to be treated with an interventional procedure, did you
19  know what type of testing -- tests they received or
20  examinations they might have received by another
21  physician?
22    A   No.
23    Q   Do you know how it was that the patients were
24  referred to the cath lab for treatment?
25    A   Usually a physician would put a consult in.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 34

1   Q   And by -- I'm sorry, go ahead.
2   A   And then they'd get scheduled.
3   Q   So the physician that would send them over for
4   a consult, do you know whether or not they sent over any
5   medical records with that patient that might include any
6   types of tests?
7   A   Sometimes they had ABIs done.
8   Q   And just for the record, I believe that stands
9   for ankle-brachial index; is that right?
10  A   Yes.
11  Q   Any other types of tests that you can recall
12  that some of them may have performed on them before
13  coming to the cath lab?
14  A   No.
15  Q   And as far as who was referring these
16  individuals over, were those physicians that were
17  located in house at the VA?
18  A   I believe so, but I'm not a hundred percent.
19  Q   Do you know whether or not any patient was
20  referred to the cath lab for treatment that came from a
21  private physician group?
22  A   Not that I'm aware of.
23  Q   So you'd stated that they would come over to
24  the cath lab.  Would they come over for evaluation, or
25  would they be coming over just to have the procedure

Page 35

1   done?
2   A   Just the procedure.
3   Q   Before the procedures were performed, do you
4   know whether or not any of the interventional
5   radiologists at WRG performed any type of, I guess,
6   diagnostic testing regarding these individuals
7   conditions?
8       MR. BARTH:  Object to form.
9   A   I think towards the latter part of my
10  employment there, I believe that they, the WRG group,
11  were trying to run a vascular clinic of some sort and
12  see the patients.  But usually it was like post
13  procedure follow-up.
14  Q   So it sounds like -- do you remember about
15  when it was that they wanted to start doing this
16  vascular clinic?  About what year that was?
17  A   No, I would have to guess at it.
18  Q   Okay.  I don't want you to do that.  So --
19  well, let me ask you this then.  When the patients came
20  over to the cath lab, do you know whether or not any of
21  the WRG physicians performed any ABI tests?
22  A   No, I don't.
23  Q   Do you have any knowledge as to whether or not
24  they performed any type of exercise tests?
25  A   No.

Page 36

1   Q   Do you know whether or not they conducted any
2   type of blood tests?
3   A   No.  We would draw blood prior to the
4   procedure on almost all the patients.
5   Q   How long before the procedure would that be
6   done?
7   A   Usually about an hour or more.
8   Q   And what was the purpose of doing that?
9   A   Honestly, I'm not sure.  It's just the kind of
10  the protocol what we did.
11  Q   Do you know whether or not any of the WRG
12  physicians would perform any CT angiographies on these
13  individuals before providing treatment?
14  A   I think they did a few patients.  I'm not a
15  hundred percent.
16  Q   What about a magnetic resonance angiography?
17  Do you know whether or not those were ever performed?
18  A   No, I don't.
19  Q   Have you heard of a segmental pressures test?
20  A   No.
21  Q   Okay.  Well, regarding the tests that I've
22  just asked you about, is it your testimony today that
23  you don't, at least from what you've -- except for the
24  exceptions you've provided, you've stated that you don't
25  know whether or not those tests were performed, at least

Page 37

1   to your knowledge as to what was happening in your cath
2   lab.  Do you know whether or not any of those tests were
3   performed in your cath lab?
4   A   Just usually, we only knew about ABIs.
5   Q   And did you do that for everybody?
6   A   That I don't know.
7   Q   Do you know about what percentage of patients
8   had an ABI?
9   A   I do not.
10  Q   The patients that did have an ABI conducted,
11  when was that typically done in relation to when the
12  procedure was performed?
13  A   Sometime prior to the procedure if they had --
14  I mean it wasn't the same day or anything like that.
15  Q   And do you know what an ABI is?
16  A   Yes.
17  Q   And can you just give me a brief description?
18  A   It's where they attach, like, blood pressure
19  cuffs at different parts of the leg and they use
20  ultrasound to measure the blood flow when the cuffs are
21  inflated.
22  Q   Regarding the time that you were working as
23  the temporary manager -- I'm sorry, acting manager and
24  then also manager, did you continue to also perform
25  duties as a radiology tech?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Page 78

1 description?
2    A   Yes.
3    Q   Do you recall whether or not you've ever
4 shared similar types of e-mails with any other sales
5 representatives other than Mr. Winger?
6    A   I do not recall.
7    Q   Then the next e-mail above is one that is
8 written from Mr. Winger to his supervisor, Mr. Davidson,
9 do you see where that's at?
10    A   Yes.
11    Q   And he's saying to read the -- "read below
12 from Hans at the VA."  See where he says that?
13    A   Yes.
14    Q   Okay.  And then the next sentence states,
15 "Teri is trying to set up a blanket PO."  Do you see
16 that?
17    A   Yes.
18    Q   Can you describe to me what a blanket PO is?
19    A   So that is just a purchase order that has a
20 set amount of money for it that I can order the products
21 under until a contract can be issued.  And they did that
22 a lot at the VA.
23    Q   So it says, "Teri is trying to set up a
24 blanket PO," and in parenthesis it says "(like we have
25 for the Hawk)."  Do you see where that's at?

Page 79

1    A   Yes.
2    Q   Okay.  So did they have a blanket PO for the
3 Hawk?
4    A   Yes.  And the reason for that was because the
5 Hawk -- we could only order one Hawk a day, and if we
6 did two cases and we needed to replace those, we needed
7 to replace two or more, we couldn't do that with one
8 order.
9    Q   Do you know of any other referral --
10    MR. DIXON:  Hold on.  She wasn't done.
11    A   So if there's a blanket PO, then it would
12 allow them to order more supplies at once.
13    Q   Other than Mr. Winger's devices that had this
14 blanket PO, do you know of any other manufacturer who
15 had a device, a peripheral vascular device, that also
16 had a blanket PO?
17    A   No.
18    Q   Was Mr. Winger's company the only one that you
19 can think of?
20    A   Yes.
21    Q   I'm going to ask you some questions regarding
22 what occurs prior to a procedure being performed in the
23 cath lab.  So prior to procedure being performed on a
24 patient, is there any meeting among the people who are
25 going to be present during the procedure to discuss what

Page 80

1 is about ready to occur?
2    A   Not that I know of.
3    Q   Regarding the procedure itself, is there ever
4 any interaction between a sales representative and one
5 of the physicians during procedures?
6    MR. DIXON:  Objection.  Foundation.
7    A   I -- I can't answer that.  I -- sometimes Doug
8 would talk to the physician during the procedures,
9 sometimes before and during, but I was -- that was not
10 my conversation.
11    Q   Were these conversations that you witnessed?
12    A   Yeah, I would see them talking.  I wasn't -- I
13 wasn't standing there listening.
14    Q   Do you ever recall any instances where
15 Mr. Winger made any recommendations regarding which
16 device or what size device a physician should use in a
17 procedure?
18    A   During the procedure, the physician might ask
19 him, "What size do you think we should use?"  But
20 usually, it's -- the physician solicited that
21 information.
22    Q   Regarding the actual devices that were going
23 to be used in a procedure, were those boxes that the
24 devices were contained in, were those ever pulled and
25 set aside to be ready to be used in the procedure?

Page 81

1    A   Sometimes a TurboHawk -- a couple sized
2 TurboHawk could be pulled just so that we wouldn't have
3 to go in the other room to get them and just to make it
4 more efficient.  But honestly, they never knew what they
5 were going to use until they took the pictures, unless
6 they were coming back for treatment of another. Like if
7 they fixed one leg today and next week they're coming
8 back for the next leg, they know ahead of time what
9 they're going to need.
10    Q   Regarding the boxes that would be used, were
11 those ever open prior to the procedure starting?
12    A   No.
13    Q   Regarding the actual patient records, do you
14 know whether or not those would ever be reviewed by
15 sales representatives such as Mr. Winger prior to
16 procedures?
17    A   No.
18    Q   Now, at some point in time, I think we
19 discussed the fact that a drug-coated balloon started to
20 be used in procedures at the Dole VA cath lab.  Is that
21 -- you remember us talking about that?
22    A   Yes.
23    Q   And I only have -- I have the knowledge of at
24 least some purchase records and data that have been
25 provided to us, but it looks like that the IN.PACT



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 82

1  drug-coated balloon that was sold by Medtronic was first
2  purchased in early 2016 by Dole VA. Assuming that is an
3  accurate statement, do you have any recollection as
4  about when it was that you guys started using the
5  IN.PACT drug-coated balloon?
6      A    We would've started using it as soon as it was
7  brought up from logistics.
8      Q    And I want to talk a little bit about
9  procedures that were performed in the cath lab prior to
10 you guys starting to use a DCB, and I'm going to use DCB
11 for drug-coated balloon, okay?
12     A    Okay.
13     Q    I'm either going to call it a DCB or I'm going
14 to call it IN.PACT, all right?
15     A    Okay.
16     Q    Prior to those being used, the procedures that
17 were performed in the cath lab, did they always use at
18 least one directional atherectomy per procedure?
19     A    Not always.
20     Q    If you had to assign a percentage of
21 procedures that used at least one directional
22 atherectomy, and this would be a procedure that required
23 intervention, what percentage would you assign to that?
24         MR. DIXON:  Object to foundation.
25     A    I really can't give you a definite answer. I'd

Page 83

1  only be guessing.
2      Q    Were you ever present in procedures where they
3  used more than one directional atherectomy?
4      A    Yes.
5      Q    Were you ever present in procedures where they
6  used more than two?
7      A    If we used more than two, it wasn't very
8  often.
9      Q    I'm going to ask you some questions about
10 stents, peripheral vascular stents, okay?
11     A    Okay.
12     Q    Regarding stents that were used in procedures,
13 were you ever present where a stent was used at or below
14 the knee?
15     A    If -- usually if we used a stent at or below
16 the knee, it was a covered stent made by Gore.
17     Q    Made by who?
18     A    Gore, G-O-R-E.
19     Q    So you don't recall any other occasions where,
20 say, a stent that was sold by Mr. Winger was ever used
21 at or below the knee in a procedure?
22     A    If it did, I don't recall because that usually
23 wasn't an indication for that stent.
24     Q    Do you ever recall instances where more than
25 one stent was used in a limb during a procedure?

Page 84

1      A    Yes.
2      Q    Are you familiar with the -- a phrase called
3  "full metal jacket"?
4      A    Yes.
5      Q    And what's your understanding as to what that
6  means?
7      A    It's pretty much the whole vessel is -- is
8  lined with stent to keep --
9      Q    And often -- sorry. And often, how many
10 stents would be involved in a full metal jacket?
11     A    It -- it depended on how long the segment was
12 that needed to be stented.  I really can't give you a
13 definite answer.
14     Q    Can you think of the highest number of stents
15 you've witnessed in a full metal jacket?
16     A    No.
17     Q    Would -- I mean -- I'm just trying to get an
18 understanding. Is it more than like four or five? Are
19 we talking 15?  I have no idea.
20         MR. DIXON:  Objection.  Foundation.
21     A    It -- 15's too much. Honestly, if we had to
22 put a full metal jacket in a person and we didn't have
23 the longer length stents, which are 150, 200
24 centimeters, I think is what it is, then -- it might be
25 millimeters.  I can't tell you without looking at the

Page 85

1  box. But if we had to use a bunch of shorter ones,
2  obviously you're going to use more stents than if you
3  could use a couple or three of the longer ones, if that
4  makes sense.
5      Q    That makes sense to me.  So if there were
6  instances where they were using a lot of the shorter
7  ones is it your testimony that that was being done
8  because the longer ones were not available?
9      A    Correct.
10     Q    On how many occasions do you recall witnessing
11 a full metal jacket being performed?
12         MR. DIXON:  Objection to form.
13     A    I really couldn't tell you. It wasn't a -- I
14 -- I don't know that it was a common practice that we'd
15 have to do that, but I honestly can't remember.
16     Q    The times that the full metal jacket were
17 performed, were those being -- were those stents being
18 used the ones sold by Mr. Winger?
19     A    Not always. We had stents from other
20 companies.
21     Q    Do you remember the other companies?
22     A    Abbott and Gore.
23     Q    I'm going to ask you some questions now about
24 after the drug-coated balloons were starting to be used
25 at Dole VA, okay?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 86

1    A    Okay.
2    Q    Okay. So outside of the IN.PACT drug-coated
3  balloon that Mr. Winger sold, do you recall whether or
4  not any other brand of drug-coated balloon was ever used
5  in Dole VA?
6    A    I do not recall, no.
7    Q    Now, after these balloons started to be used,
8  regarding the use of directional atherectomy, did that
9  change in any way in these procedures?
10   A    No. If I understand your question correctly,
11 no.
12   Q    Are you familiar with an acronym DAART,
13 D-A-A-R-T?
14   A    No.
15   Q    Do you recall whether or not Mr. Winger ever
16 provided any sort of educational or training course that
17 you attended where it was discussed that peripheral
18 arterial disease should first be treated by using an
19 atherectomy device, a directional atherectomy device,
20 and that that should then be followed up with a IN.PACT
21 drug-coated balloon?
22   A    I don't recall him ever saying anything. I do
23 know that that's how the physician treated the patients.
24   Q    I'm going to have the court reporter hand you
25 what's been marked as Deposition Exhibit number 7. And

Page 87

1  again, this is one of these pieces of marketing and
2  training material that we kind of received in this case,
3  and my question's going to be whether or not you've ever
4  seen anything similar to this before today.
5         (EXHIBIT 7 MARKED FOR IDENTIFICATION)
6    A    It looks somewhat similar to something I've
7  seen.
8    Q    At least what's being represented here, it
9  talks about using the atherectomy device to prep the
10 vessel and then to follow it up with a IN.PACT
11 drug-coated balloon. Is that an accurate description?
12   A    Yes.
13   Q    And I'll ask you again, do you recall whether
14 or not you ever attended any of the training sessions at
15 the restaurants that you've mentioned where Mr. Winger
16 discussed this type of treatment?
17        MR. DIXON: Objection to form.
18   A    I don't recall exactly, no.
19   Q    Do you recall whether or not this was
20 something that Mr. Winger's company was promoting as a
21 form of treatment?
22        MR. DIXON: Objection. Foundation.
23   A    I can't remember, honestly. I just know that
24 that's how the physicians were doing it.
25   Q    And by physicians, are you referring to WRG?

Page 88

1    A    Yes.
2    Q    And when they did do this, were they using
3  Mr. Winger's product?
4    A    Yes.
5    Q    Regarding the use of drug-coated balloons,
6  were you ever present during any procedures where
7  multiple drug-coated balloons were being used?
8    A    Yes.
9    Q    Do you recall the highest number of
10 drug-coated balloons you ever witnessed being used in a
11 procedure?
12   A    No, I don't.
13   Q    Do you recall on average about how many
14 drug-coated balloons were being used per procedure?
15        MR. DIXON: Objection. Foundation.
16   A    I would say if we had the long ones and we
17 were treating a long segment, I would say anywhere from
18 two to six on the average, but they are also single-use
19 balloons.
20   Q    What does that mean?
21   A    Means that when you inflate them the first
22 time, that's when the drug gets put into the vessel, and
23 then after that, there's no guarantee of there being any
24 drug left on the balloon to treat the vessel. So it was
25 a basically a one-time use.

Page 89

1    Q    Do you ever recall instances where multiple
2  balloons were used in a row in an artery?
3        MR. DIXON: Objection to form. I'm not sure I
4  understand the question.
5    A    Yeah, can you explain --
6        MR. DONELON: Well, I'm going to make sure --
7  whether you understand it, Joe, or not, that's not
8  really important, but --
9    A    I -- I don't understand your meaning behind
10 that.
11   Q    Do you recall ever any occasions where, let's
12 say, instead of using a longer drug-coated balloon, that
13 a number of shorter balloons were used instead?
14   A    Yes. Only because there was no longer ones
15 available.
16   Q    That -- meaning there's no longer ones
17 available in stock?
18   A    Yes.
19   Q    And again, these instances that we've talked
20 about using drug-coated balloons, would those be the
21 products that Mr. Winger was selling?
22   A    Yes.
23   Q    Regarding drug-coated balloons, do you ever
24 recall any instances where they were being used at or
25 below the knee?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Page 150

1    Q    And some would be stored in an inventory room;
2  is that right?
3    A    Yes.
4    Q    And it also sounds like you did store some in
5  your office?
6    A    Yes.  Early on before we had the room in the
7  storage room, I would store some in my office until I
8  had shelf space.
9    Q    Regarding access, past the, I guess, lobby
10  area, if you want to call that from cath lab, did
11  Mr. Winger have access to the back office area where you
12  worked?
13    A    No.  Only if I was in it.  I kept my door
14  locked when I was not in my office.
15    Q    Can you kind of describe to me, if I'm a sales
16  rep and I come to the cath lab and I want to try to meet
17  with you or meet with one of the physicians, is there
18  like a lobby area that I have to go into?
19    A    There was for a short period of time.  We had
20  a secretary, but we didn't all -- we didn't always have
21  a secretary, and so a lot of times they would just come
22  in to the cath lab.
23    Q    I mean, were the doors open?  Would I be able
24  just to walk in and then walk up and down to the hallway
25  to where your office is at without having anybody give

Page 151

1  me entrance into it?
2    A    Yes.
3    Q    At some point in time, Ms. Brinkley, did you
4  come to learn that an internal investigation was
5  occurring at the Dole VA regarding the devices that were
6  being purchased and used in the peripheral cath lab?
7    A    I was, yes, but I'm not sure exactly how they
8  worded it.  I knew of an investigation.
9    Q    Okay.  Who was it that first communicated with
10  you that there was going to be -- at least something was
11  going to be looked into in the cath lab?
12    A    I don't believe I knew anything until OIG was
13  there.
14    Q    And that's referring to the Office of
15  Inspector General?
16    A    Yes.
17    Q    Do you recall ever having to provide any
18  explanation to any physicians that worked for the VA
19  regarding the reasoning behind the devices that were
20  being purchased and used in the cath lab?
21    A    No.
22    Q    I'm going to have the court reporter hand you
23  what's marked as Deposition Exhibit 23.  And again, it's
24  an e-mail document.  So go to the second page at the
25  bottom, that's where the e-mail chain will start.

Page 152

1    (EXHIBIT 23 MARKED FOR IDENTIFICATION)
2    A    Okay.
3    Q    And at least this e-mail is from Doug Winger
4  to a Paul Hemenway, and you're copied on it.  Do you see
5  where that's at?
6    A    Yes.
7    Q    And this one is dated January 30, 2018.  Do
8  you see where that is?
9    A    Yes.
10    Q    Go ahead and take a second and review that
11  e-mail if you would.  And there's actually an e-mail
12  that you wrote below that it's part of it.  It's
13  incorporated.
14    A    Okay.
15    Q    Do you remember this e-mail?
16    A    I don't remember this e-mail.
17    Q    At least Mr. Winger here is referring, he
18  makes the statement, "You currently have consignment."
19  Do you see where that is?
20    A    Uh-huh.  I see that.
21    Q    Do you know what that's, I'm sorry.  Do you
22  know what that's referring to?
23    A    It looks like it's referring to the Medtronic
24  -- I would assume it's the DCBs.
25    Q    If you would turn to the first page of

Page 153

1  Exhibit 23, there's an e-mail that you wrote to Paul
2  Hemenway.  Do you see where that's at?
3    A    Yes.
4    Q    At the top.  And again, what was Paul
5  Hemenway's position?
6    A    He was one of the contractors, contract
7  officers, that I would deal with.  I think he was in
8  Leavenworth.
9    Q    And I don't have, at least we haven't been
10  produced to us.  You -- you're obviously writing an
11  e-mail in response to something, but we don't have the
12  e-mail that you wrote to him.  If you would take a
13  second and please review what you wrote, I want to ask
14  you some questions, okay?
15    A    Yes.
16    Q    So I want to start with that first sentence.
17  You say, "I'm so confused."  Do you know what you're
18  confused by?  What you're responding to here?
19    A    I'm not sure.
20    Q    The next sentence, you talk about needing to
21  get drug-coated balloons reordered every week to ensure
22  that you have all sizes and quantities needed for the
23  following week.  Do you see where that is?
24    A    Yes.
25    Q    And then you state, "We" -- oh, I'm sorry,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 154

1   "When we use drug-coated balloons during procedure, we
2   use an average of six to eight per patient." See where
3   that's at?
4       A   Yes.
5       Q   Is that an accurate statement?
6       A   Yes.
7       Q   Were there instances where more than eight
8   were used?
9       A   Yes.
10      Q   Do you recall the highest number of drug
11  coated balloons you saw stuck in a patient?
12      A   No.
13      Q   Did you ever review any of the -- they're
14  called IFUs. Is there Instructions For Use regarding
15  any of the devices that were used in your clinic, or in
16  your cath lab?
17      A   No.
18      Q   The last sentence you state, "This is why we
19  always did a large purchase order twice a year, to
20  ensure we had what we needed for every procedure." Is
21  that accurate?
22      A   Yes.
23      Q   I'm reading this under the assumption that
24  these large purchases were not occurring any longer. Was
25  that your understanding?

Page 155

1       A   We were trying to get away from the large
2   purchases and go to consignment.
3       Q   And whose idea was that again?
4       A   I think it was my idea to go consignment.
5       Q   The next sentence states, "There's no way we
6   could only replenish our consignment inventory once a
7   month. It has to be done weekly in order for this
8   consignment to work." Do you see where that is?
9       A   Yes.
10      Q   And why is it that you couldn't replenish the
11  consignment once a month?
12      A   Because we were going to be decreasing our
13  number on the shelf, the number of products on the
14  shelf. So instead of having X amount of this size,
15  we're going to have fewer of that size.
16      Q   I guess I don't understand. You couldn't
17  forecast what you might need in a typical month to get
18  that on consignment and inventory?
19      A   So when you set a consignment, you set it at
20  the beginning of the consignment and it doesn't change
21  every month or whatever. The only time you would change
22  it is if your consignment wasn't fitting your needs.
23      Q   So I mean, what you've just described, is that
24  something that is limited by the consignment contracts
25  with the vendor, to your understanding?

Page 156

1       A   I'm not sure who limits it.
2       Q   Yeah, I guess I'm just having a hard time
3   understanding why a vendor wouldn't want to come over
4   and keep you as freshly stocked as possible on a
5   consignment to meet your needs.
6       A   Right.
7       Q   It sounds like there's something preventing
8   that from happening. What's your understanding of that?
9       A   My understanding of how consignment worked,
10  and this is how it worked on the coronary side, is we
11  would stock so many of each stint and balloon on our
12  shelf. And after we use it, then we would reorder it to
13  replace it. The vendor or the -- or for this example,
14  Doug, would really have nothing to do with that part.
15  It would be our responsibility to reorder it from
16  Medtronic.
17      Q   And you weren't able to do that on a monthly
18  basis?
19      A   Not if -- I -- I don't know what our
20  consignment amount -- amounts were going to be.
21      Q   Now, earlier you -- I think you thought it was
22  your idea to go on consignment as opposed to purchase;
23  is that right?
24      A   I think it was. It might have been an idea of
25  contracting. I know that it was talked about a lot and

Page 157

1   it was -- the idea didn't really get through until one
2   of the contracting officers was actually working on
3   consignment for other hospitals, too.
4       Q   Did the volume of devices that you used to
5   keep in stock change any when you switched from
6   purchasing from Doug, compared to when you got them on
7   consignment from Doug?
8       A   I don't recall.
9       Q   Did the volume of devices used in patients at
10  the Dole VA cath lab change any, compared to when you
11  purchased devices as opposed to when they were there on
12  consignment?
13      A   No, it didn't affect the -- how many we used.
14      Q   I'll have the court reporter show you Exhibit
15  24. This is an e-mail that Paul Hemenway wrote. It
16  says, "Good day, Charles Douglas." Do you see where
17  that's at?
18          (EXHIBIT 24 MARKED FOR IDENTIFICATION)
19      A   Yes.
20      Q   Okay. Take a second and review that paragraph
21  if you would please.
22      A   Okay.
23      Q   And then above that is an e-mail where Doug
24  responds, one line. Go ahead and read that if you
25  would, please.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT F

FILED UNDER SEAL

AS EX. B1

EXHIBIT G

FILED UNDER SEAL

AS EX. B2

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, April 16, 2018 1:28 PM
**To:** Howard, Nathen (OIG)
**Subject:** RE: Interventional Radiology Services
**Attachments:** PHI - Potential IR Patients - Pivots - FY16-18.xlsx; TH-DCB Purchase History - FY15 - FY17.xlsx; Consultant's Review Recommendations.pdf

Nate,
1. Attachment 1 – PHI Potential IR Patients
    a. This is a listing of all of the patients that ▮▮▮▮ & I could find that have CPT codes that link to IT procedures with Balloons, Stents and Turbohawk devices.
    b. The columns at the end of the rows were inserted by a QA nurse during a chart review. Because the IR procedure documentation is scanned into the system instead of input into a note, the QA nurse did a 100% review of each patient to get all of the serial numbers and devices
    c. This is the same list that the consultant used to review the patients. I do not believe he did a 100% review of each patient but instead he reviewed the cases where large amounts of devices (what he called the "cocktail" of devices) were used.
2. Attachment 2 – TH-DCB Purchase History
    a. This is a listing of all Turbohawk and Drug Eluting balloons purchased in FY15, 16 & 17.
        i. There is a pivot table on attachment 1 with the numbers of devices that were recorded in patient records.
3. Attachment 3 – Consultant's Review Recommendations
    a. This is a copy of the consultants recommendations. They were not allowed to speak to many of the actual process owners. That means that they wrote some of their findings as questions instead of statements.
Please let me know if you have any questions.

▮▮▮▮▮▮▮▮

(316) 685-2221 x ▮▮▮▮▮

**From:** Ament, Ricky A.
**Sent:** Monday, April 16, 2018 9:47 AM
**To:** Howard, Nathen (OIG) <▮▮▮▮▮▮▮@va.gov>
**Cc:** ▮▮▮▮▮▮▮ . <▮▮▮▮▮▮@va.gov>
**Subject:** RE: Interventional Radiology Services
**Importance:** High

Nate,
You are correct.

Rick

*Rick Ament, FACHE*
**Director**
**Robert J. Dole, VA Medical Center**
▮▮▮▮▮▮ @va gov
**316-685-2221 ext.** ▮▮▮▮

| Turbohawk Purchases | | | | | |
|---|---|---|---|---|---|
| Part Number | Item Number | Price | FY15 | FY16 | FY17 |
| H1LX | 90900 | 3495 | 0 | 40 | 40 |
| H1-M | 100656 | 3495 | 0 | 0 | 40 |
| H1-S | 100657 | 3495 | 0 | 0 | 25 |
| H1-LS | 90901 | 3495 | 0 | 35 | 0 |
| TH-LX-M | 182110 | 3495 | 40 | 0 | 0 |
| EXL | 54773 | 3495 | 4 | 1 | 10 |
| THS-LS-C | 70520 | 3495 | 10 | 0 | 0 |
| THS-LS-M | 65545 | 3495 | 25 | 0 | 0 |
| THS-LX-C | 72290 | 3495 | 4 | 0 | 0 |
| THS-SS-CL | 70522 | 3495 | 4 | 0 | 0 |
| THS-SX-C | 67258 | 3495 | 10 | 38 | 0 |
| Total Item | | | 97 | 114 | 115 |
| Total Cost | | | 339,015 | 398,430 | 401,925 |

| Drug Coated Balloon Purchases | | | | | |
|---|---|---|---|---|---|
| Part Number | Item Number | Price | FY15 | FY16 | FY17 |
| ADM04004013P | 90121 | 1490 | 3 | 11 | 6 |
| ADM04008013P | 90122 | 1490 | 6 | 14 | 1 |
| ADM04012013P | 90123 | 1640 | 3 | 67 | 2 |
| ADM05004013P | 90124 | 1490 | 6 | 14 | 6 |
| ADM05008013P | 90125 | 1490 | 11 | 9 | 10 |
| ADM05012013P | 90126 | 1640 | 56 | 124 | 89 |
| ADM06004013P | 90127 | 1490 | 6 | 32 | 31 |
| ADM06006013P | 90128 | 1490 | 5 | 9 | 26 |
| ADM06008013P | 90129 | 1490 | 18 | 31 | 29 |
| ADM06012013P | 90130 | 1640 | 40 | 110 | 162 |
| ADM07004013P | 90131 | 1490 | 4 | 52 | 12 |
| ADM07006013P | 90132 | 1490 | 4 | 13 | 37 |
| ADM07008013P | 90133 | 1490 | 4 | 54 | 107 |
| Total Item | | | 166 | 540 | 518 |
| Total Cost | | | 262,190.00 | 849,750.00 | 809,770.00 |

9/20/2022

| Used | FY16 | FY17 | Total Purchased FY16-17 | Difference |
|------|------|------|-------------------------|------------|
| DE Balloons | 229 | 157 | 1058 | 672 |
| Turbohawks | 118 | 83 | 229 | 28 |

**CONTRACT VIR PHYSICIANS REVIEW: (review of Data provided, patient charts and Images) (** ███████████ **)**

1. EVIDENCE BASED MEDICINE NOT FOLLOWED IN MAJORITY OF THE CASES. TOTAL DISREGARD FOR TASC II RECOMMENDATIONS FOR PAD'S
2. ARE THE STANDARD OF CARE BEING MONITORED FOR JUSTIFICATIONS AND BY WHOM
3. IS THERE A VASCULAR TEAM (USUALLY COMPRISED OF VASCULAR & INTERVENTIONAL RADIOLOGIST; VASCULAR SURGEON; INTERNIST/VASCULAR MEDICINE.) FOR REVIEWING CASES AND DECIDING THE BEST APPROACH/MANAGEMENT MAY IT BE ENDOVASCULAR OR OPEN REPAIR OR CONSERVATIVE APPROACH WITH MEDICATIONS AND EXCERSICE
4. WHAT IS THE PROCESS OF THEM GETTING REFERALS.
5. MAJORITY OF THE CASES HAVE NO CTA'S EVEN IF THERE EGFR IS NORMAL FOR BASELINE WORKUP.
6. OVER AGGRESSIVE: LESIONS THAT NEED TO BE LEFT ALONE ARE TREATED. IS IT JUST THE ANGIOGRAM THAT IS BEING TREATED OR PREASURE GRADIENT USED FOR TREATING STENOSIS.
7. THE COCKTAIL OF DEVICES USED IN QUITE A FEW CASES. IS IT REALLY WARENTED EVEN THOUGH THE END RESULTS ARE NOT THAT DIFFERENT AND ADD TO COMPLICATIONS.
8. SEEMS LIKE OVER UTILIZATION OF DCB AND ATHERECTOMY DEVICES
9. ARE THEY BEING MONITORED ? (OUTCOME OF THE PROCEDURES)
10. DO THEY HAVE PEER REVIEWS? AND WHO IS REVIEWING.
11. DO THEY HAVE M&M CONFERENCES? AND WHO ALL ARE INVOLVED
12. WHO DOES THE F/U'S OF THE PATIENT.
13. CONSIDERATION OF CO2 OR IVUS FOR CRD PATIENTS
14. **DID NOT SEE PRE AND POST PROCEDURE NOTES IN CPRS**
15. **DO THEY SCAN MODERATE SEDATION DOCUMENTS IN CPRS/VISTA**

**SYSTEM AND DEPARTMENT REVIEW: (review of Data provided)** ███████████ ███

1. WHO MONITORS THE PRODUCTS; CONSIGNMENT, PROSTHETICS(IMPLANTS), LOGISTICS/INVENTORY
2. WHO APPROVES THE PRODUCTS
3. IS THERE A SEPARATE MAPPING FOR VIR AND INTERVENTIONAL CARDIOLOGY
4. WHO IS INCHARGE OF VIR  IN CATH LAB OR ELSEWHERE
5. IS THERE A SEPARATE PROCESS/PACKAGE FOR VIR, FOR SCHEDULING
6. IMAGING AND LABELING IS SUBSTANDARD. FOR RADIOLOGY/VIR IMAGING IT MEANS IF THE STUDY IS SAVED A THIRD PERSON REVIEWING THE STUDY SHOULD BE ABLE TO MAKE OUT WHAT IS GOING ON
7. IS RADIATION DOSE MONITORED IN THE FACILITY
8. IS THERE A F/U OF PATIENTS IF THEY ARE EXPOSED TO MORE THAN THE  DOSE AS PER GUIDELINES. IS THE PATIENT NOTIFIED

9.  IS THERE A RADIATION SAFETY OFFICER
10. IS THERE A RADIATION SAFETY COMMITTEE
11. IS QA/QC OF IMAGING/PROTOCOLS/VIR DONE FOR RADIOLOGY  RADIOLOGY; WHO DOES THEM AND WHO MONITORS IT
12. IS THERE A RADIOLOGY AO
13. ARE THE PHYSICIANS AND STAFF USING FLUORO EQUIPMENT CREDENTIALLED AFTER THEY COMPLETE THE TMS FLUORO TRAINING AND THE HAND ON TRAINING

## CONTRACT RECOMMENDATIONS ███████

1.  Continue on same course
2.  Modify Contract
3.  Do not continue with next option year & seek new vendor
4.  Outsource IR 100%

Choice #1:  No recommendations

Choice#3:  Add specific language to contract regarding 3rd party peer review, RVU distribution, include focalized Quality Assurance Surveillance Plan.

Choice#4:  No recommendations, maintain "Non-IR" section of contract.

Choice #2:  (Recommended)  Modify Contract

Add specific language to contract regarding 3rd party peer review, RVU distribution, include focalized & measurable Quality Assurance Surveillance Plan.

Involve Contracting sooner rather than later.  Anything that needs to pass through the Medical Sharing Office (MSO) is taking on average 2 years to finalize.

Change Contract Officer Representative to someone more directly related to Radiology.

Explore adding a Radiology AO.

Communicate with Contracting Officer (CO) any & all issues or questions related to the contract.

Document any & all issues with regards to performance & conduct relating to the contract to the CO.

SCHEDULING & MAPPING

Separate Cath Lab & IR

Use separate scheduling clinic / grid for IR consider using "block time" in Cath Lab for IR procedures

Map IR staff, procedures, & supplies to Radiology

## SUPPLY MANAGEMENT █████████

Track IR items used as Diagnostic Imaging supplies not Specialty Care items day of use.

Set up a "quick hit," Systems Redesign team to explore better ways to order & track consignment items.

Do you need all of the items on consignment in bulk purchases.  Is there a process for Just in Time inventory.

Consider creating specific Radiology Fund Control Points (supplies & contracts)

Logistics may have to get re-involved.  Have Radiology enter 2237 with  Logistics approving 2237.  Include approval from senior level of Radiology (Manager / AO) to increase supply monitoring & cost control.

## MISC █████████

Strongly consider a radiation dose tracking software to assist local Radian Safety Program .

Consider 1.0 FTEE DRT QA/QC technologist, specifically to review & manage images & to educate staff DRT staff.

# Exhibit I

| Procedure | Encounter | Device Type | Brand | Name | Serial or Ref # | Number Used | | |
|---|---|---|---|---|---|---|---|---|
| 34 | 5H122H KA | Stent | EV3 | EverFlex | PRB35 07 080 120 | 1 | | |
| | | Stent | Gore | VIABAHN | VBHR060502A | 1 | | |
| | | Stent | EV3 | Visi Pro | PXB35 10 37 080 | 1 | | |
| | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | Balloon | EV3 | NanoCross Elite | AB14W035210150 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04004013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05004013P | 1 | | |
| | | Balloon | EV3 | NanoCross Elite | AB14W050200150 | 1 | | |
| | | Turbo | ev3 | TurboHawk LX M | TH LX M | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 5 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07006013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06006013P | 1 | | |
| 34 | | Balloon | EV3 | EverCross | AB35W07200135 | 1 | | |
| | | | | | | **18** | | |
| | | | | | | | | |
| 35 | 5H1RHP K A | Balloon | EV3 | NanoCross | AB14W030210150 | 3 | | |
| | | Balloon | Abbott | Fox sv | 83161 02 | 1 | | |
| | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05008013P | 2 | | |
| | | Balloon | EV3 | NanoCross Elite | AB14W040210150 | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Balloon | EV3 | NanoCross Elite | AB14W050200150 | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05004013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06004013P | 8 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07006013P | 1 | | |
| 35 | | Balloon | EV3 | EverCross | AB35W05200135 | 1 | | |
| | | | | | | **22** | | |
| | | | | | | | | |
| 40 | 5H1RP6 KA | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | | |
| | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | Balloon | EV3 | NanoCross Elite | AB14W035210150 | 1 | | |
| | | Stent | EV3 | Protégé GPS | SERB65 09 40 120 | 1 | | |
| | | Stent | EV3 | Visi Pro | PXB35 09 17 080 | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Balloon | Angioscore | Angiosculpting PTA | 2216 30100 | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 4 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 2 | | |
| 40 | | Balloon | EV3 | EverCross | AB35W08040080 | 1 | | |
| | | | | | | **16** | | |
| | | | | | | | | |
| 48 | 5HPNVR K A | Balloon | EV3 | EverCross | | 1 | | |
| | | Balloon | EV3 | EverCross | | 1 | | |

| | | | Type | Mfr | Product | Model | Qty | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 5 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 2 | | |
| | | | Stent | EV3 | VIABAHN | VBH071502 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W060150150 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 1 | | |
| | | | Stent | EV3 | Protégé GPS | SERB65 09 40 120 | 2 | | |
| | | | Balloon | EV3 | EverCross | AB35W08060135 | 1 | | |
| | 48 | | Stent | EV3 | Protégé GPS | SERB65 10 40 120 | 1 | | |
| | | | | | | | **20** | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | 49 | 5HPWQ2 K | Stent | Gore | VIABAHN | VBHR062502A | 1 | | |
| | | | Stent | Gore | VIABAHN | VBH061502 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 08 040 120 | 1 | | |
| | | | Stent | Gore | VIABAHN | VHB060502A | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W03200135 | 1 | | |
| | | | Turbo | EV3 | HawkOne LX | H1 LX | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 3 | | |
| | | | Balloon | EV3 | EverCross | AB35W05200135 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14030040150 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W040040150 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W040020150 | 1 | | |
| | 49 | | Balloon | EV3 | EverCross | AB35W05020135 | 1 | | |
| | | | | | | | **18** | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | 54 | 5J8FBB KA | Stent | EV3 | Visi Pro | PXB35 08 17 080 | 2 | | |
| | | | Stent | EV3 | Visi Pro | PXB35 08 27 080 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W04040135 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06004013P | 1 | | |
| | | | Stent | EV3 | Visi Pro | PXB35 08 57 080 | 1 | | |
| | | | Stent | EV3 | Visi Pro | PXB35 08 37 080 | 1 | | |
| | | | Stent | EV3 | Protégé GPS | SERB65 10 40 120 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W10040080 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 5 | | |
| | | | Balloon | Bard | Dorado PTA | DR13594 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W08040080 | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | | |
| | 54 | | Balloon | EV3 | EverCross | AB35W07080080 | 1 | | |
| | | | | | | | **21** | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | 56 | 5J8DV4 KA | Turbo | Covidien | HawkOne LS | H1 LS | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 3 | | |
| | 56 | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | | | | | **9** | | |
| | | | | | | | | |
| | 58 | 5J9N4M KA | Stent | EV3 | EverFlex | PRB35 08 040 120 | 1 | |
| | | Stent | EV3 | Visi Pro | PXB35 08 27 080 | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 3 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 1 | | |
| | 58 | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | | | | | **10** | | |
| | | | | | | | | |
| | 62 | 5JRDN4 KA | Turbo | EV3 | SilverHawk | P4044 | 1 | |
| | | Balloon | EV3 | NanoCross Elite | AB14W035210150 | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 2 | | |
| | | Turbo | EV3 | TurboHawk LX C | THS LX C | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 6 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06004013P | 1 | | |
| | | Stent | EV3 | EverFlex | PRB35 06 060 120 | 1 | | |
| | | Stent | EV3 | Protégé GPS | SERB65 09 40 120 | 1 | | |
| | 62 | Balloon | EV3 | EverCross | AB35W08040080 | 1 | | |
| | | | | | | **16** | | |
| | | | | | | | | |
| | 65 | 5K9K2T KA | Stent | Gore | VIABAHN | VBJR061002A | 1 | |
| | | Stent | Gore | VIABAHN | VBJR060502A | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W030080150 | 1 | | |
| | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | Turbo | Covidien | Hawkone LX | H1 LX | 2 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 4 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 1 | | |
| | | Stent | Atrium | iCAST Covered | 85404 | 1 | | |
| | | Stent | Atrium | iCAST Covered | 85418 | 2 | | |
| | | Stent | EV3 | Visi Pro | PXB35 09 27 080 | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 2 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06004013P | 2 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | adm07004013P | 1 | | |
| | 65 | Balloon | Bard | Dorado PTA | DR13594 | 1 | | |
| | | | | | | **23** | | |
| | | | | | | | | |
| | 72 | 5MDH9T K | Stent | EV3 | Visi Pro | PXB35 08 37 080 | 1 | |
| | | Stent | EV3 | Visi Pro | PXB35 08 27 080 | 1 | | |
| | | Stent | EV3 | Visi Pro | PXB35 09 17 080 | 1 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Stent | Gore | VIABAHN | VBJR080502A | 1 | | |
| | | | Stent | Gore | VIABAHN | VBJR081002A | 1 | | |
| | | | Stent | Atrium | iCAST Covered | 85405 | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 2 | | |
| | | | Balloon | Bard | Dorado PTA | DR13594 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06006013P | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W07080080 | 1 | | |
| | | | Balloon | Bard | Dorado PTA | DR80104 | 1 | | |
| | 72 | | Balloon | EV3 | EverCross | AB35W10040080 | 1 | | |
| | | | | | | | **18** | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | 79 | 5MDN16 K | Stent | EV3 | Protégé GPS | SERB65 10 80 80 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 07 200 120 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 07 080 120 | 1 | | |
| | | | Stent | EV3 | Visi Pro | PXB35 09 57 080 | 1 | | |
| | | | Stent | EV3 | Protégé GPS | SERB65 10 40 120 | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 2 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 2 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 4 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 4 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W035210150 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | | |
| | | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | 79 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07004013P | 1 | | |
| | | | | | | | **24** | | |
| | | | | | | | | | |
| | 81 | 5MGFFH K | Stent | Boston Scientific | Promus PREMIER | H7493952838400 | 1 | | |
| | | | Stent | Boston Scientific | Promus PREMIER | H7493952824400 | 1 | | |
| | | | Stent | Boston Scientific | Promus PREMIER | H7493952832400 | 1 | | |
| | | | Stent | Boston Scientific | Promus PREMIER | H7493952816400 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | | |
| | | | Balloon | Boston Scientific | Apex Flex | 38959 1515 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W020210150 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W04040135 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W04100135 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | | |
| | 81 | | Balloon | EV3 | NanoCross Elite | AB14W040040150 | 1 | | |
| | | | | | | | **18** | | |
| | | | | | | | | | |
| | 83 | 5MH1GR K | Balloon | EV3 | NanoCross Elite | AB14W050100150 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W035210150 | 1 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W07150135 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W08060135 | 1 | | |
| | | | Stent | EV3 | Protégé GPS | SERB65 12 40 120 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Drug Eluting Balloon | Covidien | HawkOne LX | H1 LX | 2 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 5 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | 83 | | Balloon | EV3 | EverCross | AB35W09040080 | 1 | | |
| | | | | | | | **22** | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | 86 | 5N1727 KA | Stent | EV3 | EverFlex | PRB35 07 040 080 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 08 060 080 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 2 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06006013P | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 2 | | |
| | 86 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07004013P | 1 | | |
| | | | | | | | **14** | | |
| | | | | | | | | | |
| | 87 | 5N3MF4 KA | Stent | XIENCE | Alpine | 1125400 23 | 1 | | |
| | | | Stent | Gore | VIABAHN | VBHR050502A | 1 | | |
| | | | Stent | EV3 | Protégé GPS | SERB65 09 40 120 | 1 | | |
| | | | Stent | EV3 | Visi Pro | PXB35 08 27 080 | 1 | | |
| | | | Stent | XIENCE | Alpine | 1125400 18 | 1 | | |
| | | | Stent | Boston Scientific | Promus PREMIER | H7493952820400 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 07 080 120 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 08 040 120 | 1 | | |
| | | | Stent | EV3 | Visi Pro | PXB35 08 37 080 | 1 | | |
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W040210150 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 5 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W020210150 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04004013P | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04008013P | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 4 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 1 | | |
| | 87 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 4 | | |

| | | | | | | | 33 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | 88 | 5N3N8T KA | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | | Balloon | EV3 | NanoCross | | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | | |
| | | | Balloon | EV3 | NanoCross | | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 6 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 1 | | |
| | | | Stent | Gore | VIABAHN | VBHR061002A | 1 | | |
| | 88 | | Stent | Atrium | iCAST Covered | 85406 | 1 | | |
| | | | | | | | 16 | | |
| | | | | | | | | | |
| | 106 | 60PVH2 KA | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Turbo | Covidien | HawkOne LS | H1 LS | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 2 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W035210150 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W020080150 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W020210150 | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 4 | | |
| | | | Stent | EV3 | EverFlex | PRB35 07 200 120 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W07200135 | 1 | | |
| | | | Stent | Boston Scientific | Innova Vascular | H74939293071530 | 1 | | |
| | 106 | | Stent | EV3 | EverFlex | PRB35 05 080 120 | 1 | | |
| | | | | | | | 18 | | |
| | | | | | | | | | |
| | 109 | 60FW3P K A | Balloon | EV3 | EverCross | AB35W03200135 | 1 | | |
| | | | Turbo | Covidien | HawkOne LS | H1 LS | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 3 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 3 | | |
| | | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 08 100 120 | 1 | | |
| | | | Balloon | Abbott | Armada | B2080 020 | 1 | | |
| | | | Balloon | Bard | Dorado PTA | DR135810 | 1 | | |
| | | | Stent | Atrium | iCAST Covered | 85418 | 1 | | |
| | | | Balloon | Abbott | Armada | B2120 020 | 1 | | |
| | | | Stent | EV3 | Protégé GPS | SERB65 09 80 120 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W020210150 | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | | Stent | Boston Scientific | Innova Vascular | H74939293071530 | 1 | | |
| | | | Stent | EV3 | EverFlex | PRB35 07 150 120 | 1 | | |
| | 109 | | Balloon | EV3 | EverCross | AB35W07150135 | 1 | | |
| | | | | | | | 20 | | |
| | | | | | | | | | |
| | 110 | 60JQ2N KA | Balloon | EV3 | EverCross | AB35W04100135 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 6 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Turbo | EV3 | SilverHawk | P4044 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W025150150 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W05030135 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W040210150 | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | 110 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 2 | | |
| | | | | | | | **15** | | |
| | | | | | | | | | |
| | 117 | 61G112 KA | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | 117 | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | 117 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 4 | | |
| | 117 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 5 | | |
| | 117 | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | 117 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05008013P | 1 | | |
| | | | | | | | **13** | | |
| | | | | | | | | | |
| | 119 | 624X9C KA | Turbo | Covidien | HawkOne LS | H1 LS | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06008013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07004013P | 5 | | |
| | | | Balloon | EV3 | NanoCross | AB14W020150150 | 1 | | |
| | 119 | | Balloon | EV3 | EverCross | AB35W08040080 | 1 | | |
| | | | | | | | **10** | | |
| | | | | | | | | | |
| | 122 | 624VB1 KA | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | 122 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 6 | | |
| | | | | | | | **9** | | |
| | | | | | | | | | |
| | 124 | 62HGJH KA | Stent | EV3 | EverFlex | PRB35 07 200 120 | 1 | | |
| | | | Stent | Boston Scientific | Innova Vascular | H74939293081530 | 1 | | |
| | | | Stent | Boston Scientific | Innova Vascular | H74939293071530 | 1 | | |
| | | | Balloon | Bard | Dorado PTA | DR13542 | 1 | | |
| | | | Balloon | Bard | Dorado PTA | DR13544 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W05080135 | 1 | | |
| | | | Balloon | EV3 | EverCross | AB35W07020080 | 1 | | |
| | | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | | Balloon | EV3 | NanoCross Elite | AB14W050200150 | 1 | | |
| | | | Turbo | Covidien | HawkOne M | H1 M | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07006013P | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 4 | | |
| | | | Balloon | EV3 | EverCross | AB35W03150135 | 1 | | |
| | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | | |
| | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07006013P | 2 | | |
| | | | Balloon | Bard | Dorado PTA | DR13594 | 1 | | |
| | 124 | | Balloon | EV3 | EverCross | AB35W07200135 | 1 | | |
| | | | | | | | **21** | | |
| | | | | | | | | | |
| | 148 | 669DK9 KA | Stent | EV3 | EverFlex | PRB35 07 200 120 | 1 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Stent | EV3 | EverFlex | PRB35 07 150 120 | 1 | |
| | | | | Stent | Boston Scientific | Innova Vascular | H74939293061230 | 1 | |
| | | | | Balloon | EV3 | NanoCross Elite | AB14W050200150 | 1 | |
| | | | | Balloon | EV3 | NanoCross Elite | AB14W060200150 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W07200135 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W07150135 | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05004013P | 1 | |
| | | | | Turbo | EV3 | TurboHawk LS M | THS LS M | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 6 | |
| | | | | Balloon | EV3 | EverCross | AB35W06150135 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W09040080 | 1 | |
| | | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06004013P | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | |
| | | 148 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | |
| | | | | | | | | **22** | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | 152 | 676XGV KA | Balloon | EV3 | EverCross | AB35W05020135 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W05030135 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W08020080 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W09040080 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W07200135 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W03200135 | 1 | |
| | | | | Stent | EV3 | EverFlex | PRB35 08 150 120 | 1 | |
| | | | | Stent | EV3 | EverFlex | PRB35 08 100 120 | 1 | |
| | | | | Stent | EV3 | EverFlex | PRB35 07 200 120 | 1 | |
| | | | | Turbo | EV3 | TurboHawk SX C | THS SX C | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 2 | |
| | | | | Stent | EV3 | EverFlex | PRB35 07 060 120 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W07200135 | 1 | |
| | | 152 | | Stent | Gore | VIABAHN | VBJR072502A | 1 | |
| | | | | | | | | **19** | |
| | | | | | | | | | |
| | | 155 | 67Q4HW K | Stent | EV3 | EverFlex | PRB35 06 200 120 | 1 | |
| | | | | Stent | Boston Scientific | Innova Vascular | H74939293061530 | 1 | |
| | | | | Stent | EV3 | EverFlex | EVD35 06 120 120 | 1 | |
| | | | | Balloon | Bard | Dorado PTA | DR135520 | 1 | |
| | | | | Balloon | EV3 | EverCross | AB35W05200135 | 1 | |
| | | | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 7 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 2 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | |
| | | | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07006013P | 3 | |
| | | 155 | | Stent | EV3 | EverFlex | PRB35 06 120 120 | 1 | |
| | | | | | | | | **22** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 163 | 69RN1T KA | Balloon | EV3 | EverCross | AB35W05080135 | 1 | | |
| | | Balloon | EV3 | EverCross | AB35W06200135 | 1 | | |
| | | Balloon | EV3 | EverCross | AB35W07150135 | 1 | | |
| | | Balloon | EV3 | EverCross | AB35W08080080 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 5 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 1 | | |
| | | Turbo | EV3 | TurboHawk LX C | THS LX C | 1 | | |
| | | Stent | Gore | VIABAHN | VBJR081002A | 1 | | |
| 163 | | Stent | EV3 | EverFlex | PRB35 06 200 120 | 2 | | |
| | | | | | | **15** | | |
| | | | | | | | | |
| 170 | 698M63 KA | Balloon | EV3 | EverCross | AB35W12020135 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W025210150 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W030210150 | 2 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 3 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 2 | | |
| | | Turbo | Covidien | HawkOne LS | H1 LS | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Turbo | Covidien | HawkOne M | H1 M | 1 | | |
| | | Stent | EV3 | PROTÉGÉ EVERFLEX | EVD35 06 060 120 | 1 | | |
| 170 | | Stent | Atrium | iCAST Covered | 85418 | 1 | | |
| | | | | | | **14** | | |
| | | | | | | | | |
| 189 | 6DHQ03 KA | Balloon | EV3 | EverCross | AB35W05200135 | 1 | | |
| | | Turbo | Covidien | HawkOne LX | H1 LX | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 2 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06012013P | 8 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04012013P | 5 | | |
| 189 | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM05012013P | 1 | | |
| | | | | | | **18** | | |
| | | | | | | | | |
| 224 | 6KCM0R KA | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM06015013P | 3 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM04006013P | 1 | | |
| | | Drug Eluting Balloon | Medtronic | In.Pact Admiral | ADM07008013P | 6 | | |
| | | Stent | Gore | VIABAHN | VBJR081502A | 1 | | |
| | | Balloon | EV3 | EverCross | AB35W08060135 | 1 | | |
| | | Stent | EV3 | EverFlex | PRB35 05 040 120 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W020210150 | 1 | | |
| | | Balloon | EV3 | NanoCross Elite | AB14W050200150 | 1 | | |
| | | Balloon | EV3 | NanoCross | AB14W030210150 | 1 | | |
| | | Balloon | EV3 | EverCross | AB35W06040135 | 1 | | |
| 224 | | Balloon | EV3 | NanoCross Elite | AB14W03004150 | 1 | | |
| | | | | | | **18** | | |