# PROVISIONALLY FILED UNDER SEAL