EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THOMAS SCHROEDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  2:22-cv-2209-DDC-KGG |
| | ) | |
| THE UNITED STATES DEPARTMENT | ) | |
| OF VETERANS AFFAIRS, a Federal | ) | |
| Agency, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION CAITLIN W. HICKS, M.D., M.S.

My name is Dr. Caitlin W. Hicks, M.D, M.S.  I hereby state that the following testimony is based upon my personal knowledge and is true and correct to the best of my knowledge and belief.

1.       I received my undergraduate degree a A.B. in neurobiology from Harvard College in 2006, a M.S. in Clinical Research Scholars Program from Case Western Reserve University in 2011, and a Doctor of Medicine degree from the Cleveland Clinic Lerner College of Medicine in 2012.  I completed my general surgery internship in 2013 and my residency in general surgery in 2016, both from Johns Hopkins University School of Medicine.  I completed my vascular surgery fellowship at the Division of Vascular Surgery and Endovascular Therapy from Johns Hopkins in 2018.   I am board certified In both general surgery and vascular surgery.  I am currently an Associate Professor of Surgery in the Division of Vascular Surgery and Endovascular Therapy, Department of Surgery at Johns Hopkins School of Medicine.  For a full accounting of my professional career, I refer you to my Curriculum Vitae ("CV") attached hereto as **Exhibit A**.

2.     I am aware that Thomas Schroeder has brought a legal claim under the federal

False Claims Act and the Anti-kickback Statute on behalf of the United States: *U.S. ex rel.*

*Schroeder v. Medtronic, Inc., et al.*: case no.: 2:17-cv-02060-DCC-KGG.  I have reviewed the

attached Fifth Amended Complaint in this action (attached hereto as **Exhibit B**) and understand

the allegations Mr. Schroeder is making of medically unnecessary peripheral vascular procedures

and off-label medically unnecessary peripheral vascular procedures being performed in the

catheterization laboratory at the Robert J. Dole Veterans Administration Medical Center ("Dole

VA") in Wichita, Kansas.

3.     I have extensive experience studying physician practice patterns in the treatment

of peripheral vascular disease, and in analyzing subsamples of patient data to infer larger patterns

of behavior. I have published over 250 peer-reviewed manuscripts to date, of which more than

20 specifically involve the analysis and reporting of physician practices as they relate to

unnecessary procedures (see **Exhibit A**). These analyses involve using subsamples of patient

records from a variety of data sources to determine population-level practice patterns and patient

outcomes. Specifically, I have used individual physician- and practice-level data to summarize

and evaluate the appropriateness of a variety of endovascular peripheral vascular interventions

for the treatment of peripheral artery disease using complex statistical methodology. I am also

the Director of the Johns Hopkins Department of Surgery Center for Outcomes research. In that

role I manage and analyze extensive amounts of data from 13 different registry and

administrative sources to draw conclusions about surgical treatment patterns and outcomes.

Finally, I have served as an expert witness in a number of cases in the past, including cases

directly related to the evaluation and assessment of physician practices alleged to be medically

unnecessary. All of these experiences have contributed to my ability and understanding of how

to analyze subsets of patient data to render an opinion on, and statistics related to, medically unnecessary procedures.

4.     Mr. Schroeder has retained and disclosed me as an expert witness in this False Claims Act case. Ultimately, he is requesting me to render an opinion as to whether or not a statistically acceptable sample of patients treated at the Dole VA catheterization laboratory who received interventional peripheral procedures can be obtained between the years 2011 through April 2018 to determine whether such patients received medically unnecessary treatment. As part of this process, it is not necessary for me to know the patient's name, address, or other personal identifying information. Instead, an assigned patient number would suffice. I have been made aware of a Protective Order entered in *U.S. ex rel. Schroeder v. Medtronic, Inc., et al.*: case no.: 2:17-cv-02060-DCC-KGG, and I have executed the acknowledgment form for third parties as set forth in this order.

5.     It is my understanding that Mr. Schroeder has requested data and records from the VA regarding these medical procedures under what are commonly referred to as *Touhy* regulations. It is my understanding that the VA has provided a written refusal to produce these records and data. As a result, it is my understanding that Mr. Schroeder has brought the above captioned Administrative Procedure Act case seeking an order to compel this production. To tender this opinion, the data sought by Mr. Schroeder would be necessary. In particular, I would first need to know the number of patients who received treatment for peripheral vascular disease in the given time fram,e and the dates of their treatment. After these data are obtained, I can proceed with providing an opinion on what is a statistically acceptable standard and how that can be obtained.

3

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct and that I have personal knowledge of the information provided above.

_____                    12/20/2022
Signature – Dr. Caitlin W. Hicks, M.D., M.S.                Date

4

CURRICULUM VITAE
The Johns Hopkins University School of Medicine

*Caitlin Hicks*
_____                                    __05/23/2022_____
Caitlin W. Hicks MD, MS

**DEMOGRAPHIC AND PERSONAL INFORMATION**

**Current Appointments**

University

| | |
|---|---|
| 08/2018 – present | Associate Professor of Surgery<br>Division of Vascular Surgery and Endovascular Therapy<br>Department of Surgery<br>Johns Hopkins University School of Medicine |
| 12/2018 – present | Associate Program Director<br>Division of Vascular Surgery and Endovascular Therapy<br>Department of Surgery<br>Johns Hopkins University School of Medicine |
| 10/2021 – present | Resident Research Ombudsperson<br>Department of Surgery<br>Johns Hopkins University School of Medicine |
| 05/2022 – present | Director, Johns Hopkins Center for Surgery Outcomes Research (JSCOR)<br>Department of Surgery<br>Johns Hopkins University School of Medicine |

Hospital

| | |
|---|---|
| 08/2018 – present | Attending Physician, Johns Hopkins Hospital |
| 06/2019 – present | Director of Research, Multidisciplinary Diabetic Foot & Wound Service<br>Johns Hopkins Hospital |

Other

| | |
|---|---|
| 02/2020 – present | Associate Faculty<br>Welch Center for Prevention, Epidemiology, and Clinical Research<br>Johns Hopkins University |

**Personal Data**

| | |
|---|---|
| Business Address | Division of Vascular Surgery and Endovascular Therapy<br>Department of Surgery<br>600 N. Wolfe Street, Halsted 668<br>Baltimore MD 21287 |
| Tel | 410-955-5165 |
| Fax | 410-614-2079 |
| E-mail | chicks11@jhmi.edu |

**Education and Training**

Undergraduate

| | |
|---|---|
| 2002 – 2006 | A.B. Biology with minor in Neurobiology, Harvard College, Boston MA; Cum Laude with High Honors |

Doctoral/graduate

| | |
|---|---|
| 2008 – 2011 | M.S. Clinical Research Scholars Program, Case Western Reserve University, Cleveland OH |
| 2006 – 2012 | M.D. Cleveland Clinic Lerner College of Medicine, Cleveland OH |

Postdoctoral

| 2012 – 2013 | Intern, General Surgery, Johns Hopkins University School of Medicine, Baltimore MD |
| 2013 – 2016 | Resident, General Surgery, Johns Hopkins University School of Medicine, Baltimore MD |
| 2016 – 2018 | Fellow, Division of Vascular Surgery and Endovascular Therapy, Johns Hopkins University School of Medicine, Baltimore MD |

## Professional Experience

| 08/2018 – 01/2021 | Assistant Professor of Surgery, Division of Vascular Surgery and Endovascular Therapy, Department of Surgery, Johns Hopkins University School of Medicine, Baltimore, MD |
| 02/2021 – present | Associate Professor of Surgery, Division of Vascular Surgery and Endovascular Therapy, Department of Surgery, Johns Hopkins University School of Medicine, Baltimore, MD |

## PUBLICATIONS

### Original Research

1. **Hicks C**, Sorocco D, Levin M. Automated analysis of behavior: a computer-controlled system for drug screening and the investigation of learning. *J. Neurobiol.* 2006. Aug;66(9):977-90.

2. Hu X, **Hicks CW**, He W, Wong P, Macklin WB, Trapp BD, Yan R. Bace1 modulates myelination in the central and peripheral nervous system. *Nat Neurosci.* 2006 Dec;9(12):1520-5. *I ran the experiments and drafted the manuscript.*

3. **Hicks CW**, Kay B, Worley SE, Moodley M. A clinical picture of Guillain-Barre syndrome in children in the United States. *J Child Neurol.* 2010 Dec;25(12):1504-10.

4. **Hicks CW**, Weber JG, Reid JR, Moodley M. Identifying and managing intracranial complications of sinusitis in children: a retrospective series. *Pediatr Infect Dis J.* 2011 Mar;30(3): 222-226.

5. **Hicks CW**, Li Y, Okugawa S, Solomon SB, Moayeri M, Leppla SH, Mohanty A, Subramanian GM, Mignone TS, Fitz Y, Cui X, Eichacker PQ. Anthrax edema toxin has cAMP-mediated stimulatory effects and high dose lethal toxin has depressant effects in an isolated perfused rat heart model. *Am J Physiol Heart Circ Physiol.* 2011 Mar;300(3):H1108-18.

6. Gillespie L, **Hicks CW**, Santana M, Holmes S, Worley SE, Rome ES. The acceptability of human papillomavirus vaccine among parents and guardians of newborn to 10-year-old children. *J Pediatr Adolesc Gynecol.* 2011 Apr;24(2):66-70. *I wrote and distributed the survey, performed the statistical analysis, and drafted the manuscript.*

7. **Hicks CW**, Pandya MM, Itin I, Fernandez HH. Valproate for the treatment of medication-induced impulse-control disorders in three patients with Parkinson's disease. *Parkinsonism Relat Disord.* 2011 Jun;17(5):379-81.

8. **Hicks CW**, Xizhong C, Sweeney DA, Li Y, Barochia A, Eichacker PQ. The potential contributions of lethal and edema toxins to the pathogenesis of anthrax associated shock. *Toxins.* (Basel). 2011 Sep;3(9):1185-202.

9. Altahawi F, Sisk B, Poloskey S, **Hicks C**, Dannefer E. Student perspectives on assessment: experience in a competency-based portfolio system. *Medical Teach.* 2012;34(3):221-5. *I drafted a portion of the manuscript and provided critical revisions to the final version.*

10. Engineer RS, Benoit JL, **Hicks CW**, Kolattukudy SJ, Burkhoff D, Peacock WF. Hemodynamic changes as a diagnostic tool in acute heart failure - a pilot study. *Am J Emerg Med.* 2012 Jan;30(1):174-80. *I helped to collect the data, entered the data in the database, and provided critical revisions to the manuscript.*

11. **Hicks CW**, Sweeney DA, Danner RL, Eichacker PQ, Suffredini AF, Feng J, Sun J, Behrend EN, Solomon SB, Natanson C. Efficacy of selective mineralocorticoid and glucocorticoid agonists in canine septic shock. *Crit Care Med.* 2012 Jan;40(1):199-207.

12. **Hicks CW**, Sweeney DA, Cui X, Li Y, Eichacker PQ. An overview of anthrax infection including the recently identified form of disease in injection drug users. *Intensive Care Med.* Intensive Care Med. 2012 Jul;38(7):1092-104.

13. **Hicks CW**, Krpata DM, Blatnik JA, Novitsky YW, Rosen MJ. Long term effect on donor sites after components separation: a radiographic analysis. *Plast Reconstr Surgery.* 2012 Aug;130(2):354-9.

14. **Hicks CW,** Sweeney DA, Danner RL, Eichacker PQ, Suffredini AF, Feng J, Sun J, Moriyama B, Wesley R, Behrend EN, Solomon SB, Natanson C. Beneficial effects of stress-dose corticosteroid therapy in canines depend on the severity of staphylococcal pneumonia. *Intensive Care Med.* 2012 Dec;38(12):2063-71.

15. **Hicks CW**, DeMarsh S, Singh H, Gillespie L, Worley S, Rome ES. Knowledge about various contraceptive methods in young women with and without eating disorders. *Int J Eat Disord.* 2013 Mar;46(2):171-6.

16. Obirieze AC, Kisat M, **Hicks CW**, Oyetunji TA, Schneider EB, Gaskin DJ, Haut ER, Efron DT, Cornwell EE, Haider AH. State by state variation in emergency versus elective colon resections: room for improvement. *J Trauma Acute Care Surg.* 2013 May;74(5):1286-91. *I help design the study, analyze the data, and provide critical manuscript revisions.*

17. **Hicks CW**, Hodin RA, Bordeianou L. Possible overuse of 3-stage procedures for active ulcerative colitis. *JAMA Surg.* 2013 Jul 1;148(7):658-64.

18. **Hicks CW**, Weinstein M, Wakamatsu M, Pulliam S, Savitt L, Bordeianou L. Are rectoceles the cause or the result of obstructed defecation syndrome (ODS)? A Prospective Anorectal Physiology Study. *Colorectal Dis.* 2013 Aug;15(8):993-9.

19. Benoit JL, **Hicks CW**, Engineer R, Hart K, Lindsell C, Peacock WF. ST2 in emergency department patients with non-cardiac dyspnea. *Acad Emerg Med.* 2013 Nov;20(11):1207-10. *I helped to collect the data, entered the data in the database, and provided critical revisions to the manuscript.*

20. **Hicks CW,** Hodin RA, Bordeianou L. Semi-urgent surgery in hospitalized patients with severe ulcerative colitis does not increase overall J-pouch complications. *Am J Surg.* 2014 Feb;207(2):281-7.

21. **Hicks CW**, Krpata DM, Blatnik JA, Novitsky YW, Rosen MJ. History of methicillin-resistant Staphylococcus aureus (MRSA) surgical site infection may not be a contraindication to ventral hernia repair with synthetic mesh: a preliminary report. *Hernia* 2014 Feb;18(1):65-70.

22. **Hicks CW,** Hodin RA, Savitt L, Bordeianou L. Does intramesorectal proctectomy with rectal eversion affect post-operative outcomes compared to standard total mesorectal excision in patients with ulcerative colitis? *J Gastrointest Surg.* 2014 Feb;18(2):385-90.

23. De Silva GS, Krpata DM, **Hicks CW**, Criss CN, Gao Y, Rosen MJ, Novitsky YW. Comparative radiographic analysis of changes in the abdominal wall musculature morphology after open posterior component separation or bridging laparoscopic ventral hernia repair. *J Am Coll Surg.* 2014 Mar;218(3):353-7. *I collected the data, helped with the statistical analysis, and provided critical revisions to the manuscript.*

24. **Hicks CW**, Wakamatsu M, Weinstein M, Pulliam S, Sylla P, Savitt L, Bordeianou L. In patients with rectoceles and obstructed defecation syndrome (ODS), surgery should be the option of last resort. *Surgery.* 2014 Apr;155(4):659-67.

25. **Hicks CW,** Engineer RS, Benoit JL, Dasarathy S, Christenson RH, Peacock WF. Procalcitonin as a biomarker for early sepsis in the emergency department. *Eur J Emerg Med.* 2014 Apr;21(2):112-7.

26. **Hicks CW,** Pappou EP, Magruder JT, Gazer B, Fang S, Wick EC, Gearhart SL, Ahuja N, Efron JE. Clinicopathologic presentation and natural history of anorectal melanoma: a case series of 18 patients. *JAMA Surg.* 2014 Jun;149(6):608-11.

27. Xu X, **Hicks C**, Li Y, Shiloach J, Kaufman JB, Fitz Y, Eichacker PE, Cui X. Purified cell wall from the probiotic bacteria *Lactobacillus gasseri* activates systemic inflammation and at higher doses produces lethality in a rat model. *Crit Care.* 2014 Jul 2;18(4):R140. *I helped design the study, collect the data, and provided critical revisions to the manuscript.*

28. **Hicks CW**, Hashmi ZG, Velopulos C, Efron DT, Schneider EB, Haut ER, Cornwell EE, Haider A. Association between race and age in survival after trauma. *JAMA Surg.* 2014 Jul 1;149(7):642-7.

29. **Hicks CW,** Selvarajah S, Mathioudakis N, Perler BA, Freischlag JA, Black JH, Abularrage CJ. Trends and determinants of costs associated with the inpatient care of diabetic foot ulcers. *J Vasc Surg.* 2014 Nov;60(5):1247-1254.

30. **Hicks CW,** Hodin RA, Savitt L, Bordeianou L. Does intramesorectal excision for ulcerative colitis impact bowel and sexual function when compared to total mesorectal excision? *Am J Surg.* 2014 Oct;208(4):499-504.

31. Cortés-Puch I, **Hicks CW**, Sun J, Solomon SB, Eichacker PQ, Sweeney DA, Nieman LK, Whitely EM, Behrend EN, Natanson C, Danner RL. Hypothalamic-pituitary-adrenal axis in lethal canine *Staphylococcus aureus* pneumonia. *Am J Physiol Endocrinol Metab.* 2014 Dec 1;307(11):E994-E1008. *I helped design the study, collect the data, draft a portion of the manuscript, and provide critical revisions to the final manuscript.*

32. Glebova NO, **Hicks CW,** Taylor R, Tosoian J, Orion K, Arnaoutakis KD, Arnaoutakis GJ, Black JH III. Readmissions after complex aneurysm repair are frequent, costly, and primarily at non-index hospitals. *J Vasc Surg.* 2014 Dec;60(6):1429-37. *I helped to design the study, analyze the data, and draft the manuscript.*

33. **Hicks CW**, Canner JK, Arhuidese IJ, Glebova NO, Qazi U, Perler B, Malas MB. Development of a clinical risk prediction model for disease progression in patients with moderate asymptomatic carotid artery stenosis. *J Vasc Surg.* 2014 Dec;60(6):1585-92.

34. **Hicks CW,** Talbott K, Canner JK, Qazi U, Schneider E, Arhuidese I, Glebova N, Freischlag J, Perler B, Malas M. Risk of disease progression in patients with moderate asymptomatic carotid artery stenosis: implications of tobacco use and dual antiplatelet therapy. *Ann Vasc Surg.* 2015 Jan;29(1):1-8.

35. Soares KC, Baltodano PA, **Hicks CW**, Cooney CM, Olorundare IO, Cornell P, Burce K, Eckhauser FE. Novel wound management system reduces surgical site morbidity after ventral hernia repairs: a critical analysis. *Am J Surg.* 2015 Feb;209(2):324-32. *I helped to design the study, collect the data, analyze the data, and provide critical revisions to the manuscript.*

36. Tosoian JT, **Hicks CW**, Valero V, Cameron JL, Makary MA, Kirose K, Eckhauser FE, Ahuja N, Pawlik TM, Weiss MJ, Wolfgang CL. Tracking early readmission after pancreatectomy to index and non-index institutions: a more accurate assessment of readmission. *JAMA Surg.* 2015 Feb 1;150(2):152-158. *I helped to design the study, analyze the data, draft the manuscript, and provide critical revisions to the final manuscript.*

37. **Hicks CW,** Black JH, Arhuidese I, Asanova L, Kwong M, Qazi U, Perler BA, Freischlag JA, Malas MB. Early mortality variability after EVAR *versus* open AAA repair in a large tertiary vascular center using a Medicare-derived risk prediction model. *J Vasc Surg.* 2015 Feb;61(2):291-7.

38. **Hicks CW,** Canner JK, Arhuidese IJ, Zarkowsky DS, Qazi U, Reifsnyder T, Black JH, Malas MB. Mortality benefits of different hemodialysis access types are age-dependent. *J Vasc Surg.* 2015 Feb;61(2):449-56.

39. Malas MB, Canner JK, **Hicks CW**, Zarkowsky DS, Arhuidese IJ, Qazi U, Schneider E, Black JH, Perler B, Segev D, Freischlag JA. Trends in incidence hemodialysis access and mortality. *JAMA Surg.* 2015 May 1;150(5):441-8. *I helped to analyze the data, draft the manuscript, and provide critical revisions to the final manuscript.*

40. **Hicks CW**, Wick EC, Leeds I, Efron JE, Gearhart SL, Safar B, Fang SH. Patient symptomatology in anal dysplasia. *JAMA Surg.* 2015 Jun 1;150(6):563-9.

41. Zarkowsky D, Arhuidese I, **Hicks CW**, Canner J, Qazi U, Obeid T, Schneider E, Abularrage CJ, Freischlag JA, Malas MB. Racial/ethnic disparities associated with initial hemodialysis access. *JAMA Surg.* 2015 Jun 1;150(6):529-36. *I helped to analyze the data and provide critical revisions to the manuscript.*

42. **Hicks CW,** Hashmi ZG, Hui X, Velopulos CG, Efron DT, Schneider EB, Cooper L, Haut ER, Cornwell EE, Haider A. Explaining the paradoxical age-based racial disparities in survival after trauma: the role of the treating facility. *Ann Surg.* 2015 Jul;262(1):179-83.

43. **Hicks CW,** Wick EC, Black JH III, Arhuidese I, Qazi U, Glebova N, Malas M. Hospital-level factors and mortality after endovascular and open AAA repair. *JAMA Surg.* 2015 Jul;150(7):632-6.

44. Zarkowsky D, **Hicks CW**, Canner J, Arhuidese I, Schneider E, Qazi U, Abularrage CJ, Black JH, Malas MB. Quality improvement targets for regional variation in surgical end stage renal disease care. *JAMA Surg.* 2015 Aug;150(8):764-70; [SI/QI].

45. Glebova NO, **Hicks CW**, Piazza K, Abularrage CJ, Cameron AM, Schulick RD, Wolfgang CL, Black JH III. Technical risk factors for portal vein reconstruction thrombosis in pancreatic resection. *J Vasc Surg.* 2015 Aug; 62(2):424-33. *I collected the data, analyzed the data, and drafted the manuscript.*

46. Azoury SC, Farrow N, Hu L, Soares KC, **Hicks CW**, Azar F, Rodriguez-Unda N, Poruk KE, Cornell P, Burce K, Cooney CM, Nguyen HT, Eckhauser FE. Postoperative abdominal wound infection – epidemiology, risk factors, identification and management. *Chronic Wound Care Management and Research.* 2015 Sept; 2:137-148. *I helped to collect the data, interpret the results, and provide critical revisions to the manuscript.*

47. **Hicks CW,** Tosoian JT, Schapiro RC, Valero V, Cameron JL, Eckhauser FE, Hirose K, Makary MA, Pawlik TM, Ahuja N, Weiss MJ, Wolfgang CL. Early hospital readmission for gastrointestinal-related complications predicts long-term mortality after pancreatectomy. *Am J Surg.* 2015 Oct;210(4):636-642.e1.

48. Bordeianou L, **Hicks CW,** Olariu A, Savitt L, Pulliam SJ, Weinstein M, Rockwood T, Sylla P, Kuo J, Wakamatsu, M. The effect of coexisting pelvic floor disorders on fecal incontinence quality of life scores: a prospective survey-based study. *Dis Col Rectum.* Dis Colon Rectum. 2015 Nov;58(11):1091-7. *I collected the data, analyzed the data, and drafted the manuscript.*

49. Rodriguez-Unda N, Soares KC, Azoury SC, Baltodano P, **Hicks CW**, Burce KK, Cornell P, Cooney CM, , Pawlik TM, Eckhauser E. Negative pressure wound therapy in the management of high-grade ventral hernia repairs. *J Gastrointest Surg.* 2015 Nov;19(11):2054-61. *I helped to collect the data, interpret the results, and provide critical revisions to the manuscript.*

50. **Hicks CW**, Frank SM, Wasey JO, Efron JE, Gearhart S, Fang S, Makary MA, Wick EC. A novel means of assessing institutional adherence to blood transfusion guidelines. *Am J Med Qual.* 2015 Nov-Dec;30(6):584-90. [SI/QI]

51. Azoury SC, Rodriguez-Unda N, Soares KC, **Hicks CW**, Baltodano PA, Poruk KE, Hu L, Cooney CM, Cornell P, Burce K, Eckhauser FE. The Effect of TISSEEL fibrin sealant on seroma formation following complex abdominal wall hernia repair: a single institutional review and derived cost analysis. *Hernia.* 2015 Dec;19(6):935-42. *I helped to collect the data, interpret the results, and provide critical revisions to the manuscript.*

52. Arhuidese I, Obeid T, **Hicks C,** Qazi U, Botchey I, Zarkowsky DS, Reifsnyder T, Malas MB. Vascular access modifies the protective effect of obesity on survival in hemodialysis patients. *Surgery.* 2015 Dec;158(6):1628-34. *I helped to interpret the data and draft the manuscript.*

53. Reifsnyder T, Arhuidese I, **Hicks CW**, Obeid T, Khaled A, Massada K, Qazi U, Malas MB. Contemporary outcomes for open infrainguinal bypass in the endovascular era. *Ann Vasc Surg.* 2016 Jan;30:52-8. *I helped to interpret the data and draft the manuscript.*

54. Glebova NO, **Hicks CW,** Piazza KM, Lum YW, Abularrage CJ, Black JH III. Outcomes of bypass support use during inferior vena cava resection and reconstruction. *Ann Vasc Surg.* 2016 Jan;30:12-21. *I collected the data, analyzed the data, and drafted the manuscript.*

55. Baltodano P, Webb-Vargas Y, Soares KC, **Hicks CW**, Cooney CM, Cornell P, Burce KK, Pawlik TM, Eckhauser E. A validated, risk assessment tool for predicting readmission after open ventral hernia repair. *Hernia.* 2016 Feb;20(1):119-29. *I helped to collect the data, interpret the results, and provide critical revisions to the manuscript.*

56. Glebova NO, **Hicks CW**, Tosoian J, Piazza K, Abularrage CJ, Schulick R, Wolfgang CL, Black JH III. Outcomes of arterial resection during pancreatectomy for tumor. *J Vasc Surg.* 2016 Mar;63(3):722-729.

57. Glebova NO, Bronsert M, **Hicks CW**, Malas MB, Black JH III, Hammermeister K, Nehler MR, Henderson WG. Contributions of planned readmissions and patient comorbidities to high readmission rates in vascular surgery patients. *J Vasc Surg.* 2016 Mar;63(3):746-755.e2. *I collected the data, analyzed the data, and drafted the manuscript.*

58. **Hicks CW**, Glebova NO, Piazza KM, Orion KC, Pierorazio PM, Lum YW, Abularrage CJ, Black JH III. Risk of venous thromboembolic events following inferior vena cava resection and reconstruction. *J Vasc Surg*. 2016 Apr;63(4):1004-10.

59. **Hicks CW**, Selvarajah S, Mathioudakis N, Sherman RE, Hines K, Black JH III, Abularrage CJ. Burden of infected diabetic foot ulcers on hospital admissions and costs. *Ann Vasc Surg*. 2016 May;33:149-58.

60. Arhuidese I**,** Obeid T, **Hicks CW**, Yin K, Canner J, Segev D, Malas MB. Outcomes after carotid artery stenting in hemodialysis patients. *J Vasc Surg*. 2016 Jun;63(6):1511-6. *I helped to interpret the data and draft the manuscript.*

61. Zarkowsky DS, **Hicks CW**, Malas MB. One-third of patients in a national cohort initiating hemodialysis with a catheter despite 6 months of nephrology care. *JAMA Surg*. 2016 Jul 1;151(7):687. *I helped to interpret the data and provided critical revisions to the manuscript.*

62. Bostok I, Zarkowsky DS, **Hicks CW**, Stone DH, Eslami M, Malas MB, Goodney PP. Outcomes of EVAR in kidney transplant recipients: results from a national quality initiative. *Am J Transplant*. 2016 Aug;16(8):2395-400. *I helped to interpret the data provided critical revisions to the manuscript.*

63. Glebova NO, **Hicks CW**, Alam R, Propper BW, Black JH III. Technical aspects of branched graft aortic reconstruction in patients with connective tissue disorders. *J Vasc Surg*. 2016 Aug;64(2):520-525. *I collected the data, analyzed the data, and drafted the manuscript.*

64. **Hicks CW**, Baltodano PA, Soares KC, Burce K, Rodriguez-Unda N, Azoury S, Poruk K, Cooney CM, Cornell P, Eckhauser FE. Long-term outcomes of sandwich ventral hernia repair paired with hybrid vacuum-assisted closure. *J Surg Res*. 2016 Aug;204(2):282-7.

65. **Hicks CW**, Canner JK, Zarkowsky D, Arhuidese I, Obeid T, Malas MB. Racial disparities after vascular trauma are age-dependent. *J Vasc Surg*. 2016 Aug;64(2):418-424.

66. Nejim B, Obeid T, Arhuidese I**, Hicks C**, Canner J, Malas MB. Predictors of perioperative outcomes after carotid revascularization. *J Surg Res*. 2016 Aug;204(2):267-73. *I helped to interpret the data and provided critical revisions to the manuscript.*

67. **Hicks CW**, Canner JK, Arhuidese I, Obeid T, Black JH III, Malas MB. Comprehensive assessment of factors associated with in-hospital mortality after elective abdominal aortic aneurysm repair. *JAMA Surg*. 2016 Sep 1;151(9):838-45.

68. Cooper M, Arhuidese IJ**,** Obeid T, **Hicks CW**, Canner J, Malas MB. Perioperative and long-term outcomes after carotid endarterectomy in hemodialysis patients. *JAMA Surg*. 2016 Oct 1;151(10):947-952. *I helped to interpret the data and provided critical revisions to the manuscript.*

69. **Hicks CW**, Obeid T, Arhuidese I, Qazi U, Malas MB. Abdominal aortic aneurysm repair in octogenarians is associated with higher mortality compared to nonoctogenarians. *J Vasc Surg*. 2016 Oct;64(4):956-965.e1

70. Lopez J, Ahmed R, Bae S, **Hicks CW**, El Dafrawy M, Osgood GM, Segev DL. A new culture of transparency: industry's payments to orthopedic surgeons. *Orthopedics*. 2016 2016 Nov 1;39(6):e1058-e1062. *I helped to interpret the data and provided critical revisions to the manuscript.*

71. Zarkowsky DS, **Hicks CW**, Bostock I, Stone DH, Eslami M, Goodney PP. Renal dysfunction and the associated decrease in survival after elective endovascular aneurysm repair. *J Vasc Surg*. 2016 Nov;64(5):1278-1285.e1. *I helped to interpret the data and provided critical revisions to the manuscript.*

72. Obeid T, **Hicks CW**, Yin K, Arhuidese I, Nejim B, Malas MB. Contemporary outcomes of open thoracoabdominal aneurysm repair: functional status is the strongest predictor of perioperative mortality. *J Surg Res*. 2016 Nov;206(1):9-15. *I helped to interpret the data, drafted the manuscript, and provided critical revisions to the final manuscript.*

73. Poruk KE, Farrow N, Azar F, Burce KK, **Hicks CW**, Azoury SC, Cornell PC, Cooney CM, Eckhauser FE. Effect of hernia size on operative repair and post-operative outcomes after ventral hernia repair. *Hernia*. 2016 Dec;20(6):805-810. *I helped to collect the data, interpret the results, and provide critical revisions to the manuscript.*

74. **Hicks CW**, Najafian A, Farber A, Menard MT, Malas MB, Black JH III, Abularrage CJ. Diabetes does not worsen outcomes following infrageniculate bypass or endovascular intervention for patients with critical limb ischemia. *J Vasc Surg*. 2016 Dec;64(6):1667-1674.e1.

75. Beaulieu RJ, Lue J, Ehlert B, Grimm JC, **Hicks CW**, Black JH III. Surgical management of peripheral vascular manifestations of Loeys-Dietz syndrome. *Ann Vasc Surg*. 2017 Jan;38:10-16. *I helped to interpret the data and provided critical revisions to the manuscript.*

76. Arhuidese I, Craig-Schapiro R, Obeid T, Nejim B, **Hicks CW**, Malas MB. Carotid revascularization in asymptomatic patients after renal transplantation. *Ann Vasc Surg*. 2017 Jan;38:130-135. *I helped to interpret the data and provided critical revisions to the manuscript.*

77. Arhuidese I, Obeid T, Nejim B, Locham S, **Hicks CW**, Malas MB. Stenting versus endarterectomy after prior ipsilateral carotid endarterectomy. *J Vasc Surg*. 2017 Jan;65(1):1-11. *I helped to interpret the data and provided critical revisions to the manuscript.*

5

78. Ahmed R, Bae J, **Hicks CW,** Orandi BJ, Atallah C, Chow EK, Massie AB, Lopez J, Higgins RS, Segev D. Here comes the sunshine: industry's payments to cardiothoracic surgeons. *Ann Thorac Surg*. 2017 Feb;103(2):567-572. *I helped to interpret the data provided critical revisions to the manuscript.*

79. **Hicks CW,** Najafian A, Farber A, Menard MT, Malas MB, Black JH III, Abularrage CJ. Below-knee endovascular interventions have better outcomes compared to open bypass for patients with critical limb ischemia. *Vasc Med*. 2017 Feb;22(1):28-34.

80. **Hicks CW,** Magruder JT, Weaver ML, DiBrito SR, Barenski C, Heller JA. Radiofrequency ablation with concomitant stab phlebectomy increases risk of endovenous heat-induced thrombosis. *J Vasc Surg Venous Lymphat Disord*. 2017 Mar;5(2):200-209.

81. Poruk KE, **Hicks CW,** Magruder JT, Rodriguez-Unda N, Burce KB, Azoury SC, Cornell PC, Cooney CM, Eckhauser FE. Creation of a novel risk score for surgical site infection and occurrence after ventral hernia repair. *Hernia*. 2017 Apr;21(2):261-269. *I helped to collect the data, interpret the results, and provide critical revisions to the manuscript.*

82. **Hicks CW,** Bronsert M, Hammermeister KE, Henderson WG, Gibula D, Black JH III, Glebova NO. Operative variables are more important than patient characteristics in driving unplanned readmissions in vascular surgery patients. *J Vasc Surg*. 2017 Apr;65(4):1130-1141.e9. [QI].

83. Arhuidese I, Nejim B, Chavali S, Locham S, Obeid T, **Hicks CW,** Malas MB. Endarterectomy versus stenting in patients with prior ipsilateral carotid artery stenting. *J Vasc Surg*. 2017 May;65(5):1418-1428. *I helped to interpret the data and provided critical revisions to the manuscript.*

84. **Hicks CW,** Malas MB, Jordan WD, Hodgson KJ, Mills JL, Makaroun MS, Fillinger MF. Five-year outcomes of the PYTHAGORAS U.S. clinical trial of the Aorfix endograft for endovascular aneurysm repair in patients with highly angulated aortic necks. *J Vasc Surg*. 2017 Jun;65(6):1598-1607.

85. **Hicks CW,** Mathioudakis N, Canner JK, Sherman RL, Hines KF, Lum YW, Perler BA, Abularrage CJ. The Society for Vascular Surgery Wound, Ischemia, and foot Infection (WIfI) classification system predicts wound healing but not major amputation in patients with diabetic foot ulcers treated in a multidisciplinary setting. *J Vasc Surg*. 2017 Jun;65(6):1698-1705.e1. [QI/SI].

86. **Hicks CW,** Zarkowsky DS, Bostock IC, Stone DH, Black JH III, Eldrup-Jorgensen J, Goodney PP, Malas MB. Endovascular aneurysm repair patients who are lost to follow-up have worse outcomes. *J Vasc Surg*. 2017 Jun;65(6):1625-1635.

87. Craig-Schapiro R, Kamel IR, Sacerdote M, Canner J, Pittman M, **Hicks CW,** Hacker-Prietz A, Hobbs RF, Armour EP, Efron JE, Wick EC, Azad NS, Herman JM, Gearhart SL. Radiographic predictors of response to endoluminal brachytherapy for the treatment of rectal cancer. *J Radiat Oncol*. 2017 Sept;6(3):287-294. *I helped to collect the data, interpret the data, and provided critical revisions to the manuscript.*

88. **Hicks CW,** O'Kelly A, Obeid T, Locham S, Malas MB. Predicting failure to rescue following abdominal aortic aneurysm repair in elderly patients. *J Surg Res*. 2017 Sep;217:265-270.

89. **Hicks CW,** Liu J, Yang WW, DiBrito SR, Johnson DJ, Brito A, Higgins RSD, Frank SM, Wick EC. A comprehensive Choosing Wisely quality improvement initiative to reduce unnecessary transfusions in an academic department of surgery. *Am J Surg*. 2017 Oct;214(4):571-576; [SI/QI].

90. Arhuidese I**, Hicks CW,** Locham S, Obeid T, Nejim B, Malas MB. Long-term outcomes following autogenous versus synthetic lower extremity bypass in patients on hemodialysis. *Surgery*. 2017 Nov;162(5):1071-1079. *I helped to interpret the data, draft the manuscript, and provided critical revisions to the final manuscript.*

91. **Hicks CW,** Kernodle A, Abularrage CJ, Heller JA. A national resident survey about the current state of venous education in vascular surgery training programs. *J Vasc Surg Venous Lymphat Disord*. 2017 Nov;5(6):897-904.e2.

92. **Hicks CW,** Lue J, Glebova NO, Ehlert BA, Black JH III. A 10-year institutional experience with open branched graft reconstruction of aortic aneurysms in connective tissue disorders versus degenerative disease. *J Vasc Surg*. 2017 Nov;66(5):1406-1416.

93. Nejim B, Dakour Aridi H, Locham S, Arhuidese I**, Hicks C,** Malas MB. Carotid artery revascularization in patients with contralateral carotid artery occlusion: Stent or endarterectomy? *J Vasc Surg*. 2017 Dec;66(6):1735-1748.e1. *I helped to interpret the data and provided critical revisions to the manuscript.*

94. **Hicks CW,** Bronsert M, Hammermeister KE, Henderson WG, Black JH, Glebova NO. Temporal trends, determinants, and outcomes of inpatient versus outpatient arteriovenous fistula operations. *Ann Vasc Surg*. 2018 Jan;46:65-74.e1.

95. Pappou EP, Magruder JT, Fu T, **Hicks CW,** Herman JM, Fang S, Wick EC, Safar B, Gearhart SL, Efron JE. Prognostic and predictive clinicopathologic factors of squamous anal canal cancer in HIV-positive and HIV-negative patients: does HAART influence outcomes? World J Surg. 2018 Mar;42(3):876-883. *I helped to collect the data, analyze the data, and provided critical revisions to the final manuscript.*

96. Wang S, **Hicks CW,** Malas MB. Neck diameter and inner curve seal zone predict endograft-related complications in highly-angulated necks after endovascular aneurysm repair. *J Vasc Surg*. 2018 Mar;67(3):760-769. *I helped to interpret the data, draft the manuscript, and provided critical revisions to the final manuscript.*

97. **Hicks CW**, <u>Holscher CM</u>, Canner JK, Sherman RL, Malas MB, Black JH, Mathioudakis N, Abularrage CJ. Unplanned 30-day readmission in patients with diabetic foot wounds treated in a multidisciplinary setting. *J Vasc Surg*. 2018 Mar;67(3):876-886. [QI].

98. **Hicks CW**, Alshaikh HN, Zarkowsky DS, Bostock I, Malas MB. Intensive care unit admission after endovascular aortic aneurysm repair is primarily determined by hospital factors, adds significant cost, and is often unnecessary. *J Vasc Surg*. 2018 Apr;67(4):1091-1101.e4. [SI].

99. **Hicks CW**, Canner JK, Mathioudakis N, Sherman RL, Hines KF, Lippincott C, Black JH, Abularrage CJ. Neighborhood socioeconomic disadvantage is not associated with wound healing in patients with diabetic foot ulcers treated in a multidisciplinary setting. *J Surg Res*. 2018 Apr;224:102-111. [QI/SI].

100. **Hicks CW**, Canner JK, Karagozlu H, Mathioudakis N, Sherman RL, Black JH III, Abularrage CJ. The Society for Vascular Surgery Wound, Ischemia, and foot Infection (WIfI) classification system correlates with cost of care for diabetic foot ulcers treated in a multidisciplinary setting. *J Vasc Surg*. 2018 May;67(5):1455-1462; [SI/QI].

101. **Hicks CW**, Canner JK, Kirkland K, Malas MB, Black JH III, Abularrage CJ. Hemodialysis patients have worse outcomes after infrageniculate revascularization procedures. *J Surg Res*. 2018 Jun;226:72-81.

102. **Hicks CW**, Nejim B, Satinderjit L, Schermerhorn ML, Malas MB. Association between Medicare high-risk criteria and outcomes after carotid revascularization procedures. *J Vasc Surg*. 2018 Jun;67(6):1752-1761.e2.

103. **Hicks CW**, Nejim B, Obeid T, Locham S, Malas MB. Use of a primary carotid stenting technique does not affect perioperative outcomes. *J Vasc Surg*. 2018 Jun;67(6):1736-1743.e1.

104. Bostock I, Zarkowsky DS, **Hicks CW**, Malas MB, Goodney PP. Outcomes and risk factors associated with prolonged intubation after EVAR. *Ann Vasc Surg*. 2018 Jul;50:167-172. *I helped to interpret the data and provided critical revisions to the final manuscript.*

105. Arhuidese I, <u>Kernodle A</u>, Nejim B, Locham S, **Hicks C,** Malas MB. Sex-based outcomes of lower extremity bypass surgery in hemodialysis patients. *J Vasc Surg*. 2018 Jul;68(1):153-160. *I helped to design the study, interpret the data, and provided critical revisions to the final manuscript.*

106. Fesseha B, Abularrage CJ, Hines KF, Sherman R, Frost P, Langan S, Canner J, Likes KC, Hosseini SM, Jack G, **Hicks CW,** Yalamanchi S, Mathioudakis N. Association of hemoglobin A1c and wound healing in diabetic foot ulcers. *Diabetes Care*. 2018 Jul;41(7):1478-1485. I helped to collect the data, interpret the data, and provided critical revisions to the final manuscript.

107. **Hicks CW**, Yang C, Ndumele CE, Folsom AR, Heiss G, Black JH III, Selvin E, Matsushita K. Associations of obesity with incident hospitalized peripheral arterial disease and critical limb ischemia in the in the Atherosclerosis Risk In Communities (ARIC) study. *JAHA*. 2018 Aug 21;7(16):e008644.

108. **Hicks CW,** Canner JK, Mathioudakis N, Sherman R, Malas MB, Black JH III, Abularrage CJ. The Society for Vascular Surgery Wound, Ischemia, and foot Infection (WIfI) classification independently predicts wound healing in diabetic foot ulcers. *J Vasc Surg*. 2018 Oct;68(4):1096-1103. [QI/SI].

109. **Hicks CW**, <u>Weaver ML</u>, Canner JK, Sherman RL, Kines KF, Mathioudakis N, Abularrage CJ. The Society for Vascular Surgery Wound, Ischemia, and foot Infection (WIfI) classification system predicts wound healing better that direct angiosome perfusion in diabetic foot wounds. *J Vasc Surg*. 2018 Nov;68(5):1473-1481. [QI/SI].

110. **Hicks CW**, Nejim B, Aridi HD, Black JH III, Malas MB. Transfemoral carotid artery stents should be used with caution patients with asymptomatic carotid artery stenosis. *Ann Vasc Surg*. 2019 Jan;54:1-11.

111. <u>Holscher CM</u>, Dakour H, **Hicks CW**, Canner JK, Malas MB, Black JH III. Aortic surgery outcomes of Marfan syndrome and Ehlers-Danlos syndrome patients at teaching and non-teaching hospitals. *Ann Vasc Surg*. 2019 Feb;55:175-181.e3. *I helped collect the data, interpret the data, and provided critical revisions of the final manuscript.*

112. Lee GC, <u>Deery SE</u>, Kunitake H, **Hicks CW**, Olariu AG, Savitt LR, Ananthakrishnan AN, Ricciardi R, Hodin RA, Bordeianou LG. Comparable perioperative outcomes, long-term outcomes, and quality of life in a retrospective analysis of ulcerative colitis patients following 2-stage versus 3-stage proctocolectomy with ileal pouch-anal anastomosis. *Int J Colorectal Dis 2019*. 2019 Mar;34(3):491-499. *I helped collect the data, interpret the data, and provided critical revisions of the final manuscript.*

113. De Freitas S, **Hicks CW**, Mouton R, Garcia S, Healy D, Connolly C, Thomas KN, Walsh SR. Effects of ischemic preconditioning on abdominal aortic aneurysm repair: a systematic review and meta-analysis. *J Surg Res*. 2019 Mar;235:340-349. *I helped to interpret the data and provided critical revisions of the final manuscript.*

114. **Hicks CW**, Canner JK, Lum YW, Perler BA, Black JH III, Abularrage CJ. Drug-eluting stents are associated with improved outcomes for the treatment of infrainguinal bypass graft stenoses. *J Vasc Surg*. 2019 Mar;69(3):875-882.

115. Zarkowsky DS, **Hicks CW**, Bostock I, Malas MB, Goodney PP. Extending endovascular aneurysm repair to more patients without better outcomes. *J Vasc Surg*. 2019 May;69(5):1412-1420.e1. *I helped to interpret the data and provided critical revisions of the final manuscript.*

116. **Hicks CW**, Etra J, Cooper MA, Arnold M, Reifsnyder T. Feasibility and outcomes of femoral vein harvest for dialysis access and arterial reconstruction. *J Surg Res*. 2019 May;237:50-55.

117. **Hicks CW**, Osgood MJ, Abularrage CJ, Lum Y, Call D, Black JH. Duplex ultrasound assessment and outcomes of renal malperfusion syndromes after acute aortic dissection. *Ann Vasc Surg*. 2019 May;57:118-128.

118. **Hicks CW**, Alshaikh H, <u>DiBrito SR</u>, Zarkowsky D, Malas M. Elective infrainguinal lower extremity bypass for claudication is associated with high postoperative intensive care utilization. *J Vasc Surg*. 2019 Jun;69(6):1863-1873.e1. [QI/SI].

119. Nejim B, Zarkowsky DS, **Hicks CW**, Locham S, Dakour H, Malas MB. Predictors of in-hospital adverse events following endovascular aortic aneurysm repair. *J Vasc Surg*. 2019 Jul;70(1):80-91. *I helped to interpret the data and provided critical revisions of the final manuscript.*

120. **Hicks CW**, Canner JK, Mathioudakis N, Sherman RL, Hines KF, Lippincott C, Black JH, Abularrage CJ. Quantifying the costs and profitability of care for diabetic foot ulcers treated in a multidisciplinary setting. *J Vasc Surg*. 2019 Jul;70(1):233-240. [QI/SI].

121. **Hicks CW**, <u>Weaver ML</u>, Fritz J, Black JH III, Lum YW. Local anesthetic block of the anterior scalene muscle increases muscle height in patients with neurogenic thoracic outlet syndrome. *Ann Vasc Surg*. 2019 Aug;59:28-35

122. **Hicks CW**, Pozo ME, Bae S, <u>DiBrito SR</u>, Abularrage CJ, Segev DL, Garonzik-Wang J, Reifsnyder T. Practice patterns in arteriovenous fistula ligation among kidney transplant recipients in the United States Renal Data Systems. *J Vasc Surg*. 2019 Sep;70(3):842-852.e1. [SI].

123. **Hicks CW**, Wang P, <u>Kernodle A</u>, Lum YW, Black JH III, Makary MA. Assessment of use of arteriovenous graft vs. arteriovenous fistula for first-time permanent hemodialysis access. *JAMA Surg*. 2019 Sep 1;154(9):844-851. [QI].

124. **Hicks CW**, Canner JK, Karagozlu H, Mathioudakis N, Sherman R, Black JH, Abularrage CJ. Contribution of 30-day readmissions to the increasing costs of care for the diabetic foot. *J Vasc Surg*. 2019 Oct;70(4):1263-1270. [QI].

125. **Hicks CW**, Canner JK, Lum YW, Black JH III, Abularrage CJ. Long-term outcomes of an endovascular-first approach for diabetic patients with predominantly tibial disease treated in a multidisciplinary setting. *Ann Vasc Surg*. 2019 Oct;60:315-326.e2. [QI].

126. **Hicks CW**, Canner JK, Mathioudakis N, Lippincott C, Sherman R, Black JH, Abularrage CJ. Incidence and risk factors associated with ulcer recurrence among patients with diabetic foot ulcers treated in a multidisciplinary setting. *J Surg Res*. 2019 Oct 11;246:243-250. [QI].

127. Mann M, Wang P, Schul M, Khilnani N, Park A, Makary MA, **Hicks CW**. Significant physician practice variability in the utilization of endovenous thermal ablation in the 2017 Medicare population. *J Vasc Surg Venous Lymphat Disord*. 2019 Nov;7(6):808-816.e1. [QI].

128. <u>Holscher CM</u>, Canner JK, Garonzik-Wang JM, Abularrage CJ, Black JH III, **Hicks CW.** Temporal trends and hospital costs associated with an endovascular-first approach for acute limb ischemia. *J Vasc Surg*. 2019 Nov;70(5):1506-1513.e1.

129. **Hicks CW**, Daya NR, Black JH III, Heiss G, Matsushita K, Selvin E. Race and sex-based disparities associated with carotid endarterectomy in the Atherosclerosis Risk in Communities (ARIC) Study. *Atherosclerosis*. 2020 Jan;292:10-16.

130. **Hicks CW**, <u>Holscher CM</u>, Wang P, Black JH III, Abularrage CJ, Makary MA. Overuse of early peripheral vascular interventions for claudication. *J Vasc Surg*. 2020 Jan;71(1):121-130.e1. [QI].

131. Nejim B, **Hicks CW**, Arhuidese I, Locham S, Dakour-Aridi H, Malas M. Outcomes of infrainguinal lower extremity bypass are superior in kidney transplant recipients than patients with dialysis. Ann Vasc Surg. 2020 Feb;63:209-217. *I helped to interpret the data and provided critical revisions of the final manuscript.*

132. **Hicks CW**, Wang D, Daya N, Windham BG, Ballantyne C, Matsushita K, Selvin E. Associations of cardiac, kidney, and diabetes biomarkers with peripheral neuropathy among older adults in the Atherosclerosis Risk in Communities (ARIC) study. *Clin Chem*. 2020 May 1;66(5):686-696.

133. <u>Sorber R</u>, Dougherty G, Stobierski D, Kang C, **Hicks CW**, Lum YW. Cost awareness of common supplies is severely impaired among all members of the surgical team. *J Surg Res*. 2020 Jul;251:281-286. *I helped to interpret the data and provided critical revisions of the final manuscript.*

134. **Hicks CW**, Wang P, Bruhn WA, Abularrage CJ, Lum YW, Perler BA, Black JH III, Makary MA. Race and socioeconomic disparities associated with peripheral vascular interventions for claudication. *J Vasc Surg*. 2020 Aug;72(2):611-621.e5.

135. <u>Sorber R</u>, Alshaikh H, Nejim B, Abularrage CJ, Black JH III, Malas MB, **Hicks CW**. Quantifying the risk-adjusted hospital costs of postoperative complications after lower extremity bypass in patients with claudication. *J Vasc Surg*. 2020 Sep 12;S0741-5214(20)32016-4. [QI/SI].

136. Chun TT, Juelson DR, Rigber D, Lawrence PF, Cuff R, Shalhub S, e al. Managing central venous access during a health care crisis. *J Vasc Surg*. 2020 Oct;72(4):1184-1195.e3.

137. Lane K, Abusamaan MS, Voss BF, Al-Hajri N, Gopakumar S, Le JT, Gill S, Blanck J, Prichett L, **Hicks CW**, Sherman RL, Abularrage CJ, Methioudakis NN. Glycemic Control and Diabetic Foot Ulcer Outcomes: A Systematic Review and Meta-analysis of observational studies. *J Diabetes Complications*. 2020 Oct;34(10):107638. *I helped to interpret the data and provided critical revisions of the final manuscript.*

138. Mallick D, Holscher C, Canner JK, Zarkowsky D, Abularrage CJ, **Hicks CW**. Sex does not impact perioperative transfemoral carotid artery stenting outcomes among octogenarians. *J Vasc Surg*. 2020 Oct;72(4):1405-1412.

139. **Hicks CW**, Zhang G, Canner JK, Mathioudakis N, Sherman R, Abularrage CJ. Outcomes and predictors of wound healing among patients with complex diabetic foot wounds treated with Integra® Dermal Regeneration Template. *Plast Reconstr Surg*. 2020 Oct;146(4):893-902. [QI].

140. Ramirez JL, Zarkowsky DS, Sorrentino T, **Hicks CW**, Vartanian SM, Gasper WJ, Conte MS, Iannuzzi JC. Antegrade common femoral artery closure device use is associated with decreased complications. *J Vasc Surg*. 2020 Nov;72(5):1610-1617.e1. *I helped to interpret the data and provided critical revisions of the final manuscript.*

141. Ning X, Ding N, Ballew S, **Hicks CW**, Coresh J, Selvin E, Pankow J, Tang W, Matsushita K. Diabetes, its duration, and the long-term risk of abdominal aortic aneurysm: the Atherosclerosis Risk in Communities (ARIC) study. *Atherosclerosis*. 2020 Nov;313:137-143. *I helped to interpret the data and provided critical revisions of the final manuscript.*

142. Guiliano K, Sorber R, **Hicks CW**, Abularrage CJ, Lum YW, Black JH. Poor concordance of contemporary performance measures in detecting complications in complex endovascular aortic repair. *J Vasc Surg*. 2020 Dec 16;S0741-5214(20)32594-5. *I helped to interpret the data and provided critical revisions of the final manuscript.*

143. Clement KC, Canner JK, Sussman MS, **Hicks CW**, Sandhu HK, Estrera AL, Coselli JS, Chatterjee S. Persistent opioid use after open aortic surgery: risk factors, costs and consequences. *Ann Thorac Surg*. 2020 Dec 15:S0003-4975(20)32107-X.

144. Sorber R, Giuliano KA, **Hicks CW**, Black JH III. Patient safety indicators are an insufficient performance metric to track and grade outcomes of open aortic repair. *J Vasc Surg*. 2021 Jan;73(1):240-249.e5. [QI/SI].

145. Holscher CM, Weaver ML, Black JH, Abularrage CJ, Lum Y, Refisnyder T, Zarkowsky DS, **Hicks CW**. Regional market competition is associated with aneurysm diameter at time of EVAR. *Ann Vasc Surg*. 2021 Jan;70:190-196. [QI].

146. Zarkowsky D, Nejim B, Hubara I, **Hicks CW**, Goodney P, Malas M. Deep learning and multivariable models select EVAR patients for short-stay discharge. *Vasc Endovascular Surg*. 2021 Jan;55(1):18-25. *I helped to interpret the data and provided critical revisions of the final manuscript.*

147. **Hicks CW**, Wang D, Windham BG, Selvin E. Association of peripheral neuropathy with erectile dysfunction in US men. *Am J Med* 2021 Feb;134(2):282-284.

148. Sorber R, Clemens MS, Wang P, Makary MA, **Hicks CW**. Contemporary trends in physician utilization rates of CEA and CAS for asymptomatic carotid stenosis among Medicare beneficiaries. *Ann Vasc Surg*. 2021 Feb;71:132-144. [QI/SI].

149. Zhang GQ, Canner JK, Haut E, Sherman RL, Abularrage CJ, **Hicks CW**. Impact of geographic socioeconomic disadvantage on outcomes on minor amputation outcomes in patients with diabetes. *J Surg Res*. 2021 Feb;258:38-46. [QI/SI].

150. **Hicks CW**, Wang D, Matsushita K, Windham BG, Selvin E. Peripheral neuropathy and all-cause and cardiovascular mortality in US adults: a prospective cohort study. *Ann Int Med*. 2021 Feb;174(2):167-174.

151. **Hicks CW**, Holscher C, Wang P, Dun C, Abularrage C, Black JH, Hodgson K, Makary M. Use of atherectomy during index peripheral vascular interventions. *JACC Cardiovasc Interv*. 2021 Mar 22;14(6):678-688.

152. **Hicks CW**, Ding N, Kwak L, Ballew S, Kalbaugh CA, Folsom AR, Heiss G, Coresh J, Black JH, Selvin E, Matsushita K. Risk of peripheral artery disease according to race and sex: The Atherosclerosis Risk in Communities (ARIC) study. *Atherosclerosis*. 2021 May;324:52-57.

153. Bigelow BF, Siegel N, Toci GR, Elsner JA, **Hicks CW**, Abularrage CJ. Bibliometric review of medical student research before matching integrated vascular surgery. *J Surg Res*. 2021 Jul;263:251-257. *I helped to interpret the data and provided critical revisions of the final manuscript.*

154. Zarkowsky DS, Sorber R, Ramirez JL, Goodney PP, Iannuzzi JC, Wohlauer M, **Hicks CW**. Aortic neck IFU violatios during EVAR for ruptured infrarenal aortic aneurysms are associated with increased in-hospital mortality. *Ann Vasc Surg*. 2021 Aug;75:12-21.

155. **Hicks CW**, Zhang G, Canner JK, Weaver ML, Lum YW, Black JH, Abularrage CJ. The Global Anatomic Staging System does not predict limb-based patency of tibial endovascular interventions. *Ann Vasc Surg*. 2021 Aug;75:79-85.

156. **Hicks CW**, Al-Qunaibet A, Ding N, Kwak L, Folsom AR, Tanaka H, Wright JD, Mosley T, Wagenknecht LE, Tan W, Heiss G, Matsushita K. Symptomatic and asymptomatic peripheral artery disease and the risk of abdominal aortic aneurysm: The Atherosclerosis Risk in Communities (ARIC) study. *Atherosclerosis*. 2021 Sep;333:32-38.

157. **Hicks CW**, Wang D, Windham BG, Matsushita K, Selvin E. Prevalence of peripheral neuropathy defined by monofilament insensitivity in middle-aged and older adults in two US cohorts. *Sci Rep*. 2021 Sep 27;11(1):19159.

158. **Hicks CW**, Canner JK, Sherman RL, Black JH, Lum YW, Abularrage CJ. Evaluation of revascularization benefit quartiles using the WIfI classification system for diabetic patients with chronic limb-threatening ischemia. *J Vasc Surg*. 2021 Oct;74(4):1232-1239.e3.

159. Ramirez JL, Smith EJT, Zarkowsky DS, Lopez J, **Hicks CW**, Schneider PA, Conte MS, Iannuzzi JC. Closure device use for common femoral artery antegrade access is higher risk than retrograde access. *Ann Vasc Surg.* 2021 Oct;76:49-58.

160. Zhang GQ, Canner JK, Haut E, Sherman RL, Abularrage CJ, **Hicks CW**. Geographic socioeconomic disadvantage is associated with adverse outcomes following major amputation in diabetic patients. *J Vasc Surg.* 2021 Oct;74(4):1317-1326.e1.

161. Sorber R, Canner JK, Abularrage CJ, Shireman PK, Segev DL, Black JH, Woo K, **Hicks CW**. Quantifying the costs of creating and maintaining hemodialysis access in an all-payer rate-controlled health system. *Ann Vasc Surg.* 2021 Oct;76:142-151.

162. Sorber R, Weaver ML, Canner JK, Campbell B, Iii JHB, Hicks CW, Lum YW. Specialty Mediated 30-Day Complications in First Rib Resection for Thoracic Outlet Syndrome. *J Surg Res.* 2021 Dec;268:214-220. *I helped to interpret the data and provided critical revisions of the final manuscript.*

163. Mallela DP, Bose S, Shallal CC, Goldsborough E, Xun H, Chen J, Stonko DP, Brandacher G, Sacks J, Kang SH, **Hicks CW**. A systematic review of sutureless vascular anastomosis technologies. Semin Vasc Surg. 2021 Dec;34(4):247-259.

164. Vervoort D, Canner JK, Haut ER, Black JH III, Abularrage CJ, Zarkowsky DS, Iannussi JC, **Hicks CW**. Racial disparities associated with interventions after elective endovascular aortic aneurysm repair. *J Surg Res.* 2021 Dec;268:381-388.

165. Stonko DP, Dun C, Walsh C, Schul M, Blebea J, Boyle EM, Makary MA, **Hicks CW**. Evaluation of a Physician Peer-Benchmarking Intervention for Practice Variability and Costs for Endovenous Thermal Ablation. JAMA Netw Open. 2021 Dec 1;4(12):e2137515.

166. Sorber R, Bowen CJ, **Hicks CW**, Black JH 3rd. Connective tissue disease type mediates branch patency of grafts in open thoracoabdominal aortic reconstruction. *J Vasc Surg.* 2022 Jan;75(1):90-98. *I helped to collect the data, interpret the data, and provided critical revisions of the final manuscript.*

167. Mallela DP, Canner JK, Zarkowsky DS, Haut ER, Abularrage CJ, **Hicks CW**. Association of race with perioperative outcomes following carotid endarterectomy for asymptomatic carotid artery stenosis in NSQIP. *J Am Coll Surg.* 2022 Jan 1;234(1):65-73.

168. Deery SE, Holscher CM, Nejim B, Zettervall SL, Aranson NJ, Zarkowsky DS, Abularrage CJ, **Hicks CW**. Perioperative and one-year outcomes are similar for women and men following transcarotid artery revascularization in symptomatic and asymptomatic patients. *J Vasc Surg.* 2022 Feb;75(2):572-580.e3.

169. **Hicks CW**, Wang D, Matsushita K, McEvoy JW, Christenson R, Selvin E. Glycated albumin and HbA1c as markers of lower extremity disease in US adults with and without diabetes. Diabetes Res Clin Pract. 2022 Feb;184:109212.

170. Deery SW, Goldsborough E, Dun C, Abularrage CJ, Black JH, Makary MA, **Hicks CW**. Use of intravascular ultrasound during first-time femoropopliteal peripheral vascular interventions among Medicare beneficiaries. *Ann Vasc Surg.* 2022 Mar;80:70-77.

171. Federova E, Zhang GQ, Shireman PK, Woo K, **Hicks CW**. Association of preoperative vein mapping with hemodialysis access characteristics and outcomes in the vascular quality initiative. *J Vasc Surg.* 2022 Apr;75(4):1395-1402.e5.

172. Deery SE, **Hicks CW**, Canner JK, Lum YW, Black JH, Abularrage CJ. Patient-centered clinical success following lower extremity revascularization for complex diabetic foot wounds treated in a multidisciplinary setting. *J Vasc Surg.* 2022 Apr;75(4):1377-1384.e1. *I helped to design the study, interpret the data, and provide critical revisions of the final manuscript.*

173. Kawaji Q, Dun C, Walsh C, Sorber RA, Stonko DP, Abularrage CJ, Black JH 3rd, Perler BA, Makary MA, **Hicks CW**. Index atherectomy peripheral vascular interventions performed for claudication are associated with more reinterventions than nonatherectomy interventions. J Vasc Surg. 2022 Mar 8:S0741-5214(22)00401-3. E-pub ahead of print.

174. **Hicks CW**, Wang D, Schneider ALC, Johansen MC, Gottesman RF, Matsushita K, Coresh J, Windham BG, Selvin E. Associations of peripheral neuropathy defined by monofilament insensitivity with mild cognitive impairment and dementia in older adults. Dement Geriatr Cogn Disord. 2022 Mar 28:1-9. E-pub ahead of print.

175. Zhang GQ, Bose S, Stonko DP, Abularrage CJ, Zarkowsky DS, **Hicks CW**. Transcarotid artery revascularization is associated with similar outcomes to carotid endarterectomy regardless of patient risk status. J Vasc Surg. 2022 Mar 31:S0741-5214(22)01354-4. E-pub ahead of print.

176. Bose S, Dun C, Zhang GQ, Walsh C, Makary MA, **Hicks CW**. Medicare Beneficiaries in disadvantaged neighborhoods increased telemedicine use during the COVID-19 pandemic. Health Aff (Millwood). 2022 May;41(5):635-642.

177. **Hicks CW**, Wang D, Lin FR, Reed N, Windham BG, Selvin E. Peripheral neuropathy and vision and hearing impairment in US adults. *Am J Epidemiol.* In press.

Review Articles

1. **Hicks CW**, Rome ES. Human papillomavirus vaccine: the current picture. *The Female Patient*. 2009 Oct;34(10), 34-39.
2. **Hicks CW** and Rome ES. Menstrual manipulation: options for suppressing the cycle. *Cleve Clin J Med*. 2010 Jul;77(7):445-53.
3. **Hicks CW**, Rome ES. Is a teen entitled to confidentiality? Know the legal challenges associated with providing care to adolescents. *Contemp Pediatr*. 2011 Sept; 28(3):56-70.
4. Sweeney DA, **Hicks CW**, Xizhong C, Li Y, Eichacker PQ. Anthrax infection. *Am J Respir Crit Care Med*. 2011 Dec 15;184(12):1333-41. *I helped to draft the manuscript and provided critical revisions to the final manuscript*.
5. Bordeianou L, **Hicks CW**, Kaiser AM, Alavi K, Sudan R, Wise PE. Rectal prolapse: an overview of clinical features, diagnosis, and patient-specific management strategies. *J Gastrointest Surg*. 2014 May;18(5):1059-69. *I helped to draft the manuscript and provided critical revisions to the final manuscript*.
6. **Hicks CW**, Rosen M, Ko C, Wick EC. Improving safety and quality of care with enhanced teamwork through operating room briefings. *JAMA Surg*. 2014 Aug;149(8):863-8.
7. **Hicks CW**, Wick EC, Salvatori R, Ha CY. Perioperative corticosteroid management for inflammatory bowel disease patients. *Inflamm Bowel Dis*. 2015 Jan;21(1):221-8.
8. **Hicks CW**, Lum YW. Patient reported outcomes in vascular surgery. *Semin Vasc Surg*. 2015 Jun;28(2):122-33.
9. <u>Weaver ML</u>, **Hicks CW,** Lum YW. Surgical updates on thoracic outlet syndrome. *Curr Surg Rep*. 2016 June; 4(27). *I helped to draft the manuscript and provided critical revisions to the final manuscript*.
10. Cooper M, **Hicks C**, Ratchford EV, Salameh MJ, Malas M. Diagnosis and treatment of uncomplicated Type B aortic dissection. *Vas Med*. 2016 Dec;21(6):547-552. *I helped to draft the manuscript and provided critical revisions to the final manuscript*.
11. **Hicks CW**, Taylor J, Heller JA. The hemodynamic effects of pregnancy on the lower extremity venous system. *J Vasc Surg Venous Lymphat Disord*. 2018 Mar;6(2):246-255.
12. **Hicks CW**, Black JH III. (2018). Aortic dissection. *BMJ Best Practice*. 2018. https://bestpractice.bmj.com/topics/en-gb/445.
13. **Hicks CW**, Black JH III, Ratchford EV. Popliteal entrapment syndrome. *Vasc Med*. 2019. 2019 Apr;24(2):190-194.
14. **Hicks CW**, Selvin E. Epidemiology of peripheral neuropathy and lower extremity disease in diabetes. *Curr Diab Rep*. 2019 Aug 27;19(10):86.
15. Matsushita K, Pradhan A, Kwan T, **Hicks CW**, Hess C, Ujeta F, Aboyans V, McDermott M, Misra S. Peripheral artery disease: contemporary epidemiology, management gaps, and future directions. *JAHA*. In press.
16. **Hicks CW**, Vavra AK, Golsborough E, Rebuffatti M, Almeida J, Duwayri YM, Haurani M, Ross CB, Shah S, Shireman PK, Smolock CJ, Yi J, Woo K. Current status of patient-reported outcome measures in vascular surgery. *J Vasc Surg*. Under revision.
17. Johansen KL, Garimella PS, **Hicks CW**, Kalra PA, Kelly DM, Martens S, Matsushita K, Sarafidis P, Sood MM, Herzog CA, Cheung M, Jadoul M, Winkelmayer WC, Reinecke H; Conference Participants. Central and peripheral arterial diseases in chronic kidney disease: conclusions from a Kidney Disease: Improving Global Outcomes (KDIGO) Controversies Conference. Kidney Int. 2021 Jul;100(1):35-48.
18. Criqui MH, Matsushita K, Aboyans V, Hess CN, **Hicks CW**, Kwan TW, McDermott MM, Misra S, Ujeta F; American Heart Association Council on Epidemiology and Prevention; Council on Arteriosclerosis, Thrombosis and Vascular Biology; Council on Cardiovascular Radiology and Intervention; Council on Lifestyle and Cardiometabolic Health; Council on Peripheral Vascular Disease; and Stroke Council. Lower Extremity Peripheral Artery Disease: Contemporary Epidemiology, Management Gaps, and Future Directions: A Scientific Statement From the American Heart Association. Circulation. 2021 Aug 31;144(9):e171-e191.
19. **Hicks CW**, Clark TWI, Cooper CJ, de Bhailís ÁM, De Carlo M, Green D, Małyszko J, Miglinas M, Textor SC, Herzog CA, Johansen KL, Reinecke H, Kalra PA. Atherosclerotic Renovascular Disease: A KDIGO (Kidney Disease: Improving Global Outcomes) Controversies Conference. Am J Kidney Dis. 2021 Aug 9:S0272-6386(21)00776-9.
20. **Hicks CW**, Vavra AK, Goldsborough E 3rd, Rebuffatti M, Almeida J, Duwayri YM, Haurani M, Ross CB, Shah SK, Shireman PK, Smolock CJ, Yi J, Woo K. Current status of patient-reported outcome measures in vascular surgery. J Vasc Surg. 2021 Nov;74(5):1693-1706.e1.
21. <u>Sorber R</u>, **Hicks CW**. Diagnosis and Management of Acute Aortic Syndromes: Dissection, Penetrating Aortic Ulcer, and Intramural Hematoma. Curr Cardiol Rep. 2022 Mar;24(3):209-216.

<span style="color:#2E74B5">Case Reports</span>

1. **Hicks CW**, Krakovitz PR, Reid JR, Rome ES. Facial asymmetry involving the parotid gland of an infant. *Clin Pediatr (Phila)*. 2010 Sep;49(9):904-6.
2. **Hicks CW,** Garcia L, Howley I, Olino K, Atallah C, Sopko N, Efron D, Stevens KA. Traumatic hemoperitoneum. *JAMA Surg*. Jun;149(6):615-6.
3. **Hicks CW,** Velopulos CG, Sacks JM. Mesenteric calcification following abdominal stab wound. *Int J Surg Case Rep*. 2014 Jun 11;5(8):476-479.

4. Bennett J, **Hicks CW**, Lee L, Marohn MR. A unique case of solitary transverse colon perforation in Behcet's disease: a case report. *Austin J Gastroenterol*. 2014 Aug;1(3): 3. *I helped to draft the manuscript and provided critical revisions to the final manuscript.*

5. Poruk KE, Mayo SC, **Hicks CW**, Cornell P, Eckhauser FE. Surgical management of a giant inguinoscrotal hernia: a case report. *Case Studies in Surgery*. 2016 June; 2(3):27-30. *I helped to draft the manuscript and provided critical revisions to the final manuscript.*

6. **Hicks CW**, Glebova NO, Perosi N, Malas MB. Use of an endovascular graft converter for primary repair of a complex right aorto-iliac aneurysm. *J Vasc Surg*. 2016 Jun;63(6):1637.

7. Weaver ML, **Hicks CW**, Ates DO, Heller JA. Diffuse drug-induced dermatitis following sclerotherapy for telangiectasias. *J Vasc Endovascular Surg*. 2016 Aug;1(3:17):1-3. *I helped to draft the manuscript and provided critical revisions to the final manuscript.*

8. **Hicks CW**, Lum YW, Heller JA. Herpes simplex virus following stab phlebectomy. *Phlebology*. 2017 Mar;32(2):141-143.

9. Wang S, Kernodle A, **Hicks CW**, Black JH III. Endovascular repair of tortuous recurrent femoral-popliteal aneurysm in a patient with Loeys-Dietz syndrome. *J Vasc Surg Cases Innov Tech*. 2018 Apr 30;4(2):156-159. *I helped to draft the manuscript and provided critical revisions to the final manuscript.*

10. He S, Efron D, **Hicks CW**. Primary aortoenteric fistula. *J Vasc Surg Cases and Inn Tech*. 2019 Nov 22;5(4):538-539.

11. Isaac AL, Hicks CW. Healing an open TMA wound with split-thickness skin grafting. *American Limb Preservation Society.* 2021 Sept(10). Accessible at https://limbpreservationsociety.org/resources/case-studies/healing-an-open-tma-wound-with-split-thickness-skin-grafting/.

## Book Chapters

1. **Hicks CW** and Eichacker PQ. (2012). Anthrax: a comprehensive overview. In Vincent JL, Hall JB (Eds): Encyclopedia of Intensive Care Medicine (pp. 192-196). Heidelberg, Germany: Springer DE.

2. **Hicks CW** and Rome ES. (2012). Dysmenorrhea and pelvic pain in the adolescent. In Bravender T, Berlan E (Eds): Adolescent Medicine Today: A Guide to Caring for the Adolescent Patient (pp. 65-82). Hackensack, NJ: World Scientific Publishing Company, Inc.

3. **Hicks CW** and Rome ES. (2012). Chronic pelvic pain in the adolescent. In Sultan C (ed): Pediatric and Adolescent Gynecology. Evidence- Based Clinical Practice. 2nd, revised and extended edition. (pp. 230-250). Endocr Dev. Basel, Karger.

4. **Hicks CW** and Haider A. (2013). Damage control operations. Cameron JL, Cameron AM (Eds): Current Surgical Therapy, 11e (Current Therapy) (1061-1066). Philadelphia, PA: Elsevier Saunders.

5. **Hicks CW** and Efron, JE. (2013). Leaking gastrointestinal anastomoses: large bowel and rectum. Schein M, Rogers PN, Leppäniemi A, Rosin D (Eds): Schein's Common Sense Prevention and Management of Surgical Complications (134-143). Shrewsbury, UK: TFM Publishing Ltd.

6. Remy KE, **Hicks C,** and Eichacker PQ. (2015) Anthrax infection. S. K. Singh (Ed): Human Emerging and Re-emerging Infections: Viral and Parasitic Infections, Volume I. Hoboken, NJ: John Wiley & Sons, Inc. *I helped to draft the chapter and provided critical revisions to the final manuscript.*

7. **Hicks CW** and Lum YW. (2016). Thoracic outlet syndromes. Cameron JL, Cameron AM (Eds): Current Surgical Therapy, 12e (Current Therapy) (1052-1058). Philadelphia, PA: Elsevier Saunders.

8. **Hicks CW** and Efron, JE. (2017). Colorectal interventions: rectovaginal fistulas. Gordon DA, Katlic MR (Eds): Pelvic Floor Dysfunction and Pelvic Surgery in the Elderly (371-385). Heidelberg, Germany: Springer.

9. **Hicks CW** and Malas MB. (2019). Cerebrovascular disease: carotid artery stenting. Sidawy AN, Perler BA (Eds): Rutherford's Vascular Surgery, 9th Edition (1215-1233). Philadelphia, PA: Elsevier Saunders.

10. Sorber R, **Hicks CW**. (2019). Brachiocephalic reconstructions. Cameron JL, Cameron AM (Eds): Current Surgical Therapy, 13e (Current Therapy). Philadelphia, PA: Elsevier Saunders.

11. **Hicks CW**, Abularrage CJ (2021). Large vessel vasculitis. Cronenwatt JL, Farber A (Eds): Vascular Decision Making: Medical, Endovascular and Surgical. Philadelphia, PA: Elsevier Saunders. Wolters Kluwer.

12. Stonko D, **Hicks CW**. (2022). Ruptured abdominal aortic aneurysm. Cameron JL, Cameron AM (Eds): Current Surgical Therapy, 14e (Current Therapy). Philadelphia, PA: Elsevier Saunders.

## Books

**Hicks CW**, Harris L (Eds): Vascular Disease in Women: An Overview of the Literature and Treatment Recommendations. (2021). Philadelphia, PA: Elsevier Saunders.

## Editorials

1. Wick EC, **Hicks CW**, Bosk CL. Surgical site infection monitoring: Are 2 systems better than 1? *JAMA Surg*. 2013 Dec;148(12):1085-6. *I helped to draft the manuscript and provided critical revisions to the final manuscript.*

2. **Hicks CW,** Wick EC. Standardized quality performance metrics: beware of the pitfalls. *J Surg Res.* 2013 Dec;185(2):524-5.
3. **Hicks CW,** Makary MA. A prophet to modern medicine: Ernest A. Codman's message of healthcare registries and the golden ostrich of overtreatment. *BMJ.* 2013 Dec 18;347:f7368.
4. **Hicks CW,** Woo K, Rathbun J, Johnson B. ACA repeal will not affect MACRA. *J Vasc Surg.* 2017 Jun;65(6):1858.
5. **Hicks CW,** Woo K, Rathbun J, Johnson B. MIPS cost measures for 2018. *J Vasc Surg.* 2018 Apr;67(4):1311.
6. **Hicks CW,** Schul M, Woo K. A close-up view of MIPS for the venous physician. *J Vasc Surg Venous Lymphat Disord.* 2019 Mar;7(2):277-281.
7. **Hicks CW.** Finding actionable meaning in reported geographic variation for amputation rates. *J Vasc Surg.* 2020 May;71(5):1718.
8. **Hicks CW.** Palliative care consults should be considered standard of care for patients presenting with ruptured abdominal aortic aneurysms. *Surgery.* 2020 Aug;168(2):237.
9. DiBrito SR, **Hicks CW.** The American Board of Surgery certifying exam: embrace technology, eradicate bias. *Surgery.* 2020 Aug 28:S0039-6060(20)30470-0. [Epub ahead of print].
10. **Hicks CW.** The continued plague of active smoking at the time of interventions for intermittent claudication. *J Vasc Surg.* 2021 May;73(5):1769-1770.
11. **Hicks C,** Wohlauer M. Introduction. Semin Vasc Surg. 2021 Jun;34(2):1-2.
12. **Hicks C.** Introduction to this Issue of Seminars in Vascular Surgery. Semin Vasc Surg. 2021 Sep;34(3):61-62.
13. **Hicks CW.** Adding more fuel to the atherectomy fire. J Vasc Surg. 2021 Sep;74(3):1006-1007.
14. **Hicks CW,** Plichta JK, Santry HP. Long road ahead for diversity efforts in surgery. Am J Surg. 2022 Mar 23:S0002-9610(22)00197-0.

## Methods and Techniques, "How I Do It" articles
1. **Hicks CW,** Hashimoto K, Eghtesad B, Miller C, Tzakis A, Quintini C. Use of three-dimensional imaging reconstruction in the treatment of advanced intra-abdominal desmoid tumors. *Surgery.* 2012 Apr;151(4):625-7.
2. **Hicks CW,** Choti MA. Application of a silicone penrose drain guide for vascular stapling during hepatic surgery: How I do it. *J Gastrointest Surg.* 2014 Feb;18(2):411-3.
3. **Hicks CW,** Burkhart RA, Weiss MJ, Wolfgang CL, Cameron AM, Pawlik TM. Management of type 9 hepatic arterial anatomy at the time of pancreaticoduodenectomy: considerations for preparation and reconstruction of a completely replaced common hepatic artery. *J Gastrointest Surg.* 2016 Jul;20(7):1400-4.
4. Zhang GQ, **Hicks CW.** Outcomes 101: A brief guide for conducting an outcomes research project as a surgeon-scientist in training. Am J Surg. 2022 Mar 18:S0002-9610(22)00161-1.

## Letters, Correspondence
1. **Hicks CW,** Malas MB. In-hospital mortality after elective abdominal aortic aneurysm repair-reply. *JAMA Surg.* 2017 Jan 1;152(1):114-115.
2. **Hicks CW,** Black JH. Reply (re: A 10-year institutional experience with open branched graft reconstruction of aortic aneurysms in connective tissue disorders versus degenerative disease). *J Vasc Surg.* 2018 Mar; 67(3):992.
3. **Hicks CW.** Reply (re: More on the debate of ligating arteriovenous fistula in kidney transplant recipients). J Vasc Surg. 2019 Nov;70(5):1729.
4. **Hicks CW,** Makary MA. Response to letter to the editor re: overuse of early peripheral vascular interventions for claudication. *J Vasc Surg.* 2020 Apr 3. [Epub ahead of print].
5. Sherman RL, **Hicks CW,** Abularrage CJ. Reply: Outcomes and Predictors of Wound Healing among Patients with Complex Diabetic Foot Wounds Treated with a Dermal Regeneration Template (Integra). Plast Reconstr Surg. 2021 Jul 1;148(1):149e.

## Media Releases and Interviews
1. The fingerprints of breast cancer. http://www.a-zbreastcancer.com/articles/afingerprints.htm. Canada Newswire 09/2002.
2. Pregnant? 5 tips to keep your circulation healthy. https://vascular.org/news-advocacy/pregnant-5-tips-keep-your-circulation-healthy. Society for Vascular Surgery 03/26/2018.
3. Obesity may increase risk for peripheral artery disease. https://www.heart.org/en/news/2018/08/09/obesity-may-increase-risk-for-peripheral-artery-disease. American Heart Association News 08/09/2018.
4. Expanded option for treating peripheral artery disease. https://www.hopkinsmedicine.org/news/articles/expanded-options-for-treating-peripheral-artery-disease. Johns Hopkins Medicine News & Publications 04/10/2019.
5. Doctors sound an alarm over leg-stent surgery. https://www.wsj.com/articles/doctors-sound-an-alarm-over-leg-stent-surgery-11568127286. Wall Street Journal 09/10/2019.

6. A full complement of care for patients with carotid artery disease. https://www.hopkinsmedicine.org/news/articles/a-full-complement-of-care-for-patients-with-carotid-artery-disease. Johns Hopkins Medicine News & Publications 02/17/2020.
7. Dr. Caitlin Hicks receives Jacobson Promising Investigator Award. https://www.acsccnews.org/dr-caitlin-hicks-receives-jacobson-promising-investigator-award/. ACS Clinical Congress News. 11/4/2021.

# FUNDING
## EXTRAMURAL Funding
### Research Extramural Funding
#### Current

| | |
|---|---|
| 08/2018 – present | Carotid Revascularization and Medical Management for Asymptomatic Carotid Stenosis Trial (CREST-2)<br>U01NS080168 NIH/NINDS<br>Award Amount: $6,131,342<br>PI: Brott TG<br>Role: Site PI, 5% effort |
| 04/2020 – 03/2025 | Risk Factors and Outcomes Associated with Late-Life Diabetic Peripheral Neuropathy<br>K23DK124515 NIH/NIDDK<br>Award amount: $906,041.00<br>PI: Hicks CW<br>Role: PI, 75% effort |
| 07/2021 – 06/2025 | A Peer-Based Benchmarking Approach for Reducing Unnecessary Procedures in Vascular Surgery<br>George H. A. Clowes Jr., MD, FACS, Memorial Research Career Development Award<br>Award amount: $225,000<br>PI: Hicks CW<br>Role: PI, 5% effort |
| 07/2021 – 06/2024 | Risk Factors and Outcomes Associated with Late-Life Diabetic Peripheral Neuropathy<br>Society for Vascular Surgery Career Development Award<br>Award amount: $150,000<br>PI: Hicks CW<br>Role: PI, 0% effort (supplemental to K23 effort) |
| 01/2022 – 12/2026 | A Randomized Controlled Trial of Fistula vs. Graft Arteriovenous Vascular Access in Older Adults with End-Stage Kidney Disease on Hemodialysis (AV ACCESS Trial)<br>Award Amount: $1,290,322<br>PI: Murea M<br>Role: Site PI, 4% effort |
| 07/2022 – 06/2024 | Feasibility and effectiveness of a pilot remote monitoring program for the treatment of diabetic foot ulcers<br>1R03DK133557<br>Award amount: 189,000<br>PI: Hicks CW<br>Role: PI, 10% effort |

#### Previous

| | |
|---|---|
| 09/2002 – 09/2004 | Dermatoglyphic Indicators of Autosomal-Dominant Breast Cancer Predisposition<br>Canadian Breast Cancer Research Initiative<br>Award amount: $40,000<br>PI: Cook L<br>Role: Co-Investigator |
| 07/2009 – 06/2010 | HHMI-NIH Research Scholars (Cloister) Program<br>Howard Hughes Medical Institute |

Award amount: $28,000
PI: Natanson C
Role: Research Scholar, 100% effort

01/2012 – 01/2013   Ex Vivo Normothermic Oxygenated Liver Perfusion
                    Ohio Solid Organ Transplantation Consortium's (OSOTC) Collaborative Educational Research Opportunity
                    Award amount:: $25,000
                    PI: Cristiano Quintini MD
                    Role: Co-PI, 5% effort

08/2018 – 07/2019   A Physician-To-Physician Approach to Reducing Unnecessary Procedures in Vascular Surgery
                    American Board of Medical Specialties (ABMS) Research and Education Foundation
                    Award amount: $12,500
                    PI: Hicks CW
                    Role: PI: 25% effort

08/2020 – 07/2021   Contemporary Utilization and Racial Disparities Associated with Telehealth Use among Medicare Beneficiaries
                    Society for Bedside Medicine
                    Award amount: $35,000
                    PI: Hicks CW
                    Role: PI, 5% effort

## INTRAMURAL Funding
### Research Intramural Funding
Current             None

Pending             None

Previous
11/2007 – 06/2009   Plasma Free Fatty Acids in Risk Assessment of Sepsis in the Emergency Department: A Prospective Pilot Study
                    Cleveland Clinic General Clinical Research Center Mentored Medical Student Research Fellowship
                    Award Amount: $15,000
                    Role: PI, 50% effort

07/2018 – 01/2020   Critical Limb Ischemia: A Proteomics-Based Approach for Risk Assessment
                    Rothman Early Career Development Award for Surgical Research
                    Award amount: $25,000
                    Role: PI, 25% effort

## CLINICAL ACTIVITIES
Clinical Focus      I have built a busy clinical practice with a focus on open aortic reconstruction, carotid artery disease, and complex limb salvage (~8300 RVUs for 2018-2019 fiscal year). I am the Director of Research for the Johns Hopkins Diabetic Foot and Wound Clinic, and provide comprehensive limb salvage care for patients with peripheral artery disease and diabetes in that role. I have built the Johns Hopkins Hospital program for transcarotid artery revascularization (TCAR), and am the site PI for the Carotid Revascularization and Medical Management for Asymptomatic Carotid Stenosis Trial (CREST-2).

Certification
Medical, other state/government licensure
07/22/2016          Maryland State Medical License, Medicine & Surgery, #D82129, Active
01/12/2019          Registered Physician in Vascular Interpretation (RPVI), #245645, Active
10/7/2020           Wisconsin State Medical License, Medicine & Surgery, #1010, Active

03/28/2018          American Board of Surgery, General Surgery, #063577, Active
05/21/2019          American Board of Surgery, Vascular Surgery, #103318, Active

## Clinical (Service) Responsibilities
06/2019 – present       Attending physician, Division of Vascular Surgery and Endovascular Therapy, 25%

## Clinical Productivity
08/2018 – present       My wRVU target for the 2018-2019 fiscal year was 6,677, and my actual productivity was 8,301 wRVUs, which is equivalent to 124% productivity. I am similarly on track to meet or exceed my wRVUs for the 2019-2021 fiscal year (projected wRVU 6,022 / 6,555 target not adjusted for 10 weeks of maternity leave).

## Clinical Draw
7/2019 – present        My practice consists of 45% Medicare patients, 23% PPO, 10% Medicaid, 2% international, and the remainder commercial/self-pay.

## Membership in or examiner for specialty board
None

## Clinical Program Building/Leadership
08/2018 – present       When I started on faculty, no surgeons were actively performing transcarotid artery revascularization (TCAR) procedures at Johns Hopkins Hospital. I took a formal external course to train on the technique and have subsequently performed 50% of all TCAR procedures at JHH to date. I am also working with my colleagues at Bayview Medical Center to expand its use across the system.

## Clinical Demonstration Activities
None

## Development of nationally/internationally recognized clinical standard of care
02/2020            As the invited Co-Chair for Renovascular Disease Group at the KDIGO Central and Peripheral Arterial Diseases in Chronic Kidney Disease Conference, Dublin Ireland, I was tasked with compiling an expert consensus on the standard of care for atherosclerotic renal vascular disease. I am currently finishing the final edits on an international expert consensus manuscript on this topic.

## EDUCATIONAL ACTIVITIES
### Educational Focus
My primary educational focus is on the clinical training of vascular surgeon residents and Trainees. My secondary focus is on training medical students, residents, fellows, and graduate students in academic clinical research.

### Teaching
### Classroom Instruction
JHMI/Regional
2018 – present   Mock Oral Examiner, Department of Surgery, Johns Hopkins University School of Medicine
2018 – present   Lecturer for General Surgery Residents on Vascular Disease, "Aortic Aneurysms" and "Peripheral Artery Disease", Johns Hopkins Hospital, Baltimore MD
2019 – present   Associate Director, Surgical Faculty Mentoring Program, Johns Hopkins Surgery Center for Outcomes Research, Johns Hopkins University School of Medicine
2019 – present   Lecturer for Cardiac Surgery Fellows and Advanced Practitioners, "Thoracoabdominal aortic aneurysms", Johns Hopkins Hospital, Baltimore MD

National          None

International      None

### Clinical Instruction
JHMI/Regional

| 2018-present | Associate Program Director of Vascular Surgery Fellowship, Division of Vascular Surgery and Endovascular Therapy, Department of Surgery, Johns Hopkins University School of Medicine |

National     None

International     None

## CME Instruction
JHMI/Regional     None

National
| 06/2/2017 | Speaker, "Reinterventions for failing bypasses." Post-Graduate Education: Pushing the Boundaries in the Management of Peripheral Arterial Disease. 2017 Society for Vascular Surgery Annual Meeting, San Diego CA. |
| 05/23/2019 | Speaker, "Drug-Coated Balloons (DCBs): Mechanism of action and current results." PNEC Simulation Summit for Vascular Trainees, Seattle WA |
| 06/12/2019 | Speaker, "Key components of a multidisciplinary limb preservation team." Post-Graduate Education: Multidisciplinary Teams and Techniques for Limb Preservation. 2019 Society for Vascular Surgery Annual Meeting, Washington DC. |
| 6/12/2019 | Speaker, "Debate: Interventions for tibial chronic total occlusions." Post-Graduate Education: Multidisciplinary Teams and Techniques for Limb Preservation. 2019 Society for Vascular Surgery Annual Meeting, Washington DC. |
| 4/22/2021 | Speaker, 'How to Do An Outcomes Research Project." Johns Hopkins Hospital General Surgery Education Conference, Baltimore MD. |
| 05/27/2021 | Speaker, "Complex Failing Bypass Case." Pacific Northwest Endovascular Conference Fellows Summit, Seattle WA. |
| 05/27/2021 | Speaker, "Thoracoabdominal Aortic Aneurysm Case." Pacific Northwest Endovascular Conference Fellows Summit, Seattle WA. |

International     None

## Workshops / seminars
JHMI/Regional     None

National
| 06/5/2021 | Speaker, "Peripheral Artery and Bypass Case Presentations," Clinical Approach to Vascular Ultrasound and Registered Physician in Vascular Interpretation (RPVI) Prep Course, Harvard Medical School, Boston MA |

International     None

## Mentoring
Pre-doctoral Advisees /Mentees
| 2017-2018 | Sophie Wang BS, Medical Student, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #96, CR #9. |
| 2019-2018 | Dania Mallick MBBS, MPH Student, Johns Hopkins Bloomberg School of Public health. Role: Research Mentor. Shared publication OR #134. |
| 2019-present | George Zhang BS, Medical Student, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #138, 145, 146. |
| 2019-present | Dominique Vervoort MD, MPH Student, Johns Hopkins Bloomberg School of Public health. Role: Research Mentor. Shared publication OR #147. |
| 2020-present | Pavel Kibrik DO, Research student, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications |
| 2020-present | Earl Goldsborough BS, Medical Student, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications |

Post-doctoral Advisees /Mentees

| | |
|---|---|
| 2017-2020 | M. Libby Weaver MD, General Surgery Resident, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #80, 109, 123; RA #9; CR #7. |
| 2017-present | Courtenay Holscher MD, MS, General Surgery Resident, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #97, 111, 129, 132, 134, 144, 148. |
| 2017-2020 | Amber Kernodle MD, MPH, General Surgery Resident, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #91, 105, 121; CR #9. |
| 2017 – 2018 | Sandra R. DiBrito MD, MPH, General Surgery Resident, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #80, 89, 118, 123; E #9 |
| 2018-present | Rebecca Sorber MD, General Surgery Resident, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications OR #136, 139; BC #10. |
| 2019-present | Sarah Deery MD, MPH, Vascular Surgery Fellow, Johns Hopkins University School of Medicine. Role: Associate Fellowship Program Director, Research Mentor. Shared publications OR #112. |
| 2020-present | Yasaman Kavousi MD, Vascular Surgery Fellow, Johns Hopkins University School of Medicine. Role: Associate Fellowship Program Director. |
| 2020-present | Deepthi Mallela MBBS. MPH, Post-doctoral fellow, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications |
| 2021-present | David Stonko MD. General Surgery Resident, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications |
| 2021-present | Sanuja Bose MD. Post-doctoral fellow, Johns Hopkins University School of Medicine. Role: Research Mentor. Shared publications |
| 2021-present | Qingwen Kawaji MD. General Surgery Resident, Medstar Hospital. Role: Research Mentor. Shared publications |

## Thesis committees
None

## Educational Program Building / Leadership

| | |
|---|---|
| 08/2018 – present | Associate Program Director of Vascular Surgery Fellowship, Division of Vascular Surgery and Endovascular Therapy, Department of Surgery, Johns Hopkins University School of Medicine |
| 06/2020 – present | Editorial Board Member, The Vascular Surgical Council on Resident Education (VSCORE). In this role I work with the other editorial board members to develop and distribute a formal, standardized didactic education program for vascular surgery trainees across the US |
| 10/2021 – present | Director, AWS-SURGERY Reviewer Academy. In this role I conceived of, organized, and executed a pilot reviewer academy curriculum where 10 mentors and 10 mentees worked through a formal curriculum via monthly virtual meeting and performed peer review activities under my guidance. |

## Educational Demonstration Activities to external audience
None

## RESEARCH ACTIVITIES

| | |
|---|---|
| Research Focus | I have three main areas of research focus. The first, and the topic of my K23 Award, focuses on the epidemiology and risk factors of diabetic peripheral neuropathy using data from longitudinal cohort studies. The second is on the health care burden and outcomes associated with the multidisciplinary care of diabetic foot ulcer patients. My third area of focus is on appropriateness of care in vascular surgery, which includes the study of physician practice patterns and quality outcome measures. |

## Research Program Building / Leadership
| | |
|---|---|
| 06/2019 – present | Director of Research, Multidisciplinary Diabetic Foot & Wound Service Johns Hopkins Hospital |

## Research Demonstration Activities
None

## Inventions, Patents, Copyrights
1. Xun H, Sacks J, **Hicks C**, Kang SH, Brandacher G. (2020). *Anastomotic Coupling Device*. (US Patent Application No. 63/048,897). U.S. Patent and Trademark Office.

2. Xun H, Sacks J, **Hicks C**, Kang SH, Brandacher G. (2021). *Anastomotic Coupling Device.* (PCT/048317-593001WO).

Technology Transfer Activities
1. Vasolock: An Anastomic Coupling Device. JHTV Invention ID D15898 (2019).

**SYSTEM INNOVATION AND QUALITY IMPROVEMENT ACTIVITIES**

System Innovation Focus    I focus on improving the coordination of care and outcome for patients with diabetic foot ulcers. I am the Director of Research for the Johns Hopkins Diabetic Foot & Wound Clinic, and I staff that clinic clinically as well. The clinic involves multidisciplinary efforts from a vascular surgeon, surgical podiatrist, endocrinologist, wound care nurse, physician assistant, and orthotist, and has excellent limb salvage outcomes that are well above the national standards. I also work on developing appropriateness of care metrics, and have developed systems and metrics to provide productive feedback to physicians about their performance relative to their peers in order to improve the quality of care delivered at JHMI and on a national level.

System Innovation and Quality Improvement efforts within JHMI

08/2015 – 05/2016    Project leader; Johns Hopkins Hospital; Choosing Wisely initiative to reduce unnecessary blood product transfusions. Following resident/staff education and monthly individualized performance report cards, red blood cell and plasma utilization decreased by 15% and 24%, respectively, equaling over $125,00 in blood product acquisition cost avoidance over 8 months.

System Innovation and Quality Improvement efforts outside of JHMI

04/2018 – 03/2019    Appointed member; MACRA Episode-Based Cost Measure Clinical Subcommittee: Peripheral Vascular Disease Management. Expert committee tasked with developing episode-based cost measures associated with peripheral vascular disease suitable for potential use in the Quality Payment Program.

05/2018 – present    Appointed member; MACRA Episode-Based Cost Measure Wave 2 Clinic Subcommittee Workgroup: Hemodialysis Access Creation. Expert workgroup tasked with episode group specification, service assignment, risk adjustment, and refinement of peripheral vascular disease cost measure for implementation by CMS in the Quality Payment Program.

11/2018 – present    Appointed member, American Board of Medical Specialties (ABMS) Stakeholder Council. Advisory body to the ABMS Board of Directors responsible for reviewing strategic initiatives, policies, certification program reviews, and pilot-program reports, and providing written recommendations to the ABMS Board of Directors.

01/2019 – 12/2019    Appointed member, BEST-CLI Recruitment Committee. Committee appointed by the BEST-CLI trial leadership tasked to increase awareness about trial enrollment across multidisciplinary specialties in an effort to increase enrollment.

03/2020 – 09/2020    Appointed member, Agency for Healthcare Research and Quality Technical Expert Panel for Platelet-Rich Plasma for Wound Care in the Medicare Population. Expert panel convened to review literature, provide recommendations, and comment on an AHRQ task force evaluating the effectiveness of autologous platelet-rich plasma in individuals with lower extremity diabetic ulcers, lower extremity venous ulcers and pressure ulcers. https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/ta/prp/prp-wound-care.pdf

07/2020 – present    Appointed member, ACC/AHA Taskforce on Performance Measures. Expert workgroup tasked with developing and promulgating performance measures for the American College of Cardiology and the American Heart Association and serve as a source of expertise on performance measurement for the two organizations.

System Innovation and Quality Improvement Program Building / Leadership

None

## ORGANIZATIONAL ACTIVITIES
### Institutional Administrative Appointments
| | |
|---|---|
| 10/2006 – present | Interviewer, Harvard College Admissions Committee, Harvard College, Boston MA |
| 09/2010 – 05/2012 | Member, Student Assessment Committee, Cleveland Clinic Lerner College of Medicine, Cleveland OH |
| 07/2011 – 06/2012 | Member, Kaiser-Permanente Excellence in Teaching Committee, Case Western Reserve School of Medicine, Cleveland OH |
| 03/2017 – present | Member, MERIT Health Leadership Academy Clinical Committee, Johns Hopkins University School of Medicine |
| 08/2018 – present | Member, Johns Hopkins Surgery Center for Outcomes Research Steering Committee, Johns Hopkins University School of Medicine |
| 09/2018 – present | Member, Resident Clinical Competency Committee, Department of Surgery, Johns Hopkins University School of Medicine |
| 07/2021 – present | Advisory Board, Johns Hopkins Surgery Center for Outcomes Research (JSCOR) |
| 10/2021 – present | Resident Research Ombudsperson, Department of Surgery, Johns Hopkins University School of Medicine |

### Editorial Activities
| | |
|---|---|
| 08/2020 – present | Editor, Surgery |
| 10/2020 – present | Junior Editor, *American Journal of Surgery Association of Women Surgeons Edition* |
| 01/2021 – present | Editor-in-Chief, *Seminars in Vascular Surgery* |
| 05/2021 – present | Social Media Editor, *Annals of Vascular Surgery: Open Access* |
| 08/2021 – present | Associate Editor, *Annals of Vascular Surgery: Open Access* |

### Editorial Board Appointments
| | |
|---|---|
| 12/2019 – present | Editorial Board Member, *Surgery* |
| 06/2020 – present | Editorial Board Member, The Vascular Surgical Council on Resident Education (VSCORE) |
| 08/2020 – present | Editorial Board Member, *Journal of Vascular Surgery* |
| 03/2021 – present | Editorial Board Member, *Annals of Vascular Surgery* |
| 05/2021 – present | Editorial Board Member, *Annals of Vascular Surgery: Open Access* |

### Journal Peer Review Activities
| | |
|---|---|
| 2012 – present | *Journal of Surgical Research* |
| 2012 – present | *Annals of Surgery* |
| 2015 – present | *Annals of Vascular Surgery* |
| 2015 – present | *Journal of Vascular Surgery* |
| 2017 – present | *Surgery* |
| 2019 – present | *American Journal of Surgery* |
| 2021 – present | *Stroke* |

### Other Peer Review Activities
| | |
|---|---|
| 06/2018 | Invited abstract discussant, VESS Spring Meeting, Boston MA |
| 10/2018 | Invited abstract discussant, ACS Clinical Congress 2018, Boston MA |
| 02/2019 | Invited panel moderator, VESS Winter Meeting, Snowbird UT |
| 02/2020 | Member, Program Committee, VESS Spring Meeting, Toronto CA |

### Advisory Committees, Review Groups / Study Sections
| | |
|---|---|
| 02/2020 | Invited Co-Chair, Renovascular Disease Group, KDIGO Central and Peripheral Arterial Diseases in Chronic Kidney Disease Conference, Dublin Ireland |
| 05/2021 | Member, Doris Duke Early Clinician Investigator Award Program Review Committee, Johns Hopkins University School of Medicine |

| 06/2021 | Member, FY21 Peer Reviewed Medical Research Program (PRMRP) Pre-Application Screening Committee, Department of Defense. |
| 07/2021 | Member, Surgical Sciences, Biomedical Imaging, and Bioengineering (SBIB) Integrated Review Group (IRG) Study Section, Center for Scientific Review, National Institutes of Health |
| 11/2021 | Member, Center for Scientific Review Special Emphasis Panel ZRG1 SBIB-Z (10) Small Business: Medical Imaging, Center for Scientific Review, National Institutes of Health. |

## Professional Societies

| | |
|---|---|
| 2010 – present | American College of Surgeons (ACS) |
| | 2010 – 2018     Resident member (ACS) |
| | 2018 – 2021     Associate Fellow (ACS) |
| | 2021 – present   Fellow (FACS) |
| 2012 – 2016 | Resident member, American Society of Colon and Rectal Surgeons (ASCRS) |
| 2012 – present | Association for Academic Surgery (AAS) |
| | 2016 – 2019     Candidate member (AAS) |
| | 2019 – present   Member (AAS) |
| | 2019 – present   Member, Committee on Academic Advancement (AAS) |
| | 2021 – present   Member, Program Committee |
| 2012 – present | Association of Women Surgeons (AWS) |
| | 2012 – 2017     Member, Clinical Practice Committee (AWS) |
| | 2015 – present   Member, Grants and Fellowship Committee (AWS) |
| | 2017 – present   Member, Publications Committee (AWS) |
| | 2021 – present   Director, AWS-SURGERY Reviewer Academy |
| 2014 – 2016 | Candidate member, Society for Surgery of the Alimentary Tract (SSAT) |
| 2014 – present | Active member, Society for Vascular Surgery (SVS) |
| | 2014 – 2018     Member, Resident and Student Outreach Committee (SVS) |
| | 2016 – present   Member, Quality and Performance Measure Committee (SVS) |
| | 2018 – present   Member, Publications Committee |
| 2016 – present | Active member, Eastern Vascular Society (EVS) |
| | 2016 – 2017     Ad-hoc Member, Bylaws Committee Member (EVS) |
| | 2017 – present   Member, Diversity/Women Vascular Surgery Committee (EVS) |
| | 2021 – present   Chair, Diversity, Equity, and Inclusion Committee (EVS) |
| 2017 – 2018 | Association of Program Directors in Vascular Surgery, Education Committee Vascular Surgery Fellow Representative (APDVS) |
| 2017 – present | Member, Society for Clinical Vascular Surgery (SCVS) |
| 2018 – present | Early career member, American Heart Association (AHA) |
| | 2018 – present   Member, Council on Peripheral Vascular Disease |
| | 2018 – present   Member, Council on Epidemiology & Prevention |
| |     2019 – present   Member, EPI Early Career Committee (AHA-EPI) |
| 2018 – present | Southern Association for Vascular Surgery (SAVS) |
| | 2018 – 2021     Candidate Member (SAVS) |
| | 2021 – present   Member (SAVS) |
| 2018 – present | Vascular and Endovascular Surgery Society (VESS) |
| | 2018 – present   Member (VESS) |
| | 2019 – present   Member, VESS Spring Meeting Program Committee (VESS) |

## RECOGNITION

### Awards, Honors

| | |
|---|---|
| 2006 | Thomas T. Hoopes Prize for Excellence in Thesis Writing, Harvard College |
| 2006 | Warren Smith Memorial Sportsmanship Award, Harvard University Women's Golf Team |
| 2008 | Midwest Trainee Travel Award, Central Society for Clinical Research |
| 2012 | First Place, American College of Surgeons Maryland Committee on Trauma Resident Clinical Paper Competition |
| 2012 | Ivan E. Shalitz Award for Excellence in Patient Care, Case Western Reserve University School of Medicine |
| 2012 | Academy of Medicine Education Foundation Scholarship |
| 2013 | Second Place, ACS Maryland Chapter Resident Competition |
| 2013 | Surgical Intern of the Year, Johns Hopkins University |
| 2013 | Ravitch Award for Excellence in Scientific Writing, Johns Hopkins University Department of Surgery |

2014    Society of Vascular Surgery Travel Scholarship award
2014    Best Residency Initiative, Johns Hopkins High Value Practice Research Symposium
2017    High Value All Star Award, Johns Hopkins University School of Medicine
2017    Distinguished Reviewer, Journal of Vascular Surgery
2018    Best AAS Overall Manuscript Submission by an AAS Resident or Fellow Member
2018    Nominee, Office of Johns Hopkins Physicians Clinical Collaboration & Teamwork Award
2018    American Heart Association Peripheral Vascular Disease Fellow-In-Training Travel Grant
2020    Transcarotid Artery Revascularization (TCAR) Clinical Operator of Excellence
2021    Jacobson II Promising Investigator Award (JPIA) of the American College of Surgeons
2022    Johns Hopkins Catalyst Award

## Invited Talks
JHMI/Regional

| | |
|---|---|
| 12/2015 | Speaker, "Uncomplicated type B aortic dissection: to stent or not to stent?" Johns Hopkins Hospital Department of Surgery Grand Rounds, Baltimore MD. |
| 05/18/2017 | Speaker, "A comprehensive choosing wisely quality improvement initiative to reduce unnecessary transfusions in an academic department of surgery" Johns Hopkins Patient Safety and Quality Improvement Council, Baltimore MD. |
| 06/11/2020 | Speaker, "Overuse of early peripheral vascular interventions for claudication." Union Memorial General Surgery Journal Club, Baltimore MD. |
| 11/4/2020 | Speaker, "Risk Factors and Outcomes Associated with Peripheral Neuropathy: Implications for Older Adults With and Without Diabetes." Welch Center Grand Rounds, Baltimore MD. |
| 2/25/2021 | Speaker, "Value-Based Care in Vascular Surgery – We can Do Better." Johns Hopkins Hospital Department of Surgery Grand Rounds, Baltimore MD. |
| 5/28/2021 | Speaker, "Variation in the Treatment of Small AAA's: Is There Any Benefit and What is the Cost?" Pacific Northwest Endovascular Conference, Seattle WA. |
| 5/28/2021 | Speaker, "Variation in the Treatment of Small AAA's: Is There Any Benefit and What is the Cost?" Pacific Northwest Endovascular Conference, Seattle WA. |
| 5/28/2021 | Speaker, "Results of Utilizing Coronary Drug-Eluting Stents in LE Occlusive Disease and Failing Bypasses: Do They Work?" Pacific Northwest Endovascular Conference, Seattle WA. |
| 5/28/2021 | Speaker, "Using Current Guidelines to Help in Success for CLTI: Which Ones Help Predict Success?" Pacific Northwest Endovascular Conference, Seattle WA. |
| 6/3/2021 | Speaker, "Key Components of a Multidisciplinary Limb Preservation Team." Trumbull Memorial Hospital, Warren OH. |
| 12/7/2021 | Speaker, "Carotid Revascularization." Johns Hopkins Hospital Neurology Fellows Lecture. Virtual presentation. |

National

| | |
|---|---|
| 06/2/2017 | Speaker, "Reinterventions for failing bypasses." Post-Graduate Education: Pushing the Boundaries in the Management of Peripheral Arterial Disease. 2017 Society for Vascular Surgery Annual Meeting, San Diego CA. |
| 05/04/2019 | Speaker, "Vascular issues in pregnancy." Women's Vascular Summit, Buffalo NY |
| 05/23/2019 | Speaker, "Drug-Coated Balloons (DCBs): Mechanism of action and current results." PNEC Simulation Summit for Vascular Trainees, Seattle WA |
| 06/12/2019 | Speaker, "Key components of a multidisciplinary limb preservation team." Post-Graduate Education: Multidisciplinary Teams and Techniques for Limb Preservation. 2019 Society for Vascular Surgery Annual Meeting, Washington DC. |
| 6/12/2019 | Speaker, "Debate: Interventions for tibial chronic total occlusions." Post-Graduate Education: Multidisciplinary Teams and Techniques for Limb Preservation. 2019 Society for Vascular Surgery Annual Meeting, Washington DC. |
| 06/15/2019 | Speaker, "Beyond the *Journal of Vascular Surgery*: Top ten papers relevant to vascular surgery." 2019 Vascular Annual Meeting, Washington DC. |
| 07/13/2019 | Speaker, "The BEST-CLI Trial." APMA 2019 Annual Scientific Meeting, Salt Lake City UT. |
| 01/08/2020 | Speaker, "Con: Asymptomatic Carotid Disease – Medical Therapy is the Way to Go." Southern Association for Vascular Surgery 44th Annual Meeting, Palm Beach FL. |
| 1/30/2021 | Speaker, "Social determinants, the broader view for wound care." American College of Wound Healing LIVE! 2021, Virtual Meeting. |

| 2/4/2021 | Speaker, "Why reviewing manuscripts is an essential part of your academic career." 16th Annual Academic Surgical Congress 2021, Virtual Meeting. |
|---|---|
| 2/17/2021 | Speaker, "Open vs. endovascular revascularization for CLTI: why patient selection matters." Advancing Surgical Management Strategies for CLTI, Cook Medical, Virtual Presentation. |
| 4/21/2021 | Speaker, "Value-Based Care in Vascular Surgery – We can Do Better." High Value Practice Academic Alliance Grand Rounds, Virtual Presentation. |
| 4/22/2021 | Speaker, "Frayed Nerves, Lost Soles: Neuropathy is an Independent predictor of mortality", DFCONtinuum Webinar Series, Virtual Presentation. |
| 4/30/2021 | Speaker, "Medical Management of Peripheral Artery Disease," Women's Vascular Summit 2021, Virtual Presentation. |
| 10/4/2021 | Speaker, "Focusing on the Important Factors in Managing Abdominal Aortic Disease." VIVA 2021, Las Vegas NV. |
| 10/4/2021 | Speaker, "Acute TBAD: Do Alternative Strategies vs Central Aortic Repair Make Sense?" VIVA 2021, Las Vegas NV. |
| 10/4/2021 | Speaker, "Visceral Aneurysms: Indications and Timing of Intervention." VIVA 2021, Las Vegas NV. |
| 10/6/2021 | Speaker, "Aortoiliac Stenosis With Aneurysm." VIVA 2021, Las Vegas NV. |
| 10/7/2021 | Speaker, "How to Approach Your First Year in Practice." VIVA 2021, Las Vegas NV. |
| 10/7/2021 | Speaker, "CEA Is Best for Carotid Disease." VIVA 2021, Las Vegas NV. |
| 1/16/2022 | Speaker, "Survival Crash Course & What You Need to Know: My First 3 Years in Practice." ISET 2022, Hollywood FL. |
| 3/30/2022 | Speaker, "Carotid Revascularization." Anticoagulation Forum Ansell Fellowship Program. Virtual Presentation. |
| 4/15/2022 | Speaker, "Use and Abuse of Endovascular Interventions for Claudication." Veith Symposium Webinar: Current Status of Intermittent Claudication and its Management. Virtual Presentation. |

International
| 12/3/2019 | Speaker, "Prevalence of peripheral neuropathy in middle-aged and older adults in NHANES and the ARIC study." International Diabetes Federation Congress 2019, Busan South Korea. |
|---|---|
| 2/22/2020 | Co-Chair and Speaker, "Renovascular Disease." KDIGO Central and Peripheral Arterial Diseases in Chronic Kidney Disease Conference, Dublin Ireland. |
| 3/11/2021 | Speaker, "Value-Based Care in Vascular Surgery – We can Do Better." University of Toronto Department of Surgery Grand Rounds, Toronto Canada. |

Visiting Professorships
None

**OTHER PROFESSIONAL ACCOMPLISHMENTS**
Oral/Podium Presentations

1. Benoit J, **Hicks C**, Kolattukudy S, Engineer R, Peacock WF. Hemodynamic changes as a diagnostic tool for acute heart failure. Society for Academic Emergency Medicine Annual Meeting, New Orleans LA 05/2009.

2. **Hicks CW**, Weber JG, Moodley M. Intracranial complications of sinusitis in children. American Academy of Neurology Annual Meeting, Toronto Canada 04/2010.

3. **Hicks CW**, DeMarsh S, Singh H, Gillespie L, Morely S, Rome ES. A survey of attitudes about various birth control methods in young women with and without eating disorders. Annual Clinical Meeting of the North American Society for Pediatric and Adolescent Gynecology, Miami FL 04/2012.

4. **Hicks CW**, Wakamatsu M, Weinstein M, Pulliam S, Sylla P, Savitt L, Bordeianou L. Which patients who have rectoceles and obstructed defecation syndrome (ODS) actually need surgery? European Society of Coloproctology 7th Scientific & Annual Meeting, Vienna, Austria 09/2012**.**

5. **Hicks CW**, Hashmi ZG, Efron DT, Schneider EB, Cornwell EE, Haider A. Racial Disparities in Survival After Trauma: Do They Vanish Among The Elderly? American College of Surgeons Committee on Trauma Region III Annual Meeting, Newark DE 12/2012.

6. **Hicks CW,** Pappou EP, Gazer B, Magruder JT, Fang S, Wick E, Gearhart S, Efron J. Clinicopathologic presentation and natural history of anorectal melanoma: A case series of 13 patients. Chesapeake Colorectal Society Annual Spring Meeting, Baltimore MD 04/2013.

7. **Hicks CW**, Hechenbleikner E, Lamore RF, Ha C, Salvatori R, Harris LH, Bennett J, Makary MA, Gearhart S, Efron J, Wick E. Perioperative steroid prescribing habits in inflammatory bowel disease patients: A call for standardization. Chesapeake Colorectal Society Annual Spring Meeting, Baltimore MD 04/2013.

8. **Hicks CW**, Bennett J, Lee L, Marohn M. Bechet's Colon Perforation: A Case Report. Chesapeake Colorectal Society Annual Spring Meeting, Baltimore MD 04/2013.
9. **Hicks CW**, Hashmi ZG, Efron DT, Schneider EB, Cornwell EE, Haider A. Racial Disparities in Survival After Trauma: Do They Vanish Among The Elderly? Society for Black Academic Surgeons 23rd Annual Scientific Assembly, Jackson MS 04/2013.
10. **Hicks CW**, Hodin RA, Savitt L, Bordeianou L. Does intramesorectal proctectomy provide improved sexual function compared to standard total mesorectal excision in patients with ulcerative colitis? American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Phoenix AZ 04/2013.
11. **Hicks CW**, Hodin RA, Savitt L, Bordeianou L. Does intramesorectal proctectomy affect overall complication rates compared to standard total mesorectal excision in patients with ulcerative colitis? Digestive Disease Week 2013, Orlando FL 05/2013.
12. **Hicks CW**, Hodin RA, Savitt L, Bordeianou L. Does intramesorectal proctectomy (IMP) provide improved outcomes compared to standard total mesorectal excision (TME) in patients with ulcerative colitis (UC)? European Society of Coloproctology 8th Scientific Annual Meeting. Belgrade, Serbia 09/2013.
13. **Hicks CW**, Hashmi ZG, Hui X, Velopulos CG, Efron DT, Schneider EB, Cooper L, Cornwell EE, Haider A. Explaining racial disparities in survival after trauma: the role of the treating facility. The American College of Surgeons 2013 Clinical Congress, Washington DC 10/2013.
14. **Hicks CW**, Frank SM, Wasey JO, Frieschlag JA, Makary MA, Wick EC. National benchmarking can be used to assess institutional blood utilization performance after correcting for hospital case mix. 2014 Academic Surgical Congress, San Diego CA 02/2014.
15. **Hicks CW**, Talbott K, Canner JK, Qazi U, Schneider E, Freischlag J, Perler B, Malas M. Risk of Disease progression in patients with moderate asymptomatic carotid artery stenosis: implications of tobacco use and dual antiplatelet therapy. Peripheral Vascular Society 2014 Annual Meeting in Steamboat Springs, CO 02/2014.
16. **Hicks CW**, Selvarajah S, Mathioudakis M, Perler BA, Freischlag JA, Black JH, Abularrage CJ. Increasing costs of inpatient care of diabetic foot ulcers are associated with limb salvage in sicker patients. 42nd Annual Symposium of the Society for Clinical Vascular Surgery, Carlsbad CA 03/2014.
17. Maguire L, Olariu AG, **Hicks CW**, Hodin RA, Bordeianou L. Does TNF inhibitor treatment prior to surgery for small bowel Crohn's disease modulate disease severity and minimize surgical intervention? American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Hollywood FL 05/2014.
18. **Hicks CW,** Wick EC, Efron J, Gearhart S, Safar B, Fang S. High-grade anal intraepithelial neoplasia: a silent disease. American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Hollywood FL 05/2014.
19. Tosian JT, **Hicks CW**, Valero V, Cameron JL, Makary MA, Kirose K, Eckhauser FE, Ahuja N, Pawlik TM, Weiss MJ, Wolfgang CL. Predictors of early readmission after pancreatectomy. 48th Annual Pancreas Club Meeting, Chicago IL 05/2014.
20. Baltodano P, Soares KC, **Hicks CW**, Webb-Vargas Y, Burce KK, Cornell P, Cooney CM, Pawlik TM, Eckhauser E. Identifying predictors of unplanned readmission after open ventral hernia repairs: a critical analysis of 28,234 patients from the ACS-NSQIP database. Abdominal Wall Reconstruction Conference 2014, Washington DC 06/2014.
21. Glebova N, **Hicks CW**, Taylor R, Arnaoutakis KD, Arnaoutakis GJ, Black JH III. Readmissions after complex aneurysm repair: frequent, costly, and primarily at non-index hospital. 2014 Spring Meeting of the Vascular and Endovascular Surgery Society, Boston MA 06/2014.
22. **Hicks CW**, Canner JK, Arhuidese I, Qazi U, Glebova N, Freischlag JA, Malas M. Mortality benefits of different hemodialysis access types are age-dependent. 2014 Vascular Annual Meeting, Boston MA 06/2014.
23. **Hicks CW**, Canner JK, Arhuidese I, Schneider E, Qazi U, Talbott K, Abularrage CJ, Perler B, Malas M. Disease progression in patients with moderate asymptomatic carotid artery stenosis: development of a risk prediction model. 2014 Vascular Annual Meeting, Boston MA 06/2014.
24. Glebova N, **Hicks CW**, Weiss MJ, Cameron AJ, Wolfgang CL, Black JH. Portal vein reconstruction in pancreatic resection: technical risk factors predict portal vein thrombosis. New England Society for Vascular Surgery and Eastern Vascular Society Combined Annual Meeting 2014, Boston MA 09/2014.
25. Zarkowsky D, **Hicks CW**, Canner J, Arhuidese I, Schneider E, Qazi U, Black JH, Malas MB. Regional disparities in mortality for hemodialysis patients varies with location as demonstrated in the United States renal data system. The American College of Surgeons 2013 Clinical Congress, San Francisco CA 10/2014.
26. **Hicks CW,** Wick EC, Black JH III, Arhuidese I, Qazi U, Glebova N, Malas M. Contemporary AAA care in NSQIP: Hospital-level effects dominate mortality after both endovascular and open aneurysm repair. The American College of Surgeons 2014 Clinical Congress, San Francisco CA 10/2014.
27. Malas MM, Arhuidese I, Obeid T, Khaled A, Massada K, **Hicks C**, Qazi U, Reifsnyder T. Contemporary outcomes for autogenous infrainguinal bypass in the endovascular era. Vascular and Endovascular Surgery Society 2015 Annual Winter Meeting, Vail CO 01/2015.

28. Zarkowsky DS, **Hicks CW,** Stone DH, Bertges D, Indes J, Kalish J, Goodney PP. Renal injury after EVAR portends shortened survival. Vascular and Endovascular Surgery Society 2015 Annual Winter Meeting, Vail CO 01/2015.
29. Glebova NO, **Hicks CW,** Piazza KM, Orion KC, Lum YW, Abularrage CJ, Black JH III. Outcomes of bypass support use during inferior vena cava resection and reconstruction. Vascular and Endovascular Surgery Society 2015 Annual Winter Meeting, Vail CO 01/2015.
30. Azoury SC, Rodriguez-Unda N, Soares KC, **Hicks CW**, Baltodano PA, Poruk KE, Cooney CM, Cornell P, Burce K, Eckhauser FE. The effect of Tisseel fibrin sealant on seroma formation following complex abdominal hernia repair: a single institutional review and derived cost analysis. 1st World Conference on Abdominal Wall Hernia Surgery, Milan Italy 04/2015.
31. **Hicks CW**, Baltodano PA, Soares KC, Burce KK, Cornell P, Rodriguez-Unda N, Cooney CM, Eckhauser FE. Optimizing outcomes of complex ventral hernia repairs using a sandwich reconstruction technique paired with hybrid-VAC closure. 1st World Conference on Abdominal Wall Hernia Surgery, Milan Italy 04/2015.
32. Soares KC, Baltodano PA, Rodriguez-Unda N, **Hicks CW,** Azoury S, Cooney CM, Burce KK, Cornell P, Eckhauser FE. Outcomes in high risk, grade 3 ventral hernia repairs using hybrid-VAC closure: a single institution analysis. Digestive Disease Week 2015, Washington DC 05/2015 (Poster Presentation).
33. Bordeianou L, **Hicks CW,** Olariu A, Savitt L, Pulliam SJ, Weinstein M, Rockwood T, Sylla P, Kuo J, Wakamatsu, M. The effect of coexisting pelvic floor disorders on fecal incontinence quality of life scores: a prospective survey-based study. American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Boston MA 06/2015.
34. Ahmed R, Bae S, Massie A, **Hicks CW**, Chow E, Lonze B, Segev D, Malas M. Where the sun-shines: industry payments to vascular surgeons. 2015 Vascular Annual Meeting, Chicago IL 06/2015.
35. Glebova NO, Bronsert M, **Hicks CW**, Nehler M, Black JH III, Hammermeister K, Henderson W. Readmission rates in vascular surgery patients are erroneously elevated: contributions of planned readmissions and patient comorbidities. 2015 Vascular Annual Meeting, Chicago IL 06/2015.
36. Arhuidese I, Obeid T, **Hicks CW**, Canner J, Qazi U, Abularrage CJ, Malas MB. Long term outcomes after carotid endarterectomy in patients with end stage renal disease. 2015 Vascular Annual Meeting, Chicago IL 06/2015.
37. Glebova NO, **Hicks CW**, Tosoian J, Piazza K, Abularrage CJ, Schulick R, Wolfgang CL, Black JH III. Outcomes of arterial resection during pancreatectomy for tumor. Vascular and Endovascular Surgery Society (VESS) 2015 Spring Meeting, Chicago IL 06/2015.
38. **Hicks CW,** Glebova NO, Piazza KM, Orion KC, Pierorazio PM, Lum YW, Abularrage CJ, Black JH III. Venous thromboembolic events following inferior vena cava resection and reconstruction: a 15-year experience. Vascular and Endovascular Surgery Society (VESS) 2015 Spring Meeting, Chicago IL 06/2015.
39. Malas MB, Arhuidese I**,** Obeid T, **Hicks CW**, Qazi U, Segev D. Racial disparity in limb salvage following revascularization in hemodialysis patients. Eastern Vascular Society 29th Annual Meeting, Baltimore MD 09/2015.
40. Arhuidese I**,** Obeid T, **Hicks CW**, Alzahrani A, Qazi U, Arnold M, Reifsnyder T, Malas MB. Long term outcomes after open lower extremity revascularization in young and middle aged patients. Eastern Vascular Society 29th Annual Meeting, Baltimore MD 09/2015.
41. Arhuidese I**,** Obeid T, **Hicks CW**, Qazi U, Segev D, Malas MB. Long term outcomes after carotid artery stenting in patients with end stage renal disease. Eastern Vascular Society 29th Annual Meeting, Baltimore MD 09/2015.
42. **Hicks CW,** Canner J, Black JH, Arhuidese I, Qazi U, Obeid T, Black JH III, Malas MB. Patient factors and hospital open experience predominate outcomes after AAA repair. Eastern Vascular Society 29th Annual Meeting, Baltimore MD 09/2015.
43. **Hicks CW,** Canner J, Zarkowsky DS, Arhuidese I, Obeid T, Qazi U, Abularrage CJ, Malas MB. Racial disparities after vascular trauma are age-dependent. American College of Surgeons 2015 Clinical Congress, Chicago IL 10/2015.
44. Lue J, Beaulieu RJ, Ehlert BA, **Hicks CW**, Black JH III. Comparison of branched surgical grafts reconstruction of the thoracoabdominal aorta in connective tissue disorder versus atherosclerotic disease. 42nd Annual VEITH Symposium, New York NY 11/2015.
45. **Hicks CW**, Obeid T, Arhuidese I, Qazi U, Malas MB. AAA repair in octogenarians: is it worth the risk? Southern Association for Vascular Surgery (SAVS) 2016 Annual Meeting, Cancun Mexico 01/2016..
46. Nejim BJ, Arhuidese I**, Hicks C**, Obeid T, Wang S, Canner J, Malas M. Predictors of 30-day post-operative outcomes following carotid revascularization procedures. Academic Surgical Congress, Jacksonville FL 2/2016.
47. Arhuidese I**,** Obeid T, Nejim B, Wang S, Yin K, **Hicks C**, Malas MB. Early outcomes after infrainguinal bypass in young and middle aged patients. Academic Surgical Congress, Jacksonville FL 2/2016.
48. Beaulieu RJ, Lue J, Ehlert BA, **Hicks CW**, Black JH III. Surgical management of peripheral vascular manifestations of Loeys-Dietz Syndrome. Vascular & Endovascular Surgery Society (VESS) 2016 Annual Winter Meeting, Park City UT 02/2016.

49. Poruk KE, Farrow N, Azar F, **Hicks CW**, Azoury SC, Cornell P, Cooney CM, Eckhauser FE. Effect of hernia size on operative repair and post-operative outcomes after ventral hernia repair. 17th Annual Hernia Repair, Washington DC 3/2016.

50. Poruk KE, **Hicks CW**, Magruder JT, Burce KK, Rodriguez-Unda N, Azoury SC, Cornell P, Cooney CM, Eckhauser FE. Creation of a Novel Risk Score for Surgical Site Infection and Occurrence after Extensive Abdominal Wall Reconstruction. 17th Annual Hernia Repair, Washington DC 3/2016.

51. Arhuidese I, **Hicks CW**, Obeid T, Massada K, Nejim B, Reifsnyder T, Malas MB. Eliminating racial disparities after infrainguinal bypass surgery. The Society for Clinical Vascular Surgery (SCVS) 44th Annual Symposium, Las Vegas NV 03/2016.

52. **Hicks CW**, Najafian A, Malas MB, Black JH III, Abularrage CJ. Diabetes does not worsen outcomes following open lower extremity bypass or endovascular intervention for patients with critical limb ischemia. The Society for Clinical Vascular Surgery (SCVS) 44th Annual Symposium, Las Vegas NV 03/2016.

53. Obeid T, Nejim B, **Hicks CW,** Locham S, Arhuidese I, Canner J, Malas MB. Trends in costs of carotid revascularization. Vascular & Endovascular Surgery Society (VESS) 2016 Spring Meeting, Washington DC 06/2016.

54. Zarkowsky DS, **Hicks CW,** Bostock IC, Malas MB, Goodney PP. Extending EVAR to more patients with better outcomes: comparison of early versus contemporary experience in a national dataset. Vascular & Endovascular Surgery Society (VESS) 2016 Spring Meeting, Washington DC 06/2016.

55. Ehlert BA, **Hicks CW**, Lue J, Beaulieu RJ, Black JH III. Extra-thoracic vascular manifestations in connective tissue disorder patients: a 10-year single-center experience. Vascular & Endovascular Surgery Society (VESS) 2016 Spring Meeting, Washington DC 06/2016.

56. **Hicks CW,** Bronsert M, Hammermeister KE, Henderson WG, Black JH III, Glebova NO. Operative variables are more important than patient characteristics in driving unplanned readmissions in vascular surgery patients. Vascular & Endovascular Surgery Society (VESS) 2016 Spring Meeting, Washington DC 06/2016.

57. Arhuidese I, Obeid T, Nejim B, Locham S, **Hicks CW,** Malas MB. Outcomes of endarterectomy versus stenting in patients with prior ipsilateral carotid artery stenting. 2016 Vascular Annual Meeting, Washington DC 06/2016.

58. Malas MB, **Hicks CW,** Jordan WD, Hodgson KJ, Mills JL, Makaroun MS, Fillinger MF. Long term outcomes of the Pythagoras U.S. clinical trial of the Aorfix Endograft for EVAR in patients with highly angulated aortic necks. 2016 Vascular Annual Meeting, Washington DC 06/2016.

59. **Hicks CW**, Magruder JT, Weaver ML, <u>DiBrito SR</u>, Barenski C, Heller JA. Radiofrequency ablation with concomitant stab phlebectomy increases risk of endothermal heat-induced thrombosis: a propensity-matched analysis. 2016 Vascular Annual Meeting, Washington DC 06/2016.

60. **Hicks CW,** Zarkowsky DS, Bostock IC, Stone DH, Eslami MH, Malas MB, Black JH III, Eldrup-Jorgensen J, Goodney PP. EVAR patients who are lost to follow-up have worse outcomes. 2016 Vascular Annual Meeting, Washington DC 06/2016.

61. **Hicks CW**, Mathioudakis N, Sherman RL, Hines KF, Lum YW, Perler BA, Abularrage CJ. The Society for Vascular Surgery Wound, Ischemia, and Foot Infection (WIfI) lower extremity threatened limb classification system predicts wound healing but not major amputation in patients with diabetic foot ulcers. Eastern Vascular Society 30th Annual Meeting, Philadelphia PA 09/2016.

62. Ahmed R, **Hicks CW**, Bae S, Chow EKH, Orandi BJ, Lopez J, Hollenbeck S, Segev D. Walking on sunshine: continued surveillance of industry payments to general surgeons. American College of Surgeons 2016 Clinical Congress, Washington DC 10/2016.

63. Bostock IC, Zarkowsky DS, **Hicks CW**, Stone DH, Malas MB, Goodney PP. Benefit of emergent EVAR is undone by post-operative renal dysfunction. American College of Surgeons 2016 Clinical Congress, Washington DC 10/2016.

64. Nejim B, Dhaliwal J, Meshkin S, Rizwan M, Gupta A, Locham S, Aridi HD, **Hicks C**, Malas MB. Carotid artery revascularization in patients with contralateral carotid artery occlusion: stent or endarterectomy? Southern Association for Vascular Surgery 41st Annual Meeting, Naples LF 01/2017.

65. **Hicks CW,** Lue J, Glebova NO, Ehlert BA, Black JH III. Open branched graft reconstruction of aortic aneurysms in connective tissue disorders versus degenerative disease: a 10-year institutional experience. Southern Association for Vascular Surgery 41st Annual Meeting, Naples LF 01/2017.

66. **Hicks CW**, Bronsert M, Hammermeister KE, Henderson WG, Black JH, Glebova NO. Temporal trends and determinants of inpatient versus outpatient dialysis access operations: is there an effect on perioperative outcomes? Vascular & Endovascular Surgery Society (VESS) 2017 Winter Annual Meeting, Steamboat Springs CO 02/2017.

67. **Hicks CW,** Canner JK, Lum YW, Perler BA, Arnold MW, Black JH III, Abularrage CJ. Drug eluting stents are associated with improved patency in the treatment of infrainguinal bypass graft stenosis. 29th International Symposium on Endovascular Therapy, Hollywood FL 02/2017.

68. **Hicks CW**, Obeid T, Cooper MA, Arhuidese I, Malas MB. Trends in failure to rescue following AAA repair in octogenarians. 12th Annual Academic Surgical Congress, Las Vegas NV 02/2017.

69. **Hicks CW**, Lum YW, Abularrage CJ, Black JH III, Heller J. The state of venous education in vascular residency programs: a resident questionnaire. American Venous Forum 29th Annual Meeting, New Orleans LA 02/2017.
70. **Hicks CW**, Nejim B, Husain A, Satinderjit L, Malas MB. Association between Medicare high-risk criteria and long outcomes following carotid revascularization procedures**.** International Stroke Conference 2017, Houston TX 2/2017.
71. **Hicks CW**, Canner JK, Mathioudakis N, Sherman RL, Hines KF, Malas MD, Black JH, Abularrage CJ. Multidisciplinary care can mitigate socioeconomic disparities in patients with diabetic foot ulcers. The Society for Clinical Vascular Surgery 45th Annual Symposium, Lake Buena Vista FL 03/2016.
72. **Hicks CW**, Alshaikh HN, Zarkowsky DS, Bostock I, Malas MB. ICU admission after EVAR is primarily determined by hospital factors, adds significant cost, and is often unnecessary. Vascular & Endovascular Surgery Society (VESS) 2017 Spring Annual Meeting, San Diego CA 06/2017.
73. **Hicks CW,** Black JH III. Neo-aortoiliac system (NAIS) procedure for infected aortobifemoral graft. 2017 Vascular Annual Meeting, San Diego CA 06/2017 (Video Presentation).
74. **Hicks CW,** Canner JK, Mathioudakis N, Sherman R, Hines KF, Black JH III, Abularrage CJ. The SVS WIfI classification independently predicts wound healing in neuroischemic diabetic foot ulcers. Canadian Society for Vascular Surgery 39th Annual Meeting on Vascular Surgery, Banff AB Canada 09/2017.
75. Weaver ML, Canner JK, **Hicks CW**, Sherman RL, Hines KF, Mathioudakis N, Abularrage CJ. The SVS WIfI classification predicts wound healing better than angiosome directed perfusion in neuroischemic diabetic foot wounds. Eastern Vascular Society 31st Annual Meeting, Savannah GA 10/2017.
76. **Hicks CW**, Canner JK, Kirkland K, Malas MB, Black JH III, Abularrage CJ. Hemodialysis predicts poor outcomes after infrapopliteal endovascular revascularization. 13th Annual Academic Surgical Congress, Jacksonville FL 01/2018.
77. **Hicks CW**, Nejim B, Aridi HD, Locham S, Black JH III, Malas MB. Carotid revascularization procedures should not performed in asymptomatic patients with moderate carotid artery stenosis. Vascular & Endovascular Surgery Society 2018 Annual Winter Meeting, Vail CO 02/2018.
78. **Hicks CW,** Canner JK, Karagozlu H, Mathioudakis N, Sherman RL, Black JH III, Abularrage CJ. Quantifying the cost of care for diabetic foot ulcers treated in a multidisciplinary setting. The Society for Clinical Vascular Surgery 46th Annual Symposium, Las Vegas NV 03/2018.
79. **Hicks CW**, Alshaikh H, Locham S, Malas M. Elective infrainguinal lower extremity bypass for intermittent claudication is associated with high postoperative routine intensive care utilization. Vascular & Endovascular Surgery Society 2018 Annual Spring Meeting, Boston MA 06/2018.
80. **Hicks CW**, Canner JK, Karagozlu H, Mathioudakis N, Sherman R, Black JH, Abularrage CJ. The contribution of 30-day readmissions to the soaring costs of care for the diabetic foot. 2018 Eastern Vascular Society Annual Meeting, Washington DC 09/2018.
81. **Hicks CW**, Canner JK, Lum YW, Malas MB, Black JH III, Abularrage CJ. Long-term outcomes of an endovascular-first approach for diabetic patients with predominantly tibial disease. 2018 Eastern Vascular Society Annual Meeting, Washington DC 09/2018.
82. **Hicks CW**, Canner JK, Lum YW, Perler BA, Black JH III, Abularrage CJ. Everolimus drug-eluting stents are associated with improved outcomes for the treatment of infrainguinal bypass graft stenosis. Canadian Society for Vascular Surgery 2018 Annual Meeting, Montreal QC, Canada 09/2018.
83. **Hicks CW**, Wang P, Hutfless S, Makary MA, Black JH III. Individual surgeon report cards as a quality improvement initiative to improve incident arteriovenous fistula rates: an Improving Wisely campaign. American College of Surgeons 2018 Clinical Congress, Boston MA 10/2018.
84. **Hicks CW**, Alshaikh H, Abularrage CJ, Black JH III, Malas MB. Quantifying the risk-adjusted hospital costs of postoperative complications after lower extremity bypass in patients with claudication. American College of Surgeons 2018 Clinical Congress, Boston MA 10/2018.
85. Holscher C, Canner JK, Garonzik-Wang J, Abularrage CJ, Black JH, **Hicks CW.** Temporal trends and hospital charges associated with an endovascular approach for acute limb ischemia. Vascular & Endovascular Surgery Society 2019 Annual Winter Meeting, Park City UT 01/2019.
86. **Hicks CW**, Daya NR, Black JH III, Heiss G, Matsushita K, Selvin E.  Race and sex-based disparities associated with carotid endarterectomy in the Atherosclerosis Risk in Communities (ARIC) Study. American Heart Association Epi-Lifestyle 2019 Scientific Sessions, Houston TX 03/2019.
87. Holscher C, Wang P, Black JH, Abularrage CJ, Makary MA, **Hicks CW.** Overuse of peripheral vascular interventions for claudication: a measure of low-value care. 2019 Vascular Annual Meeting, Washington DC 06/2019.
88. Ramirez JL, Zarkowsky DS, Sorrentino T, **Hicks CW**, Vartanian SM, Gasper WJ, Conte MS, Iannuzzi JC. Utilizing closure devices off their instructions for use for common femoral artery antegrade access is safe and has lower odds of complications. Western Vascular Society 34th Annual Meeting, Wailea, Maui, HI 09/2019.

89. <u>Holscher CM</u>, Weaver ML, Black JH, Abularrage CJ, Lum Y, Refisnyder T, Zarkowsky DS, **Hicks CW**. Regional market competition is associated with aneurysm diameter at time of EVAR. Vascular & Endovascular Surgery Society 2020 Annual Winter Meeting, Snowbird CO 01/2020.

90. <u>Holscher C</u>, Wang P, <u>Deery SE</u>, Abularrage CJ, Black JH, Hodgson KJ, Makary MA, **Hicks CW.** Use of atherectomy during index revascularization for peripheral artery disease among Medicare beneficiaries. 2020 Vascular Annual Meeting, Toronto, CA 06/2020.

91. **Hicks CW**, Canner JK, Lum YW, Black JH, Abularrage CJ. The Global Anatomic Staging System (GLASS) does not predict limb-based patency of tibial endovascular interventions. Eastern Vascular Society 34th Annual Meeting, Virtual Meeting 10/2020.

92. <u>Deery S</u>, **Hicks CW**, Canner JK, Lum Y, Black JH, Abularrage CJ. Patient-centered clinical success after lower extremity revascularization for diabetic foot wounds. Eastern Vascular Society 34th Annual Meeting, Virtual Meeting 10/2020.

93. <u>Holscher C</u>, Weaver ML, Abularrage CJ, Black JH, Zarkowsky D, Makary MA, **Hicks CW**. Wide variation in physician performance of EVAR for small AAA. Eastern Vascular Society 34th Annual Meeting, Virtual Meeting 10/2020.

94. <u>Sorber R</u>, Canner JK, Abularrage CJ, Shireman PK, Segev DL, Black JH, Woo K, **Hicks CW**. Quantifying the charges of creating and maintaining hemodialysis access in an all-payer rate-controlled health system. Vascular & Endovascular Surgery Society (VESS) 2021 Annual Winter Meeting, Sun Valley ID 01/2021.

95. <u>Deery SE</u>, Dun C, Stonko DP, Abularrage CJ, Black JH, Makary MA, **Hicks CW**. Use of intravascular ultrasound during first-time femoropopliteal peripheral vascular interventions among Medicare beneficiaries. Vascular & Endovascular Surgery Society (VESS) 2021 Annual Winter Meeting, Sun Valley ID 01/2021 (Virtual).

96. Mu S, **Hicks CW**, Daya NR, Foraker RE, Kucharska-Newton A, Lutsey PL, Coresh J, Selvin E. Trajectories Of Self-rated Health After Hospitalization: A 30 Year Cohort Study. AHA Epi-Lifestyle Scientific Sessions, Virtual, 05/2021.

97. <u>Kibrik P</u>, Holscher C, Alsheekh A, Zarkowsky D, Abularrage CJ, **Hicks CW**. Temporal trends in the use of carotid endarterectomy, transfemoral carotid artery stenting, and transcarotid artery revascularization in the Vascular Quality Initiative. 2021 Vascular Quality Initiative Annual Meeting, San Diego CA, 08/2021.

98. <u>Kibrik P</u>, Alsheekh A, Holscher C, Zarkowsky D, Abularrage CJ, **Hicks CW**. Transcarotid artery revascularization and carotid endarterectomy have similar superior perioperative outcomes compared to transfemoral carotid artery stenting among octogenarians in the vascular quality initiative regardless of symptom status and degree of stenosis. 2021 Vascular Annual Meeting, San Diego CA, 08/2021.

99. <u>Mallela DP</u>, Canner JK, Zarkowsky DS, Haut ER, Abularrage CJ, **Hicks CW**. Association of race with perioperative outcomes following carotid endarterectomy for asymptomatic carotid artery stenosis in NSQIP. American College of Surgeons (ACS) Clinical Congress 2021, Virtual, 10/21.

100. <u>Kawaji Q</u>, Dun C, Walsh C, Stonko DP, Abularrage CJ, Black JH, Perler BA, Makary MA, Hicks CW. Index atherectomy peripheral vascular interventions performed for claudication are associated with more reinterventions than nonatherectomy procedures. Southern Association for Vascular Surgery (SAVS) 46th Annual Meeting, Eau Palm Beach, FL, 01/2022.

101. <u>Sorber RA</u>, <u>Holscher CM</u>, Zarkowsky DS, Abularrage CJ, **Hicks CW**. Increased Regional Market Competition Lowers Threshold for Revascularization in Asymptomatic Carotid Artery Stenosis. Vascular & Endovascular Surgery Society (VESS) 2022 Annual Winter Meeting, Aspen CO 01/2022.

102. <u>Stonko D</u>, <u>Sorber R</u>, <u>Deery SE</u>, <u>Kavousi Y</u>, Black JH, Lum YW, Perler BA, Abularrage CJ, **Hicks CW**. Drug-Eluting Stents are Associated with Good Mid-Term Outcomes for the Treatment of Failing Infrainguinal Bypass Grafts. Vascular & Endovascular Surgery Society (VESS) 2022 Annual Winter Meeting, Aspen CO 01/2022.

## Posters

1. **Hicks C**, Sorocco D, Levin M. Automated Analysis of Behavior: A computer-controlled system for drug screening and the investigation of learning. Central Society for Clinical Research and Midwestern Section of the American Federation for Medical Research Combined Annual Meeting, Chicago IL 04/2008.

2. Hu X, **Hicks CW**, He W, Wong P, Macklin WB, Trapp BD, Yan R. BACE1 modulates myelination in the central and peripheral nervous system. Association of American Physicians and American Society for Clinical Investigation Combined Annual Meeting, Chicago IL 04/2008.

3. Benoit J, **Hicks C**, Kolattukudy S, Engineer R, Peacock WF. Evaluation of ST2 for risk stratification in patients presenting to the emergency department with dyspnea. Society for Academic Emergency Medicine Annual Meeting, New Orleans LA 05/2009.

4. **Hicks C**, Benoit J, Burkhoff D, Engineer R, Kolattukudy S, Dasarathy S, Peacock WF. Hemodynamic changes in patients with sepsis. Society for Academic Emergency Medicine Annual Meeting, New Orleans LA 05/2009.

5. **Hicks C**, Benoit J, Burkhoff D, Engineer R, Kolattukudy S, Dasarathy S, Peacock WF. Bioreactance predictors of hospitalization in patients with suspected sepsis. Society for Academic Emergency Medicine Annual Meeting, New Orleans LA 05/2009.

6. Mace SE, **Hicks CW**. Pulmonary emboli in children and infants. American Academy of Pediatrics National Conference and Exhibition, Washington D.C. 10/2009.

7. **Hicks CW**, Kay B, Worley S, Moodley M. Guillain–Barré Syndrome (GBS) in children in the United States. XIth World Congress of International Child Neurology Congress, Cairo Egypt 05/2010.

8. **Hicks CW**, Li Y, Solomon S, Fitz Y, Subramanian M, Mignon T, Eichacker PQ, Cui X. While anthrax edema toxin (ETx) has stimulatory effects in a perfused rat heart model, lethal toxin (LeTx) has depressant effects at increasing concentrations. American Thoracic Society International Conference, New Orleans LA 05/2010.

9. Benoit J, **Hicks C**, Kolattukudy S, Engineer R, Peacock WF. Hemodynamic changes differentiate acute decompensated heart failure from other causes of dyspnea. Society for Academic Emergency Medicine Annual Meeting, Phoenix AZ 06/2010.

10. **Hicks CW**, Carter D, Rothner AD, Moodley M. Brainstem abnormalities in children with neurofibromatosis type 1. Children's Tumor Foundation 2010 Neurofibromatosis Conference, Baltimore MD 06/2010.

11. **Hicks CW**, Sweeney DA, Danner RL, Eichacker PQ, Suffredini AF, Feng J, Sun J, Behrend EN, Solomon SB, Natanson C. Lack of benefit from dexamethasone added to mineralocorticoid therapy in a canine model of bacterial pneumonia. Society of Critical Care Medicine 40th Critical Care Congress, San Diego CA 01/2011.

12. **Hicks CW**, Sweeney DA, Danner RL, Eichacker PQ, Suffredini AF, Feng J, Sun J, Behrend EN, Solomon SB, Natanson C. Mineralocorticoid therapy improves shock, lung dysfunction, and survival in a canine model of bacterial pneumonia. Society of Critical Care Medicine 40th Critical Care Congress, San Diego CA 01/2011.

13. **Hicks CW**, Sweeney DA, Danner RL, Eichacker PQ, Suffredini AF, Feng J, Sun J, Behrend EN, Solomon SB, Natanson C. Corticosteroid therapy is beneficial in high- but not low-severity septic shock in a canine model of bacterial pneumonia. Society of Critical Care Medicine 40th Critical Care Congress, San Diego CA 01/2011.

14. **Hicks CW**, Sweeney DA, Danner RL, Eichacker PQ, Suffredini AF, Feng J, Sun J, Behrend EN, Solomon SB, Natanson C. Adrenal function in a canine model of bacterial pneumonia-induced septic shock. Society of Critical Care Medicine 40th Critical Care Congress, San Diego CA 01/2011.

15. Mace SE, **Hicks CW**. Acute stroke in infants and children. Society for Academic Emergency Medicine Western Regional Meeting, Keystone CO 02/2011.

16. Li Y, Cui X, **Hicks C**, Solomon S, Fitz Y, Eichacker P. In vivo echocardiographic and ex-vivo isolated perfused heart measures in rats following 24h infusions with anthrax edema toxin (ET). American Thoracic Society International Conference, Denver CO 05/2011.

17. Li Y, Cui X, **Hicks C**, Solomon S, Fitz Y, Eichacker P. In vivo echocardiographic and ex-vivo isolated perfused heart measures in rats following 24 h infusions with anthrax lethal toxin (LT). American Thoracic Society International Conference, Denver CO 05/2011.

18. Fujiki M, Aucejo F, **Hicks C**, Uso TD, Hodgkinson P, Hashimoto K, Quintini C, Kelly D, Winans C, Vogt D, Eghtesad B, Fung J, Miller C. Comparable analysis of trans-arterial chemotherapy for hepatocellular carcinoma before liver transplantation; drug-eluting beads versus trans-arterial chemoembolization. American Transplant Congress, Philadelphia PA 05/2011.

19. Benoit JL, **Hicks CW**, Engineer RS, Lindsell CJ, Hart KW, Peacock WF. ST2 in emergency department patients with non-cardiac dyspnea. Society for Academic Emergency Medicine Annual Meeting, Chicago IL 05/2012.

20. **Hicks CW,** DeMarsh S, Singh H, Gillespie L, Morely S, Rome ES. A survey of attitudes about various birth control methods in young women with and without eating disorders. 2012 International Conference on Eating Disorders, Austin TX 05/2012.

21. Nassar A, D'Amico G, Farias K, **Hicks C**, Tom C, Grady P, Otto M, Kelly D, Zhu X, Bennett A, Fung J, Miller C, Quintini C. Establishing a liver ex-vivo normothermic perfusion model: lessons learned. 1st International Meeting On Ischemia Reperfusion Injuries in Transplantation, Paris France 5/2012.

22. **Hicks CW**, Hodin RA, Bordeianou L. Emergent restorative surgery for ulcerative colitis: expertise may matter most when it's hard to find. Digestive Disease Week 2012, San Diego CA 05/2012.

23. Bordeianou L, Weinstein M, Savitt L, Sylla P, Pulliam S, **Hicks C**, Wakamatsu M. Which patients who have rectoceles and obstructed defecation syndrome (ODS) actually need surgery? American Society of Colon and Rectal Surgeons Annual Scientific Meeting, San Antonio TX 06/2012.

24. **Hicks CW**, Hodin RA, Bordeianou L. When are three stage procedures for active ulcerative colitis (aUC) justified? American Society of Colon and Rectal Surgeons Annual Scientific Meeting, San Antonio TX 06/2012.

25. Baldwin A, Sabo J, Salzer W, Dombi E, Gillespie A, **Hicks CW**, Steinberg SM, Widemann B, Hornyak T. Speckled lentiginous nevi in children and young adults with neurofibromatosis type 1. Children's Tumor Foundation 2012 Neurofibromatosis Conference, New Orleans LA 06/2012.

26. **Hicks CW**, Hodin RA, Bordeianou L, When is a restorative proctocolectomy for active ulcerative colitis (aUC) unsafe? New England Surgical Society 93rd Annual Meeting, Rockport MN 9/2012.

27. **Hicks CW**, Wakamatsu M, Weinstein M, Pulliam S, Sylla P, Savitt L, Bordeianou L. In patients with rectoceles and obstructed defecation syndrome (ODS), surgery should be the option of last resort. New England Surgical Society 93rd Annual Meeting, Rockport MN 09/2012.

28. **Hicks CW**, Hodin RA, Bordeianou L, Restorative proctocolectomy for active ulcerative colitis (aUC) is safer than you think. European Society of Coloproctology 7th Scientific & Annual Meeting, Vienna, Austria 09/2012.

29. **Hicks CW,** Pappou EP, Gazer B, Magruder JT, Fang S, Wick E, Gearhart S, Efron J. Clinicopathologic presentation and natural history of anorectal melanoma: A case series of 13 patients. American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Phoenix 04/2013.

30. **Hicks CW,** Hodin RA, Savitt L, Bordeianou L. Does rectal eversion during proctectomy affect fecal continence in patients with ulcerative colitis? American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Phoenix AZ 04/2013.

31. Wolf J, Pappou E, **Hicks C**, Magruder T, Schwartz L, Fang S, Wick E, Safar B, Gearhart S, Efron J. Gastrointestinal stromal tumors in the rectum and anus: A retrospective single-institution analysis. American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Hollywood FL 05/2014.

32. **Hicks CW**, Hodin RA, Savitt L, Bordeianou L. Two versus three-stage IPAA for ulcerative colitis patients requiring urgent colectomy: effects on bowel and sexual function. American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Hollywood FL 05/2014.

33. **Hicks CW,** Wasey JO, Frank SM, Freischlag JA, Makary MA, Wick EC. Moderate blood transfusion triggers and surgical site infections in colorectal surgery. American Society of Colon and Rectal Surgeons Annual Scientific Meeting, Hollywood FL 05/2014.

34. Olariu AG, Maguire L, **Hicks CW,** Hodin RA, Bordeianou L. Why is your patient with Crohn's disease still smoking? Impact of smoking on surgical outcomes. Digestive Disease Week 2013, Chicago IL 05/2014.

35. Baltodano P, Soares KC, **Hicks CW,** Burce KK, Cornell P, Cooney CM, Eckhauser FE. Optimizing outcomes of complex ventral hernia repairs utilizing the novel hybrid-VAC system. Digestive Disease Week 2013, Chicago IL 05/2014.

36. Malas MB, Canner JK, **Hicks CW**, Zarkowsky DS, Arhuidese IJ, Qazi U, Schneider E, Black JH, Perler B, Segev D, Freischlag JA. Intravenous catheter remains the primary access type of incident hemodialysis a decade after the Fistula First Breakthrough Initiative. 2014 Spring Meeting of the Vascular and Endovascular Surgery Society, Boston MA 06/2014.

37. Azar F, Poruk KE, Farrow N, Cornell P, Nadra O, Azoury SC, **Hicks CW**, Atallah C, Cooney CM, Eckhauser FE. Ventral hernia repair in patients with abdominal loss domain: the Hopkins experience. 17th Annual Hernia Repair, Washington DC 3/2016.

38. Poruk KE, Burce KK, Farrow N, **Hicks CW**, Azoury SC, Sebai M, Azar F, Cornell P, Cooney CM, Eckhauser FE. Comparison of modified negative-pressure vacuum wound closure method on post-operative complications after open ventral hernia repair. Digestive Disease Week 2016, San Diego CA 05/2016.

39. Bostok I, Zarkowsky DS, **Hicks CW,** Stone DH, Eslami M, Malas MB, Goodney PP. Outcomes of EVAR in kidney transplant recipients. 2016 American Transplant Congress (ATC). Boston MA 06/2016.

40. Arhuidese I, Locham S, Obeid T, Nejim B, **Hicks CW,** Malas MB. Racial disparity in the outcome and cost of treatment of abdominal aortic aneurysms in the United States. 2016 Vascular Annual Meeting, Washington DC 06/2016.

41. Arhuidese I, Locham S, Nejim B, Obeid T, **Hicks CW,** Malas MB. Hemodialysis access in the elderly, quick fix versus durability. 2016 Vascular Annual Meeting, Washington DC 06/2016.

42. Bostock IC, Zarkowsky DS, **Hicks CW**, Stone DH, Malas MB, Goodney PP. Outcomes and risk factors associated with prolonged intubation after EVAR. 2016 Vascular Annual Meeting, Washington DC 06/2016 (Poster Presentation).

43. Obeid T, **Hicks CW**, Locham S, Dominguez E, Arhuidese I, Malas MB. Sartorius muscle flaps by vascular surgeons have lower 30-day complications compared to other specialties. 2016 Vascular Annual Meeting, Washington DC 06/2016.

44. **Hicks CW**, Cooper MA, Etra J, Grimm JC, Arnold M, Reifsnyder T. Long-term outcomes following femoral vein harvest for dialysis access and arterial reconstruction. Eastern Vascular Society 30th Annual Meeting, Philadelphia PA 09/2016.

45. Holscher C, Aridi HD, Locham V, **Hicks CW,** Canner J, Malas MB, Black JH III. Aortic surgery outcomes of Marfan Syndrome and Ehlers-Danlos Syndrome patients at teaching and non-teaching hospitals. Eastern Vascular Society 31st Annual Meeting, Savannah GA 10/2017.

46. **Hicks CW**, Bae S, DiBrito SR, Garonzik-Wang J, Segev DL, Reifsnyder T. Practice patterns in arteriovenous fistula ligation among kidney transplant recipients in the United States Renal Data Systems. Eastern Vascular Society 31st Annual Meeting, Savannah GA 10/2017.

47. Zarkowsky DS, Nejim B, **Hicks CW**, Goodney PP, Hiramoto JS, Malas MB. Outcomes following same-day and next-day discharge after elective EVAR are equivalent. American Heart Association's Scientific Sessions 2017, Anaheim CA 11/2017.

48. **Hicks CW**, Yang C, Ndumele CE, Folsom A, Heiss G, Black JH, Selvin E, Matsushita K. Body mass index is associated with risk of critical limb ischemia in the general population. American Heart Association's Scientific Sessions 2017, Anaheim CA 11/2017.

49. Nejim B, Zarkowsky D, **Hicks CW**, Fateeh M, Malas M. Risk calculator tool for in-hospital adverse events following endovascular aortic aneurysm repair. Southern Vascular Society 42nd Annual Meeting, Scottsdale AZ 01/2018.

50. Nejim BJ, Arhuidese I**, Hicks C**, Obeid T, Malas M. The interplay of age, intravenous, and oral beta-blocker use in patients with Type-B thoracic aortic dissection. 2018 Vascular Annual Meeting, Boston MA 06/2018.

51. **Hicks CW**, Kwak L, Ballew S, Kalbaugh CA, Folsom AR, Heiss G, Coresh J, Black JH, Selvin E, Matsushita K. Sex- and race-based disparities in the risk of peripheral artery disease and critical limb ischemia: the Atherosclerosis Risk in Communities (ARIC) study. American Heart Association Scientific Sessions 2018, Chicago IL 11/2018.

52. **Hicks CW**, Wang D, Daya NR, Windham BG, Ballantyne CM, Matsushita K, Selvin E. Association of high-sensitivity troponin with peripheral neuropathy in the Atherosclerosis Risk in Communities (ARIC) Study. American heart Association Epi-Lifestyle 2019 Scientific Sessions, Houston TX 03/2019.

53. **Hicks CW**, Wang D, Matsushita K, Chalmers J, Woodward M, Selvin E. Cardiac biomarkers and incident peripheral arterial disease (PAD) in patients with type 2 diabetes in the ADVANCE trial. American Diabetes Association 79th Scientific Sessions, San Francisco CA 06/2019.

54. Mallick D, Holscher C, Canner JK, Zarkowsky D, Abularrage CJ, **Hicks CW.** Impact of sex on carotid artery stenting outcomes among octogenarians. 2019 Vascular Annual Meeting, Washington DC 06/2019.

55. **Hicks CW**, Wang D, Windham BG, Matsushita K, Selvin E. Prevalence of peripheral neuropathy in middle-aged and older adults in NHANES and the ARIC study. International Diabetes Federation Congress 2019, Busan South Korea 12/2019.

56. **Hicks CW**, Wang D, Daya NR, Windham BG, Matsushita K, Mosely T, Gottesman R, Coresh J, Selvin E. Association of peripheral neuropathy with cognitive impairment and dementia in the Atherosclerosis Risk in Communities (ARIC) Study. International Diabetes Federation Congress 2019, Busan South Korea 12/2019.

57. **Hicks CW**, Wang D, Tang O, Matsushita K, Hoogeveen R, Ballantyne CM, Jia X, Selvin E. Association of cardiac troponin T and troponin I with peripheral neuropathy in older adults: the Atherosclerosis Risk in Communities (ARIC) study. American heart Association Epi-Lifestyle 2020 Scientific Sessions, Phoenix AZ 03/2020.

58. **Hicks CW**, Wang D, Matsushita K, Windham BG, Selvin E. Peripheral neuropathy and all-cause and cardiovascular mortality in US adults. American heart Association Epi-Lifestyle 2020 Scientific Sessions, Phoenix AZ 03/2020.

59. Zhang GQ, Canner JK, Haut E, Sherman RL, Abularrage CJ, Hicks CW. Impact of geographic socioeconomic disadvantage on outcomes on minor amputation outcomes in patients with diabetes. Eastern Vascular Society 34th Annual Meeting, Virtual Meeting 10/2020.

60. Hu X, **Hicks CW**, Mok Y, Hoogeveen RC, Tang W, Selvin E, Ballantyne CM, Tanaka H, Heiss GM, Coresh J, Matsushita K. Proteins Predicting the Risk of Peripheral Artery Disease (PAD): The Atherosclerosis Risk In Community (ARIC) Study. American Heart Association Epi-Lifestyle 2022 Scientific Sessions, Chicago IL 03/2022.

61. **Hicks CW**, Wang D, Daya N, Windham BG, Juraschek SP, Matsushita K, Selvin E. Association of Peripheral Neuropathy With Injurious Falls And Fractures in the Atherosclerosis Risk In Communities Study. American Heart Association Epi-Lifestyle 2022 Scientific Sessions, Chicago IL 03/2022.

62. Fang M, Hu J, Matsushita K, Selvin E, **Hicks CW**. Risk Factors For Diabetic Foot Infection: The Atherosclerosis Risk In Communities (ARIC) Study. American Heart Association Epi-Lifestyle 2022 Scientific Sessions, Chicago IL 03/2022.

<u>Exhibit B</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* THOMAS SCHROEDER | ) | |
| | ) | |
| Relator, | ) | |
| | ) | |
| | ) | Case No. 2:17-02060-DCC-KGG |
| | ) | |
| MEDTRONIC, INC.; COVIDIEN, L.P.; | ) | |
| HUTCHINSON REGIONAL MEDICAL | ) | |
| CENTER, and WICHITA | ) | |
| RADIOLOGICAL GROUP, P.A. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>FIFTH AMENDED COMPLAINT</u>**

The United States of America ("USA"), *ex rel.* Thomas Schroeder ("Relator"), brings this

Fifth Amended Complaint against Defendants Medtronic, Inc.; Covidien, L.P.; Hutchinson

Regional Medical Center, and Wichita Radiological Group, P.A. (collectively referred to as

"Defendants") for primary and successor liability for treble damages and civil penalties arising

from (i) Medtronic, Inc.'s and Covidien L.P.'s payment of remuneration to healthcare providers

in Kansas including Defendant Hutchinson Regional Medical Center and the Robert J. Dole

Veterans Administration Medical Center and (2) Medtronic, Inc.; and Covidien L.P.; and

Wichita Radiological Group, P.A. providing medically unnecessary treatment including the

usage of medical devices off-label; all of which induced false claims to be made to, and

reimbursed by, the United States Department of Veterans Affairs, Tricare, Medicare, Medicaid

and/or other government healthcare plans in violation of the False Claims Act, 31 U.S.C. § 3729,

*et seq.* (the "False Claims Act" or "FCA").  Relator alleges and states as follows:

TABLE OF CONTENTS

Preliminary Statement ...................................................................................3

Parties ...........................................................................................................3

Jurisdiction, Venue & Statutory Requirements ..................................................5

Applicable Statutes & Authorities ...................................................................6

    Statutes & Authorities Related to Kickbacks and Fraud ...............................6
    The Government Healthcare Plans ...........................................................8

Factual Background ......................................................................................12

A.    Defendant's Kickback Scheme .............................................................13

        *Medtronic/Covidien's Kickback Scheme at Dole VA*....................................18
        *Medtronic/Covidien and Hutchinson's Kickback Scheme* ...........................28

B.    Medtronic/Covidien's and WRG's Medically Unnecessary Services &
        Supplies and Off-label Use at Dole VA.........................................................33

        *Excessive & Medically Unnecessary Atherectomy Devices* .........................39
        *Treating with Excessive Stents*......................................................................44
        *Excessive Use of Drug Coated Balloons* .....................................................46
        *WRG's Unnecessary Interventional Procedures & Self-Dealing*.................49
        *Other Waste of Devices & Patient Results* ...................................................50

C.    Medtronic/Covidien and WRG — Off-label Use of Devices ....................52

        *Off-label Promotion of Peripheral Drug Coated Balloons* .........................53
        *Off-label Promotion of Peripheral Stents* ...................................................57

Count I. ........................................................................................................60

Count II ........................................................................................................62

Count III........................................................................................................64

## PRELIMINARY STATEMENT

1.       This is a civil action brought by Relator on behalf of the United States to recover

treble damages, civil penalties and restitution owed to the Government as a result of Defendants'

kickback schemes, seeking reimbursement for medically unnecessary treatment, and seeking

reimbursement for performing, promoting, marketing, and inducing use of medical devices "off-

label."  To increase the sales of its medical devices and create a near monopoly of its product at

hospitals, Defendants Medtronic, Inc. and Covidien, L.P. bribed hospital staff to purchase its

devices over those of competitors and to purchase grossly excessive inventory.  One such

hospital, Defendant Hutchinson Regional Medical Center, readily solicited and accepted such

bribes from Medtronic, Inc. and Covidien, L.P.  Defendants Medtronic, Inc. and Covidien, L.P.

also enticed, trained, and encouraged its devices to be used "off label" and in medically

unnecessary procedures whereby Wichita Radiological Group, P.A. performed these procedures.

As a result of this conduct, Defendants knowingly submitted, caused to be submitted, and/or

conspired to be submitted false claims to the United States Department of Veterans

Administration, Tricare, Medicare, Medicaid and other Government-funded healthcare plans

(collectively referred to as "Government Healthcare Plans").

## PARTIES

2.       Relator Thomas Schroeder ("Schroeder") is an individual residing in Missouri.

Since 2006, Relator has been in a sales role (previously Midwest Sales Manager and now

Regional Sales Manager which includes all of the Midwest, Western U.S., upper Northeast U.S.,

and Florida) for a company that sells atherectomy devices, drug-coated balloons and stent

devices.

3.       Medtronic, Plc is a holding corporation under the laws of Ireland with its principal

place of business at 20 On Hatch, Lower Hatch Street, Dublin 2, Ireland and its Operational

Headquarters located at 710 Medtronic Parkway, Minneapolis, Minnesota 55432.  Defendants

Medtronic, Inc. and Covidien, L.P. are wholly owned subsidiaries of Medtronic, Plc.

4.     Defendant Medtronic, Inc. (hereafter "Medtronic") is a medical device and

technology company registered as a Minnesota corporation in good standing in the state of

Kansas.  Its registered agent is the Corporation Service Company, 2900 S.W. Wanamaker Dr.,

Topeka, KS 66614. Medtronic is a global medical device manufacturer with its principal place of

business at 710 Medtronic Parkway, LC300, Minneapolis, Minnesota.

5.     On or about January 26, 2015, Medtronic, Plc. completed a transaction with

Covidien, Plc. to purchase Covidien for $50 billion.  In turn, a newly formed Covidien L.P.

(hereafter "Covidien") became a wholly owned subsidiary of Medtronic, Plc.[1]  Defendant

Covidien L.P. is a limited partnership organized and existing under the laws of Delaware with its

principal place of business at 15 Hampshire Street, Mansfield, Massachusetts 02048.  Covidien,

L.P. is registered and in good standing to do business in the state of Kansas with a registered

agent of Corporation Service Company 2900 S.W. Wanamaker Dr., Topeka, KS 66614.

6.     Upon information and belief, over a period of time, Medtronic employees began

selling Covidien, Plc. medical devices under either Covidien's name or under Medtronic's name

and Medtronic began making, using, selling and or importing Covidien, Plc. products.

Medtronic has successor liability for the fraudulent schemes addressed herein committed by

Covidien, Plc. and its employees and agents as well as primary liability for its own actions.

---

[1] In 2010, Covidien had acquired a fellow medical device manufacturer ev3, Inc. for $2.3 billion.
And in 2007, ev3 had acquired a fellow device manufacture FoxHollow Technologies, Inc. for
$780 million.

7.     Defendant Hutchinson Regional Medical Center ("Hutchinson") is a not-for-profit hospital organized and existing under the laws of the State of Kansas. Its principal place of business is 1701 East 23rd Avenue, Hutchinson, Kansas 67502.  Hutchinson provides a broad range of healthcare services, including cardiac and other peripheral vascular procedures, diagnostic measures and interventions.

8.     Defendant Wichita Radiological Group, P.A. ("WRG") is incorporated as a professional association under Kansas law with its principal place of business located at 551 N. Hillside, Suite 320, Wichita, Kansas 67214.  Dr. Kamran Ali, M.D. is its president.  On its website, WRG states: "The radiologists of Wichita Radiological Group offer expertise in diagnostic radiology, neuroradiology, nuclear radiology, pediatric radiology, vascular & interventional radiology, and women's imaging. Radiologists provide services at Wesley Medical Center, a 650-bed level 1 trauma center, and Robert J. Dole VA Medical Center, a teaching hospital providing a full range of patient care services. In addition, WRG owns and operates four imaging centers, including the area's only comprehensive women's imaging services with a special emphasis on breast cancer."

## JURISDICTION, VENUE & STATUTORY REQUIREMENTS

9.     This action arises under the False Claims Act, 31 U.S.C. § 3729, *et seq*. Jurisdiction in this Court is proper pursuant to 31 U.S.C. §§ 3732(a) and 3730(b) and 28 U.S.C. § 1331.

10.     Venue is proper in this Court pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. § 1391 because the acts proscribed by 31 U.S.C. §§ 3729, *et seq.* complained of herein took place in part in this district and Defendants transacted and continue to transact business in this district.

11.     Pursuant to 31 U.S.C. § 3730(b)(2), the Relator has and will continue to serve the

Fifth Amended Complaint and all future filings with this Court to the Attorney General of the

United States and the United States Attorney for the District of Kansas.

## APPLICABLE STATUTES & AUTHORITIES

### Statutes & Authorities Related to Kickbacks and Fraud

12.     The federal anti-kickback statute, 42 U.S.C. § 1320a-7b(b) (the "AKS"), arose out

of Congressional concern that remuneration given to those who can influence healthcare

decisions would result in the provision of goods and services that are medically unnecessary, of

poor quality or even harmful to a vulnerable patient population. To protect patient and

Government Healthcare Plans from these harms, Congress enacted a prohibition against the

payment of kickbacks in any form. First enacted in 1972, Congress strengthened the statute in

1977 and 1987 to ensure that kickbacks masquerading as legitimate transactions did not evade its

reach. *See* Social Security Amendments of 1972, Publ. L. No. 92-603, §§ 242(b) and (c); 42

U.S.C. § 1320a-7b, Medicare-Medicaid Anti-fraud and Abuse Amendments, Publ. L. No. 95-

142; Medicare and Medicaid Patient Program Protection Act of 1987, Pub. L. No. 100-93.

13.     The AKS makes it illegal for individuals or entities to "offer[] or pay[] any

remuneration (including any kickback, bribe, or rebate) . . . to any person to induce such person

… to purchase, … order, … or recommend purchasing … or ordering any good … or item for

which payment may be made in whole or in part under a Federal Healthcare program." 42 U.S.C.

§ 1320a-7b(b)(2). Payments by a medical device company like Medtronic to healthcare providers

to induce them to recommend or purchase the company's surgical devices violate this statute to

the extent that the devices are reimbursed by a Government Healthcare Plan. Violation of the

AKS is a felony punishable by fines and imprisonment and can also result in exclusion from

participation in Government Healthcare Plans. 42 U.S.C. § 1320a-7b(b)(2) and 42 U.S.C. §

1320a-7(b)(7).

14. As early as 1994, the Government pointed out the special position of trust that providers hold with patients and made it clear that the AKS prohibits offers of financial incentives to providers to use specific surgical devices on patients. Specifically, Health and Human Services-Office of the Inspector General issued "Special Fraud Alerts" explaining that:

> Traditionally, physicians and pharmacists have been trusted to provide treatments and recommend products in the best interest of the patient. In an era of aggressive drug marketing, however, patients may now be using prescription drug items, unaware that their physician or pharmacist is being compensated for promoting the selection of a specific product.

1. ed. Reg. at 65, 376 (Dec. 19, 1994).

15. Falsely certifying compliance with the AKS in connection with a claim submitted to a federally funded insurance program is actionable under the FCA. As codified in the Patient Protection and Affordable Care Act of 2010 ("PPACA"), Pub. L. No. 111-148, 6402(f), 124 Stat. 119, codified at 42 U.S.C. § 1320a-7b(g), "a claim that includes items or services resulting from a violation of this section constitutes a false or fraudulent claim for purposes of [the False Claims Act]."

16. The False Claims Act, 31 U.S.C. § 3729 *et seq*. ("FCA") reflects Congress's objective to "enhance the Government's ability to recover losses as a result of fraud against the Government." S. Rep. No. 99-345, at 1 (1986). As relevant here, the FCA establishes treble damages liability to the United States for an individual or entity that:

> (i) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval," 31 U.S.C. § 3729(a)(1) (2000) and, as amended, 31 U.S.C. § 3729(a)(1)(a);
>
> (ii) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim, *id.* § 3729(a)(1)(B); or
>
> (iii) conspires to defraud the Government by getting a false or

fraudulent claim allowed or paid" *id.* § 3729(a)(3)(1986), and, as amended, 31 U.S.C. § 33729(a)(1)(C).

17.     "Knowing," within the meaning of the FCA, is defined to include reckless disregard and deliberate indifference. *Id.*

<p style="text-align:center">The Government Healthcare Plans</p>

18.     Our country's retired members of the uniformed services are covered by the United States Department of Veterans Affairs ("U.S. VA") which provide healthcare benefits for, among other things, surgical procedures performed at public and private hospitals, including Veterans Administration hospitals such as the Robert J. Dole Veterans Administration Medical Center in Wichita, Kansas.

19.     In 1967, the Department of Defense created the Civilian Health and Medical Program of the Uniformed Services ("CHAMPUS"), which is a federally funded medical program created by Congress. 10 U.S.C. § 1071. CHAMPUS beneficiaries include active military personnel, retired personnel, and dependents of both active and retired personnel. *Id.*

20.     In 1995, the Department of Defense established Tricare, a managed healthcare program, which operates as a supplement to CHAMPUS. *See* 32 C.F.R. §§ 199.4, 199.17(a). Since the establishment of Tricare in 1995, both programs are Tricare/CHAMPUS, or just "Tricare."[2]  The purpose of the Tricare program is to improve healthcare services to beneficiaries by creating "managed care support contracts that include special arrangements with civilian sector health care providers."[3] 32 C.F.R. § 199.17(a)(1).

---

[2] There are four varieties of Tricare: Tricare Prime, Tricare Extra, Tricare Standard, and Tricare for Life.
[3] Anyone who has reached 20 years of service, even if they were never activated on a [federal] order for more than 180 days outside of training, will now be considered a veteran.  If you are medically retired, you can get TRICARE benefits as a retired service member. You must be on the: Temporary Disabled Retirement List, or, Permanent Disability Retirement List.

21.     The federal Tricare program provides health benefits to eligible dependents of active duty, retired members of the uniformed services and their eligible dependents, eligible spouses and dependents of deceased members, as well as to Tricare eligible beneficiaries, in certain circumstances, who are also Medicare eligible.  Tricare is administered by the Tricare Management Activity ("TMA").  TMA is Department of Defense ("DOD") Field Activity of the Under Secretary of Defense for Personnel and Readiness ("USD (P&R)") to operate under the authority, direction and control of the Assistant Secretary of Defense for Health Affairs ("ASD (HA)").  DOD is an agency and instrumentality of the United States, and its TMA/Tricare activities, operations, and contracts are paid for with federal funds.  *See* 10 U.S.C. §§ 1071, *et seq*.

22.     The Tricare program is administered through the TMA/DOD that uses contractors to process claims for payment from providers of medical services and devices.

23.     Tricare providers have an obligation to provide services and supplies at only the appropriate level and "only when and to the extent medically necessary." 32 C.F.R. §199.6(a)(5).  Tricare's governing regulations require that services provided be "furnished at the appropriate level and only when and to the extent medically necessary," and such care must "meet[] professionally recognized standards of health care [and be] supported by adequate medical documentation…to evidence the medical necessity and quality of services furnished, as well as the appropriateness of the level of care." *Id.*

24.     Tricare covers "durable medical equipment" that is "medically appropriate equipment to improve, restore, or maintain the function of a . . .  diseased, or injured body part or can otherwise minimize or prevent the deterioration of the beneficiary's function or condition; or maximize the beneficiary's function consistent with the beneficiary's physiological or medical

needs" (*i.e.,* medical devices such as the PAD devices discussed herein) or "provides the medically appropriate level of performance and quality for the medical condition present" and does not cover any medical devices used "off label" under FDA standards.  32 C.F.R. §§ 199.4(b)(2)(vi); 199.4(d)(3)(ii); 199.2; Tricare Policy Manual, Chap. 8, § 5.1.

25.      Medicare is a federal program that provides federally subsidized health insurance for persons who are 65 or older or are disabled. *See* 42 U.S.C. §§ 1395, *et seq.* ("Medicare Program"). Part B of the Medicare Program provides supplemental benefits to participants to cover, among other things, physician services, procedures, prescription drugs and devices. *See generally id.* §§ 1395j-1395w-4.

26.      Medicare is administered by CMS, which is part of the Department of Health and Human Services. CMS contracts with private contractors referred to as Medicare Administrative Contractors to act as agents in reviewing and paying claims submitted by healthcare providers. 42 U.S.C. § 1395h; 42 C.F.R. §§ 421.3, 421.100. These contractors review claims to determine whether they are appropriate for reimbursement under Medicare Part A (inpatient hospital and related services) and Medicare Part B (outpatient hospital and physician services).

27.      Medicare is not permitted to pay for any expense that is not "reasonable and necessary for the diagnosis and treatment of illness or injury." 42 U.S.C. § 1395(a)(1)(a). Regulations, national coverage determinations, and local coverage determinations specify services that are covered as medically reasonable and necessary.

28.      Certain services and devices are excluded from coverage because they are not reasonable and necessary. Experimental or investigational medical devices are excluded. 42 C.F.R. § 411.15(o). Medicare considers a medical device investigational if it has not completed the applicable clearance (510(k)) or approval (PMA) process that a manufacturer, in accordance

with FDA's requirements, must complete before it is allowed to fully market its product.

Medicare makes an exception for devices classified by the FDA as Category B investigational

and furnished in commerce consistent with FDA protocols for clinical trials. 42 C.F.R. §

411.15(o). An investigational device exemption must be granted by the FDA to be eligible for

coverage as an investigational Category B medical device. 42 C.F.R. § 405.201(a)(2).

29.     Medicare payment is not made for medical and hospital services that are related to

the use of a device that is not covered because CMS determines the device is not "reasonable"

and "necessary" or because it is excluded from coverage for other reasons. 42 C.F.R. § 405.207.

These excluded services include all services furnished in preparation for the use of a noncovered

device, services furnished contemporaneously with and necessary to the use of a noncovered

device, and services furnished as necessary after-care that are incident to recovery from the use

of the device or from receiving related noncovered services. *Id.*

30.     Medicare's manuals expressly exclude from coverage a medical device that

requires, but has not obtained, premarket approval from the FDA because the device is

investigational and not established to be reasonable and necessary. Medicare's longstanding

policy, which is binding on its fiscal intermediaries, excludes coverage for devices and related

services that have not been authorized for marketing by the FDA, in accordance with the FDA's

requirements.

31.     Medicare enters into provider agreements with providers and suppliers to

establish their eligibility to participate in the program. During all relevant times herein,[4] to be

eligible for payment under the Medicare program, providers and suppliers must certify:

---

[4] Any reference herein to "relevant times" or "all relevant times" refers to the permissible period
of time under Relator's FCA claims which would be six years from the initiation of this action.
31 U.S.C. § 3731(b)(1).

> I agree to abide by the Social Security Act and all applicable Medicare laws, regulations and program instructions that apply to this supplier. The Medicare laws, regulations and program instructions are available through the Medicare contractor. I understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws, regulations, and program instructions (including, but not limited to, the Federal anti-kickback statute and the Stark law), and on the supplier's compliance with all applicable conditions of participation in Medicare.

*See, e.g.,* CMS Form-855S (04/06) at 26.

32. The federal Medicaid Program was created in 1965 under Title XIX of the Social Security Act, 42 U.S.C. § 1396 *et seq.* Funding for Medicaid is shared between the federal government and those states participating in the Medicaid program. Federal funds are distributed to the states, which in turn provide certain medical services to certain low-income individuals.

33. Federal Medicaid regulations require each state to designate a single state agency responsible for administering the Medicaid program. The agency must create and implement a "plan for medical assistance" that is consistent with Title XIX and with the regulations of the Secretary of Health and Human Services ("the Secretary"). After the Secretary approves the plan submitted by the state, the state is entitled each quarter to be reimbursed for a percentage of its expenditures made in providing specific types of "medical assistance" under the plan. *See* 42 U.S.C. § 1396b(a)(1). This reimbursement is called "federal financial participation" ("FFP").

34. The federal programs described above are referred to collectively herein as the "Government Healthcare Plans."

## FACTUAL BACKGROUND

35. The allegations contained herein are based upon the personal knowledge of Relator obtained through Relator's firsthand observations or interactions and communication

with other firsthand witnesses.

A.     Defendants' Kickback Scheme

36.     Medtronic/Covidien (due to the consolidation of Defendant Covidien's products under the Medtronic purchase, Relator will refer to both Medtronic and Covidien Defendants as "Medtronic/Covidien") employs a Class III Device Sales Representative and Clinical Specialist named Doug Winger ("Winger") as well as Winger's supervisor throughout all relevant times Greg Davisson ("Davisson"). Winger and Davisson train other Medtronic/Covidien Sales Representatives on sales techniques.  Winger and Davisson both began working in approximately 2007 as sales representatives FoxHollow, ev3 and Covidien selling directional atherectomy medical devices via the acquisitions referenced in ¶ 5 during the relevant time period in this Fifth Amended Complaint. Upon information and belief, Winger and Davisson continuously ran the schemes detailed herein on behalf of each of their  successive employers and then Medtronic/Covidien.

37.     The Medtronic/Covidien peripheral vascular devices used in the schemes detailed herein are for the treatment of peripheral artery disease ("PAD"), predominantly in the legs. These include Medtronic/Covidien's: (1) directional atherectomy devices (examples include, but are not limited to, TurboHawk, HawkOne, SilverHawk) which are  catheters that shave plaque out of arteries; (2) drug-coated balloons ("DCB") (examples include but are not limited to, IN.PACT and IN.PACT AV) used to re-open blocked or narrowed arteries or veins due to PAD or ESKD; (3) self-expanding nitinol stent systems ("Nitinol Stent Systems"), which include self-expanding stents that are vascular and biliary stents made of nickel titanium alloy (nitinol) cut into an open lattice design that exerts constant outward force used to keep iliac (pelvic), superficial femoral and proximal popliteal arteries open; (4) percutaneous transluminal

angioplasty ("PTA") balloon catheters (including but not limited to all guidewire capable options 014/018/035, high pressure balloons e.g., Fortrex, rapid & over-the-wire, and balloons of all compliance variations); (5) re-entry catheters; (6) chronic total occlusion ("CTO") catheters; (7) balloon-expandable Stents; (8) infusion therapy; (9) snares and guidewires; (10) support and guide catheters, (11) embolic protection, and (12) unmounted stents (including but not limited to Intrasent).   In essence, this includes any PAD devices sold by Medtronic/Covidien employees Doug Winger, Greg Davisson, or Keri Montgomery Kirk to either Dole VA or Hutchinson for the relevant time period.  Hereafter these devices are referred to collectively as Medtronic/Covidien's "PAD devices."

38.     These PAD devices are used on arteries in patients' legs in peripheral endovascular procedures which are routinely performed in cardiac catheterization labs, interventional radiology suites, and operating rooms. These are typically patients having surgical procedures for PAD which occurs when plaque builds up in the arteries and circulation is compromised. The devices assist in "opening up" arteries, removing plaque and, consequently, improving circulation. The stent products remain in the patients while the directional atherectomy catheters and balloons are used and removed for disposal.

39.     The Medtronic/Covidien cardiovascular devices used in the schemes detailed herein are for the treatment of coronary disease.  These include Medtronic/Covidien's coronary catheters, coronary guidewires, and coronary stents.  In essence, this includes any coronary devices sold by Medtronic/Covidien employees Doug Winger, Greg Davisson, or Keri Montgomery Kirk to either Dole VA or Hutchinson for the relevant time period in this complaint.  Hereafter these devices are referred to collectively as Medtronic/Covidien's "coronary devices."

40.     These PAD devices are highly lucrative for Medtronic/Covidien and highly reimbursable by Government Healthcare Plans. As an example, as reported in its SEC filings, Medtronic/Covidien's Cardiac and Vascular Group accounted for $8.8 billion out of a total of $17 billion in sales in 2014, and $11.5 billion out of a total $30.5 billion in sales in 2019.

41.     The federal anti-kickback statute, 42 U.S.C. § 1320a-7b(b) (the "AKS"), expressly prohibits any individual or entity from offering, paying, soliciting or receiving any "remuneration," which "include[s] any kickback [or] bribe" to "any person to induce such person" to purchase or recommend a drug, service or supply (included medical devices) that is covered by a Government Healthcare Plan.

42.     Although Defendants knew they were bound by the AKS, they have chosen to disregard these laws and prohibitions, instead choosing to put sales growth and profits before their duty to comply with federal law. Moreover, Defendant Hutchinson falsely certified compliance with the AKS and the Stark Law[5] in connection with all claims submitted to the Government Health Programs within the relevant time asserted herein, and as such made, caused to be made, or conspired to be made fraudulent claims actionable under the FCA.  As codified in the Patient Protection and Affordable Care Act of 2010 ("PPACA"), Pub. L. No. 111-148, 6402(f), 124 Stat. 119, codified at 42 U.S.C. § 1320a-7b(g), "a claim that includes items or services resulting from a violation of this section constitutes a false or fraudulent claim for purposes of [the FCA]." Defendant Hutchinson, as described in ¶ 31, certified to their compliance with the AKS when submitting claims for reimbursement regarding Government Healthcare Plans.

43.     Defendant Medtronic/Covidien's kickback scheme is set forth in more detail

---

[5] Limitation on Certain Physician Referrals.  42 U.S.C. § 1395nn(a).

below.  In summary, in at least as early as 2007 and continuing to when the Dole VA catheterization lab was shut down in 2018, starting with FoxHollow's SilverHawk atherectomy device, and continuing to present day with Medtronic's PAD and coronary devices referenced above, Medtronic/Covidien (through Winger and Davisson, or at their direction) have been providing remuneration to the Radiology Technologist and Lab Manager Teri Brinkley and her staff at the Robert J. Dole Veterans Administration Medical Center, 5500 East Kellogg Ave., Wichita, Kansas (hereafter "Dole VA") and the Director of Supply Chain Mark Wilson and other employees at Defendant Hutchinson Hospital.

44.    These kickback schemes have been, and continue to be, integral to Medtronic/Covidien's overall marketing strategy to sell PAD and coronary devices at the Dole VA, Defendant Hutchinson as well as other locations across the country.

45.    Since approximately 2007 and continuing to the present, Medtronic/Covidien and its predecessors failed to have (and/or enforce) policies and practices in place to prevent payment of remuneration by its Sales Representatives, Field Sales Trainers and managers.

46.    As an example, and confirming Medtronic/Covidien's practices of implementing kickbacks as part of its sales tactics, in the summer of 2019, Medtronic/Covidien terminated PAD device sales representative Dave Johnson for violation of the AKS and the Stark Law regarding his sales activity.

47.    Further demonstrating Medtronic/Covidien's pattern and practice in selling medical devices, in 2008, Medtronic/Covidien settled an AKS / FCA claim with the Department of Justice for $75 million related to paying kickbacks to doctors performing spinal surgeries using their devices.  In 2011, Medtronic/Covidien paid another $23.5 million to settle AKS / FCA claims regarding paying kickbacks to doctors who utilized its pacemaker devices.

48.     In December 2018, Medtronic/Covidien agreed to pay nearly $20 million to resolve claims against two of its acquisitions (Covidien and ev3) regarding the payment of kickbacks and off-label promotion in violation of the AKS and the FCA.

49.     In March 2019, Medtronic/Covidien's group settled an AKS / FCA claim with the Department of Justice for $17 million for allegedly paying illegal kickbacks in the form of free or discounted marketing services to induce the purchase of medical devices that were being billed to Medicare. "Today's settlement serves as an important reminder to those in the health care community that unlawful kickbacks come in many forms and are not limited to monetary payments to providers," said Assistant Attorney General Jody Hunt for the Department of Justice's Civil Division. "Providing free or discounted services to health care providers to induce the use of certain items or services can lead to excessive and unnecessary treatments and drive up health care costs for everyone."[6]

50.     More recently, it was reported in April 2020 that Medtronic/Covidien agreed to resolve an AKS / FCA claim for $9.9 million, in the U.S. District Court for the E.D. of California, for allegedly paying unlawful kickbacks in forms of vacations, gift cards, consulting jobs, cash, sports tickets, and entertainment to physicians using their cardiac devices.

51.     After becoming aware of the allegations set forth in the Relator's initial Complaint, instead of investigating and holding Winger and Davisson (and other employees involved) accountable for their activities, Medtronic/Covidien actually decided to increase their role within the company by entrusting them to train other Medtronic/Covidien Sales Representatives on Medtronic/Covidien's marketing strategy including the payment of

---

[6] "Covidien to Pay More Than $17 Million to Settle Catheter Kickback Case," Policy & Medicine, Mar. 13, 2019, Thomas Sullivan.

remuneration and "off-label" and medically unnecessary promotion of its PAD devices.

### *Medtronic/Covidien's Kickback Scheme at Dole VA*

52.     At all relevant times herein, Defendant Medtronic/Covidien claimed, caused a claim to be made, or conspired to have a fraudulent claim be made to the U.S. VA for reimbursement regarding PAD and coronary devices provided to Dole VA based on Medtronic/Covidien offering and/or paying remuneration to Dole VA employees in exchange for Dole VA purchasing, or recommending for purchase, Medtronic/Covidien's PAD and coronary devices.

53.     As a provider of medical services to active and retired military members, all devices used in PAD procedures at Dole VA are paid for by the U.S. VA.

54.     Dole VA was one of the nation's smallest vascular surgery providers.  Yet, despite its relatively small number of patients and even smaller number of vascular procedures performed each week, Dole VA was Winger's largest customer for vascular devices, often exceeding $2-3 million dollars in annual revenue for Medtronic/Covidien at all relevant times herein. Throughout Winger's, Kirk's, and Davisson's course of business at Dole VA including all relevant times herein, the remuneration paid to Dole VA employees led to claims being submitted to, and paid by, the U.S. VA for well over $10 million dollars of Medtronic/Covidien PAD and coronary devices.

55.     Teri Brinkley worked as the Radiology Technologist and Lab Manager of the cath lab at the Dole VA at all relevant times asserted herein. At all relevant times herein, Brinkley was responsible for ordering, or recommending for ordering, medical devices for the Dole VA cath lab that were paid for by the U.S. VA, including the Medtronic/Covidien PAD and coronary devices sold by Winger and Davisson.

56.     Winger's and Davisson's kickback scheme at Dole VA worked as follows. Throughout all relevant times herein, Winger and Davisson - or Medtronic/Covidien's Clinical Specialist Kerri Montgomery Kirk working with Winger or Davisson - were giving remuneration to Teri Brinkley and other Dole VA cath lab employees. The remuneration took the form of weekly/daily lunches for Brinkley and other cath lab employees, ipads, iphones, NASCAR as well as other entertainment event tickets to Brinkley and her staff, weekend parties, as well as frequent nights at bars and restaurants. All of this was done to induce Brinkley to purchase, or recommend purchases, of millions of dollars of Defendant Medtronic/Covidien's PAD and coronary devices by the U.S. VA.[7]

57.     As an example, Brinkley would routinely and jokingly tell her staff that the "physician" was paying for weekly lunches when in fact it was well known that Medtronic/Covidien was paying.

58.     Winger's, Davisson's, and Kirk's expense reports, as well as their personal credit/debit card transactions, will set forth some of the amounts paid by Medtronic/Covidien for the remuneration to Brinkley and the cath lab staff at the Dole VA.

59.     Medtronic/Covidien's remuneration alleged herein served its purpose at Dole VA. At all relevant times alleged herein, Defendant Medtronic/Covidien was the near exclusive provider of PAD and coronary medical devices to Dole VA's cath lab, thereby eliminating the purchase of similar and lower cost devices from other manufacturers. Terri Brinkley would exclude access to the cath lab and its physicians for device salespersons other than Winger and

---

[7] As an example, and a conservative estimate, in one form of kickback, Winger paid remuneration in the form of free lunches at Dole VA at least twice a week. Assuming a conservative $150 per lunch for the cath lab staff over 13 years, this would amount to over $200,000.

Davisson.  Brinkley would also exclusively purchase or recommend for purchase all Medtronic/Covidien devices outright, while all other vendors had to provide their devices on consignment.

60.      Due to Defendant Medtronic/Covidien's kickback scheme, and in exchange for said remuneration it paid to Dole VA, Dole VA over-purchased a tremendous amount of unnecessary Medtronic/Covidien PAD devices in relation to the size of Dole VA's cath lab and number of procedures performed.

61.      Regarding PAD devices, throughout all relevant times herein, Dole VA operated just one cath lab with one procedure room and one physician providing services.[8]  These services were typically performed two to three days per week and procedures usually stopped at 3:00 p.m. There are other large well-known healthcare providers, with numerous physicians with multiple specialties performing numerous PAD procedures on a daily basis at their respective facilities.

62.      As a result of the Relator's initial complaint in this matter, the VA's Office of Inspector General ("OIG") conducted an investigation into allegations of excessive purchase and usage of Medtronic/Covidien PAD devices at Dole VA.  In one given year that was examined, Dole VA purchased **505** DCBs and directional atherectomy[9] devices from Medtronic/Covidien. The OIG compared this figure to 46 other VA cath labs around the country.  The next closet VA cath lab for the same period of time purchased only **137** DCBs and directional atherectomy devices.   The average number of same devices among these other VA cath labs was **28**.  For these devices, Dole VA paid $789,650.00, while the next closed VA cath lab purchased only

---

[8] For a period of time, Dole VA had two rooms where such procedures could occur.  However, they only utilized one room at any given time.
[9] This investigation did not include Dole VA purchases of HawkOne or SilverHawk directional atherectomies sold by Medtronic/Covidien.

$210,130.00, and the average amount of device purchases at all locations was $43,521.00.

63.     One example of a Dole VA excessive order from Medtronic/Covidien resulting from this kickback scheme was on January 9, 2017. At the request of Dole VA's cath lab, the U.S. VA requested vendors to submit solicitations for the purchase of 320 DCBs totaling approximately $500,000. The point of contact for this purchase was Paul Dixon, Contracting Specialist for Network Contracting Office ("NCO") 15 out of Leavenworth, Kansas.

64.     On January 11, 2017, Relator sent Terri Brinkley and Diane Keene (Chief of Logistics at Dole VA who originally initiated the above referenced proposal) an email with comparative clinical trial data between Relator's company's DCBs and Medtronic/Covidien's DCBs. The data showed equivalent clinical outcomes for the DCBs, and Relator's company was offering the DCBs at a significant cost savings ($106,000) over Medtronic/Covidien's proposal.

65.     In addition to beating Medtronic/Covidien's price, Relator also sent Dixon and Keene an email offering to incorporate a service-disabled veteran owned small businesses as distributors of the DCBs, and one of the physicians performing work in the Dole VA cath lab, Dr. Chad Ammar, reached out to Keene and Brinkley during this time and informed them via e-mail that Relator's company's DCB was his preferred device.

66.     Meanwhile, throughout this January 2017 timeframe, Dixon stated to Relator in several phone conversations that he (Dixon) was receiving significant pressure with "calls and daily emails" from both Brinkley and Keene to get the DCB order placed immediately as Dole VA was lacking product in stock, and patient care could be negatively impacted.  Hearing this from Dixon surprised Relator.  Relator informed Dixon that he had just witnessed more than 130 DCB units already in Dole VA's inventory less than 5 weeks earlier. Dixon was surprised to hear this and informed Relator that he did not feel comfortable placing an additional order for twice

the amount of DCBs already in inventory.

67.     On January 19, 2017, Dixon informed Relator that the DCBs were not going to be purchased as originally requested, but instead would be ordered on a consignment contract from Medtronic/Covidien (*i.e.,* a certain number of DCBs would be stocked free of charge, and Dole VA would only pay for devices when used). Yet, throughout this process, Brinkley would deny to Relator and other competitive vendors that it had any consignment contract with Medtronic/Covidien.

68.     On January 19, 2017, Relator reached out to Keene at Dole VA to confirm the Medtronic/Covidien consignment order and also inquire about his company also being able to submit consignment terms since there were physicians at Dole VA who preferred DCBs from Relator's company. Keene never responded to Relator.

69.     Contradicting all information from Dole VA and Dixon, on January 23, 2017, at least 120 Medtronic/Covidien DCBs arrived at Dole VA as evidenced by the following photograph of its DCBs on a cart at Dole VA.  Later, a second cart of an additional 120 Medtronic/Covidien DCBs was delivered (not photographed).



70.     These ~240 DCBs were not provided by Medtronic/Covidien to Dole VA on consignment.  Companies in this industry would at most provide approximately 20-30 DCBs on consignment to a customer of similar size and procedural volume as Dole VA – not the initial 120 and subsequent 120 DCBs provided to Dole VA by Medtronic/Covidien.

71.     While Dixon claimed that the Dole VA had a current and active consignment contract with Medtronic/Covidien for DCBs, in reality, Dole VA actually purchased this large order of DCBs from Medtronic/Covidien.  These types of bulk, non-consignment, orders continued between Medtronic/Covidien and Dole VA at all relevant times herein through mid-2018 when the cath lab was shut down.

72.     Grossly excessive unused Medtronic/Covidien inventory at Dole VA is tremendously wasteful due to product expiration dates.  This product cannot sit indefinitely and must be disposed of when it expires.  To demonstrate, in November 2016, the Dole VA cath lab had approximately 130 Medtronic/Covidien DCBs, as evidenced by the following photographs of its cath lab storage cabinet.  As shown in the close-up picture below, many of the units that were stocked at that time were set to begin expiring within two months from January 2017 (*e.g.,*

completely wasted inventory):







73.    In November 2016, Dole VA had purchased so many Medtronic/Covidien DCBs that its cath lab did not have enough space in its storage room, and spillover inventory had to be stored in the operating room:



74.     As previously stated, Dole VA purchased approximately 240 Medtronic/Covidien

DCBs in January 2017 even though they had approximately 130 DCBs in stock.  Dole VA

performed relatively few procedures each week that called for a DCB.  The 370 DCBs in Dole

VA's inventory (again just during this limited period of time in late 2016 and early 2017) dwarf

the device usage at other VA cath labs (*see* ¶ 62, *supra*).

75.     As another example of the benefits reaped upon Medtronic/Covidien from its

kickback scheme, Dole VA purchased over $1 million in Medtronic/Covidien's HawkOne

directional atherectomy devices (roughly 300 devices) in calendar year 2016. Yet, during that

year, Dole VA had only one physician with consistent privileges through early summer who

could perform the procedures, and he did only a handful of procedures each week. Starting late-

summer 2016, there was a new physician who did not have privileges to do these types of

procedures until October or November 2016 when he began doing infrequent procedures up

through its 2018 closing.

76.     Also, in 2016, Dole VA purchased nearly $1 million in Defendant

Medtronic/Covidien's DCBs.  In comparison to the figures in ¶ 62, this is again evidence of

gross over purchasing of Medtronic/Covidien's product that was done as a result of

Medtronic/Covidien's kickback scheme.

77.     Defendant Medtronic/Covidien's kickback scheme whereby Dole VA over-

purchased excessive amounts of its devices led to Dole VA throwing away vast amounts of these

devices due to expiration.  As an example, in 2017 or early 2018, Brinkley and the Dole VA cath

lab employees removed from shelves and placed in numerous large trash bags over $700,000 of

Medtronic/Covidien's PAD devices.

78.     To further demonstrate, in late 2017 or early 2018, to boost Winger's and

Davisson's quarterly sales revenue, Brinkley replaced over 200 Medtronic/Covidien Protégé stents with an entirely new purchase from Medtronic/Covidien of its newer version (the only difference between the two was the latter having a different deployment system). There is no basis to make this new purchase of product (most likely exceeding $350,000) to simply upgrade the deployment system. The standard industry practice would be Medtronic/Covidien simply swapping out the older units at no cost, or for Dole VA to reorder newer units as the existing ones are implanted.[10] Within the industry, the action to upgrade a stent inventory, especially of this magnitude and budgetary impact, for the purposes of implementing a more ergonomic handle would have to be made at the direction of the operating physician – which was never made here. Instead, a massive new order of unnecessary product from Winger was made by Brinkley at Dole VA.

79.     In the summer of 2018, Dole VA completely terminated all peripheral endovascular procedures in its catheterization lab ("cath lab") / radiology suite. Relator believes this was a result of his 2017 initial Complaint and related investigation regarding this kickback scheme. Cardiac procedures continued until late 2018 when they were also shut down.

80.     In the summer of 2018, Dole VA banned Winger from entering its facility and banned him from conducting any future business at Dole VA. Relator believes this was a result of his 2017 initial Complaint and related investigation regarding this kickback scheme.

81.     In approximately late 2018, Dole VA terminated Brinkley's employment as well as the cath lab staff. The longstanding contract between Dole VA and the physician group who exclusively provided services at the cath lab was also terminated at this time. Relator was informed that these terminations occurred due to an investigation regarding this kickback

---

[10] The stent itself was the same regardless, therefore patient care would not be compromised.

scheme.

### *Medtronic/Covidien and Hutchinson's Kickback Scheme*

82.     At all relevant times herein, Defendants Medtronic/Covidien and Hutchinson claimed, caused a claim to be made, or conspired to have a fraudulent claim be made, for reimbursement from Government Healthcare Plans for Medtronic/Covidien's PAD devices. These were purchased by Hutchinson based on Medtronic/Covidien offering, paying (and/or Hutchinson soliciting and receiving) remuneration.  This included kickbacks and marketing/promotional services to Hutchinson in exchange for Hutchinson purchasing Medtronic/Covidien's PAD and coronary devices covered by Government Healthcare Plans.

83.     Defendant Hutchinson services a rural part of Kansas where there is a high Medicare and Medicaid patient population. In addition, Defendant Hutchinson draws Medicare patients from a broad geographical area because it is the known facility in the region for patients with the most advanced peripheral vascular disease (*e.g.,* critical limb ischemia), almost all of whom are 65 and older and covered by Medicare and, to some extent, Medicaid.   As an example, between 2012 and 2017, just one physician at Hutchinson, Dr. Michael Hagley, performed 760 PAD procedures involving devices at issue herein that were submitted to CMS for payment.

84.     At all relevant times herein, Mark Wilson was the Director of Supply Chain for Defendant Hutchinson Hospital.  Wilson affected the entire supply chain at the hospital. His duties required him to negotiate and purchase hospital supplies, pharmaceuticals and devices including PAD and coronary devices.

85.     As part of his duties, Wilson had purchasing responsibility over Medtronic/Covidien Cardiac Rhythm Management ("CRM") devices (*i.e.,* pacemakers) and

other medical devices for Defendant Hutchinson's cath lab and operating room including the Medtronic/Covidien PAD and coronary devices described above.

86.     The Hutchinson cath lab has an implant budget of over $20 million annually to purchase products like PAD and coronary devices, CRM pacemakers, defibrillators and diagnostic catheters; all of which are submitted for reimbursement to the Government Healthcare Plans.

87.     Wilson started in this position in approximately 2010 and continued his employment through his termination in August 2019.

88.     Following Medtronic/Covidien's playbook, Winger's and Davisson's kickback scheme at Hutchinson worked similar to the one at Dole VA. Winger and Davisson were giving remuneration such as meals, food, alcohol, gratuities, event sponsorships, NASCAR and other sporting event tickets, golf outings and travel expenses to Hutchinson personnel including Wilson, Cath Lab Director/Cath Lab Supply Chain Manager Cindy Henning King (who has been at Hutchinson for more than 15 years) and other Hutchinson cath lab employees. All of this was done to induce Hutchinson to directly purchase millions of dollars of Defendant Medtronic/Covidien's PAD and coronary devices.

89.     In addition, Defendant's remuneration also included "marketing services" for physicians performing PAD procedures at Hutchinson.  As an example, Winger, Davisson, Kirk and other Medtronic employees would host events for referring physicians whereby they would promote physicians at Hutchinson such as Dr. Michael Hagley and encourage said referring physicians to send patients to Dr. Hagley at Hutchinson.  This included numerous luncheons and speaking events.  Winger, Davisson, and Kirk would also assist Hutchinson physicians such as Dr. Hagley in the advertising and promotion of their practices.  This would include Winger

assisting referring physicians in obtaining appointments for their patients with Dr. Hagley.

90.     Winger's, Davisson's and Kirk's expense reports, as well as personal credit/debit card transactions, will set forth some of these amounts paid by Medtronic/Covidien.

91.     Also, part of Medtronic/Covidien's kickback scheme included Winger providing free PAD devices at Wilson's request, in exchange for Wilson making purchases from Medtronic/Covidien.  This practice occurred throughout all relevant times herein. Medtronic/Covidien's scheme was not only paying illegal remuneration in exchange for purchases under the AKS, but also had the effect of creating an illegal "rebate" under the AKS as well.

92.     Wilson would also solicit the same free product from Relator and Relator's sales representatives throughout all relevant times herein.  In this process, Wilson would inform them that Winger/Medtronic/Covidien was providing this free product to win the bids, and if they wanted to compete, they needed to do the same.

93.     As an example, in approximately late 2016, Relator and one of Relator's sales representatives had a meeting with Wilson. In that meeting, Wilson stated that if Relator's company wanted to compete like Medtronic/Covidien, it would have to give him free devices, such as the 10 "free" DCBs, atherectomy devices and "Outback" re-entry catheters that Medtronic/Covidien had given in the past. Relator explained to Wilson that his company does not do business that way, so he could not match that offer and implied that it was not appropriate business procedure. Wilson immediately threw his hands up and stated (to paraphrase), "whoa easy there, listen, nothing we do is in writing. Doug [Winger] just has creative ways of getting the devices he needs from other folks in his company. Nothing is in writing; he just knows how to maneuver the units around."

94.    Ten free units of the "Outback" re-entry catheters[11] alone would net the price paid by Defendant Hutchinson to Defendant Medtronic/Covidien down by approximately $25,000. In turn, Defendant Hutchinson would bill Government Healthcare Plans for these "free" devices from Winger, allowing Hutchinson to capitalize again on the kickback.

95.    As another example, during the week of August 5, 2019, Relator's sales representative for Defendant Hutchinson received a call from Wilson in which he requested a proposal for a bulk buy of DCBs/stents in 25/50 unit increments. Later, Wilson said that he had requested bulk buy proposals from Relator's company and Medtronic/Covidien, and that Relator's company proposal was significantly more expensive than Medtronic/Covidien's. Wilson went on to say that "in order to get close to what Medtronic/Covidien is offering," Relator's company would have to provide "10 free balloons" (approximately $15,000 in value) if Hutchinson purchased Relator's Company's 25-unit proposal and "25 free balloons" (approximately $37,500 in value) in exchange for a purchase of Relator's company's 50-unit proposal.  Because Relator's sales representative was driving at the time of this conversation, and because he knew the illegal nature of what Wilson was requesting, Relator's representative requested that Wilson put this ask in an email. Wilson refused. Relator's sales representative then informed Wilson that Relator's company could not provide free inventory to win a bid.  Relator later learned that Hutchinson had accepted Medtronic/Covidien's proposal, which, as admitted by Wilson, included "free" inventory as part of the purchase.

96.    In addition to Relator and Medtronic/Covidien, Wilson requested bribes from other device providers as well.  Wilson made a similar phone call to a Phillips sales

---

[11] Medtronic did not sell Outback devices.  These are produced by another manufacturer. Winger was obtaining these devices from some other source of inventory.  Relator believes these came from the Dole VA.

representative in the PAD device market stating his proposal was significantly less than Medtronic/Covidien, and if he wanted to compete better at Hutchinson he would need to provide free devices. Wilson also repeatedly made similar solicitations regarding PAD devices for free material from a Cardiovascular System Inc.'s ("CSI") sales representative from 2012 through 2016.

97.     Defendant Hutchinson financially benefits from accepting bribes in the forms of free medical devices from Medtronic/Covidien because it is later paid for these free devices. These free devices, when utilized by Hutchinson, are submitted to the Government Healthcare Plans for reimbursement at said devices reimbursable rate (*i.e.,* to reimburse Hutchinson for the cost of the device and related procedure even though the device cost Hutchinson nothing). The costs saved at Hutchinson by accepting these bribes is significant and generates a much larger margin on its procedures. Average retail costs in this industry for directional atherectomy devices are $2,800 - $3,200; for DCBs are $1,000 - $2,000; and drug eluding stents $1,000 - $2,000.[12]

98.     Since 2012, Defendant Hutchinson billed just Medicare alone for tens of millions of dollars for reimbursement for the Medtronic/Covidien devices used and sold as part of the Medtronic/Covidien kickback scheme with Hutchinson and Wilson. As an example, from 2012-2017, for just one physician using Medtronic/Covidien PAD devices, CMS reimbursed $1 million to the physician and in excess of $7.5 million to Hutchinson.

---

[12] *High Reintervention and Amputation Rates After Outpatient Atherectomy for Claudication.* Vasc Endovascular Surg. 2018 Aug; 52(6):427-433.

99.     Upon information and belief, and like Brinkley at Dole VA, Wilson was relieved of his duties in 2019 as a result of the allegations set forth in Relator's 2017 initial Complaint and related investigation.

100.     As a result of the allegations set forth in Relator's 2017 initial Complaint and related investigations, Winger was banned from entering Hutchinson and conducting any future business with Hutchinson.

B.     Medtronic/Covidien's and WRG's Unnecessary Services & Supplies and Off-label Use at Dole VA

101.     At all relevant times herein, Defendants Medtronic/Covidien and WRG claimed, caused a claim to be made, or conspired to have a fraudulent claim be made, to the U.S. VA for reimbursement for unnecessary medical treatment and devices.  This included, but is not limited to, Winger and/or Kirk being present during procedures—and performing their duties described in more detail in ¶ 107—whereby they marketed, instructed, or encouraged the overuse of Medtronic/Covidien atherectomy devices, DCBs, and stents in PAD procedures at Dole VA.

102.     Covering periods beginning prior to January 30, 2011 and through the present, WRG entered into several contracts with the U.S. V.A. to perform interventional (*e.g.,* the performance of the PAD procedures discussed herein in its cath lab) and non-interventional radiology services at Dole VA.  WRG had the exclusive contract to provide such services.  The following physicians were employed by WRG and performed the interventional services at Dole VA:

> Dr. Shaun Gonda –from July 1, 2010 through 09/01/15
> Dr. Bret Winblad –from July 3, 2014 – April 30, 2016
> Dr. Kermit Rust –from July 1, 2016 through August 2018

WRG is vicariously liable for the actions and conduct of these physicians alleged herein at all

relevant times for their conduct at Dole VA.

103.   At all relevant times herein, WRG would perform PAD interventional procedures usually two (occasionally three) days per week at Dole VA and average between two to four procedures per week.

104.   Under the compensation agreement between the U.S. VA and WRG, WRG's physicians were paid on an hourly basis for time spent performing the various PAD interventional procedures.

105.   As the number of PAD devices used per procedure increases, the time required for WRG physicians to perform said procedures also increases.  In turn, WRG would earn more income by the utilization of excessive medically unnecessary PAD devices under its agreement with the U.S. VA.  Also, Medtronic/Covidien would earn more revenue promoting said procedures because more devices were being utilized than necessary.

106.   As a Medtronic/Covidien Class III Device Sales Representative, Winger and Davisson along with Medtronic/Covidien Clinical Specialist Kirk, played an active role at Dole VA working with physicians from WRG as representatives of Medtronic/Covidien.  In the industry, class III device sales representatives and clinical specialists play an integral role in the complex and invasive PAD procedures.  They can, and often do, serve another highly technical role during patient surgeries and pre-operative planning sessions that may be less well understood or appreciated.[13]  Medtronic/Covidien representatives such as Winger, Davisson and Kirk are not simply salespersons only or mere bystanders in PAD procedures.  Winger and Kirk

---

[13] Ideally, industry representatives are present during numerous varied surgeries.  The representative's experience of observing physician's approaches, and subsequent outcomes when treating similar disease or patient types plays a role in guiding a proper, safe, and effective outcome for the physician and their patient.  It can also aid the surgeon in avoiding common or avoidable missteps during these challenging operations.

provide advice and direction to physicians and other operating room staff, and these medical

professionals rely on this advice and believe (unless the providers are associated with the

kickbacks described in this Complaint) that it is accurate and compliant with the law.  With their

training from Medtronic/Covidien, Winger's, Davisson's and Kirk's roles at Dole VA include:

- advising physicians when evaluating a specific patient type prior to surgery to help identify the best device, size, tool, or application to be used.

- consulting with physicians before and during a surgery to ensure all necessary tools and equipment are available at the time of operation and ready for use.

- advising and directing physicians on the number of Medtronic/Covidien devices to use on a particular patient

- advising and directing physicians on which type of Medtronic/Covidien devices to use on a particular patient

- opening packaging for multiple single-use Medtronic/Covidien devices (which would be discarded if not used because the packaging has been opened) and preparing those devices and having them ready for the physicians on the operating table next to the patient (or directing Brinkley to do that for Medtronic/Covidien devices)

- providing intra-operative assistance and advice during challenges or unexpected situations which can, and often do, arise during the procedure.

- consulting with physicians on device selection, sizing, and approach during the operation when the original pre-operative plan must be adjusted or abandoned altogether.

- assisting staff during the procedure in preparing devices for use (*e.g.,* opening packages, recording catalogue/lot/expiration numbers).

- answering a physician's or staff questions intra-operatively regarding proper device indication or contraindication.

- properly reporting device malfunctions or surgery complications related to device performance to proper authorities in a timely manner.

It is through this role—via training provided by Medtronic/Covidien—that Winger, Davisson

and Kirk marketed, instructed or encouraged the overuse and "off label" use of

Medtronic/Covidien PAD devices that directly influenced WRG's actions at Dole VA.

107.    Defendant Medtronic/Covidien's policy and practice was to evaluate and reward its sales representatives such as Winger and Davisson to promote and market unnecessary medical treatment and excessive use of its PAD devices.  As an example, as early as October 2011, Defendant's policy evaluated and awarded Davisson (Winger's supervisor) for identifying "all of these . . . key physicians that needed to be groomed for maximum output . . ."  Its policy also rewarded its employees for influencing physicians to purchase and use a maximum amount of product.  Furthermore, throughout Davisson's, Winger's and Kirk's performance reviews from 2011 through 2018, Defendant set standards and rewarded its salesforce for convincing physicians to use its atherectomy devices in all PAD medical procedures (see ¶¶ 112-123, *infra*, describing this as being medically unnecessary).  Defendant applied a term for this policy in employee performance reviews.  Physician who were "groomed" to use its atherectomy devices in all PAD procedures were called a "Hawker" (this is a reference to its atherectomy devices having this word in their name: SilverHawk, TurboHawk, HawkOne).  As an example, in Davisson's October 2011 review, Defendant's policy measured his ability to "Develop Hawkers."  In the same review he was acknowledged for "developing" six "Hawkers" in the Kansas region.  And that he did a better job in "shoring up some Hawkers that were falling off ([Dr.] Hagley)."  He was acknowledged by Defendant for "aggressively" executing on "targeting" the physicians and "converting" them over to use SilverHawks in all procedures.  Defendant's policy is also reflected in performance reviews whereby these employees' role in advising physicians on device usage.  As an example, in Kirk's October 2014 evaluation, she readily admits that she is to "provide advice" to physicians for device usage.   Once a "Hawker" was sufficiently "groomed" for "maximum output", using directional atherectomy in 100% of PAD procedures Medtronic then hired part time contract sales personnel to help further increase

unnecessary usage through referral market manipulation. Throughout all relevant times, Davisson and Winger, based on marketing strategies developed by Medtronic, hired untrained, non-medical, contract (hourly paid) sales employees for the purpose of providing free marketing and referral services to increase the volume of unnecessary procedures. The duties and activities of these hourly sales personnel included buying lunch or breakfast for non-interventional physicians treating patients likely to have PAD within proximity to a "Hawker."  During these meetings, contract employees would convince referring physicians to redirect their patients from other non-"Hawkers" in the region to a physician where they could ensure more Hawk usage.

108.     As noted above in ¶ 106-107 and as outlined below by witnesses described in ¶¶ 113-158, Winger and Kirk instructed WRG physicians on what and how many Medtronic/Covidien devices to use.

109.     Providers of healthcare—such as the WRG physicians—to former military personnel have an obligation to provide services and supplies at only the appropriate level and "only when and to the extent medically necessary." 32 C.F.R. §199.6(a)(5).  Services provided must be "furnished at the appropriate level and only when and to the extent medically necessary," and such care must "meet[] professionally recognized standards of health care [and be] supported by adequate medical documentation…to evidence the medical necessity and quality of services furnished, as well as the appropriateness of the level of care." 32 C.F.R. 199.6(a)(5).

110.     Medtronic/Covidien's and WRG's conduct as alleged herein regarding medically unnecessary services and supplies and devices utilized off-label permitted these Defendants to utilize a portion of the grossly excessive inventory sold to Dole VA and increase its overall profits at tax-payers' expense.  Sadly, Medtronic/Covidien's and WRG's conduct extended the

length of these procedures causing harm to the veteran patients.  These prolonged procedures extended exposure to damaging radiation, significantly increased volumes of contrast dyes which directly harm the kidneys, caused multiple unnecessary traumas to the same arteries (*e.g.,* using four DCBs on one artery when one would suffice), increased the necessity for implanting additional stents to repair subsequent arterial dissections, and unnecessarily increased future amputation rates and mortality.

111.    To demonstrate the grossly excessive use of Medtronic/Covidien PAD devices in patients at Dole VA, Relator provides the following example.  In addition to the work performed at Dole VA, WRG and its physicians operate outpatient labs outside the construct of its contract with the U.S. V.A. (*e.g.,* Cypress Interventional) whereby it also purchased Medtronic/Covidien PAD devices.  There, the WRG physicians are typically compensated under set reimbursable amounts from federal healthcare programs (*e.g.,* Medicare) for PAD procedures performed.  The lower the cost of PAD devices (*i.e.,* fewer) used in these procedures,the higher the margin of revenue on the set rates for reimbursement.  On the other hand, at Dole VA, the use of medically unnecessary devices did not decrease WRG's profit margin as they were paid for by the VA and WRG was compensated for hours worked.  Conversely, excessive use of PAD devices increased WRG's profits due to more time being expended in PAD procedures.   Dole VA and WRG's outside labs would perform roughly the same number of similar PAD procedures per week.  For WRG physicians working at Dole VA, Dole VA was ordering on average $25,412/week of Medtronic/Covidien PAD devices.  Yet, at WRG's Cypress lab, WRG was ordering only on average $4,329/week of Medtronic/Covidien PAD devices.  **Six times more** PAD devices were being used at Dole VA compared to WRG's Cypress lab for roughly the same number of procedures.

***Excessive & Medically Unnecessary Atherectomy Devices***

112.    It is well established within the medical community that a *single* atherectomy device such as Medtronic/Covidien's is typically used in only 17% of procedures when treating PAD.[14]  Medtronic/Covidien atherectomy devices (*e.g.* HawkOne, TurboHawk, SilverHawk) are to be used only in cases of severe calcification—not in every PAD procedure as marketed and promoted by Medtronic/Covidien.  *E.g.,* for HawkOne: "Indications for Use: The HawkOne™ peripheral directional atherectomy system is intended for use in atherectomy of the peripheral vasculature. The HawkOne catheter is indicated for use in conjunction with the SpiderFX™ embolic protection device in the treatment of *severely calcified lesions*. The HawkOne catheter is NOT intended for use in the coronary, carotid, iliac or renal vasculature."  (emphasis added)

113.    Following Medtronic/Covidien's training and marketing to WRG physicians, WRG physicians provided medically unnecessary treatment by using numerous Medtronic/Covidien directional/cutting atherectomy devices in all PAD procedures and when not clinically warranted or indicated (*e.g.,* in multiple vessel beds per patient limb, and on multiple limbs per patient during the same PAD interventional treatment).  For example, in the 2012 - 2013 timeframe, during one procedure witnessed by Healthcare Professional #1, Dr. Gonda from WRG used three Covidien atherectomy devices in one PAD procedure.[15]  This was done while Winger was present in the room and with Winger performing all the roles described in ¶¶ 106. Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

---

[14] *Wall Street Journal*. Among vascular surgeons surveyed in their registry, the average rate of atherectomy is about 17%, September 10, 2019.
[15] When Plaintiff refers to devices being "Medtronic" that includes devices it acquired.  *See*, ¶¶ 4-5 *infra.*

114.    In another example, Healthcare Professional #2 was present in numerous PAD procedures at Dole VA where Dr. Gonda utilized multiple Medtronic/Covidien atherectomy devices.  This occurred during the 2011 - 2015 timeframe.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶ 107.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

115.    In another example, Healthcare Professional #4 was present, almost weekly, when numerous PAD procedures were performed at Dole VA where Dr. Gonda, Dr. Rust or Dr. Winblad from WRG utilized multiple Medtronic/Covidien directional atherectomy devices.  This occurred during the 2014 - 2018 timeframe.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶¶ 106.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

116.    The partial data available to Relator to date confirms excessive use of directional atherectomy devices promoted by Medtronic/Covidien and used by WRG physicians at Dole VA.  Dole VA would order on average seven atherectomy devices per week for WRG to use in PAD procedures.  Dole VA's cath lab operated two (sometimes three) days per week with one physician.  Other VA cath labs across the country ordered and used significantly fewer devices such as directional atherectomy (see table in ¶ 62).  As another example, on October 29-30, 2015, **27** atherectomy devices (@ $216,565)  were ordered by Dole VA from Medtronic/Covidien for WRG physician Dr. Winblad's use.  Less than two weeks later on November 19-20, 2015, **17** additional atherectomy devices (@ $59,415) were ordered.  Four weeks later, on December 23-24, 2015, **30** atherectomy devices (@ $104,850) were ordered.  Two weeks later on January 6,

2016, **60** atherectomy devices (@ $209,700) were ordered.  This reflects **134** atherectomy devices purchased over a ten week period for Dr. Winblad's use (or, 13 atherectomies per week, on average of at least three atherectomy devices per procedure).   As another example, for all PAD procedures performed during or near the week of September 18, 2016, Dr. Rust from WRG used an estimated 8 atherectomy devices (equaling at least 2-4 per procedure).   Again, as an example, on June 29, 2017, for Dr. Rust's use, Dole VA ordered 115 atherectomy devices.  The next order was six and one-half weeks later on August 14, 2017 for similar devices.  Roughly 18 atherectomy devices per week were used (again, well over three atherectomy devices per procedure).

117.     As a comparative scenario, in the 2017 timeframe, a Wichita vascular surgeon (who was not a member of WRG) was performing a peripheral intervention procedure at the Dole VA Cath Lab.  Standard procedure during these cases would be for the operating physician to conclude diagnostic images, reassess and confirm the disease state and treatment choice, and then instruct the nursing and technologist team as to the specific devices to open and prep for use.  This sequence is critical for ensuring expensive product is not wasted in the event a different device is required.  In this particular circumstance, as the vascular surgeon turned around, he noticed that Brinkley had already opened a $3,500 HawkOne device that was prepped and ready on the table.  This is not a device that this particular surgeon would use for the procedure.  He admonished Brinkley for opening (and wasting) a device that was unnecessary for the patient and not requested by the physician.  Brinkley never asked him which device he wanted to use or waited for him to request a specific device. This was a rare occasion when this vascular surgeon did a peripheral intervention at the Dole VA cath lab because of WRG's exclusive contract.  This contract effectively prevented surgeons from outside of WRG from

performing procedures at Dole VA as it required any surgeon and cardiologist who wished to conduct peripheral interventions to have procedural oversight and supervision by a WRG radiologist.  This example shows the frequency of the Medtronic/Covidien practices described in this section because this vascular surgeon rarely did procedures at Dole VA and yet the effects of Medtronic/Covidien's fraud were evident on this rare occasion.

118.    Medtronic/Covidien promoted and marketed the unnecessary use of atherectomy devices by sending physicians such as Drs. Gonda, Winblad, and Rust to educational seminars, programs, or other training. There, instruction was provided to physicians to use their directional atherectomy devices as a standard of care for all PAD procedures while Medtronic/Covidien made false or misleading representations regarding its own medical studies promoting the patency of such treatment. Medtronic/Covidien also provided instruction to physicians on how to maximize their reimbursements by performing this medically unnecessary treatment. Medtronic/Covidien also awarded their sales representatives such as Davisson, Winger and Kirk by having the train physicians such as the ones at Dole VA to utilize an atherectomy and DCB in every interventional procedure.

119.    The use of multiple Medtronic/Covidien atherectomy devices in single PAD procedures occurred numerous times throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedural notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of Drs. Gonda, Rust or Winblad as well as Winger and/or Kirk in each procedure.  Utilizing more than two directional/cutting atherectomy devices per PAD procedure far exceeds the accepted standards of medical practice in treating PAD and is an unreasonable and unnecessary medical procedure.

120.    As the Society for Vascular Surgery (SVS) President Dr. Kim Hodgson, MD, recently discussed: "'The impact of the explosive growth of atherectomy on patients and healthcare finances is problematic and growing exponentially,' Hodgson lamented.  He turned to

further findings from Hicks showing that of the roughly $267 million reimbursed by Medicare for first-time femoropopliteal peripheral vascular interventions in 2019, 90% was for atherectomy, 'leaving only $26 million to pay for all of the other therapies that actually have evidence showing that they work.'"[16]  "Hodgson also fingered vascular surgery's industry partners [*e.g.,* Medtronic/Covidien]."   He said they should be "the canary in the coal mine for inappropriateness. You are uniquely positioned to spot abuse early—before patients are harmed. You know every one of the outliers in vascular care."[17]  Furthermore, Dr. Hodgson stated, "We can play whack a mole every time the bad actors surface until the cows come home, but that leaves a trail of harmed patients and wasted resources . . ."[18]

121.    Indeed, using a single atherectomy device in PAD procedures alone has been shown in studies to increase amputation rates and additional interventional treatments which would not have otherwise been required.[19]  Not surprisingly, during the VA OIG's investigation, it uncovered amputation rates for veteran patients treated for PAD at Dole VA to be occurring at a higher rate compared to national figures.

122.    There are no academic or clinical studies supporting the use of multiple Medtronic/Covidien directional atherectomy devices in a single patient in a single PAD procedure.  Furthermore, the primary treatment or "frontline" use of Medtronic/Covidien directional/cutting atherectomy devices for *all* PAD morphologies, as marketed and promoted by Medtronic/Covidien, to supplant all other FDA approved and properly studied PAD treatment

---

[16] https://vascularspecialistonline.com/cleaning-up-vascular-surgery-hodgson-lays-out-path-to-tackle-inappropriateness-in-care/.

[17] *Id.*

[18] *Id.*

[19] *See* Journal of the American Heart Association, "Adverse Events After Atherectomy: Analyzing Long-Term Outcomes of Endovascular Lower Extremity Revascularization Techniques," Vol. 8, No. 12.

devices is excessive and unnecessary on its face for even a single device in a patient.

123.     Despite all studies to the contrary, Medtronic/Covidien's marketing materials—and in turn Winger's training of the Medtronic/Covidien sales force pursuant to his Field Trainer position—state that atherectomy devices should be used in treating *every* PAD procedure.[20]  In the face of a well-established, evidence-based standard in peripheral medicine, Medtronic/Covidien explicitly promotes—and WRG utilized—the use of atherectomy devices as a "frontline" treatment to supersede, and even replace properly studied and proven therapies which cost less and are clinically proven as effective.

### *Treating with Excessive Stents*

124.     WRG and Medtronic/Covidien had a practice of using numerous stents in a single patient's leg, often stenting from areas at or below the knee ("off label") when the clinical application was unwarranted and higher risk, often stenting from areas just above the ankle up to and behind the knee and stenting upward on the leg.  Doing so is an unreasonable and unnecessary medical procedure with extreme risk for veterans' short and long term health. Routinely treating a single leg with multiple overlapping stents (including ones in the calf as well as below and behind the knee) significantly increases the likelihood for recurrent disease requiring additional and expensive invasive procedures, commonly within the following 6-12 months.[21]  In addition to requiring more frequent and progressively more expensive future procedures, it is also well established in medical literature that this unnecessary procedure can

---

[20] This includes their marketing material making statements such as, atherectomy is a "frontline" treatment, or marketing message of "nothing left behind" and/or "no stent left behind"—an unsubstantiated competitive claim that atherectomy is superior to stenting.

[21] *See* National Institute of Health, https://pubmed.ncbi.nlm.nih.gov/15653033/, "*Prevalence and Clinical Impact of Stent Fractures after Femoropopliteal Stenting,*"  Am Coll Cardiol, 2005 Jan 18; 45(2):312-5.

often result in stent fracturing and can result in significant harm to the patient.

125.    As an example, Healthcare Professional #2 witnessed numerous occasions between 2011 – 2015 where Winger and/or Kirk performed these procedures with Dr. Gonda at Dole VA Treating a single leg with 3-5 stents, when not clinically warranted, in a single PAD procedure occurred numerous times throughout the 2011-2015 timeframe.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶ 106.  As another example, during the week of April 4, 2016, for Dr. Winblad's use in PAD procedures, Dole VA purchased 11 Medtronic/Covidien stents.  This represents three or more stents being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

126.    As another example, between the 2012 - 2013 timeframe, Healthcare Professional #1 witnessed numerous procedures where multiple, clinically unnecessary stents were placed in a leg—one where five stents were placed in one leg where Winger and/or Kirk performed this procedure with Dr. Gonda at Dole VA.  This was done while Winger and/or Kirk were present in the room performing all the roles described in ¶ 106.  An example, during the week of March 11, 2013, for Dr. Gonda's use in PAD procedures, Dole VA purchased 24 Medtronic/Covidien stents.  This would lead to five or more stents being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.

127.    Another example, between the 2014 - 2018 timeframe, Healthcare Professional #4 witnessed numerous procedures where multiple stents were placed in a leg (up to 4-5), when clinically unwarranted, where Winger and/or Kirk performed this procedure with Dr. Gonda, Dr. Rust or Dr. Winblad at Dole VA.  This was done while Winger and/or Kirk were present in the

room performing all the roles described in ¶ 106.   As an example, during the week of May 28,

2017, for Dr. Rust's use in PAD procedures, Dole VA purchased 16 Medtronic/Covidien stents.

This would lead to four or more stents being used per procedure.  Use of these medically

unnecessary and excessive devices increased WRG's time performed in this procedure, and in

turn, increased its compensation from the U.S. V.A.

128.    Utilizing excessive and unnecessary stents in a single PAD procedure occurred

routinely throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedures

notes, and patient implant logbook records at Dole VA will reflect each and every instance this

occurred and will reflect the presence of Drs. Gonda, Rust or Winblad from WRG as well as

Winger and/or Kirk in each procedure.

### *Excessive Use of Drug Coated Balloons*

129.    WRG and Medtronic/Covidien had a practice of using numerous DCBs per

arterial location in a PAD procedure when one of the proper length DCBs was readily and

immediately accessible on the Dole VA inventory supply shelves and would serve the same

purpose, or they simply used excessive DCBs unnecessary for the treatment.  Doing so is an

unreasonable and unnecessary medical procedure.  As an example, a certain length of artery may

need to be treated with a DCB.  A physician can use one "longer" balloon to treat this entire area.

Due to Medtronic/Covidien's training and marketing as described in ¶ 106, Winger and/or Kirk

along with WRG physicians provided medically unnecessary treatment by using numerous (2-4)

shorter Medtronic/Covidien DCBs to cover the same area.[22]

130.    Healthcare Professional #2 witnessed numerous occasions between 2015 – 2018

---

[22] Not only does this practice quadruple the use of Medtronic/Covidien devices, but it also
quadruples the trauma to the artery as well as often requiring the unintended implantation of

when numerous shorter DCBs were used when a longer balloon would suffice whereby Winger and/or Kirk were present with Dr. Gonda at Dole VA.  Also, Healthcare Professional #4 witnessed numerous occasions when this occurred between 2015 – 2018 where Winger and/or Kirk were present with Dr. Gonda, Dr. Rust or Dr. Winblad at Dole VA.  As an example, on or about the week of May 14, 2015, for Dr. Gonda's and/or Dr. Winblad's use in PAD procedures, Dole VA purchased 66 Medtronic/Covidien DCBs (@ $96,415). This would lead to more than 10 DCBs being used per procedure.  As another example, during the week of January 16, 2017, for Dr. Rust's use in PAD procedures, Dole VA purchased 120 Medtronic/Covidien DCBs (@ $187,800). This would lead to more than 12 DCBs being used per procedure.  Use of these medically unnecessary and excessive devices increased WRG's time performed in this procedure, and in turn, increased its compensation from the U.S. V.A.  Interestingly, on the rare occasions where neither Winger nor Kirk were present, Healthcare Professional #4 witnessed the same doctors using the proper longer length DCB and not using the multiple Medtronic/Covidien DCBs that Winger and/or Kirk would advise or instruct had they been present.

131.    In further support, at WRG's Cypress lab, over roughly a two year timeframe (*e.g.,* 2020-2021), WRG purchased only one Medtronic/Covidien DCB for PAD procedures (as these devices are expensive and not taken into account in the set Medicare reimbursement amount).  However, on just one single day in February 2016 at Dole VA, 353 Medtronic/Covidien DCBs (@ $561,970) were ordered for PAD procedures to be performed by WRG's physicians.  Medtronic/Covidien sales representatives Winger, Davisson, and Kirk sold PAD devices to these same WRG physicians who worked at both WRG's Cypress lab and Dole

---

additional stents to repair subsequent arterial dissections, unnecessarily increasing the risk of vessel rupture, as well as embolizing broken plaque to smaller arteries downstream thereby causing acute vessel occlusion.

VA.  Based upon the grossly excessive purchases of PAD devices that Defendant and WRG physicians requested for Dole VA to purchase, Winger and Davisson returned the favor by selling the same PAD devices at cheaper rates to WRG for its procedures at Cypress.

132.    Utilizing excessive Medtronic/Covidien DCBs in a single PAD procedure—when not clinically warranted—occurred routinely throughout the 2015 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

133.    In relation to Medtronic/Covidien's training and marketing to Dole VA's PAD services provider WRG, WRG also provided medically unnecessary treatment by often utilizing unnecessary quantities of all of Medtronic/Covidien's PAD devices in procedures.  As an example, in November 2016, Brinkley informed Healthcare Professional #3 that Winger or Kirk along with Dr. Winblad, or a WRG resident, treated both legs on one patient and used the following Medtronic/Covidien devices in this procedure: six directional/cutting atherectomy devices (~$21,000), six stents (~$18,000), and twelve drug coated balloons (~$42,000). Utilizing excessive Medtronic/Covidien devices in a single PAD procedure occurred numerous times throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

### *WRG's Performance of Unnecessary Interventional Procedures & Self-Dealing*

134.    WRG performed medically unnecessary PAD interventional procedures on Veterans at Dole VA when noninvasive treatment (*e.g.,* medication, lifestyle adjustment) was the

only medically necessary treatment.  WRG is compensated for performing interventional procedures, and therefore, had no interest in determining whether noninvasive evidence based medical care was appropriate for these veterans.

135.    The VA's OIG determined that WRG physicians provided medically unnecessary invasive treatment on veterans at Dole VA when only noninvasive treatment (*e.g.,* lifestyle change, medication) was warranted.  WRG was found to have (a) failed to practice evidence based medicine on the majority of patient cases, and totally disregarded nationally accepted multidisciplinary guidelines on how to diagnose and treat PAD; (b) failed to provide any justification for the standard of care it provided; (c) failed to properly review cases and decide the best possible approach to treat the PAD veteran patients; (d) failed to perform essential diagnostic testing to determine if interventional treatment was even necessary under established standards; and (e) overutilized DCBs on patients—averaging 6-8 DCBs per procedure—along with overutilization of directional atherectomy.  The OIG also found that, contrary to Dole VA staff and WRG's position that their treatment with excessive devices provided better patient care, the subsequent amputation rates among veterans treated were significant.

136.    WRG submitted claims for hourly compensation to the VA regarding these unnecessary interventional procedures that were medically unnecessary and were paid for such claims by the VA.

137.    WRG also used their contractual relationship at Dole VA to refer veteran patients seen at Dole VA to their outside practice in order to further financially benefit from its relationship with the VA.

### *Other Waste of Devices & Patient Results*

138.    Due to the excessive usage of Medtronic/Covidien PAD medical devices at Dole

VA via the conduct of Winger and Kirk during the relevant time period described herein, Healthcare Professional #1 was informed that the average cost per PAD procedure at Dole VA was 300 to 1,000 times more expensive versus other labs doing similar procedures.

139.     In order to consume the grossly excessive Medtronic/Covidien PAD devices purchased by Dole VA, during the 2014 - 2018 timeframe, Healthcare Professional #4 witnessed numerous records regarding coronary procedures at Dole VA's lab whereby the operation procedure records reflected a Medtronic/Covidien PAD device, including Medtronic/Covidien DCBs, used off label in a coronary procedure.  The procedure and device logs at Dole VA will reflect this occurring in numerous procedures between 2012 - 2018.[23]

140.     During the 2014 - 2018 timeframe, Healthcare Professional #4 witnessed Winger taking Medtronic/Covidien PAD devices from the Dole VA inventory while on his way to conduct business at Hutchinson Hospital, per Winger's admission.  Plaintiff has a good faith basis to believe that Winger was utilizing Medtronic/Covidien PAD inventory taken from Dole VA—paid for by U.S. taxpayers—as illegal remuneration being paid to Wilson at Hutchinson as previously described herein.  Medtronic/Covidien's device sales invoices, including their bill of lading records as well as inventory receiving records at Dole VA reflecting device serials numbers when compared to Hutchinson's records reflecting Medtronic/Covidien devices in inventory or used in procedures subsequently billed to Medicare/Medicaid will reflect this scheme from 2011 through 2018.

141.     A recent publication found about 1% per year of persons with a natural history of

---

[23] In late 2018 the cardiology group who has maintained an exclusive contract to provide all cardiac catheterization procedures at the Dole VA Cath lab, similar to WRG for PAD procedures, also had their contract cancelled by Dole VA and are no longer allowed to provide cardiac interventional services at the Dole VA. Upon information and belief, this was due to the subsequent investigation resulting from Relator's initial complaint filed in January 2017.

PAD, end up requiring an amputation.[24]  Patients who are treated with atherectomy devices

femoropopliteal (*i.e.,* above knee) in a hospital setting, 4.8% per year require an amputation.[25]

Patients who are treated with atherectomy devices in the tibial-peroneal (*i.e.,* at or below knee) in

a hospital setting, 10.4% per year subsequently require an amputation in the following twelve

months.[26]  Having more than one PAD atherectomy procedure leads to even higher percentage

rates of amputations.[27]  Excessive usage of other Medtronic/Covidien PAD devices at Dole VA

via the conduct of Winger and Kirk described herein—and in order to utilize as much of the

grossly excessive Medtronic/Covidien inventory at Dole VA—compared to the national study

discussed herein, a significantly higher percentage of veterans will have been subjected to major

amputations and increased mortality rates.[28]  The patient records, personnel attendance logs,

procedures notes, and patient implant logbook records at Dole VA will reflect this outcome.

Sadly, as the PAD procedures increase, the risks of amputations greatly increase, and in turn, the

veterans' life expectancy dramatically decreases.[29]

---

[24] "Outpatient atherectomy outcomes may be worse than the natural history of disease."
*Vascular News*; Mukherjee, Dipankar (Aug. 7, 2017).

[25] *Id.*

[26] *Id.*

[27] *Id.*

[28] *See* "Risk of Major Amputation Following Application of Paclitaxel Coated
Balloons in the Lower Limb Arteries: A Systematic Review and Meta-Analysis of Randomized
Controlled Trials," (2021) Published by Elsevier B.V. on behalf of European Society for
Vascular Surgery. This is an open access article under the CC BYNC-
ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/)

[29] "In total, 168/651 patients (178 legs; 26%) underwent a major amputation. Patients were
stratified by age: 70–80 years (n=86) and >80 years (n=82). Overall mortality after major
amputation was 44%, 66% and 85% after 1, 3, and 5 years respectively.  The 6-month and 1-year
mortality in patients aged 80 years or older was, respectively, 59% or 63% after a secondary
amputation <3 months versus 34% and 44% after a secondary amputation >3 months. Per year of
age, the mortality rate increased by 4% (*P*=0.005). No significant difference in mortality after
major amputation was found in the presence of comorbidity or according to Rutherford

142.     At all relevant times herein, Defendant Medtronic/Covidien's marketing and training described in ¶¶ 106-107, including its scheme of offering or paying remuneration, which includes remuneration to Dole VA, played a direct role in Dole VA and WRG utilizing excessive and medically unnecessary PAD devices paid for by the U.S. VA.

C.     Medtronic/Covidien & WRG — Off-label Use of Devices

143.     At all relevant times herein, Defendants Medtronic/Covidien and WRG claimed, caused a claim to be made, or conspired to have a fraudulent claim be made, to the U.S. VA for reimbursement for medical devices being used outside their FDA approved use ("off-label") in medically unnecessary procedures.  This included, but is not limited to, Winger and/or Kirk being present during procedures—and performing their duties described in more detail in ¶ 106—whereby they marketed, instructed, or encouraged the off-label use of Medtronic DCBs, directional/cutting atherectomy, and stents.

144.     Medtronic representatives such as Winger, Kirk and Davisson marketed, trained, encouraged, and/or coerced Dole VA and WRG to utilize medical devices outside their usage as approved by the FDA.  In turn, these claims for reimbursement were made to the U.S. VA regarding the devices themselves as well as the time taken by WRG to implement said devices. These include the following.

***Off-label Promotion of Peripheral Drug Coated Balloons***

145.     Defendant Medtronic used to sell a DCB outside the United States called IN.PACT AMPHIRION DEEP Drug Eluding Balloon.  Outside the United States, this DCB was already CE Marked (European equivalent of FDA approval) for use in the tibial arteries (*i.e.,*

---

classification."  "Mortality after Major Amputation in Elderly Patients with Critical Limb Ischemia," *Clinical Interventions in Aging*, (Dec. 2017).

"below the knee application) to treat PAD.  On November 13, 2013, Medtronic issued a worldwide recall of the IN.PACT AMPHIRION DEEP DCB.  This recall was related to an FDA required PMA Level I study being conducted in the United States where Medtronic was seeking FDA approval specifically for use in below the knee arteries.  The study and related data compared using IN.PACT AMPHIRION DEEP against the existing standard of care, and FDA approved, standard (un-coated) balloon angioplasty.  Approximately midway through the pre-defined study protocol, Medtronic conducted an interim analysis of the ongoing clinical trial data.  During this data review, trial investigators found the drug-coated study device was providing no additional clinical benefit for patients over the standard un-coated balloon angioplasty cohort.  In addition to a lack of patient benefit, trial investigators also identified an alarming trend toward significantly higher incidences of major amputation associated with the study device (IN-PACT AMPHIRION DEEP) cohort.  As a result of these unexpected findings, Medtronic took the unprecedented step to prematurely stop the study and issue the immediate global recall of the device over concerns for patient safety.[30]

146.     Defendant Medtronic eventually obtained very limited FDA approval for the use of the formerly know IN.PACT AMPHIRION DEEP DCB that it now calls the IN.PACT Admiral Paclitaxel-Coated PTA ("IN.PACT ADMIRAL").  On its website, Medtronic states the following regarding indications for this device which now reflect limitations on the types and sizes of arteries where it may be safely applied:

> The IN.PACT™ Admiral™ Paclitaxel-Coated PTA Balloon catheter is indicated for percutaneous transluminal angioplasty, after appropriate vessel preparation, of *de novo,* restenotic, or in-stent restenotic lesions with up to 360 mm in superficial femoral or popliteal arteries with reference vessel diameters of 4-7

---

[30] See article discussing this study/data: "*Drug-Eluting Balloon Versus Standard Balloon Angioplasty for Infrapopliteal Arterial Revascularization in Critical Limb Ischemia,*" Journal of the American College of Cardiology, Vol. 64, No. 15, 2014 (Oct. 14, 2014).

mm.

And further states:

> The IN.PACT Admiral drug-coated balloon (DCB) is a clinically proven, primary endovascular therapy that treats femoropopliteal disease, reduces interventions, and preserves future treatment options.

147.    The FDA's Summary of Safety and Effectiveness Data (SSED) states that IN.PACT indications for use are limited solely to femoral and popliteal arteries.

148.    Via its 2013 IN.PACT DEEP worldwide recall, Medtronic—and its representatives including Winger and Kirk—had full knowledge that utilizing this device outside its now FDA approved parameters (*i.e.,* the label limits on IN.PACT ADMIRAL) could significantly increase the risk of future major amputations.  They were also aware that utilizing their own gold standard un-coated balloon for angioplasty in applications outside IN.PACT ADMIRAL FDA approved parameters was just as clinically effective for below the knee treatment, albeit without the significant increased risk of major amputation.

149.    Despite this knowledge and clear labeling, Defendant Medtronic through Winger, Kirk and Davisson knowingly promoted, marketed and/or demonstrated as described in ¶¶ 106-107, and Defendant WRG's physicians participated in, the off-label use of IN.PACT ADMIRAL in arteries and sizes of arteries outside its FDA approval.  As an example, between 2016 and 2018, Healthcare Professional #4 attended a pre-procedure meeting with Dr. Kermit Rust from WRG, Terri Brinkley, and Doug Winger.  For this particular patient, Dr. Rust and Winger discussed what procedure will be performed and what Medtronic products will be used.  During the procedure, Dr. Rust sought to treat a *below the knee artery* with a *2-3 mm diameter*.  Winger informed Dr. Rust that he should use a Medtronic IN.PACT ADMIRAL—again, not approved for any arteries smaller than 4 mm let alone a below the knee artery.  Winger instructed Dr. Rust

that he should only partially inflate the IN.PACT ADMIRAL to half atmospheric pressure in this smaller artery which would reduce the balloon diameter in an attempt to minimize the risk of rupturing the artery.[31]  Dr. Rust followed Winger's direction which involved three "off label" uses: utilizing this IN.PACT ADMIRAL below the knee; utilizing it for an artery smaller than its indication and instructing Dr. Rust how to modify the FDA approved instructions for use.  Doing so not only significantly increased this veteran's exposure to future major amputation; increased the acute risk of arterial dissection or vessel rupture unnecessarily from the significantly oversized IN.PACT balloon, as well wasting the $3,500 IN.PACT ADMIRAL as opposed to more effective, less dangerous, and FDA approved $300 standard angioplasty balloon.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

150.    In another example of off-label usage of PAD devices, Healthcare Professional #2 witnessed a PAD procedure at Dole VA during the 2012 - 2015 timeframe.  In this procedure, Winger was assisting Dr. Gonda from WRG.  The procedure called for a $300 standard balloon angioplasty (un-coated) for an iliac artery.  Winger did not have the specific size of balloon with him for that application and which Dr. Gonda thought was appropriate.  Healthcare Professional #2 stated that he had such a balloon in his trunk stock inventory and offered to retrieve it.  Winger informed Dr. Gonda that this was not necessary.  Winger proceeded to de-package a Medtronic balloon expandable *stent device* (which includes a balloon within the stent to expand and deploy the stent).  Winger instructed Dr. Gonda to remove the stent from the balloon and

---

[31] Rupturing the vessel wall is a well-known complication when a balloon is inflated and significantly oversized relative to the target artery.

dispose of it.  Taking these multiple off-label steps resulted in the originally requested size balloon which was then used in the procedure.[32]  During this same timeframe, this representative also witnessed other Medtronic stents being used off-label on a number of occasions in the common iliac, femoral, and popliteal arteries in procedures performed by Dr. Gonda with Winger and/or Kirk present.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of physicians from WRG as well as Winger and/or Kirk in each procedure.

151.    The 4 mm diameter IN.PACT DCBs are rarely used in femoral popliteal (*e.g.,* "above the knee) PAD procedures as very few persons in the population have such small arteries above the knee.  Even the largest performers of PAD procedures would have limited 4 mm diameter balloons in stock for an entire year.  However, when using IN.PACT DCBs off-label below the knee, the 4 mm diameter is the one commonly used as the arteries are much narrower in that area.  Supporting the witnesses' claim that WRG physicians at Dole VA performed these off-label PAD procedures at the direction of Winger, Davisson, and Kirk, excessive orders of these smaller 4 mm IN.PACT DCBs occurred.  As an example, Drs. Gonda/Winblad used IN.PACT off-label below the knee on or around the week of May 11, 2015 as Dole VA's purchase of twelve 4 mm DCBs reflects.  As another example, Dr. Winblad used IN.PACT off-label below the knee on or around the week of February 11, 2016 as Dole VA's purchase of **sixty** 4 mm DCBs reflects.  As another example, Dr. Rust used IN.PACT off-label below the knee on

---

[32] Not only did this represent Medtronic promoting use of devices off label, but it further demonstrates the chokehold Winger had on all devices being used at Dole VA and the extensive profits for Medtronic and costs to taxpayers.  The balloon proposed by Healthcare Professional #2 only cost $300 compared to the estimated $3,000 cost of the ultimately disposed stent used off-label by Winger.

or around the week of August 21, 2017 as Dole VA's purchase of ten 4 mm DCBs reflects.

152.     Throughout all relevant times, Medtronic/Covidien would falsely market through its sales representatives, physician training and seminars—including WRG physicians— that studies and data show that its IN.PACT DCB applied would result in superior outcomes for patients after using a Medtronic/Covidien directional atherectomy device as vessel prep (referred to as DAART), even though the IN.PACT Instructions for Use issued by Medtronic/Covidien stated that one should avoid using directional atherectomy in conjunction with IN.PACT "whenever possible." Yet, Medtronic/Covidien expressly marketed, promoted, and trained physicians such as WRG to always use its directional atherectomy prior to using IN.PACT in all PAD procedures for improved efficacy despite the lack of any safety or efficacy data in the current FDA approved labelling for either device which is required for safe use of any combination therapy.

### *Off-label Promotion of Peripheral Stents*

153.     Defendant Medtronic sells a peripheral nitinol stent called EverFlex.  Medtronic's catalog describes this device as:

> The EverFlex™ stent system is designed for flexibility and durability. It is a second-generation stent indicated for use in the superficial femoral and proximal popliteal arteries (SFA/PPA), common iliac, and/or external iliac arteries. The EverFlex stent is available in sizes ranging from 20 mm to 200 mm lengths (SFA/PPA) or 20-120 mm lengths (iliac).

On its website, it states the FDA's SSED indication for this device:

> The EverFlex Self-Expanding Peripheral Stent System is intended to improve luminal diameter in the treatment of symptomatic *de novo* or restenotic lesions up to 180 mm in length in the native superficial femoral artery and/or proximal popliteal arteries with reference vessel diameters ranging from 4.5 mm – 7.5 mm.
>
> The EverFlex Self-Expanding Peripheral Stent System is indicated for improving luminal diameter in patients with atherosclerotic disease of the common and/or external iliac arteries up to and including 100 mm in length, with a reference vessel diameter of 4.5 mm - 7.5 mm.

154.    At Dole VA, Defendant Medtronic knowingly marketed, and Defendant WRG's physicians participated in, this device being used "off-label" (*i.e.,* outside the superficial femoral artery and/or proximal popliteal arteries with reference vessel diameters ranging from 4.5 mm - 7.5 mm, and outside the external iliac arteries up to and including 100 mm in length, with a reference vessel diameter of 4.5 mm - 7.5 mm) by promoting its usage in arteries at or below the knee for use in patients in medically unnecessary procedures.[33]

155.    As an example, in the 2012 - 2013 timeframe, during several procedures witnessed by Healthcare Professional #1, Winger along with Dr. Gonda (or a resident from WRG) used multiple Medtronic peripheral stents per PAD procedure at locations at the ankle extending into the calf as well as at or below the knee (*i.e.,* "off label").  Healthcare Professional #1's reactions were: "I got to the point where I was uncomfortable with the way cases were going."  "The treatment of veterans . . . seeing an artery that was open, the physician would go in and balloon it and just destroy the artery and then follow it up with a stent."  "I couldn't stomach what was going on, so that's why ultimately just left and never went back."  Healthcare Professional #1 had to inform the company sales manager that Dole VA would no longer be a potential client.  The representative told him, "I'm not going to be involved in something that feels bad and I cannot imagine treating a veteran so poorly."

156.    In another example, between the 2014 - 2018 timeframe, during numerous

---

[33] The fact that there is no clinical benefit for this off label procedure is well documented.  One should only stent to repair dissections or other flow limiting issues after angioplasty fails in these specific locations.  *See* 54 ENDOVASCULAR TODAY, MAY 2021, VOL. 20, NO. 5 BTK DSEASE. "The State of Stenting in Below-the-Knee Applications Assessing stent options and additional technologies for below-the-knee interventions."

procedures witnessed by Healthcare Professional #4, Winger and/or Kirk along with Drs. Gonda, Rust or Winblad used multiple Medtronic peripheral stents per PAD procedure at locations just above the ankle and extending upwards at or behind the knee (*i.e.,* "off label").

157.    Medtronic peripheral stents being used "off-label" in PAD procedures occurred numerous times throughout the 2011 - 2018 timeframe.  The personnel attendance logs, procedures notes, and patient implant logbook records at Dole VA will reflect each and every instance this occurred and will reflect the presence of WRG's physicians as well as Winger and/or Kirk in each procedure where Winger and Kirk knowingly promoted, marketed and/or demonstrated such off-label use via the methods described in ¶¶ 106-107.

158.    Much of the conduct and actions of Winger described in ¶¶ 113-156 were done while he held the position of Field Sales Trainer training the Medtronic sales force on sales tactics.  Medtronic was fully aware of Winger's conduct when providing him this promotion, and Medtronic desired to have all its PAD salesforce act in the same way.  Accordingly, Winger not only played an active role in the conduct alleged herein, but also spread the fraud as he trained other Medtronic representatives to do the same.

## COUNT I:

**Violation of the False Claims Act: Presenting False Claims for Payment
31 U.S.C. § 3729(a)(1) (2000), and, as amended, 31 U.S.C.(a)(1)(A)**

**(Illegal Kickbacks Against Defendants Medtronic/Covidien and Hutchinson)**

**(Medically Unnecessary Goods and Services Against Defendants Medtronic/Covidien and WRG)**

**(Off-Label Promotion and Usage Against Defendants Medtronic/Covidien and WRG)**

159.    Relator incorporates by reference the above paragraphs as if set forth fully here.

160.    Relator and the United States seek relief against Defendants under Section 3729(a)(1) of the False Claims Act, 31 U.S.C. § 3729(a)(1) (2000), and, as amended, 31 U.S.C.

§3729(a)(1)(A).

161.    As set forth in detail above in paragraphs 52 through 158, as a result of offering and paying remuneration to induce sales of Medtronic/Covidien's devices and to induce medically unnecessary goods and services for reimbursement, and marketing, promoting and instructing the usage of medical devices not authorized by the FDA, in violation of the federal AKS, 42 U.S.C. § 1320a-7b(b), Defendant Medtronic/Covidien presented – or caused to be presented – claims for reimbursement to Government Healthcare Plans and the U.S. VA that were false or fraudulent.

162.    As set forth in detail above in paragraphs 101 through 158, Defendant WRG provided medically unnecessary services, as well as medical devices not authorized by the FDA used in medically unnecessary procedures, and in turn, presented time worked for reimbursement from the U.S. V.A. for such services and procedures.  In doing so, Defendant WRG presented – or caused to be presented – claims for reimbursement to the U.S. VA that were false or fraudulent.

163.    As set forth in detail above in paragraphs 82 through 100, as a result of accepting remuneration to induce sales of Medtronic/Covidien's devices, in violation of the federal AKS, 42 U.S.C. § 1320a-7b(b), Defendant Hutchinson presented – or caused to be presented – claims for reimbursement to Government Healthcare Plans that were false or fraudulent.

164.    Accordingly, Defendants Medtronic/Covidien, Hutchinson and WRG knowingly presented false or fraudulent claims – or caused the presentment of false or fraudulent claims – for payment or approval in violation of 31 U.S.C. § 3729(a)(1) (2000), and, as amended, 31 U.S.C. § 3729(a)(1)(A).

165.    By reason of the false or fraudulent claims that Defendants knowingly presented

(or caused to be presented) to Government Healthcare Plans and the U.S. VA, the United States has been damaged in a substantial amount to be determined at trial and is entitled to recover treble damages plus a civil monetary penalty for each false claim.

WHEREFORE, Relators respectfully request that the Court enter judgment against Defendants Medtronic/Covidien, Hutchinson and WRG and in favor of the United States as follows:

a.       that the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false claims alleged within this Fifth Amended Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

b.       that civil penalties of $21,563 be imposed for each and every false claim that Defendants presented – or caused to be presented – to the United States and/or its grantees;

c.       that pre- and post-judgment interest be awarded along with reasonable attorneys' fees, costs, and expenses that Relator necessarily incurred in bringing and pressing this case;

d.       that the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act for which redress is sought in this Fifth Amended Complaint;

e.       that Relator be awarded the maximum amount allowed to him pursuant to the False Claims Act;

f.       that Relator be awarded the maximum amount allowed to him of any portion of a judgment or settlement fund that goes to any State government; and

g.       that this Court award such other and further relief as it deems proper.

## COUNT II:

**Violation of the False Claims Act: Use of False Statements**
**31 U.S.C. § 3729(a)(2) (2000), and, as amended, 31 U.S.C. § 3729(a)(1)(B)(Supp. 2009)**

**(Illegal Kickbacks Against Defendants Medtronic/Covidien and Hutchinson)**

**(Medically Unnecessary Goods and Services Against Defendants Medtronic/Covidien and WRG)**

**(Off-Label Promotion and Usage Against Defendants Medtronic/Covidien and WRG)**

166.     Relator incorporates by reference the above paragraphs as if set forth fully here.

167.     Relator and the United States seek relief against Defendants Medtronic/Covidien, Hutchinson and WRG under Section 3729(a)(2) of the False Claims Act, 31 U.S.C. § 3729(a)(2) and, as amended, 31 U.S.C. § 3729(a)(1)(B) (Supp. 2009).

168.     As set forth in detail above in paragraphs 52 through 158, as a result of offering and paying remuneration to induce sales of Medtronic/Covidien's devices and to induce medically unnecessary goods and services for reimbursement, and marketing, promoting and instructing the usage of medical devices not authorized by the FDA, in violation of the federal AKS, 42 U.S.C. § 1320a-7b(b), Defendant Medtronic/Covidien made – or caused to be made – false records or statements that were material to getting false or fraudulent claims paid by Government Healthcare Plans and the U.S. VA.

169.     As set forth in detail above in paragraphs 101 through 158, Defendant WRG provided medically unnecessary services, as well as medical devices not authorized by the FDA used in medically unnecessary procedures, and in turn, presented time worked for reimbursement from the U.S. V.A. for such services and procedures.  In doing so, Defendant WRG made – or caused to be made – claims for reimbursement to the U.S. VA that were false or fraudulent.

170.     As set forth in detail above in paragraphs 82 through 100, as a result of accepting remuneration to induce sales of Medtronic/Covidien's devices in violation of the federal AKS,

42 U.S.C. § 1320a-7b(b), Defendant Hutchinson made – or caused to be made – false records or statements that were material to getting false or fraudulent claims paid by Government Healthcare Plans.

171.   Defendants Medtronic/Covidien and Hutchinson falsely certified, stated, and/or represented that the reimbursements they sought for Medtronic/Covidien devices were in full compliance with applicable federal laws prohibiting fraudulent and false reporting, including but not limited to the federal AKS, 42 U.S.C. § 1320a-7b(b) and, with respect to Defendant Medtronic/Covidien, FDA regulations concerning off-label marketing.  Defendants' false certifications, statements, or representations caused Government Healthcare Plans to pay out sums to Defendants that would not have been paid if those programs had been made aware of the falsity of the Defendants' certifications, statements, or representations.

172.   Accordingly, Defendants Medtronic/Covidien, Hutchinson and WRG knowingly used – or caused the use of – false records or statements material to false or fraudulent claims for payment or approval in violation of 31 U.S.C. § 3729(a)(1)(B).

173.   By reasons of these false records or statements that Defendants Medtronic/Covidien, Hutchinson and WRG used (or caused to be used), the United States has been damaged in a substantial amount to be determined at trial and is entitled to recover treble damages plus a civil monetary penalty for each false record or statement.

WHEREFORE, Relator respectfully requests that the Court enter judgment against Defendants Medtronic/Covidien, Hutchinson and WRG and in favor of the United States as follows:

a.   that the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false claims alleged within this Fifth

Amended Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

      b.     that civil penalties of $21,563 be imposed for each and every false claim that

Defendants presented – or caused to be presented – to the United States and/or its grantees;

      c.     that pre- and post-judgment interest be awarded along with reasonable attorneys'

fees, costs, and expenses that Relator necessarily incurred in bringing and pressing this case;

      d.     that the Court grant permanent injunctive relief to prevent any recurrence of the

False Claims Act for which redress is sought in this Fifth Amended Complaint;

      e.     that Relator be awarded the maximum amount allowed to him pursuant to the

False Claims Act;

      f.     that Relator be awarded the maximum amount allowed to him of any portion of a

judgment or settlement fund that goes to any State government; and

      g.     that this Court award such other and further relief as it deems proper.

## COUNT III

**Violation of the False Claims Act: Conspiring to Violate the False Claims Act
31 U.S.C. § 3729(a)(3) (1986), and, as amended, 31 U.S.C. § 3729(a)(1)(C)**

**(Conspiracy Against all Defendants)**

      174.     Relator incorporates by reference the above paragraphs as if set forth fully here.

      175.     Relator and the United States seek relief against Defendants Medtronic/Covidien,

Hutchinson and WRG under Section 3729(a)(3) of the False Claims Act, 31 U.S.C. §

3729(a)(3)(1986) and, as amended, 31 U.S.C. § 3729(a)(1)(C).

      176.     A conspiracy violation of the FCA occurs when a person "conspires to commit a

violation of subparagraph (A), (B), (D), (E), (F), or (G)" of the FCA.  31 U.S.C. § 3729(a)(1)(C).

      177.     As set forth in detail above in paragraphs 82 through 100, Relator alleges that

Defendants Medtronic/Covidien and Hutchinson entered into an agreement and plan to conspire

to violate the FCA through their company policies and practices, which were devised, perpetrated and implemented by Defendants Medtronic/Covidien, Hutchinson and other unnamed co-conspirator providers as developed by the material and witnesses provided by Relator.

178.     As set forth in detail above in paragraphs 52 through 80 and 101 through 158, Relator alleges that Defendants Medtronic/Covidien and WRG, and Teri Brinkley, and other unnamed co-conspirators entered into an agreement and plan to conspire to violate the FCA through Medtronic/Covidien's and WRG's company policies and practices, which were devised, perpetrated and implemented by Defendants Medtronic/Covidien and WRG, Teri Brinkley and other unnamed co-conspirator providers as developed by the material and witnesses provided by Relator.

179.     The fraudulent company practices that Defendants Medtronic/Covidien and Hutchinson conspired to commit included engaging in an illegal kickback scheme whereby Medtronic/Covidien's Sales Representative/Field Sales Trainer Doug Winger would provide remuneration including "free" or "marketing material" or "leverage" devices to Hutchinson's Director of Supply Chain Mark Wilson to net down the cost of Medtronic/Covidien's bulk device proposals to Hutchinson. Hutchinson would benefit again from the kickbacks, as it would bill Government Healthcare Plans for the "free" "marketing material" or "leverage" devices it received free of charge from Medtronic/Covidien as part of the sale.

180.     The fraudulent company practices that Defendants Medtronic/Covidien and WRG conspired to commit involved/included? an illegal scheme whereby Medtronic/Covidien's Sales Representative Winger would promote and market the use of medically unnecessary and excessive PAD devices to Defendant WRG's physicians and PAD devices being used off-label

in medically unnecessary procedures.  Defendant Medtronic/Covidien would benefit by

increased revenue paid by the U.S. V.A. from selling said devices, and Defendant WRG would

benefit by requesting and then utilizing these excessive devices, which in turn, increased its

compensation provided under its agreements with Dole VA.

181.    As set forth throughout the Fifth Amended Complaint, these Co-Defendants and

Co-Conspirators agreed verbally and in writing to commit acts in furtherance of these fraudulent

business operations and took actions in furtherance of their conspiracy.

182.    The conspiracy of these Co-Defendants and Co-Conspirators caused the

submission of false and fraudulent claims to the U.S. V.A. and Government Healthcare Plans

seeking reimbursement for products tainted by the fraudulent schemes devised, perpetrated and

implemented by Defendants.

183.    Accordingly, Defendants Medtronic/Covidien, Hutchinson and WRG conspired to

defraud the United States by getting false or fraudulent claims allowed or paid, in violation of 31

U.S.C. § 3729(a)(3)(1986), and conspired to commit violations of 31 U.S.C. §§ 3729(a)(1)(A)

and 3729(a)(1)(B), in violation of 31 U.S.C. § 3729(a)(1)(C) (2009).

184.    By reason of the false or fraudulent claims and Defendants' actions taken in

furtherance of their conspiracy to get paid by reasons of their conspiracy to violate 31 U.S.C. §§

3729(a)(1)(A) and 3729(a)(1)(B), the United States has been damaged in a substantial amount to

be determined at trial and is entitled to recover treble damages plus a civil monetary penalty for

each false claim.

WHEREFORE, Relator respectfully requests that the Court enter judgment against

Defendants Medtronic/Covidien, Hutchinson and WRG and in favor of the United States as

follows:

a.     that the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false claims alleged within this Fifth Amended Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

b.     that civil penalties of $21,563 be imposed for each and every false claim that Defendants presented – or caused to be presented – to the United States and/or its grantees;

c.     that pre- and post-judgment interest be awarded along with reasonable attorneys' fees, costs, and expenses that Relators necessarily incurred in bringing and pressing this case;

d.     that the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act for which redress is sought in this Fifth Amended Complaint;

e.     that Relator be awarded the maximum amount allowed to him pursuant to the False Claims Act;

f.     that Relator be awarded the maximum amount allowed to him of any portion of a judgment or settlement fund that goes to any State government; and

g.     that this Court award such other and further relief as it deems proper.

### **Demand for Jury Trial and Designation of Place of Trial**

Relator, on behalf of the United States, and on behalf of himself, hereby demands a trial by jury on all counts and allegations of wrongful conduct as alleged in this Fifth Amended Complaint in the United States District Court for the District of Kansas at Kansas City, Kansas.

Respectfully submitted,

Carrie Mulholland Brous KS #18157
**Brous Law LLC**
3965 West 83rd Street, Ste. #115
Prairie Village, KS  66208
(913) 209-8596
cbrous@brouslaw.com



*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS #17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:     (816) 221-7100
Fax:     (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig, D.Kan. #78146
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:     (314) 297-8385
Fax:     (816) 709-1044
dan@donelonpc.com

<u>Certificate of Service</u>

　　I hereby certify that on <u>October 24, 2022</u> the above and foregoing was sent pursuant to this Court's CM/ECF procedures to the attorneys of record in this matter.

*/s/ Brendan J. Donelon*