IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THOMAS SCHROEDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| and | ) | |
| | ) | |
| MEDTRONIC, INC. | ) | |
| | ) | |
| Intervenor Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-2209-DDC-KGG |
| | ) | |
| THE UNITED STATES DEPARTMENT | ) | |
| Of VETERANS AFFAIRS, a Federal | ) | |
| Agency, | ) | |
| | ) | |
| Defendant. | ) | |

# EXHIBIT – A

*Laber v. Austin,* No. 18-1351-JWB, 2022 WL 17361437(D. Kan. Dec. 1, 2022) Doc. 168

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STAN LABER,

                Plaintiff

vs.                                             Case No. 18-1351-JWB-GEB

LLOYD J. AUSTIN, III, SECRETARY,
UNITED STATES DEPARTMENT OF
DEFENSE,

                Defendant.

## STIPULATION OF DISMISSAL OF CHARGES 1, 3, 16, 25, AND 32 OF PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PREJUDICE

The parties stipulate to the dismissal of the deployable positions brought in Plaintiff Stan Laber's Second Amended Complaint, including Charges 1, 3, 16, 25, and 32. This stipulation is entered under the following terms:

- Plaintiff will not seek or recover more than $1 in compensatory damages in this lawsuit;

- Defendant withdraws all discovery requests served on Plaintiff in this lawsuit which seek Plaintiff's medical records or medical information, including dental records and information; and

- Defendant will not seek any further discovery of Plaintiff's medical records or medical information, including dental records and information, in connection with the 21 remaining charges in this lawsuit.

Defendant, Lloyd J. Austin, III, Secretary, United States Department of Defense, and Plaintiff, Stan Laber, hereby stipulate to the dismissal of Charge 1 (Vacancy Number SWH813P6EE4770901076589R2), Charge 3 (Vacancy Number SWH814EEEHA4163821271187), Charge 16 (Vacancy Number SWH814P60368931139189), Charge 25 (Vacancy Number

1

SWH814P6EHA2994621215494), and Charge 32 (Vacancy Number SWH814EHA439681128478)

of the Plaintiff's Second Amended Complaint (Doc. 141) with prejudice, each party to bear their

own attorney's fees and costs.

                                          Respectfully submitted,

s/Stan Laber                          DUSTON J. SLINKARD
Stan Laber                              Acting United States Attorney
Pro se Plaintiff

                                          s/ *Christopher Allman*
                                          CHRISTOPHER ALLMAN, #14255
                                          K. TYSON SHAW, PA Bar No. 314323
                                          STEVEN W. BROOKRESON, II, # 28106
                                          Assistant United States Attorneys
                                          500 State Avenue, Suite 360
                                          Kansas City, Kansas 66101
                                          (913) 551-6730 (telephone)
                                          (913) 551-6541 (facsimile)
                                          Email: Chris.Allman@usdoj.gov
                                          Email: Tyson.Shaw@usdoj.gov
                                          Email: Steven.Brookreson@usdoj.gov

                                          s/ *Sarah Burch Macke*
                                          SARAH BURCH MACKE, # 25948
                                          Assistant United States Attorney
                                          1200 Epic Center, 301 N. Main
                                          Wichita, Kansas 67202-4812
                                          316-269-6481 (telephone)
                                          316-269-6484 (facsimile)
                                          Email: sarah.macke@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

Stan Laber
321 S. Main Avenue
Albany, NY 12209

*Pro se* Plaintiff

I further certify that on this date a courtesy copy of the foregoing document and the notice of electronic filing were sent to Stan Laber by email to 6133164129463c@gmail.com

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney