<u>**CLERK'S COURTROOM MINUTE SHEET – CIVIL**</u>

THOMAS SCHROEDER,

        Plaintiff,

v.                                                                Case No. 22-2209-DDC-BGS

THE UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS,

        Defendant.

**Attorneys for Plaintiff: Carrie Mulholland Brous, Brendan J. Donelon**
**Attorneys for Defendant: Christopher Allman, Jon P. Fleenor**

| JUDGE: | Daniel D. Crabtree | DATE: | 7/30/2024 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

# MOTION HEARING

The parties appear through counsel.

The following motions are before the court:

Doc. 70 – Plaintiff Schroeder's Motion to Enforce Judgment – **DENIED as set forth in full on the record.**

Doc. 76 – Joint Motion for Entry of Stipulated Order – **DENIED AS MOOT as set forth in full on the record.**

Doc. 77 – Motion to Withdraw Joint Motion – **GRANTED as set forth in full on the record.**